IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice, a 501(c)(6) District of Columbia organization, <br><br> and <br><br> COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia Corporation, <br><br> *Plaintiffs*, <br><br> v. <br><br> KEN PAXTON, in his official capacity as Attorney General of Texas <br><br> *Defendant*. | Civil Action No. 1:21-cv-00840 |

**PLAINTIFF NETCHOICE, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff NetChoice, LLC hereby discloses the following information: NetChoice, LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: September 22, 2021                Respectfully submitted.

                                         */s/ Scott A. Keller*

Steven P. Lehotsky*                      Scott A. Keller (Texas Bar # 24062822)
steve@lehotskykeller.com                 scott@lehotskykeller.com
Jonathan D. Urick*                       Matthew H. Frederick (Texas Bar # 24040931)
jon@lehotskykeller.com                   matt@lehotskykeller.com
Jeremy Evan Maltz (Texas Bar # 24102129) Todd Disher (Texas Bar # 24081854)
jeremy@lehotskykeller.com                todd@lehotskykeller.com
Gabriela Gonzalez-Araiza*                Lehotsky Keller LLP
gabriela@lehotskykeller.com              919 Congress Ave.
Lehotsky Keller LLP                      Austin, TX 78701
200 Massachusetts Avenue, NW             T: (512) 693-8350
Washington, DC 20001                     F: (833) 233-2202

\* Motion for admission *pro hac vice* forthcoming