# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 1:21-CV-840-RP

Plaintiff:
**Netchoice, LLC d/b/a Netchoice, and Computer & Communications Industry Assocation d/b/a CCIA**

vs.

Defendant:
**Ken Paxton, in his official Capacity as Attorney General of Texas**

For:
Lehotsky Keller LLP
919 Congress Ave
Ste. 1100
Austin, TX 78701

Received by Lucas McGill on the 22nd day of September, 2021 at 5:25 pm to be served on **Ken Paxton, Attorney General of Texas, Office of the Attorney General, 209 W 14th Street, Austin, Travis County, TX 78701**.

I, Lucas McGill, being duly sworn, depose and say that on the **23rd day of September, 2021** at **10:29 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief with Exhibit A and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Jordan Eskew, Attorney General of Texas as Authorized Agent** at the address of **Office of the Attorney General, 209 W 14th Street, Austin, Travis County, TX 78701** and informed said person of the contents therein, in compliance with State Statutes.

My name is Lucas McGill. My date of birth is 12/24/1988. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on September 23rd, 2021 by Lucas McGill, declarant.

Lucas McGill
PSC-16408, Exp. 2/28/2023

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2021006985
Ref: Netchoice, et al. v. Ken Paxton

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice, and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, <br><br>*Plaintiff(s)* <br><br>v. <br><br>KEN PAXTON, in his official capacity as Attorney General of Texas <br><br>*Defendant(s)* | Civil Action No. 1:21-CV-840-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ken Paxton
Attorney General of Texas
Office of the Attorney General
300 W. 15th Street
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott A. Keller
Lehotsky Keller LLP
919 Congress Ave., Ste. 1100
Austin, TX 78701
(512) 693-8350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Jeannette J. Clack
*CLERK OF COURT*

Date: September 22, 2021

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: