UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

NETCHOICE, LLC d/b/a NETCHOICE, a
501(c)(6) District of Columbia organization, and
COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION d/b/a CCIA, a
501(c)(6) non-stock Virginia corporation,

    Plaintiffs,

v.

KEN PAXTON, in his official capacity as Attorney
General of the State of Texas,

    Defendant.

Civil Action No.
1:21-cv-00840-RP

**ORDER**

On this day, the Court considered Amici Curiae Chamber of Progress, Connected Commerce Council, CTA®, Engine Advocacy, Information Technology & Innovation Foundation, National Black Justice Coalition, Progressive Policy Institute, Technet, Washington Center for Technology Policy Inclusion and Hispanic Technology and Telecommunications Partnership's (collectively "Amici") Motion for Leave to File Brief as *Amici Curiae*.

The Court finds that Amici's motion is meritorious and should be granted. Accordingly, Amici's Motion for Leave to File Brief as Amici Curiae is GRANTED. The Clerk of the Court shall promptly file the Brief attached to Amici's motion in the records of this action.

SIGNED on this _____ day of October 2021.

_____
UNITED STATES DISTRICT JUDGE