IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NETCHOICE, LLC d/b/a Netchoice, a 501(c)(6) District of Columbia organization, <br><br> and <br><br> COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia corporation, <br><br> *Plaintiffs*, <br><br> v. <br><br> KEN PAXTON, in his official capacity as Attorney General of Texas, <br><br> *Defendant*. | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 1:21-cv-00840-RP |

**MOTION OF PROPOSED AMICI THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION OF TEXAS, CENTER FOR DEMOCRACY & TECHNOLOGY, AND MEDIA LAW RESOURCE CENTER FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Proposed amici the Reporters Committee for Freedom of the Press, the American Civil Liberties Union, the American Civil Liberties Union of Texas,

1

Center for Democracy & Technology, and Media Law Resource Center respectfully move this Court for leave to file the accompanying brief in support of NetChoice and the Computer & Communications Industry Association's (CCIA) motion for a preliminary injunction against Ken Paxton in his official capacity as Texas Attorney General, charged with enforcing H.B. 20.  Plaintiffs NetChoice and CCIA have represented that they do not oppose the filing of this brief.  Defendant opposes this motion.

The accompanying brief seeks to aid the Court by highlighting the ramifications of H.B. 20 for the press and the public and to explain why this Court should enjoin enforcement of H.B. 20 to ensure it does not improperly interfere with constitutionally protected editorial choices and decision making.  As representatives of and advocates for the news media, amici have a strong interest in protecting the freedom of the press guaranteed by the First Amendment and are concerned that, if allowed to go into effect, H.B. 20 will chill the exercise of editorial discretion, thereby restricting the free flow of information to the public.

Accordingly, amici respectfully request that the Court exercise its discretion to accept the accompanying brief for consideration.  *See, e.g., U.S. ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 927 (S.D. Tex. 2007) ("The extent to which the court permits or denies *amicus* briefing lies solely within the court's discretion.").

Dated: October 7, 2021

        Respectfully submitted,

        **HAYNES AND BOONE, LLP**

        By: */s/Laura Lee Prather*
        Laura Lee Prather
        State Bar No. 16234200
        Laura.Prather@haynesboone.com
        Catherine Lewis Robb
        State Bar No. 24007924
        Catherine.Robb@haynesboone.com

        600 Congress Avenue, Suite 1300
        Austin, Texas 78701
        Telephone: (512) 867-8400
        Telecopier: (512) 867-8470

        ***Counsel of Record for Amici Curiae***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure via ECF filing on this 7th day of October 2021 to the following:

Gabriela Gonzalez-Araiza
Jeremy Evan Maltz
Jonathan D. Urick
Steven P. Lehotsky
Lebotsky Keller LLP
200 Massachusetts Avenue NW
Washington, DC 20001
slehotsky@uschamber.com

Scott A. Keller
Matthew Hamilton Frederick
Todd Lawrence Disher
Lehotsky Keller LLP
919 Congress Ave., Ste. 1100
Austin, TX 78701
scott@lehotskykeller.com
matt@lehotskykeller.com
todd@lehotskykeller.com

   *Attorneys for Plaintiff*

                                        */s/Laura Lee Prather*
                                        Laura Lee Prather