IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice, a 501(c)(6) District of Columbia organization, <br><br> and <br><br> COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia Corporation, <br><br> *Plaintiffs*, <br><br> v. <br><br> KEN PAXTON, in his official capacity as Attorney General of Texas <br><br> *Defendant*. | Civil Action No. 1:21-cv-00840-RP |

## ORDER

Having considered the briefing, controlling law, and all matters properly before the Court, the Court **DENIES** Defendant's Motion for Expedited Discovery and Defendant's Motion for Extension of time to file a response to Plaintiffs' Motion for Preliminary Injunction.

Dated: _____, 2021

_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE