UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NetChoice LLC, Computer & Communications Industry Association<br><br>vs.<br><br>Ken Paxton, Chamber of Progress, The Reporters Committee for Freedom of the Press, The American Civil Liberties Union, The Center for Democracy & Technology, The Media Law Resource Center, American Civil Liberties Union of Texas, Connected Commerce Council, CTA, Engine Advocacy, Information Technology & Innovation Foundation, National Black Justice Coalition, Progressive Policy Institute, Technet, Washington Center for Technology Policy, Hispanic Technology and Telecommunications Partnership, TechFreedom, Electronic Frontier Foundation | § § § § § § | CIVIL NO:<br>AU:21-CV-00840-RP |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, December 10, 2021 at 09:00 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 26th day of October, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE