# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NetChoice LLC, Computer & Communications Industry Association § § § | CIVIL NO: AU:21-CV-00840-RP |
| vs. § § § | |
| Ken Paxton, et al | |

## ORDER RESETTING PRELIMINARY INJUNCTION HEARING

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, November 29, 2021 at 09:00 AM**.

    IT IS SO ORDERED this 28th day of October, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE