**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice, a 501(c)(6) District of Columbia organization, <br><br> and <br><br> COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia Corporation, <br><br> *Plaintiffs*, <br><br> v. <br><br> KEN PAXTON, in his official capacity as Attorney General of Texas <br><br> *Defendant*. | Civil Action No. 1:21-cv-00840-RP |

## ORDER

Having considered the briefing, controlling law, and all matters properly before the Court, the Court **GRANTS** Plaintiffs' Motion for Protective Order, and **ORDERS** that expedited discovery in this case be limited to:

- Depositions of Matthew Schruers (CCIA), Carl Szabo (NetChoice), Alexandra N. Veitch (YouTube), and Neil Potts (Facebook), limited to the information contained in their respective declarations, and limited to no longer than 4 hours each;
- Depositions of Carlos Gutierrez (LGBT Technology Institute), Stacie D. Rumenap (Stop Child Predators), and Servando Esparza (Technology Network), limited to the information contained in their respective declarations, and limited to no longer than 2 hours each;
- Requests for production of the non-privileged documents the declarants relied on when drafting their declarations; and
- Interrogatories directed to the two Plaintiffs, as served by Defendant on October 28, 2021.

The stated document production shall be produced by November 8, 2021, and the depositions shall occur between November 10 and 17, 2021.

All other discovery is stayed until the Court rules on the pending motion for preliminary injunction.

Dated: _____, 2021

_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE