**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice, a 501(c)(6) District of Columbia organization,<br><br>and<br><br>COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia Corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas<br><br>*Defendant*. | Civil Action No. 1:21-cv-00840-RP |

# Exhibit J – Further Counsel Correspondence

| | |
|---|---|
| **From:** | Courtney Corbello <Courtney.Corbello@oag.texas.gov> |
| **Sent:** | Monday, November 1, 2021 12:12 PM |
| **To:** | Todd Disher |
| **Cc:** | Scott Keller; Matt Frederick; Benjamin Lyles; Christopher Hilton; Benjamin Walton; Thomas Ray |
| **Subject:** | RE: Activity in Case 1:21-cv-00840-RP NetChoice LLC et al v. Paxton Order on Motion to Expedite |

Todd,

No thank you.

Could you please send along Plaintiffs' proposed changes, if any, to the protective order draft we sent over last week? I'd like to get that filed tomorrow so the Court has time to rule on it before depositions happen.

Can you also send the proposed dates and times for each of the depositions by tomorrow? We will need time to schedule travel.

Courtney Corbello | Assistant Attorney General | General Litigation Division
MC-019, PO Box 12548 | Austin, TX 78711-2548
512.463.2120 | Fax: 512.320.0667| email: courtney.corbello@oag.texas.gov |

PRIVILEGED AND CONFIDENTIAL: This communication may be confidential and/or privileged pursuant to Government Code sections 552.101, 552.103, 552.107 and 552.111, and should not be disclosed without the express authorization of the Attorney General.

**From:** Todd Disher <todd@lehotskykeller.com>
**Sent:** Monday, November 1, 2021 9:37 AM
**To:** Courtney Corbello <Courtney.Corbello@oag.texas.gov>
**Cc:** Scott Keller <scott@lehotskykeller.com>; Matt Frederick <matt@lehotskykeller.com>; Benjamin Lyles <Benjamin.Lyles@oag.texas.gov>; Christopher Hilton <Christopher.Hilton@oag.texas.gov>; Benjamin Walton <Benjamin.Walton@oag.texas.gov>; Thomas Ray <Thomas.Ray@oag.texas.gov>
**Subject:** Re: Activity in Case 1:21-cv-00840-RP NetChoice LLC et al v. Paxton Order on Motion to Expedite

Good morning, Courtney,

To circle back to this, I do know that Facebook would agree to additional document production topics similar to what Google proposed on Thursday as a way to put an end to our discovery dispute. Please let us know if you'd like to discuss this proposed solution in exchange for pulling down the subpoenas that are now the subject of Plaintiffs' motion for protective order.

Todd

**Todd Disher** | LEHOTSKY KELLER | todd@lehotskykeller.com