IN THE UNITED STATES DISTRICT COURT

For the Western District of Texas

Austin Division


NETCHOICE, LLC d/b/a NetChoice, a    :

501(c)(6) District of Columbia       :

Organization, COMPUTER &             :Civil Action

COMMUNICATIONS INDUSTRY ASSOCIATION :No. 1:21-cv-00840-RP

d/b/a CCIA, a 501(c)(6) non-stock    :

Virginia Corporation,                :

   Plaintiffs,          :

    v.             :

KEN PAXTON, in his official capacity:

as Attorney General of Texas,        :

   Defendant.           :

Tuesday, November 16, 2021

Washington, D.C.


NEIL CHRISTOPHER POTTS, pursuant to notice, the
witness being sworn by BARBARA MOORE, a Notary
Public in and for the District of Columbia, taken
at the offices of KIRKLAND & ELLIS, LLP, 1301
Pennsylvania Avenue, N.W., Washington, D.C., on
Tuesday, November, 2021, and the proceedings being
taken down by Stenotype by BARBARA MOORE, CRR, RMR
and transcribed under her direction.

2

```
1   APPEARANCES:
2       On Behalf of Facebook:
3       K. WINN ALLEN, ESQ.
4       T.J. McCARRICK, ESQ.
5       KIRKLAND & ELLIS, LLP
6       1301 Pennsylvania Avenue, N.W.
7       Washington, D.C. 20004
8       winn.allen@kirkland.com
9       tj.mccarrick@kirkland.com
10
11      On Behalf of Plaintiff CCIA:
12      TODD DISHER, ESQ.
13      LEHOTSKY KELLER
14      909 Congress Avenue, Suite 1100
15      Austin, Texas 78701
16      todd@lehotskykeller.com
17
18      On Behalf of the Defendant:
19      COURTNEY CORBELLO, Assistant Attorney General
20      BENJAMIN LYLES, Assistant Attorney General.
21      P.O. Box 12548
22      Austin, Texas  768711-2548
23      Courtney.corbello@oag.texas.gov
24      benjamin.lyles@oag.texas.gov
25   Videographer:  Gene Aronov
```

3

```
1              TABLE OF CONTENTS
2                  WITNESSES
3   WITNESS                              PAGE
4   NEIL CHRISTOPHER POTTS
5   By Ms. Corbello                        5
6   By Mr. McCarrick                     183
7   By Ms. Corbello                      186
8
9
10
               _____EXHIBITS_____
11
   EXHIBIT     DESCRIPTION               PAGE
12
   Exhibit 1   Declaration                13
13
   Exhibit B   Blog post                  83
14
   Exhibit 3   HB 20                     105
15
   Exhibit 4   Document entitled I Don't Think   112
16              Facebook Should Have Taken Down
                My Post
17
18
19
20
21
22
23
24
25
```

4

```
1                PROCEEDINGS
2        THE VIDEOGRAPHER:  Good morning.
3   This begins the video deposition of Neil
4   Potts taken by the defendant in the
5   matter of NetChoice, LLC, et al, versus
6   Ken Paxton, et al., filed in the United
7   States District Court for the Western
8   District of Texas, Austin Division, Case
9   No. 1:21-cv-00840-RP.
10       This deposition is being held at
11   Kirkland & Ellis, located at 1301
12   Pennsylvania Avenue, NW, Washington,
13   D.C., on November 16, 2021, at
14   approximately 9:09 p.m. -- a.m.
15       My name is Gene Aronov from the
16   firm Integrity Legal Support Solutions,
17   and I'm the video specialist.  The court
18   reporter is Barbara Moore with Integrity
19   Legal Support Solutions.
20       Would counsel please introduce
21   themselves.
22       (Attorneys stated their
23   appearances for the record.)
24   THE COURT:  Will the court
25   reporter please swear in the witness.
```

5

```
1   ***********************
2        NEIL CHRISTOPHER POTTS,
3   having been called as a witness on behalf of
4   Facebook and having been first duly sworn, was
5   examined and testified as follows:
6   EXAMINATION BY
7   MS. CORBELLO:
8        MR. McCARRICK:  Before we get
9        going, we do have an agreement that one
10       objection from either counsel for the
11       witness or the plaintiffs, serves as an
12       objection for both.
13       MS. CORBELLO:  Yes.
14   BY MS. CORBELLO:
15   Q.   Good morning, Mr. Potts.  My name is
16   Courtney Corbello.  I represent the defendant Ken
17   Paxton in this lawsuit.  Let's just talk a little
18   bit about your background before we get started.
19       How long have you been with Facebook?
20   A.   About five and-a-half, maybe five
21   and three-quarters of a year.  I joined in April of
22   2016.
23   Q.   What is your title currently?
24   A.   I'm the vice president of Trust and
25   Safety Policy.
```

6

1      Q.     Have you been that the entire time
2  you've been with Facebook?
3      A.     No, not the entire time.  I started
4  off on our Content Policy team and then created a
5  team and then eventually took over this position.
6      Q.     So the Content Policy team, what is
7  that?
8      A.     That is a team that rates the rules
9  what we allow and do not allow on the platform.
10  Just to clarify, Trust and Safety Policy falls
11  under the Content Policy team.
12      Q.     So somewhat of a subsidiary to the
13  Content Policy team?
14      A.     It's one of the pillars to the
15  Content Policy Team.
16      Q.     And is that the team you created,
17  the Trust and Safety?
18      A.     Yes, but that's not the team I was
19  referring to.  I created a team called the
20  Strategic Response Policy in 2017 and then this
21  team in 2019.
22      Q.     Where were you previously?
23      A.     I was at a law firm in Washington,
24  D.C.
25      Q.     What law firm was that?

7

1      A.     WilmerHale.
2      Q.     And what are your job duties
3  currently as vice president of Trust and Safety
4  Policy?
5      A.     Sure.  I oversee a number of subject
6  matter experts, about 75 subject matter experts
7  that focus on some of the highest priority issues
8  that the company faces.  That includes safety, so
9  safety for women, safety for children, health and
10  well-being, security.  That's our term for cyber
11  security, dealing with foreign interference.  Cyber
12  espionage.  Other cyber security issues.
13      Our team that looks on counterterrorism and
14  extremism.  Our team that looks on civil rights, a
15  team that looks into every policy as well as
16  external stakeholder engagement.
17      Q.     And you also represent Facebook in
18  its external capacities, right, for example?
19      A.     Yes.
20      Q.     In front of Congress?
21      A.     Right.
22      Q.     What are the other capacities you
23  might represent Facebook in?
24      A.     According to the way that we develop
25  policies is to engage externally with governance,

8

1  civil society, academics, et cetera, and so I do
2  that fairly often.
3      Q.     Are you involved in the membership
4  between Facebook and NetChoice?
5      A.     Define membership in that sense.
6      Q.     Well, Facebook is a member of
7  NetChoice; correct?
8      A.     That's correct.
9      Q.     Were you involved in becoming --
10      A.     Like advising whether we would be,
11  no, I wasn't advising.
12      Q.     Do you understand how the membership
13  for Facebook works in regard to NetChoice?
14      A.     Loosely, but not well versed.
15      Q.     What's your loose understanding?
16      A.     With many trade associations we are
17  members of seeking to just have better, better
18  knowledge of issues confronting the internet.
19      Q.     Do you do any work with NetChoice
20  directly in your capacity as Trust and Safety
21  Policy vice president?
22      A.     Not directly.  I think there are a
23  lot of tangential issues, but not directly.
24      Q.     What sort of tangential issues?
25      A.     For any of the issues including what

9

1  we're talking about today, they do abut against my
2  subject matter areas.
3      Q.     And same for CCIA, do you understand
4  how that membership works for Facebook?
5      A.     Similarly I'm aware of it but don't
6  know who decided we would be a member of CCIA.
7      Q.     Is it fair to say everything you
8  just told me about NetChoice applies to CCIA as
9  well?
10      A.     Yes.
11      Q.     Your understanding?
12      A.     That's true.
13      Q.     Do you know if Facebook funds
14  NetChoice or CCIA in any way?
15      A.     I don't have direct knowledge.
16      Q.     Do you have indirect knowledge?
17      A.     I know that we participate in a
18  number of industry groups, and I don't know who our
19  membership is.  I cannot speak to NetChoice
20  specifically.
21      Q.     Let's turn to your declaration.  If
22  you want to look at the first binder in front of
23  you.
24      A.     Top binder?
25      Q.     Yes, it should tell you what number

10

1  it is. I can't remember off the top of my head.
2       A.   This is the big --
3       Q.   10 it looks like.
4       A.   Tab 10?
5       Q.   Yes.
6       A.   Okay.  You know what, I think I have
7  two of the same or at least the numbering is off.
8            MS. CORBELLO:  Counsel, do you
9            want your own set of binders, or I assume
10           you have your own declaration.
11           (Discussion held off the
12           record.)
13           THE WITNESS:  Tab 10?
14  BY MS. CORBELLO:
15      Q.   Yes.  Did you draft this
16  declaration?
17           MR. DISHER:  So 10 is not his
18           declaration.  10 is the notice of
19           declaration.
20           MS. CORBELLO:  I'm sorry, I read
21           it wrong.  Here it is, six.
22           THE WITNESS:  Six.
23  BY MS. CORBELLO:
24      Q.   Sorry, I saw your name and just
25  assumed it was 10.

11

1       Are you there?
2       A.   I'm still here.  Are you still here?
3       Q.   We made it.
4       A.   Okay.
5       Q.   Did you draft this declaration,
6  Mr. Potts?
7       A.   I had a chance to edit it, to review
8  it and to ensure that all the statements that I
9  signed were correct.
10      Q.   Okay.  Who drafted the initial draft
11  of this document?
12      A.   Working with the team of in-house
13  counsel.
14      Q.   Other than in-house counsel, did
15  anyone else contribute to the draft in any way?
16      A.   I'm not certain who did contribute
17  to it.  I worked with my in-house counsel on the
18  declaration.
19      Q.   Who else contributed to it?
20      A.   The team of in-house counsel.
21      Q.   Did you speak to anyone about
22  drafting your declaration other than in-house
23  counsel?
24      A.   No, just in-house counsel.
25      Q.   Did you speak to counsel for

12

1  plaintiffs in this lawsuit at all about drafting
2  your declaration?
3       A.   I spoke with in-house counsel.
4       Q.   So no?
5       A.   So no.
6       Q.   You said you edited the draft that
7  was given to you?
8       A.   I edited the draft, input it, gave
9  feedback and additions to this draft as well as a
10  similar draft that was submitted.
11      Q.   So how many drafts did you edit,
12  would you say?
13      A.   When you say that, do you mean the
14  back-and-forth?
15      Q.   Yes.
16      A.   I haven't -- multiple, but I
17  couldn't recall the number.
18      Q.   When did you first start drafting --
19  when did you first see a draft of your declaration?
20      A.   I don't have the exact date.
21      Q.   Several months ago?
22      A.   Several months ago.  As I mentioned,
23  we worked -- we had a similar declaration of
24  Florida that was -- not many months ago, prior to
25  this declaration, but unfortunately I don't recall

13

1  the exact dates.
2       Q.   Did you consult with anyone other
3  than in-house counsel in giving any edits to your
4  draft?
5       A.   No.
6       Q.   Did you consult any documents while
7  editing your draft?
8       A.   I consulted the documents that are
9  included, and a lot of it is just kind of inherent
10  knowledge from day-to-day work.
11      Q.   Let's start with Paragraph 4 on the
12  second page of your declaration.
13      A.   Sure.
14           MR. McCARRICK:  And Exhibit 1?
15           MS. CORBELLO:  Sorry.  I'm going
16           to mark your declaration as defense
17           Exhibit 1.
18           (Exhibit 1, Declaration, was
19           marked for identification.)
20  BY MS. CORBELLO:
21      Q.   So turning to paragraph 4 on page 2.
22      A.   Sure.
23      Q.   This paragraph talks about ranking
24  content; correct?
25      A.   Can I have a second just to review?

14

```
1    Q.    Sure, go ahead.
2    A.    Thank you.  Okay.
3    Q.    So this paragraph talks about a
4  system of ranking content; correct?
5    A.    That's correct.
6    Q.    Why does Facebook prioritize
7  training and experience for users that expose them
8  to what they find relevant and meaningful?
9    A.    It's a great question.  It's
10 something that we hear from users with that they
11 want a meaningful experience on a platform:
12 whether those are social interactions; things
13 that they're interested in from the people that
14 they follow; the pages or the people that they
15 friend; the pages that they follow; the groups that
16 they join; what content is more valuable to the
17 individual.
18       As you can imagine, the people that I am
19 friends with in the groups that I follow may not be
20 of interest to you and likewise, so we want to give
21 people an experience that they've come to know and
22 the power to build a community.
23    Q.    When you say "valuable," does that
24 mean more likely to use the site and engage on the
25 things that Facebook is showing them?
```

15

```
1    A.    To find some value and experience,
2  it could be anything.  Not necessarily just with
3  engagement but find value in the actual content
4  that is presented to them.
5    Q.    Well, how do users demonstrate that
6  they find value in the content that's being given
7  to them?
8    A.    Engagement is one, so that could be
9  either through comments, likes, sometimes sharings,
10 so those are all things as well, but just reviewing
11 the content and just -- we do run surveys as well
12 to get direct feedback from users about the type of
13 content so regardless of that level of engagement,
14 we hear what users say they want.
15    Q.    What percentage of the users utilize
16 the survey feature on Facebook?
17    A.    I don't have the number,
18 unfortunately.
19    Q.    Is it possible to get that number?
20    A.    I can find out.  I don't know.
21    Q.    Other than engagement and use of
22 surveys, is there any other way that Facebook is
23 able to tell whether users find content valuable or
24 not?
25    A.    Sometimes we get direct feedback,
```

16

```
1  direct feedback in a number of ways, including
2  criticisms, including -- but also applause through
3  articles or other, you know, think pieces.  So
4  that's one that we recognize as a way to, but
5  primarily we look at the signals that we have a bit
6  more fidelity in, try to deconflict anecdotal
7  versus significant.
8    Q.    When users interact more on their
9  Facebook page based on the rankings, does that
10 increase ad revenue?
11    MR. McCARRICK:  Objection to form.
12    THE WITNESS:  You need to repeat
13    it.  Sorry.
14 BY MS. CORBELLO:
15    Q.    When users engage in the content
16 that Facebook displays for them, does that increase
17 ad revenue?
18    MR. McCARRICK:  Same objection.
19    THE WITNESS:  I don't have a
20    direct kind of causation or direct line,
21    so I wouldn't know.
22 BY MS. CORBELLO:
23    Q.    So user engagement does not increase
24 ad revenue for Facebook?
25    MR. DISHER:  Objection, form.
```

17

```
1    THE WITNESS:  I'm struggling a bit
2    with the question, so I don't have -- I
3    don't have metrics that indicate how
4    that, how those things play out.
5  BY MS. CORBELLO:
6    Q.    What's your struggle with the
7  question?
8    MR. DISHER:  Objection, form.
9    THE WITNESS:  It's just the way
10   that it's framed.  If you could maybe
11   reframe.  It's just a little confusing to
12   me.
13 BY MS. CORBELLO:
14    Q.    Is there a concept that you're
15 missing that I can explain a little bit better?
16    A.    Well, it's partially your definition
17 of engagement, and then are you asking if there is
18 a direct correlation of one user engaging a content
19 to ad revenue?
20    Q.    No.  So the more users engage in the
21 content on Facebook, does that increase Facebook's
22 ad revenue?
23    A.    I don't have metrics on it.  That's
24 not my -- I'm not on the business side of the
25 house.
```

18

1    Q.   Do you know the answer to that
2  question or not?
3    A.   I do not.
4    Q.   Paragraph 4 says that the rankings
5  are unique to each user.  Do you see where it says
6  that?
7    A.   I do.
8    Q.   So how are rankings made by
9  Facebook?  Is it algorithms or human based?
10   A.   The rankings are a combination of
11 humans and algorithms.  Humans can create the
12 algorithms; humans also do a lot of the feedings of
13 the algorithms, the machine learning, the AI, so
14 not just the creation but the labeling of content
15 that feeds into that.  So with that combined with
16 the automation, it's just a combination of how the
17 rankings appear.
18   Q.   So when it says, "Rankings are
19 unique to each user," it's the combination of
20 algorithms and humans that are making that
21 determination for each user?
22   A.   For the algorithm; correct.
23   Q.   Is the algorithm -- are the
24 algorithms that are designed to create these
25 rankings, are these based on what it determines

19

1  based on training or any human involvement that
2  each user is most interested in?
3    MR. DISHER:  Objection, form.
4    THE WITNESS:  Algorithm, repeat
5    the question.
6  BY MS. CORBELLO:
7    Q.   So the algorithms that are used to
8  create these unique rankings, are these essentially
9  looking for what each user is most interested in
10 based on data that Facebook has for them, past
11 likes, past shares?
12   MR. DISHER:  Objection, form.
13   THE WITNESS:  So -- in part.  So
14   it's a bit -- it's a bit more complex.
15   We have many algorithms that are news
16   feeds including algorithms that moderate
17   content, algorithms that demote content
18   as well.
19     So we have -- we have a number of
20   policies that we apply to content
21   moderation.  If there is something that
22   would violate one of these policies, we
23   would remove it.  If there's something
24   that we call borderline that runs up
25   against the policy but we haven't made a

20

1    decision on, we would demote that.
2      So the ranking does take into
3    account what you have liked, what you
4    have engaged with, but it's also subject
5    to those other measures.
6  BY MS. CORBELLO:
7    Q.   So let's say a piece of
8  user-generated content comes in, putting aside any
9  algorithms, let's say it doesn't violate any
10 policies by Facebook and it's just a nice piece of
11 user-generated content, is the way it works that
12 that content is essentially ranked for a user who
13 would be interested in seeing it based on past
14 behavior by that user on Facebook?
15     MR. DISHER:  Object.  Form.
16     THE WITNESS:  In part.  Similar
17   content that also we have signals on
18   other users are engaged.
19 BY MS. CORBELLO:
20   Q.   So it's based on both what the user
21 likely engages in and other users like that user
22 might engage in.  Is that fair?
23     MR. McCARRICK:  Objection to form.
24     THE WITNESS:  In a nutshell.  To
25   maybe clarify that point, your user, your

21

1    individual user, the friends, the pages,
2    the groups that is going to be the
3    majority, I think is around 87 percent of
4    the signal comes from that subject to
5    those other things that we talked about:
6    content moderation, algorithms,
7    demotion of algorithms.  But we also take
8    signal on other issues, for example,
9    sharing of the link, just kind of broad
10   sharing of the link or sharing, you may
11   have seen this in your Facebook or
12   Instagram feed, the sharing of Oh, I got
13   Jordans or I've got Ray Bans, that type
14   of stuff making sure that if it's a
15   repeated sharing that looks like spam,
16   that we're also taking appropriate
17   actions and things like that.
18 BY MS. CORBELLO:
19   Q.   Let's go to paragraph 8, which is on
20 the same page.  Do you want to take a second to
21 read it.  I think it goes down to the next page.
22   A.   I appreciate it, thank you.
23   Q.   Do you see the second sentence
24 there, "People will not use Facebook if they not
25 physically safe"?

22

1    A.    Yes.
2    Q.    What's your basis for this
3  knowledge?
4    A.    I don't have direct feedback, I
5  don't have hard data but I've been in a number of
6  conversations with civil society members, the
7  public at writ large where they've communicated
8  that.  In fact, we've been the targets of a boycott
9  on a number of occasions for people not feeling
10  safe on the platform.
11    Q.    Do you -- in your position as vice
12  president of Trust and Safety Policy, do you
13  receive direct user feedback?
14    A.    Sometimes.
15    Q.    From Facebook?
16    MR. McCARRICK:  Objection to form.
17    Q.    So users can fill out -- there's
18  some sort of complaint system for Facebook, right,
19  for users?
20    A.    There are complaint systems.
21    Q.    Do you receive those complaints that
22  come in through the Facebook website?
23    A.    No, I do not.
24    Q.    Do you review any of the user
25  complaints that come in through Facebook?

23

1    A.    No, no, I do not.
2    Q.    And so your knowledge for the
3  sentence people will not use Facebook if they do
4  not feel safe is based on anecdotal?
5    MR. DISHER:  Objection.  Form.
6    THE WITNESS:  Yes.  Clarify
7    anecdotal.  I've heard from people
8    directly say to me it's anecdotal.  I
9    don't know if they would go through with
10    it, but the difference between the
11    complaint system, people either approach
12    me directly, in person, they have email
13    addresses, they have phone numbers, and
14    they will call and they will lodge
15    complaints that are outside of the
16    Facebook complaint system.
17  BY MS. CORBELLO:
18    Q.    And are there complaints that they
19  won't use Facebook if they don't feel safe?
20    A.    Yes.
21    Q.    Are any of their complaints that
22  they don't currently feel safe on Facebook?
23    A.    I have heard those.
24    Q.    So when you talk about the anecdotal
25  evidence you've heard of this, this sentence, are

24

1  you including both of those sentiments from users?
2    A.    The sentiment that they would not
3  use Facebook if they don't --
4    Q.    Or they don't feel safe currently.
5    A.    That's what they say.  I have no way
6  to prove their intent.  I can't speculate on it if
7  it's actually true, but that's what they felt.
8    Q.    Do you have any other basis for your
9  claim that people will not use Facebook if they do
10  not feel safe?
11    A.    That's my view.
12    Q.    The next sentence, "Advertisers
13  similarly will not advertise on Facebook if they
14  believe it's not effective at removing harmful
15  content, a content that violates our community
16  standards."
17    Do you see that?
18    A.    I do.
19    Q.    What's your basis for that
20  statement?
21    A.    I've been in contact with a number
22  of advertisers.  As I mentioned briefly, we've been
23  a target of a boycott, I believe a boycott last
24  year by advertisers where that that was one of
25  their number one concerns.

25

1    Q.    Do you deal directly with
2  advertisers as part of your position as vice
3  president?
4    A.    Not on a daily basis but on occasion
5  I would.
6    Q.    What are the occasions on which you
7  deal with advertisers?
8    A.    When one of our policies or one of
9  our public policies -- not all of our policies are
10  public -- but when that becomes an issue of
11  scrutiny, I will hopefully explain how our
12  policies, our intentions on enforcement of those
13  policies to work with advertisers.  But many
14  advertisers also are just concerned with the
15  platform broadly outside of an inflection point
16  because they're worried about their brands.
17    Q.    You said there was an advertiser
18  boycott last year?
19    A.    2020.
20    Q.    Have there been any other advertiser
21  boycotts that you know of?
22    A.    That is the one that I know of.  You
23  have to survey the advertisers.  I don't know if
24  they -- what started what they consider a boycott,
25  but there was a known boycott in 2020.

26

1     Q.    You said you talked to some of these
2  advertisers on an ad hoc basis?
3     A.    Correct.
4     Q.    What are some of the concerns that
5  they expressed to you?
6     A.    Advertisers, especially their
7  marketing offices, are highly concerned about their
8  brand and the brand appearing next to content that
9  they find to be objectionable.
10       Now, objectionable content for Facebook may
11  not actually violate, but they are also very, very
12  I guess focused on content that does violate or
13  perceived to violate our policies that we haven't
14  been able to enforce against.
15       So for any type of brand safety, if you
16  will, the advertisers who invest obviously a lot of
17  their resources into Facebook want to ensure that
18  the platform is one that is safe.
19     Q.    And so these are past concerns that
20  the advertisers have expressed?
21     A.    I guess it's hard to speculate for
22  me on is it past or future.  They generally are
23  talking about past events to inform future spend.
24     Q.    So is it fair to say that there has
25  been content presented on Facebook that advertisers

27

1  did not agree with in the past?
2     A.    Yes.
3     Q.    Content on Facebook that advertisers
4  believe harm their brand has been present in the
5  past?
6     A.    If I can rephrase that to content
7  that they would not -- they would not want their
8  brand to appear next to.
9     Q.    That has existed in the past on
10  Facebook?
11     A.    They have made the argument.
12     Q.    Are you involved with anything to do
13  with advertiser retention?
14     A.    I'm not -- I don't know what that
15  is.  So I mean, I know what the words mean, but I
16  don't know that that's a team that we have.  So no,
17  I'm not directly involved.
18     Q.    So when an advertiser -- some of the
19  examples you gave when an advertiser starts saying
20  that they don't like their brand being next to a
21  certain piece of content, they might walk, who
22  deals with that at Facebook?
23     A.    We have a full, what we call the
24  business operations team.  So it's a team of what
25  we call global management services, who holds

28

1  partnerships whose main focus is on advertiser
2  support.
3     Q.    That's who would handle any sort of
4  advertiser threat to leave the platform?
5     A.    That team, they are the main
6  interface with advertisers.
7     Q.    Who is the head of that team?
8     A.    Our current chief business officer
9  is Marne Levine.
10     Q.    Can you spell that first name for
11  me.
12     A.    Sure.  M-a-r-n-e.
13     Q.    Have you ever -- other than the
14  boycott you told me about, have you ever come
15  across another advertiser who stopped using
16  Facebook due to the concerns we've talked about?
17     A.    Personally, no.
18     Q.    Are you aware of where those
19  advertisers would go if not using Facebook?
20         MR. DISHER:  Objection to form.
21         MR. McCARRICK:  Objection to form.
22         THE WITNESS:  I can't speculate.
23       I'm not their CMOs or investment ops.
24  BY MS. CORBELLO:
25     Q.    No advertiser or rep of an

29

1  advertiser has ever told you where they might go
2  alternatively to using the Facebook platform?
3     A.    They never told me directly.  I
4  haven't asked.
5     Q.    The last sentence of paragraph 8,
6  people and advertisers have stopped using Facebook
7  due to these concerns?
8     A.    Yes.
9     Q.    I know we talked about the boycott.
10  What are the other -- what other personal knowledge
11  do you have that forms the basis of this statement?
12     A.    There's a lot of -- there's a lot of
13  public reporting, and I'm taking those public
14  reports as being accurate of people, you know,
15  hashtag Delete Facebook, which is a kind of a known
16  trend that appears routinely.  The advertiser
17  boycott.
18       There's also a civil rights boycott led by
19  an organization called Color of Change where I
20  don't understand how they would prove who is
21  deleting Facebook or not.  But that is one of the
22  tenets that you delete Facebook to join that
23  boycott.
24     Q.    Why does that group ask its members
25  to delete Facebook?  What was the basis, if you



30

1  know?
2         MR. McCARRICK:  Object to form.
3         THE WITNESS:  I can't speculate on
4     all the reasons why.  Publicly they claim
5     that Facebook has hate on the platform.
6  BY MS. CORBELLO:
7     Q.    You don't have any personal
8  knowledge as to the fact that the members of this
9  group don't feel safe and so they delete Facebook
10 because of that?
11    A.    I can't speculate to someone's
12 emotion.  I can tell you what they've told me.  I
13 can't speculate to if it's actually true.
14    Q.    What is the name of this group?
15    A.    Color of Change.
16    Q.    Color of Change?
17    A.    You yes.
18    Q.    Have you spoken to anyone with this
19 group?
20    A.    Yes.
21    Q.    And what have they told you is their
22 basis for leaving Facebook?
23    A.    We have too much hate on the
24 platform.  That's in a nutshell.
25    Q.    Anything else?

31

1     A.    They have a myriad of like smaller
2  lists of specific content, but I can't recall those
3  now.
4     Q.    The hashtag Delete Facebook that you
5  mentioned a moment ago, do you know the basis for
6  those users' reasons for wanting to delete
7  Facebook?
8         MR. McCARRICK:  Objection to form.
9         THE WITNESS:  I can't speculate on
10    all of it, but similar to the Color of
11    Change, what they publicly say on Twitter
12    is Facebook has hate on the platform.
13 BY MS. CORBELLO:
14    Q.    All of these that use the hashtag
15 Delete Facebook say that?
16    A.    I can't -- I have not done a survey
17 of all the users who have said that.  So I don't
18 want to attest to something I wouldn't be certain
19 on.
20    Q.    So you aren't able to say sitting
21 here today why people are using the hashtag Delete
22 Facebook?
23        MR. DISHER:  Objection to form.
24        THE WITNESS:  I can't say why all
25    those people are doing that.

32

1  BY MS. CORBELLO:
2     Q.    Let's go to paragraph 9 if you want
3  to take a second to read that one.
4     A.    Sure, thank you.
5     Q.    On page 4.
6     A.    Yes.
7     Q.    The first sentence, to me that reads
8  that essentially Facebook's goal is to foster an
9  open debate sort of forum.  Is that correct?
10        MR. DISHER:  Objection.  Form.
11        THE WITNESS:  Facebook's mission
12    is to give people the power to build
13    community.  So to the extent that giving
14    people voice which is important, freedom
15    of expression is a human right, yes.  We
16    want to foster a platform for expression.
17 BY MS. CORBELLO:
18    Q.    How many people use Facebook
19 currently?
20    A.    The family of action services has
21 approximately 3 billion, I think Facebook is around
22 2.8 billion, but I don't know the exact numbers for
23 November.  Those are global numbers, obviously.
24    Q.    That was going to be my next
25 question.  Explain to me a little bit more what

33

1  that means, give people the power to build
2  community.
3     A.    Sure.  It's core to the mission of
4  how markets set division for Facebook, give people
5  a power of voice to connect.  So whether that's
6  connecting through individuals, friends that you
7  may friend, really, I think one of the things I'm
8  most proud of on Facebook is the work that we do in
9  groups to allow groups to thrive for people who
10 would otherwise not have -- not be able to connect
11 with people that have like interests or like lived
12 experience.
13        For example, there was a group that works
14 on disability, providing channels for those who are
15 disabled.  For COVID you can imagine how difficult
16 it is for people that cannot otherwise be mobile
17 enough to do errands, but in a world where it's
18 very, you know, essential workers are very strapped
19 and having people actually come into contact
20 directly with individuals.
21        I've seen reports where in feedback,
22 anecdotal, these are individuals with experience
23 but saying that those groups were lifesavers,
24 allowed them to connect to third parties, essential
25 workers that were able to step in and provide

34

1  services that sometimes the governments cannot
2  provide.
3      Q.   So it sounds like Facebook operates
4  in an essential way for a large majority of the
5  public.  Is that fair to say?
6          MR. McCARRICK:  Objection to form.
7          THE WITNESS:  You'd have to define
8      "essential."  For that one person, for
9      that person where -- whose story that I
10     happen to be familiar with and by
11     reading, it was very important.
12     Essential maybe has other connotations.
13 BY MS. CORBELLO:
14     Q.   Well, you said Facebook does things
15 that certain governments can't do; correct?
16     A.   I didn't say certain governments
17 can't do.  I said they were stepping into places
18 where governments were not acting.  I'm not sure
19 what the government can or can't do.
20     Q.   Okay.  So give some examples where
21 you've seen that happen.
22     A.   Seen what happen?
23     Q.   Facebook stepping in where
24 governments weren't acting.
25     A.   That's one example that I have.

35

1      Q.   Do you have any others?
2      A.   I would have to really kind of sit
3  down and do long thinking about it.  Nothing comes
4  to me.
5      Q.   How does one become a user on
6  Facebook?
7      A.   You can sign up on Facebook if
8  you're over 13.  If you're over 13 and you're not a
9  certain class of person -- and I can go into those,
10 those are people with specific criminal histories,
11 child sexual abuse material, providers or those
12 that traffic in terrorist, those things.
13     You can go to your Facebook.com, sign up,
14 agree to the Terms of Service.  Attesting that
15 you're over 13 as well and then create your
16 account.
17     Q.   Is it fair to say you need a birth
18 date, a name and a valid email address to sign up
19 for Facebook?
20         MR. DISHER:  Objection to form.
21     Q.   Can you say that again?
22     A.   You would need a real name, a name,
23 our policies dictate a name that you are known by
24 so an authentic name in the sense of an email
25 address or a phone number and a -- some I guess

36

1  access to it.  Like you have a computer, phone or
2  something of that nature.
3      Q.   Any other obstacles to becoming a
4  user on Facebook other than the ones we just
5  discussed?
6          MR. DISHER:  Objection to form.
7          THE WITNESS:  Obstacles, obstacles
8      from whom, I guess.
9  BY MS. CORBELLO:
10     Q.   I guess just information that
11 Facebook needs before it allows you to be a user on
12 its platform.
13     A.   I'm not positive.  I'm not positive.
14 It's not my sign-up, that kind of portfolio is not
15 in my portfolio, so I'm not exactly sure if there
16 are other additional things that people have to
17 attest to, agree to on those sign-ups.
18     Q.   You mentioned a second ago that
19 there is some kind of -- is there an alternative
20 screening for people with criminal backgrounds,
21 terrorist links?
22     A.   Not an alternative screen per se.
23 We do keep -- for known people or people who have
24 been known to be convicted of child sexual assault
25 or sexual assault broadly, sexual assault broadly,

37

1  where we can find and have fidelity and information
2  provided.  So convictions, if the state of Texas
3  convicts someone, convicts John Smith and John
4  Smith's name is on the registry, that person would
5  not be allowed.
6          Similarly for people who are affiliated
7  with terrorist organizations, if you are bin Laden,
8  for example, if he were alive, Osama bin Laden,
9  signing up for that, we would not allow that.
10     Q.   Is that a media blockade, you're
11 denied entry at the door, or is that something
12 where Facebook removes the profile after the fact?
13     A.   It differs.  I would say it differs.
14 In many cases it's after the fact, that once we are
15 alerted to it, we don't necessarily have a list of
16 individuals, like we're not scanning a list of
17 registry and kind of doing that comparison at the
18 time of.  But we were alerted to, so it's once we
19 have knowledge of.
20     Q.   And so what information does
21 Facebook use when it's checking those databases?
22     A.   We generally use the open source
23 database that we have.  One point of clarification,
24 a brief statement.  For those known terrorists, we
25 do prevent specific names from being created.  So

---

**38**

1  you couldn't come on and like say I am Osama
2  bin Laden, if unfortunately your name was actually
3  that, you are not the terrorist, then there are
4  like a number of steps you would have to go through
5  to prove that, okay, you're not just trying to
6  create a profile to create or represent the
7  individual.
8       Q.   Can that person who is unfortunately
9  named Osama bin Laden just enter in a different
10  name and create a user profile?
11      A.   They could.
12      Q.   And for the example of the child
13  sexual predator, is that something you just search
14  for by name, or do you utilize both their name and
15  birth date, whatever they've signed up for?
16      A.   That's correct.  We use a number of
17  signals, including their name, including other
18  signals that we were able to derive, including a
19  report upon them, that it's likely that this person
20  has been convicted of child or not -- I don't want
21  to say child, but a sexual offense.
22      Q.   Does Facebook have any ability to
23  screen between legitimate and illegitimate users
24  that are signing up for Facebook?
25           MR. McCARRICK:  Objection to form.

---

**39**

1            THE WITNESS:  Can you define the
2       legitimate, what does that mean?
3  BY MS. CORBELLO:
4       Q.   Sure.  So Facebook has many bots on
5  its site at any given time; right?
6            MR. DISHER:  Objection to form.
7            THE WITNESS:  I don't think that's
8       fully accurate, but -- that we have many
9       bots, but "many" is kind of an ambiguous
10      word.
11  BY MS. CORBELLO:
12      Q.   Is it fair to say that Facebook can
13  have millions of bots on its platform at any given
14  time?
15           MR. McCARRICK:  Object to form.
16           THE WITNESS:  I'm also struggling
17      a bit on the bots.  I think what you're
18      referring to maybe is fake accounts.
19  BY MS. CORBELLO:
20      Q.   Yes.
21      A.   Yes, we do have fake accounts on the
22  site, and we stopped many of those at creation.
23      Q.   So how does Facebook manage to
24  stop -- I'm going to use the terms again now that
25  we understand what they are -- how does Facebook

---

**40**

1  manage to distinguish between legitimate and
2  illegitimate accounts that are being made?
3       A.   So real accounts versus fake
4  accounts?
5       Q.   Yes.
6       A.   I'll use that.  We use automation, a
7  lot of automation that is informed by kind of human
8  development to identify what signals of the fake
9  account are.  So that's creation dates, patterns of
10  friends that you have, patterns of sharing that you
11  create.
12      So everything from this seems that this,
13  this one device created 10 accounts with very
14  similar birth dates, you know, ranging from X, Y,
15  Z, to their friending the same people or the same
16  groups of people or doing a lot of friends that are
17  unconnected.
18      So it's a little bit -- it would be very
19  unique for a person, perhaps.  In Washington, D.C.
20  too, my first 40 friends are in you, know,
21  globally, globally that while not dispositive gives
22  a signal that there may be further investigation.
23  Compiling all the signals and we make decisions.
24      Q.   So it sounds like when Facebook is
25  screening for fake accounts it's doing so after the

---

**41**

1  fake account has already made it on to the platform
2  and started utilizing it in some way; right?
3            MR. DISHER:  Objection to form.
4            THE WITNESS:  Actually, that's
5       incorrect.  We do a lot of screening up
6       front as well.  I'm sorry to give you
7       some signals, but we do a lot of
8       screening up front.  Our latest
9       transparency report actually mentions the
10      number of fake accounts we remove at
11      creation.
12  BY MS. CORBELLO:
13      Q.   And so how does -- specifically as
14  to the upfront creation of a user account, how does
15  that screening work?
16      A.   I don't have all the particulars.  I
17  gave you some of the ideas on name, dates, devices
18  that they are created from, but I don't have all
19  the particulars.  I'm not an engineer.
20      Q.   Who would know that information?
21      A.   Our integrity teams broadly.
22      Q.   And who is the head of that team?
23      A.   The head of Integrity is a gentleman
24  by the name of Guy Rosen.
25      Q.   Does Facebook -- once someone has

42

1  created a user account and gained access to the
2  platform, does Facebook treat all of those users
3  equally in terms of applying its policies and terms
4  and conditions?
5      A.   Yes.  Yes, they do.  There are some
6  specific rules, some certain rules that have
7  different applications, but broadly yes.
8      Q.   The user-generated content is
9  treated the same by your algorithms regardless of
10 which user is generating that content?
11         MR. DISHER:  Objection to form.
12         THE WITNESS:  Maybe repeat the
13      question.
14 BY MS. CORBELLO:
15     Q.   Sure.  The algorithms that are
16 coming in contact with user-generated content as it
17 comes on to the platform, are those algorithms
18 treating that content the same regardless of the
19 user that generates the content?
20         MR. DISHER:  Objection to form.
21         THE WITNESS:  I think it would be
22     two similarly situated users, yes.
23         That's accurate.
24 BY MS. CORBELLO:
25     Q.   What do you mean by "similarly

43

1  situated"?
2      A.   I guess where I'm struggling is so
3  pages get different treatment, individuals get
4  different treatment, individuals vis-a-vis pages
5  have different treatment.  And -- but if you're
6  posting -- I'm trying to make sure that we're
7  talking apples to apples, people posting the same
8  content, yes, that should be the same.
9      Q.   That's what I was asking.
10     A.   The factors there are also if you
11 are, you know, perhaps if you're followed by a lot
12 of people, a lot more people may see -- you know,
13 you may be followed by many, I'm not followed by
14 any, and so your post may be seen by more people
15 than mine.  But it would be treated the same as far
16 as our policies.
17     Q.   Let's go to paragraph 10.  If you
18 want to take a second.
19     A.   Thank you.  Yes.
20     Q.   Do you see where it says, the first
21 sentence that Facebook has developed robust
22 policies and practices relating to content
23 permitted on its service.
24     A.   I do.
25     Q.   Going back to what we were just

44

1  talking about, what are the specific policies and
2  practices that are related to users getting on to
3  Facebook?
4      A.   This sentence is very much meant to
5  describe our community standards.  So those are the
6  policies and abuse areas that we use to govern
7  content.  But within those, within those community
8  standards as well we did discuss the -- those that
9  are objectionable offenses, convictions,
10 terrorists.
11         But also within that, I should be fair,
12 there are others, spammers and scammers also fall
13 under that as well.  And as you can imagine, we
14 have kind of robust signals on people.  We use
15 troll farms or spam farms to kind of create that
16 type of content.
17     Q.   Does Facebook currently have any
18 algorithms or source codes that are used
19 specifically to screen users and deny them entry
20 before getting on to the platform?
21         MR. McCARRICK:  Objection to form.
22         THE WITNESS:  I'm not familiar on
23      how each algorithm works in that sense.
24 BY MS. CORBELLO:
25     Q.   Let's go down to paragraph -- well,

45

1  I'm going to kind of talk about 11 to 13 all
2  together if you want to just --
3      A.   Sure.
4      Q.   -- review them all.
5      A.   Thank you.
6      Q.   So let's start with 11.  Talk about
7  the Terms of Service and community standards.
8      A.   Yes.
9      Q.   Are these basically what Facebook
10 lives by when it comes to content moderation on its
11 platform?
12     A.   Primarily, yes.
13     Q.   What else does Facebook rely on?
14     A.   I'd have to define the moderation.
15 I think moderation means different things to
16 different people.  Moderation in these terms are,
17 especially around community standards, are
18 subsequently binary choices on moderation.  Meaning
19 that we allow or remove.  We also used algorithms
20 to rank and prioritize.
21         We have rules that fall outside of those
22 community standards on who can monetize certain
23 type of content as well.  Who can advertise.  That
24 does fall under community standards.  But it's a
25 very, very, I guess, broad term of moderation.

46

1  Those are more so focused on the binary allow and
2  removal decisions.
3       Q.   Well, this sentence says that Terms
4  of Service and community standards describes what
5  content is acceptable.
6       A.   Yes.  From a removal -- again, from
7  a removal versus binary removal one zero -- I don't
8  know why I'm using those terms -- removal and allow
9  position.  There is a lot of content that is
10 acceptable on Facebook, but where that ranks, your
11 ability to promote that content may have different
12 treatment.
13      Q.   So the way that you've used it in
14 your declaration, what else besides the Terms of
15 Service and community standards define what content
16 is acceptable on Facebook?
17      A.   What is allowed?  If we can -- if we
18 say, as we say allowed, yes.
19      Q.   Did you mean allowed in that first
20 sentence?
21      A.   As I'm talking to you now, I think I
22 use those interchangeably and I maybe should have
23 been more specific.
24      Q.   Okay.  And you said yes, there are
25 other policies besides the Terms of Service and

47

1  community standards for what content is allowed?
2       A.   No.  No.  That's the point I'm
3  trying to clarify.  For what may get different
4  treatments on the platform.
5       Q.   It says the specific requirements
6  have evolved.  Who is responsible for giving input
7  on when those requirements need to evolve?
8       A.   A broad cross-functional team of
9  individuals.  I think what I maybe explained
10 earlier, we do a lot of stakeholder engagement.
11 Getting signal from civil society, getting signal
12 from academics, looking at signal on our platform
13 through our own data to inform policy that needs to
14 be updated, giving the community the best
15 experience.
16      Q.   Does anyone outside of Facebook
17 control what the Terms of Service or community
18 standards look like?
19      A.   Control?
20           MR. DISHER:  Objection to form.
21           THE WITNESS:  No.
22 BY MS. CORBELLO:
23      Q.   Does anyone outside of Facebook have
24 any input on how the Terms of Service and community
25 standards look at any given time for Facebook?

48

1           MR. DISHER:  Objection to form.
2           THE WITNESS:  Repeat one more
3  time.
4  BY MS. CORBELLO:
5       Q.   Does anyone outside of Facebook give
6  any input as to how the Terms of Service or
7  community standards should look at any given time?
8           MR. DISHER:  Objection to form.
9           THE WITNESS:  We do broad
10      engagement on our policies and policy
11      development to have a feedback, to have a
12      better understanding of how to support a
13      community of 3 billion people.  If any
14      one person or any outside group's
15      thoughts on anything dispositive, no, we
16      make those decisions ourselves.
17 BY MS. CORBELLO:
18      Q.   Facebook controls what's in its
19 Terms of Service and what's in its community
20 standards?
21      A.   Yes.
22      Q.   Facebook controls currently what
23 content it wants to moderate and what content it
24 wants to let through; correct?
25           MR. McCARRICK:  Objection to form.

49

1           THE WITNESS:  Yes.
2  BY MS. CORBELLO:
3       Q.   Fair to say Facebook would not be in
4  favor of a law that takes away their ability to do
5  that?
6       A.   That's correct.
7       Q.   So then on the flip side, would
8  Facebook be in favor of a law what allows them to
9  maintain that ability?
10           MR. McCARRICK:  Objection to form.
11           THE WITNESS:  To maintain the
12      ability to moderate, just for
13      clarification?
14 BY MS. CORBELLO:
15      Q.   Yes.  So on the flip side, would
16 Facebook be in favor of a law that allows them to
17 maintain the ability to dictate what content they
18 are moderating?
19           MR. McCARRICK:  Object to form.
20           THE WITNESS:  Yes, we want to be
21      able to apply our moderation policies.
22 BY MS. CORBELLO:
23      Q.   For paragraph 13 -- 12 is about
24 Terms of Service and 13 is about community
25 standards; correct?

50

1     A.   One second.
2     That is correct.
3     Q.   The way you described both the Terms
4  of Service and the community standards in
5  paragraphs 12 and 13, those are all dictated by
6  Facebook only; correct?
7         MR. DISHER:  Objection to form.
8         THE WITNESS:  Broadly, yes.  There
9     may be some attestations to, you know, to
10    existing under current legal structure,
11    but I don't know them offhand.
12 BY MS. CORBELLO:
13    Q.   The second-to-last sentence in
14 paragraph 13, it says Facebook's policies are
15 designed to allow room for these types of
16 expression.  Obviously you're referring to the
17 sentence right above.
18    A.   Okay, yes.
19    Q.   What policies specifically are you
20 talking about in this sentence?
21    A.   Our community standards.  So those
22 are the 22 abuse areas that I referred to earlier,
23 and that covers a variety of issues ranging from
24 the criminal, violence incitement, designated
25 individuals and organizations according harm to the

51

1  objectionable things like hate speech to those that
2  are more safety oriented, things like harassment
3  and bullying, sexual exploitation, to intellectual
4  property, to authenticity, the spam, scam, scammish
5  behavior.
6     Q.   Those policies that you talked about
7  are more so about restricting certain expression;
8  right?
9         MR. McCARRICK:  Objection to form.
10        THE WITNESS:  They are to moderate
11    the platform to ensure we have safety for
12    our users.
13 BY MS. CORBELLO:
14    Q.   So this sentence here where it talks
15 about allowing room for types of expression, what
16 are the specific policies that allow for that room?
17        MR. McCARRICK:  Objection to form.
18    Q.   As opposed to prohibit or restrict
19 expression.
20        MR. McCARRICK:  Objection to form.
21        THE WITNESS:  The way that we view
22    allowing people to talk to discuss these
23    things in meaningful ways is to make sure
24    that we're removing the harmful content.
25    So by removing harmful content we

52

1     promote -- we're able to promote more
2     conversations on positive -- strike
3     "positive," but on content that people
4     find to be valuable.
5  BY MS. CORBELLO:
6     Q.   Okay.  So this sentence was meant to
7  essentially express that the policies restricting
8  speech allow for more open speech?
9         MR. McCARRICK:  Objection to form.
10        THE WITNESS:  If I can take one
11    second to explain the way that we think
12    through our voice and expression.
13 BY MS. CORBELLO:
14    Q.   Sure.
15    A.   Voice is one of our paramount tenets
16 for these policies and the creation of these
17 policies.  The voice is embedded, so we look at
18 things like safety, we look at things like dignity
19 of the speaker, authenticity.  We look at all these
20 issues to ensure that by removing those things that
21 would make people feel unsafe, removing the
22 inauthentic actors from the platform, removing
23 things that would attack someone's dignity,
24 removing things that would maybe jeopardize
25 someone's privacy, it allows the voice that is --

53

1  that we favor or excuse me, not necessarily favor,
2  but that we would want to see on our platform, the
3  community wants to see on the platform.
4     Q.   Is the answer to my question yes?
5         MR. McCARRICK:  Objection to form.
6         MR. DISHER:  Objection to form.
7         THE WITNESS:  Repeat the question.
8  BY MS. CORBELLO:
9     Q.   Is this sentence essentially saying
10 that removal or restriction of certain types of
11 expression allows for more room for other types of
12 expression?
13        MR. McCARRICK:  Objection to form.
14        THE WITNESS:  Broadly, yes.
15 BY MS. CORBELLO:
16    Q.   Let's take a minute to read
17 paragraph 14 for me.
18    A.   Sure.
19    Yes.
20    Q.   I want to start with the second
21 sentence, and then we'll go back to the first.
22    A.   Sure.
23    Q.   It says, "Facebook's artificial
24 intelligence systems find more than 90 percent of
25 the content they remove before anyone reports it."

54

1    A.    That's correct.
2    Q.    What percentage of content is
3 flagged versus what's removed?
4         MR. McCARRICK:  Objection to form.
5         THE WITNESS:  I don't have those,
6    those numbers directly.  Just one
7    highlight.  Something that can be flagged
8    may also be removed or found by
9    automation.  So you will get sometimes
10   overlap there, but your question
11   specifically is what was flagged, but not
12   removed?
13 BY MS. CORBELLO:
14   Q.    What's the percentage of content
15 that's flagged versus what's removed.
16        MR. McCARRICK:  Objection to form.
17        THE WITNESS:  I don't have those
18   numbers.
19 BY MS. CORBELLO:
20   Q.    Well, let me -- so the sentence if
21 you look at it a little bit more carefully, it says
22 AI specifically finds more than 90 percent of the
23 content that is removed.
24        So just speaking in very small numbers, if
25 only 10 pieces of content are removed, that means

55

1 AI has removed nine of those pieces of content.
2 But that doesn't say how much content has been
3 flagged.
4         MR. McCARRICK:  Objection to form.
5         THE WITNESS:  It doesn't say that,
6    though.  That's not what that sentence
7    means.
8 BY MS. CORBELLO:
9    Q.    What does that sentence mean?
10   A.    So the contents that we remove, we
11 have a corpus of body of content, let's say 100
12 pieces that we may be able to identify proactively
13 through our system, 95 percent of the pieces of
14 content that we would remove, so say there's 100
15 violating pieces of content, we would be able to
16 identify proactively 95 percent of those pieces of
17 content before a user reports those to us.
18        It doesn't say -- I think what you're
19 arguing is that the AI is now removing that content
20 alone.  There's another set of content that is
21 violating.  Do I understand that correctly?
22   Q.    I guess my confusion with the
23 sentence is that it's talking about total content
24 removed, not content that has been flagged and then
25 removed.  So it's only if only 95 percent of

56

1 content has been -- 90 percent of the content that
2 has been removed has been removed by AI, that
3 doesn't tell me anything about what is overall
4 flagged before it's removed.  Does that make sense?
5    A.    So yes.  If I can take a couple
6 seconds maybe to define and maybe better explain
7 it.  Bad on me for poor draftmanship.
8         If there are 100 pieces of content removed
9 what we're seeing is that 90 percent, 90 were
10 identified by AI of the hundred pieces of content
11 removed.  So all hundred pieces of content were
12 removed.  That sentence has nothing to do with -- I
13 think what you're asking is is there other content
14 on the platform.
15   Q.    Is there content that is flagged but
16 not removed on Facebook?
17   A.    Undoubtedly there's contents flagged
18 by AI that was not removed.
19   Q.    This 90 percent number is ultimately
20 just the content that gets removed; correct?
21   A.    That's the content that we believe
22 violates our policy.  So maybe it's a great point
23 of clarification.  You can flag anything on
24 Facebook.  If you say that I'm a big Knicks fan and
25 someone says, Well, the Bulls are the best team of

57

1 the '90s no, I wouldn't flag that.  It doesn't mean
2 that it's actually violating our policies, but
3 people can flag anything.  We see that often.
4    Q.    Sure.  But does Facebook keep track
5 of the number of flagged content versus the number
6 of content actually removed?
7    A.    I don't have the latest kind of
8 figures on whether we can keep each piece of
9 content flagged and how long we would do so.
10   Q.    Who would have those numbers?
11   A.    I'm not sure.
12   Q.    So is it fair for me to read this
13 sentence as not telling me how much content is
14 flagged by either a user or Facebook?
15   A.    Well, there's no aggregate number.
16 It's just telling you percentage.  Our community
17 standards enforcement report will tell you that the
18 numbers of content, the aggregate number of content
19 that we have removed in that area, in using this
20 number here you would be able to apply and say, Oh,
21 you've moved a thousand pieces of hate speech.  Oh,
22 you did 90 percent identify it yourself through
23 proactivity and through your automated system, so
24 that means 900 were removed or identified by
25 Facebook and another 100 came in from different

58

1  sources.
2      Q.    So this 90 percent is not being
3  applied to amount of content flagged?
4      A.    We're going back and forth.  The way
5  that we also talk about it is the AI essentially
6  flags content too.  So the AI is flagging content.
7  It is talking about the amount, but it's always
8  about the amount of content that we removed.  Just
9  because something is flagged doesn't necessarily
10  make it violating.  Even AI does not always flag
11  violating content.
12      Q.    So this 90 percent is content, but
13  it's both been flagged and removed.  That fair to
14  say?
15      A.    That is correct, yes.
16      Q.    Okay.  Let's talk about this
17  paragraph, just kind of broadly.
18      A.    Uh-huh.
19      Q.    It says, Facebook relies on
20  automated and human review to enforce its terms and
21  policies at scale across its global service.
22      Can you explain to me how that works?
23      A.    That's great, because we were a bit
24  discussing this now.  Our automation is tremendous
25  for helping us work at scale.  We have, as I

59

1  mentioned earlier, two point X billion people on
2  Facebook.  They post billions of pieces of content
3  daily.  To do that we can only scale and enforce
4  those policies with the use of automation, but
5  automation is informed by human reviewers in many
6  cases.  So human reviewers may label content to
7  train automation, but for certain areas, especially
8  I'll give one example, something that's very
9  heavily context-dependent like hate speech.  The
10  automation may not have a significant level of
11  confidence to make certain calls.
12      So, for example, you may attack me with a
13  slur and that would be found to be hate speech
14  under our policies.  I may use that same slur
15  against myself or recount that you attacked me with
16  a slur.  When I do that, that doesn't violate a
17  policy.  That's a way that people express if they
18  have a point for expression.  I may try to reclaim
19  the slur, reclaim the slur, and you see that
20  through a number of communities.
21      So it's with that context where the machine
22  learning, the automation can say, Hey, this looks
23  like it may be violating, but I'm not actually
24  certain that it's violating.  I'm going to send it
25  to a human reviewer and that we have processes to

60

1  do that.  And then a human reviewer can take on
2  additional contents and hopefully we're able to
3  apply not just kind of broad context of our
4  policies, but context of how things evolve in
5  lexicons globally and then apply those rules and
6  make sure that we're achieving the right outcome.
7      So let's do that number or do that area
8  where we use automation and human review.  There
9  are certain policies that are very just, not just
10  hate speech but require a very, very high amount of
11  understanding of what's happening.  For example, a
12  statement about -- that statement that purports to
13  be about, Oh, I want to kill all the Cowboys fans.
14  Like is that actually real or are there some
15  signals that oh, no, this person has signals that
16  they have now, you know, gone out, purchased
17  weapons, they are tracking towards AT&T Stadium,
18  they are doing all these things.  So you can get
19  two very distinct outcomes.
20      So having human reviewers that are able to
21  provide context and escalate where appropriate, we
22  work with law enforcement on certain occasions,
23  that is something that is important to us.  So it's
24  that combination that makes these things run.
25      Q.    So how does Facebook become aware of

61

1  certain criteria that needs to be implemented?
2          MR. McCARRICK:  Object to the
3          form.
4          THE WITNESS:  Criteria for the
5          policies themselves?
6  BY MS. CORBELLO:
7      Q.    No.  For the algorithm.
8      A.    Define "criteria."
9      Q.    So well, let me put it this way.
10      A.    Uh-huh.
11      Q.    What are the different ways in which
12  Facebook would become aware that there's a piece of
13  content that needs to be screened by either AI or
14  human?
15      A.    For those, those issues, the AI is
16  working constantly across all of whatever is posted
17  to Facebook.  Everything that's posted will
18  eventually have a screen by our artificial
19  intelligence.  So that's kind of the first step
20  again.
21      There is a way that the automation which we
22  call a classifier looks at certain signals that we
23  try to understand the potential severity of a
24  violation, the potential virality of a post and then
25  the likelihood of something actually violating our

62

1  policies and that would -- we would essentially
2  make a decision on whether to continue routing it
3  on to a human to further review. Some cases we're
4  making an automatic decision or not making a
5  decision at all. I shouldn't say not making a
6  decision at all, but not routing a review for
7  potential violations.
8      Q.   Well, is one way in which Facebook
9  becomes aware of content that needs screening via a
10 user creating a ticket or a user reporting it and
11 that creating a ticket?
12     A.   That's accurate. I think we
13 mentioned that earlier. Through our own practice,
14 but users are able to report content.
15     Q.   I want to talk about that sort of
16 workflow first.
17     A.   Sure.
18     Q.   When a ticket gets created as a
19 result of a user reporting some sort of content
20 issue, what happens to that ticket?
21     A.   Broadly that ticket is routed to a
22 human reviewer. It goes into what they say a
23 queue. I shouldn't say directly, that ticket is
24 routed into a system where automation will then
25 also try to route that ticket to a -- the correct

63

1  human reviewer.
2      So, for example, I may be very experienced
3  on UV. I can tell you everything about UV, with
4  violence or policies that don't violate our
5  policies. I may be less experienced on something
6  like privacy. And so instead of giving me the
7  ticket that focuses specifically on privacy, it
8  maybe either is a better, you know, subset of
9  individuals that can apply the policies on privacy
10 with more accuracy than I can.
11     The idea would be our systems would then do
12 a first-line review of that and also give it to
13 what we call queues but route it to the human
14 reviewers who can then review that content.
15     Q.   So is the user story automatically
16 increased as a result of a ticket, or is it created
17 by a human?
18     A.   Define "user story."
19     Q.   So when a ticket is created,
20 typically what happens is either a user story is
21 created that has the data for that ticket or a
22 human -- like manual intervention happens and it's
23 created by a human, and that's how it gets routed
24 to somewhere else to deal with content issues.
25          MR. McCARRICK: Object to the

64

1      form.
2          THE WITNESS: I'm not really
3      familiar with the term "user story," so
4      I'm struggling here. Automation is the
5      step. There's not like a human
6      intervention at that point.
7  BY MS. CORBELLO:
8      Q.   Okay. So after the ticket is
9  created, it's automation first?
10         MR. McCARRICK: Object to form.
11         THE WITNESS: When you say
12     "created," do you mean someone
13     essentially filing a violation within --
14     Q.   Right. So we're talking about user
15 report right now.
16     A.   Yes.
17     Q.   So when a user report creates a
18 ticketing in the Facebook system, it gets an
19 automated treatment first?
20     A.   Automation is one of the ways that
21 we route through. So yes, that automation occurs.
22 You file the ticketing, the automation occurs. So
23 there's not a human that's on the other side
24 directly receiving Neil Potts' complaint. So if I
25 hit the button, it's not like a person, you know,

65

1  hit the button if that makes sense.
2      Q.   Yes, it does. So that automation
3  happens for every piece of user report that comes
4  through, every ticket that is created based on the
5  user report?
6      A.   I believe so. I don't want to
7  speculate in case there's something that I don't
8  know of, but I believe so.
9      Q.   If Facebook becomes aware of an
10 algorithm lacking some sort of ability to determine
11 content that needs to be removed, let's say the
12 hate speech example, for example, maybe there's a
13 new slur that has to be added to the algorithm
14 because it hasn't been previously, how does that
15 work?
16     A.   The way that we update our policies
17 very routinely, almost every two weeks we do kind
18 of constant revision of our policies which then
19 would inform the algorithm.
20     There are also a number of protocols and we
21 have teams now ranging -- I think in the
22 declaration the number has increased from 35,000 to
23 40,000 people working on safety and security. So
24 there are teams within that, within those 40,000
25 people that focus on our operations or processes or

66

1 protocols.
2        So when there's something like a new slur,
3 a new terrorist organization, a new type of abuse
4 that we've become aware of, we will then update
5 those policies in many cases.  And sometimes if the
6 policy does not get updated, at least updating the
7 protocols on how we enforce those policies and then
8 those feed into how the algorithms are going to be
9 trained on that.
10        So, for example, this bottle of water, a
11 bottle of water may not be violating today for
12 whatever reason it violates.  We would rate that,
13 people would begin to label that, feed it into the
14 machine learning so the machine would recognize the
15 bottle of water that actually violates whatever
16 policy a bottle of water would violate.
17        Q.    So you have programmers that
18 essentially write the source code to add a criteria
19 to the algorithm.  Did I get that right?
20        A.    We have engineers who build out the
21 machine learning.  I don't want to get over my
22 skis.  A lot of this is done through labeling of --
23 labeling by humans of what violates and what does
24 not violate.
25        Q.    Is there anything that's not done by

67

1 humans as to what violates or does not violate?
2        A.    Anything not done by humans?
3        Q.    Well, you said a lot of it is done
4 by humans to determine what violates and what does
5 not violate.  I'm hearing those words a lot.  I was
6 just wondering if there was an alternative on that.
7        A.    It's probably a weak crutch that I
8 use.  I don't know.  I'm baffling myself.  I can't
9 figure out how humans would not be involved in the
10 process.
11        Q.    Do you know if any of Facebook's
12 algorithms are trained to add their own criteria?
13            MR. DISHER:  Objection to form.
14            THE WITNESS:  I do not.
15 BY MS. CORBELLO:
16        Q.    Is it -- I don't know how to ask
17 this.  Is it a division of programmers that work on
18 algorithms and updating the algorithms to be able
19 to catch content?
20        A.    By "division" do you mean team?
21        Q.    Yes.
22        A.    Yes.
23        Q.    What's the team's name?
24        A.    Broadly it's the Integrity team.
25        Q.    Integrity team.  Who is the head of

68

1 the Integrity team?
2        A.    Guy Rosen.
3        Q.    And so we just talked about the way
4 a user would report a ticket.  So let's talk about
5 the internal way a ticket might be created.  The
6 integrity team you just talked about, is that who
7 is supplementing new criteria that comes out
8 through revision of your policies?
9        A.    Broadly, yes.  In conjunction, it's
10 cross-functional, so with the teams that write the
11 policies, with the operations teams who are human
12 moderators, with the integrity team themselves, but
13 they are also different.
14        So the way we think of Facebook is that
15 every surface on Facebook, your news feed, your
16 groups, your advertising, there's different
17 products, but those product teams are also I guess
18 consumers or recipients of those changes so that
19 they sometimes will not make decisions on, but
20 because they are receiving the value of it, they
21 have to know how it impacts their products.
22        Q.    What happens to -- what happens
23 after a piece of user-generated content gets
24 flagged as unsafe?
25        A.    I don't think we flag anything

69

1 unsafe.  It's the wrong term.
2        Q.    What's the right term?
3        A.    Our classifiers give it a -- well, I
4 guess maybe the question for you is do you mean
5 something that violates or --
6        Q.    Yes.
7        A.    Okay.  For a certain, certain small
8 number of the violations, including certain types
9 of nudity, terrorist -- known terrorist propaganda,
10 child exploitative images that are known things in
11 our database, the automation may make a decision
12 and actually move the content and essentially I
13 think as you were referring to kind of close that
14 ticket.
15        Certain cases we have reporting obligations
16 out to legal entities around for child exploitative
17 images.  For example, we would work with the
18 federal government on reporting of those instances
19 as well.
20        For the vast majority, though, of other
21 violations what happens is that the automation
22 gives it essentially a score.  It has a score of
23 confidence that would say okay, based off of what
24 you have inputted, you have inputted this as to be
25 violating.  Here is the policy, here are the known

70

1  examples.  This seems maybe 90 percent of the time
2  that this would be violating.  On certain levels of
3  scores we have almost, you know, supreme levels of
4  confidence, 99 percent, the algorithm or the
5  automation may make the decision itself.  Lower, we
6  will route that to a user.  If it's below a certain
7  number, like 10 percent, you post, Hello, there
8  seems to be no violations at 1 percent, we don't
9  think this violates.  We wouldn't route it to the
10  user.  We would say that this wouldn't violate.
11      Q.   When you say "route it to a user" --
12      A.   Excuse me.  Route it to a -- I said
13  user, that's incorrect.  I meant to a moderator.
14      Q.   I'm very confused.
15      A.   I did not mean to do it.  I confuse
16  myself sometimes.
17      Q.   We didn't go over the initial rules
18  of a depo mostly because I know you're a lawyer.
19  But if you do need a break for any reason, just let
20  me know.
21      A.   I'm good.
22      Q.   Do you know the number of tickets
23  that come in either user based or internal that are
24  closed without action?
25      A.   I don't have those numbers.

71

1  Community standards enforcement report may.  I just
2  don't have them offhand.
3      Q.   Who would have those numbers?
4      A.   Again, that enforcement, that
5  transparency report, they may have those numbers,
6  and then we would be able to compare them.
7      Q.   And if they don't?
8      A.   It would broadly fall on a team of
9  data scientists.  I am not sure.  I would have to
10  find out, but I don't know.
11      Q.   Same thing for -- do you know the
12  percentage of tickets, user internal, that come in
13  that are closed without action?
14      A.   I don't have those numbers.
15      Q.   Do you know the percentage of issues
16  in the backlog related to content moderation
17  currently?
18          MR. DISHER:  Objection.  Form.
19          THE WITNESS:  Currently I do not.
20  BY MS. CORBELLO:
21      Q.   Who would know that?
22      A.   A number of teams.  Again, within
23  the group that I explained earlier, operational,
24  global operations team, our integrity teams, our
25  policy teams, that cross-functional team, there

72

1  would likely be someone with oversight of, but not
2  my team.
3      Q.   Let's go to paragraph 15.  Let me
4  know when you're ready.
5      A.   One second, please.
6      Q.   Yes.
7      A.   Yes.
8      Q.   So the sentence or the paragraph
9  starts out where "Facebook regularly publishes
10  updates about its efforts to remove harmful content
11  and protect its community."
12          Who in Facebook does this?
13      A.   Excuse me.  Generally subject matter
14  experts.  So it may include the head of content
15  policy.  It may include members of my team if they
16  have special expertise on counterterrorism, on
17  safety.  In certain cases it may be teams that work
18  cross-functionally from Integrity or others.
19          Not to use the term "single thread owners,"
20  but people who are tasked with resolving these
21  issues on our platform are generally people who
22  also publish.
23      Q.   So who is doing the actual
24  publishing of updates?
25      A.   Posting of the updates, do you mean

73

1  updating of the community standards?
2      Q.   Right.
3      A.   The teams that I work with on the
4  content policy teams?
5      Q.   Well, I'm sorry.  Updating the
6  efforts to remove harmful content and protect its
7  communities.  Who is publishing these updates for
8  Facebook?
9      A.   The broad -- the broad news room
10  posts, those are the people.  The authors who may
11  be subject matter experts that own either the
12  community standards, who own the particular
13  subjects within community standards, again,
14  counterterrorism, human rights, those types of
15  things.
16          If they are specifically about automation,
17  if they are specifically about a product, it may be
18  the product owners.  So when I say "product
19  owners," the person in charge of that organization
20  that is tasked with owning that product.  So you
21  mentioned integrity, Guy Rosen as an example.
22      Q.   So is the group that actually
23  publishes updates different than the group that
24  gathers the data that would be considered an
25  update?

74

1      MR. DISHER:  Object to the form.
2      THE WITNESS:  It's hard to kind of
3  like bifurcate or separate out this,
4  because as we worked so cross-functionally.
5  It's not as if one person would publish
6  something.  There wouldn't be
7  cross-functional collaboration and
8  communication with the teams.  Through
9  policy, through integrity, through
10  operations, through the products
11  themselves, so it's a little hard for me
12  to make that.
13      There's just, you know, it happens
14  to be one person who is -- this falls
15  most likely in the portfolio.  So, for
16  example, if it's an issue about safety
17  and perhaps suicide and self-injury,
18  safety for a young woman on the platform,
19  one of my team members would post about
20  that, would generally post about that.
21      If it is about how the automated
22  services worked, Guy Rosen likely would,
23  but not always, but likely would post
24  about that.  So it's kind of hard to
25  separate out, this person would only post

75

1      about that and you wouldn't be aware of
2  it.
3  BY MS. CORBELLO:
4      Q.   Okay.  So there's not one person
5  that everyone is just reporting their efforts to
6  remove harmful content to, and that person is
7  taking care of updating the community as you
8  describe in this sentence?
9      A.   No.  No.
10      Q.   You said your team provides some of
11  these updates.
12      A.   We do.
13      Q.   How does it do that?
14      A.   When we see specific threats on our
15  platform, we have either changed policies or we
16  have responses, responses to specific issues.  And
17  we feel that the community would value or would
18  be -- it would be valuable for our community to
19  understand how we are treating issues.
20      So whether those are -- the coup in
21  Myanmar, for example, whether it is suicide and
22  self-injury, whether it was a foreign interference
23  operation being run on Facebook to influence an
24  election, we may take those times to report what we
25  know and how we are going about either to resolve

76

1  it or we didn't.
2      Q.   Did the team ever provide specific
3  numbers as to number of pieces of content that have
4  been removed under a certain category?
5      A.   In certain cases, yes, we do.
6      Q.   How do you value those numbers?
7      A.   We work again in that
8  cross-functional nature with our operations team,
9  our data scientists, our integrity teams and others
10  about whether those are removals or any action to
11  be taken on this content.
12      Q.   So which of those teams is giving
13  you the numbers?
14      A.   Broadly it's data science, but
15  that's not always -- it's not always.  Broadly yes,
16  but not always.
17      Q.   Do you know how data science
18  compiles those numbers?
19      A.   I'm not a data scientist.
20      Q.   Do you know if they count them out
21  one by one?
22      A.   I'm not a data scientist.  I don't
23  think it's that easy, but I'm not a data scientist.
24      Q.   Do you know if they utilize any
25  algorithms to determine the amount of content

77

1  removed under a certain category?
2      A.   I do not know.
3      Q.   Do you know what it costs the data
4  scientists to provide you information such as
5  number of pieces of content removed?
6      MR. DISHER:  Objection to form.
7      THE WITNESS:  I don't have line
8  items on kind of cost or investment in
9  that nature.  I do know that we spent
10  $13 billion since 2016 on safety and
11  security, and that's one part of that
12  13 billion, but I don't have like a line
13  item breakdown.
14  BY MS. CORBELLO:
15      Q.   Hypothetically let's say you were to
16  call the data scientist -- is there a division name
17  for it, or is it just data scientists?
18      A.   For these purposes data scientists.
19      Q.   Hypothetically if you were to call
20  the data scientists today and ask them for a
21  specific number that they would generally be able
22  to give you, you know, amount of content X removed
23  in the past month, how quickly do you think they
24  would get you that information?
25      MR. McCARRICK:  Object to the

78

1    form.
2        THE WITNESS:  It is extremely
3    difficult to get any numbers with
4    fidelity from our data scientists.  We
5    want data to be accurate in the numbers
6    we present outward.  We do release
7    transparency reports now where I can say
8    anecdotally I can't prove it, but they
9    tell me and I take their word to be true,
10   that they begin the next quarter's report
11   the day after a quarter posts.
12       So if they were to post something
13   today, they would begin crunching the
14   numbers for the next quarter report
15   tomorrow.
16  BY MS. CORBELLO:
17       Q.    So the next transparency report,
18   they are created by data scientists?
19       A.    Again, it's a combination of the
20   teams, policy teams, integrity teams, your
21   operations team.  They do feed information in in
22   that process.
23       Q.    And those transparency received are
24   done quarterly?
25       A.    They are.

79

1        Q.    Are they done at any given time
2    other than quarterly?
3        A.    Not to my knowledge.  I have never
4    seen one.
5        Q.    Are they done for any external
6    partners or members of the public?
7            MR. DISHER:  Objection to form.
8            THE WITNESS:  We are very
9        transparent.  You can find those that are
10       transparent.
11  BY MS. CORBELLO:
12       Q.    Can they be requested by someone
13   from the public other than on a quarterly basis?
14       A.    I'm sure you can request them, but
15   would we provide them?  I don't think we would.
16   Yes, we publish those quarterly.
17       Q.    Going back to what we were talking
18   about a second ago, new content criteria that comes
19   up, maybe a new racial slur, a new terrorist group,
20   do you have any knowledge as to how quickly the
21   data scientists would be able to gather numbers on
22   new criteria that has been flagged and removed?
23           MR. McCARRICK:  Object to the
24       form.
25           THE WITNESS:  I do not have

80

1    specific numbers.  We try to be robust in
2    our updates and swift, but I don't have
3    specific numbers on how fast we can
4    actually turn around a specific kind of
5    subset of content or things like that.
6    BY MS. CORBELLO:
7        Q.    Who would better be able to answer
8    that question?
9        A.    It would be a combination of our
10   integrity and our operations.  I think that the way
11   that -- the frame of the question is that the data
12   scientists we're referring to, they write the
13   transparency report, they write on broad categories
14   of reports, not necessarily on specifics.
15       To get, as you can imagine, get specific
16   fidelity on very granular topics requires perhaps
17   even more attention to deconflict.  For example, we
18   may have removed for, that's a violation of our
19   hate speech policies.  When in fact while that is
20   true, it may not tell you information about which
21   hate speech policy is violated.
22       And so I think what you asked for that
23   exactly changed, what slur was used here, and that
24   creates a level of just detail that we don't report
25   on today because the burden would be extremely,

81

1    extremely high.
2        Q.    Is there someone who is the head of
3    the data scientists?
4        A.    There's someone, there are people
5    that I know.  I don't know who actually owns the,
6    as you mentioned division, I don't know who owns
7    the organization.  It's slipping my mind.  I just
8    don't have the org chart in front of me.
9        Q.    Go down to paragraph 16 for me.
10       A.    Sure.
11       Q.    Are you ready?
12       A.    16, yes.
13       Q.    Yes.  So this paragraph is talking
14   about changes to policies in response to
15   extraordinary situations.  Right?
16       A.    That is correct.
17       Q.    How quickly did those changes
18   happen?
19           MR. McCARRICK:  Object to the
20       form.
21           THE WITNESS:  Are you referring to
22       the specific situation that's flagged in
23       Paragraph 16?
24  BY MS. CORBELLO:
25       Q.    Yes.  So let's start with the

82

1 Myanmar. How quickly did the changes to policies
2 and practices happen in response to that situation?
3      A.   I think on the Myanmar military coup
4 that happened in February 2020, they were not
5 instantaneous, but they were very soon after the
6 coup was executed. I don't have the exact
7 day-to-day, but it's something that we were aware
8 of and began to plan for.
9      Q.   Go to tab 16 for me.
10     A.   Sure.
11     Q.   The Bates stamp will start at
12 Facebook 46.
13     A.   Facebook 6?
14     Q.   46.
15     A.   46. May I have a second just to
16 review.
17     Q.   Take a second to look it over. Let
18 me know. It looks like it ends around Facebook 52.
19     A.   Uh-huh. Is there anything specific
20 you would like me to focus on?
21     Q.   Just skim it so you're familiar with
22 it.
23     A.   (Witness complies with request.)
24 Yes.
25     Q.   Okay. So this is an article that

83

1 you relied on in making your declaration; correct?
2      A.   That is correct.
3      Q.   And did you rely on this article in
4 making the statements made in paragraph 16?
5      A.   Yes, I did, but can I go back to the
6 declaration to confirm?
7      Q.   Yes.
8      MR. McCARRICK: Why don't you
9      leave that open and you can use this.
10     Q.   Feel free --
11     MR. McCARRICK: Paragraph 16.
12     THE WITNESS: Thank you. Yes.
13     Both this declaration and kind of
14     knowledge or -- excuse me, both this
15     public-facing blog post as well as
16     knowledge of the event.
17     MS. CORBELLO: I'm going to label
18     Facebook Bates stamp 46 to -52 as Defense
19     Exhibit B.
20         (Exhibit B, Blog post, was
21         marked for identification.)
22 BY MS. CORBELLO:
23     Q.   Your declaration at paragraph 16
24 says that the military coup happened in 2021; is
25 that right?

84

1      A.   That's correct.
2      Q.   This update by Facebook on Exhibit B
3 was published February 11, 2021; right?
4      A.   Thereabouts; correct.
5      MR. McCARRICK: Object to the
6      form.
7      Q.   Fair to say Facebook acted pretty
8 quickly after the Myanmar situation?
9      A.   I don't know your definition of
10 "quickly," but we acted -- we tried to act
11 immediately.
12     Q.   It looks like in response to the
13 Myanmar incident Facebook implemented specific
14 policies and updated their content moderation
15 policies as well; correct?
16     A.   Specific treatment and policies for
17 the Tatmadaw, the military wing of the Burmese
18 government we did, yes.
19     Q.   How did these updates take place?
20 Describe to me kind of the workflow between the
21 incident in Myanmar happened and now Facebook has
22 algorithms that address that issue.
23     A.   Sure. We began to see -- well,
24 taking a step back, as you mentioned we have
25 algorithms in place that moderate content, and some

85

1 of those algorithms are focused on dangerous
2 organizations and individuals and also an area of
3 our abuse standards called coordinating harm.
4      So they have through all the different
5 types of abuse standards -- coordinating harm
6 becomes apparent here in a second. We received a
7 lot of signal, as I mentioned, through external
8 engagement about events that are happening on the
9 ground and including from people, whether those are
10 journalists, civil society academics within Myanmar
11 and external Myanmar watching the events of
12 Myanmar. So we had some indications that there was
13 the potential for some type of military action to
14 occur in Myanmar.
15     The events of the coups happened on the
16 1st. At that point we convened a cross-functional
17 group, accept them as what we call that, to examine
18 what we know, the way that the content is appearing
19 on our platform, what we are hearing from bodies
20 outside of the government about how the platform
21 may be used to exploit -- excuse me, outside of
22 Facebook on ways that the platform may be used to
23 exploit the situation in favor of the now
24 military-led government. We take all of that and
25 working with our subject matter experts.

86

1    We then derive the policies that we think
2  are appropriate for that time to ensure safety in
3  the broader base of users.  At that point we
4  designated them under our coordinating harm
5  policies, preventing those that were in contact --
6  coordinating harm is our broad way of coordinating
7  a criminal activity and the potential for future
8  harm.  Knowing the Tatmadaw's previous actions in
9  Myanmar dating back to 2017 and through 2018 and
10  the genocide of the Rohingya, knowing that we have
11  basis for the reporting on those things.
12    Fast forward to now '21, February.  We make
13  the policies that say okay, for the Tatmadaw
14  themselves we are going to prevent them from using
15  our platform.  We are also going to prevent the
16  craze of violent activity carried out on behalf of
17  the Tatmadaw.  Just sort of continual updates to
18  those.
19    Taking the policies now, so we have -- now
20  we have the policies, we then feed that into our
21  group of human content moderators who are, in many
22  ways act, sometimes in these situations act as the
23  first line of defense.  They are connected, they
24  have people who we call market teams that focus on
25  Myanmar specifically looking for that content,

87

1  receiving those reports -- getting routed but
2  receiving those reports and having the first review
3  for those things.
4    Simultaneously, that is fed into labeling,
5  is also fed into the algorithms to ensure that we
6  are doing as comprehensive as holistic of approach
7  that we can meet the potential, potential scale of
8  these activities.
9    I think I got everything there.  Hopefully
10  I answered.
11    Q.    That was helpful.
12    Were you involved in these updates that had
13  to take place on Myanmar?
14    A.    When you say "updates," just for
15  clarity, writing these posts for the actual
16  decisions made to actually do the work?
17    Q.    Any part of it?
18    A.    I was on the latter.  So maybe
19  helping make the decisions for the policies that we
20  would go through in enforcing.  I did not pen any
21  of these updates.
22    Q.    How long did it take to come up with
23  the new policies to respond to the Myanmar
24  situation?
25    A.    I think as you can see here, it

88

1  took -- we do a very iterative process.  As I
2  mentioned earlier, we update our policies every two
3  weeks.  One of our kind of core traits or core
4  principles to our policies is in many ways they are
5  living and breathing as we try to meet the needs of
6  the community as those needs develop.
7    In a situation like Myanmar, you can see
8  where our first attempts to kind of address that
9  may have fallen short in some ways, and so we
10  continually update, address, receive additional
11  feedback; explore the signals that we see on our
12  platform; explore what we are removing, what we are
13  not removing and those are in some ways double
14  edged because there's content to be made, capture
15  and remove that you don't want to remove.  Content
16  that you really do want to remove that you're not
17  finding.
18    The team makes those updates to ensure that
19  the products of that, as I think you see here, it's
20  over a month-long kind of continual updates on
21  okay, this type of enforcement we want to allow, we
22  see people utilizing the platform.
23    Example here, perhaps, the Tatmadaw, we are
24  in a pandemic, the world is in a pandemic.  There
25  may be entities within the Burmese government that

89

1  are carrying out COVID response that are exclusive
2  to the coup but they're not -- now they fall under
3  the reign of the government, so technically they
4  are the government.
5    We would allow in certain situations praise
6  of someone carrying out, Oh, you know, I received
7  my COVID shot, thank you for the health
8  administrator that gave it to me.  Whereas if we
9  had a very blunt rule and say well, that's actually
10  praising the government that's taking care of this
11  coup, we wouldn't allow that.  So we want to make
12  sure that we have those nuances right.
13    So those things we get signal impact to
14  ensure that we are enforcing the things that we
15  don't want but also allowing things that we think
16  the community would want to share for its emergent
17  purposes.
18    Q.    You can turn back to the declaration
19  if you want to.
20    A.    Sure.
21    Q.    Go back to 15 that we just talked
22  about briefly, paragraph 15.
23    A.    One second.
24    Q.    Sure.
25    A.    Thank you.  (Witness complies with

90

1  request.)
2      Yes.
3      Q.    I just want to talk about each one
4  of these examples that you provide in this
5  paragraph, starting with September 2018 article
6  about artificial intelligence helping suicide
7  prevention efforts.
8      A.    Sure.
9      Q.    So based on that it sounds like, it
10  was primarily algorithms that were sorting out any
11  sort of potential threats of suicide?
12          MR. DISHER:  Object to the form.
13          THE WITNESS:  I may object to the
14          word "primarily."  I don't have the
15          document in front of me.  We use a
16          combination of both human and algorithm,
17          but algorithms definitely play a part in
18          identifying the content and the signals
19          that people are using to indicate that
20          they may be engaging in self-harm.
21  BY MS. CORBELLO:
22      Q.    So what or who was the first line of
23  defense when it came to the suicide prevention
24  efforts?  Was it AI or was it human?
25          MR. DISHER:  Object to the form.

91

1          THE WITNESS:  It can be both.  Our
2  defense -- and so we do rely on human
3  reports of third-party, you know, person,
4  user, reporting content to us that may
5  give a signal.
6          As you can imagine, understanding
7  of someone who is potentially going to
8  commit suicide is very difficult.  But we
9  also use automation in AI where there are
10  known signals, and that may be the way
11  that they, you know, they post,
12  essentially, you know, they are very
13  explicitly saying that they want to kill
14  themselves.
15          But even in context around the use
16  of live video, for example, there are
17  also signals that we can find.
18  Unfortunately graphic, but sounds of
19  gunshots, the visuals of like uses and
20  things of these natures are sometimes
21  used to inform automated sometimes.
22  Whether it's the text or whether there
23  are images, those images could be still
24  or moving.  Those are some ways the AI
25  fills in.  We also use the user reporting

92

1      in combination with AI and human review
2      to better monitor.  So it is a
3      combination.
4  BY MS. CORBELLO:
5      Q.    Does Facebook retain data on the
6  users that it flags as potentially suicidal?
7      A.    I don't have specific information on
8  that outside of just our normal data retention,
9  which I don't know.
10      Q.    Are you aware of criticism from
11  experts regarding Facebook's retention of people's
12  mental health as a result of these suicide
13  prevention efforts?
14          MR. McCARRICK:  Object to the
15          form.
16          THE WITNESS:  Repeat the question.
17          I think I --
18  BY MS. CORBELLO:
19      Q.    Sure.  Are you aware of experts'
20  criticisms of the suicide prevention effort program
21  given that it retains data of people's mental
22  health diagnoses?
23          MR. McCARRICK:  Same objection.
24          Same objection.
25          THE WITNESS:  I'm not aware.

93

1  BY MS. CORBELLO:
2      Q.    Are you aware of criticisms against
3  Facebook that it actually increases suicidal
4  tendencies in teenagers?
5          MR. McCARRICK:  Object to the
6          form.
7          THE WITNESS:  I'm not aware.
8  BY MS. CORBELLO:
9      Q.    The October 2019 article regarding
10  the substantial efforts --
11          MR. McCARRICK:  Before you move
12          on, can we take a break at some point?
13          MS. CORBELLO:  Can I finish?  I'll
14          finish the list of articles and we'll do
15          it.
16          MR. McCARRICK:  Okay.
17  BY MS. CORBELLO:
18      Q.    2019 October, substantial efforts it
19  had undertaken to protect against interfering with
20  the 2020 election.
21      Do you see that?
22      A.    I do see that.
23      Q.    Are you aware of any articles that,
24  from the media or any criticisms from users that
25  Facebook actually contributed to misinformation

94

1  being spread during the 2020 U.S. election?
2          MR. DISHER:  Objection to form.
3          THE WITNESS:  I have heard
4      allegations via media reporting through
5      various groups that did not like our
6      policies that we contributed to
7      misinformation.
8  BY MS. CORBELLO:
9      Q.    And do you disagree with those
10 reports?
11     A.    Yes.
12     Q.    June 2020, Facebook published an
13 article related to labels that would add to content
14 and ads from entities believed to be
15 state-controlled media.  Are those labels that
16 Facebook ads added uniformly across all
17 state-controlled media?
18         MR. DISHER:  Objection to form.
19         THE WITNESS:  For media that
20     reaches our state-controlled media
21     definition, the intent is, as you can
22     imagine where media changes and then we
23     have tests and framework that we
24     evaluate, there may be a media
25     organization now from a specific state

95

1      that doesn't have a label today.  But the
2      intention is it's a very generic label,
3      but I think it can speak to this moment
4      in time.
5  BY MS. CORBELLO:
6      Q.    Who decides who is getting the
7  state-controlled media label and who is not?
8      A.    It's a cross-functional team.  One
9  of the teams that works on it is the security team
10 that rules on it.
11     Q.    February 2021, the next sentence.
12 Facebook has informational labels to some posts
13 related to climate change.
14     A.    That's correct.
15     Q.    Are you aware of any media articles
16 indicating that Facebook actually profits from
17 misinformation about climate crisis on its
18 platform?
19     A.    On climate crisis specifically, no,
20 I'm not.
21     Q.    May 2021.  Facebook published a
22 threat report on efforts taken to protect against
23 influence operations aimed at manipulating -- I'm
24 not going to read that whole sentence.
25         Could you describe to me what influence

96

1  operations aimed at manipulating or corrupting
2  public debate, what do you mean by that?
3      A.    Sure.  As we reflect back on events
4  in the past including the 2016 election, but much
5  broader than the 2016 election, we've seen specific
6  government actors, specific private actors take to
7  social media broadly to try to influence the debate
8  on sovereigns in their elections.
9          That could be used through a number of fake
10 accounts with content that is meant to be salacious
11 or to incite violence or incite dissent and to
12 really have people oppose each other, usually in an
13 inauthentic way.  And that is what, as we think of
14 those influence operations is something that we are
15 very proud in place now is our, what we call our
16 coordinated inauthentic behavior policies where we
17 remove these networks of actors.
18         So whether you are -- were agnostic with --
19 I don't know what your politics are, but if you
20 were a foreign operative using inauthentic accounts
21 to influence another sovereign's election, we take
22 action.
23         Further, in addition to that we put in
24 other measures in place to ensure that we have
25 better transparency about who is doing what in the

97

1  elections context.  For example, we have an ad
2  transparency center that if you are running what we
3  call a social issue or political ad that you must
4  affirm that you are a -- I guess I don't want to
5  say "resident," it has that connotation, but
6  domicile living in the state that you are or living
7  in the country that you are running the ad, affirm
8  to a number of other things, and then have that ad
9  disclosed for up to seven years to the public
10 because we recognize transparency in the elections
11 is very important.
12     Q.    Are you aware of any allegations
13 against Facebook that its algorithms are actually
14 designed to incite more anger or violence in its
15 users in the way that it ranks content?
16     A.    I have heard allegations through
17 kind of news articles that make those allegations
18 about Facebook using to promote anger, being used
19 to promote anger.
20     Q.    Do you agree with those allegations?
21     A.    I do not.
22     Q.    Do you have any opinion on whether
23 users are more likely to engage on Facebook with
24 content that upsets them versus content that they
25 agree with?

98

1        MR. DISHER:  Objection to form.
2        THE WITNESS:  I don't have -- I
3    don't have any knowledge of whether they
4    would be or would not be.
5        MS. CORBELLO:  We can take a
6    break.
7        THE VIDEOGRAPHER:  We are going
8    off the record.  This is the end of media
9    No. 1.  The time is 10:50 a.m.
10        (Recess)
11        THE VIDEOGRAPHER:  We're back on
12    the record.  This is the beginning of
13    media Unit No. 2.  The time is 11:01 a.m.
14 BY MS. CORBELLO:
15    Q.    Let's go to paragraph 17 of your
16 declaration.
17    A.    Sure.
18    Q.    Let me know when you're ready.
19    A.    I'm ready.
20    Q.    So the first two sentences there
21 talk about users whose content gets removed or
22 flagged.  What's the recourse?  How does that look
23 when a user has been notified that their content is
24 removed or flagged?
25    A.    Sure.  When you have a content

99

1 removed from Facebook, you are provided a notice
2 within your app that you have that content removed.
3 We aspire to give you the violation category that
4 it was removed for as well, the date and time that
5 we removed it.
6        For example, if I post something that
7 violates a hate speech policy, I would receive a
8 notice that says On November 16 you posted at this
9 time in violation of our hate speech policies.  And
10 that on certain occasions we will include the
11 actual post itself, the entire post.  Other
12 occasions we may not.
13    Q.    How quickly does that notification
14 happen generally?
15    A.    Is that generally from the time of
16 the posting or generally from the time of the
17 decision to remove the content?
18    Q.    From the time of the decision to
19 remove the content.
20    A.    It is not instantaneous, but we seek
21 to do that very quickly within, within a very short
22 period of time.
23    Q.    Would it be less than 24 hours
24 typically?
25    A.    Yes.

100

1    Q.    The appeals process you just
2 described to me, is that for any sort of
3 user-generated content, so something posted,
4 shared, liked, a comment, does that apply across
5 the board?
6    A.    It does.  One point of clarification
7 on the appeals process.  I think we're talking
8 about removal appeals.  You also have the ability
9 to appeal content that you may have flagged for
10 removal and we decided that it did not violate our
11 policies.  You have a chance to appeal that type of
12 content on certain abuse areas as well.
13    Q.    So if a user flags some other user's
14 content, there's a way for that user, the first
15 user to appeal a decision to keep that content on
16 the platform?
17    A.    Right.  If Joe flags a piece of
18 content, we say that Joe, no that content does not
19 violate our policy.  Joe may, in certain cases, may
20 be presented with an option to appeal that.  In
21 other cases around certain specific types of
22 content, that option is not available.
23    Q.    So back to the first scenario where
24 a user's content has been removed.  Facebook
25 provides content notice of the removal, and is the

101

1 appeal option presented in that same notice, or
2 does that come separately?
3    A.    I believe it's at the bottom of that
4 notice, it gives you the option to seek further
5 decision.
6    Q.    And how does that process work?
7    A.    If you opt into that, you
8 essentially click a radio button, a button on that,
9 I believe it clicks, that appeal, the new -- it
10 essentially creates a new review or as you
11 mentioned a new ticket.  But a new case.  That case
12 will then be removed again.
13        Subsequent to an appeal that upholds the
14 first decision, in certain cases you may have the
15 option also to appeal to our oversight board.
16    Q.    What's -- how is it determined
17 whether a user gets the option to use the oversight
18 board or not?
19    A.    I think it's presented -- fairly
20 presented I believe to everyone.  The certain cases
21 that I'm really flagging on are around child sexual
22 exploitative images.  We won't give you a chance to
23 appeal.  We won't give you a chance to appeal if
24 you are a terrorist, are representing to be a
25 terrorist.  In most cases we won't give you a

102

1  chance to appeal for those, but in the vast
2  majority of other cases. I don't want to speak in
3  pure definitives in case there is something that
4  I'm uncertain about.
5      Q.    Going back a second to the notice
6  that a user gets if their content is removed. You
7  said sometimes those notices will tell them why the
8  content is removed, but sometimes it won't. When
9  is it treated differently?
10     A.    Again, we aspire to tell them what
11 it was removed for in cases where you may be an
12 inauthentic actor, for example, or a network of
13 adversarial actors, terrorists and these groups, we
14 may not be as clear to say that you're violating
15 our policies. We will just remove your content and
16 remove your account.
17     So for those that are purely adversarial
18 spaces where you have what we call network
19 disruptions for these types of behaviors, and again
20 going to those that trade child exploitative images
21 as well, we may not tell you that we are removing,
22 you know, specifically removing your content. We
23 are not definitely not showing you the same child
24 exploitative image that you posted.
25     Q.    Is there a process for users who

103

1  have the entire account removed from Facebook?
2      A.    I have to find out the specifics on
3  at that point there are appeals processes, but they
4  vary.
5      Q.    What types of content are eligible
6  for oversight board review?
7      A.    Any content that is removed or
8  upheld that it falls within our community standards
9  is eligible. So that includes all the abuse areas
10 we talked earlier, the violence incitement,
11 dangerous organizations, nudity to bullying to I
12 think you even have a case recently on privately
13 identifiable information, PII.
14     Q.    And other than a user requesting
15 that the decision go up to the oversight board, are
16 there any other ways in which content gets removed
17 by that board?
18     A.    We also -- we being Facebook -- may
19 also refer issues to the oversight board, issues
20 that we think will be precedential, issues that may
21 be consequential, that we would refer to the
22 oversight board for review.
23     Q.    Facebook handles billions of
24 user-generated content in any given year; is that
25 right?

104

1      A.    That's correct.
2      Q.    And the oversight board, it was
3  established in May 2020 it says under your
4  paragraph?
5      A.    That is correct.
6      Q.    Do you know how many enforcement
7  decisions the oversight board has weighed in on
8  since it was created in May 2020 to this day?
9      A.    I don't have the exact number,
10 unfortunately.
11     Q.    Are you aware that the Facebook
12 website says it's been 18 pieces of content?
13     MR. DISHER: Object to the form.
14     THE WITNESS: I'm not aware of
15     what it is today. In fact, I think they
16     just, they just ruled on a few more cases
17     recently. So I don't have the updated
18     number today.
19 BY MS. CORBELLO:
20     Q.    Go to -- actually, just staying on
21 17 for a second.
22     A.    Sure.
23     Q.    You read HB 20; correct?
24     A.    I have, I've skimmed through it,
25 yes.

105

1      Q.    It's also at tab 1 if you need to
2  look at it now.
3      Are there any specific sections of HB 20
4  that you know of that would change this appeals
5  process that we just talked about in paragraph 17?
6      MR. DISHER: Object to the form.
7      MR. McCARRICK: Objection to form.
8      THE WITNESS: Let me have a
9     second.
10 BY MS. CORBELLO:
11     Q.    Sure.
12     MS. CORBELLO: We'll go ahead and
13     mark the language of HB 20 in tab 1 as
14     defense Exhibit 3.
15     (Exhibit 3, HB 20, was
16     marked for identification.)
17     THE WITNESS: Yes.
18 BY MS. CORBELLO:
19     Q.    Do you want me to reask my question?
20     A.    Please do.
21     Q.    Can you point me to the specific
22 sections of HB 20 that modifies anything that we
23 just talked about in regards to paragraph 17?
24     MR. McCARRICK: Object to the
25     form.

106

1    THE WITNESS:  Yeah.  It's a bit
2  difficult for me to understand the
3  definitions of what you mean by -- in
4  these terms of review content.  I think
5  review content has different definitions,
6  who the reviewer is, how those things
7  are, the body that oversees potential
8  appeal.  I think that's one of the main.
9    We aspire to give people feedback
10 very quickly on their appeals.  I cannot
11 say that we are, we comply with 14 days
12 in all cases.  And for, you know,
13 particularly difficult cases it may be
14 longer.  Including things that we
15 ultimately may send to the oversight
16 board where they, as you noted, they
17 have -- with 18 cases put out over the
18 course of a year, it's not necessarily
19 the most speedy body, nor is it designed
20 to be.
21 BY MS. CORBELLO:
22    Q.    You said you're not able to provide
23 decisions within the 14-day deadline that HB 20
24 provides for?
25    MR. DISHER:  Objection to form.

107

1    MR. McCARRICK:  Object to the
2  form.
3    THE WITNESS:  I'd say we're not
4  able to -- we may not be able to provide
5  appeals decisions within those 14 days.
6  BY MS. CORBELLO:
7    Q.    Where do you see that there's a
8  14-day deadline for appeals decisions?
9    MR. DISHER:  Object to the form.
10   THE WITNESS:  If you are on HB 20
11 under Section 120.104, I believe that is
12 the third line.  The social media
13 platform shall not and no later than the
14 14th day.  I may have misread that, but
15 that's how I interpret it.
16 BY MS. CORBELLO:
17   Q.    So starting at the beginning of
18 Section 120.104, it says, "If a social media
19 platform receives a user complaint on the social
20 media platform's removal from the platform of
21 content provided by the user that the user believes
22 was not potentially policy-violating content, the
23 social media platform shall not later than the
24 14th day, excluding Saturdays and Sundays," and
25 then it has some different requirements including

108

1  review the content, determine whether it violates
2  policies.
3    A.    Yes.
4    Q.    You're saying Facebook cannot meet a
5  14-day deadline?
6    MR. McCARRICK:  Hold on.  Ask the
7  question.
8    MR. DISHER:  Object to the form.
9  BY MS. CORBELLO:
10   Q.    Are you saying that Facebook cannot
11 meet this 14-day deadline as it's laid out in
12 HB 20?
13   MR. McCARRICK:  Objection to form.
14 You can answer.
15   THE WITNESS:  There are four -- it
16 seems that there are four requirements
17 there to review, determine, take
18 appropriate steps and to notify.  I'm
19 unclear on the notification there.  For
20 certain that we may or we may not be able
21 to, you know, we aspire to.  I can't say
22 that we certainly will.
23   In certain cases again where we
24 are seeking -- where we make referrals to
25 the oversight board, that decision may

109

1    rest with them, and as we discussed
2  earlier, the oversight board may or may
3  not be able to meet such a deadline.
4  BY MS. CORBELLO:
5    Q.    If you go to tab 16.
6    A.    16.
7    Q.    Yes.  Facebook 65.
8    A.    Sure.  Is that the Bates number?
9    Q.    Yes, it's at the bottom right.  Have
10 you had a chance to look at it?
11   A.    One second, please, thanks.  Yes.
12   Q.    What is this document?
13   A.    It's a document explaining I guess
14 both how you can disagree or appeal a decision, and
15 it's a point that I should have made note with in
16 my previous statement, the impacts of COVID-19 and
17 the pandemic on our ability to actually review and
18 appeal of content decisions, because appeals are
19 going generally to humans for that review.
20   Facebook relying on a team of over 40,000
21 people that work in and specifically 15,000 content
22 moderators.  Many of those people were sent home in
23 many cases without access of their devices for
24 private sensitive information to access users'
25 posts, users' potential user violations.  And

Neil Potts - 11/16/2021

110

1 during that period of time our appeals process had
2 a significant lag if it was appealed or if the
3 appeals were actually met.
4      In certain cases we would what we call
5 auto-close and just say that essentially you use it
6 as a signal that you disagree with a decision but
7 not actually give you a specific decision on your
8 appeal.
9      Q.   This is one of the documents that
10 you relied on in drafting your declaration;
11 correct?
12      A.   I believe that's correct, yes.
13      Q.   And this was -- this is posted to
14 Facebook's website currently; right?
15      A.   I don't have -- I don't have the
16 website in front of me right now.  It was
17 posted when --
18      Q.   When you drafted your declaration,
19 was it posted to Facebook?
20      A.   Yes.
21      Q.   And you drafted your declaration
22 some time around this past summer, 2021, is that
23 fair to say?
24      A.   That's correct.
25      Q.   Do you see at the very bottom

111

1 paragraph there, the first sentence starts out,
2 "Once you ask us to take another look, your content
3 will be removed again by Facebook usually within 24
4 hours"?
5      A.   Yes.
6      Q.   So currently Facebook is promising
7 its users that it will review an appeal of content
8 that's been removed within 24 hours.  Is that fair?
9           MR. McCARRICK:  Object to the
10      form.
11           THE WITNESS:  I think the
12      operative word there is "usually," that
13      we will hinge on.  We aspire to do it
14      within 24 hours, but to say that we
15      always meet that mark for the number of
16      reasons that I laid out, including some
17      of these COVID impacts, is particularly
18      difficult content, it may take longer to
19      review as well.
20 BY MS. CORBELLO:
21      Q.   Generally for just a run-of-the-mill
22 appeal of content removed within 24 hours, usually
23 Facebook will review a user's appeal of that
24 decision; right?
25           MR. DISHER:  Objection to form.

112

1           THE WITNESS:  Run of the mill, we
2      aspire to review it within 24 hours.
3 BY MS. CORBELLO:
4      Q.   Well, you're telling your users this
5 on your website.  Is it generally within 24 hours
6 absent some exception, or is it, it will be 24
7 hours if we feel like it?
8           MR. McCARRICK:  Object to the
9      form.
10           THE WITNESS:  It's definitely if
11      we feel like it.  We try to do it within
12      24 hours.
13 BY MS. CORBELLO:
14      Q.   So that's the general practice?
15      A.   We try to do it within 24 hours.
16           MS. CORBELLO:  Marking this as
17      defense Exhibit 4.
18           (Exhibit 4, document
19           entitled I Don't Think Facebook
20           Should Have Taken Down My Post,
21           was marked for identification.)
22      Q.   Going to Paragraph 18 of your
23 declaration.
24      A.   Sure.
25      Q.   This paragraph is specifically about

113

1 a user's ability to curate their own Facebook page
2 or any content that they see; correct?
3      A.   That's correct.
4      Q.   This paragraph has nothing to do
5 with the decisions that Facebook made in regards to
6 a user's Facebook page or the content of its
7 safety; right?
8           MR. DISHER:  Object to the form.
9           THE WITNESS:  We enable the
10      tools -- not trying to be difficult, but
11      we enable the tools that a user uses to
12      select like who they would block, for
13      example, or things that they would
14      follow.
15 BY MS. CORBELLO:
16      Q.   So you provide users the ability to
17 make these decisions for themselves, is that what
18 you're trying to say?
19      A.   Correct.
20      Q.   This paragraph isn't about the
21 decisions that Facebook is making in regards to
22 what a user can see or can't see?
23      A.   That -- can you repeat that one more
24 time.
25      Q.   Nothing in this paragraph, there's

114

1 plenty of other paragraphs in this declaration
2 about how Facebook moderates its content for users.
3     A.   Correct.
4     Q.   Is there anything in this paragraph
5 about the decisions of Facebook or its algorithms
6 or its humans are making in terms of moderating the
7 content and displaying it for users?
8         MR. DISHER:  Object to the form.
9         THE WITNESS:  I guess the point
10        may be that I'm hung up on a bit is that
11        these are tools that people can use to
12        help inform their news feed.  They are
13        still subject to the overall news feed,
14        if that makes sense.  So they're using
15        tools to help curate their own news feed
16        experience, but the news feed is still
17        running, but, yes, they do have tools to
18        curate their news feed experience.
19 BY MS. CORBELLO:
20     Q.   And the curation of that experience
21 by the user is what this paragraph is about?
22     A.   Yes.
23     Q.   Facebook allows users to, it says,
24 choose a list of favorite friends, pages to
25 feature, they can even block content from certain

115

1 users or pages and report content; is that right?
2     A.   That is correct.
3     Q.   Can you point me to the specific
4 provision in HB 20 that does not allow what you
5 describe in paragraph 18 to continue?
6         MR. DISHER:  Objection to form.
7         MR. McCARRICK:  Object to the
8     form.
9         THE WITNESS:  Can I review?
10 BY MS. CORBELLO:
11     Q.   Sure.  It's tab 1.  Defense Exhibit,
12 I believe.
13     A.   Maybe repeat the question.
14     Q.   Sure.  Can you point me to the
15 specific provision in HB 20 that you believe would
16 essentially prohibit what you describe in
17 paragraph 18 from continuing to happen?
18        MR. DISHER:  Objection to form.
19        MR. McCARRICK:  Same objection.
20 BY MS. CORBELLO:
21     Q.   Actually, let me put it this way:
22 Can you point to a specific provision in HB 20 that
23 does not allow users to continue to curate their
24 own news feeds on Facebook?
25        MR. DISHER:  Objection to form.

116

1         THE WITNESS:  If we go to
2 Section 143A.002, Censorship Prohibited,
3 my understanding of the way that I read
4 censorship in this context vis-a-vis the
5 viewpoint of the user, the user's
6 expression, et cetera, is that we will
7 make certain decisions on this based off
8 of the feedback that we receive from the
9 users, so those signals that the users
10 are giving us about what types of content
11 they like to be surfaced or engaged with.
12         And if we make decisions that use
13 that feedback, that may be read to the
14 violating of the policies of
15 discrimination against the viewpoint of a
16 user.
17         I don't understand what a
18 viewpoint means in this term.  It's a
19 pretty broad expression, but the way that
20 our ranking algorithms work in concert,
21 including with the way that people choose
22 to curate and choose to try to curate
23 themselves, these things aren't, as I was
24 trying to explain earlier or the reason
25 why I was hung up, they're not wholly

117

1         separate.  They do work together and so
2         these things would overlap.
3 BY MS. CORBELLO:
4     Q.   Can you turn to the next page from
5 where you were just reading from.  There's a
6 subsection B there towards the top of the page.
7     A.   On page --
8     Q.   It's the very next page from where
9 you were reading.
10     A.   Subsection, I'm sorry, B?
11     Q.   Yes.  It's under Section 143A.006
12 subsection B.
13     A.   Okay, yes.
14     Q.   Just read it to yourself basically.
15     A.   (Witness complies with request.)
16 Yes.
17     Q.   Does this change your testimony at
18 all from a moment ago that Facebook is not allowed
19 to continue to permit their users to curate their
20 own content?
21        MR. DISHER:  Object to the form.
22        MR. McCARRICK:  Object to the
23     form.
24        THE WITNESS:  Again, we're using
25        signals to help model what a user would

118

1    likely want to have appear in their feed.
2    So that may include specific things that
3    you've already said that I don't want to
4    see that, but also modeling towards
5    things that are highly likely to be the
6    same as that.  We used earlier the
7    example of I don't want to see Ray Ban,
8    random Ray Ban spam ads in my feed.  I
9    may do that.
10        We would always use that to model
11   also, you don't want to see random, you
12   know, some fake Jordans ads, you don't
13   want to see fake other types of material,
14   you know, kind of goods presented in your
15   feed.  And we would make decisions
16   likewise on those.
17 BY MS. CORBELLO:
18       Q.   So the example you gave of a user,
19 you know, pressing block on a Ray Bans ad,
20 what in HB 20 prohibits that from happening?
21       MR. DISHER:  Objection to form.
22       THE WITNESS:  Nothing prevents the
23   user from pressing block.  It is the
24   downstream effects of how that would
25   ultimately inform our news feed

119

1    algorithm, and it's important to also
2    point out that the news feed is specific
3    to each user, how that impacts that
4    user's news feed experience, and we will
5    make decisions based off of the user's
6    feedback, indirect and direct feedback.
7    We make those decisions to present them
8    the -- present them the news feed that we
9    believe that they want the most.
10        Here where you say about specific
11   expression, I assume, but I don't know,
12   but specific expression is very vague to
13   me.  Does that mean all content that
14   falls in that category, or is it about a
15   specific piece of like one piece of
16   content that falls, that the user
17   specifically pressed.
18        Those are the decisions that we
19   would be forced to make.
20 BY MS. CORBELLO:
21       Q.   When a user decides to block
22 content, they press the, what is it, the radio
23 button for block, does Facebook pop up a question
24 as to, you know, why are you blocking this content,
25 anything like that?

120

1        A.   For certain types of content when
2    you get feedback, it does present you with options.
3    When you hide specific content, it does present you
4    with options generally, but I can't speak to all
5    instances and all versions of Facebook.
6        Q.   Who would be able to speak to that?
7        A.   I don't know offhand.  Our UX
8    designer.
9        Q.   A what?
10       A.   User experience designer.  Sorry.
11 Shorthand.  The user experience designer that has
12 the most up-to-date version of Facebook.
13       Q.   Go down to Paragraph 22.
14       A.   22?  On my declaration?
15       Q.   Yes.  Page 8 of your declaration.
16       A.   Page 7?  Oh, page 8.
17       Q.   Yes.  Eight at the top.
18        MR. DISHER:  Eight at the top,
19    seven at the bottom.
20        THE WITNESS:  Yes.
21 BY MS. CORBELLO:
22       Q.   So paragraph 22 talks about one way
23 in which HB 20 is -- would impact Facebook.  Is
24 that right?
25       A.   I believe so, yes.

121

1        Q.   What specific provision of HB 20 are
2    you referring to in paragraph 22?
3        MR. DISHER:  Objection to form.
4        THE WITNESS:  Section 143A.002.
5 BY MS. CORBELLO:
6        Q.   Any other provisions?
7        A.   That is the main provision that I
8    focused on.
9        Q.   Paragraph 23.  Just let me know when
10 you're ready.
11       A.   I am ready.
12       Q.   What part of -- what provision of
13 HB 20 are you referring to in paragraph 23?
14        MR. DISHER:  Objection, form.
15        THE WITNESS:  Again,
16    Section 143A.002, but I believe there is
17    one other section.  If you bear with me,
18    please.
19 BY MS. CORBELLO:
20       Q.   Sure, take your time.
21       A.   Here we go.  I should read it in
22 order, perhaps.  So if we go to, I believe this
23 is -- actually, I'm just going to stick with that
24 chapter.  I know there's a portion that says it
25 talks about curation, but unfortunately I'm not

122

1  finding it right now.
2       Q.    So you said previously 143A.002?
3       A.    That is correct.
4       Q.    Any particular subsection?
5            MR. DISHER:  Object to the form.
6            THE WITNESS:  Again, I think it's
7       all-encompassing of that subsection A
8       that begins with "The social media
9       platform may not censor" is the main.
10 BY MS. CORBELLO:
11      Q.    Paragraph 24 of your declaration,
12 let me know when you've read that.
13      A.    Sure.  Yes.
14      Q.    It talks there at the end about, it
15 gives a few examples, white supremacist content,
16 anti-Semitic conspiracy theories and other racist
17 content.
18      Is it your opinion that HB 20 does not
19 allow Facebook to prohibit racist as a category on
20 its platform as a result of that law?
21           MR. DISHER:  Objection to form.
22           THE WITNESS:  I don't understand
23      what viewpoint means.  There's no
24      definition that I see for viewpoint.  So
25      it's hard for me to understand what a

123

1       viewpoint means.
2            Facebook, we want multiple
3       viewpoints.  We don't make rules or
4       agnostic to someone's religion or
5       agnostic to your political party, but we
6       want to treat certain types of speech and
7       potentially certain positions and
8       viewpoints as very hostile.
9            If you're a terrorist, we don't
10      want you.  If you traffic in child
11      exploitative images, we don't want you.
12      If you're someone who traffics in hate
13      broadly, if you're a scammer or spammer,
14      we don't want you on the platform.  We
15      want to be able to moderate things of
16      that content.
17 BY MS. CORBELLO:
18      Q.    So is the answer to my question yes?
19           MR. DISHER:  Object to the form.
20           THE WITNESS:  Repeat the specific
21      question and see if I can give you a
22      yes-or-no answer.
23 BY MS. CORBELLO:
24      Q.    Is it your position that HB 20 would
25 not allow Facebook to prohibit racist content as a

124

1       category if it would go into effect?
2            MR. DISHER:  Object to the form.
3            THE WITNESS:  I don't know what
4       viewpoint means here.  If viewpoint would
5       mean that we would have to allow people
6       who share racist, anti-Semitic conspiracy
7       theories that would share a specific type
8       of misinformation that could lead to
9       imminent harm, that could share terrorist
10      activity, then yes.  Then that would
11      prevent us from doing our job, and it
12      would be -- it would undo our current
13      moderation practices.
14 BY MS. CORBELLO:
15      Q.    You're aware that HB 20 right now is
16 currently set to go into effect on December 2,
17 2021; right?
18      A.    I am.
19      Q.    Do you have any personal knowledge
20 as to whether Facebook believes it's going to have
21 to remove racist content as a category that it
22 moderates for as a result of HB 20 going into
23 effect?
24           MR. DISHER:  Objection to form.
25           MR. McCARRICK:  Objection to form.

125

1            THE WITNESS:  Again, the viewpoint
2       definition here is at best vague if
3       nonexistent, so it's hard for me to say.
4            I understand that if this law were
5       to go into effect on the 1st that it
6       would be extremely, extremely maybe
7       impossible for us to comply.  It would
8       force us to change all of our systems to
9       try to come into compliance.
10           We've spent billions of dollars, I
11      mentioned earlier about 13 billion on
12      this specific area since 2016, 40,000
13      people.
14           We have to -- I am sure invest
15      nearly as much to be able to comply with
16      all that would undo our systems in such a
17      fundamental way.
18 BY MS. CORBELLO:
19      Q.    And by "comply," you mean
20 essentially take away racist content as a category
21 of something that Facebook moderates for?
22           MR. DISHER:  Objection to form.
23           MR. McCARRICK:  Objection to form.
24           THE WITNESS:  Could you repeat
25      what the taking away was?  I'm trying to

126

1    make sure I get the verbs and negatives
2    correct.
3  BY MS. CORBELLO:
4        Q.   Sure.  You talked about you're going
5  to have to modify a lot of the systems if HB 20
6  goes into effect.
7        A.   Correct.
8        Q.   Would one of those modifications
9  mean taking away, for example, racist content as a
10 category that Facebook moderated for?
11           MR. DISHER:  Objection to form.
12           THE WITNESS:  Possibly.  And much
13       more, depending on, you know, what's the
14       definition of viewpoint, viewpoint here
15       is.  That could be -- racist content
16       could be content that violates and
17       incites all the training that the
18       algorithms have done over the years, all
19       the training that the human reviewers
20       have done all the years, our strong
21       engagement built within and then broadly
22       the safety of the platform.
23           So yes, all the things that we
24       have built up as an infrastructure and
25       guardrails to ensure that we have a safe

127

1        site would undergo massive, massive
2        change to allow these types of content to
3        it.
4  BY MS. CORBELLO:
5        Q.   What -- what categories of content
6  do you believe HB 20 allows Facebook to moderate
7  for?
8            MR. DISHER:  Object to the form.
9            MR. McCARRICK:  Object to the
10       form.
11           THE WITNESS:  Can I go back to --
12 BY MS. CORBELLO:
13       Q.   Sure.
14       A.   Under Section 143A.006, I think
15 there are some carve-outs for specific, would be
16 considered probably criminal sharing.  So that
17 would include sexual abuse.  Some that -- it's
18 listed here content that would directly incite
19 criminal activity or consist of specific threats,
20 but I don't see and I don't know if these are
21 incorporated somewhere else.  But I don't see
22 definitions on what is considered to be inciting or
23 what is considered to be specific in the threat
24 categorization there.  And then like the broad
25 unlawful expression, which I don't know what that

128

1  refers to.
2        Q.   So other than the carve-out you
3  identified in 143A.006, are there any other
4  categories of content that you believe HB 20 allows
5  Facebook to continue to moderate?
6            MR. DISHER:  Objection to form.
7            THE WITNESS:  I think outside of
8        those specific things, again, without an
9        understanding fully of -- because I don't
10       think it's defined -- unlawful expression
11       broadly, it seems that all of our other
12       abuse areas would be subject to, and then
13       we would not be able to moderate content
14       in those spaces up to and including.  I
15       think despite what you have here as
16       criminal incitement to violence, perhaps,
17       our definition is not one that's tied to
18       the criminality or the Texas statutes on
19       inciting violence.
20 BY MS. CORBELLO:
21       Q.   How does Facebook make its money?
22           MR. DISHER:  Object to the form.
23           THE WITNESS:  We have a few
24       revenue streams, but primarily through
25       advertising.

129

1  BY MS. CORBELLO:
2        Q.   What's the percentage of funds that
3  you receive for revenue that you receive from
4  advertisers?
5        A.   I don't have an exact figure.
6        Q.   Is it above 80 percent?
7        A.   I believe so.
8        Q.   Is it above 90 percent?
9        A.   I don't have an exact figure.
10       Q.   So somewhere between 80 and
11 100 percent?
12       A.   I believe so.
13       Q.   Go to paragraph 26 for me.
14       A.   Sure.
15       Q.   Let me know when you're done with
16 that.
17       A.   Sure.  Yes, I'm done.
18       Q.   Okay.  It looks like this paragraph
19 is mostly about the concerns that Facebook has with
20 having to comply with the law that applies to
21 Texans when they are a global company.  Did I read
22 that right?
23           MR. DISHER:  Object to the form.
24           THE WITNESS:  I think that it's
25       complying with the law even for our

130

1       citizens of Texas as well with some of
2       the kind of the vague descriptions there.
3       But also recognizing that we are a global
4       company, a 3 billion person company, and
5       enforcing rules dictated by the Texas
6       government on to other users as well.
7   BY MS. CORBELLO:
8       Q.   Are there currently any state laws
9   that regulate Facebook in any way?
10          MR. DISHER:  Object to the form.
11          MR. McCARRICK:  Object to the
12      form.
13          THE WITNESS:  State as in the 50
14      several states?
15  BY MS. CORBELLO:
16      Q.   Yes.
17      A.   I'm not aware of any specific state
18  laws outside of -- I'm aware of the federal laws.
19  I don't know any specific state laws on content
20  regulation.
21      Q.   Is there a law out of California
22  that's in effect right now regarding -- regarding
23  collection of user data on Facebook?
24          MR. DISHER:  Object to the form.
25          THE WITNESS:  I'm not aware.  I'm

131

1       not aware.
2   BY MS. CORBELLO:
3       Q.   Are there laws in other countries
4   that currently regulate Facebook in any way?
5           MR. DISHER:  Object to the form.
6           THE WITNESS:  Yes.
7   BY MS. CORBELLO:
8       Q.   What laws are those?
9       A.   I know there are regulations.  I
10  don't know the laws specifically.
11      Q.   What are the regulations aimed at
12  primarily, if you know?
13          MR. DISHER:  Object to the form.
14          THE WITNESS:  Broadly privacy,
15      some based on misinformation.  Others on
16      data localization issues, issues of that
17      nature.
18  BY MS. CORBELLO:
19      Q.   How do those international laws
20  affect Facebook's ability to do business here in
21  the U.S.?
22          MR. DISHER:  Object to the form.
23          THE WITNESS:  I don't know
24      specifically.
25

132

1   BY MS. CORBELLO:
2       Q.   Can you think of any examples as to
3   how international laws affects Facebook's ability
4   to do business in the U.S.?
5           MR. DISHER:  Object to the form.
6           THE WITNESS:  Try to comply with
7       law -- with laws.  We do make product
8       changes and product investments to comply
9       with laws that we are actually able to
10      comply with.  I have not seen something
11      that is -- would create such a
12      fundamental shift as the rest of the
13      Texas law in the way that a social media
14      company would be forced to moderate
15      content.
16  BY MS. CORBELLO:
17      Q.   In terms of these international laws
18  that are in effect, has Facebook had to
19  substantially modify its policies or practices in
20  order to comply?
21          MR. DISHER:  Object to the form.
22          THE WITNESS:  Repeat one more
23      time.
24  BY MS. CORBELLO:
25      Q.   Sure.  In terms of the international

133

1   laws that regulate Facebook, has it had to
2   substantially modify its policies and practices in
3   order to comply with those laws?
4           MR. DISHER:  Object to the form.
5           THE WITNESS:  I'm not aware.
6       Again, we try to comply, but we don't
7       always comply with laws.  Sometimes we
8       object.
9   BY MS. CORBELLO:
10      Q.   Well, in your personal capacity as
11  vice president in Trust and Safety teams -- sorry
12  if I'm getting that wrong -- have you or your team
13  had to modify your policies and practices in any
14  way as a result of an international law?
15          MR. DISHER:  Object to the form.
16          THE WITNESS:  On an international
17      provision, my team has not, but I'm not
18      aware of other teams that may have.
19  BY MS. CORBELLO:
20      Q.   Is it Facebook's position that no
21  state is allowed to regulate it in any way?
22          MR. DISHER:  Object to the form.
23          THE WITNESS:  Define the state.
24  BY MS. CORBELLO:
25      Q.   In the 50 states.

134

1    A.    Repeat the question.
2    Q.    Sure.  Is it Facebook's position
3  that no state within the 50 states should be able
4  to regulate Facebook?
5          MR. DISHER:  Object to the form.
6          THE WITNESS:  I don't know if we
7      have a fundamental position on the
8      state's regulation.
9  BY MS. CORBELLO:
10   Q.    Paragraph 27.
11   A.    Yes.
12   Q.    Are you ready?
13   A.    No.  That was yes for acknowledging
14  27.  Not yes for I've read it.
15      Yes, I am now ready.
16   Q.    I think you said this a couple times
17  before, but just to be clear, does Facebook
18  currently discriminate based on a user's viewpoint?
19         MR. DISHER:  Objection to form.
20         THE WITNESS:  Again, it's a
21      definition of viewpoint.  If your
22      viewpoint is one that violates our
23      policies, we will for these purposes
24      discriminate you, we will remove your
25      content.

135

1          So, again, if you are a terrorist,
2      if you are sharing child things that
3      we -- that the statute carves out, but
4      also if you're engaged in bullying and
5      harassment, if you're sharing personal
6      and negative information, if you are
7      using -- trying to exploit our platform
8      for coordinated activity against a nation
9      and their election, if that's a
10     viewpoint.  We do remove that content and
11     we often will remove the actors behind
12     that content as well.
13  BY MS. CORBELLO:
14   Q.    Let's take bullying, for example.
15  When you remove content that qualifies as bullying,
16  what's the viewpoint, first of all, that you
17  believe is at issue there?
18         MR. DISHER:  Objection to form.
19         MR. McCARRICK:  Objection to form.
20         THE WITNESS:  I didn't draft the
21      bill.  The way that I'm focused on is the
22      way that the state of Texas is using that
23      viewpoint.
24  BY MS. CORBELLO:
25   Q.    Sorry.  You used the term

136

1  "viewpoint" and then gave a few examples, including
2  bullying, as a type of viewpoint.  So is it
3  Facebook's position that under this bill that
4  bullying is a viewpoint in and of itself?
5    A.    What I don't understand is how the
6  state of Texas is using viewpoint and what
7  constitutes a viewpoint for the purposes of
8  complying with this statute.
9      So if you tell me that bullying is a
10  viewpoint, then I have to make the necessary
11  compliance protocols and remove our bullying and
12  harassment policies to comply with that.  If I'm
13  not allowed to discriminate -- and discriminate
14  meaning remove content, rank content, demote
15  content -- based off of that position -- but I'm
16  not creating the term "viewpoint."  The term
17  "viewpoint" is created by the statute.
18   Q.    So using the bullying example,
19  Facebook currently removes content that qualifies
20  as bullying; right?
21   A.    That qualifies as bullying and
22  harassment under our policies; correct.  We remove
23  that content.
24   Q.    When looking at content that is
25  flagged for that or reviewed for that, for bullying

137

1  or harassment, does Facebook focus at all on the
2  user's viewpoint?
3          MR. DISHER:  Object to the form.
4          MR. McCARRICK:  Object to the
5      form.
6          THE WITNESS:  Again, what I'm
7      focused on, I think, is the definition
8      under HB 20 of what viewpoint is, which I
9      don't understand from HB 20.  So if your
10     viewpoint is one that I have a position,
11     I have a viewpoint of harassing people,
12     we would remove that content.  And if you
13     have egregious violations and repeated
14     harassment of people, we would remove you
15     from the platform and try to prevent you
16     from coming back.  So yes, in that
17     context.
18  BY MS. CORBELLO:
19   Q.    Maybe it will be easier in an
20  example.  Let's say you have two pieces of content,
21  they both contain the same type of harassment and
22  bullying.  One is against, just for ease of
23  divisiveness, a Trump supporter and one is against
24  a Biden supporter.  Are those two pieces of
25  content, because they qualify under the policy for

138

1  bullying and harassment, going to be treated the
2  same or differently by Facebook?
3          MR. DISHER:  Object to the form.
4          THE WITNESS:  We are agnostic to
5  viewpoints, as I mentioned, whether
6  political, whether religious, ideology.
7  We're not just those viewpoints, unless
8  your ideology is one that's tied to
9  violence.  But for those ideologies, we
10 do discriminate.
11         Again, for HB 20 I'm unclear as to
12 the viewpoint that the bill means -- I
13 guess now law -- I guess I'm unclear as
14 to what this means vis-a-vis our
15 moderation systems.  We are agnostic to
16 that, but if you are implying a
17 definition of viewpoint to that type of
18 content, then that puts us in a bind of
19 having to now upend all of our moderation
20 systems.
21 BY MS. CORBELLO:
22      Q.    Paragraph 27 mentions graphically
23 violent content.
24      Do you see that?
25      A.    I do.

139

1      Q.    Does Facebook allow graphically
2  violent content on its platform now?
3      A.    As often with content on Facebook,
4  it depends.
5      Q.    What does it depend on?
6      A.    It depends on how it's shared.  Many
7  of our decisions are context-based.  For example,
8  me showing a video that is very graphic and maybe
9  objectionable, may satisfy our policies and be
10 removed if it does not have, perhaps, public
11 interest.  But if it is in serving the public
12 interest, we may allow that same type of content.
13      So as we do that and in certain cases, I
14 think, as this paragraph is meant to do, we
15 describe that we will label that content, label it
16 what we call interstitial, essentially warning
17 screens, so to perhaps remove some of the shocking
18 elements of that content.
19      But if you want to see that, an example of
20 this would be there may be someone involved in a
21 protest, a large political protest that is attacked
22 by one side or the other or of the state.  Them
23 showing the effects of the attack, perhaps physical
24 effects may violate our policies.
25      For example, we have the policies are very

140

1  broad, so deep wounds, head gashes, things of that
2  nature, may violate our policies depending on how
3  graphic they are.  But because of the, perhaps the
4  context on which this happened, the context of the
5  speaker as well, we will then apply, we'll say that
6  actually that's not within the spirit or the intent
7  of the policy; but we recognize that this is so
8  shocking to an individual that if they were just to
9  stumble on it in their news feed that we will place
10 a warning screen over that and label that and say
11 hey, this is graphic.  If you want to see it you
12 can click through, but maybe if you're, perhaps,
13 would be disturbed or a bit queasy, you may not
14 want to view this content.
15      Q.    You mentioned that one of the
16 determining content, graphically violent content is
17 whether it's in the public interest; is that right?
18      A.    It's not always about the public
19 interest.  That is one factor that we do.
20      Q.    Why is public interest one of the
21 things that Facebook considers?
22      A.    Again, Facebook is a platform for
23 expression.  So I think that's kind of the
24 overarching, you know, focus of the platform.  I
25 talked about how that's not -- we talked about

141

1  safety, we talked about the authenticity and
2  privacy.
3      There are certain times that we recognize
4  that our policies are blunt.  They are meant to
5  serve a community of 3 billion people.  So
6  sometimes they don't have -- they are meant to be
7  very objective in their application so we can
8  remove things like bias and subjectivity from that
9  application.
10      That does not always drive the right
11 outcome on certain situations; we recognize that.
12 So in those situations we do look at the public
13 interest as a test to say would the public actually
14 benefit from understanding more about whatever the
15 situation it may be, seeing this type of image for
16 whatever reason.
17      Q.    So does Facebook consider itself to
18 have influence on the public in any way?
19         MR. DISHER:  Object to the form.
20         MR. McCARRICK:  Object to the
21 form.
22         THE WITNESS:  I don't consider
23 myself to have influence on the public.
24 BY MS. CORBELLO:
25      Q.    Well, but maybe I asked that a

142

1  little unclear.  Does Facebook believe itself to
2  have any influence, good or bad, on the public
3  currently?
4       MR. DISHER:  Object to the form.
5       THE WITNESS:  Facebook wants to
6       create a product that people find to be
7       meaningful, that they come back to the
8       product to experience, both social
9       connections.  So in that sense I hope we
10      have a good impact.  I don't know if we
11      have a feeling.  It's a little kind of --
12      I'm struggling with the term.
13  BY MS. CORBELLO:
14      Q.  So from what you just said, it
15  sounds like maybe one of the goals of Facebook is
16  to have a good influence on the public.  Is that
17  fair to say?
18      MR. DISHER:  Object to the form.
19      THE WITNESS:  We want people to be
20      able to use the product to build
21      community, to have meaningful
22      interactions, meaningful experiences.  If
23      we qualify those as good, yes, then that
24      is a good activity on the platform.
25

143

1  BY MS. CORBELLO:
2       Q.  The last sentence of paragraph 27
3  talks about content determined to be false.
4       A.  That's correct.
5       Q.  What does that refer to?
6       A.  We at Facebook, I guess first it's
7  always important to point out that we don't want to
8  be the arbiters, we recognize it's probably not
9  appropriate for a platform to be the arbiters of
10  truth.
11      As you can imagine with billions of pieces
12  of content as you mentioned earlier posted to
13  Facebook that sometimes people will tell -- will
14  make misstatements, some will outright potentially
15  lie.  But there will be a fair amount of posts that
16  people disagree with and some would say may contain
17  misinformation.
18      Because we're not the arbiters of truth, we
19  partner with a third-party fact checking network,
20  it's about 80 media companies globally.  They
21  subscribe to a third-party entity called the
22  Poynter International Fact Checking Network.  If
23  they're accepted with the known ethical standards
24  to meet the Poynters threshold, they are eligible
25  to act as a fact-checking partner to then review

144

1  content that they find on our platform, make a
2  decision on that content, whether this is true,
3  false, partly true, partly false, context missing.
4  At that point we would take action based off of
5  their decisions, and we would label that content.
6  We would label that content as being, you know,
7  this has been found true by a third-party factor,
8  this has been found false or it has been cited as
9  false by a third-party factor.
10      Sorry, I know I'm mumbling.  I apologize.
11      Q.  So far I'm keeping up.  How does
12  content get to the fact checkers?  What's the
13  workflow there?
14      A.  There's a system of automation that
15  allows our content that's eligible for fact
16  checking to be in queued to fact checkers, and fact
17  checkers at that point have the option because a
18  third-party -- excuse me -- we don't tell them what
19  to fact check.  They have total independence on
20  picking up essentially what to fact check.
21      Now we would love them to fact check things
22  that are more viral or they have the potential for
23  virality and maybe spread and shared more often
24  than, you know, me saying that the Knicks are the
25  best basketball team of the '90s.  No one, A,

145

1  either believes it, but also it's so -- it's both
2  inconsequential and not going to reach a lot of
3  people that we probably shouldn't invest their time
4  debunking those claims.  But if there are claims
5  that are much more consequential with the level of
6  morality, we would like them to focus the issue --
7  they are independent so they get to also -- they
8  obviously have a say in what they focus on, and
9  they choose.
10      And part of the calculus that they must do
11  is would they have the ability to actually fact
12  check.  So they have to go through their standards
13  and, you know, whether it's writing an article,
14  investigating, whatever those things are.  They
15  have to go through their standards to meet and make
16  a decision.
17      Q.  So you talked about the content
18  getting queued for their review.  Is it an
19  algorithm within Facebook's systems that queues
20  those pieces of content?
21      A.  It is algorithm informed by people.
22      Q.  The first look is it's either
23  algorithm or human in Facebook and then it goes
24  into a queue for the outside fact checkers?
25      A.  Broadly speaking, yes.  There are

146

1 likely some additions.  If content has been
2 previously fact checked by a fact checker before it
3 appears on Facebook, there are different mechanisms
4 on how that would apply, but broadly speaking, yes.
5      Q.   So once the algorithms are in the
6 queue, is that when the fact checkers have the
7 autonomy to essentially pick what they want to
8 review?
9      A.   I'm going to ask you to reframe,
10 because I think you mean the content in the queue.
11      Q.   I'm sorry, the content in the queue,
12 once it's in the queue, is that when the fact
13 checkers -- I think you talked a moment ago about
14 them being able to essentially select what they
15 want to review.  Is that when that occurs?
16      A.   Broadly, yes.
17      Q.   And is there any -- what's the
18 review of the fact checkers' review once it heads
19 back to Facebook?
20      A.   There's limited review at that
21 point.  The one thing we do take measure on, we
22 have instructed fact checkers to take measure on
23 ensuring that fact checkers aren't reviewing
24 opinion content.  That gets very in depth because
25 opinion could be based on underlying incorrect or

147

1 already fact-checked information where we would
2 have a certain approach.
3      But if it's just someone's opinion, we're
4 not -- the fact checkers are not meant to fact
5 check someone's opinion.  It's hard to tell someone
6 that their opinion is misinformation.  So that is
7 how broadly it works.
8      Again, it's important to note that their
9 standards that are set out by that international
10 body, that Poynter Network, is what they need to
11 subscribe to and fulfill the standards of applying
12 a fact-checking rating to any content.
13      Q.   So the screening that happens to
14 determine whether an opinion was inappropriately
15 reviewed by the fact checkers, that happens after
16 the fact checkers have first looked through it?
17      A.   It may be simultaneously in certain
18 situations with the underlying -- as you can
19 imagine, some of these are longer pieces where they
20 are being queued, and simultaneously someone might
21 say, actually that is -- after reading it that is
22 actually opinion that should not be eligible for
23 in-queuing.  So we'll make the decision to perhaps
24 remove it.  A fact checker may in the interim pick
25 it up to fact check it.

148

1      Likewise, because they are independent they
2 may have fact checked it on their own, but we would
3 not at that point apply a label on Facebook.  What
4 happens -- if you're the AP, what happens on the
5 AP's site, if they use it, if they share it out
6 with another social media company that does apply a
7 similar fact checking or labeling of authoritative
8 information or sources, model, I can't speak to.
9      Q.   Who at Facebook is making that
10 determination about potentially an opinion sort of
11 content getting mixed in with the fact-checking
12 content?
13      A.   We're -- sorry.  I'll take a pause.
14 We have a broad team of people that work on these
15 issues.  But broadly speaking, again, it's the same
16 group of individuals that we've been discussing
17 today, the policy team, the integrity team and the
18 operations team.
19      Q.   So there's not one group that's
20 reviewing all of these for potential opinions in
21 the content?
22      A.   I don't know the name of the
23 specific group that helps you to do that on a daily
24 basis.
25      Q.   Okay.  Paragraph 29.  Go ahead and

149

1 let me know when you're done reviewing that.
2      A.   Sure.  (Witness complies with
3 request.)  Yes.
4      Q.   Where in HB 20 does it require
5 Facebook to give the information you talk about in
6 paragraph 29 in any specific way?
7      A.   Sure.
8      MR. DISHER:  Objection to form.
9      MR. McCARRICK:  Object to the
10      form.
11      THE WITNESS:  I believe it's
12      Chapter 143A is the broad disclosure
13      chapter.
14 BY MS. CORBELLO:
15      Q.   Is there a point zero zero
16 something?
17      A.   Okay, I'll find that.
18      Q.   I think you're looking at the bottom
19 of the first page.
20      A.   Actually, you know what, I misspoke.
21 What I was focused on rewriting that was actually
22 120 -- Section 120.051.
23      Q.   So where in this section does it
24 require Facebook to provide the information that it
25 wants disclosed in any specific way or format?

150

1          MR. DISHER:  Objection to form.
2          THE WITNESS:  Can you repeat the
3      question, please.
4  BY MS. CORBELLO:
5      Q.    Sure.  In the section you just
6  identified, 120.051 --
7      A.    Correct.
8      Q.    -- where in this section does HB 20
9  require the categories that you describe in
10  paragraph 29?  Does it require those categories to
11  be disposed in any specific way or format?
12          MR. DISHER:  Objection, form.
13          THE WITNESS:  I think between 120,
14      Section 120.051A, 1 through 5.
15  BY MS. CORBELLO:
16      Q.    Let's take one, for example.  Number
17  1, A1 says, "Curates and target content to users."
18      Where in that sentence does it provide that
19  product to be provided in a specific way, in that
20  format?
21          MR. DISHER:  Objection to form.
22          MR. McCARRICK:  Objection to form.
23          THE WITNESS:  On your question, I
24      think I'm referring to as you look at
25      1200.51A, if we can take a slight step

151

1      back.  The sentence that begins "Social
2      media platform shall," skipping forward,
3      accurate information regarding its
4      content management, data management,
5      business practices including specific
6      information regarding and then a list of
7      1 through 5, curates, targets, places,
8      promotes, moderates and users search and
9      ranking.
10  BY MS. CORBELLO:
11      Q.    So where it says specific
12  information, what in that phrase requires Facebook
13  to provide that information in any specific way or
14  format?
15          MR. DISHER:  Objection, form.
16          THE WITNESS:  It's a specific -- I
17      think I'm focused on the specific
18      information that you're requesting.  It
19      doesn't provide information on what the
20      specific information being requested is.
21  BY MS. CORBELLO:
22      Q.    So HB 20 it looks like in this
23  sentence requires specific information on, for
24  example, number one, curating and targeting content
25  to users; right?

152

1      A.    That's correct.
2      Q.    Does that in any way indicate to you
3  the way in which that specific information needs to
4  be presented?
5          MR. DISHER:  Objection, form.
6          THE WITNESS:  It does not.
7  BY MS. CORBELLO:
8      Q.    What about 2 through 5, is there any
9  indication of how that information, specific
10  information needs to be presented?
11          MR. DISHER:  Objection, form.
12          THE WITNESS:  It does not.
13  BY MS. CORBELLO:
14      Q.    Paragraph 29, we'll start with I,
15  where it talks about curating and targeting content
16  to users, also A1?
17      A.    Correct.
18      Q.    What is -- what would be -- what are
19  the specifics as to how this requirement would be
20  burdensome to Facebook were it to have to comply?
21      A.    I don't understand what the
22  specifics of the bill is asking for in this.
23  That's a huge burden.  Without understanding
24  specifics, we at Facebook have a way about showing
25  our transparency.

153

1      I don't know the specifics of what this
2  bill is asking for and whether that infringed upon
3  business secrets or how our algorithm works.  There
4  are things that we are extremely transparent about,
5  standards, for example, the rules, we're very
6  transparent about those.  But there are other
7  things that regulate business concerns that you're
8  not entitled to, how the algorithm ranks content,
9  for example.
10      Q.    Does Facebook's current transparency
11  reports include information about how it curates
12  and targets content to users?
13      A.    We do have public-facing posts that
14  talk about broadly the curation.  Again, I think
15  the specificity that would be required is an
16  important element of what is required and how we
17  would be able to comply.
18      Q.    And what's the point of providing a
19  report as to how, even in broad terms, as to how
20  Facebook curates and targets content to users?
21          MR. DISHER:  Objection, form.
22          THE WITNESS:  Can you repeat the
23      question.
24  BY MS. CORBELLO:
25      Q.    What's the point of any transparency

154

1   report or broad posting as to how Facebook curates
2   and targets content to users?  Why is Facebook
3   making that public information now?
4           MR. DISHER:  Objection, form.
5           THE WITNESS:  We would like to
6       give people as much information to make
7       informed decisions about how to use the
8       platform.
9   BY MS. CORBELLO:
10      Q.   If you can look just right below
11  where we were just talking about, subsection B of
12  Section 120.051.
13      A.   Uh-huh.
14      Q.   Do you see that it says, "The
15  disclosure required by subsection A must be
16  sufficient to enable users to make an informed
17  choice regarding the purchase of or use of access
18  to or services from the platform"?
19      A.   I do.
20      Q.   Do Facebook's transparency reports
21  currently provide users sufficient information to
22  make an informed choice regarding the platform
23  they're using?
24          MR. DISHER:  Object to the form.
25          MR. McCARRICK:  Object to the

155

1       form.
2           THE WITNESS:  I don't know what
3       the definition of "informed choice" under
4       the Texas law is.  It doesn't define it.
5       I know what we try to do at Facebook.  At
6       Facebook we try to give users information
7       to make those choices.  Again, what I
8       don't understand or I can't articulate
9       here or maybe what is not articulated is
10      what informed choice means to the state
11      of Texas.
12  BY MS. CORBELLO:
13      Q.   Well, as to how Facebook views it.
14  Does Facebook believe that it's currently providing
15  adequate information for users to make informed
16  decisions?
17      A.   We believe that we're providing
18  adequate information based off of our standards and
19  our rules.  I don't know if that complies with or
20  would satisfy the elements of that statute.
21      Q.   So going back to my question a few
22  minutes ago, the first requirement of subsection
23  A1, curating and targeting content to users, is it
24  your testimony that the only burden with complying
25  with that is simply Facebook being unaware of what

156

1   that means?
2           MR. DISHER:  Objection, form.
3           THE WITNESS:  That is not what I
4       said.  I also flagged that there may be
5       like proprietary information depending on
6       what is required from there.
7   BY MS. CORBELLO:
8       Q.   What would be the other burdens of
9   complying with subsection A1?
10      A.   I think there are a few other
11  burdens.  One that jumps out to mind also is that
12  in many of the spaces that we work to moderate
13  content they are, quote/unquote, adversarial spaces
14  where people will seek to game the systems that are
15  placed upon them.  Game the regulations to skirt
16  enforcement.  Broad enforcement, specific
17  enforcement are seen as specific disclosures on
18  certain ways or on ways that the system is used can
19  also jeopardize the way -- the effectiveness of our
20  content moderation abilities.
21      Q.   Are there any other burdens you can
22  think of that would -- that Facebook could endure
23  if it had to comply with subsection A1?
24      A.   Broadly speaking just the investment
25  of resources.  I have no -- I don't know the exact

157

1   investment of resources.  I know how detailed -- we
2   were speaking to earlier about how the data is
3   necessary -- the data needed to produce an
4   enforcement to report in the time it takes to do so
5   on transparency measures there.  I would assume
6   that investments would rival for other transparency
7   issues.
8       Q.   What does it cost to create the
9   current transparency reports that happen quarterly?
10      A.   Again, I don't have a specific line
11  item that.  I don't have a line item number, but I
12  have the macro number, and that goes into that
13  13 billion where we are spending $13 billion since
14  2016 on that specific place, including increasing
15  the size of our company, measurably now 40,000
16  people working in that space, which is the majority
17  of the company working.
18      Q.   Has anyone done the math on how much
19  money would have to be added to that 13 billion
20  figure if HB 20 were to go into effect?
21          MR. DISHER:  Object to the form.
22          MR. McCARRICK:  Object to the
23      form.
24          THE WITNESS:  I have not done the
25      math.  I haven't done the math.  I can't

158

1        speak to what our finance teams have been
2        able to calculate.
3    BY MS. CORBELLO:
4        Q.    Who would be the best person to ask
5    that question?
6        A.    Our chief financial officer is David
7    Weiner.  But I don't think if he knows offhand
8    either.
9        Q.    Subsection A2, places and promotes
10   content services and products including its own
11   content services and products.  What burdens would
12   Facebook have to endure if it were to disclose the
13   information in subsection A2?
14             MR. DISHER:  Objection to form.
15             THE WITNESS:  Again, these -- this
16        is part of -- it's very, I guess,
17        attached to one.  And this goes to -- in
18        my mind goes towards the ranking
19        algorithms and how we prioritize and in
20        certain cases deprioritize content within
21        one's news feed, how we surface
22        recommendations to an individual.  All
23        these things do have -- I'll start there,
24        they have a level of proprietary business
25        secret with that as well as -- and we've

159

1        seen this in a number of spaces too, as
2        more information about the algorithm
3        becomes available, people in an
4        adversarial space may try to exploit the
5        algorithm.
6             Sometimes that is for harm,
7        foreign interference, terrorist content.
8        Sometimes it is for also harmful content,
9        but maybe not as gray but like as
10       spammers and scammers to get you to
11       engage more likely to bait you into
12       things, to drive you off of our platform
13       to other platforms where more harmful
14       activity can occur.
15   BY MS. CORBELLO:
16       Q.    Maybe, let's take the time, let's do
17   this.  Subsections A1 through 5, we've talked about
18   a few burdens as they relate to subsections 1 and
19   2.  Would you say that those burdens we've talked
20   about are the same for complying with subsections
21   A3, 4 and 5 as well, or are there any additional
22   burdens?
23             MR. DISHER:  Objection to form.
24             THE WITNESS:  Yeah.  On 5 I really
25       don't understand what we mean by "user

160

1        performance data."  I think that
2        definition would be important to
3        understand before I can comment.  It
4        sounds very taxing on that.  Broadly for
5        1, 2, 3 and 4, though, I think those are
6        primarily the same at which the
7        investments that we have made, the ways
8        that we moderate content also potentially
9        harming the safety of our users and the
10       safety of the environment that we want to
11       have on Facebook.
12   BY MS. CORBELLO:
13       Q.    Any other burdens you can think of
14   associated with having to comply with subsection A1
15   through 5?
16             MR. DISHER:  Objection to form.
17             THE WITNESS:  If the subsections
18       were to change the way that we moderate
19       content and change the way that we can
20       provide a safe environment for our users,
21       it has the potential of driving users off
22       the platform.  We spoke about that
23       earlier.  It has the potential of driving
24       advertisers from our platform, and we
25       spoke about that earlier as well.

161

1    BY MS. CORBELLO:
2        Q.    Subsection A1 through 5 is about the
3    disclosures that Facebook has to make; right?
4             MR. DISHER:  Objection, form.
5             THE WITNESS:  That is correct.
6    BY MS. CORBELLO:
7        Q.    Okay.  So is it your testimony that
8    one of the burdens with having to disclose this
9    information is that it will drive users away?
10       A.    My testimony is that I don't
11   understand what specific information about
12   disclosures means in this context.  If we are
13   disclosing with such a level of specificity that
14   people can then now subvert our policies where they
15   can post more harmful content, the logical
16   conclusion in my mind at least is that that creates
17   an unsafe environment because now they have
18   subverted our moderation systems which means users
19   may not find it safe.
20       They tend to go off, users go off,
21   advertisers and their brand safety concerns, they
22   would persist as well.  And so that's where I have,
23   you know, specific concerns.  We have seen that in
24   the past where groups of users have intended to
25   subvert our systems, YouTube systems, other social

162

1  media platforms based off of transparent -- about
2  knowledge about how those systems work.  So that
3  level of specificity again really matters here.
4      Q.    And I understand Facebook might
5  think that there are secondary effects of having to
6  comply with disclosures, but in terms of the
7  disclosures themselves, having to gather this data
8  and present it, what are the specific burdens
9  associated with that?
10         MR. DISHER:  Objection, form.
11         THE WITNESS:  I think, as I think
12     I've explained those, explained those
13     again about the burden for actually
14     gathering the investments needed to do
15     so, the potential for harm that may come
16     within disclosing this where those
17     systems can be gamed.
18  BY MS. CORBELLO:
19     Q.    Does the fact that users might leave
20  the site as a result of any of these categories
21  being disclosed, does that alter in any way
22  Facebook's ability to report on any of these
23  categories?
24         MR. DISHER:  Objection, form.
25         THE WITNESS:  May I ask you to

163

1      repeat that question one more time.
2  BY MS. CORBELLO:
3      Q.    Sure.  Does the fact that -- let's
4  just assume for the sake of this question that
5  users might leave the platform as a result,
6  secondary result of having to disclose this
7  information, does that make any of this information
8  impossible for Facebook to compile and disclose?
9         MR. DISHER:  Objection, form.
10         THE WITNESS:  I can't really
11     comment on possibility.  That's like a
12     hard one, whether it's possible or
13     impossible.
14     I do think it would be very
15     difficult for us to, based off of what I
16     said, without understanding what the
17     specific information in this context
18     means.  It would be very, very difficult
19     and burdensome for us to comply with the
20     law.
21  BY MS. CORBELLO:
22     Q.    Other than the transparency
23  reporting that Facebook provides on its website,
24  what other reporting obligations does it currently
25  have?

164

1         MR. DISHER:  Object to the form.
2         THE WITNESS:  May I ask about what
3     subjects?
4  BY MS. CORBELLO:
5      Q.    Well, HB 20 requires the certain
6  sorts of disclosures that we just talked about.
7  Are there any other laws or regulations that
8  Facebook abides by that would require it to provide
9  information regarding or related to content
10  moderation?
11         MR. ALLEN:  Object to the form.
12         THE WITNESS:  In the context of
13     moderation specifically, I'm not sure.
14  BY MS. CORBELLO:
15     Q.    Are there any reporting requirements
16  in relation to user retention?
17         MR. DISHER:  Object to the form.
18         THE WITNESS:  I'm not sure.
19  BY MS. CORBELLO:
20     Q.    Are there any reporting requirements
21  in terms of gathering users' data?
22         MR. DISHER:  Object to the form.
23         THE WITNESS:  I'm not a privacy
24     lawyer, so I can't speak to what the
25     requirements are.

165

1  BY MS. CORBELLO:
2      Q.    Are there any reporting requirements
3  as it relates to advertiser retention?
4         MR. DISHER:  Object to the form.
5         THE WITNESS:  I don't know.  I
6     also -- are you saying reporting
7     requirements for Facebook or meaning a
8     government's reporting requirements?  I
9     don't know either way, but I'm just
10     curious.
11  BY MS. CORBELLO:
12     Q.    Yes.  Any sort of government,
13  international or domestic.
14     A.    I don't know.
15         MR. ALLEN:  Object to the form.
16         THE WITNESS:  I don't know.
17  BY MS. CORBELLO:
18     Q.    Paragraph 30.  Let me know when
19  you're done.
20     A.    Yes.
21     Q.    What provision of HB 20 is
22  paragraph 30 talking about?  This is about the
23  disclosure requirements; right?
24     A.    Right, right.
25     Q.    I believe it's page 2 of the HB 20

166

1 text.
2        A.    Okay.
3        Q.    120.051 subsection B.  Is that where
4 you pulled this quote from in Paragraph 30?
5        A.    I believe so.
6        Q.    So subsection B is talking about the
7 requirement for what gets disclosed, correct, by
8 Facebook?
9        A.    About the essential use policy, yes.
10       Q.    Is it your understanding that
11 subsection B applies to how Facebook's Terms of
12 Service and community standards must be created or
13 worded?
14             MR. DISHER:  Objection, form.
15             THE WITNESS:  Repeat the question.
16 BY MS. CORBELLO:
17       Q.    Sure.  Maybe I'll ask it like this.
18 Correct me if I'm wrong, paragraph 30 talks about
19 Facebook publishing its own Terms of Service and
20 community standards and then says that the bill
21 doesn't understand what Facebook's -- how
22 Facebook's editorial policies must be sufficient to
23 enable users to make an informed choice.
24       Is paragraph 30 essentially saying that its
25 Terms of Service and community standards are

167

1 dictated by subsection B?
2             MR. DISHER:  Object to the form.
3             MR. McCARRICK:  Object to the
4       form.
5             THE WITNESS:  I think under the
6       way subsection B is framing the essential
7       use policy, I think you would be in a
8       better position to explain exactly what
9       that all entails.  But yes, that our
10      community standards the way that we
11      enforce content moderation, those
12      editorial policies that we -- that these
13      things would be in conflict.
14 BY MS. CORBELLO:
15       Q.    Well, subsection B talks about the
16 disclosure required by subsection A; correct?
17       A.    That is correct.
18       Q.    Does it say anything about the
19 accessible use policy that would be in a different
20 section of HB 20?
21             MR. DISHER:  Objection.  Form.
22             THE WITNESS:  I don't see it here.
23 BY MS. CORBELLO:
24       Q.    So what's your basis for stating
25 that the Terms of Service and community standards

168

1 that Facebook has are somehow impacted by
2 subsection B of Section 120.051?
3             MR. DISHER:  Objection to form.
4             THE WITNESS:  For our policies,
5       for our community standards what I'm
6       reading it as what you're saying as the
7       acceptable use policy.  To reasonably
8       inform the definition of what would be
9       suffer to reasonably inform someone may
10      be different than what we use when we
11      consider our objectives of transparency
12      around our policies.
13 BY MS. CORBELLO:
14       Q.    Well, if you go to the next section,
15 Section 120.052, that's the acceptable use policy;
16 right?
17       A.    Correct.
18       Q.    Is there anything in that section
19 that requires the policy to be sufficient to enable
20 users to make an informed choice regarding the
21 purchase of or ease of access to or services from
22 the platform?
23             MR. DISHER:  Objection.  Form.
24             THE WITNESS:  Again, the way that
25      I read the community standards, Terms of

169

1       Service vis-a-vis acceptable use policies
2       in the provisions in I guess B as well as
3       subsection 10 -- 120.052(b)(1),
4       sufficiently inform reasonably informed,
5       I just don't have the definition of what
6       you all consider to be those policies.
7 BY MS. CORBELLO:
8       Q.    Well, maybe my question wasn't
9 clear.  In the acceptable use policy
10 Section 120.052 specifically, is there anywhere in
11 that section that requires the policy to be
12 sufficient to enable users to make an informed
13 choice regarding the purchase of or ease of access
14 to or services from the platform?
15             MR. DISHER:  Objection.  Form.
16             THE WITNESS:  In the way that
17      section is used and the content, my
18      reading of 120.05 to be -- the social
19      media platform's accountable use policies
20      must be reasonably informed.  Maybe I
21      incorporated the word "sufficient" as
22      well, but that reasonably informed is
23      what I don't understand what you mean by
24      reasonably.  What the state means by
25      reasonably informed versus what we do

170

1      when we are transparent about our
2      policies.  We're very transparent, we
3      include our community standards.  It does
4      not mean that those meet any standard
5      that the state of Texas is holding out.
6  BY MS. CORBELLO:
7      Q.    Is there a reason you didn't quote
8  Section 120.052 subsection (b)(1) in Paragraph 30?
9          MR. McCARRICK:  Objection.  Form.
10         THE WITNESS:  I can't recall.
11  BY MS. CORBELLO:
12     Q.    Paragraph 31.
13     A.    Yes.
14     Q.    So the first sentence there talks
15  about although Facebook's detailed policies are
16  publicly available, the bill purports to demand
17  even more.
18         What are you referring to when you say
19  "purports to demand even more"?
20     A.    Sure.  I'm looking for the specific
21  section.  I think, again, it goes back to the
22  specifics of 120.  I had a -- I wish I had a
23  different -- underlining is making it a little
24  difficult on my eyes to try to read it through, to
25  try to go through, but I thought I recalled the

171

1  provision that it required specific, specific
2  notifications also on instances.  But those may be
3  conflating two things at this point.
4      Q.    Let's go to paragraph 32.
5      A.    Sure.  Yes.
6      Q.    What's the basis for your claim that
7  Facebook is required by HB 20 to disclose highly
8  confidential or competitively sensitive business
9  information?
10         MR. DISHER:  Objection, form.
11         THE WITNESS:  Under
12     subsection 120.051 again, the public
13     disclosure requirement, I believe the
14     information that we would be required to
15     disclose on it, information targeting,
16     place and promoting content are all
17     things that could be viewed as highly
18     sensitive business and proprietary
19     information.
20  BY MS. CORBELLO:
21     Q.    Is that -- are you referring to the
22  algorithms as the proprietary information, or is
23  there something else that would be considered
24  propriatary by Facebook?
25     A.    I'm speaking to the algorithms.

172

1  There may be additional proprietary information in
2  regards to Facebook.
3      Q.    We talked a little bit in this
4  deposition about how the algorithms worked broadly;
5  correct?
6      A.    That's correct.
7      Q.    Is what you told me considered
8  proprietary information?
9      A.    Broadly no, but, and I don't know if
10  I know all the proprietary information.  I'm not an
11  engineer.
12     Q.    In the subsection you pointed to, it
13  says, "Algorithms or procedures that determine
14  results on the platform."
15         Do you see that "or"?
16         MR. DISHER:  In your declaration.
17         Q.    In your declaration.
18     A.    Yes.
19     Q.    Did that "or" indicate to you that
20  Facebook is required to provide its algorithms to
21  comply with HB 20?
22         MR. DISHER:  Objection.  Form.
23         THE WITNESS:  I believe it is a
24     non or it is an exclusive "or."  So it
25     could be either at the same time

173

1      procedures that inform the algorithm.
2      Again, I'm not an engineer so I don't
3      know how you would be able to necessarily
4      derive, but I know that is definitely a
5      concern.
6  BY MS. CORBELLO:
7      Q.    Well, the discussion we had earlier
8  was -- were those not about the procedures that
9  determined the results on the platform?
10         MR. DISHER:  Objection.  Form.
11         THE WITNESS:  There were some of
12     the procedures but definitely not
13     wholesome.
14  BY MS. CORBELLO:
15     Q.    It wasn't all the procedures; right?
16         MR. DISHER:  Objection, form.
17         THE WITNESS:  I do not know all
18     the procedures.
19  BY MS. CORBELLO:
20     Q.    But we did talk about some of the
21  procedures that determine the results on the
22  platform; right?
23     A.    Broadly speaking, we spoke about
24  some procedures.
25     Q.    Paragraph 33.

174

1    A.   Can I have a moment?
2    Q.   Sure.
3    A.   Yes.
4    Q.   Going to the first bullet point in
5  Paragraph 33, what is the substantial investment of
6  time that would have to be done by Facebook in
7  order to comply with this bullet point.
8    A.   This is another example of without
9  knowing exactly the specificity of what is required
10 by the law on what the law is requiring the
11 companies to provide the user, it's hard to
12 explain.
13       Facebook currently gives a very, you know,
14 broad violation type, you violated, you post
15 something of hate speech, we violate it for hate
16 speech. It may not go much further than that. The
17 specificity required by the law is very detailed to
18 include essentially what we may be colloquially
19 almost a legal opinion on why this is violating.
20 That would create immense burdens.
21    Q.   Do you see the first sentence of
22 paragraph 33 you say, "The bullet points below
23 describe certain requirements under HB 20 that
24 would require a substantial investment of time and
25 resources to comply."

175

1       That's what you attested to; right?
2       MR. DISHER: Object to the form.
3       THE WITNESS: I did.
4  BY MS. CORBELLO:
5    Q.   So having attested that these
6  figurative bullet points are going to require
7  substantial investment of time and resources, what
8  in bullet point 1 would require more investment of
9  time and resources?
10       MR. DISHER: Object to the form.
11       THE WITNESS: The time and
12    resources it takes for us today to enact
13    the procedures and the systems, again, go
14    back to that 13 -- excuse me -- billion
15    dollar number, go back to the 40,000
16    people. Any change in that is going to
17    be a potentially very consequential,
18    consequential change.
19       Predicting out that my experience
20    with having changes inputted to gain more
21    specificity on certain things, to have
22    better clarity on, better clarity on
23    abuse types, these things are issues that
24    we have not been able to achieve because
25    of what I have been told because the

176

1       resources are not available, we do not
2       have the engineering capacity to do so,
3       the investments may be too burdensome.
4  BY MS. CORBELLO:
5    Q.   So how much more time and resources
6  would be required for Facebook to comply with
7  bullet point 1?
8    A.   I do not have a specific time or
9  resource.
10    Q.   For bullet point 2, how much time or
11 resources would have to be invested into by
12 Facebook in order to comply?
13    A.   I don't have specific numbers
14 invested of people nor resources. We explained
15 through the CSCR in how that process works today,
16 the incredible investment that team makes.
17    Q.   For bullet point 3, how much time
18 and resources would Facebook have to invest in in
19 order to comply with bullet point 3?
20    A.   Again, I think that would be
21 substantial. As we spoke to the appeals process
22 earlier, the current appeals process in some of the
23 just created -- or excuse me, natural issues that
24 have been inserted into the appeals process for us,
25 a way of saying the COVID-19 pandemic and the

177

1  impacts that we have there, I don't have a specific
2  number on how we would, the size of the workforce
3  that we would need to build out to meet the
4  structures of this.
5    Q.   These three bullet points here, are
6  these all tasks that you, Neil Potts, would be
7  required to perform if HB 20 went into effect?
8       MR. DISHER: Object to the form.
9       THE WITNESS: Personally? I would
10    not personally be required to perform it,
11    but I work with a cross-functional manner
12    with the teams on these issues.
13 BY MS. CORBELLO:
14    Q.   Are these bullet points ones in
15 which the team that you are the vice president of
16 be tasked with performing if HB 20 went into
17 effect?
18    A.   I'm struggling a bit to -- as you
19 say "task," when you mean task, to execute, who was
20 the -- how are you defining "execute" in that
21 situation?
22    Q.   Well, each bullet point talks about
23 certain actions that Facebook would have to
24 undertake under HB 20; right?
25    A.   Yes.

178

1    Q.   Are any of these actions ones you
2  describe in which your team would be taking in
3  order to comply?
4    A.   We work in a very cross-functional
5  manner, so we advise, we seek input from external
6  sources for those things that my team handles.  We
7  are not coders, we are not engineers.  We do not
8  necessarily build the product.  That is another
9  team.  But those teams can't operate in a divorce
10 completely bifurcated.  You can't have a team build
11 a product without knowing what they were doing.
12 You can't have a team that has no coding experience
13 go out and actually code a new version of Facebook.
14   Q.   So this substantial investment of
15 time and resources that you attest to is not solely
16 those that would be invested by your team; is that
17 right?
18   A.   It's for Facebook.  It's for the
19 Facebook's investment of resources.
20   Q.   So given that these are investments
21 of time and resources from people other than those
22 within your team, who did you speak to in order to
23 attest to these three bullet points?
24   A.   Again, the group of integrity,
25 integrity professionals, the engineers.  Also the

179

1  operations of the human review team.
2    Q.   You spoke to those two groups prior
3  to this portion of the declaration being finalized?
4    A.   Two of the leaders within those
5  groups, yes.
6    Q.   Did you speak to anyone else
7  regarding these three bullet points before they
8  were finalized?
9    A.   I know I spoke to in-house counsel.
10 I'm not sure if I spoke to -- I take that back.
11   I know I spoke to also members of my team
12 on certain issues, but I'm not exactly sure what
13 specific part, but part of the job.
14   Q.   Paragraph 34 --
15   A.   Sure.  Yes.
16   Q.   -- talks kind of broadly about the
17 burdensome requirement of HB 20.  Are there any
18 burdens that you have attested to in this
19 declaration that are impossible to comply with as
20 opposed to simply burdensome?
21        MR. DISHER:  Objection.  Form.
22        THE WITNESS:  "Impossible" is such
23   a unique word.  What I think would be
24   impossible is for us to comply with
25   anything by December 1.  I'm pretty

180

1  confident of expressing that it's
2  impossible, we would not be able to
3  change systems in that nature.
4        More broadly speaking, it would be
5  such an undoing of the way that we
6  moderate content, the way these systems
7  have been built, the investments that
8  have been made, whether it's a true
9  impossibility or a practical
10 impossibility, I'm pretty confident it's
11 a practical impossibility.
12      Now, you may say that something is
13 theoretically true if you spend 50 years
14 trying to do it if you change the way
15 that your company completely operated;
16 perhaps I can't attest to that.  I can't
17 foresee the future.
18      For, I think I have the realm of
19 both control over the teams that I work
20 with, not only my team, the teams I work
21 cross-functionally with.  I don't see a
22 way that we would actually be able to go
23 forward with compliance in a meaningful
24 way.
25

181

1  BY MS. CORBELLO:
2    Q.   So are there any specific provisions
3  that Facebook believes are just impossible to
4  comply with in HB 20?
5        MR. DISHER:  Objection.  Form.
6        THE WITNESS:  I think I covered
7    them.  So even going back to the
8    declaration, whether it's the curating,
9    the targeting, for all the reasons
10   mentioned, the way that the algorithm
11   works, even as I explained, where we have
12   steps on transparency around reporting of
13   removed -- even changes to that I think
14   would be -- I don't think, I know would
15   be impossible to comply with by
16   December 1.
17       But I think it would be tremendous
18   investments over time to actually have
19   them in compliance in the out years,
20   whatever those out years numbers are.  It
21   would take extreme, extreme changes to
22   the way that we do business.
23 BY MS. CORBELLO:
24   Q.   So you said that the things you
25 discussed in your declaration, it sounds like the

182

1  position is that the burdens you described would be
2  impossible for Facebook to comply with?
3      A.   Again, 100 years from now, maybe
4  not.  For the time that I plan on being at
5  Facebook, probably so.  So whether I'm going to be
6  at Facebook for 10 days, 10 months or 10 years, if
7  we use 10 years, I think that we would not be able
8  to comply in a meaningful way with these issues
9  without undoing the whole way that we do business.
10     Q.   We've -- you've given me a few names
11 of people that might have more specific answers to
12 some of my questions.  Is there anyone else at
13 Facebook that would have personal knowledge of how
14 content moderation works?
15         MR. DISHER:  Objection.  Form.
16         MR. McCARRICK:  Objection to form.
17         THE WITNESS:  Those names, I guess
18     my manager knows broadly, although I may
19     be more, have more knowledge of the
20     specifics at this point.  Her name is
21     Monica Bickert.
22 BY MS. CORBELLO:
23     Q.   Monica Bickert is your supervisor?
24     A.   My supervisor.
25     Q.   Is there anyone else you can think

183

1  of?
2          MR. DISHER:  Objection.  Form.
3          THE WITNESS:  I think you have --
4      I think all the names that I've given are
5      sufficient.
6          MS. CORBELLO:  Let's take a quick
7      break and then we'll wrap up.
8          THE VIDEOGRAPHER:  We're going off
9      the record.  This is the end of media
10     No. 2.  The time is 12:38 p.m.
11         (Recess)
12         THE VIDEOGRAPHER:  We're back on
13     the record.  This is the beginning of
14     media Unit No. 3.  The time is 12:49 p.m.
15         MS. CORBELLO:  Mr. Potts, you are
16     relieved.  Thank you so much for your
17     time.  Pass the witness.
18         MR. McCARRICK:  I just have one
19     quick question.
20 EXAMINATION BY
21 MR. MCCARRICK:
22     Q.   Mr. Potts, could you look at
23 paragraph 31 for me real quickly.
24     A.   Sure.
25     Q.   And do you see where it says,

184

1  "Moreover, although Facebook's detailed policies
2  are publicly available, the bill purports to demand
3  even more without guidance out"?
4      Do you see that?
5      A.   I do see that.
6      Q.   Do you recall counsel for AG asking
7  you some questions about that?
8      A.   I do.
9      Q.   And do you recall, you spent some
10 time looking over the law; correct?
11     A.   I did.
12     Q.   Can I draw your attention to, it's
13 the second page of the version I have, at least.
14     A.   Sure.
15     Q.   The section 120.053.
16     A.   Correct.
17     Q.   Bi-annual transparency report.
18     A.   Yes.
19     Q.   Can you read through that silently
20 to yourself and let me know when you're done.
21     A.   (Witness complies with request.)
22 Yes.
23     Q.   And so when counsel for the AG's
24 asked you to kind of -- I believe that you have, I
25 forgot the exact question, but I believe it's

185

1  something along the lines of what in the law are
2  you referring to when it said, were you trying to
3  recall Section 10.53?
4      A.   This is exactly.  There are a number
5  of things in I guess Section Number 2 from A
6  through G that would be extremely burdensome, and
7  quite frankly I don't believe that we have fidelity
8  and information on, to the level of detail on how
9  the law would require on how these things operate
10 now.
11     It's important to realize that everyone's
12 news feeds experience is curated through
13 themselves, and that includes the ranking of
14 content is exclusive and unique to the individual
15 user.
16     So it's speaking of what other ways that
17 content is deprioritized is one.  Content removal
18 is obviously, we are transparent about, but even
19 going into global specificity perhaps, asked for by
20 this subsection may be onerous, but really the
21 deprioritization would be extremely, extremely
22 difficult to quantify for the community of two
23 point X billion users on any specific piece of
24 content.  And then the kind of broad any other
25 action defining what the other actions would be is

186

1  also important.
2         MR. McCARRICK:  Thank you,
3     Mr. Potts.  I have no further questions.
4  EXAMINATION BY
5  MS. CORBELLO:
6  BY MS. CORBELLO:
7     Q.    Mr. Potts, look at subsection 2 of
8  Section 120.053, subsection 2A.
9     A.    Yes.
10    Q.    Does Facebook currently provide any
11 number of instances in which content removal
12 occurred on its platform?
13    A.    We do.
14    Q.    Does subsection 2A require anything
15 more than what Facebook already provides?
16        MR. McCARRICK:  Objection to form.
17        MR. DISHER:  Objection to form.
18        THE WITNESS:  Potentially.  You're
19     asking for a legal activity, the
20     definition of illegal activity pursuant
21     to what, I guess, criminal statute would
22     be important to understand as well.
23     Further really the potentially violating
24     where it says, if we're looking at
25     subsection 2, potentially policy

187

1         violating content known to the platform.
2      I guess all types of content are
3      theoretically potentially violating.  We
4      talked about before about what a "Hello"
5      post would look like, but without having
6      thresholds, without understanding what
7      that means in practice it could be
8      extremely, extremely burdensome to
9      provide any level of detail and
10     specificity about all the contents posted
11     to Facebook.
12 BY MS. CORBELLO:
13    Q.    But currently the details that
14 Facebook does provide includes certain numbers as
15 to categories of content and how many it's removed;
16 right?
17        MR. DISHER:  Objection, form.
18        THE WITNESS:  We provide numbers
19     on the content that we are able to
20     identify for removal and the content that
21     we then remove removed, yes.
22 BY MS. CORBELLO:
23    Q.    What about subsection 2B, content
24 demonitization, is that a number that Facebook
25 currently provides in any sort of way?

188

1     A.    I don't have -- I don't know.  I
2  don't know.
3     Q.    And deprioritization, did I
4  understand your testimony that Facebook does
5  provide that in any sort of number percentage
6  currently?
7     A.    That is my testimony.  To clarify, I
8  don't quite understand what deprioritization means
9  here.  We do rank content.  We rank content for
10 every individual we have on the platform for their
11 news feed.
12        That prioritization does happen per
13 individual per piece of content.  I don't even know
14 or understand the math that you would need to go
15 through to be able to calculate that.
16    Q.    So in terms -- if it's per
17 individual, if we're talking about that sort of
18 prioritization, is that something that Facebook
19 keeps in terms of aggregate numbers?
20    A.    Deprioritization of content or
21 specifically what one piece of content, how it's
22 distributed to different people's news feeds?
23    Q.    Yes.
24    A.    I don't know.
25    Q.    What about subsection 2D, the

189

1  addition of an assessment to content, is that
2  something that Facebook currently does not keep any
3  sort of data or numbers on?
4         MR. McCARRICK:  Object to the
5      form.
6         THE WITNESS:  I want to be clear
7      here that I'm not fully, fully aware of
8      what that means in practice of the
9      addition to the assessment.  I do not
10     believe we keep numbers on assessments of
11     content, meaning broad assessment.
12        In a very kind of minute way was
13     there a decision made on a piece of
14     content the way one would object to
15     saying assessment, is there something
16     more, some type of deliberation over that
17     with a detail, I don't know, I don't know
18     numbers for either.
19 BY MS. CORBELLO:
20    Q.    Do you know how difficult it would
21 be to get those numbers?
22    A.    I don't know if those numbers exist.
23 I think it would be extremely difficult absent just
24 utilizing the broad brush that all content is
25 subject to review on Facebook via automation.

190

1      Q.    What about 2E, account suspension?
2  Does Facebook currently keep data or numbers on how
3  many user accounts are suspended?
4      A.    We do have data on account
5  suspensions.  I do not have -- I don't believe I
6  have access to that data.
7      Q.    But that data exists somewhere?
8      A.    I believe it does.
9      Q.    What about 2F, account removal, does
10  that -- does the data exist somewhere as to how
11  many accounts are removed from Facebook's platform
12  currently?
13      A.    For specific types of removals, the
14  data exists including fake accounts as we spoke to
15  earlier.  For other types of removals, I'm
16  uncertain.
17          MS. CORBELLO:  Nothing further.
18          MR. McCARRICK:  Nothing further
19      from me.
20          MR. DISHER:  Mr. Potts, I have
21      nothing for you at this time.  I thank
22      you for your time today.
23          MR. McCARRICK:  We can close the
24      deposition.
25          THE VIDEOGRAPHER:  We are off the

192

1  DISTRICT OF COLUMBIA:            SS
2      I, Barbara Moore, a Registered Court Reporter
3  of the District of Columbia, do hereby certify that
4  these proceedings took place before me at the time
5  and place herein set out, and the proceedings were
6  recorded stenographically by me and this transcript
7  is a true record of the proceedings.
8
9      I further certify that I am not of counsel to
10  any of the parties, nor an employee of counsel nor
11  related to any of the parties, nor in any way
12  interested in the outcome of this action.
13
14
15
16      _____
17          BARBARA MOORE, CRR, RMR
18
19      _____
20  My Commission Expires:
21  July 31, 2023
22
23
24
25

191

1  record at 12:57 p.m, and this concludes
2  today's testimony given by Neil Potts.
3      (Proceedings adjourned at 12:57
4  p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Numbers**

**10.53** 185:3
**100** 55:11,14 56:8
  57:25 129:11 182:3
**10:50** 98:9
**11:01** 98:13
**120** 149:22 150:13
  170:22
**120.05** 169:18
**120.051** 149:22 150:6
  154:12 166:3 168:2
  171:12
**120.051A** 150:14
**120.052** 168:15
  169:10 170:8
**120.052b1** 169:3
**120.053** 184:15 186:8
**120.104** 107:11,18
**1200.51A** 150:25
**12:38** 183:10
**12:49** 183:14
**12:57** 191:1,3
**1301** 4:11
**143A** 149:12
**143A.002** 116:2 121:4,
  16 122:2
**143A.006** 117:11
  127:14 128:3
**14-day** 106:23 107:8
  108:5,11
**14th** 107:14,24
**15,000** 109:21
**1:21-cv-00840-RP**
  4:9
**1st** 85:16 125:5
**2.8** 32:22
**2016** 5:22 77:10 96:4,
  5 125:12 157:14
**2017** 6:20 86:9
**2018** 86:9 90:5
**2019** 6:21 93:9,18
**2020** 25:19,25 82:4
  93:20 94:1,12
  104:3,8
**2021** 4:13 83:24 84:3
  95:11,21 110:22
  124:17
**2023** 192:21

**35,000** 65:22
**40,000** 65:23,24
  109:20 125:12
  157:15 175:15
**900** 57:24
**90s** 57:1 144:25
**9:09** 4:14

**$**

**$13** 77:10 157:13

**A**

**a.m** 4:14 98:9,13
**abides** 164:8
**abilities** 156:20
**ability** 38:22 46:11
  49:4,9,12,17 65:10
  100:8 109:17 113:1,
  16 131:20 132:3
  145:11 162:22
**able** 15:23 26:14
  31:20 33:10,25
  38:18 49:21 52:1
  55:12,15 57:20
  60:2,20 62:14
  67:18 71:6 77:21
  79:21 80:7 106:22
  107:4 107:4 108:20
  109:3 120:6 123:15
  125:15 128:13
  132:9 134:3 142:20
  146:14 153:17
  180:2,22 182:7
  187:19 188:15
**above** 50:17 129:6,8
**absent** 112:6 189:23
**abuse** 35:11 44:6
  50:22 66:3 85:3,5
  100:12 103:9
  127:17 128:12
  175:23
**abut** 9:1
**academics** 8:1 47:12
  85:10
**accept** 85:17
**acceptable** 46:5,10,
  16 168:7,15 169:1,

**9**
**accepted** 143:23
**access** 36:1 42:1
  109:23,24 154:17
  168:21 169:13
  190:6
**accessible** 167:19
**According** 7:24 50:25
**account** 20:3 35:16
  40:9 41:1,14 42:1
  102:16 103:1 190:1,
  4,9
**accountable** 169:19
**accounts** 39:18,21
  40:2,3,4,13,25
  41:10 96:10,20
  190:3,11,14
**accuracy** 63:10
**accurate** 29:14 39:8
  42:23 62:12 78:5
  151:3
**achieve** 175:24
**achieving** 60:6
**acknowledging**
  134:13
**across** 28:15 58:21
  61:16 94:16 100:4
**act** 84:10 86:22
  86:22 143:25
**acted** 84:7,10
**acting** 34:18,24
**action** 32:20 70:24
  71:13 76:10 85:13
  96:22 144:4 185:25
  192:12
**actions** 21:17 86:8
  177:23 178:1
  185:25
**activities** 87:8
**activity** 86:7,16
  124:10 127:19
  135:8 142:24
  159:14 186:19,20
**actor** 102:12
**actors** 52:22 96:6
  96:6,17 102:13
  135:11
**actual** 15:3 72:23
  87:15 99:11
**actually** 24:7 26:11

30:13 33:19 38:2
41:4,9 57:2,6
59:23 60:14 61:25
66:15 69:12 73:22
80:4 81:5 87:16
89:9 93:3,25 95:16
97:13 104:20
109:17 110:3,7
115:21 121:23
132:9 140:6 141:13
145:11 147:21,22
149:20,21 162:13
178:13 180:22
181:18
**add** 66:18 67:12
94:13
**added** 65:13 94:16
157:19
**addition** 96:23 189:1,
9
**additional** 36:16
60:2 88:10 159:21
172:1
**additions** 12:9 146:1
**address** 35:18,25
84:22 88:8,10
**addresses** 23:13
**adequate** 155:15,18
**adjourned** 191:3
**administrator** 89:8
**ads** 94:14,16 118:8,
12
**adversarial** 102:13,
17 156:13 159:4
**advertise** 24:13
45:23
**advertiser** 25:17,20
27:13,18,19 28:1,4,
15,25 29:1,16
165:3
**Advertisers** 24:12,22,
24 25:2,7,13,14,23
26:2,6,16,20,25
27:3 28:6,19 29:6
129:4 160:24
161:21
**advertising** 68:16
128:25
**advise** 178:5
**advising** 8:10,11

**affect** 131:20
**affects** 132:3
**affiliated** 37:6
**affirm** 97:4,7
**after** 37:12,14 40:25
64:8 68:23 78:11
82:5 84:8 147:15,
21
**again** 35:21 39:24
46:6 61:20 71:4,22
73:13 76:7 78:19
101:12 102:10,19
108:23 111:3
117:24 121:15
122:6 125:1 128:8
133:6 134:20 135:1
137:6 138:11
140:22 147:8
148:15 153:14
155:7 157:10
158:15 162:3,13
168:24 170:21
171:12 173:2
175:13 176:20
178:24 182:3
**against** 9:1 19:25
26:14 59:15 93:2,
19 95:22 97:13
116:15 135:8
137:22,23
**aggregate** 57:15,18
188:19
**agnostic** 96:18 123:4,
5 138:4,15
**ago** 12:21,22,24 31:5
36:18 79:18 117:18
146:13 155:22
**agree** 27:1 35:14
36:17 97:20,25
**agreement** 5:9
**AG's** 184:23
**ahead** 14:1 105:12
148:25
**aimed** 95:23 96:1
131:11
**alerted** 37:15,18
**algorithm** 18:22,23
19:4 44:23 61:7
65:10,13,19 66:19
70:4 90:16 119:1

145:19,21,23 153:3,
8 159:2,5 173:1
181:10
**algorithms** 18:9,11,
12,13,20,24 19:7,
15,16,17 20:9 21:6,
7 42:9,15,17 44:18
45:19 66:8 67:12,
18,18 76:25 84:22,
25 85:1 87:5 90:10,
17 97:13 114:5
116:20 126:18
146:5 158:19
171:22,25 172:4,13,
20
**alive** 37:8
**allegations** 94:4
97:12,16,17,20
**all-encompassing**
122:7
**allow** 6:9 6:9 33:9
37:9 45:19 46:1,8
50:15 51:16 52:8
88:21 89:5,11
115:4,23 122:19
123:25 124:5 127:2
139:1,12
**allowed** 33:24 37:5
46:17,18,19 47:1
117:18 133:21
136:13
**allowing** 51:15,22
89:15
**allows** 36:11 49:8,16
52:25 53:11 114:23
127:6 128:4 144:15
**almost** 65:17 70:3
174:19
**alone** 55:20
**along** 185:1
**already** 41:1 118:3
147:1 186:15
**also** 7:17 16:2 18:12
20:4,17 21:7,16
25:14 26:11 29:18
39:16 43:10 44:11,
12 45:19 54:8 58:5
62:25 63:12 65:20
68:13,17 72:22
85:2 86:15 87:5

89:15 91:9,17,25
100:8 101:15
103:18,19 105:1
118:4,11 119:1
130:3 135:4 145:1,
7 152:16 156:4,11,
19 159:8 160:8
165:6 171:2 178:25
179:11 186:1
**alter** 162:21
**alternative** 36:19,22
67:6
**alternatively** 29:2
**although** 170:15
182:18 184:1
**always** 58:7,10 74:23
76:15 76:15,16
111:15 118:10
133:7 140:18
141:10 143:7
**ambiguous** 39:9
**amount** 58:3,7,8
60:10 76:25 77:22
143:15
**and-a-half** 5:20
**anecdotal** 16:6 23:4,
7,8,24 33:22
**anecdotally** 78:8
**anger** 97:14,18,19
**another** 28:15 55:20
57:25 96:21 111:2
148:6 174:8 178:8
**answer** 18:1 53:4
80:7 108:14 123:18,
22
**answered** 87:10
**answers** 182:11
**anti-Semitic** 122:16
124:6
**anyone** 11:15,21 13:2
30:18 47:16,23
48:5 53:25 157:18
179:6 182:12,25
**anything** 15:2 27:12
30:25 48:15 56:3,
23 57:3 66:25 67:2
68:25 82:19 105:22
114:4 119:25
167:18 168:18
179:25 186:14

**anywhere** 169:10
**apologize** 144:10
**app** 99:2
**apparent** 85:6
**appeal** 100:9,11,15,
20 101:1,9,13,15,
23,23 102:1 106:8
109:14,18 110:8
111:7,22,23
**appealed** 110:2
**appeals** 100:1,7,8
103:3 105:4 106:10
107:5,8 109:18
110:1,3 176:21,22,
24
**appear** 18:17 27:8
118:1
**appearances** 4:23
**appearing** 26:8 85:18
**appears** 29:16 146:3
**applause** 16:2
**apples** 43:7 43:7
**application** 141:7,9
**applications** 42:7
**applied** 58:3
**applies** 9:8 129:20
166:11
**apply** 19:20 49:21
57:20 60:3,5 63:9
100:4 140:5 146:4
148:3,6
**applying** 42:3 147:11
**appreciate** 21:22
**approach** 23:11 87:6
147:2
**appropriate** 21:16
60:21 86:2 108:18
143:9
**approximately** 4:14
32:21
**April** 5:21
**AP's** 148:5
**arbiters** 143:8,9,18
**area** 57:19 60:7 85:2
125:12
**areas** 9:2 44:6 50:22
59:7 100:12 103:9
128:12
**aren't** 31:20 116:23
146:23

**arguing** 55:19
**argument** 27:11
**Aronov** 4:15
**around** 21:3 32:21
45:17 69:16 80:4
82:18 91:15 100:21
101:21 110:22
168:12 181:12
**article** 82:25 83:3
90:5 93:9 94:13
145:13
**articles** 16:3 93:14,
23 95:15 97:17
**articulate** 155:8
**articulated** 155:9
**artificial** 53:23
61:18 90:6
**aside** 20:8
**ask** 29:24 67:16
77:20 108:6 111:2
146:9 158:4 162:25
164:2 166:17
**asked** 29:4 80:22
141:25 184:24
185:19
**asking** 17:17 43:9
56:13 152:22 153:2
184:6 186:19
**aspire** 99:3 102:10
106:9 108:21
111:13 112:2
**assault** 36:24,25,25
**assessment** 189:1,9,
11,15
**assessments** 189:10
**associated** 160:14
162:9
**associations** 8:16
**assume** 10:9 119:11
157:5 163:4
**assumed** 10:25
**attached** 158:17
**attack** 52:23 59:12
139:23
**attacked** 59:15
139:21
**attempts** 88:8
**attention** 80:17
184:12
**attest** 31:18 36:17

178:15,23 180:16
**attestations** 50:9
**attested** 175:1,5
179:18
**Attesting** 35:14
**Attorneys** 4:22
**Austin** 4:8
**authentic** 35:24
**authenticity** 51:4
52:19 141:1
**authoritative** 148:7
**authors** 73:10
**auto-close** 110:5
**automated** 57:23
58:20 64:19 74:21
91:21
**automatic** 62:4
**automatically** 63:15
**automation** 18:16
40:6,7 54:9 58:24
59:4,5,7,10,22
60:8 61:21 62:24
64:4,9,20,21,22
65:2 69:11,21 70:5
73:16 91:9 144:14
189:25
**autonomy** 146:7
**available** 100:22
159:3 170:16 176:1
184:2
**Avenue** 4:12
**aware** 9:5 28:18
60:25 61:12 62:9
65:9 66:4 75:1
82:7 92:10,19,25
93:2,7,23 95:15
97:12 104:11,14
124:15 130:17,18,
25 131:1 133:5,18
189:7
**away** 49:4 125:20,25
126:9 161:9

---

**B**

---

**back** 43:25 53:21
58:4 79:17 83:5
84:24 86:9 89:18,
21 96:3 98:11
100:23 102:5

127:11 137:16
142:7 146:19 151:1
155:21 170:21
175:14,15 179:10
181:7 183:12
**back-and-forth**
12:14
**background** 5:18
**backgrounds** 36:20
**backlog** 71:16
**Bad** 56:7 142:2
**baffling** 67:8
**bait** 159:11
**Ban** 118:7,8
**Bans** 21:13 118:19
**Barbara** 4:18 192:2
**base** 86:3
**based** 16:9 18:9,25
19:1,10 20:13,20
23:4 65:4 69:23
70:23 90:9 116:7
119:5 131:15
134:18 136:15
144:4 146:25
155:18 162:1
163:15
**basically** 45:9
117:14
**basis** 22:2 24:8,19
25:4 26:2 29:11,25
30:22 31:5 79:13
86:11 148:24
167:24 171:6
**basketball** 144:25
**Bates** 82:11 83:18
109:8
**bear** 121:17
**become** 35:5 60:25
61:12 66:4
**becomes** 25:10 62:9
65:9 85:6 159:3
**becoming** 8:9 36:3
**Before** 5:8,18 36:11
44:20 53:25 55:17
56:4 93:11 134:17
146:2 160:3 179:7
187:4 192:4
**began** 82:8 84:23
**begin** 66:13 78:10,13
**beginning** 98:12

107:17 183:13
**begins** 4:3 122:8
151:1
**behalf** 5:3 86:16
**behavior** 20:14 51:5
96:16
**behaviors** 102:19
**behind** 135:11
**being** 4:10 15:6
27:20 29:14 37:25
40:2 58:2 75:23
94:1 97:18 103:18
144:6 146:14
147:20 151:20
155:25 162:21
179:3 182:4
**believe** 24:14,23
27:4 56:21 65:6,8
101:3,9,20 107:11
110:12 115:12,15
119:9 120:25
121:16,22 127:6
128:4 129:7,12
135:17 142:1
149:11 155:14,17
165:25 166:5
171:13 172:23
184:24,25 185:7
189:10 190:5,8
**believed** 94:14
**believes** 107:21
124:20 145:1 181:3
**below** 70:6 154:10
174:22
**benefit** 141:14
**besides** 46:14,25
**best** 47:14 56:25
125:2 144:25 158:4
**better** 8:17 8:17
17:15 48:12 56:6
63:8 80:7 92:2
96:25 167:8 175:22
175:22
**between** 8:4 23:10
38:23 40:1 84:20
129:10 150:13
**Bi-annual** 184:17
**bias** 141:8
**Bickert** 182:21,23
**Biden** 137:24

**bifurcate** 74:3
**bifurcated** 178:10
**big** 10:2 56:24
**bill** 135:21 136:3
    138:12 152:22
    153:2 166:20
    170:16 184:2
**billion** 32:21,22
    48:13 59:1 77:10,
    12 125:11 130:4
    141:5 157:13
    157:13,19 175:14
    185:23
**billions** 59:2 103:23
    125:10 143:11
**bin** 37:7,8 38:2,9
**binary** 45:18 46:1,7
**bind** 138:18
**binder** 9:22,24
**binders** 10:9
**birth** 35:17 38:15
    40:14
**bit** 5:18 16:5 17:1,
    15 19:14 19:14
    32:25 39:17 40:18
    54:21 58:23 106:1
    114:10 140:13
    172:3 177:18
**block** 113:12 114:25
    118:19,23 119:21,
    23
**blockade** 37:10
**blocking** 119:24
**blog** 83:15,20
**blunt** 89:9 141:4
**board** 100:5 101:15,
    18 103:6,15,17,19,
    22 104:2,7 106:16
    108:25 109:2
**bodies** 85:19
**body** 55:11 106:7,19
    147:10
**borderline** 19:24
**both** 5:12 20:20 24:1
    38:14 50:3 58:13
    83:13,14 90:16
    91:1 109:14 137:21
    142:8 145:1 180:19
**bots** 39:4,9,13,17
**bottle** 66:10,11,15,

16
**bottom** 101:3 109:9
    110:25 120:19
    149:18
**boycott** 22:8 24:23
    24:23 25:18,24,25
    28:14 29:9,17,18,
    23
**boycotts** 25:21
**brand** 26:8 26:8,15
    27:4,8,20 161:21
**brands** 25:16
**break** 70:19 93:12
    98:6 183:7
**breakdown** 77:13
**breathing** 88:5
**brief** 37:24
**briefly** 24:22 89:22
**broad** 21:9 45:25
    47:8 48:9 60:3
    73:9 73:9 80:13
    86:6 116:19 127:24
    140:1 148:14
    149:12 153:19
    154:1 156:16
    174:14 185:24
    189:11,24
**broader** 86:3 96:5
**broadly** 25:15 36:25
    36:25 41:21 42:7
    50:8 53:14 58:17
    62:21 67:24 68:9
    71:8 76:14,15 96:7
    123:13 126:21
    128:11 131:14
    145:25 146:4,16
    147:7 148:15
    153:14 156:24
    160:4 172:4,9
    173:23 179:16
    180:4 182:18
**brush** 189:24
**build** 14:22 32:12
    33:1 66:20 142:20
    177:3 178:8,10
**built** 126:21,24
    180:7
**bullet** 174:4,7,22
    175:6,8 176:7,10,
    17,19 177:5,14,22

178:23 179:7
**Bulls** 56:25
**bullying** 51:3 103:11
    135:4,14,15 136:2,
    4,9,11,18,20,21,25
    137:22 138:1
**burden** 80:25 152:23
    155:24 162:13
**burdens** 156:8,11,21
    158:11 159:18,19,
    22 160:13 161:8
    162:8 174:20
    179:18 182:1
**burdensome** 152:20
    163:19 176:3
    179:17,20 185:6
    187:8
**Burmese** 84:17 88:25
**business** 17:24 27:24
    28:8 131:20 132:4
    151:5 153:3,7
    158:24 171:8,18
    181:22 182:9
**button** 64:25 65:1
    101:8 101:8 119:23

                C

**calculate** 158:2
    188:15
**calculus** 145:10
**California** 130:21
**call** 19:24 23:14
    27:23,25 61:22
    63:13 77:16,19
    85:17 86:24 96:15
    97:3 102:18 110:4
    139:16
**called** 5:3 6:19
    29:19 85:3 143:21
**calls** 59:11
**came** 57:25 90:23
**Can** 13:25 14:18
    15:20 17:15 18:11
    22:17 27:6 28:10
    30:12 33:15 34:19
    35:7,9,13,21 37:1
    38:8 39:1,12 44:13
    45:22,23 46:17
    52:10 54:7 56:5,23

57:3,8 58:22 59:3,
  22 60:1,18 63:3,9,
  10,14 78:7 79:9,12,
  14 80:3,15 83:5,9
  87:7,25 88:7 89:18
  91:1,6,17 93:12,13
  94:21 95:3 98:5
  105:21 108:14
  109:14 113:22,23
  114:11,25 115:3,9,
  14,22 117:4 123:21
  127:11 132:2
  140:12 141:7
  143:11 147:18
  150:2,25 153:22
  154:10 156:18,21
  159:14 160:3,13,19
  161:14,15 162:17
  174:1 182:25
  184:12,19 190:23
**cannot** 9:19 33:16
  34:1 106:10 108:4,
  10
**can't** 10:1 24:6
  28:22 30:3,11,13
  31:2,9,16,24 34:15,
  17,19 67:8 78:8
  108:21 113:22
  120:4 148:8 155:8
  157:25 163:10
  164:24 170:10
  178:9,10,12 180:16
  180:16
**capacities** 7:18,22
**capacity** 8:20 133:10
  176:2
**capture** 88:14
**care** 75:7 89:10
**carefully** 54:21
**carried** 86:16
**carrying** 89:1,6
**carve-out** 128:2
**carve-outs** 127:15
**carves** 135:3
**Case** 4:8 65:7 101:11
  101:11 102:3
  103:12
**cases** 37:14 59:6
  62:3 66:5 69:15
  72:17 76:5 100:19,

21 101:14,20,25
  102:2,11 104:16
  106:12,13,17
  108:23 109:23
  110:4 139:13
  158:20
**catch** 67:19
**categories** 80:13
  127:5 128:4 150:9,
  10 162:20,23
  187:15
**categorization**
  127:24
**category** 76:4 77:1
  99:3 119:14 122:19
  124:1,21 125:20
  126:10
**causation** 16:20
**censor** 122:9
**Censorship** 116:2,4
**center** 97:2
**certain** 11:16 27:21
  31:18 34:15,16
  35:9 42:6 45:22
  51:7 53:10 59:7,11,
  24 60:9,22 61:1,22
  69:7 69:7,8,15
  70:2,6 72:17 76:4,
  5 77:1 89:5 99:10
  100:12,19,21
  101:14,20 108:20,
  23 110:4 114:25
  116:7 120:1 123:6,
  7 139:13 141:3,11
  147:2,17 156:18
  158:20 164:5
  174:23 175:21
  177:23 179:12
  187:14
**certainly** 108:22
**certify** 192:3,9
**cetera** 8:1 116:6
**chance** 11:7 100:11
  101:22,23 102:1
  109:10
**Change** 29:19 30:15,
  16 31:11 95:13
  105:4 117:17 125:8
  127:2 160:18,19
  175:16,18 180:3,14

**changed** 75:15 80:23
**changes** 68:18 81:14,
  17 82:1 94:22
  132:8 175:20
  181:13,21
**channels** 33:14
**chapter** 121:24
  149:12,13
**charge** 73:19
**chart** 81:8
**check** 144:19,20,21
  145:12 147:5,25
**checked** 146:2 148:2
**checker** 146:2 147:24
**checkers** 144:12,16,
  17 145:24 146:6,13,
  18,22,23 147:4,15,
  16
**checking** 37:21
  143:19,22 144:16
  148:7
**chief** 28:8 158:6
**child** 35:11 36:24
  38:12,20,21 69:10,
  16 101:21 102:20,
  23 123:10 135:2
**children** 7:9
**choice** 154:17,22
  155:3,10 166:23
  168:20 169:13
**choices** 45:18 155:7
**choose** 114:24 116:21,
  22 145:9
**cited** 144:8
**citizens** 130:1
**civil** 7:14 8:1 22:6
  29:18 47:11 85:10
**claim** 24:9 30:4
  171:6
**claims** 145:4 145:4
**clarification** 37:23
  49:13 56:23 100:6
**clarify** 6:10 20:25
  23:6 47:3 188:7
**clarity** 87:15 175:22
  175:22
**class** 35:9
**classifier** 61:22
**classifiers** 69:3
**clear** 102:14 134:17

169:9 189:6
click 101:8 140:12
clicks 101:9
climate 95:13,17,19
close 69:13 190:23
closed 70:24 71:13
CMOs 28:23
code 66:18 178:13
coders 178:7
codes 44:18
coding 178:12
collaboration 74:7
collection 130:23
colloquially 174:18
Color 29:19 30:15,16
   31:10
Columbia 192:3
combination 18:10,16,
   19 60:24 78:19
   80:9 90:16 92:1,3
combined 18:15
come 14:21 22:22,25
   28:14 33:19 38:1
   70:23 71:12 87:22
   101:2 125:9 142:7
   162:15
comes 20:8 21:4 35:3
   42:17 45:10 65:3
   68:7 79:18
coming 42:16 137:16
comment 100:4 160:3
   163:11
comments 15:9
Commission 192:20
commit 91:8
communicated 22:7
communication 74:8
communities 59:20
   73:7
community 14:22
   24:15 32:13 33:2
   44:5,7 45:7,17,22,
   24 46:4,15 47:1,14,
   17,24 48:7,13,19
   49:24 50:4,21 53:3
   57:16 71:1 72:11
   73:1,12,13 75:7,17,
   18 88:6 89:16
   103:8 141:5 142:21
   166:12,20,25

167:10,25 168:5,25
   170:3 185:22
companies 143:20
   174:11
company 7:8 129:21
   130:4 130:4 132:14
   148:6 157:15,17
   180:15
compare 71:6
comparison 37:17
competitively 171:8
compile 163:8
compiles 76:18
Compiling 40:23
complaint 22:18,20
   23:11,16 64:24
   107:19
complaints 22:21,25
   23:15,18,21
completely 178:10
   180:15
complex 19:14
compliance 125:9
   136:11 180:23
   181:19
complies 82:23 89:25
   117:15 149:2
   155:19 184:21
comply 106:11 125:7,
   15,19 129:20 132:6,
   8,10,20 133:3,6,7
   136:12 152:20
   153:17 156:23
   160:14 162:6
   163:19 172:21
   174:7,25 176:6,12,
   19 178:3 179:19,24
   181:4,15 182:2,8
complying 129:25
   136:8 155:24 156:9
   159:20
comprehensive 87:6
computer 36:1
concept 17:14
concern 173:5
concerned 25:14 26:7
concerns 24:25 26:4,
   19 28:16 29:7
   129:19 153:7
   161:21,23

concert 116:20
concludes 191:1
conclusion 161:16
conditions 42:4
confidence 59:11
   69:23 70:4
confident 180:1,10
confidential 171:8
confirm 83:6
conflating 171:3
conflict 167:13
confronting 8:18
confuse 70:15
confused 70:14
confusing 17:11
confusion 55:22
Congress 7:20
conjunction 68:9
connect 33:5,10,24
connected 86:23
connecting 33:6
connections 142:9
connotation 97:5
connotations 34:12
consequential
   103:21 145:5
   175:17,18
consider 25:24
   141:17,22 168:11
   169:6
considered 73:24
   127:16,22,23
   171:23 172:7
considers 140:21
consist 127:19
conspiracy 122:16
   124:6
constant 65:18
constantly 61:16
constitutes 136:7
consult 13:2,6
consulted 13:8
consumers 68:18
contact 24:21 33:19
   42:16 86:5
contain 137:21
   143:16
Content 6:4,6,11,13,
   15 13:24 14:4,16
   15:3,6,11,13,23

16:15 17:18,21
18:14 19:17 19:17,
20 20:8,11,12,17
21:6 24:15 24:15
26:8,10,12,25 27:3,
6,21 31:2 42:8,10,
16,18,19 43:8,22
44:7,16 45:10,23
46:5,9,11,15 47:1
48:23 48:23 49:17
51:24,25 52:3
53:25 54:2,14,23,
25 55:1,2,11,14,15,
17,19,20,23,24
56:1 56:1,8,10,11,
13,15,20,21 57:5,6,
9,13,18,18 58:3,6,
6,8,11,12 59:2,6
61:13 62:9,14,19
63:14,24 65:11
67:19 68:23 69:12
71:16 72:10,14
73:4,6 75:6 76:3,
11,25 77:5,22
79:18 80:5 84:14,
25 85:18 86:21,25
88:14,15 90:18
91:4 94:13 96:10
97:15,24,24 98:21,
23,25 99:2,17,19
100:3,9,12,14,15,
18,18,22,24,25
102:6,8,15,22
103:5,7,16,24
104:12 106:4,5
107:21,22 108:1
109:18,21 111:2,7,
18,22 113:2,6
114:2,7,25 115:1
116:10 117:20
119:13,16,22,24
120:1,3 122:15,17
123:16,25 124:21
125:20 126:9,15,16
127:2,5,18 128:4,
13 130:19 132:15
134:25 135:10,12,
15 136:14 136:14,
15,19,23,24 137:12,
20,25 138:18,23

139:2,3,12,15,18
140:14,16,16 143:3,
12 144:1,2,5,6,12,
15 145:17,20 146:1,
10,11,24 147:12
148:11,12,21
150:17 151:4,24
152:15 153:8,12,20
154:2 155:23
156:13,20 158:10,
11,20 159:7,8
160:8,19 161:15
164:9 167:11
169:17 171:16
180:6 182:14
185:14,17,17,24
186:11 187:1,2,15,
19,20,23 188:9
188:9,13,20,21
189:1,11,14,24
**contents** 55:10 56:17
60:2 187:10
**context** 59:21 60:3,4,
21 91:15 97:1
116:4 137:17 140:4
140:4 144:3 161:12
163:17 164:12
**context-based** 139:7
**context-dependent**
59:9
**continual** 86:17
88:20
**continually** 88:10
**continue** 62:2 115:5,
23 117:19 128:5
**continuing** 115:17
**contribute** 11:15,16
**contributed** 11:19
93:25 94:6
**control** 47:17,19
180:19
**controls** 48:18,22
**convened** 85:16
**conversations** 22:6
52:2
**convicted** 36:24
38:20
**convictions** 37:2
44:9
**convicts** 37:3 37:3

**coordinated** 96:16
135:8
**coordinating** 85:3,5
86:4,6,6
**Corbello** 5:16
**core** 33:3 88:3 88:3
**corpus** 55:11
**correct** 8:7,8 11:9
13:24 14:4,5 18:22
26:3 32:9 34:15
38:16 48:24 49:6,
25 50:2,6 54:1
56:20 58:15 62:25
81:16 83:1,2 84:1,
4,15 95:14 104:1,5,
23 110:11,12,24
113:2,3,19 114:3
115:2 122:3 126:2,
7 136:22 143:4
150:7 152:1,17
161:5 166:7,18
167:16,17 168:17
172:5,6 184:10,16
**correctly** 55:21
**correlation** 17:18
**corrupting** 96:1
**cost** 77:8 157:8
**costs** 77:3
**could** 15:2,8 17:10
38:11 91:23 95:25
96:9 124:8,9
125:24 126:15,16
146:25 156:22
171:17 172:25
183:22 187:7
**couldn't** 12:17 38:1
**counsel** 4:20 5:10
10:8 11:13,14,17,
20,23,24,25 12:3
13:3 179:9 184:6,
23 192:9,10
**count** 76:20
**counterterrorism**
7:13 72:16 73:14
**countries** 131:3
**country** 97:7
**coup** 75:20 82:3,6
83:24 89:2,11
**couple** 56:5 134:16
**coups** 85:15

course 106:18
Court 4:7,17,24
 192:2
Courtney 5:16
covered 181:6
covers 50:23
COVID-19 109:16
 176:25
Cowboys 60:13
craze 86:16
create 18:11,24 19:8
 35:15 38:6 38:6,10
 40:11 44:15 132:11
 142:6 157:8 174:20
created 6:4,16,19
 37:25 40:13 41:18
 42:1 62:18 63:16,
 19,21,23 64:9,12
 65:4 68:5 78:18
 104:8 136:17
 166:12 176:23
creates 64:17 80:24
 101:10 161:16
creating 62:10,11
 136:16
creation 18:14 39:22
 40:9 41:11,14
 52:16
criminal 35:10 36:20
 50:24 86:7 127:16,
 19 128:16 186:21
criminality 128:18
crisis 95:17,19
criteria 61:1,4,8
 66:18 67:12 68:7
 79:18,22
criticism 92:10
criticisms 16:2
 92:20 93:2,24
cross-functional
 47:8 68:10 71:25
 74:7 76:8 85:16
 95:8 177:11 178:4
cross-functionally
 72:16 74:4 180:21
crunching 78:13
crutch 67:7
curate 113:1 114:15,
 18 115:23 116:22
 116:22 117:19

curated 185:12
Curates 150:17 151:7
 153:11,20 154:1
curating 151:24
 152:15 155:23
 181:8
curation 114:20
 121:25 153:14
curious 165:10
current 28:8 50:10
 124:12 153:10
 157:9 176:22
currently 5:23 7:3
 23:22 24:4 32:19
 44:17 48:22 71:17,
 19 110:14 111:6
 124:16 130:8 131:4
 134:18 136:19
 142:3 154:21
 155:14 163:24
 174:13 186:10
 187:13,25 188:6
 189:2 190:2,12
cyber 7:10,11,12

**D**

daily 25:4 59:3
 148:23
dangerous 85:1
 103:11
data 19:10 22:5
 47:13 63:21 71:9
 73:24 76:9,14,17,
 19,22,23 77:3,16,
 17,18,20 78:4,5,18
 79:21 80:11 81:3
 92:5,8,21 130:23
 131:16 151:4 157:2,
 3 160:1 162:7
 164:21 189:3 190:2,
 4,6,7,10,14
database 37:23 69:11
databases 37:21
date 12:20 35:18
 38:15 99:4
dates 13:1 40:9,14
 41:17
dating 86:9
David 158:6

day 78:11 104:8
 107:14,24
days 106:11 107:5
 182:6
day-to-day 13:10
 82:7
deadline 106:23
 107:8 108:5,11
 109:3
deal 25:1,7 63:24
dealing 7:11
deals 27:22
debate 32:9 96:2,7
debunking 145:4
December 124:16
 179:25 181:16
decided 9:6 100:10
decides 95:6 119:21
decision 20:1 62:2,4,
 5,6 69:11 70:5
 99:17,18 100:15
 101:5,14 103:15
 108:25 109:14
 110:6,7 111:24
 144:2 145:16
 147:23 189:13
decisions 40:23 46:2
 48:16 68:19 87:16,
 19 104:7 106:23
 107:5,8 109:18
 113:5,17,21 114:5
 116:7,12 118:15
 119:5,7,18 139:7
 144:5 154:7 155:16
declaration 9:21
 10:10,16,18,19
 11:5,18,22 12:2,19,
 23,25 13:12,16,18
 46:14 65:22 83:1,6,
 13,23 89:18 98:16
 110:10,18,21
 112:23 114:1
 120:14,15 122:11
 172:16,17 179:3,19
 181:8,25
deconflict 16:6
 80:17
deep 140:1
defendant 4:4 5:16
defense 13:16 83:18

86:23 90:23 91:2
105:14 112:17
115:11
**Define** 8:5 34:7 39:1
45:14 46:15 56:6
61:8 63:18 133:23
155:4
**defined** 128:10
**defining** 177:20
185:25
**definitely** 90:17
102:23 112:10
173:4,12
**definition** 17:16
84:9 94:21 122:24
125:2 126:14
128:17 134:21
137:7 138:17 155:3
160:2 168:8 169:5
186:20
**definitions** 106:3,5
127:22
**definitives** 102:3
**Delete** 29:15,22,25
30:9 31:4,6,15,21
**deleting** 29:21
**deliberation** 189:16
**demand** 170:16,19
184:2
**demonitization**
187:24
**demonstrate** 15:5
**demote** 19:17 20:1
136:14
**demotion** 21:7
**denied** 37:11
**deny** 44:19
**depend** 139:5
**depending** 126:13
140:2 156:5
**depends** 139:4,6
**depo** 70:18
**deposition** 4:3,10
172:4 190:24
**deprioritization**
185:21 188:3,8,20
**deprioritize** 158:20
**deprioritized**
185:17
**depth** 146:24

**derive** 38:18 86:1
173:4
**describe** 44:5 75:8
84:20 95:25 115:5,
16 139:15 150:9
174:23 178:2
**described** 50:3 100:2
182:1
**describes** 46:4
**descriptions** 130:2
**designated** 50:24
86:4
**designed** 18:24 50:15
97:14 106:19
**designer** 120:8,10,11
**despite** 128:15
**detail** 80:24 185:8
187:9 189:17
**detailed** 157:1
170:15 174:17
184:1
**details** 187:13
**determination** 18:21
148:10
**determine** 65:10 67:4
76:25 108:1,17
147:14 172:13
173:21
**determined** 101:16
143:3 173:9
**determines** 18:25
**determining** 140:16
**develop** 7:24 88:6
**developed** 43:21
**development** 40:8
48:11
**device** 40:13
**devices** 41:17 109:23
**diagnoses** 92:22
**dictate** 35:23 49:17
**dictated** 50:5 130:5
167:1
**difference** 23:10
**different** 38:9 42:7
43:3,4,5 45:15,16
46:11 47:3 57:25
61:11 68:13,16
73:23 85:4 106:5
107:25 146:3
167:19 168:10

170:23 188:22
**differently** 102:9
138:2
**differs** 37:13 37:13
**difficult** 33:15 78:3
91:8 106:2,13
111:18 113:10
163:15,18 170:24
185:22 189:20,23
**dignity** 52:18,23
**direct** 9:15 15:12,25
16:1,20,20 17:18
22:4,13 119:6
**directly** 8:20,22,23
23:8,12 25:1 27:17
29:3 33:20 54:6
62:23 64:24 127:18
**disability** 33:14
**disabled** 33:15
**disagree** 94:9 109:14
110:6 143:16
**disclose** 158:12
161:8 163:6,8
171:7,15
**disclosed** 97:9
149:25 162:21
166:7
**disclosing** 161:13
162:16
**disclosure** 149:12
154:15 165:23
167:16 171:13
**disclosures** 156:17
161:3,12 162:6,7
164:6
**discriminate** 134:18,
24 136:13 136:13
138:10
**discrimination**
116:15
**discuss** 44:8 51:22
**discussed** 36:5 109:1
181:25
**discussing** 58:24
148:16
**Discussion** 10:11
173:7
**displaying** 114:7
**displays** 16:16
**disposed** 150:11

dispositive 40:21
    48:15
disruptions 102:19
dissent 96:11
distinct 60:19
distinguish 40:1
distributed 188:22
District 4:7,8 192:3
disturbed 140:13
Division 4:8 33:4
    67:17,20 77:16
    81:6
divisiveness 137:23
divorce 178:9
document 11:11 90:15
    109:12,13 112:18
documents 13:6,8
    110:9
does 14:6,23 16:9,16,
    23 17:21 20:2
    26:12 29:24 34:14
    35:5 37:20 38:22
    39:2,23,25 41:13,
    14,25 42:2 44:17
    45:13,24 47:16,23
    48:5 55:9 56:4
    57:4 58:10 60:25
    65:2,14 66:6,23
    67:1,4 72:12 75:13
    92:5 98:22 99:13
    100:4,6,18 101:2,6
    115:4,23 117:17
    119:13,23 120:2,3
    122:18 128:21
    134:17 137:1 139:1,
    5,10 141:10,17
    142:1 143:5 144:11
    148:6 149:4,23
    150:8,10,18 152:2,
    6,12 153:10 155:14
    157:8 162:19,21
    163:3,7,24 167:18
    170:3 186:10,14
    187:14 188:4,12
    189:2 190:2,8,9,10
doesn't 20:9 55:2,5,
    18 56:3 57:1 58:9
    59:16 95:1 151:19
    155:4 166:21
doing 31:25 37:17

40:16,25 60:18
    72:23 87:6 96:25
    124:11 178:11
dollar 175:15
dollars 125:10
domestic 165:13
domicile 97:6
done 31:16 66:22,25
    67:2,3 78:24 79:1,
    5 126:18,20 129:15,
    17 149:1 157:18,24,
    25 165:19 174:6
    184:20
door 37:11
double 88:13
down 21:21 35:3
    44:25 81:9 112:20
    120:13
downstream 118:24
draft 10:15 11:5,10,
    15 12:6,8,9,10,19
    13:4,7 135:20
drafted 11:10 110:18,
    21
drafting 11:22 12:1,
    18 110:10
draftmanship 56:7
drafts 12:11
draw 184:12
drive 141:10 159:12
    161:9
driving 160:21,23
due 28:16 29:7
duly 5:4
during 94:1 110:1
duties 7:2

E

each 18:5,19,21 19:2,
    9 44:23 57:8 90:3
    96:12 119:3 177:22
earlier 47:10 50:22
    59:1 62:13 71:23
    88:2 103:10 109:2
    116:24 118:6
    125:11 143:12
    157:2 160:23,25
    173:7 176:22
    190:15

ease 137:22 168:21
    169:13
easier 137:19
easy 76:23
edged 88:14
edit 11:7 12:11
edited 12:6,8
editing 13:7
editorial 166:22
    167:12
edits 13:3
effect 124:1,16,23
    125:5 126:6 130:22
    132:18 157:20
    177:7,17
effective 24:14
effectiveness
    156:19
effects 118:24
    139:23,24 162:5
effort 92:20
efforts 72:10 73:6
    75:5 90:7,24 92:13
    93:10,18 95:22
egregious 137:13
Eight 120:17,18
either 5:10 15:9
    23:11 57:14 61:13
    63:8,20 70:23
    73:11 75:15,25
    145:1,22 158:8
    165:9 172:25
    189:18
election 75:24 93:20
    94:1 96:4,5,21
    135:9
elections 96:8 97:1,
    10
element 153:16
elements 139:18
    155:20
eligible 103:5,9
    143:24 144:15
    147:22
Ellis 4:11
else 11:15,19 30:25
    45:13 46:14 63:24
    127:21 171:23
    179:6 182:12,25
email 23:12 35:18,24

embedded 52:17
emergent 89:16
emotion 30:12
employee 192:10
enable 113:9,11
  154:16 166:23
  168:19 169:12
enact 175:12
end 98:8 122:14
  183:9
ends 82:18
endure 156:22 158:12
enforce 26:14 58:20
  59:3 66:7 167:11
enforcement 25:12
  57:17 60:22 71:1,4
  88:21 104:6 156:16
  156:16,17 157:4
enforcing 87:20
  89:14 130:5
engage 7:25 14:24
  16:15 17:20 20:22
  97:23 159:11
engaged 20:4,18
  116:11 135:4
engagement 7:16 15:3,
  8,13,21 16:23
  17:17 47:10 48:10
  85:8 126:21
engages 20:21
engaging 17:18 90:20
engineer 41:19
  172:11 173:2
engineering 176:2
engineers 66:20
  178:7,25
enough 33:17
ensure 11:8 26:17
  51:11 52:20 86:2
  87:5 88:18 89:14
  96:24 126:25
ensuring 146:23
entails 167:9
enter 38:9
entire 6:1,3 99:11
  103:1
entities 69:16 88:25
  94:14
entitled 112:19
  153:8

entity 143:21
entry 37:11 44:19
environment 160:10,
  20 161:17
equally 42:3
errands 33:17
escalate 60:21
especially 26:6
  45:17 59:7
espionage 7:12
essential 33:18,24
  34:4,8,12 166:9
  167:6
essentially 19:8
  20:12 32:8 52:7
  53:9 58:5 62:1
  64:13 66:18 69:12,
  22 91:12 101:8,10
  110:5 115:16
  125:20 139:16
  144:20 146:7,14
  166:24 174:18
established 104:3
ethical 143:23
evaluate 94:24
Even 58:10 80:17
  91:15 103:12
  114:25 129:25
  153:19 170:17,19
  181:7,11,13 184:3
  185:18 188:13
event 83:16
events 26:23 85:8,11,
  15 96:3
eventually 6:5 61:18
ever 28:13,14 29:1
  76:2
every 7:15 65:3,4,17
  68:15 88:2 188:10
everyone 75:5 101:20
everyone's 185:11
everything 9:7 40:12
  61:17 63:3 87:9
evidence 23:25
evolve 47:7 60:4
evolved 47:6
exact 12:20 13:1
  32:22 82:6 104:9
  129:5,9 156:25
  184:25

exactly 36:15 80:23
  167:8 174:9 179:12
  185:4
examine 85:17
examined 5:5
example 7:18 21:8
  33:13 34:25 37:8
  38:12 59:8,12
  60:11 63:2 65:12
  65:12 66:10 69:17
  73:21 74:16 75:21
  80:17 88:23 91:16
  97:1 99:6 102:12
  113:13 118:7,18
  126:9 135:14
  136:18 137:20
  139:7,19,25 150:16
  151:24 153:5,9
  174:8
examples 27:19 34:20
  70:1 90:4 122:15
  132:2 136:1
exception 112:6
excluding 107:24
exclusive 89:1
  172:24 185:14
excuse 53:1 70:12
  72:13 83:14 85:21
  144:18 175:14
  176:23
execute 177:19,20
executed 82:6
Exhibit 13:14,17,18
  83:19,20 84:2
  105:14,15 112:17,
  18 115:11
exist 189:22 190:10
existed 27:9
existing 50:10
exists 190:7,14
experience 14:7,11,
  21 15:1 33:12,22
  47:15 114:16,18,20
  119:4 120:10,11
  142:8 175:19
  178:12 185:12
experienced 63:2,5
experiences 142:22
expertise 72:16
experts 7:6 7:6

72:14 73:11 85:25
92:11,19
**Expires** 192:20
**explain** 17:15 25:11
32:25 52:11 56:6
58:22 116:24 167:8
174:12
**explained** 47:9 71:23
162:12 162:12
176:14 181:11
**explaining** 109:13
**explicitly** 91:13
**exploit** 85:21,23
135:7 159:4
**exploitation** 51:3
**exploitative** 69:10,
16 101:22 102:20,
24 123:11
**explore** 88:11,12
**expose** 14:7
**express** 52:7 59:17
**expressed** 26:5,20
**expressing** 180:1
**expression** 32:15,16
50:16 51:7,15,19
52:12 53:11,12
59:18 116:6,19
119:11,12 127:25
128:10 140:23
**extent** 32:13
**external** 7:16,18
79:5 85:7,11 178:5
**externally** 7:25
**extraordinary** 81:15
**extreme** 181:21
181:21
**extremely** 78:2 80:25
81:1 125:6 125:6
153:4 185:6,21,21
187:8 187:8 189:23
**extremism** 7:14
**eyes** 170:24

---

**F**

---

**Facebook** 5:4,19 6:2
7:17,23 8:4,6,13
9:4,13 14:6,25
15:16,22 16:9,16,
24 17:21 18:9

19:10 20:10,14
21:11,24 22:15,18,
22,25 23:3,16,19,
22 24:3,9,13 26:10,
17,25 27:3,10,22
28:16,19 29:2,6,15,
21,22,25 30:5,9,22
31:4,7,12,15,22
32:18,21 33:4,8
34:3,14,23 35:6,7,
19 36:4,11 37:12,
21 38:22,24 39:4,
12,23,25 40:24
41:25 42:2 43:21
44:3,17 45:9,13
46:10,16 47:16,23,
25 48:5,18,22 49:3,
8,16 50:6 56:16,24
57:4,14,25 58:19
59:2 60:25 61:12,
17 62:8 64:18 65:9
68:14,15 72:9,12
73:8 75:23 82:12,
13,18 83:18 84:2,7,
13,21 85:22 92:5
93:3,25 94:12,16
95:12,16,21 97:13,
18,23 99:1 100:24
103:1,18,23 104:11
108:4,10 109:7,20
110:19 111:3,6,23
112:19 113:1,5,6,
21 114:2,5,23
115:24 117:18
119:23 120:5,12,23
122:19 123:2,25
124:20 125:21
126:10 127:6 128:5,
21 129:19 130:9,23
131:4 132:18 133:1
134:4,17 136:19
137:1 138:2 139:1,
3 140:21,22 141:17
142:1,5,15 143:6,
13 145:23 146:3,19
148:3,9 149:5,24
151:12 152:20,24
153:20 154:1,2
155:5,6,13,14,25
156:22 158:12

160:11 161:3 162:4
163:8,23 164:8
165:7 166:8,19
168:1 171:7,24
172:2,20 174:6,13
176:6,12,18 177:23
178:13,18 181:3
182:2,5,6,13
186:10,15 187:11,
14,24 188:4,18
189:2,25 190:2
**Facebook.com** 35:13
**Facebook's** 17:21
32:8,11 50:14
53:23 67:11 92:11
110:14 131:20
132:3 133:20 134:2
136:3 145:19
153:10 154:20
162:22 166:11,21,
22 170:15 178:19
184:1 190:11
**faces** 7:8
**fact** 22:8 30:8 37:12,
14 80:19 104:15
143:19,22 144:12,
15,16,16,19,20,21
145:11,24 146:2
146:2,6,12,18,22,
23 147:4 147:4,15,
16,24,25 148:2,7
162:19 163:3
**fact-checked** 147:1
**fact-checking**
143:25 147:12
148:11
**factor** 140:19 144:7,
9
**factors** 43:10
**fair** 9:7 20:22 26:24
34:5 35:17 39:12
44:11 49:3 57:12
58:13 84:7 110:23
111:8 142:17
143:15
**fairly** 8:2 101:19
**fake** 39:18,21 40:3,8,
25 41:1,10 96:9
118:12,13 190:14
**fall** 44:12 45:21,24

71:8 89:2
**fallen** 88:9
**falls** 6:10 74:14
    103:8 119:14,16
**false** 143:3 144:3
    144:3,8,9
**familiar** 34:10 44:22
    64:3 82:21
**family** 32:20
**fan** 56:24
**fans** 60:13
**far** 43:15 144:11
**farms** 44:15 44:15
**fast** 80:3 86:12
**favor** 49:4,8,16 53:1
    53:1 85:23
**favorite** 114:24
**feature** 15:16 114:25
**February** 82:4 84:3
    86:12 95:11
**fed** 87:4,5
**federal** 69:18 130:18
**feed** 21:12 66:8,13
    68:15 78:21 86:20
    114:12,13,15,16,18
    118:1,8,15,25
    119:2,4,8 140:9
    158:21 188:11
**feedback** 12:9 15:12,
    25 16:1 22:4,13
    33:21 48:11 88:11
    106:9 116:8,13
    119:6 119:6 120:2
**feedings** 18:12
**feeds** 18:15 19:16
    115:24 185:12
    188:22
**feel** 23:4,19,22 24:4,
    10 30:9 52:21
    75:17 83:10 112:7,
    11
**feeling** 22:9 142:11
**felt** 24:7
**few** 104:16 122:15
    128:23 136:1
    155:21 156:10
    159:18 182:10
**fidelity** 16:6 37:1
    78:4 80:16 185:7
**figurative** 175:6

**figure** 67:9 129:5,9
    157:20
**figures** 57:8
**file** 64:22
**filed** 4:6
**filing** 64:13
**fill** 22:17
**fills** 91:25
**finalized** 179:3,8
**finance** 158:1
**financial** 158:6
**find** 14:8 15:1,3,6,
    20,23 26:9 37:1
    52:4 53:24 71:10
    79:9 91:17 103:2
    142:6 144:1 149:17
    161:19
**finding** 88:17 122:1
**finds** 54:22
**finish** 93:13,14
**firm** 4:16 6:23,25
**first** 5:4 9:22 12:18,
    19 28:10 32:7
    40:20 43:20 46:19
    53:21 61:19 62:16
    64:9,19 86:23 87:2
    88:8 90:22 98:20
    100:14,23 101:14
    111:1 135:16 143:6
    145:22 147:16
    149:19 155:22
    170:14 174:4,21
**first-line** 63:12
**five** 5:20 5:20
**flag** 56:23 57:1,3
    58:10 68:25
**flagged** 54:3,7,11,15
    55:3,24 56:4,15,17
    57:5,9,14 58:3,9,
    13 68:24 79:22
    81:22 98:22,24
    100:9 136:25 156:4
**flagging** 58:6 101:21
**flags** 58:6 92:6
    100:13,17
**flip** 49:7,15
**Florida** 12:24
**focus** 7:7 28:1 65:25
    82:20 86:24 137:1
    140:24 145:6,8

**focused** 26:12 46:1
    85:1 121:8 135:21
    137:7 149:21
    151:17
**focuses** 63:7
**follow** 14:14,15,19
    113:14
**followed** 43:11,13,13
**follows** 5:5
**force** 125:8
**forced** 119:19 132:14
**foreign** 7:11 75:22
    96:20 159:7
**foresee** 180:17
**forgot** 184:25
**form** 16:11,25 17:8
    19:3,12 20:15,23
    22:16 23:5 28:20,
    21 30:2 31:8,23
    32:10 34:6 35:20
    36:6 38:25 39:6,15
    41:3 42:11,20
    44:21 47:20 48:1,8,
    25 49:10,19 50:7
    51:9,17,20 52:9
    53:5,6,13 54:4,16
    55:4 61:3 64:1,10
    67:13 71:18 74:1
    77:6 78:1 79:7,24
    81:20 84:6 90:12,
    25 92:15 93:6 94:2,
    18 98:1 104:13
    105:6,7,25 106:25
    107:2,9 108:8,13
    111:10,25 112:9
    113:8 114:8 115:6,
    8,18,25 117:21,23
    118:21 121:3,14
    122:5,21 123:19
    124:2,24,25 125:22,
    23 126:11 127:8,10
    128:6,22 129:23
    130:10,12,24 131:5,
    13,22 132:5,21
    133:4,15,22 134:5,
    19 135:18,19 137:3,
    5 138:3 141:19,21
    142:4,18 149:8,10
    150:1,12,21,22
    151:15 152:5,11

153:21 154:4,24
155:1 156:2 157:21,
23 158:14 159:23
160:16 161:4
162:10,24 163:9
164:1,11,17,22
165:4,15 166:14
167:2,4,21 168:3,
23 169:15 170:9
171:10 172:22
173:10,16 175:2,10
177:8 179:21 181:5
182:15,16 183:2
186:16,17 187:17
189:5
**format** 149:25 150:11,
20 151:14
**forms** 29:11
**forth** 58:4
**forum** 32:9
**forward** 86:12 151:2
180:23
**foster** 32:8,16
**found** 54:8 59:13
144:7,8
**four** 108:15,16
**frame** 80:11
**framed** 17:10
**framework** 94:23
**framing** 167:6
**frankly** 185:7
**free** 83:10
**freedom** 32:14
**friend** 14:15 33:7
**friending** 40:15
**friends** 14:19 21:1
33:6 40:10,16,20
114:24
**from** 4:15 5:10 13:10
14:10,13 15:12
21:4 22:15 23:7
24:1 36:8 37:25
40:12,14 41:18
46:6 46:6 47:11,12
50:23 52:22 57:25
65:22 72:18 78:4
79:13 85:9,19
86:14 92:10 93:24
93:24 94:14,25
95:16 99:1,15,16,

18 103:1 107:20
114:25 115:17
116:8 117:4,5,8,18
118:20,23 124:11
129:3 137:9,15,16
141:8,14 142:14
154:18 156:6
160:24 166:4
168:21 169:14
178:5,21 182:3
185:5 190:11,19
**front** 7:20 9:22 41:6,
8 81:8 90:15
110:16
**fulfill** 147:11
**full** 27:23
**fully** 39:8 128:9
189:7 189:7
**fundamental** 125:17
132:12 134:7
**funds** 9:13 129:2
**further** 40:22 62:3
96:23 101:4 174:16
186:3,23 190:17,18
192:9
**future** 26:22,23 86:7
180:17

---

### G

**gain** 175:20
**gained** 42:1
**game** 156:14,15
**gamed** 162:17
**gashes** 140:1
**gather** 79:21 162:7
**gathering** 162:14
164:21
**gathers** 73:24
**gave** 12:8 27:19
41:17 89:8 118:18
136:1
**Gene** 4:15
**general** 112:14
**generally** 26:22
37:22 72:13,21
74:20 77:21 99:14,
15,16 109:19
111:21 112:5 120:4
**generates** 42:19

**generating** 42:10
**generic** 95:2
**genocide** 86:10
**gentleman** 41:23
**get** 5:8,18 15:12,19,
25 43:3 43:3 47:3
54:9 60:18 66:6,19,
21 77:24 78:3
80:15 80:15 89:13
120:2 126:1 144:12
145:7 159:10
189:21
**gets** 56:20 62:18
63:23 64:18 68:23
98:21 101:17 102:6
103:16 146:24
166:7
**getting** 44:2,20
47:11 47:11 87:1
95:6 133:12 145:18
148:11
**give** 14:20 32:12
33:1,4 34:20 41:6
48:5 59:8 63:12
69:3 77:22 91:5
99:3 101:22,23,25
106:9 110:7 123:21
149:5 154:6 155:6
**given** 12:7 15:6 39:5,
13 47:25 48:7 79:1
92:21 103:24
178:20 182:10
183:4 191:2
**gives** 40:21 69:22
101:4 122:15
174:13
**giving** 13:3 32:13
47:6,14 63:6 76:12
116:10
**global** 27:25 32:23
58:21 71:24 129:21
130:3 185:19
**globally** 40:21 40:21
60:5 143:20
**goal** 32:8
**goals** 142:15
**goes** 21:21 62:22
126:6 145:23
157:12 158:17,18
170:21

**going** 5:9 13:15 21:2 32:24 39:24 43:25 45:1 58:4 59:24 66:8 75:25 79:17 83:17 86:14,15 91:7 95:24 98:7 102:5,20 109:19 112:22 121:23 124:20,22 126:4 138:1 145:2 146:9 155:21 174:4 175:6, 16 181:7 182:5 183:8 185:19
**gone** 60:16
**Good** 4:2 5:15 70:21 142:2,10,16,23,24
**goods** 118:14
**got** 21:12,13 87:9
**govern** 44:6
**governance** 7:25
**government** 34:19 69:18 84:18 85:20, 24 88:25 89:3,4,10 96:6 130:6 165:12
**governments** 34:1,15, 16,18,24
**government's** 165:8
**granular** 80:16
**graphic** 91:18 139:8 140:3,11
**graphically** 138:22 139:1 140:16
**gray** 159:9
**great** 14:9 56:22 58:23
**ground** 85:9
**group** 29:24 30:9,14, 19 33:13 71:23 73:22,23 79:19 85:17 86:21 148:16, 19,23 178:24
**groups** 9:18 14:15,19 21:2 33:9 33:9,23 40:16 68:16 94:5 102:13 161:24 179:2,5
**group's** 48:14
**guardrails** 126:25
**guess** 26:12,21 35:25 36:8,10 43:2 45:25

55:22 68:17 69:4 97:4 109:13 114:9 138:13 138:13 143:6 158:16 169:2 182:17 185:5 186:21 187:2
**guidance** 184:3
**gunshots** 91:19
**Guy** 41:24 68:2 73:21 74:22

## H

**handle** 28:3
**handles** 103:23 178:6
**happen** 34:10,21,22 81:18 82:2 99:14 115:17 157:9 188:12
**happened** 82:4 83:24 84:21 85:15 140:4
**happening** 60:11 85:8 118:20
**happens** 62:20 63:20, 22 65:3 68:22 68:22 69:21 74:13 147:13,15 148:4 148:4
**harassing** 137:11
**harassment** 51:2 135:5 136:12,22 137:1,14,21 138:1
**hard** 22:5 26:21 74:2, 11,24 122:25 125:3 147:5 163:12 174:11
**harm** 27:4 50:25 85:3, 5 86:4,6,8 124:9 159:6 162:15
**harmful** 24:14 51:24, 25 72:10 73:6 75:6 159:8,13 161:15
**harming** 160:9
**has** 19:10 26:24 27:4, 9 29:1 30:5 31:12 32:20 34:12 38:20 39:4 41:1,25 43:21 55:1,2,24 56:1,2,2, 12 60:15 63:21 65:13,22 69:22

79:22 84:21 95:12 97:5 98:23 100:24 104:7 106:5 107:25 113:4 120:11 129:19 132:18 133:1,17 144:7,8,8 146:1 157:18 160:21,23 161:3 168:1 178:12
**hashtag** 29:15 31:4, 14,21
**hasn't** 65:14
**hate** 30:5,23 31:12 51:1 57:21 59:9,13 60:10 65:12 80:19, 21 99:7,9 123:12 174:15 174:15
**haven't** 12:16 19:25 26:13 29:4 157:25
**having** 5:3,4 33:19 60:20 87:2 129:20 138:19 160:14 161:8 162:5,7 163:6 175:5,20 187:5
**head** 10:1 28:7 41:22, 23 67:25 72:14 81:2 140:1
**heads** 146:18
**health** 7:9 89:7 92:12,22
**hear** 14:10 15:14
**heard** 23:7,23,25 94:3 97:16
**hearing** 67:5 85:19
**heavily** 59:9
**held** 4:10 10:11
**Hello** 70:7 187:4
**help** 114:12,15 117:25
**helpful** 87:11
**helping** 58:25 87:19 90:6
**helps** 148:23
**Here** 10:21 11:2 11:2 31:21 51:14 57:20 64:4 69:25 69:25 80:23 85:6 87:25 88:19,23 119:10 121:21 124:4 125:2

126:14 127:18
128:15 131:20
155:9 162:3 167:22
177:5 188:9 189:7
**hereby** 192:3
**herein** 192:5
**Hey** 59:22 140:11
**hide** 120:3
**high** 60:10 81:1
**highest** 7:7
**highlight** 54:7
**highly** 26:7 118:5
171:7,17
**hinge** 111:13
**histories** 35:10
**hit** 64:25 65:1
**hoc** 26:2
**Hold** 108:6
**holding** 170:5
**holds** 27:25
**holistic** 87:6
**home** 109:22
**hope** 142:9
**hopefully** 25:11 60:2
87:9
**hostile** 123:8
**hours** 99:23 111:4,8,
14,22 112:2,5,7,12,
15
**house** 17:25
**huge** 152:23
**human** 18:9 19:1
32:15 40:7 58:20
59:5,6,25 60:1,8,
20 61:14 62:3,22
63:1,13,17,22,23
64:5,23 68:11
73:14 86:21 90:16,
24 91:2 92:1
126:19 145:23
179:1
**humans** 18:11 18:11,
12,20 66:23 67:1,2,
4,9 109:19 114:6
**hundred** 56:10,11
**hung** 114:10 116:25
**Hypothetically**
77:15,19

**I**

**I'd** 45:14 107:3
**idea** 63:11
**ideas** 41:17
**identifiable** 103:13
**identification**
13:19 83:21 105:16
112:21
**identified** 56:10
57:24 128:3 150:6
**identify** 40:8 55:12,
16 57:22 187:20
**identifying** 90:18
**ideologies** 138:9
**ideology** 138:6,8
**I'll** 40:6 59:8 93:13
148:13 149:17
158:23 166:17
**illegal** 186:20
**illegitimate** 38:23
40:2
**I'm** 4:17 5:24 9:5
10:20 11:2,16
13:15 17:1,24
27:14,17 28:23
29:13 33:7 34:18
36:13 36:13,15
39:16,24 41:6,19
43:2,6,13 44:22
45:1 46:8,21 47:2
56:24 57:11 59:23,
24 64:2,4 67:5,8
70:14,21 73:5
76:19,22,23 79:14
83:17 92:25 93:7
95:20,23 98:19
101:21 102:4
104:14 108:18
114:10 117:10
121:23,25 125:25
129:17 130:17,18,
25,25 133:5,12,17
135:21 136:12,15
137:6 138:11,13
142:12 144:10,11
146:9,11 150:24
151:17 164:13,18,
23 165:9 166:18
168:5 170:20
171:25 172:10

173:2 177:18
179:10,12,25
180:10 182:5 189:7
190:15
**image** 102:24 141:15
**images** 69:10,17
91:23 91:23 101:22
102:20 123:11
**imagine** 14:18 33:15
44:13 80:15 91:6
94:22 143:11
147:19
**immediately** 84:11
**immense** 174:20
**imminent** 124:9
**impact** 89:13 120:23
142:10
**impacted** 168:1
**impacts** 68:21 109:16
111:17 119:3 177:1
**implemented** 61:1
84:13
**implying** 138:16
**important** 32:14
34:11 60:23 97:11
119:1 143:7 147:8
153:16 160:2
185:11 186:1,22
**impossibility** 180:9,
10,11
**impossible** 125:7
163:8,13 179:19,22,
24 180:2 181:3,15
182:2
**inappropriately**
147:14
**inauthentic** 52:22
96:13,16,20 102:12
**incident** 84:13,21
**incite** 96:11 96:11
97:14 127:18
**incitement** 50:24
103:10 128:16
**incites** 126:17
**inciting** 127:22
128:19
**include** 72:14,15
99:10 118:2 127:17
153:11 170:3
174:18

included 13:9
includes 7:8 103:9
  185:13 187:14
including 8:25 16:1,
  2 19:16 24:1 38:17
  38:17,18 69:8 85:9
  96:4 106:14 107:25
  111:16 116:21
  128:14 136:1 151:5
  157:14 158:10
  190:14
inconsequential
  145:2
incorporated 127:21
  169:21
incorrect 41:5 70:13
  146:25
increase 16:10,16,23
  17:21
increased 63:16
  65:22
increases 93:3
increasing 157:14
incredible 176:16
independence 144:19
independent 145:7
  148:1
indicate 17:3 90:19
  152:2 172:19
indicating 95:16
indication 152:9
indications 85:12
indirect 9:16 119:6
individual 14:17
  21:1 38:7 140:8
  158:22 185:14
  188:10,13,17
individuals 33:6,20,
  22 37:16 43:3,4
  47:9 50:25 63:9
  85:2 148:16
industry 9:18
inflection 25:15
influence 75:23
  95:23,25 96:7,14,
  21 141:18,23 142:2,
  16
inform 26:23 47:13
  65:19 91:21 114:12
  118:25 168:8,9

169:4 173:1
information 36:10
  37:1,20 41:20 77:4,
  24 78:21 80:20
  92:7 103:13 109:24
  135:6 147:1 148:8
  149:5,24 151:3,6,
  12,13,18,19,20,23
  152:3,9,10 153:11
  154:3,6,21 155:6,
  15,18 156:5 158:13
  159:2 161:9,11
  163:7 163:7,17
  164:9 171:9,14,15,
  19,22 172:1,8,10
  185:8
informational 95:12
informed 40:7 59:5
  145:21 154:7,16,22
  155:3,10,15 166:23
  168:20 169:4,12,20,
  22,25
infrastructure
  126:24
infringed 153:2
inherent 13:9
in-house 11:12,14,17,
  20,22,24 12:3 13:3
  179:9
initial 11:10 70:17
input 12:8 47:6,24
  48:6 178:5
inputted 69:24 69:24
  175:20
in-queuing 147:23
inserted 176:24
Instagram 21:12
instances 69:18
  120:5 171:2 186:11
instantaneous 82:5
  99:20
instead 63:6
instructed 146:22
Integrity 4:16,18
  41:21,23 67:24,25
  68:1,6,12 71:24
  72:18 73:21 74:9
  76:9 78:20 80:10
  148:17 178:24,25
intellectual 51:3

intelligence 53:24
  61:19 90:6
intended 161:24
intent 24:6 94:21
  140:6
intention 95:2
intentions 25:12
interact 16:8
interactions 14:12
  142:22
interchangeably
  46:22
interest 14:20
  139:11,12 140:17,
  19,20 141:13
interested 14:13
  19:2,9 20:13
  192:12
interests 33:11
interface 28:6
interference 7:11
  75:22 159:7
interfering 93:19
interim 147:24
internal 68:5 70:23
  71:12
international
  131:19 132:3,17,25
  133:14,16 143:22
  147:9 165:13
internet 8:18
interpret 107:15
interstitial 139:16
intervention 63:22
  64:6
into 7:15 18:15 20:2
  26:17 33:19 34:17
  35:9 62:22,24 66:8,
  13 86:20 87:4,5
  101:7 124:1,16,22
  125:5,9 126:6
  145:24 157:12,20
  159:11 176:11,24
  177:7,16 185:19
introduce 4:20
invest 26:16 125:14
  145:3 176:18
invested 176:11,14
  178:16
investigating

145:14
**investigation** 40:22
**investment** 28:23
   77:8 156:24 157:1
   174:5,24 175:7,8
   176:16 178:14,19
**investments** 132:8
   157:6 160:7 162:14
   176:3 178:20 180:7
   181:18
**involved** 8:3,9 27:12,
   17 67:9 87:12
   139:20
**involvement** 19:1
**isn't** 113:20
**issue** 25:10 62:20
   74:16 84:22 97:3
   135:17 145:6
**issues** 7:7,12 8:18,
   23,24,25 21:8
   50:23 52:20 61:15
   63:24 71:15 72:21
   75:16,19 103:19
   103:19,20 131:16
   131:16 148:15
   157:7 175:23
   176:23 177:12
   179:12 182:8
**item** 77:13 157:11
   157:11
**items** 77:8
**iterative** 88:1
**It's** 6:14 14:9 14:9
   17:9,10,11,16
   18:16,19 19:14
   19:14 20:4,10,20
   21:14 23:8 24:7,14
   26:21 27:24 30:13
   33:3,17 36:14
   37:14,18,21 38:19
   40:18,25 45:24
   55:23,25 56:4,22
   57:2,16 58:7,13
   59:21,24 60:23
   63:22 64:9,25 67:7,
   24 68:9 69:1 70:6
   74:2,5,11,16,24
   76:14,15,23 78:19
   81:7 82:7 88:19
   91:22 95:2,8 101:3,

19 104:12 105:1
106:1,18 108:11
109:9,13,15 112:10
115:11 116:18
117:8,11 119:1
122:6,25 124:20
125:3 127:17
128:10 129:24
134:20 139:6
140:17,18 142:11
143:6,8,20 145:1
145:1,13,22 146:12
147:3,5,8 148:15
149:11 151:16
155:14 158:16
163:12 165:25
174:11 178:18
178:18 180:1,8,10
181:8 184:12,25
185:11,16 187:15
188:16,21
**its** 7:18 29:24 36:12
   39:5,13 42:3 43:23
   45:10 48:18,19
   58:20,21 72:10,11
   73:6 89:16 95:17
   97:13,14 111:7
   113:6 114:2,5,6
   122:20 128:21
   132:19 133:2 139:2
   151:3 158:10
   163:23 166:19,24
   172:20 186:12
**itself** 70:5 99:11
   136:4 141:17 142:1
**I've** 21:13 22:5 23:7
   24:21 33:21 104:24
   134:14 162:12
   183:4

---

## J

**jeopardize** 52:24
   156:19
**job** 7:2 124:11
   179:13
**Joe** 100:17,18,19
**John** 37:3 37:3
**join** 14:16 29:22
**joined** 5:21

**Jordans** 21:13 118:12
**journalists** 85:10
**July** 192:21
**jumps** 156:11
**June** 94:12
**just** 5:17 6:10 8:17
   9:8 10:24 11:24
   13:9,25 15:2,10,11
   17:9,11 18:14,16
   20:10 21:9 25:14
   36:4,10 38:5,9,13
   43:25 45:2 49:12
   54:6,24 56:20
   57:16 58:8,17 60:3,
   9,9 67:6 68:3,6
   70:19 71:1 74:13
   75:5 77:17 80:24
   81:7 82:15,21
   86:17 87:14 89:21
   90:3 92:8 100:1
   102:15 104:16
   104:16,20 105:5,23
   110:5 111:21 117:5,
   14 121:9,23 134:17
   137:22 138:7 140:8
   142:14 147:3 150:5
   154:10,11 156:24
   163:4 164:6 165:9
   169:5 176:23 181:3
   183:18 189:23

---

## K

**keep** 36:23 57:4,8
   100:15 189:2,10
   190:2
**keeping** 144:11
**keeps** 188:19
**Ken** 4:6 5:16
**kill** 60:13 91:13
**kind** 13:9 16:20 21:9
   29:15 35:2 36:14,
   19 37:17 39:9 40:7
   44:14,15 45:1 57:7
   58:17 60:3 61:19
   65:17 69:13 74:2,
   24 77:8 80:4 83:13
   84:20 88:3,8,20
   97:17 118:14 130:2
   140:23 142:11

179:16 184:24
185:24 189:12
**Kirkland** 4:11
**Knicks** 56:24 144:24
**know** 9:6,13,17,18
10:6 14:21 15:20
16:3,21 18:1 23:9
25:21,22,23 27:14,
15,16 29:9,14 30:1
31:5 32:22 33:18
40:14,20 41:20
43:11,12 46:8 50:9,
11 60:16 63:8
64:25 65:8 67:8,11,
16 68:21 70:3,18,
20,22 71:10,11,15,
21 72:4 74:13
75:25 76:17,20,24
77:2,3,9,22 81:5
81:5,6 82:18 84:9
85:18 89:6 91:3,11,
12 92:9 96:19
98:18 102:22 104:6
105:4 106:12
108:21 118:12,14,
19 119:11,24 120:7
121:9,24 122:12
124:3 126:13
127:20,25 129:15
130:19 131:9,10,12,
23 134:6 140:24
142:10 144:6,10,24
145:13 148:22
149:1,20 153:1
155:2,5,19 156:25
157:1 161:23 165:5,
9,14,16,18 172:9,
10 173:3,4,17
174:13 179:9,11
181:14 184:20
188:1,2,13,24
189:17 189:17,20,
22
**Knowing** 86:8,10
174:9 178:11
**knowledge** 8:18 9:15,
16 13:10 22:3 23:2
29:10 30:8 37:19
79:3,20 83:14,16
98:3 124:19 162:2

182:13,19
**known** 25:25 29:15
35:23 36:23,24
37:24 69:9,10,25
91:10 143:23 187:1
**knows** 158:7 182:18

---

### L

**label** 59:6 66:13
83:17 95:1,2,7
139:15 139:15
140:10 144:5,6
148:3
**labeling** 18:14 66:22,
23 87:4 148:7
**labels** 94:13,15
95:12
**lacking** 65:10
**Laden** 37:7,8 38:2,9
**lag** 110:2
**laid** 108:11 111:16
**language** 105:13
**large** 22:7 34:4
139:21
**last** 24:23 25:18
29:5 143:2
**later** 107:13,23
**latest** 41:8 57:7
**latter** 87:18
**law** 6:23,25 49:4,8,
16 60:22 122:20
125:4 129:20,25
130:21 132:7,13
133:14 138:13
155:4 163:20
174:10 174:10,17
184:10 185:1,9
**laws** 130:8,18,18,19
131:3,8,10,19
132:3,7,9,17 133:1,
3,7 164:1
**lawsuit** 5:17 12:1
**lawyer** 70:18 164:24
**lead** 124:8
**leaders** 179:4
**learning** 18:13 59:22
66:14,21
**least** 10:7 66:6
161:16 184:13

**leave** 28:4 83:9
162:19 163:5
**leaving** 30:22
**led** 29:18
**Legal** 4:16,19 50:10
69:16 174:19
186:19
**legitimate** 38:23
39:2 40:1
**less** 63:5 99:23
**let** 48:24 54:20 61:9
70:19 72:3 82:17
98:18 105:8 115:21
121:9 122:12
129:15 149:1
165:18 184:20
**Let's** 5:17 9:21
13:11 20:7,9 21:19
32:2 43:17 44:25
45:6 53:16 55:11
58:16 60:7 65:11
68:4 72:3 77:15
81:25 98:15 135:14
137:20 150:16
159:16 159:16
163:3 171:4 183:6
**level** 15:13 59:10
80:24 145:5 158:24
161:13 162:3 185:8
187:9
**levels** 70:2,3
**Levine** 28:9
**lexicons** 60:5
**lie** 143:15
**lifesavers** 33:23
**Like** 8:10 10:3 20:21
21:15,17 27:20
31:1 33:11 33:11
34:3 36:1 37:16
38:1,4 40:24 47:18
51:1,2 52:18 52:18
59:9,23 60:14 63:6,
22 64:5,25 66:2
70:7 74:3 77:12
80:5 82:18,20
84:12 88:7 90:9
91:19 94:5 112:7,
11 113:12 116:11
119:15,25 127:24
129:18 141:8

142:15 145:6
151:22 154:5 156:5
159:9 163:11
166:17 181:25
187:5
**liked** 20:3 100:4
**likelihood** 61:25
**likely** 14:24 20:21
38:19 72:1 74:15,
22,23 97:23 118:1,
5 146:1 159:11
**likes** 15:9 19:11
**likewise** 14:20
118:16 148:1
**limited** 146:20
**line** 16:20 77:7,12
86:23 90:22 107:12
157:10,11
**lines** 185:1
**link** 21:9,10
**links** 36:21
**list** 37:15,16 93:14
114:24 151:6
**listed** 127:18
**lists** 31:2
**little** 5:17 17:11,15
32:25 40:18 54:21
74:11 142:1,11
170:23 172:3
**live** 91:16
**lived** 33:11
**lives** 45:10
**living** 88:5 97:6
97:6
**localization** 131:16
**located** 4:11
**lodge** 23:14
**logical** 161:15
**long** 5:19 35:3 57:9
87:22
**longer** 106:14 111:18
147:19
**look** 9:22 16:5 47:18,
25 48:7 52:17,18,
19 54:21 82:17
98:22 105:2 109:10
111:2 141:12
145:22 150:24
154:10 183:22
186:7 187:5

**looked** 147:16
**looking** 19:9 47:12
86:25 136:24
149:18 170:20
184:10 186:24
**looks** 7:13,14,15
10:3 21:15 59:22
61:22 82:18 84:12
129:18 151:22
**loose** 8:15
**Loosely** 8:14
**lot** 8:23 13:9 18:12
26:16 29:12 29:12
40:7,16 41:5,7
43:11,12 46:9
47:10 66:22 67:3,5
85:7 126:5 145:2
**love** 144:21
**Lower** 70:5

---

## M

**machine** 18:13 59:21
66:14 66:14,21
**macro** 157:12
**made** 11:3 18:8 19:25
27:11 40:2 41:1
83:4 87:16 88:14
109:15 113:5 160:7
180:8 189:13
**main** 28:1,5 106:8
121:7 122:9
**maintain** 49:9,11,17
**majority** 21:3 34:4
69:20 102:2 157:16
**make** 40:23 43:6
48:16 51:23 52:21
56:4 58:10 59:11
60:6 62:2 68:19
69:11 70:5 74:12
86:12 87:19 89:11
97:17 108:24
113:17 116:7,12
118:15 119:5,7,19
123:3 126:1 128:21
132:7 136:10
143:14 144:1
145:15 147:23
154:6,16,22 155:7,
15 161:3 163:7

166:23 168:20
169:12
**makes** 60:24 65:1
88:18 114:14
176:16
**making** 18:20 21:14
62:4 62:4,5 83:1,4
113:21 114:6 148:9
154:3 170:23
**manage** 39:23 40:1
**management** 27:25
151:4 151:4
**manager** 182:18
**manipulating** 95:23
96:1
**manner** 177:11 178:5
**manual** 63:22
**many** 8:16 12:11,24
19:15 25:13 32:18
37:14 39:4,8,9,22
43:13 59:5 66:5
86:21 88:4 104:6
109:22,23 139:6
156:12 187:15
190:3,11
**mark** 13:16 105:13
111:15
**marked** 13:19 83:21
105:16 112:21
**market** 86:24
**marketing** 26:7
**markets** 33:4
**Marking** 112:16
**Marne** 28:9
**M-a-r-n-e** 28:12
**massive** 127:1 127:1
**material** 35:11
118:13
**math** 157:18,25,25
188:14
**matter** 4:5 7:6 7:6
9:2 72:13 73:11
85:25
**matters** 162:3
**may** 14:19 21:10
26:10 33:7 40:22
43:12,13,14 46:11
47:3 50:9 54:8
55:12 59:6,10,12,
14,18,23 63:2,5

66:11 69:11 70:5
71:1,5 72:14,15,17
73:10,17 75:24
80:18,20 82:15
85:21,22 88:9,25
90:13,20 91:4,10
94:24 95:21 99:12
100:9,19,19 101:14
102:11,14,21
103:18,20 104:3,8
106:13,15 107:4,14
108:20 108:20,25
109:2 109:2 111:18
114:10 116:13
118:2,9 122:9
133:18 139:9,12,20,
24 140:2,13 141:15
143:16 147:17,24
148:2 156:4 159:4
161:19 162:15,25
164:2 168:9 171:2
172:1 174:16,18
176:3 180:12
182:18 185:20
**maybe** 5:20 17:10
20:25 34:12 39:18
42:12 46:22 47:9
52:24 56:6 56:6,22
63:8 65:12 69:4
70:1 79:19 87:18
115:13 125:6
137:19 139:8
140:12 141:25
142:15 144:23
155:9 159:9,16
166:17 169:8,20
182:3
**McCARRICK** 5:8 13:14
16:11,18 20:23
22:16 28:21 30:2
31:8 34:6 38:25
39:15 44:21 48:25
49:10,19 51:9,17,
20 52:9 53:5,13
54:4,16 55:4 61:2
63:25 64:10 77:25
79:23 81:19 83:8,
11 84:5 92:14,23
93:5,11,16 105:7,
24 107:1 108:6,13

111:9 112:8 115:7,
19 117:22 124:25
125:23 127:9
130:11 135:19
137:4 141:20 149:9
150:22 154:25
157:22 167:3 170:9
182:16 183:18
186:2,16 189:4
190:18,23
**mean** 12:13 14:24
27:15 27:15 39:2
42:25 46:19 55:9
57:1 64:12 67:20
69:4 70:15 72:25
96:2 106:3 119:13
124:5 125:19 126:9
146:10 159:25
169:23 170:4
177:19
**Meaning** 45:18 136:14
165:7 189:11
**meaningful** 14:8,11
51:23 142:7,21,22
180:23 182:8
**means** 33:1 45:15
54:25 55:7 57:24
116:18 122:23
123:1 124:4 138:12,
14 155:10 156:1
161:12,18 163:18
169:24 187:7 188:8
189:8
**meant** 44:4 52:6
70:13 96:10 139:14
141:4,6 147:4
**measurably** 157:15
**measure** 146:21,22
**measures** 20:5 96:24
157:5
**mechanisms** 146:3
**media** 37:10 93:24
94:4,15,17,19,20,
22,24 95:7,15 96:7
98:8,13 107:12,18,
20,23 122:8 132:13
143:20 148:6 151:2
162:1 169:19 183:9,
14
**meet** 87:7 88:5 108:4,

11 109:3 111:15
143:24 145:15
170:4 177:3
**member** 8:6 9:6
**members** 8:17 22:6
29:24 30:8 72:15
74:19 79:6 179:11
**membership** 8:3,5,12
9:4,19
**mental** 92:12,21
**mentioned** 12:22
24:22 31:5 36:18
59:1 62:13 73:21
81:6 84:24 85:7
88:2 101:11 125:11
138:5 140:15
143:12 181:10
**mentions** 41:9 138:22
**met** 110:3
**metrics** 17:3,23
**might** 7:23 20:22
27:21 29:1 68:5
147:20 162:4,19
163:5 182:11
**military** 82:3 83:24
84:17 85:13
**military-led** 85:24
**mill** 112:1
**millions** 39:13
**mind** 81:7 156:11
158:18 161:16
**mine** 43:15
**minute** 53:16 189:12
**minutes** 155:22
**misinformation**
93:25 94:7 95:17
124:8 131:15
143:17 147:6
**misread** 107:14
**missing** 17:15 144:3
**mission** 32:11 33:3
**misspoke** 149:20
**misstatements**
143:14
**mixed** 148:11
**mobile** 33:16
**model** 117:25 118:10
148:8
**modeling** 118:4
**moderate** 19:16 48:23

49:12 51:10 84:25
123:15 127:6 128:5,
13 132:14 156:12
160:8,18 180:6
**moderated** 126:10
**moderates** 114:2
124:22 125:21
151:8
**moderating** 49:18
114:6
**moderation** 19:21
21:6 45:10,14,15,
16,18,25 49:21
71:16 84:14 124:13
138:15,19 156:20
161:18 164:10,13
167:11 182:14
**moderator** 70:13
**moderators** 68:12
86:21 109:22
**modifications** 126:8
**modifies** 105:22
**modify** 126:5 132:19
133:2,13
**moment** 31:5 95:3
117:18 146:13
174:1
**monetize** 45:22
**money** 128:21 157:19
**Monica** 182:21,23
**monitor** 92:2
**month** 77:23
**month-long** 88:20
**months** 12:21,22,24
182:6
**Moore** 4:18 192:2
**morality** 145:6
**more** 14:16,24 16:6,8
17:20 19:14 32:25
43:12,14 46:1,23
48:2 51:2,7 52:1,8
53:11,24 54:21,22
63:10 80:17 97:14,
23 104:16 113:23
126:13 132:22
141:14 144:22,23
145:5 159:2,11,13
161:15 163:1
170:17,19 175:8,20
176:5 180:4 182:11,

19,19 184:3 186:15
189:16
**Moreover** 184:1
**morning** 4:2 5:15
**most** 19:2,9 33:8
74:15 101:25
106:19 119:9
120:12
**mostly** 70:18 129:19
**move** 69:12 93:11
**moved** 57:21
**moving** 91:24
**much** 30:23 44:4 55:2
57:13 96:4 125:15
126:12 145:5 154:6
157:18 174:16
176:5,10,17 183:16
**multiple** 12:16 123:2
**mumbling** 144:10
**must** 97:3 145:10
154:15 166:12,22
169:20
**Myanmar** 75:21 82:1,3
84:8,13,21 85:10,
11,12,14 86:9,25
87:13,23 88:7
**myriad** 31:1
**myself** 59:15 67:8
70:16 141:23

                    **N**

**name** 4:15 5:15 10:24
28:10 30:14 35:18,
22,22,23,24 37:4
38:2,10,14,14,17
41:17,24 67:23
77:16 148:22
182:20
**named** 38:9
**names** 37:25 182:10,
17 183:4
**nation** 135:8
**natural** 176:23
**nature** 36:2 76:8
77:9 131:17 140:2
180:3
**natures** 91:20
**nearly** 125:15
**necessarily** 15:2

37:15 53:1 58:9
80:14 106:18 173:3
178:8
**necessary** 136:10
157:3
**need** 16:12 35:17,22
47:7 70:19 105:1
147:10 177:3
188:14
**needed** 157:3 162:14
**needs** 36:11 47:13
61:1,13 62:9 65:11
88:5,6 152:3,10
**negative** 135:6
**negatives** 126:1
**Neil** 4:3 64:24 177:6
191:2
**NetChoice** 4:5 8:4,7,
13,19 9:8,14,19
**network** 102:12,18
143:19,22 147:10
**networks** 96:17
**never** 29:3 79:3
**new** 65:13 66:2,3,3
68:7 79:18,19,19,
22 87:23 101:9,10,
11,11 178:13
**news** 19:15 68:15
73:9 97:17 114:12,
13,15,16,18 115:24
118:25 119:2,4,8
140:9 158:21
185:12 188:11,22
**next** 21:21 24:12
26:8 27:8,20 32:24
78:10,14,17 95:11
117:4,8 168:14
**nice** 20:10
**nine** 55:1
**non** 172:24
**nonexistent** 125:3
**nor** 106:19 176:14
192:10 192:10,11
**normal** 92:8
**note** 109:15 147:8
**noted** 106:16
**Nothing** 35:3 56:12
113:4,25 118:22
190:17,18,21
**notice** 10:18 99:1,8

100:25 101:1,4
102:5
notices 102:7
notification 99:13
108:19
notifications 171:2
notified 98:23
notify 108:18
November 4:13 32:23
99:8
Now 26:10 31:3 39:24
46:21 55:19 58:24
60:16 64:15 65:21
78:7 84:21 85:23
86:12,19,19 89:2
94:25 96:15 105:2
110:16 122:1
124:15 130:22
134:15 138:13,19
139:2 144:21 154:3
157:15 161:14,17
180:12 182:3
185:10
nuances 89:12
nudity 69:9 103:11
number 7:5 9:18,25
12:17 15:17,19
16:1 19:19 22:5,9
24:21,25 35:25
38:4,16 41:10
56:19 57:5 57:5,15,
18,20 59:20 60:7
65:20,22 69:8 70:7,
22 71:22 76:3 77:5,
21 96:9 97:8 104:9,
18 109:8 111:15
150:16 151:24
157:11,12 159:1
175:15 177:2 185:4,
5 186:11 187:24
188:5
numbering 10:7
numbers 23:13 32:22,
23 54:6,18,24
57:10,18 70:25
71:3,5,14 76:3,6,
13,18 78:3,5,14
79:21 80:1,3
176:13 181:20
187:14,18 188:19

189:3,10,18,21,22
190:2
nutshell 20:24 30:24

O

Object 20:15 30:2
39:15 49:19 61:2
63:25 64:10 74:1
77:25 79:23 81:19
84:5 90:12,13,25
92:14 93:5 104:13
105:6,24 107:1,9
108:8 111:9 112:8
113:8 114:8 115:7
117:21,22 122:5
123:19 124:2 127:8,
9 128:22 129:23
130:10,11,24 131:5,
13,22 132:5,21
133:4,8,15,22
134:5 137:3,4
138:3 141:19,20
142:4,18 149:9
154:24,25 157:21,
22 164:1,11,17,22
165:4,15 167:2,3
175:2,10 177:8
189:4,14
objection 5:10,12
16:11,18,25 17:8
19:3,12 20:23
22:16 23:5 28:20,
21 31:8,23 32:10
34:6 35:20 36:6
38:25 39:6 41:3
42:11,20 44:21
47:20 48:1,8,25
49:10 50:7 51:9,17,
20 52:9 53:5,6,13
54:4,16 55:4 67:13
71:18 77:6 79:7
92:23,24 94:2,18
98:1 105:7 106:25
108:13 111:25
115:6,18,19,25
118:21 121:3,14
122:21 124:24,25
125:22,23 126:11
128:6 134:19

135:18,19 149:8
150:1,12,21,22
151:15 152:5,11
153:21 154:4 156:2
158:14 159:23
160:16 161:4
162:10,24 163:9
166:14 167:21
168:3,23 169:15
170:9 171:10
172:22 173:10,16
179:21 181:5
182:15,16 183:2
186:16,17 187:17
objectionable 26:9,
10 44:9 51:1 139:9
objective 141:7
objectives 168:11
obligations 69:15
163:24
obstacles 36:3,7,7
obviously 26:16
32:23 50:16 145:8
185:18
occasion 25:4
occasions 22:9 25:6
60:22 99:10,12
occur 85:14 159:14
occurred 186:12
occurs 64:21,22
146:15
October 93:9,18
off 6:4 10:1,7,11
69:23 98:8 116:7
119:5 136:15 144:4
155:18 159:12
160:21 161:20
161:20 162:1
163:15 183:8
190:25
offense 38:21
offenses 44:9
offhand 50:11 71:2
120:7 158:7
officer 28:8 158:6
offices 26:7
often 8:2 57:3
135:11 139:3
144:23
once 37:14,18 41:25

111:2 146:5,12,18
**one** 5:9 6:14 15:8
16:4 17:18 19:22
24:24,25 25:8 25:8,
22 26:18 29:21
32:3 33:7 34:8,25
35:5 37:23 40:13
46:7 48:2,14 50:1
52:10,15 54:6 59:8
62:8 64:20 72:5
74:5,14,19 75:4
76:21 76:21 77:11
79:4 88:3 89:23
90:3 95:8 100:6
106:8 109:11 110:9
113:23 119:15
120:22 121:17
126:8 128:17
132:22 134:22
137:10,22,23 138:8
139:22 140:15,19,
20 142:15 144:25
146:21 148:19
150:16 151:24
156:11 158:17
161:8 163:1,12
183:18 185:17
188:21 189:14
**onerous** 185:20
**ones** 36:4 177:14
178:1
**one's** 158:21
**only** 50:6 54:25
55:25 55:25 59:3
74:25 155:24
180:20
**open** 32:9 37:22 52:8
83:9
**operate** 178:9 185:9
**operated** 180:15
**operates** 34:3
**operation** 75:23
**operational** 71:23
**operations** 27:24
65:25 68:11 71:24
74:10 76:8 78:21
80:10 95:23 96:1,
14 148:18 179:1
**operative** 96:20
111:12

**opinion** 97:22 122:18
146:24,25 147:3,5,
6,14,22 148:10
174:19
**opinions** 148:20
**oppose** 96:12
**opposed** 51:18 179:20
**ops** 28:23
**opt** 101:7
**option** 100:20,22
101:1,4,15,17
144:17
**options** 120:2,4
**order** 121:22 132:20
133:3 174:7 176:12,
19 178:3,22
**org** 81:8
**organization** 29:19
66:3 73:19 81:7
94:25
**organizations** 37:7
50:25 85:2 103:11
**oriented** 51:2
**Osama** 37:8 38:1,9
**Other** 7:12,22 11:14,
22 13:2 15:21,22
16:3 20:5,18,21
21:5,8 24:8 25:20
28:13 29:10 29:10
34:12 36:3,4,16
38:17 46:25 53:11
56:13 64:23 69:20
79:2,13 96:12,24
97:8 99:11 100:13,
21 102:2 103:14,16
114:1 118:13 121:6,
17 122:16 128:2,3,
11 130:6 131:3
133:18 139:22
153:6 156:8,10,21
157:6 159:13
160:13 161:25
163:22,24 164:7
178:21 185:16,24,
25 190:15
**others** 35:1 44:12
72:18 76:9 131:15
**otherwise** 33:10,16
**ourselves** 48:16
**out** 15:20 17:4 22:17

60:16 66:20 67:9
68:7 69:16 71:10
72:9 74:3,25 76:20
86:16 89:1,6 90:10
103:2 106:17
108:11 111:1,16
119:2 130:21 135:3
143:7 147:9 148:5
156:11 170:5
175:19 177:3
178:13 181:19,20
184:3 192:5
**outcome** 60:6 141:11
192:12
**outcomes** 60:19
**outright** 143:14
**outside** 23:15 25:15
45:21 47:16,23
48:5,14 85:20,21
92:8 128:7 130:18
145:24
**outward** 78:6
**over** 6:5 35:8 35:8,
15 66:21 70:17
82:17 88:20 106:17
109:20 126:18
140:10 180:19
181:18 184:10
189:16
**overall** 56:3 114:13
**overarching** 140:24
**overlap** 54:10 117:2
**oversee** 7:5
**oversees** 106:7
**oversight** 72:1
101:15,17 103:6,15,
19,22 104:2,7
106:15 108:25
109:2
**own** 10:9,10 47:13
62:13 67:12 73:11,
12 113:1 114:15
115:24 117:20
148:2 158:10
166:19
**owners** 72:19 73:18,
19
**owning** 73:20
**owns** 81:5,6

**P**

**p.m** 4:14 183:10,14
  191:1,4
**page** 13:12,21 16:9
  21:20,21 32:5
  113:1,6 117:4,6,7,
  8 120:15,16,16
  149:19 165:25
  184:13
**pages** 14:14,15 21:1
  43:3,4 114:24
  115:1
**pandemic** 88:24 88:24
  109:17 176:25
**Paragraph** 13:11,21,
  23 14:3 18:4 21:19
  29:5 32:2 43:17
  44:25 49:23 50:14
  53:17 58:17 72:3,8
  81:9,13,23 83:4,11,
  23 89:22 90:5
  98:15 104:4 105:5,
  23 111:1 112:22,25
  113:4,20,25 114:4,
  21 115:5,17 120:13,
  22 121:2,9,13
  122:11 129:13,18
  134:10 138:22
  139:14 143:2
  148:25 149:6
  150:10 152:14
  165:18,22 166:4,18,
  24 170:8,12 171:4
  173:25 174:5,22
  179:14 183:23
**paragraphs** 50:5
  114:1
**paramount** 52:15
**part** 19:13 20:16
  25:2 77:11 87:17
  90:17 121:12
  145:10 158:16
  179:13 179:13
**partially** 17:16
**participate** 9:17
**particular** 73:12
  122:4
**particularly** 106:13
  111:17

**particulars** 41:16,19
**parties** 33:24 192:10,
  11
**partly** 144:3 144:3
**partner** 143:19,25
**partners** 79:6
**partnerships** 28:1
**party** 123:5
**Pass** 183:17
**past** 19:10,11 20:13
  26:19,22,23 27:1,5,
  9 77:23 96:4
  110:22 161:24
**patterns** 40:9,10
**pause** 148:13
**Paxton** 4:6 5:17
**pen** 87:20
**Pennsylvania** 4:12
**people** 14:13,14,18,
  21 21:24 22:9 23:3,
  7,11 24:9 29:6,14
  31:21,25 32:12,14,
  18 33:1,4,9,11,16,
  19 35:10 36:16,20,
  23,23 37:6 40:15,
  16 43:7,12,12,14
  44:14 45:16 48:13
  51:22 52:3,21 57:3
  59:1,17 65:23,25
  66:13 72:20,21
  73:10 81:4 85:9
  86:24 88:22 90:19
  96:12 106:9 109:21,
  22 114:11 116:21
  124:5 125:13
  137:11,14 141:5
  142:6,19 143:13,16
  145:3,21 148:14
  154:6 156:14
  157:16 159:3
  161:14 175:16
  176:14 178:21
  182:11
**people's** 92:11,21
  188:22
**per** 36:22 188:12,13,
  16
**perceived** 26:13
**percent** 21:3 53:24
  54:22 55:13,16,25

  56:1,9,19 57:22
  58:2,12 70:1,4,7,8
  129:6,8,11
**percentage** 15:15
  54:2,14 57:16
  71:12,15 129:2
  188:5
**perform** 177:7,10
**performance** 160:1
**performing** 177:16
**perhaps** 40:19 43:11
  74:17 80:16 88:23
  121:22 128:16
  139:10,17,23 140:3,
  12 147:23 180:16
  185:19
**period** 99:22 110:1
**permit** 117:19
**permitted** 43:23
**persist** 161:22
**person** 23:12 34:8,9
  35:9 37:4 38:8,19
  40:19 48:14 60:15
  64:25 73:19 74:5,
  14,25 75:4,6 91:3
  130:4 158:4
**personal** 29:10 30:7
  124:19 133:10
  135:5 182:13
**Personally** 28:17
  177:9,10
**phone** 23:13 35:25
  36:1
**phrase** 151:12
**physical** 139:23
**physically** 21:25
**pick** 146:7 147:24
**picking** 144:20
**piece** 20:7,10 27:21
  57:8 61:12 65:3
  68:23 100:17
  119:15 119:15
  185:23 188:13,21
  189:13
**pieces** 16:3 54:25
  55:1,12,13,15,16
  56:8,10,11 57:21
  59:2 76:3 77:5
  104:12 137:20,24
  143:11 145:20

147:19
**pillars** 6:14
**place** 84:19,25 87:13
  96:15,24 140:9
  157:14 171:16
  192:4,5
**placed** 156:15
**places** 34:17 151:7
  158:9
**plaintiffs** 5:11 12:1
**plan** 82:8 182:4
**platform** 6:9 14:11
  22:10 25:15 26:18
  28:4 29:2 30:5,24
  31:12 32:16 36:12
  39:13 41:1 42:2,17
  44:20 45:11 47:4,
  12 51:11 52:22
  53:2,3 56:14 72:21
  74:18 75:15 85:19,
  20,22 86:15 88:12,
  22 95:18 100:16
  107:13,19,20,23
  122:9,20 123:14
  126:22 135:7
  137:15 139:2
  140:22,24 142:24
  143:9 144:1 151:2
  154:8,18,22 159:12
  160:22,24 163:5
  168:22 169:14
  172:14 173:9,22
  186:12 187:1
  188:10 190:11
**platform's** 107:20
  169:19
**platforms** 159:13
  162:1
**play** 17:4 90:17
**please** 4:20,25 72:5
  105:20 109:11
  121:18 150:3
**plenty** 114:1
**point** 20:25 25:15
  37:23 47:2 56:22
  59:1,18 64:6 85:16
  86:3 93:12 100:6
  103:3 105:21
  109:15 114:9 115:3,
  14,22 119:2 143:7

144:4,17 146:21
  148:3 149:15
  153:18,25 171:3
  174:4,7 175:8
  176:7,10,17,19
  177:22 182:20
  185:23
**pointed** 172:12
**points** 174:22 175:6
  177:5,14 178:23
  179:7
**policies** 7:25 19:20,
  22 20:10 25:8,9,9,
  12,13 26:13 35:23
  42:3 43:16,22 44:1,
  6 46:25 48:10
  49:21 50:14,19
  51:6,16 52:7,16,17
  57:2 58:21 59:4,14
  60:4,9 61:5 62:1
  63:4,5,9 65:16,18
  66:5,7 68:8,11
  75:15 80:19 81:14
  82:1 84:14,15,16
  86:1,5,13,19,20
  87:19,23 88:2,4
  94:6 96:16 99:9
  100:11 102:15
  108:2 116:14
  132:19 133:2,13
  134:23 136:12,22
  139:9,24,25 140:2
  141:4 161:14
  166:22 167:12
  168:4,12 169:1,6,
  19 170:2,15 184:1
**Policy** 5:25 6:4,6,10,
  11,13,15,20 7:4,15
  8:21 19:25 22:12
  47:13 48:10 56:22
  59:17 66:6,16
  69:25 71:25 72:15
  73:4 74:9 78:20
  80:21 99:7 100:19
  137:25 140:7
  148:17 166:9 167:7,
  19 168:7,15,19
  169:9,11 186:25
**policy-violating**
  107:22

**political** 97:3 123:5
  138:6 139:21
**politics** 96:19
**poor** 56:7
**pop** 119:23
**portfolio** 36:14,15
  74:15
**portion** 121:24 179:3
**position** 6:5 22:11
  25:2 46:9 123:24
  133:20 134:2,7
  136:3,15 137:10
  167:8 182:1
**positions** 123:7
**positive** 36:13 36:13
  52:2,3
**possibility** 163:11
**possible** 15:19
  163:12
**Possibly** 126:12
**post** 43:14 59:2
  61:24 70:7 74:19,
  20,23,25 78:12
  83:15,20 91:11
  99:6,11,11 112:20
  161:15 174:14
  187:5
**posted** 61:16,17 99:8
  100:3 102:24
  110:13,17,19
  143:12 187:10
**posting** 43:6,7 72:25
  99:16 154:1
**posts** 73:10 78:11
  87:15 95:12 109:25
  143:15 153:13
**potential** 61:23,24
  62:7 85:13 86:7
  87:7 87:7 90:11
  106:7 109:25
  144:22 148:20
  160:21,23 162:15
**potentially** 91:7
  92:6 107:22 123:7
  143:14 148:10
  160:8 175:17
  186:18,23,25 187:3
**Potts** 4:4 5:15 11:6
  64:24 177:6 183:15,
  22 186:3,7 190:20

191:2
**power** 14:22 32:12
    33:1,5
**Poynter** 143:22
    147:10
**Poynters** 143:24
**practical** 180:9,11
**practice** 62:13
    112:14 187:7 189:8
**practices** 43:22 44:2
    82:2 124:13 132:19
    133:2,13 151:5
**praise** 89:5
**praising** 89:10
**precedential** 103:20
**predator** 38:13
**Predicting** 175:19
**present** 27:4 78:6
    119:7,8 120:2,3
    162:8
**presented** 15:4 26:25
    100:20 101:1,19,20
    118:14 152:4,10
**president** 5:24 7:3
    8:21 22:12 25:3
    133:11 177:15
**press** 119:22
**pressed** 119:17
**pressing** 118:19,23
**pretty** 84:7 116:19
    179:25 180:10
**prevent** 37:25 86:14,
    15 124:11 137:15
**preventing** 86:5
**prevention** 90:7,23
    92:13,20
**prevents** 118:22
**previous** 86:8 109:16
**previously** 6:22
    65:14 122:2 146:2
**primarily** 16:5 45:12
    90:10,14 128:24
    131:12 160:6
**principles** 88:4
**prior** 12:24 179:2
**prioritization**
    188:12,18
**prioritize** 14:6
    45:20 158:19
**priority** 7:7

**privacy** 52:25 63:6,7,
    9 131:14 141:2
    164:23
**private** 96:6 109:24
**privately** 103:12
**proactively** 55:12,16
**proactivity** 57:23
**probably** 67:7 127:16
    143:8 145:3 182:5
**procedures** 172:13
    173:1,8,12,15,18,
    21,24 175:13
**Proceedings** 191:3
    192:4,5,7
**process** 67:10 78:22
    88:1 100:1,7 101:6
    102:25 105:5 110:1
    176:15,21,22,24
**processes** 59:25
    65:25 103:3
**produce** 157:3
**product** 68:17 73:17,
    18,18,20 132:7,8
    142:6,8,20 150:19
    178:8,11
**products** 68:17,21
    74:10 88:19 158:10,
    11
**professionals**
    178:25
**profile** 37:12 38:6,
    10
**profits** 95:16
**program** 92:20
**programmers** 66:17
    67:17
**prohibit** 51:18
    115:16 122:19
    123:25
**Prohibited** 116:2
**prohibits** 118:20
**promising** 111:6
**promote** 46:11 52:1
    52:1 97:15,19
**promotes** 151:8 158:9
**promoting** 171:16
**propaganda** 69:9
**property** 51:4
**proprietary** 156:5
    158:24 171:18,22,

24 172:1,8,10
**protect** 72:11 73:6
    93:19 95:22
**protest** 139:21
    139:21
**protocols** 65:20 66:1,
    7 136:11
**proud** 33:8 96:15
**prove** 24:6 29:20
    38:5 78:8
**provide** 33:25 34:2
    60:21 76:2 77:4
    79:15 90:4 106:22
    107:4 113:16
    149:24 150:18
    151:13,19 154:21
    160:20 164:8
    172:20 174:11
    186:10 187:9,14,18
    188:5
**provided** 37:2 99:1
    107:21 150:19
**providers** 35:11
**provides** 75:10
    100:25 106:24
    163:23 186:15
    187:25
**providing** 33:14
    153:18 155:14,17
**provision** 115:4,15,
    22 121:1,7,12
    133:17 165:21
    171:1
**provisions** 121:6
    169:2 181:2
**public** 22:7 25:9,10
    29:13 29:13 34:5
    79:6,13 96:2 97:9
    139:10,11 140:17,
    18,20 141:12,13,18,
    23 142:2,16 154:3
    171:12
**public-facing** 83:15
    153:13
**Publicly** 30:4 31:11
    170:16 184:2
**publish** 72:22 74:5
    79:16
**published** 84:3 94:12
    95:21

publishes 72:9 73:23
publishing 72:24
  73:7 166:19
pulled 166:4
purchase 154:17
  168:21 169:13
purchased 60:16
pure 102:3
purely 102:17
purports 60:12
  170:16,19 184:2
purposes 77:18 89:17
  134:23 136:7
pursuant 186:20
put 61:9 96:23
  106:17 115:21
puts 138:18
putting 20:8

**Q**

qualifies 135:15
  136:19,21
qualify 137:25
  142:23
quantify 185:22
quarter 78:11,14
quarterly 78:24 79:2,
  13,16 157:9
quarter's 78:10
queasy 140:13
question 14:9 17:2,7
  18:2 19:5 32:25
  42:13 53:4,7 54:10
  69:4 80:8,11 92:16
  105:19 108:7
  115:13 119:23
  123:18,21 134:1
  150:3,23 153:23
  155:21 158:5 163:1,
  4 166:15 169:8
  183:19 184:25
questions 182:12
  184:7 186:3
queue 62:23 145:24
  146:6,10,11,12
queued 144:16 145:18
  147:20
queues 63:13 145:19
quick 183:6,19

quickly 77:23 79:20
  81:17 82:1 84:8,10
  99:13,21 106:10
  183:23
quite 185:7 188:8
quote 166:4 170:7
quote/unquote
  156:13

**R**

racial 79:19
racist 122:16,19
  123:25 124:6,21
  125:20 126:9,15
radio 101:8 119:22
random 118:8,11
ranging 40:14 50:23
  65:21
rank 45:20 136:14
  188:9 188:9
ranked 20:12
ranking 13:23 14:4
  20:2 116:20 151:9
  158:18 185:13
rankings 16:9 18:4,8,
  10,17,18,25 19:8
ranks 46:10 97:15
  153:8
rate 66:12
rates 6:8
rating 147:12
Ray 21:13 118:7,8,19
reach 145:2
reaches 94:20
read 10:20 21:21
  32:3 53:16 57:12
  95:24 104:23 116:3,
  13 117:14 121:21
  122:12 129:21
  134:14 168:25
  170:24 184:19
reading 34:11 117:5,
  9 147:21 168:6
  169:18
reads 32:7
ready 72:4 81:11
  98:18,19 121:10,11
  134:12,15
real 35:22 40:3

60:14 183:23
realize 185:11
really 33:7 35:2
  64:2 88:16 96:12
  101:21 159:24
  162:3 163:10
  185:20 186:23
realm 180:18
reask 105:19
reason 66:12 70:19
  116:24 141:16
  170:7
reasonably 168:7,9
  169:4,20,22,24,25
reasons 30:4 31:6
  111:16 181:9
recall 12:17,25 31:2
  170:10 184:6,9
  185:3
recalled 170:25
receive 22:13,21
  88:10 99:7 116:8
  129:3 129:3
received 78:23 85:6
  89:6
receives 107:19
receiving 64:24
  68:20 87:1,2
recently 103:12
  104:17
Recess 98:10 183:11
recipients 68:18
reclaim 59:18,19
recognize 16:4 66:14
  97:10 140:7 141:3,
  11 143:8
recognizing 130:3
recommendations
  158:22
record 4:23 10:12
  98:8,12 183:9,13
  191:1 192:7
recorded 192:6
recount 59:15
recourse 98:22
refer 103:19,21
  143:5
referrals 108:24
referred 50:22
referring 6:19 39:18

50:16 69:13 80:12
81:21 121:2,13
150:24 170:18
171:21 185:2
**refers** 128:1
**reflect** 96:3
**reframe** 17:11 146:9
**regard** 8:13
**regarding** 92:11 93:9
130:22 130:22
151:3,6 154:17,22
164:9 168:20
169:13 179:7
**regardless** 15:13
42:9,18
**regards** 105:23 113:5,
21 172:2
**Registered** 192:2
**registry** 37:4,17
**regularly** 72:9
**regulate** 130:9 131:4
133:1,21 134:4
153:7
**regulation** 130:20
134:8
**regulations** 131:9,11
156:15 164:7
**reign** 89:3
**relate** 159:18
**related** 44:2 71:16
94:13 95:13 164:9
192:11
**relates** 165:3
**relating** 43:22
**relation** 164:16
**release** 78:6
**relevant** 14:8
**relied** 83:1 110:10
**relies** 58:19
**relieved** 183:16
**religion** 123:4
**religious** 138:6
**rely** 45:13 83:3 91:2
**relying** 109:20
**remember** 10:1
**removal** 46:2,6,7,7,8
53:10 100:8,10,25
107:20 185:17
186:11 187:20
190:9

**removals** 76:10
190:13,15
**remove** 19:23 41:10
45:19 53:25 55:10,
14 72:10 73:6 75:6
88:15 88:15,16
96:17 99:17,19
102:15,16 124:21
134:24 135:10,11,
15 136:11,14,22
137:12,14 139:17
141:8 147:24
187:21
**removed** 54:3,8,12,15,
23,25 55:1,24,25
56:2 56:2,4,8,11,
12,16,18,20 57:6,
19,24 58:8,13
65:11 76:4 77:1,5,
22 79:22 80:18
98:21,24 99:1,2,4,
5 100:24 101:12
102:6,8,11 103:1,7,
16 111:3,8,22
139:10 181:13
187:15,21 190:11
**removes** 37:12 136:19
**removing** 24:14 51:24,
25 52:20,21,22,24
55:19 88:12,13
102:21,22
**rep** 28:25
**repeat** 16:12 19:4
42:12 48:2 53:7
92:16 113:23
115:13 123:20
125:24 132:22
134:1 150:2 153:22
163:1 166:15
**repeated** 21:15
137:13
**rephrase** 27:6
**report** 38:19 41:9
57:17 62:14 64:15,
17 65:3,5 68:4
71:1,5 75:24 78:10,
14,17 80:13,24
95:22 115:1 153:19
154:1 157:4 162:22
184:17

**reporter** 4:18,25
192:2
**reporting** 29:13
62:10,19 69:15,18
75:5 86:11 91:4,25
94:4 163:23,24
164:15,20 165:2,6,
8 181:12
**reports** 29:14 33:21
53:25 55:17 78:7
80:14 87:1,2 91:3
94:10 153:11
154:20 157:9
**represent** 5:16 7:17,
23 38:6
**representing** 101:24
**request** 79:14 82:23
90:1 117:15 149:3
184:21
**requested** 79:12
151:20
**requesting** 103:14
151:18
**require** 60:10 149:4,
24 150:9,10 164:8
174:24 175:6,8
185:9 186:14
**required** 153:15,16
154:15 156:6
167:16 171:1,7,14
172:20 174:9,17
176:6 177:7,10
**requirement** 152:19
155:22 166:7
171:13 179:17
**requirements** 47:5,7
107:25 108:16
164:15,20,25 165:2,
7,8,23 174:23
**requires** 80:16
151:12,23 164:5
168:19 169:11
**requiring** 174:10
**resident** 97:5
**resolve** 75:25
**resolving** 72:20
**resource** 176:9
**resources** 26:17
156:25 157:1
174:25 175:7,9,12

176:1,5,11,14,18
178:15,19,21
**respond** 87:23
**Response** 6:20 81:14
82:2 84:12 89:1
**responses** 75:16
75:16
**responsible** 47:6
**rest** 109:1 132:12
**restrict** 51:18
**restricting** 51:7
52:7
**restriction** 53:10
**result** 62:19 63:16
92:12 122:20
124:22 133:14
162:20 163:5,6
**results** 172:14 173:9,
21
**retain** 92:5
**retains** 92:21
**retention** 27:13 92:8,
11 164:16 165:3
**revenue** 16:10,17,24
17:19,22 128:24
129:3
**review** 11:7 13:25
22:24 45:4 58:20
60:8 62:3,6 63:12,
14 82:16 87:2 92:1
101:10 103:6,22
106:4,5 108:1,17
109:17,19 111:7,19,
23 112:2 115:9
143:25 145:18
146:8,15,18,18,20
179:1 189:25
**reviewed** 136:25
147:15
**reviewer** 59:25 60:1
62:22 63:1 106:6
**reviewers** 59:5,6
60:20 63:14 126:19
**reviewing** 15:10
146:23 148:20
149:1
**revision** 65:18 68:8
**rewriting** 149:21
**right** 7:18,21 22:18
32:15 39:5 41:2

50:17 51:8 60:6
64:14,15 66:19
69:2 73:2 81:15
83:25 84:3 89:12
100:17 103:25
109:9 110:14,16
111:24 113:7 115:1
120:24 122:1
124:15,17 129:22
130:22 136:20
140:17 141:10
151:25 154:10
161:3 165:23,24,24
168:16 173:15,22
175:1 177:24
178:17 187:16
**rights** 7:14 29:18
73:14
**rival** 157:6
**robust** 43:21 44:14
80:1
**Rohingya** 86:10
**room** 50:15 51:15,16
53:11 73:9
**Rosen** 41:24 68:2
73:21 74:22
**route** 62:25 63:13
64:21 70:6,9,11,12
**routed** 62:21,24
63:23 87:1
**routinely** 29:16
65:17
**routing** 62:2,6
**rule** 89:9
**ruled** 104:16
**rules** 6:8 42:6 42:6
45:21 60:5 70:17
95:10 123:3 130:5
153:5 155:19
**run** 15:11 60:24
75:23 112:1
**running** 97:2,7
114:17
**run-of-the-mill**
111:21
**runs** 19:24

**S**

**safe** 21:25 22:10

23:4,19,22 24:4,10
26:18 30:9 126:25
160:20 161:19
**Safety** 5:25 6:10,17
7:3,8,9,9 8:20
22:12 26:15 51:2,
11 52:18 65:23
72:17 74:16,18
77:10 86:2 113:7
126:22 133:11
141:1 160:9,10
161:21
**said** 12:6 25:17 26:1
31:17 34:14,17
46:24 67:3 70:12
75:10 102:7 106:22
118:3 122:2 134:16
142:14 156:4
163:16 181:24
185:2
**sake** 163:4
**salacious** 96:10
**same** 9:3 10:7 16:18
21:20 40:15 40:15
42:9,18 43:7,8,15
59:14 71:11 92:23,
24 101:1 102:23
115:19 118:6
137:21 138:2
139:12 148:15
159:20 160:6
172:25
**satisfy** 139:9 155:20
**Saturdays** 107:24
**saw** 10:24
**say** 9:7 12:12,13
14:23 15:14 20:7,9
23:8 24:5 26:24
31:11,15,20,24
34:5,16 35:17,21
37:13 38:1,21
39:12 46:18 46:18
49:3 55:2,5,11,14,
18 56:24 57:20
58:14 59:22 62:5,
22,23 64:11 65:11
69:23 70:10,11
73:18 77:15 78:7
84:7 86:13 87:14
89:9 97:5 100:18

102:14 106:11
107:3 108:21 110:5,
23 111:14 113:18
119:10 125:3
137:20 140:5,10
141:13 142:17
143:16 145:8
147:21 159:19
167:18 170:18
174:22 177:19
180:12
saying 27:19 33:23
53:9 91:13 108:4,
10 144:24 165:6
166:24 168:6
176:25 189:15
says 18:4,5,18 43:20
46:3 47:5 50:14
53:23 54:21 56:25
58:19 83:24 99:8
104:3,12 107:18
114:23 121:24
150:17 151:11
154:14 166:20
172:13 183:25
186:24
scale 58:21,25 59:3
87:7
scam 51:4
scammer 123:13
scammers 44:12
159:10
scammish 51:4
scanning 37:16
scenario 100:23
science 76:14,17
scientist 76:19,22,
23 77:16
scientists 71:9 76:9
77:4,17,18,20 78:4,
18 79:21 80:12
81:3
score 69:22 69:22
scores 70:3
screen 36:22 38:23
44:19 61:18 140:10
screened 61:13
screening 36:20
40:25 41:5,8,15
62:9 147:13

screens 139:17
scrutiny 25:11
search 38:13 151:8
second 13:12,25
21:20,23 32:3
36:18 43:18 50:1
52:11 53:20 72:5
79:18 82:15,17
85:6 89:23 102:5
104:21 105:9
109:11 184:13
secondary 162:5
163:6
seconds 56:6
second-to-last
50:13
secret 158:25
secrets 153:3
Section 107:11,18
116:2 117:11 121:4,
16,17 127:14
149:22,23 150:5,8,
14 154:12 167:20
168:2,14,15,18
169:10,11,17 170:8,
21 184:15 185:3,5
186:8
sections 105:3,22
security 7:10,11,12
65:23 77:11 95:9
see 12:19 18:5 21:23
24:17 43:12,20
53:2,3 57:3 59:19
75:14 84:23 87:25
88:7,11,19,22
93:21,22 107:7
110:25 113:2,22,22
118:4,7,11,13
122:24 123:21
127:20,21 138:24
139:19 140:11
154:14 167:22
172:15 174:21
180:21 183:25
184:4,5
seeing 20:13 56:9
141:15
seek 99:20 101:4
156:14 178:5
seeking 8:17 108:24

seems 40:12 70:1,8
108:16 128:11
seen 21:11 33:21
34:21,22 43:14
79:4 96:5 132:10
156:17 159:1
161:23
select 113:12 146:14
self-harm 90:20
self-injury 74:17
75:22
send 59:24 106:15
sense 8:5 35:24
44:23 56:4 65:1
114:14 142:9
sensitive 109:24
171:8,18
sent 109:22
sentence 21:23 23:3,
25 24:12 29:5 32:7
43:21 44:4 46:3,20
50:13,17,20 51:14
52:6 53:9,21 54:20
55:6,9,23 56:12
57:13 72:8 75:8
95:11,24 111:1
143:2 150:18 151:1,
23 170:14 174:21
sentences 98:20
sentiment 24:2
sentiments 24:1
separate 74:3,25
117:1
separately 101:2
September 90:5
serve 141:5
serves 5:11
Service 35:14 43:23
45:7 46:4,15,25
47:17,24 48:6,19
49:24 50:4 58:21
166:12,19,25
167:25 169:1
services 27:25 32:20
34:1 74:22 154:18
158:10,11 168:21
169:14
serving 139:11
set 10:9 33:4 55:20
124:16 147:9 192:5

**seven** 97:9 120:19
**Several** 12:21,22
    130:14
**severity** 61:23
**sexual** 35:11 36:24,
    25,25 38:13,21
    51:3 101:21 127:17
**shall** 107:13,23
    151:2
**share** 89:16 124:6,7,
    9 148:5
**shared** 100:4 139:6
    144:23
**shares** 19:11
**sharing** 21:9,10,10,
    12,15 40:10 127:16
    135:2,5
**sharings** 15:9
**shift** 132:12
**shocking** 139:17
    140:8
**short** 88:9 99:21
**Shorthand** 120:11
**shot** 89:7
**should** 9:25 43:8
    44:11 46:22 48:7
    109:15 112:20
    121:21 134:3
    147:22
**shouldn't** 62:5,23
    145:3
**showing** 14:25 102:23
    139:8,23 152:24
**side** 17:24 49:7,15
    64:23 139:22
**sign** 35:7,13,18
**signal** 21:4,8 40:22
    47:11 47:11,12
    85:7 89:13 91:5
    110:6
**signals** 16:5 20:17
    38:17,18 40:8,23
    41:7 44:14 60:15
    60:15 61:22 88:11
    90:18 91:10,17
    116:9 117:25
**signed** 11:9 38:15
**significant** 16:7
    59:10 110:2
**signing** 37:9 38:24

**sign-up** 36:14
**sign-ups** 36:17
**silently** 184:19
**similar** 12:10,23
    20:16 31:10 40:14
    148:7
**Similarly** 9:5 24:13
    37:6 42:22,25
**simply** 155:25 179:20
**Simultaneously** 87:4
    147:17,20
**since** 77:10 104:8
    125:12 157:13
**single** 72:19
**sit** 35:2
**site** 14:24 39:5,22
    127:1 148:5 162:20
**sitting** 31:20
**situated** 42:22 43:1
**situation** 81:22 82:2
    84:8 85:23 87:24
    88:7 141:15 177:21
**situations** 81:15
    86:22 89:5 141:11,
    12 147:18
**six** 10:21,22
**size** 157:15 177:2
**skim** 82:21
**skimmed** 104:24
**skipping** 151:2
**skirt** 156:15
**skis** 66:22
**slight** 150:25
**slipping** 81:7
**slur** 59:13,14,16,19,
    19 65:13 66:2
    79:19 80:23
**small** 54:24 69:7
**smaller** 31:1
**Smith** 37:3
**Smith's** 37:4
**social** 14:12 96:7
    97:3 107:12,18,19,
    23 122:8 132:13
    142:8 148:6 151:1
    161:25 169:18
**society** 8:1 22:6
    47:11 85:10
**solely** 178:15
**Solutions** 4:16,19

**some** 7:7 15:1 22:18
    26:1,4 27:18 34:20
    35:25 36:19 41:2,7,
    17 42:5,6 50:9
    60:14 62:3,19
    65:10 75:10 84:25
    85:12,13 88:9,13
    91:24 93:12 95:12
    100:13 107:25
    110:22 111:16
    112:6 118:12
    127:15,17 130:1
    131:15 139:17
    143:14,16 146:1
    147:19 173:11,20,
    24 176:22 182:12
    184:7,9 189:16
**somehow** 168:1
**someone** 37:3 41:25
    56:25 64:12 72:1
    79:12 81:2,4 89:6
    91:7 123:12 139:20
    147:5,20 168:9
**someone's** 30:11
    52:23,25 123:4
    147:3,5
**something** 14:10
    19:21,23 31:18
    36:2 37:11 38:13
    54:7 58:9 59:8
    60:23 61:25 63:5
    65:7 66:2 69:5
    74:6 78:12 82:7
    96:14 99:6 100:3
    102:3 125:21
    132:10 149:16
    171:23 174:15
    180:12 185:1
    188:18 189:2,15
**sometimes** 15:9,25
    22:14 34:1 54:9
    66:5 68:19 70:16
    86:22 91:20,21
    102:7,8 133:7
    141:6 143:13 159:6,
    8
**somewhat** 6:12
**somewhere** 63:24
    127:21 129:10
    190:7,10

soon 82:5
sorry 10:20,24 13:15
   16:13 41:6 73:5
   117:10 120:10
   133:11 135:25
   144:10 146:11
   148:13
sort 8:24 22:18 28:3
   32:9 62:15,19
   65:10 86:17 90:11
   100:2 148:10
   165:12 187:25
   188:5,17 189:3
sorting 90:10
sorts 164:6
sounds 34:3 40:24
   90:9 91:18 142:15
   160:4 181:25
source 37:22 44:18
   66:18
sources 58:1 148:8
   178:6
sovereigns 96:8
sovereign's 96:21
space 157:16 159:4
spaces 102:18 128:14
   156:12,13 159:1
spam 21:15 44:15
   51:4 118:8,19
spammer 123:13
spammers 44:12
   159:10
speak 9:19 11:21,25
   95:3 102:2 120:4,6
   148:8 158:1 164:24
   178:22 179:6
speaker 52:19 140:5
speaking 54:24
   145:25 146:4
   148:15 156:24
   157:2 171:25
   173:23 180:4
   185:16
special 72:16
specialist 4:17
specific 31:2 35:10
   37:25 42:6 44:1
   46:23 47:5 51:16
   75:14,16 76:2
   77:21 80:1,3,4,15

81:22 82:19 84:13,
   16 92:7 94:25 96:5,
   6 100:21 105:3,21
   110:7 115:3,15,22
   118:2 119:2,10,12,
   15 120:3 121:1
   123:20 124:7
   125:12 127:15,19,
   23 128:8 130:17,19
   148:23 149:6,25
   150:11,19 151:5,11,
   13,16,17,20,23
   152:3,9 156:16,17
   157:10,14 161:11,
   23 162:8 163:17
   170:20 171:1 171:1
   176:8,13 177:1
   179:13 181:2
   182:11 185:23
   190:13
specifically 9:20
   41:13 44:19 50:19
   54:11,22 63:7
   73:16,17 86:25
   95:19 102:22
   109:21 112:25
   119:17 131:10,24
   164:13 169:10
   188:21
specificity 153:15
   161:13 162:3 174:9,
   17 175:21 185:19
   187:10
specifics 80:14
   103:2 152:19,22,24
   153:1 170:22
   182:20
speculate 24:6 26:21
   28:22 30:3,11,13
   31:9 65:7
speech 51:1 52:8
   52:8 57:21 59:9,13
   60:10 65:12 80:19,
   21 99:7,9 123:6
   174:15,16
speedy 106:19
spell 28:10
spend 26:23 180:13
spending 157:13
spent 77:9 125:10

184:9
spirit 140:6
spoke 12:3 160:22,25
   173:23 176:21
   179:2,9,10,11
   190:14
spoken 30:18
spread 94:1 144:23
Stadium 60:17
stakeholder 7:16
   47:10
stamp 82:11 83:18
standard 170:4
standards 24:16 44:5,
   8 45:7,17,22,24
   46:4,15 47:1,18,25
   48:7,20 49:25 50:4,
   21 57:17 71:1 73:1,
   12,13 85:3,5 103:8
   143:23 145:12,15
   147:9,11 153:5
   155:18 166:12,20,
   25 167:10,25 168:5,
   25 170:3
start 12:18 13:11
   45:6 53:20 81:25
   82:11 152:14
   158:23
started 5:18 6:3
   25:24 41:2
starting 90:5 107:17
starts 27:19 72:9
   111:1
state 37:2 94:25
   97:6 130:8,13,17,
   19 133:21,23 134:3
   135:22 136:6
   139:22 155:10
   169:24 170:5
state-controlled
   94:15,17,20 95:7
stated 4:22
statement 24:20
   29:11 37:24 60:12
   60:12 109:16
statements 11:8 83:4
States 4:7 130:14
   133:25 134:3
state's 134:8
stating 167:24

statute 135:3 136:8,
  17 155:20 186:21
statutes 128:18
staying 104:20
stenographically
  192:6
step 33:25 61:19
  64:5 84:24 150:25
stepping 34:17,23
steps 38:4 108:18
  181:12
stick 121:23
still 11:2 11:2
  91:23 114:13,16
stop 39:24
stopped 28:15 29:6
  39:22
story 34:9 63:15,18,
  20 64:3
strapped 33:18
Strategic 6:20
streams 128:24
strike 52:2
strong 126:20
structure 50:10
structures 177:4
struggle 17:6
struggling 17:1
  39:16 43:2 64:4
  142:12 177:18
stuff 21:14
stumble 140:9
subject 7:5,6 9:2
  20:4 21:4 72:13
  73:11 85:25 114:13
  128:12 189:25
subjectivity 141:8
subjects 73:13 164:3
submitted 12:10
subscribe 143:21
  147:11
subsection 117:6,10,
  12 122:4,7 154:11,
  15 155:22 156:9,23
  158:9,13 160:14
  161:2 166:3,6,11
  167:1,6,15,16
  168:2 169:3 170:8
  171:12 172:12
  185:20 186:7,8,14,

  25 187:23 188:25
Subsections 159:17,
  18,20 160:17
Subsequent 101:13
subsequently 45:18
subset 63:8 80:5
subsidiary 6:12
substantial 93:10,18
  174:5,24 175:7
  176:21 178:14
substantially
  132:19 133:2
subvert 161:14,25
subverted 161:18
such 77:4 109:3
  125:16 132:11
  161:13 179:22
  180:5
suffer 168:9
sufficient 154:16,21
  166:22 168:19
  169:12,21 183:5
sufficiently 169:4
suicidal 92:6 93:3
suicide 74:17 75:21
  90:6,11,23 91:8
  92:12,20
summer 110:22
Sundays 107:24
supervisor 182:23,24
supplementing 68:7
Support 4:16,19 28:2
  48:12
supporter 137:23,24
supremacist 122:15
supreme 70:3
Sure 7:5 13:13,22
  14:1 21:14 28:12
  32:4 33:3 34:18
  36:15 39:4 42:15
  43:6 45:3 51:23
  52:14 53:18,22
  57:4,11 60:6 62:17
  71:9 79:14 81:10
  82:10 84:23 89:12,
  20,24 90:8 92:19
  96:3 98:17,25
  104:22 105:11
  109:8 112:24
  115:11,14 121:20

  122:13 125:14
  126:1,4 127:13
  129:14,17 132:25
  134:2 149:2,7
  150:5 163:3 164:13,
  18 166:17 170:20
  171:5 174:2 179:10,
  12,15 183:24
  184:14
surface 68:15 158:21
surfaced 116:11
survey 15:16 25:23
  31:16
surveys 15:11,22
suspended 190:3
suspension 190:1
suspensions 190:5
swear 4:25
swift 80:2
sworn 5:4
system 14:4 22:18
  23:11,16 55:13
  57:23 62:24 64:18
  144:14 156:18
systems 22:20 53:24
  63:11 125:8,16
  126:5 138:15,20
  145:19 156:14
  161:18,25,25 162:2,
  17 175:13 180:3,6

T

Tab 10:4,13 82:9
  105:1,13 109:5
  115:11
take 20:2 21:7,20
  32:3 43:18 52:10
  53:16 56:5 60:1
  75:24 78:9 82:17
  84:19 85:24 87:13,
  22 93:12 96:6,21
  98:5 108:17 111:2,
  18 121:20 125:20
  135:14 144:4
  146:21,22 148:13
  150:16,25 159:16
  179:10 181:21
  183:6
taken 4:4 76:11

95:22 112:20
**takes** 49:4 157:4
  175:12
**taking** 21:16 29:13
  75:7 84:24 86:19
  89:10 125:25 126:9
  178:2
**talk** 5:17 23:24 45:1,
  6 51:22 58:5,16
  62:15 68:4 90:3
  98:21 149:5 153:14
  173:20
**talked** 21:5 26:1
  28:16 29:9 51:6
  68:3,6 89:21
  103:10 105:5,23
  126:4 140:25
  140:25 141:1
  145:17 146:13
  159:17,19 164:6
  172:3 187:4
**talking** 9:1 26:23
  43:7 44:1 46:21
  50:20 55:23 58:7
  64:14 79:17 81:13
  100:7 154:11
  165:22 166:6
  188:17
**talks** 13:23 14:3
  51:14 120:22
  121:25 122:14
  143:3 152:15
  166:18 167:15
  170:14 177:22
  179:16
**tangential** 8:23,24
**target** 24:23 150:17
**targeting** 151:24
  152:15 155:23
  171:15 181:9
**targets** 22:8 151:7
  153:12,20 154:2
**task** 177:19 177:19
**tasked** 72:20 73:20
  177:16
**tasks** 177:6
**Tatmadaw** 84:17 86:17
  88:23
**Tatmadaw's** 86:8
**Tatmadaws** 86:13

**taxing** 160:4
**team** 6:4,5,6,8,11,13,
  15,16,18,19,21
  7:13,14,15 11:12,
  20 27:16,24,24
  28:5,7 41:22 47:8
  56:25 67:20,24,25
  68:1,6,12 71:8,24,
  25 72:2,15 74:19
  75:10 76:2,8 78:21
  88:18 95:8,9
  109:20 133:12,17
  144:25 148:14,17,
  17,18 176:16
  177:15 178:2,6,9,
  10,12,16,22 179:1,
  11 180:20
**teams** 41:21 65:21,24
  68:10,11,17 71:22,
  24,25 72:17 73:3,4
  74:8 76:9,12 78:20
  78:20 78:20 86:24
  95:9 133:11,18
  158:1 177:12 178:9
  180:19,20
**team's** 67:23
**technically** 89:3
**teenagers** 93:4
**tell** 9:25 15:23
  30:12 56:3 57:17
  63:3 78:9 80:20
  102:7,10,21 136:9
  143:13 144:18
  147:5
**telling** 57:13,16
  112:4
**tend** 161:20
**tendencies** 93:4
**tenets** 29:22 52:15
**term** 7:10 45:25 64:3
  69:1,2 72:19
  116:18 135:25
  136:16 136:16
  142:12
**Terms** 35:14 39:24
  42:3 42:3 45:7,16
  46:3,8,14,25 47:17,
  24 48:6,19 49:24
  50:3 58:20 106:4
  114:6 132:17,25

153:19 162:6
  164:21 166:11,19,
  25 167:25 168:25
  188:16,19
**terrorist** 35:12
  36:21 37:7 38:3
  66:3 69:9 69:9
  79:19 101:24,25
  123:9 124:9 135:1
  159:7
**terrorists** 37:24
  44:10 102:13
**test** 141:13
**testified** 5:5
**testimony** 117:17
  155:24 161:7,10
  188:4,7 191:2
**tests** 94:23
**Texans** 129:21
**Texas** 4:8 37:2
  128:18 130:1,5
  132:13 135:22
  136:6 155:4,11
  170:5
**text** 91:22 166:1
**than** 11:14,22 13:3
  15:21 28:13 36:4
  43:15 53:24 54:22
  63:10 73:23 79:2,
  13 96:5 99:23
  103:14 107:13,23
  128:2 144:24
  163:22 168:10
  174:16 178:21
  186:15
**Thank** 14:2 21:22
  32:4 43:19 45:5
  83:12 89:7,25
  183:16 186:2
  190:21
**thanks** 109:11
**that's** 6:18 7:10 8:8
  9:12 14:5 15:6
  16:4 17:23 24:5,7,
  11 27:16 28:3
  30:24 33:5 34:25
  38:16 39:7 40:9
  41:4 42:23 43:9
  47:2 49:6 54:1,15
  55:6 56:21 58:23

59:8,17 61:17,19
62:12 63:23 64:23
66:25 70:13 76:15
77:11 80:18 81:22
84:1 89:9,10 95:14
104:1 106:8 107:15
110:12,24 111:8
112:14 113:3
128:17 130:22
135:9 138:8 140:6,
23,25 143:4 144:15
148:19 152:1,23
161:22 163:11
168:15 172:6 175:1
**their** 4:22 16:8
23:21 24:6,25
25:16 26:6,7,17
27:4,7,20 28:23
30:21 38:14,17
40:15 49:4 67:12
68:21 75:5 78:9
84:14 96:8 98:23
102:6 106:10
109:23 113:1
114:12,15,18
115:23 117:19
117:19 118:1 135:9
140:9 141:7 144:5
145:3,12,15,18
147:6,8 148:2
161:21 188:10
**themselves** 4:21 61:5
68:12 74:11 86:14
91:14 113:17
116:23 162:7
185:13
**then** 6:4,5,20 17:17
35:15 38:3 49:7
53:21 55:24 60:1,5
61:24 62:24 63:11,
14 65:18 66:4,7
71:6 86:1,20 94:22
97:8 101:12 107:25
124:10 124:10
126:21 127:24
128:12 136:1,10
138:18 140:5
142:23 143:25
145:23 151:6
161:14 166:20

183:7 185:24
187:21
**theoretically**
180:13 187:3
**theories** 122:16
124:7
**there** 8:22 11:1
15:22 17:14,17
19:21 21:24 22:20
23:18 25:17,20,25
26:24 33:13 36:15,
19,19 38:3 40:22
42:5 43:10 44:12
46:9,24 50:8 54:10
56:8,13,15 60:8,14
61:21 65:20,24
66:25 67:6 70:7
71:25 74:6 77:16
81:2,4 82:19 85:12
87:9 88:24 91:9,16,
22 94:24 98:20
102:3,25 103:3,16
105:3 108:15,16,17,
19 111:1,12 114:4
117:6 121:16
122:14 127:15,24
128:3 130:2,8,21
131:3,9 135:17
139:20 141:3
143:15 144:13
145:4,25 146:3,17
149:15 152:8 153:3,
6 156:4,6,10,21
157:5 158:23
159:21 162:5 164:7,
15,20 165:2 168:18
169:10 170:7,14
171:23 172:1
173:11 177:1
179:17 181:2
182:12,25 185:4
189:13,15
**Thereabouts** 84:4
**there's** 19:23 22:17
29:12 29:12,18
55:14,20 56:17
57:15 61:12 64:5,
23 65:7,12 66:2
68:16 74:13 75:4
81:4 88:14 100:14

107:7 113:25 117:5
121:24 122:23
144:14 146:20
148:19
**these** 18:24,25 19:8
19:8,22 26:1,19
29:7 31:14 33:22
45:9,16 50:15
51:22 52:16 52:16,
19 60:18,24 72:20
73:7 75:11 77:18
84:19 86:22 87:8,
12,15,21 90:4
91:20 92:12 96:17
102:13,19 106:4
111:17 113:17
114:11 116:23
117:2 127:2,20
132:17 134:23
147:19 148:14,20
158:15,23 162:20,
22 167:12 175:5,23
177:5,6,12,14
178:1,20,23 179:7
180:6 182:8 185:9
192:4
**they're** 14:13 25:16
89:2 114:14 116:25
143:23 154:23
**they've** 14:21 22:7
30:12 38:15
**thing** 71:11 146:21
**things** 14:12,25
15:10 17:4 21:5,17
33:7 34:14 35:12
36:16 45:15 51:1,2,
23 52:18 52:18,20,
23,24 60:4,18,24
69:10 73:15 80:5
86:11 87:3 89:13,
14,15 91:20 97:8
106:6,14 113:13
116:23 117:2 118:2,
5 123:15 126:23
128:8 135:2 140:1,
21 141:8 144:21
145:14 153:4,7
158:23 159:12
167:13 171:3,17
175:21,23 178:6

181:24 185:5,9
**think** 8:22 10:6 16:3
    21:3,21 32:21 33:7
    39:7,17 42:21
    45:15 46:21 47:9
    52:11 55:18 56:13
    62:12 65:21 68:14,
    25 69:13 70:9
    76:23 77:23 79:15
    80:10,22 82:3 86:1
    87:9,25 88:19
    89:15 92:17 95:3
    96:13 100:7 101:19
    103:12,20 104:15
    106:4,8 111:11
    112:19 122:6
    127:14 128:7,10,15
    129:24 132:2
    134:16 137:7
    139:14 140:23
    146:10,13 149:18
    150:13,24 151:17
    153:14 156:10,22
    158:7 160:1,5,13
    162:5,11,11 163:14
    167:5,7 170:21
    176:20 179:23
    180:18 181:6,13,14,
    17 182:7,25 183:3,
    4 189:23
**thinking** 35:3
**third** 33:24 107:12
**third-party** 91:3
    143:19,21 144:7,9,
    18
**those** 14:12 15:10
    17:4 20:5 21:5
    22:21 23:23 24:1
    25:12 28:18 29:13
    31:2,6,25 32:23
    33:14,23 35:9,10,
    11,12 36:17 37:21,
    24 39:22 42:2,17
    44:5,7,7,8 45:21
    46:1,8,22 47:7
    48:16 50:5,21 51:1,
    6 52:20 54:5,6,17
    55:1,16,17 57:10
    59:4 60:5 61:15
    61:15 65:24 66:5,7,

8 67:5 68:17,18
    69:18 70:25 71:3,5,
    14 73:10,14 75:20,
    24 76:6,10,12,18
    78:23 79:9,16
    81:17 85:1,9 86:5,
    11,18 87:1,2,3
    88:6,13,18 89:12,
    13 91:23,24 94:9,
    15 96:14 97:17,20
    102:1,7,17,20
    106:6 107:5 109:22
    116:9 118:16 119:7,
    18 126:8 128:8,14
    131:8,19 133:3
    137:24 138:7,9
    141:12 142:23
    145:4,14,20 150:10
    153:6 155:7 159:19
    160:5 162:2,12,12,
    16 167:11 169:6
    170:4 171:2 173:8
    178:6,9,16,21
    179:2,4 181:20
    182:17 189:21,22
**though** 55:6 69:20
    160:5
**thought** 170:25
**thoughts** 48:15
**thousand** 57:21
**thread** 72:19
**threat** 28:4 95:22
    127:23
**threats** 75:14 90:11
    127:19
**three** 177:5 178:23
    179:7
**three-quarters** 5:21
**threshold** 143:24
**thresholds** 187:6
**thrive** 33:9
**through** 15:9 16:2
    22:22,25 23:9 33:6
    38:4 47:13 48:24
    52:12 55:13 57:22,
    23 59:20 62:13
    64:21 65:4 66:22
    68:8 74:8,9,9,10
    85:4,7 86:9 87:20
    94:4 96:9 97:16

104:24 128:24
    140:12 145:12,15
    147:16 150:14
    151:7 152:8 159:17
    160:15 161:2
    170:24,25 176:15
    184:19 185:6,12
    188:15
**ticket** 62:10,11,18,
    20,21,23,25 63:7,
    16,19,21 64:8 65:4
    68:4,5 69:14
    101:11
**ticketing** 64:18,22
**tickets** 70:22 71:12
**tied** 128:17 138:8
**time** 6:1,3 37:18
    39:5,14 47:25 48:3,
    7 70:1 79:1 86:2
    95:4 98:9,13 99:4,
    9,15,16,18,22
    110:1,22 113:24
    121:20 132:23
    145:3 157:4 159:16
    163:1 172:25 174:6,
    24 175:7,9,11
    176:5,8,10,17
    178:15,21 181:18
    182:4 183:10,14,17
    184:10 190:21,22
    192:4
**times** 75:24 134:16
    141:3
**title** 5:23
**today** 9:1 31:21
    66:11 77:20 78:13
    80:25 95:1 104:15,
    18 148:17 175:12
    176:15 190:22
**today's** 191:2
**together** 45:2 117:1
**told** 9:8 28:14 29:1,
    3 30:12,21 172:7
    175:25
**tomorrow** 78:15
**too** 30:23 40:20 58:6
    159:1 176:3
**took** 6:5 88:1 192:4
**tools** 113:10,11
    114:11,15,17

Top 9:24 10:1 117:6
    120:17,18
topics 80:16
total 55:23 144:19
towards 60:17 117:6
    118:4 158:18
track 57:4
tracking 60:17
trade 8:16 102:20
traffic 35:12 123:10
traffics 123:12
train 59:7
trained 66:9 67:12
training 14:7 19:1
    126:17,19
traits 88:3
transcript 192:6
transparency 41:9
    71:5 78:7,17,23
    80:13 96:25 97:2,
    10 152:25 153:10,
    25 154:20 157:5,6,
    9 163:22 168:11
    181:12 184:17
transparent 79:9,10
    153:4,6 162:1
    170:1,2 185:18
treat 42:2 123:6
treated 42:9 43:15
    102:9 138:1
treating 42:18 75:19
treatment 43:3,4,5
    46:12 64:19 84:16
treatments 47:4
tremendous 58:24
    181:17
trend 29:16
tried 84:10
troll 44:15
true 9:12 24:7 30:13
    78:9 80:20 144:2,3,
    7 180:8,13 192:7
Trump 137:23
Trust 5:24 6:10,17
    7:3 8:20 22:12
    133:11
truth 143:10,18
try 16:6 59:18 61:23
    62:25 80:1 88:5
    96:7 112:11,15

116:22 125:9 132:6
    133:6 137:15 155:5,
    6 159:4 170:24,25
trying 38:5 43:6
    47:3 113:10,18
    116:24 125:25
    135:7 180:14 185:2
turn 9:21 80:4 89:18
    117:4
turning 13:21
Twitter 31:11
two 10:7 42:22 59:1
    60:19 65:17 88:2
    98:20 137:20,24
    171:3 179:2,4
    185:22
type 15:12 21:13
    26:15 44:16 45:23
    66:3 85:13 88:21
    100:11 124:7 136:2
    137:21 138:17
    139:12 141:15
    174:14 189:16
types 50:15 51:15
    53:10,11 69:8
    73:14 85:5 100:21
    102:19 103:5
    116:10 118:13
    120:1 123:6 127:2
    175:23 187:2
    190:13,15
typically 63:20
    99:24

                    U

Uh-huh 58:18 61:10
    82:19 154:13
ultimately 56:19
    106:15 118:25
unaware 155:25
uncertain 102:4
    190:16
unclear 108:19
    138:11,13 142:1
unconnected 40:17
under 6:11 44:13
    45:24 50:10 59:14
    76:4 77:1 86:4
    89:2 104:3 107:11

117:11 127:14
    136:3,22 137:8,25
    155:3 167:5 171:11
    174:23 177:24
undergo 127:1
underlining 170:23
underlying 146:25
    147:18
understand 8:12 9:3
    29:20 39:25 55:21
    61:23 75:19 106:2
    116:17 122:22,25
    125:4 136:5 137:9
    152:21 155:8
    159:25 160:3
    161:11 162:4
    166:21 169:23
    186:22 188:4,8,14
understanding 8:15
    9:11 48:12 60:11
    91:6 116:3 128:9
    141:14 152:23
    163:16 166:10
    187:6
undertake 177:24
undertaken 93:19
undo 124:12 125:16
undoing 180:5 182:9
Undoubtedly 56:17
unfortunately 12:25
    15:18 38:2,8 91:18
    104:10 121:25
uniformly 94:16
unique 18:5,19 19:8
    40:19 179:23
    185:14
Unit 98:13 183:14
United 4:6
unlawful 127:25
    128:10
unless 138:7
unsafe 52:21 68:24
    69:1 161:17
update 65:16 66:4
    73:25 84:2 88:2,10
updated 47:14 66:6
    84:14 104:17
updates 72:10,24,25
    73:7,23 75:11 80:2
    84:19 86:17 87:12,

14,21 88:18,20
**updating** 66:6 67:18
    73:1,5 75:7
**upend** 138:19
**upfront** 41:14
**upheld** 103:8
**upholds** 101:13
**upon** 38:19 153:2
    156:15
**upsets** 97:24
**up-to-date** 120:12
**use** 14:24 15:21
    21:24 23:3,19 24:3,
    9 31:14 32:18
    37:21,22 38:16
    39:24 40:6 40:6
    44:6,14 46:22 59:4,
    14 60:8 67:8 72:19
    83:9 90:15 91:9,15,
    25 101:17 110:5
    114:11 116:12
    118:10 142:20
    148:5 154:7,17
    166:9 167:7,19
    168:7,10,15 169:1,
    9,19 182:7
**used** 19:7 44:18
    45:19 46:13 80:23
    85:21,22 91:21
    96:9 97:18 118:6
    135:25 156:18
    169:17
**user** 16:23 17:18
    18:5,19,21 19:2,9
    20:12,14,20,21,25
    21:1 22:13,24 35:5
    36:4,11 38:10
    41:14 42:1,10,19
    55:17 57:14 62:10
    62:10,19 63:15,18,
    20 64:3,14,17 65:3,
    5 68:4 70:6,10,11,
    13,23 71:12 91:4,
    25 98:23 100:13,14,
    15 101:17 102:6
    103:14 107:19,21,
    21 109:25 113:11,
    22 114:21 116:5,16
    117:25 118:18,23
    119:3,16,21 120:10,

11 130:23 159:25
    164:16 174:11
    185:15 190:3
**user-generated** 20:8,
    11 42:8,16 68:23
    100:3 103:24
**users** 14:7,10 15:5,
    12,14,15,23 16:8,
    15 17:20 20:18,21
    22:17,19 24:1 31:6,
    17 38:23 42:2,22
    44:2,19 51:12
    62:14 86:3 92:6
    93:24 97:15,23
    98:21 102:25
    109:24,25 111:7
    112:4 113:16 114:2,
    7,23 115:1,23
    116:9 116:9 117:19
    130:6 150:17 151:8,
    25 152:16 153:12,
    20 154:2,16,21
    155:6,15,23 160:9,
    20,21 161:9,18,20,
    24 162:19 163:5
    164:21 166:23
    168:20 169:12
    185:23
**user's** 100:13,24
    111:23 113:1,6
    116:5 119:4,5
    134:18 137:2
**uses** 91:19 113:11
**using** 28:15,19 29:2,
    6 31:21 46:8 57:19
    86:14 90:19 96:20
    97:18 114:14
    117:24 135:7,22
    136:6,18 154:23
**usually** 96:12 111:3,
    12,22
**utilize** 15:15 38:14
    76:24
**utilizing** 41:2 88:22
    189:24

---

**V**

---

**vague** 119:12 125:2
    130:2

**valid** 35:18
**valuable** 14:16,23
    15:23 52:4 75:18
**value** 15:1,3,6 68:20
    75:17 76:6
**variety** 50:23
**various** 94:5
**vary** 103:4
**vast** 69:20 102:1
**verbs** 126:1
**versed** 8:14
**version** 120:12
    178:13 184:13
**versions** 120:5
**versus** 4:5 16:7 40:3
    46:7 54:3,15 57:5
    97:24 169:25
**very** 26:11 26:11
    33:18 33:18 34:11
    40:13,18 44:4
    45:25 45:25 54:24
    59:8 60:9,10,10,19
    63:2 65:17 70:14
    79:8 80:16 82:5
    88:1 89:9 91:8,12
    95:2 96:15 97:11
    99:21 99:21 106:10
    110:25 117:8
    119:12 123:8 139:8,
    25 141:7 146:24
    153:5 158:16 160:4
    163:14,18,18 170:2
    174:13,17 175:17
    178:4 189:12
**via** 62:9 94:4 189:25
**vice** 5:24 7:3 8:21
    22:11 25:2 133:11
    177:15
**video** 4:3,17 91:16
    139:8
**view** 24:11 51:21
    140:14
**viewed** 171:17
**viewpoint** 116:5,15,
    18 122:23,24 123:1
    124:4 124:4 125:1
    126:14 126:14
    134:18,21,22
    135:10,16,23 136:1,
    2,4,6,7,10,16,17

137:2,8,10,11
138:12,17
**viewpoints** 123:3,8
138:5,7
**views** 155:13
**violate** 19:22 20:9
26:11,12,13 59:16
63:4 66:16,24 67:1,
5 70:10 100:10,19
139:24 140:2
174:15
**violated** 80:21
174:14
**violates** 24:15 56:22
66:12,15,23 67:1,4
69:5 70:9 99:7
108:1 126:16
134:22
**violating** 55:15,21
57:2 58:10,11
59:23,24 61:25
66:11 69:25 70:2
102:14 116:14
174:19 186:23
187:1,3
**violation** 61:24
64:13 80:18 99:3,9
174:14
**violations** 62:7 69:8,
21 70:8 109:25
137:13
**violence** 50:24 63:4
96:11 97:14 103:10
128:16,19 138:9
**violent** 86:16 138:23
139:2 140:16
**viral** 144:22
**viralty** 61:24 144:23
**vis-a-vis** 43:4 116:4
138:14 169:1
**visuals** 91:19
**voice** 32:14 33:5
52:12,15,17,25

---

**W**

---

**walk** 27:21
**want** 9:22 10:9 14:11,
20 15:14 21:20
26:17 27:7 31:18

32:2,16 38:20
43:18 45:2 49:20
53:2,20 60:13
62:15 65:6 66:21
78:5 88:15,16,21
89:11,15,16,19
90:3 91:13 97:4
102:2 105:19 118:1,
3,7,11,13 119:9
123:2,6,10,11,14,
15 139:19 140:11,
14 142:19 143:7
146:7,15 160:10
189:6
**wanting** 31:6
**wants** 48:23,24 53:3
142:5 149:25
**warning** 139:16
140:10
**Washington** 4:12 6:23
40:19
**wasn't** 8:11 169:8
173:15
**watching** 85:11
**water** 66:10,11,15,16
**way** 7:24 9:14 11:15
15:22 16:4 17:9
20:11 24:5 34:4
41:2 46:13 50:3
51:21 52:11 58:4
59:17 61:9,21 62:8
65:16 68:3,5,14
80:10 85:18 86:6
91:10 96:13 97:15
100:14 115:21
116:3,19,21 120:22
125:17 130:9 131:4
132:13 133:14,21
135:21,22 141:18
149:6,25 150:11,19
151:13 152:2,3,24
156:19 160:18,19
162:21 165:9 167:6,
10 168:24 169:16
176:25 180:5,6,14,
22,24 181:10,22
182:8,9 187:25
189:12,14 192:11
**ways** 16:1 51:23
61:11 64:20 85:22

86:22 88:4,9,13
91:24 103:16
156:18 156:18
160:7 185:16
**weak** 67:7
**weapons** 60:17
**website** 22:22 104:12
110:14,16 112:5
163:23
**weeks** 65:17 88:3
**weighed** 104:7
**Weiner** 158:7
**well** 7:15 8:6,14 9:9
12:9 15:5,10,11
17:16 19:18 34:14
35:15 41:6 44:8,13,
25 45:23 46:3
54:20 56:25 57:15
61:9 62:8 67:3
69:3,19 73:5 83:15
84:15,23 89:9 99:4
100:12 102:21
111:19 112:4 130:1,
6 133:10 135:12
140:5 141:25
155:13 158:25
159:21 160:25
161:22 164:5
167:15 168:14
169:2,8,22 173:7
177:22 186:22
**we'll** 53:21 93:14
105:12 140:5
147:23 152:14
183:7
**well-being** 7:10
**went** 177:7,16
**we're** 9:1 21:16
37:16 43:6 51:24
52:1 56:9 58:4
60:2,6 62:3 64:14
80:12 98:11 100:7
107:3 117:24 138:7
143:18 147:3
148:13 153:5
155:17 170:2 183:8,
12 186:24 188:17
**weren't** 34:24
**Western** 4:7
**we've** 22:8 24:22

28:16 66:4 96:5
125:10 148:16
158:25 159:17,19
182:10
**whatever** 38:15 61:16
66:12,15 141:14,16
145:14 181:20
**What's** 8:15 17:6
22:2 24:19 48:18,
19 54:3,14,15
60:11 67:23 69:2
98:22 101:16
126:13 129:2
135:16 144:12
146:17 153:18,25
167:24 171:6
**Whereas** 89:8
**whether** 8:10 14:12
15:23 33:5 57:8
62:2 75:20,21,22
76:10 85:9 91:22
91:22 96:18 97:22
98:3 101:17 108:1
124:20 138:5,6
140:17 144:2
145:13 147:14
153:2 163:12 180:8
181:8 182:5
**which** 21:19 25:6
29:15 32:14 42:10
61:11,21 62:8
65:18 76:12 80:20
92:9 103:16 120:23
127:25 137:8 140:4
152:3 157:16 160:6
161:18 177:15
178:2 186:11
**while** 13:6 40:21
80:19
**white** 122:15
**who** 9:6,18 11:10,16,
19 20:12 26:16
27:21,25 28:3,7,15
29:20 31:17 33:9,
14 36:23 37:6 38:8
41:20,22 45:22,23
47:6 57:10 63:14
66:20 67:25 68:6,
11 71:3,21 72:12,
20,21,23 73:7,10,

12 74:14 80:7 81:2,
5,6 86:21,24 90:22
91:7 95:6 95:6,7
96:25 102:25 106:6
113:12 120:6
123:12 124:6 148:9
158:4 177:19
178:22
**whole** 95:24 182:9
**wholesome** 173:13
**wholly** 116:25
**whom** 36:8
**whose** 28:1 34:9
98:21
**Why** 14:6 29:24 30:4
31:21,24 46:8 83:8
102:7 116:25
119:24 140:20
154:2 174:19
**Will** 4:24 21:24 23:3,
14,14 24:9,13
25:11 26:16 54:9
57:17 61:17 62:24
66:4 68:19 70:6
82:11 99:10 101:12
102:7,15 103:20
108:22 111:3,7,13,
23 112:6 116:6
119:4 134:23,24
135:11 137:19
139:15 140:5,9
143:13 143:13,14,
15 156:14 161:9
**WilmerHale** 7:1
**wing** 84:17
**wish** 170:22
**within** 44:7 44:7,11
64:13 65:24 65:24
71:22 73:13 85:10
88:25 99:2,21,21
103:8 106:23 107:5
111:3,8,14,22
112:2,5,11,15
126:21 134:3 140:6
145:19 158:20
162:16 178:22
179:4
**without** 70:24 71:13
109:23 128:8
152:23 163:16

174:8 178:11 182:9
184:3 187:5,6
**witness** 4:25 5:3,11
82:23 89:25 117:15
149:2 183:17
184:21
**woman** 74:18
**women** 7:9
**wondering** 67:6
**won't** 23:19 101:22,
23,25 102:8
**word** 39:10 78:9
90:14 111:12
169:21 179:23
**worded** 166:13
**words** 27:15 67:5
**work** 8:19 13:10
25:13 33:8 41:15
58:25 60:22 65:15
67:17 69:17 72:17
73:3 76:7 87:16
101:6 109:21
116:20 117:1
148:14 156:12
162:2 177:11 178:4
180:19,20
**worked** 11:17 12:23
74:4,22 172:4
**workers** 33:18,25
**workflow** 62:16 84:20
144:13
**workforce** 177:2
**Working** 11:12 61:16
65:23 85:25 157:16,
17
**works** 8:13 9:4 20:11
33:13 44:23 58:22
95:9 147:7 153:3
176:15 181:11
182:14
**world** 33:17 88:24
**worried** 25:16
**wouldn't** 16:21 31:18
57:1 70:9,10 74:6
75:1 89:11
**wounds** 140:1
**wrap** 183:7
**writ** 22:7
**write** 66:18 68:10
80:12,13

**writing** 87:15 145:13
**wrong** 10:21 69:1
   133:12 166:18

### Y

**year** 5:21 24:24
   25:18 103:24
   106:18
**years** 97:9 126:18,20
   180:13 181:19,20
   182:3,6,7
**yes-or-no** 123:22
**You'd** 34:7
**young** 74:18
**you're** 17:14 35:8
   35:8 35:8,15 37:10
   38:5 39:17 43:5,11
   50:16 55:18 56:13
   70:18 72:4 82:21
   88:16 98:18 102:14
   106:22 108:4 112:4
   113:18 121:10
   123:9,12,13 124:15
   126:4 129:15 135:4,
   5 140:12 148:4
   149:1,18 151:18
   153:7 165:19 168:6
   184:20 186:18
**yourself** 57:22
   117:14 184:20
**YouTube** 161:25
**you've** 6:2 23:25
   34:21 46:13 57:21
   118:3 122:12
   182:10

### Z

**zero** 46:7 149:15
   149:15