IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION


----------------------------X

NETCHOICE, LLC, d/b/a              :

NetChoice, a 501(c)(6)             :

District of Columbia               :

organization, Computer &           :

Communications Industry            :

Association d/b/a CCIA,             :

a 501(c)6 non-stock                :

Virginia Corporation               :

     Plaintiffs,              :

      v.                     : Case No.
1:21-cv-00840-RP

KEN PAXTON, in his official         :

capacity as Attorney General        :

of Texas                            :

     Defendant.               :

1
2       Videotaped Deposition of Alexandra Veitch
3         Washington, District of Columbia
4         Wednesday, November 17, 2021
5           9:42 a.m.
6
7  Pages 1 - 151
8  Reported by:  Susan E. Alldridge, RPR
9
10
11
12
13
14
15
16
17
18
19
20
21
22

1      Deposition of Alexandra Veitch held at the
2  offices of:
3
4
5  Wilson Sonsini Goodrich & Rosati
6  1700 K Street, NW
7  Fifth Floor
8  Washington, DC  20006
9
10
11
12  Pursuant to agreement, before Susan E. Alldridge,
13  Notary Public in and for the District of Columbia.
14
15
16
17
18
19
20
21
22

1
2       A P P E A R A N C E S
3
4  ON BEHALF OF THE PLAINTIFFS:
5      TODD DISHER, ESQUIRE
6      LEHOTSKY KELLER LLP
7      919 Congress Avenue
8      Suite 1100
9      Austin, TX  78701
10     (512)840-9370
11     todd@lehotskykeller.com
12
13  ON BEHALF OF THE DEFENDANT:
14     BENJAMIN LYLES, ESQUIRE
15     COURTNEY B. CORBELLO, ESQUIRE
16     ATTORNEY GENERAL KEN PAXTON
17     P.O. Box 12548
18     Austin, TX  78711-2548
19     (512)463-2798
20     benjamin.lyles@oag.texas.gov
21     courtney.corbello@oag.texas.gov
22

1
2       A P P E A R A N C E S, Cont.
3
4  ON BEHALF OF THE DEPONENT:
5     MING JIA YANG, ESQUIRE
6     WILSON SONSINI GOODRICH & ROSATI
7     650 Page Mill Road
8     Palo Alto, CA  94304-1050
9     (650)849-3321
10     mjyang@wsgr.com
11
12     MICHAEL TRINH, ESQUIRE
13     GOOGLE
14     1600 Amphitheatre Parkway
15     Mountain View, CA  94043
16     mtrinh@google.com
17
18  ALSO PRESENT:
19     Gene Aronov, Videographer
20
21
22

6

C O N T E N T S

EXAMINATION OF ALEXANDRA VEITCH          PAGE

By Mr. Lyles                 8


E X H I B I T S

(Attached to the transcript)

VEITCH DEPOSITION EXHIBIT              PAGE

Exhibit Number 1  YouTube's Declaration        12

Exhibit Number 2  "Free Speech and Corporate
                  Responsibility Can Coexist
                  Online"

Exhibit Number 3  "YouTube Is A Pedophile's        61
                  Paradise"

Exhibit Number 4  "Mozilla Investigation:          94
                  YouTube Algorithm Recommends
                  Videos that Violate the
                  Platform's Very Own Policies"

Exhibit Number 5  "Our Recommendation to YouTube"  98

Exhibit Number 6  H.B. 20                 108

---

7

P R O C E E D I N G S

THE VIDEOGRAPHER:  Good morning.  We are going on the record at 9:42 a.m.

This begins the video deposition of Alexandra Veitch taken by Defendant in the matter of NetChoice, LLC, et al., versus Ken Paxton, et al., filed in the United States District Court for the Western District of Texas, Austin Division, Civil Action Number 1:21-CV-00840-RP.

This deposition is being held at the Wilson located at 1700 K Street, Northwest, Washington, DC, on November 17th, 2021, at approximately 9:43 a.m.

My name is Gene Aronov with Integrity Legal Support Solutions, and I'm the legal video specialist.

The court reporter is Sue Alldridge in association with Integrity Legal Support Solutions.

Will counsel please introduce themselves.

MR. LYLES:  Benjamin Lyles for the defendant, Ken Paxton.

---

8

MR. DISHER:  Todd Disher for plaintiffs.

MS. YANG:  Meng Jia Yang with the law firm Wilson, Sonsini, Goodrich, and Rosati representing third-party Google.

MR. TRINH:  Michael Trinh for Google.

MS. CORBELLO:  Courtney Corbello for Defendant.

THE VIDEOGRAPHER:  And then -- should I wait for the people to continue remotely, or don't worry about it?

Okay.

Will the court reporter please swear in the witness.

-----

ALEXANDRA VEITCH

was called as a witness and, after having been first duly sworn, testified as follows:

-----

E X A M I N A T I O N

BY MR. LYLES:

Q   Good morning, Ms. Veitch.  Would you please state and spell your name for the record.

---

9

A   Sure.

Alexandra Norris Veitch.

A-L-E-X-A-N-D-R-A, N, as in Nancy, O-R-R-I-S, V, as in Victor, E-I-T-C-H.

Q   Thanks.

And have you been deposed before?

A   I have not.

Q   So just a few ground rules before we start.

Please give a verbal answer to all my questions, because the court reporter can't pick up nods or uh-uhs or anything like that.  So always a verbal answer, please.

And if you'd like to take a break at any time, just please tell your counsel.  But if I've got a question pending, please answer that before taking a break.

A   Got it.

Q   How long have you been at YouTube, Ms. Veitch?

A   I joined Google March 16th, 2020; so approximately 20 months.

1    Q    And it's true that YouTube is a
2  subsidiary of Google; correct?
3    A    Correct.
4    Q    Where were you before Google?
5    A    Immediately prior to working at Google, I
6  worked at Tesla.
7    Q    And how long were you at Tesla for?
8    A    I joined Tesla in -- sorry.  I just have
9  to replay in my memory here -- April of 2018; so
10 just under two years.
11    Q    And what were your job duties at Tesla?
12    A    At Tesla, I was the senior director
13 responsible for North American government relations.
14    Q    So what -- what did being responsible for
15 government relations entail?
16    A    Sure.
17          It was my responsibility to represent the
18 company before policymakers in both U.S. and Canada
19 and, to a lesser extent, Mexico.  And also to
20 explain policy issues to my company.
21    Q    Would it be fair to say that that
22 encompassed lobbying activities?

1    A    Yes.  I was a registered lobbyist.  Yes.
2    Q    And what are your job duties at YouTube?
3    A    Similarly, it's my -- so I'm the director
4  of government affairs and public policy for YouTube
5  in the Americas and emerging markets.  It's my
6  responsibility to represent YouTube before
7  policymakers in that region and also explain policy
8  issues to key executives at my company.
9    Q    And do those activities include blogging
10 activities?
11    A    No.
12    Q    So your work for YouTube does not involve
13 you working as a lobbyist?
14    A    So I -- I just want to make sure that,
15 you know, you and I are clear.
16          I am -- I -- I do not meet the threshold
17 to register as a lobbyist currently.  There are --
18 certainly, I represent the company's interest before
19 policymakers.
20          But if you're using "lobbyist" as a term
21 of art, you know, requiring disclosure under the
22 Lobbying Disclosure Act, I'm not a lobbyist.

1    Q    Okay.  Have you represented YouTube
2  before Congress?
3    A    I have, yes.
4    Q    So you've given testimony before
5  Congress --
6    A    I have.
7    Q    -- on behalf of YouTube?
8    A    Yes.
9    Q    Okay.  I'm going to hand you your
10 declaration that you filed in this suit, Ms. Veitch,
11 marked as Exhibit 1.
12          (Veitch Deposition Exhibit 1 was marked
13 for identification and attached to the transcript.)
14          THE WITNESS:  Thank you.
15 BY MR. LYLES:
16    Q    Are you familiar with that document?
17    A    I am.
18    Q    Who drafted that document?
19    A    I drafted this document working in
20 conjunction with Google attorneys.
21    Q    What were the names of the people you
22 worked with on that document?

1    A    Sure.
2          Michael Trinh, Angela Kim, Meng Jia Yang,
3  Brian Willen.  Those are the people I recall.
4    Q    Did you correspond with anybody other
5  than those people on that document?
6    A    About the specifics of this document?
7  No.  About the fact that I was in- -- generally
8  involved in the document, I certainly let, for
9  example, my manager know that I was working on this.
10          But about the specifics of this document,
11 only that group.
12    Q    So you had no discussions with any -- any
13 other NetChoice members about the document?
14    A    I don't believe I've ever spoken to
15 anybody at NetChoice.
16    Q    What about any of the other members of
17 NetChoice?
18          It's a trade association.
19    A    Yeah.  No.  I understand.
20          I don't believe so, no.
21    Q    What about CCIA, the other plaintiff in
22 the case?

14

1    A   I don't believe I've ever spoken to
2  anybody at CCIA.
3    Q   Okay.  About anything at all.
4    A   Ever.
5    Q   What about anybody at NetChoice about
6  anything at all?
7    A   Not that I recall.
8    Q   Okay.  And to any of CCIA's members?
9    A   I certainly have conversations with CCIA
10  member companies --
11    Q   Right.
12    A   -- right?
13       But these are folks here in town working
14  in a similar industry as me.
15       About the specifics of this declaration,
16  I have had no conversations.
17    Q   Okay.  And just to be clear, about the
18  specifics of the declaration, no conversations with
19  any NetChoice members either?
20    A   Correct.
21    Q   Okay.  Why -- why is Google not suing my
22  client independently?

15

1       MS. YANG:  Objection.  Form.
2       THE WITNESS:  Can you rephrase the
3  question so I can understand it better?
4  BY MR. LYLES:
5    Q   So Google has filed a declaration in
6  support of a suit brought by the two trade
7  associations, NetChoice and CCIA, against my client.
8       Why is YouTube not bringing its own
9  lawsuit against my client?
10    A   To be honest, I don't know the answer to
11  that question.  And -- and I fear I probably will
12  have to say this too again today.  I'm not a lawyer.
13  So advising on legal strategy like that question is
14  not my area of expertise.
15    Q   But you -- you admit that your
16  declaration contains a lot of interpretation of a
17  state statute; correct?
18    A   Correct.
19       MR. DISHER:  Objection.  Form.
20  BY MR. LYLES:
21    Q   But as you said, you're not a lawyer;
22  correct?

16

1    A   That is correct.
2       But in my role as director of government
3  affairs and public policy, it is my responsibility
4  to understand, generally speaking, how laws would
5  impact the company.  It is not my job to provide
6  legal advice.
7    Q   Understood.
8       Could you turn to paragraph 5 -- 5 and 6
9  of your declaration, please.
10    A   Sure.
11    Q   So in here there's -- there's talk, in
12  paragraph 5, about YouTube supporting the free flow
13  of ideas.  Again in paragraph 5, being as open as
14  possible.
15       What are the -- what are the requirements
16  to post on YouTube?
17       MS. YANG:  Objection.  Form.
18       THE WITNESS:  Could I just ask you to
19  clarify?
20       So YouTube has a terms of service we
21  require users to comply with.  Those terms of
22  service govern whether you're able to post on

17

1  YouTube or not.  But you tell me if there's
2  something more specific you're looking for.
3  BY MR. LYLES:
4    Q   So if a person wanted to post something
5  on YouTube, what would that have to -- have to do as
6  a practical matter?
7       MS. YANG:  Objection.  Form.
8       THE WITNESS:  So my understanding is they
9  would have to have a Google account, and they would
10  have to meet the requirements of our terms of
11  service.
12  BY MR. LYLES:
13    Q   So is that -- do they self-certify that
14  they meet the requirements of your terms of service,
15  or do you -- does Google check whether they meet the
16  terms of service?
17       MS. YANG:  Objection.  Form.
18       THE WITNESS:  So I have actually never
19  posted on YouTube.  But my understanding is that you
20  are given an opportunity to review our terms of
21  service and then an opportunity to affirmatively
22  agree with them.

1  Q   And that's all that needs to happen?
2  A   I think we're getting out of my depth
3  here.  But my understanding is that is what is
4  required.
5     Q   So if somebody represents online in that
6  process that they comply with the terms of service,
7  is there an immediate check by you-all, or does the
8  account just open?
9        MR. DISHER:  Objection.
10       MS. YANG:  Objection.  Form.
11       MR. DISHER:  Form.
12       MS. YANG:  Objection.  Exceeds the scope
13  of the deposition as allowed in the Court's order
14  dated November 2nd, 2021.
15       MR. LYLES:  Could you explain that
16  objection, please?
17       We're talking about -- paragraph 5 and 6
18  talk about how YouTube is open to the public.  It's
19  as open as possible.  So I'm trying to tease out
20  what that -- what that openness involves.
21       MS. YANG:  Counsel, the Court's order
22  allows the scope of the deposition to be the

1  information contained within the declaration.  You
2  directed the witness to paragraph 5 which speaks to
3  the openness of YouTube, as you're saying right now.
4        However, your question pertains to the
5  check of information or communication that the user
6  provides to YouTube at the time of signing up, as I
7  understand your question, which I find to exceed the
8  scope of the declaration.
9        MR. LYLES:  Okay.  So I find it to be
10  exactly in line with seeing what this "open as
11  possible" means.
12       So are you instructing the witness not to
13  answer the question?
14       MS. YANG:  I am not.  I'm stating the
15  basis of my objection on the record.
16       The witness may answer.
17       MR. LYLES:  Okay.
18       MR. DISHER:  I'll also object to
19  mischaracterizing the declaration, but go ahead and
20  answer.
21       THE WITNESS:  So let me try and tackle
22  this a different way.

1        Over 2 billion people, distinct
2  individuals, every month visit YouTube.  I think
3  that -- that is -- that fact recognizes that this is
4  a place where -- of openness where many voices, many
5  different individuals come to share ideas,
6  creativity, et cetera.
7  BY MR. LYLES:
8     Q   Okay.  And in terms of my question
9  whether Google or YouTube checks if the -- you know,
10  the users saying they comply with the terms of
11  service is true or not, is there a check or is there
12  not a check?
13       MS. YANG:  Objection.  Scope.
14       MR. DISHER:  Objection.  Form.
15       THE WITNESS:  I'm sorry.  I think -- I
16  think we're just outside of my area of expertise
17  here.
18       I am not entirely sure what happens on
19  the back end once a user accepts our terms of
20  service.
21  BY MR. LYLES:
22     Q   Does the account open, then?

1     A   Yes, that is my understanding.  The
2  account opens.
3     Q   Immediately upon accepting terms of
4  service?
5        MS. YANG:  Objection.  Scope.
6        THE WITNESS:  That is my understanding.
7        Now, to be clear, there are limitations
8  that exist about how the service can be used
9  depending on, for example -- this is just one that
10  I'm familiar with -- if you are a new creator, you
11  are not allowed to immediately livestream.
12       Livestreaming poses unique risks to the
13  platform, to our users, to our community.  So that
14  would be a privilege that is not immediately
15  available to you upon opening an account.
16  BY MR. LYLES:
17     Q   Okay.  But you could post other content?
18     A   I believe so, yes.
19     Q   Okay.
20       MR. LYLES:  And just to go back to these
21  objections, any objection beyond leading or form is
22  in violation of Western District Rule 30(b); so

22

1 please limit all your objections accordingly.
2 BY MR. LYLES:
3     Q   In paragraph 6, you talk about harmful
4 content on YouTube makes it less open, not more.
5     A   Uh-huh.
6     Q   Could you explain that, please?
7     A   Sure.
8         So we want YouTube to be a space where
9 people -- our users, our creators -- are free to
10 express themselves.  There are certain types of
11 harmful content that make people feel less
12 comfortable expressing themselves.
13        So, for example, hateful content about
14 people's gender or people's race or people's
15 religion would make YouTube a less open place rather
16 than a more open place.
17        (Veitch Deposition Exhibit 2 was marked
18 for identification and attached to the transcript.)
19 BY MR. LYLES:
20     Q   I'm going to hand you what's marked as
21 defense Exhibit --
22     A   Got it.

23

1     Q   -- Number 2.
2         It should be Bates-stamped 69, but they
3 got -- in your production, but they got cut off.
4         I don't know.  Do you want to turn to it
5 just so you can -- the tab --
6         MR. LYLES:  What's the tab again?
7         MS. CORBELLO:  It's 17.
8 BY MR. LYLES:
9     Q   Tab 17.
10        MS. YANG:  I apologize, Counsel.  I don't
11 think tab 17 corresponds to the document that I'm
12 looking at.
13        MS. CORBELLO:  No.  It'll be in there,
14 but it's -- all the Bates stamps were too low in the
15 document; so they got cut off.
16        It's about maybe a third of the way in.
17        MS. YANG:  Thank you.  I'll search for
18 it.
19        MS. CORBELLO:  Yeah.
20        MR. DISHER:  Is this the document titled
21 "Free Speech and Corporate Responsibility Can
22 Coexist Online"?

24

1         MR. LYLES:  Yeah.
2         MR. DISHER:  Thank you.
3 BY MR. LYLES:
4     Q   So who's Susan Wojcicki?
5     A   Susan Wojcicki is the CEO of YouTube.
6     Q   Okay.  And can you go down to the third
7 paragraph in that first page, please?
8     A   Sure.
9     Q   Do you see where it says "YouTube makes
10 information available to anyone with an internet
11 connection"?
12    A   Yep.
13    Q   Is that a true statement, in your view?
14       MS. YANG:  Counsel, I don't mean to
15 interrupt.
16       Can we give the witness an opportunity to
17 read the document?
18       MR. LYLES:  Yeah.
19       THE WITNESS:  Sure.
20       So, Mr. Lyles, to return to your
21 question.
22       Generally speaking, I believe this is a

25

1 true statement.
2 BY MR. LYLES:
3     Q   Okay.  So would it be fair to say that
4 the barriers to entry to see information on YouTube
5 are only having an internet connection?
6     A   I am sure there are novel reasons what --
7 that would make for barriers to entry.  But,
8 generally speaking, I believe that the information
9 available on YouTube is available to those with
10 an -- with an internet connection, yes.
11    Q   Do you need an account to view the
12 information on YouTube?
13    A   You do not.  There is a logged-out
14 experience that is available to people to come to
15 YouTube and view YouTube without a Google account.
16    Q   And to enjoy that logged-out experience,
17 do you need to make any representation about
18 complying with Google's terms and conditions?
19    A   I want to be sure that I'm being accurate
20 with you.
21        I don't believe so, but I am not certain.
22 But I believe if you come to YouTube as -- under

1  a -- you know, with that logged-out experience, you
2  will not have all the privileges of YouTube
3  available to you.
4       For example, as we discussed before, you
5  will not be able to upload content.  You will not be
6  able to be a creator.  But you would be able to view
7  content available on YouTube that way.
8     Q   Okay.  So you said there were -- there
9  were activities in YouTube that you could not engage
10  in just by creating an account; right?  That you
11  needed to do more --
12    A   For example, the --
13    Q   -- in order to livestream.
14    A   -- example about livestreaming.  Yep.
15    Q   What more would you need to do to be able
16  to livestream?
17    A   I -- I believe the standard for
18  livestreaming is you have to have had an account for
19  a certain period of time.  You have to have a
20  certain number of followers.  You have to -- to
21  summarize, have a good track record of not abusing
22  the platform.

1       And there are specific requirements that
2  I don't recall exactly what they are.
3     Q   What about being able to monetize your
4  content?
5     A   Sure.
6     Q   Well, first, can you describe what
7  that -- what it means to monetize content on
8  YouTube, please?
9     A   Sure.
10      So YouTube is unique in that we share the
11  majority of our advertising revenue with the
12  creators who create the content.  So it's a 55/45
13  revenue share split with 55 percent of that revenue
14  going to creators who are part of what's known as
15  the YouTube Partner Program, or YPP.
16      Those creators have met additional
17  standards, as you note, and are eligible for
18  monetization on our platform -- eligible to receive
19  that portion of the revenue share of the
20  advertisements that appear on their content.
21    Q   Okay.  So can I gather from
22  paragraph 5 -- if you could go back and look at that

1  again, your declaration.
2     A   Yep.
3     Q   Okay.  Actually, let's go to -- let's go
4  to paragraph 10.  Sorry about that.
5       This is where H- -- it says -- you say:
6  "HB20 would eliminate much of our ability to make
7  these kinds of choices."  I'm not going to read the
8  whole thing.
9       But can I gather from 10 that YouTube
10  prefers to its platform to be as accessible as
11  possible?
12      MS. YANG:  Objection.  Form.
13      THE WITNESS:  YouTube -- YouTube --
14  freedom of expression is a fundamental value for
15  YouTube.  So is responsibility.  Every day we are
16  trying to balance those two sometimes competing
17  dynamics of freedom of expression and
18  responsibility.
19      We want to allow for the maximum amount
20  of content that -- that is consistent with that
21  freedom of expression value but not -- but is not
22  inconsistent with our responsibility to our users,

1  to our creators, and to our advertisers.
2  BY MR. LYLES:
3     Q   So where -- I just heard that you balance
4  freedom of expression with responsibility, and then
5  something about your obligations to your
6  advertisers; is that --
7     A   Well, I think you have not entirely
8  summarized my thought there, but that was part of my
9  thought.  Sure.
10    Q   Okay.  How does YouTube make its money?
11    A   YouTube makes its -- YouTube primarily
12  makes its money by advertising revenue.
13    Q   And how does that work? if you could just
14  explain --
15    A   Sure.
16    Q   -- the process.
17    A   So, generally speaking, advertisers --
18  large companies around the world, some of the best
19  known brands, spend money to have their
20  advertisements appear alongside the user-generated
21  content that appears on our platform.
22      To be clear, there are other smaller

1 revenue streams for YouTube, but that is the largest
2 revenue stream.
3     Q   How does user engagement play into
4 advertising?
5         MS. YANG:  Objection.  Form.
6         THE WITNESS:  Could I just ask you to
7 rephrase that so I make sure I understand your
8 question?
9 BY MR. LYLES:
10     Q   So how do advertisers decide, like, where
11 they're going to ask YouTube to place their ads?
12     A   Sure.
13         So advertisers have a wide range of
14 controls about what sort of content they want their
15 advertisements to appear -- to appear on.  And they
16 can be -- they can be sort of general or reasonably
17 specific about the type of content they want their
18 advertisements to appear alongside.
19     Q   And does YouTube recommend this content
20 to users that the advertisements appear alongside?
21     A   YouTube recommends content to our users,
22 and some of that content may be -- may have

1 advertisements appear alongside it, yes.
2     Q   How do you understand the term "user
3 engagement"?
4     A   I actually don't understand that term.
5 That's not necessarily a term we use at YouTube.  So
6 maybe you could define it for me.
7     Q   Okay.  So YouTube recommends content to
8 its users --
9     A   Correct.
10     Q   -- is that correct?
11     A   That's correct.
12     Q   And what guides those recommendations?
13     A   Oh, sure.
14         So we want to recommend content to our
15 users that they will love, new content that they
16 will enjoy, content that they might not otherwise
17 discover.
18         There's three general baskets of signals
19 that we use to determine what content to recommend
20 to any user.  So the first is about the user
21 themselves.  What -- what sort of content have you
22 watched before.  What are your general interests.

1 What channels do you subscribe to.
2         Second are general context clues about a
3 user.  So less specific than to you, Mr. Lyles, in
4 particular.  But where in the world are you.  What
5 language does it seem that you speak.  What time of
6 day it is.
7         And then the third are signals we pick up
8 about the individual content itself.  As I began, we
9 want to recommend content to our users that users
10 will love.  So we like to recommend videos that not
11 only have gotten a lot of watch time on our platform
12 but, for example, are watched from beginning to end,
13 which is a signal to us that users started that
14 video and then sufficiently enjoyed it to continue
15 watching it.  Or videos that have gotten a lot of
16 likes on them.  Another signal that this is the kind
17 of content that users enjoy.
18     Q   So part of the feedback that shows you
19 you're recommending the right thing to the user is
20 some action by the user?
21     A   Sure.  By both that user and by other
22 users as well.

1     Q   Okay.  Clicks, for example, would be one.
2 Would that be --
3     A   So --
4         MS. YANG:  Objection.  Form.
5         THE WITNESS:  I'm actually going to
6 disagree with you there, because, as I said, clicks
7 are a very imperfect measure of whether users
8 actually like that content.
9 BY MR. LYLES:
10     Q   Okay.
11     A   A better measure is did you click and
12 then continue to watch the video all the way
13 through.
14     Q   Okay.
15         Okay.  And would it be fair to say that
16 YouTube strives to give users -- or recommend to
17 users the kind of content that results in those --
18 those types of actions?  Clicking on a video and
19 watching it all the way through.
20     A   There is some -- some additional nuance
21 probably required there, which is that, on certain
22 subjects, we want to index in the direction of

1 authoritative information even over engagement.
2     So, for example, on a subject like
3 COVID -- obviously, very relevant right now -- the
4 most sensational video, the video that gets the most
5 views that is watched the most might not actually be
6 the most useful video for our community.  And so on
7 subjects like COVID, on subjects like news,
8 politics, we also index toward authoritative
9 content.
10     Q   Okay.  But indexing toward engagement is
11 also something you do?
12     A   Well, to be clear, on those subjects we
13 will index toward authoritative at the -- at the
14 sacrifice of engagement.
15     Q   Okay.
16     A   But engagement is, as you are accurately
17 pointing out, an important signal, that this is the
18 kind of content that users love and that other users
19 may love as well.
20     Q   Are there areas in which engagement is
21 the primary form of -- the primary priority in
22 recommending content?

1     A   So I just want to make sure I'm entirely
2 accurate here.  And we've started to use engagement
3 in a -- in a particular way.  So maybe if you could
4 define for me how you're using it.  Because, again,
5 you know, number of views does not necessarily equal
6 engagement.
7     Q   Right.
8         Okay.  So, for instance, you said that a
9 better -- a better metric for engagement was whether
10 somebody clicks on the video and watches the whole
11 thing.
12     A   Yep.
13     Q   So are there areas where those concerns
14 are paramount over whether the content is
15 authoritative or not?
16     A   There are -- there are subjects in which
17 authoritative isn't a metric that we use; right?  I
18 mean, if it's a video about skateboarding, there is
19 no sort of authoritative -- you know, just to pull
20 that ex- -- there is no authoritative source on
21 skateboarding.  We're not going to look for -- we're
22 not going to index toward authoritativeness on

1 skateboarding.
2         So on that content on skateboarding,
3 whether users are watching it all the way through,
4 whether they're clicking the "like" button, whether
5 they're sharing it with other people, that would
6 indicate to us that that's content about
7 skateboarding that other users would enjoy.  We
8 would recommend that content to other users.
9     Q   You spoke earlier about how you balance
10 freedom of expression against responsibility.
11         Do you also balance it against the
12 engagement concerns we were talking about?
13         MS. YANG:  Objection.  Form.
14         THE WITNESS:  So I think we're aligning
15 sort of two concepts here.  And maybe if I could
16 just take a big step back.
17         So when we talk about YouTube, we often
18 talk about it in the context of the four R's.  And I
19 believe this is discussed in my declaration.
20         So remove what content is -- what content
21 lives on YouTube and what content cannot live on
22 YouTube.  Remove -- raise what content we -- what

1 authoritative content we elevate to our users.
2 Reduce what content we do not recommend to our
3 users.  And then reward, as we discussed
4 monetization for our creators.
5         When we talk about that balance between
6 responsibility and freedom of expression, we're
7 often talking about it in that context of the remove
8 conversation.  What content can live on our platform
9 and what cannot.
10         So I just don't want to confuse that with
11 the idea of recommendations and what content we
12 raise up versus what we reduce.
13 BY MR. LYLES:
14     Q   Okay.
15     A   But you tell me if I didn't answer
16 your --
17     Q   So --
18     A   -- question.
19     Q   Yeah.
20         So putting aside the stuff that gets
21 taken away --
22     A   Sure.

38

1    Q    -- right? --
2    A    Okay.
3    Q    -- where it sounds, from what you said,
4    there's no -- there's no discussion at all; right?
5    It's like it violates the community guidelines; so
6    it's removed --
7    A    Content that violates our community
8    guidelines is --
9         MR. DISHER:  Objection.  Form.
10        Go ahead.
11   BY MR. LYLES:
12   Q    Okay.
13   A    Content that violates the community
14   guidelines is removed from our platform.
15   Q    But then in -- in cases where there's
16   actually a -- a pro- -- like, a -- it's not -- it
17   doesn't violate the guidelines.  It bumps up against
18   them; is that --
19   A    Sure.  Yep.
20   Q    Is engagement -- is there a sort of
21   balancing between --
22   A    Oh, I see.

39

1    Q    -- YouTube search for engagement and --
2    A    Sure.  Sure.  Sure.
3    Q    -- not de-prioritizing it or leaving it
4    out, or whatever?
5    A    Sure.  Yeah.
6         MS. YANG:  Objection.  Form.
7         And I'm going to remind both counsel and
8    witness:  Let's limit the crosstalk -- so talking
9    during the other person's question or the answer --
10   just to make it easier for the court reporter.
11        MR. LYLES:  Okay.
12        MS. YANG:  So let's let the other person
13   finish.
14        MR. LYLES:  Thank you.
15        THE WITNESS:  Apologies.
16        MS. YANG:  That's -- no worries.
17        THE WITNESS:  So the borderline -- I
18   think you used the word border- -- borderline
19   content.  That's content that we consider that comes
20   close to but does not go over the line of violating
21   our community guidelines.
22        And just to give an example to sort of

40

1    make this real.  I think one I mention in my
2    declaration is about suggesting that the moon
3    landing was faked.
4         As we want to balance having the maximum
5    amount of information available to our users for
6    that freedom of expression but we also want to be
7    responsible, one of the ways that we strike that
8    balance is by allowing that borderline content to be
9    on our platform but by minimizing our
10   recommendations of that content to our users.
11   BY MR. LYLES:
12   Q    And how does giving users what they want
13   to see play into that calculus?
14        MS. YANG:  Objection.  Form.
15        THE WITNESS:  So on borderline content
16   for that subset of content, we do still allow users
17   to see that on our platform.  And we do balance
18   that -- right? -- that the content is still there.
19        If it's from a channel that users are
20   subscribed to, that -- that content will still
21   appear.  They will receive a notification, if
22   they've opted into notifications, that that content

41

1    is available to them.  But we will not recommend it
2    to users who are not seeking out that content.
3    BY MR. LYLES:
4    Q    But if a user were to seek out, say, a
5    conspiracy theory like the moon landing didn't
6    happen, YouTube would recommend that content?
7    A    No.  I think, perhaps, I'm not being
8    clear.
9         That content would be available.  It
10   is --
11   Q    Okay.
12   A    -- on the platform.  But we would
13   endeavor not to recommend --
14   Q    Okay.
15   A    -- that content to them.
16        So, again, that's the balance.  The
17   content is there --
18   Q    Right.
19   A    -- but it is not recommended --
20   Q    I see.
21   A    -- to them.
22   Q    Have there ever been reports that YouTube

1 recommended to users content that violated YouTube's
2 terms of service?
3    A   Yes.
4        And I believe in my declaration here I
5 speak to what we call the "violative view rate."
6 That's a statistical sampling that we do to
7 determine what percentage of content that is viewed
8 on our platform is -- is of content that violates
9 our policies.
10       Again, we -- YouTube is operating at
11 massive scale, 500 hours of content uploaded every
12 minute.  We try and remove all content that violates
13 our community guidelines.  We remove an enormous
14 amount of content about which we are transparent,
15 but there is content on our platform that does
16 violate our community guidelines.
17       And we have found, I think in the most
18 recent quarter, that that is somewhere between .17
19 and .19 percent of views.  So 17 to 19 views out of
20 every 10,000 are of content that violates our
21 community guidelines.
22    Q   But back to my question.  Have there been

1 reports that YouTube has recommended content to
2 users that violate its community guidelines?
3    A   I'm not -- off the top of my head, I'm
4 not familiar with any specific reports.  But it
5 would be reasonable for me to assume, given what I
6 just said about violative view rate and the scale at
7 which we operate, that that has happened and
8 probably been reported on.
9    Q   But just to be clear, you're not aware of
10 any?
11   A   Not off the top of my head, no.
12   Q   Okay.  Could you turn to paragraph 20,
13 please, Ms. Veitch, of your declaration.
14       So this paragraph reads:  "YouTube has
15 always had rules of what speech we permit on the
16 platform, and we have never claimed that YouTube
17 would host all user-generated content.  YouTube has
18 never allowed pornography, incitement to violence,
19 or content that would harm children, for example."
20       Are those content-based or
21 viewpoint-based categories, Ms. Veitch?
22       MS. YANG:  Objection.  Form.

1       THE WITNESS:  I believe they could be --
2 I mean, pornography, perhaps, is the exception.  But
3 I believe that the second two categories, incitement
4 to violence or content that would harm children,
5 could be either.
6 BY MR. LYLES:
7    Q   Either content or viewpoint?
8    A   Yeah.
9    Q   But pornography would be content?
10       MR. DISHER:  Objection.  Form.
11       THE WITNESS:  I'm not an expert on
12 pornography, but I don't -- I don't see that as
13 viewpoint based, no.
14 BY MR. LYLES:
15   Q   Okay.  Is all content -- I'm trying to
16 figure out how to phrase this.
17       Is all content treated equally once it's
18 uploaded onto YouTube?
19       MS. YANG:  Objection.  Form.
20       THE WITNESS:  I appreciated the human
21 moment there.  You're trying to figure out how to
22 phrase something.

1       No, not all content is -- there are --
2 there are a variety of tools that we can use on the
3 platform, as we've already discussed.  Even assuming
4 the content does not violate our policies, some
5 content will be recommended while other content will
6 not.  Some content will monetize while other content
7 will not.  Some content, for example, could be
8 age-gated.  We could see it as not appropriate for
9 younger viewers.
10       So there are -- so, no, there are a
11 number of different tools that we use for how we
12 treat content.  And, no, not -- not all content is
13 treated the same.
14 BY MR. LYLES:
15   Q   Do your policies related to content apply
16 equally regardless of the person hosting it?
17   A   Yes.  This is -- this is a way in which
18 YouTube is, perhaps, unique from other platforms.
19 Our community guidelines are applied equally to all
20 creators.
21   Q   Okay.
22       Okay.  How is that different from the

1  other platforms?
2        MS. YANG:  Objection.  Form.
3        MR. DISHER:  Objection.  Form.
4        THE WITNESS:  I'm not an expert on how
5  other platforms work.  But I do believe that some
6  other platforms take what is called a speaker-based
7  approach where there are different rules for
8  different speakers.
9        There are no different rules for
10  different speakers on YouTube.  All speakers are
11  treated equally.  Whether you are a president of a
12  country or a democratically elected representative
13  versus John Q. Public, all creators are treated the
14  same on YouTube.
15  BY MR. LYLES:
16    Q    Okay.  Has Google received subsidies from
17  the federal government?
18        MR. DISHER:  Objection.  Form.
19        THE WITNESS:  I am -- I do not know the
20  answer to that question.
21  BY MR. LYLES:
22    Q    Has Google received subsidies from any

1  state government?
2        MR. DISHER:  Objection.  Form.
3        THE WITNESS:  I do not know the answer to
4  that question.  That is not within the scope of my
5  work.
6  BY MR. LYLES:
7    Q    Has Google received any benefits from the
8  federal government?
9        MR. DISHER:  Objection.  Form.
10        MS. YANG:  Objection.  Form.
11        THE WITNESS:  Could you define what you
12  mean by "benefits"?
13  BY MR. LYLES:
14    Q    So, for example, an absence of
15  regulation, would that be a benefit that Google has
16  received, in your view?
17        MR. DISHER:  Objection.  Form.
18        MS. YANG:  Objection.  Form.
19        THE WITNESS:  I -- I don't want to argue
20  law with a lawyer.  But an absence of regulation
21  does not seem to me to be a benefit.
22

1  BY MR. LYLES:
2    Q    So have you heard of the Communications
3  Decency Act, section 230?
4    A    I have, yes.
5    Q    And section 230 insulates a company like
6  Google from liability for content posted by third
7  parties?
8    A    For user-generated content.  Correct.
9    Q    Do you see that as a benefit that Google
10  enjoys?
11        MS. YANG:  Objection.  Form and exceeds
12  the scope.
13        THE WITNESS:  I don't see that as a
14  benefit.  I see that as a law enacted by Congress
15  that has been essential to having a free and open
16  internet here in the United States that all citizens
17  have benefited from.  It is not a benefit for any
18  particular company.
19  BY MR. LYLES:
20    Q    If that 230 protection went away, would
21  that significantly change the way YouTube did
22  business?

1        MS. YANG:  Objection.  Form and exceeds
2  the scope.
3        THE WITNESS:  If section 230 went away,
4  it would -- it would radically change the internet
5  in the United States of America.  By extension, that
6  would certainly also impact YouTube.
7  BY MR. LYLES:
8    Q    And you're aware that section 230 doesn't
9  protect newspapers, for example?
10        MS. YANG:  Objection.  Scope.
11        MR. DISHER:  Objection.  Form.
12        THE WITNESS:  That is actually not my
13  understanding of how section 230 works.  I believe
14  that there are some potential portions.  For
15  example, if a newspaper had a comments section
16  online, that would be covered by -- by section 230.
17  BY MR. LYLES:
18    Q    But it's your understanding that it would
19  only apply to online comment sections?
20        MS. YANG:  Objection.  Form and exceeds
21  the scope.
22        THE WITNESS:  No, that's not what I said.

1    I said that is an example --
2  BY MR. LYLES:
3    Q   Okay.
4    A   -- of -- of --
5    Q   Sorry.
6    A   -- a way in which a newspaper could be
7  the -- also the beneficiary -- could also benefit
8  from protections of section 230.
9    Q   Okay.  Do your policies related to
10  content apply equally regardless of the user posting
11  it?
12      (Reporter asks for clarification.)
13  BY MR. LYLES:
14    Q   Do your policies related to content apply
15  equally regardless of the user posting it?
16      Did I just say that?
17      I'm sorry.
18    A   I'm always happy to answer again.
19    Q   Strike that.
20      Do you think YouTube should be subject to
21  more regulation?
22      MS. YANG:  Objection.  Form.

1    THE WITNESS:  I think there are many
2  commonsense regulations that could be passed by
3  policymakers that YouTube would absolutely be
4  supportive of.  For example, comprehensive national
5  privacy legislation would have a big impact on our
6  platform but is also something we have said we are
7  supportive of.
8  BY MR. LYLES:
9    Q   So you're aware that if I, for example,
10  wrote a libelous letter to the editor of a newspaper
11  and they posted it, somebody could sue me -- sue the
12  newspaper over that?
13      MS. YANG:  Objection.  Form.
14      MR. DISHER:  Objection.  Form.
15  Objection.  Scope.
16      THE WITNESS:  I don't work for a
17  newspaper.  I've never worked for a newspaper.  It
18  would not be appropriate for me to comment on what a
19  newspaper is subject to.
20      MR. LYLES:  I'd like to revisit what I
21  said earlier, and that's any objection beyond
22  leading or form is in violation of Western District

1  Local Rule 30(b); so please limit them accordingly.
2      MR. DISHER:  We have a Court order that
3  limits the scope of this deposition; so I will
4  object --
5      MS. CORBELLO:  It doesn't make it a
6  proper objection, Todd.
7      MR. DISHER:  -- as -- as needed based on
8  the scope of the -- we're not instructing her not to
9  answer, but we are absolutely entitled to object to
10  questions that might be outside the scope.
11      MR. LYLES:  For the record, I'm going to
12  say that's an improper objection.
13      MS. YANG:  And, for the record, we're
14  going to disagree, because the local rule allows for
15  enforcement of limitations by Court order on the
16  scope of the deposition.  So does federal rule
17  30(c)(2).  So we're going to be enforcing those
18  limitations from the November 2nd Court order
19  today.
20      MR. LYLES:  Okay.  We're going to
21  disagree that that's a proper objection.
22      MS. YANG:  You can proceed, Counsel.

1  BY MR. LYLES:
2    Q   In terms of -- what does comprehensive
3  national privacy legislation mean?
4    A   Well, I would defer to legislators to --
5  for the specifics of what comprehensive national
6  privacy legislation should look like.
7      But currently there is no federal privacy
8  legislation.  There is -- states have taken up this
9  mantle and passed privacy laws -- California, for
10  example.  But Congress has not yet done the same,
11  and we -- we encourage them to do so.
12    Q   And what -- I mean, what -- like you
13  said, you would leave the details up to state -- or
14  to legislators.
15      But what, generally, would some of that
16  privacy legislation look like?
17      MS. YANG:  Objection.  Form.  Objection.
18  Outside the scope.
19  BY MR. LYLES:
20    Q   What aspects of such hypothetical
21  legislation would you be supportive of?
22      MS. YANG:  Objection.  Form.  Objection.

54

1  Scope.
2       THE WITNESS:  Generally, we would be
3  supportive of our users, Americans, having greater
4  control over their own private data and for
5  companies being held to a single set of standards
6  for how we treat the data of our users.  In this
7  case, Americans.
8  BY MR. LYLES:
9       Q   Is there a California state privacy law?
10      A   There is.
11      Q   And how did YouTube have to change to
12  comply with that law?
13          MS. YANG:  Objection.  Form and scope.
14          THE WITNESS:  I actually don't know the
15  answer to that question.  That law was enacted prior
16  to my arrival at YouTube.  And I'm also neither a
17  lawyer nor a compliance lawyer.
18  BY MR. LYLES:
19      Q   To your knowledge has YouTube done
20  anything to comply with the law?
21      A   Again --
22          MS. YANG:  Objection.  Scope.

55

1          THE WITNESS:  -- I'm not a lawyer or a
2  compliance lawyer.  I believe, also, the -- I'm not
3  entirely sure that the full -- all the elements of
4  that law have come into force yet; so I don't know
5  the answer to that question.
6  BY MR. LYLES:
7       Q   Who at YouTube or Google would know about
8  that?
9       A   Our compliance lawyers.
10      Q   Could you give me a name?
11      A   I guess we could start with our vice
12  president of legal, Lance Kavanaugh.  And then I'm
13  sure he would have product counsel who could advise
14  on that particular question.
15      Q   Okay.
16      A   I don't know how product counsel would
17  be.
18      Q   Okay.  Do you believe that there should
19  be any regulation at all making YouTube libel for
20  third-party speech posted on its platform?
21          MS. YANG:  Objection.  Form and scope.
22          THE WITNESS:  You're asking from my view

56

1  as a private citizen?
2  BY MR. LYLES:
3       Q   No.  Your view representing YouTube in
4  this deposition.
5       A   I believe that -- that erosions to
6  section 230 could have enormous and unintended
7  consequences.  And so I would urge caution as
8  Congress considers them.
9          It's impossible for me to speak to a
10  hypothetical; so I -- I -- I don't know the answer
11  to your question, and I would consider it on a
12  case-by-case, piece-of-legislation by
13  piece-of-legislation basis.
14      Q   Can you go to 7 and 8, please.  Or --
15  finish your water, please.
16      A   No.  No.  Go ahead.
17      Q   I didn't mean to interrupt you.
18      A   Of the -- of the declaration?
19      Q   Yes, please.
20          MR. LYLES:  Actually, we're pretty close
21  to a break, aren't we?
22          MS. CORBELLO:  Yeah.  I was going to tell

57

1  you to do this after this.
2          MR. LYLES:  Yeah.
3          Do you want to go ahead and take an
4  hourly break now?
5          MS. YANG:  Sure.  Happy to.
6          Should we take about five minutes?
7          MR. LYLES:  I think we're about an hour.
8          Yeah.  Sure.
9          MS. YANG:  Thank you.
10          THE VIDEOGRAPHER:  We're going off the
11  record.  This is the end of media unit number 1.
12          The time is 10:31 a.m.
13          (Off the record.)
14          THE VIDEOGRAPHER:  We're back on the
15  record.  This is the beginning of media unit
16  number 2.
17          The time is 10:44 a.m.
18          MR. DISHER:  One thing real quick I just
19  want to put on the record, agreement that we have,
20  that one objection from either plaintiff's counsel
21  or counsel for YouTube is good for preserving
22  objections for all parties.

1        MR. LYLES:  Yeah.  Sure.
2   BY MR. LYLES:
3       Q   All right.
4       A   Yep.
5       Q   Ms. Veitch, could you go to -- please, to
6   paragraph 7 and 8 of your declaration.
7       A   Yes, sir.
8       Q   So 7 begins:  "These beliefs and values
9   drive the decisions we've made in building YouTube."
10          Could you just recap those values again?
11      A   With apologies.  I'm just going to
12  refresh --
13      Q   Yeah.  Sure.  Sure.
14      A   -- my recollection on this portion of the
15  declaration.
16          So when I refer here to beliefs and
17  values, among concepts I'm referring to are that the
18  internet -- a free and open internet is a source of
19  information and creativity; that freedom of
20  expression is a core YouTube value but so is
21  responsibility; and that we continually try to
22  strike that right balance between freedom of

1   expression and responsibility.
2       Q   Are there other values that YouTube tries
3   to foster on its platform?
4       A   Those are very overarching general
5   values.  And I think most of our community
6   guidelines would fall under that rubric, obviously,
7   with more specificity.
8       Q   Are there any other -- I mean, can you
9   just provide some examples of other values YouTube
10  tries to foster on its platform?
11      A   I think, generally speaking, you can say
12  the balance between freedom of expression and
13  responsibility is the overarching value under which
14  we determine what content is available on our
15  platform.
16      Q   Can you get any more specific than that?
17      A   I cannot.
18      Q   So would those decisions as to more
19  specific values -- are they taken on an ad hoc
20  basis?
21      A   Content moderation is not taken on an ad
22  hoc basis.  It is made according to our community

1   guidelines which are publicly available.
2       Q   So to go -- to find more specific values
3   that YouTube fosters on its platform, one should
4   look at the community guidelines?
5       A   Community guidelines govern what content
6   is allowable on our platform and what is not.  Those
7   are a more specific form of YouTube's overarching
8   values.
9           YouTube's mission -- let me add this
10  since I don't believe I said this previously.
11  YouTube's mission is to give everyone a voice and
12  show them the world.  Again, that's -- we do that by
13  balancing freedom of expression with responsibility.
14  Those are the core values.
15      Q   And are those core values reflected in
16  YouTube's editorial judgments about what it puts on
17  its platform?
18      A   I'm sorry.  Could you ask that question
19  again?  I'm not sure I'm following.
20      Q   Okay.  Let me try to figure out another
21  way, then.
22          So the core values you just described,

1   are those reflected in the editorial judgments
2   YouTube makes in crafting the content moderation on
3   its platform?
4       A   Those core values inform the crafting of
5   our community guidelines which determine what
6   content is allowable on our platform and what is
7   not.
8       Q   Okay.  Is YouTube expressing its core
9   values in the way it moderates content?
10      A   Yes.  I believe it is, yes.
11          And as we have discussed previously,
12  those values exist and those community guidelines
13  exist without specificity toward any individual
14  creator, toward any particular, for example,
15  political viewpoint.  But they are overarching
16  values about what we want our platform to look like.
17      Q   Okay.
18          MR. LYLES:  I'm handing the witness what
19  I've marked as Defendant's Exhibit Number 3.
20          (Veitch Deposition Exhibit 3 was marked
21  for identification and attached to the transcript.)
22

62

1 BY MR. LYLES:
2    Q    Could you take a moment to familiarize
3 yourself with that.  It's called "YouTube is a
4 Pedophile's Paradise," and it's from the Huffington
5 Post, last updated March 21st, 2020.
6    A    So just to be clear, I don't think I've
7 seen this before, which is fine.  But it is a
8 23-page article.
9        So if I'm going to properly familiarize
10 myself, it will actually take a few moments.
11    Q    Excellent point.
12        Why don't we just go to page 3.
13    A    Okay.
14    Q    Do you see where it says --
15        MS. YANG:  Counsel, the witness is going
16 to need at least a few minutes to at least generally
17 familiarize herself with the document, even though
18 it's long; so let's give her a few moments.
19        MR. LYLES:  Okay.
20        MS. YANG:  For clarity, let the record
21 reflect that this document was not produced by
22 Google.

63

1        MR. LYLES:  Yeah.
2        Counsel, how much more time do you think
3 you're going to need?
4        MS. YANG:  Alexandra?
5        THE WITNESS:  I mean, just respectfully,
6 I'm on page 8 of a 23-page article I've never seen
7 before; so -- I'm a fast reader, but it does take
8 time to consume this information.
9        MR. LYLES:  We should probably go off the
10 record, then, just to save time.
11        MS. YANG:  I'm happy to do that.
12        THE VIDEOGRAPHER:  We're going off the
13 record.
14        The time is 10:54 a.m.
15        (Off the record.)
16        THE VIDEOGRAPHER:  We're back on the
17 record.
18        The time is 10:58 a.m.
19 BY MR. LYLES:
20    Q    Ms. Veitch, could you go to page 3 of the
21 article I just handed you where it says -- the top
22 first full paragraph of page 3 -- "YouTube's

64

1 automated recommendation engine propels sexually
2 implicit videos of children like Allie from
3 obscurity into virality and onto the screens of
4 pedophiles.  Executives at the Google-owned company
5 are well aware of this."
6        Were you aware of this report,
7 Ms. Veitch?
8    A    I was not.
9        MS. YANG:  Objection.  Exceeds the scope
10 of the deposition.
11 BY MR. LYLES:
12    Q    Were you aware of the content presented
13 in this report?
14        MS. YANG:  Objection.  Exceeds the scope.
15        THE WITNESS:  I have never seen this
16 article before today.  I was not aware of this
17 article.
18 BY MR. LYLES:
19    Q    Before today, were you aware of the
20 substance of this article?
21        MS. YANG:  Objection.  Scope.
22        THE WITNESS:  I think I would have to

65

1 more specifically understand what you mean by "the
2 substance of this article."
3        It's a 23-page article.  So which
4 substance do you mean?
5 BY MR. LYLES:
6    Q    So, for example, that the claim that
7 YouTube's algorithms were recommending sexually
8 implicit videos of children in such a way that it
9 took them from obscurity to virality?
10        MS. YANG:  Objection.  Scope.
11        THE WITNESS:  I am generally aware, as --
12 as you and I have discussed earlier today, about
13 concerns around YouTube's recommendations.  I am
14 also generally aware of changes that we have
15 implemented to our recommendation systems over the
16 years, some of which I think we also talked about
17 today, to improve the quality of the content that we
18 recommend to our users.
19        I do not believe that I was aware of the
20 more specific concern around recommendations noted
21 here.
22

BY MR. LYLES:

Q   These concerning incidents of YouTube's recommendations, are these examples of YouTube engaging in editorial discretion?

MS. YANG: Objection. Form. Objection. Scope.

THE WITNESS: As we've discussed today, there is an enormous amount of content on YouTube: 500 hours uploaded every minute; volume of content growing exponentially.

We consistently endeavor to get it right both in terms of what content is available on our platform, making sure that it complies with our community guidelines, and in terms of the quality of the content that we recommend to our users.

Getting it right, trying -- continuing to endeavor to get it right is important to earn the trust of our users, our creators, and our advertisers.

But also given the scope, the volume of the content, we don't get it perfect. In fact, as you and I have discussed today, .17 to .19 percent

of views of content on YouTube are on content that violates our community guidelines. So that's a -- so that's a piece of data that we make public ourselves suggesting that we don't always get it right. But we continue to try.

We also continue to do better. If you look at that data point of the violative view rate, if declines over time, over a period of many years. And we want to be held accountable to continuing to reduce that number.

But I do not want to suggest to you today that we always get it 100 percent right.

BY MR. LYLES:

Q   When you don't get it right, is that an expression of YouTube's editorial discretion?

MR. DISHER: Objection. Form.

Go ahead.

THE WITNESS: With respect, sir, I just don't -- I don't understand the -- the -- those -- what feel to me to be two very distinct concepts --

BY MR. LYLES:

Q   Okay. So let's --

THE WITNESS: -- being put together in the same --

MS. YANG: Counsel --

MR. LYLES: Sorry.

THE WITNESS: -- question.

MR. LYLES: Yeah. Got it.

MS. YANG: -- let's not interrupt the witness.

MR. LYLES: Excuse me.

BY MR. LYLES:

Q   If we go back to paragraph 7 again where you talk about the "editorial judgments we have made in crafting the content moderation tools and policies."

So these editorial judgments are the same things that result in not getting it right some of the time. Is that fair to say?

MS. YANG: Objection. Form.

MR. DISHER: Objection.

THE WITNESS: So there is both our error rate, our not getting it right, and enforcing our policies and recommending our content. There is

also a continuing effort by us to refine our policies, to adapt our policies over time.

So, for example, with COVID, as global understanding -- as the understanding of health authorities has evolved over time, our policies have changed. So I don't want to suggest to you that YouTube's policies, our editorial judgments, exist carved in stone. They do not. They evolve over time.

BY MR. LYLES:

Q   Okay. But the not getting it right, when that happens in a certain temporal context, at that time, that not getting it right was a result of YouTube's editorial judgments at that time?

MR. DISHER: Objection. Form.

MS. YANG: Objection. Form.

THE WITNESS: Sure. It is -- well, I just -- so allowing a piece of content -- a piece of content that appears on our platform that violates our policies but is, nonetheless, on our platform may never have been reviewed by either human or machine. So there may have been no judgment made

70

1 around that individual piece of content. So I just
2 want to make sure I'm answering you accurately.
3 BY MR. LYLES:
4    Q   Okay. Well, we can just -- we can just
5 leave it at that.
6        Thank you for your patience --
7    A   Thank you.
8    Q   -- with that line of questioning.
9    A   And yours as well. Thank you for your
10 patience.
11    Q   Let's move on to paragraph 18 of your
12 declaration, please.
13        Here you talk about how many channels or
14 accounts YouTube has removed and provide some
15 reasons for that.
16        How did you get that information?
17    A   This -- this data is directly from our
18 community guidelines enforcement report, which is --
19 we make public on a quarterly basis.
20    Q   Okay. And how does it -- how does it
21 make it into the report? I mean, who -- who finds
22 it?

71

1    A   Sure.
2        That -- that is a -- I'm sure a fair
3 question but, really, outside of my area of
4 expertise.
5        So there are things that happen back of
6 house in terms of tracking, the removal of content,
7 the removal of videos, the removal of comments that
8 form these numbers. But I'm not involved in the
9 quantifying of these metrics.
10    Q   Who would know? Like, units and names,
11 please.
12    A   Gosh. There -- well, so our vice
13 president of trust and safety, which is
14 responsible -- our trust and safety organization is
15 responsible for the enforcement of our community
16 guidelines. That is -- that's a large organization
17 that involves -- that -- there are both content
18 moder- -- content moderators in that organization.
19 I assume there are probably also data scientists
20 that do this sort of data tracking. And our vice
21 president of trust and safety is an individual named
22 Matt Halprin.

72

1    Q   Okay. Is there a set of documents that
2 would answer that question as well?
3    A   There may be, but I don't know.
4    Q   Okay. And would Matt Halprin be the
5 person that would know?
6    A   I am trying to give you the person who is
7 most likely, in my estimation, to under- -- to
8 understand all the pieces, all the inputs --
9    Q   Right.
10    A   -- that lead to the community guidelines
11 transparency report, and that would be Matt Halprin.
12 Matt Halprin leads that organization.
13    Q   Okay. Thank you.
14        How -- are algorithms responsible for the
15 moderation that you talk about in 18 in terms of
16 removal?
17    A   Sure.
18        Some- -- some- -- sometimes the source of
19 first detection of violative content are machine
20 learning systems or algorithms.
21    Q   What -- what percentage of the times of
22 detection, do you think?

73

1    A   You know, I know that piece of data is in
2 our community guidelines transparency report. I
3 don't have it off the top of my head.
4    Q   Is it more than 50 percent?
5    A   Yes.
6        MS. YANG: Objection. Form.
7 BY MR. LYLES:
8    Q   Is it more than 70 percent?
9        MS. YANG: Objection. Form.
10        THE WITNESS: I -- I believe it is both
11 more than 50 and 70 percent. But, again, that exact
12 figure is avail- -- publicly available.
13 BY MR. LYLES:
14    Q   So the -- it's the vast majority. Would
15 that be --
16        MS. YANG: Objection.
17 BY MR. LYLES:
18    Q   -- fair to say?
19        MS. YANG: Form.
20        THE WITNESS: I --
21 BY MR. LYLES:
22    Q   Okay.

1    A   I would ask you to define "vast
2  majority."
3    Q   Sure.  Okay.
4    A   But I believe more than 70 percent --
5    Q   Okay.
6    A   -- is correct.
7    Q   How about 80 percent?
8        MS. YANG:  Objection.  Form.
9        THE WITNESS:  I believe that that number
10  is more than 80 percent.  But, again, that number is
11  publicly available to you.  You don't have to take
12  my word for it.
13  BY MR. LYLES:
14    Q   Okay.  And that's -- what did you call
15  that again?  The first --
16    A   Source of first detection.
17        So what -- whether -- whether the
18  video -- the violative content was first reviewed by
19  machines or by humans.
20    Q   Okay.  And then after that source of
21  first detection, where would a removed -- what would
22  be the sort of workflow for a piece of content that

1  got removed?
2    A   Sure.
3        So content that violates our community
4  guidelines, whether detected by human or machine, is
5  removed from the platform.  At that point, a
6  single -- a one-click opportunity for appeal is sent
7  to the creator.
8        And just -- just so I'm very clear, I'm
9  talking about here video content, individual pieces
10  of video --
11    Q   Yeah.
12    A   -- not comments, which are treated
13  somewhat differently.
14        So the creator is given an opportunity to
15  appeal.  We don't always get that right.  Both
16  machines and humans make errors.
17        And so creators are given the opportunity
18  to appeal.  That appeal is then reviewed by a human.
19  And then the content would either be restored, if it
20  is not violative of our community guidelines, or it
21  would remain removed.
22        And, perhaps, important to note that both

1  number of appeals and then the success rate of those
2  appeals are publicly available in our community
3  guidelines enforcement report.
4    Q   What -- so if -- if the episode falls
5  into one of these -- the algorithm detects it as
6  incompatible with the community guidelines, is it
7  accurate that the algorithm -- if it was one of the
8  algorithm ones, the algorithm then removes it, and
9  that's what initiates the appeal process?
10    A   I don't think that's entirely accurate.
11  I believe that there are instances in which the
12  machine learning systems do not have a high degree
13  of confidence --
14    Q   Okay.
15    A   -- at which point that video review would
16  be routed to a human for review.
17    Q   Okay.
18    A   So there's sort of -- there's multiple
19  options here:  Machine only, human only, or a
20  combination of machine and human.
21    Q   Okay.
22        All right.  How long -- where the machine

1  has a high degree of confidence, how long does it
2  take to remove it?
3    A   So we don't actually measure -- as far as
4  I know, we don't measure by time.  And for a good
5  reason, which is that time is actually not as
6  important of a metric as a number of views.
7        So if -- we want to remove content that
8  violates our policies before it receives -- before
9  it receives -- you know, before it receives many
10  views.  We want to remove it with a minimum number
11  of views.  That's another data point that we also
12  make public.
13        Within range, you know, what percent of
14  content that was removed was removed with one to ten
15  views.  I think it's ten to -- ten to 100.  And then
16  greater than 100 views.  Because it's important to
17  us -- not -- time is much less important to us than
18  number of views.  We want to remove that content
19  when it receives the minimum number of views.
20    Q   Okay.  In terms of the numbers in
21  paragraph 18 of channels removed -- or -- yeah,
22  channels removed, what -- how long did it take to

78

1 compile that information?
2          MS. YANG: Objection. Form.
3          THE WITNESS: So this report is compiled
4 and made public quarterly.
5 BY MR. LYLES:
6     Q   Okay. And it --
7     A   And I -- it is published on a regular
8 cadence. I think some small number of weeks after
9 the close of each quarter; so --
10    Q   Okay.
11    A   You know, you get through a quarter, then
12 you need to review and ensure the accuracy of that
13 quarter's data and then that the information is
14 public.
15    Q   So it takes a few weeks. Is that --
16    A   Sure.
17    Q   -- accurate?
18    A   It's -- yes. It takes --
19    Q   Okay.
20    A   I want to make sure I'm being accurate
21 with you.
22    Q   Yeah.

79

1     A   But, you know, somewhere between three
2 and -- I believe our -- I can't remember the date of
3 this filing.
4          But if you look -- I mean, we're
5 referring to quarter two of 2021's data. I believe
6 this filing happened in quarter three of 2021. So
7 we have taken a few weeks to --
8     Q   Okay.
9     A   -- review the data and then made it
10 public.
11    Q   Okay.
12    A   We endeavor to make the data public
13 quickly but also accurately.
14    Q   And how much did it cost this particular
15 report of that quarter?
16    A   I have no idea.
17    Q   Who would -- who would know?
18    A   I'm not even sure that exists as
19 a -- that it would be possible to determine the
20 budget line item for our community guidelines
21 enforcement report.
22    Q   Okay.

80

1     A   There are people who are dedicated, I'm
2 sure, to working on that report, though I don't know
3 who they are. There are also people whose work is
4 compiled as part of that report. So I don't even
5 know how you would calculate the cost of that
6 particular report.
7          It has a cost, but I don't know what it
8 is. And I don't know who would know what it is.
9     Q   Okay. Do you know the percentage of the
10 recommendations made to users on YouTube are made by
11 algorithms?
12         MS. YANG: Objection. Scope.
13         THE WITNESS: So my understanding of how
14 our recommendations work is that those are entirely
15 based on machine learning systems.
16         So as I've previously mentioned, we have
17 over 2 billion unique users visiting YouTube every
18 month. There is no person whose job it is to
19 hand-select recommendations for, for example,
20 Alexandra Veitch.
21         So if I understand your question, I
22 believe all of our recommendations are made by

81

1 machine learning systems.
2 BY MR. LYLES:
3     Q   Okay. In paragraph 18 where you talk
4 about the percentage of the videos removed to child
5 safety issues and the percentage of the videos
6 removed due to spam, do you have any -- that -- that
7 seems to strike me as, like -- it doesn't really
8 give an idea of what percentage of everything
9 flagged was actually removed; right? It just breaks
10 down why certain percentages of what was removed
11 were removed.
12         Do you have any idea on -- of the
13 proportion between, during that period, what YouTube
14 flagged versus what was removed?
15         MS. YANG: Objection.
16         Counsel, it says removed comments were
17 due to spam.
18         I just want to make sure that we're
19 accurately --
20         MR. LYLES: Sure.
21         MS. YANG: -- phrasing.
22

BY MR. LYLES:

1   Q   So let's start with comments.

2       What percentage of flagged comments were

3   removed during this period?

4   A   So I just want to make sure that we're

5   using the term "flag" in the same way.

6       Usually when YouTube talks about flags,

7   we mean content that was flagged to us by users.

8   Q   Okay.

9   A   So there is, you know, definitionally, a

10  human involved.  So I think that's different from

11  how you are using the word flag.

12  Q   Okay.  Does AI ever flag content?

13  A   So --

14      MS. YANG:  Objection.  Form.

15      THE WITNESS:  As you and I previously

16  discussed, there are situations in which machine

17  learning systems both make content moderation

18  decisions based on our community guidelines, and

19  there are situations in which machine learning

20  systems refer pieces of content for human review.

BY MR. LYLES:

1   Q   Are you -- are you aware of the

2   percentage of those machine learning referrals to

3   human review that result in a removal?

4   A   I am not.  And I -- I do not believe that

5   that is a piece of data that we make public.

6   Q   Who would have that data at Google or

7   YouTube?

8   A   Again, the removal of content, according

9   to our community guidelines, is a function that is

10  the responsibility of our trust and safety

11  organizations.  So, again, the vice president of

12  trust and safety, Matt Halprin --

13  Q   Okay.

14  A   -- is responsible for removal of content

15  whether by machine or by human.

16  Q   Okay.  What about the material flagged by

17  users?  What percentage of that actually ends in

18  removal?

19  A   I think that actually may be a data point

20  we make public.  I don't have that data point top of

21  mind.

1       But what I will say is that we actually

2   find user flagging to be a relatively inefficient

3   source of -- source for detecting violative content.

4   What we see often is that users flag content that

5   they just don't like, for whatever reason.

6       I think the most flagged content in all

7   of time on YouTube is a Justin Bieber video which is

8   not violative of our policies but, perhaps,

9   reflects --

10  Q   Right.

11  A   -- individual opinions of Justin Bieber.

12      Users are not experts on our community

13  guidelines; so it's hard for them to determine what

14  content violates our community guidelines with a

15  high degree of accuracy.

16  Q   Okay.  But users -- or those with

17  accounts anyway -- have committed themselves to the

18  community guidelines -- correct? -- when they sign

19  up?

20  A   They have, yes.

21  Q   Okay.  Is Matt Halprin also the person

22  that would know about the percentage of user-flagged

1   content that is removed?

2   A   He would, but I think that is -- I hope

3   I'm not misleading you, but I think that is a --

4   publicly available in our community guidelines

5   enforcement report.

6   Q   Okay.  When you say in paragraph 18 that

7   something is removed, does that mean entirely from

8   publication or just from the view of certain users?

9   Or what is -- what does that actually mean?

10  A   Yeah.

11      So when we use the term "remove," we mean

12  we remove that -- we endeavor to remove it entirely

13  from our platform.  We have machine learning systems

14  that recognize copies of the same pieces of content.

15  And so if one particular video was removed, we

16  endeavor to remove all copies of that same content.

17      I will point out that there are those who

18  seek to evade those systems, and so it is possible

19  for similar but not exactly the same pieces of

20  content that should be removed to escape detection.

21      But we endeavor to remove -- "remove"

22  means that content is no longer available on our

86

1  platform, and we endeavor to remove it entirely.
2      Q    Okay.  I want to return to -- for a
3  second, to the -- and I don't want to
4  mischaracterize what you said.  So I'm not intending
5  to do that.
6      A    Okay.
7      Q    I just want to try to focus on where in
8  the conversation before I want to go.
9          When you describe the workflow about when
10  a piece of content gets recognized as potentially
11  violating the community guidelines by AI and then
12  either taken off then or moved to human review, in
13  the cases where the AI recognizes it, has a high
14  degree of certainty, and kicks it off, is that
15  documented by YouTube?
16      MS. YANG:  Objection.  Form.
17      THE WITNESS:  Is what portion documented
18  by YouTube?
19  BY MR. LYLES:
20      Q    So the -- let's say the fact that the AI
21  recognized something and removed it.
22      A    Yes.  That -- that fact, assuming we are

87

1  talking about a piece of video content --
2      Q    Right.
3      A    -- that fact is documented, yes.
4      Q    And is it documented in a detailed
5  fashion?  Like, why it was taken down?  What aspect
6  of the community guidelines it violated?
7      A    So I have to be honest with you.  I -- I
8  do not personally engage in content moderation, and
9  so I do not know what the back-of-housework workflow
10  looks like on that.
11          Given that we make public these broad
12  categories for which content is removed from our
13  platform, there is clearly some documentation of the
14  reason for removal.  But I do not know the level of
15  specificity or what that tracker looks like.
16      Q    Okay.  And -- sorry.  I'm going to write
17  the name down this time so I'm not --
18      A    Okay.
19      Q    -- going to ask you.
20          What is the name of the person again that
21  would know that?
22      A    Sure.

88

1          Matt Halprin.
2      Q    Okay.
3      A    H-A-L-P-R-I-N.  He's our vice president
4  of trust and safety.
5      Q    Okay.
6      A    His organization is responsible for the
7  enforcement of our community guidelines.
8      Q    Okay.  Thank you.
9          In the case where the AI would recognize
10  something with a lower degree of certainty and send
11  it to a human, would that be documented as well?
12      A    Will the fact of referral from machine to
13  human be --
14      Q    Yeah.
15      A    -- documented?
16          So, again, I'm not involved in the
17  content moderation workflow.  I think it's
18  reasonable to assume that there is some
19  documentation of the movement of that piece of video
20  through our back-of-house systems, but I do not know
21  what those look like.
22      Q    Okay.  But Matt Halprin would --

89

1      A    I -- it will be inappropriate for me to
2  speak to somebody else's --
3      Q    Right.
4      A    -- knowledge.
5      Q    Right.
6      A    But I think that is within his scope of
7  responsibility.
8      Q    Okay.  How long does that referral to
9  human review and human review process take after AI
10  would refer something?
11      MS. YANG:  Objection.  Form.
12      THE WITNESS:  So as we've already
13  discussed, time is not a metric we use here.  And
14  let me add a little, sort of, meat on the bones on
15  why that is, perhaps, not important here.
16          So there are categories of content that
17  are more egregious and that we need to remove from
18  our platform more quickly.  So, for example, child
19  sexual abuse material, which I think we can all
20  agree is among the -- if not the most egregious
21  category of content.  If that is detected by human
22  or machine, we want to get that down immediately.

1        There are less harmful categories of
2   content that we can review with more time.  There
3   are some categories of content that require more
4   nuanced decision-making.
5        And so there are no -- that I'm aware
6   of -- specific times associated with, you know,
7   content removals writ large.
8   BY MR. LYLES:
9        Q   Okay.  Thank you for that.
10       I'm going to -- I'm trying to think of
11  how to phrase something.
12       Could we -- these referrals to review,
13  could we -- could we call these "tickets"?
14       A   You can call them --
15       Q   Okay.
16       A   -- tickets.
17       Q   Okay.  So let's -- let's call it a
18  ticket.
19       What percentage of these -- well,
20  referrals -- well, what percentages of these
21  referrals for review that come in are closed without
22  action?  Meaning, you know, the review came in and

1   then nothing was removed.
2        A   So I think what you're asking is a
3   machine flags something, suggests it may violate our
4   policies, a human looks at it and determines it does
5   not violate our policies; right?  That's the sort of
6   case that you're talking about?
7        Q   Or -- yeah.  Yeah.  Let's start with that
8   one.
9        A   So, again -- I mean, I'm not involved in
10  content moderation.  I don't know.  But -- but the
11  fact that the machine does not have a high degree of
12  certainty means that certainly there are cases in
13  which the machine has flagged something for human
14  review and that content is found to not violate our
15  policies.
16       Q   Now, are there instances where it's --
17  there's a referral to human review by the machine
18  and the human review just never ends up taking
19  place?
20       A   So sort of a ticket, in your words --
21       Q   Yeah.
22       A   -- that's never closed.

1        Q   That's exactly what I was trying to say,
2   actually.
3        A   Again, I -- I don't do content
4   moderation, but I -- and so there may be exceptional
5   circumstances that are beyond my imagination or
6   understanding.  But I don't believe so.
7        And if I could just zoom out for just a
8   moment.
9        Q   Yeah.
10       A   YouTube does not benefit in any way from
11  having content that violates our policies on our
12  platform.  Indeed, our business is harmed by it.  It
13  erodes the trust of our users, of our creators, and
14  of our advertisers who -- who are the source of --
15  or what sustain our business.
16       So if there is a machine or a human,
17  regardless of the source -- first source of
18  detection, if there is content that we believe
19  violates our policies, it is in our interest to
20  review that content to determine if it does and, if
21  it does, to remove it from our platform.
22       Q   In that vein, are there cases where

1   violative content might be good for getting user
2   engagement?
3        MS. YANG:  Objection.  Form.  Objection.
4   Scope.
5        THE WITNESS:  Human nature is a funny
6   thing, and I am sure that there is content that
7   humans might want to watch but that is inconsistent
8   with our community guidelines, inconsistent with our
9   values, and that we would not allow on our platform.
10  Pornography, which is a subject you and I have
11  already discussed, might be one of those things.
12       Humans may enjoy it, but it does not have
13  a place on our platform.  Hateful views.  There are
14  humans that enjoy hateful views.  They, nonetheless,
15  do not have a place on our platform.
16  BY MR. LYLES:
17       Q   And I think I asked you this earlier, if
18  you were aware of any reports of YouTube
19  recommending to its users content that violated its
20  community guidelines.
21       A   I think we did speak about that, and I
22  think what I said was I -- top of mind, I do not

94

1  have any specific reports that I recall.  But it
2  makes sense to me, given the scale of YouTube, that
3  there have been incidents of YouTube recommending
4  content that violates our policies.
5      MR. LYLES:  I'm going to hand the
6  deponent, Counsel, a -- an article behind tab 30.
7      (Veitch Deposition Exhibit 4 was marked
8  for identification and attached to the transcript.)
9      MS. YANG:  Just for clarity, this is a
10  document titled "Mozilla Investigation:  YouTube
11  Algorithm Recommends Videos that Violate the
12  Platform's Own" -- "Very Own Policies"?
13      MR. LYLES:  Yes.  That's it.
14      And I'm sorry.  I will -- well, never
15  mind.  There was no Bates number because Google did
16  not produce it; so it was not going to be cut off.
17      MS. YANG:  Yeah.  That's correct.  Google
18  did not produce --
19      MR. LYLES:  Yeah.
20      MS. YANG:  -- this document.
21      MR. LYLES:  Yeah, could we go off the
22  record while you familiarize yourself with that.

96

1  details of it.  But I'm generally -- I remember.
2  BY MR. LYLES:
3      Q   Do you take issue with the conclusion of
4  this report?
5      MS. YANG:  Objection.  Form.  Objection.
6  Scope.
7      THE WITNESS:  Well, I would just ask for
8  clarification there, because I -- I do not take
9  issue with your characterization two questions ago,
10  which was that there have been instances in which
11  YouTube has recommended content that violates our
12  own policies.
13      As I said --
14  BY MR. LYLES:
15      Q   Okay.
16      A   -- minutes ago, I thought that was
17  probably likely to have happened given YouTube's
18  scale.  But if there are other conclusions that you
19  want my opinion on, I would ask you to share them
20  with me, and I can take them one at a time.
21      Q   Yeah.  No.  That was -- that was it.
22      A   Okay.

95

1      Is that okay, Counsel?
2      MS. YANG:  Yes.
3      MR. LYLES:  Okay.
4      THE VIDEOGRAPHER:  We are going off the
5  record.
6      The time is 11:30 a.m.
7      (Off the record.)
8      THE VIDEOGRAPHER:  We are back on the
9  record.
10      The time is 11:33 a.m.
11  BY MR. LYLES:
12      Q   So my reading of this report is that
13  YouTube -- there have actually been instances where
14  YouTube recommended content that violated its own
15  community guidelines.
16      Were you aware of this report until just
17  now, Ms. Veitch?
18      MS. YANG:  Objection.  Form and scope.
19      THE WITNESS:  I -- I generally recall the
20  release of this report over the summer.  I -- if you
21  had asked me about it without the benefit of having
22  reviewed this exhibit, I couldn't have recalled the

97

1      MR. LYLES:  And we can -- we can take our
2  break now.
3      THE WITNESS:  Okay.
4      MS. YANG:  Thank you, Counsel.
5      THE VIDEOGRAPHER:  We are going off the
6  record.
7      This is the end of media unit number 2.
8      The time is 11:34 a.m.
9      (A recess was taken.)
10      THE VIDEOGRAPHER:  Back on the record.
11      This is the beginning of media unit
12  number 3.
13      The time is 12:06 p.m.
14      MR. LYLES:  This is 31, Counsel, that I'm
15  about to hand the witness.
16      I'm handing the witness Defense's Exhibit
17  Number 5.
18      MS. YANG:  So, Counsel, this is the
19  document titled "Our Recommendation to YouTube," and
20  it was also not produced by Google.
21      MR. LYLES:  Exactly.
22      And I just handed it to the deponent and

1  marked it as number 5.

2       (Veitch Deposition Exhibit 5 was marked

3  for identification and attached to the transcript.)

4  BY MR. LYLES:

5       Q    Could you take a moment, Ms. Veitch, to

6  familiarize yourself with that, please.

7       A    Absolutely.

8       MR. DISHER:  Which tab is this?

9       MR. LYLES:  31.

10      (Reporter asks for clarification.)

11      THE WITNESS:  I said "absolutely."

12      Mr. Lyles, I am ready when you are.

13  BY MR. LYLES:

14      Q    Okay.  Ms. Veitch, we spoke a little

15  while ago about sometimes where YouTube's

16  recommendations don't get it right.

17      This article advocates for YouTube

18  sharing its data -- or some of its data with

19  independent experts to address the issue of

20  recommendations as the content that are violative of

21  the community terms of YouTube.

22      Has YouTube shared any data with

1  independent experts to address this?

2       MS. YANG:  Objection.  Scope.

3       THE WITNESS:  YouTube works with

4  researchers both internal and external to the

5  platform.  I am certain that, as part of that work,

6  we have shared information externally.  But given

7  that's outside the scope of my role, I couldn't

8  speak to any specificity about what information we

9  have shared.

10  BY MR. LYLES:

11      Q    And by externally, you mean outside of

12  Google?

13      A    Non-Google employees -- independent

14  academics, researchers, the research community --

15  yes.

16      Q    And who would know if you've shared any

17  data on the recommendation algorithm outside of

18  Google?

19      A    Well -- sorry.  Just to be clear, we

20  share -- we do share, as is demonstrated here in

21  this document, data about our recommendation

22  algorithm.  This cites, I think, an interview with

1  our chief product officer, Neal Mohan, with a data

2  point I assume he shared.

3       So there is data shared about our

4  recommendation systems already outside of YouTube.

5       Q    Okay.  I'm trying to think of a way to

6  put this, then.

7       The -- the source code for these

8  algorithms, who would know if any of that has been

9  shared outside Google?

10      MS. YANG:  Objection.  Scope.

11      THE WITNESS:  So something I have often

12  heard when there is a discussion about

13  recommendations is what I think is an overly

14  simplified view that there is one source code,

15  one -- one algorithm that we could simply open up

16  the hood and give policymakers or independent

17  researchers access to.

18      Our recommendation system works on

19  multiple algorithms.  As you and I discussed

20  earlier, there are a number of different sort of

21  baskets of factors that come into play.  And so I

22  don't -- I just -- I don't think there's a single

1  recommendation algorithm that is shareable in the

2  way that you identify it.

3  BY MR. LYLES:

4       Q    Okay.  So we spoke earlier about how --

5  when an item of content is detected by AI as

6  potentially violating the community guidelines, it

7  either is removed by the AI or it goes to human

8  review.  And you spoke about how the speed with

9  which they're reviewed or removed is a result of

10  the -- you used the example of child pornography as

11  being where you try to do it as quickly as possible.

12      A    Yep.

13      Q    Could you sort of lay out the criteria

14  for how you prioritize what you remove first,

15  second, third, et cetera?

16      A    Sure.

17      So as you and I have discussed, I am not

18  a content moderation professional; so I'm limited in

19  my understanding of this.  But what I would point

20  you to is YouTube's focus on the prospect of

21  real-world harm.  So we try and remove most quickly

22  the content that poses the greatest risk of

102

1  real-world harm to our community.
2      Q   Okay.  With respect to removing content
3  flagged by users, what is the -- what's the priority
4  for addressing that?  What feeds into that?
5      MS. YANG:  Objection.  Form.
6      THE WITNESS:  So I believe that when a
7  user flags a piece of content, they are then asked a
8  subsequent question about the general category of
9  their concern.  And -- and so I would imagine that
10  that general category of concern correlates to --
11  has some correlation to the speed with which that
12  flag is reviewed.
13      But as somebody who does not do content
14  moderation, I can't speak with any more specificity.
15  BY MR. LYLES:
16      Q   And that would be Matt Halprin again.
17  But --
18      A   Matt Halprin is our vice president of
19  trust and safety.
20      Q   Okay.
21      A   Oversees the organization that determines
22  what content is removed from the platform.

103

1      Q   Do you know if the number of users
2  flagging something is a metric for prioritizing
3  removal?
4      A   That is a good question.  I do not know
5  the answer.
6      As we talked about earlier, volume of
7  user flagging --
8      Q   Right.
9      A   -- is not necessarily a sign that piece
10  of content is --
11      Q   Right.
12      A   -- violative.  I do not know if that
13  correlates to the time of review.
14      Q   But Matt Halprin, again, would --
15      A   I suspect he would know the answer to
16  that question, but I do not know.
17      Q   In terms of sort of issues in the backlog
18  that YouTube has to deal with, what percentage do
19  you think of those are related to content
20  moderation?
21      MS. YANG:  Objection.  Form.
22      THE WITNESS:  With apologies, I don't

104

1  understand your question.
2      What do you mean by "issues in the
3  backlog"?
4  BY MR. LYLES:
5      Q   So what -- in terms of -- okay.  So what
6  percentage of YouTube's resources are devoted to
7  content moderation?
8      MS. YANG:  Objection.  Form.
9      THE WITNESS:  I don't have a data point
10  for that specific to YouTube.  I know Google-wide we
11  have over 20,000 people working on content
12  moderation issues, and it is a huge cost center for
13  us.  There's an enormous amount of resources
14  dedicated to that.  I don't have a more specific
15  YouTube number.
16  BY MR. LYLES:
17      Q   What percentage of Google's entire
18  workforce is that 20,000?
19      A   I -- I would direct to you public
20  disclosures on our employee numbers.  I know that
21  our employees are north of 100,000 people, but I
22  couldn't speak with any more specificity.  I think

105

1  we make that public in investor disclosures on a
2  quarterly basis.
3      Q   What is the name of the person at Google
4  that would know?
5      A   Again, I think this is publicly available
6  information.  I just don't have it top of mind.
7      Q   What's the -- what's unit that would --
8      A   I assume our human resources department.
9  That human resources at Google knows how many Google
10  employees there are.
11      Q   Who's head of human resources?
12      MS. YANG:  Objection.  Scope.
13      THE WITNESS:  I -- I -- there was a
14  recent change of personnel there, and I actually
15  don't know who Google's head of human resources are,
16  but -- is, but I think that's publicly available
17  information.  I apologize.
18  BY MR. LYLES:
19      Q   How does the -- how does the workflow
20  work for users who want to dispute content they
21  posted that is subsequently removed?
22      MS. YANG:  Objection.  Form.

1    THE WITNESS: When you say "users" there,
2  do you mean creators?
3    So the creators of the content -- their
4  content -- their video content has been removed --
5  BY MR. LYLES:
6    Q   Yes.
7    A   -- but they disagree with that
8  conclusion.
9    Q   Yes.
10    A   Okay. So when a piece of video content
11  is removed from YouTube, the creator receives an
12  email, in most cases. In -- I think in a few very
13  egregious cases, this is -- this does not hold true.
14  But, generally speaking, when content vid- -- a
15  piece of video is removed from YouTube, the creator
16  receives an email notifying them that their content
17  has been removed and citing the portion -- the
18  relevant portion of our community guidelines.
19    They are given an opportunity to make an
20  appeal via a link that is in that email they have
21  received. They click on that link. They make their
22  appeal. That decision is then reviewed by a human.

1    And as you and I have previously
2  discussed, the number of appeals and then the number
3  of appeals sustained or overruled is a data point --
4  data points we make public.
5    Q   And how quickly does YouTube make a
6  decision after the appeal is submitted?
7    A   I don't think there's a specific time
8  associated. And that's because sometimes these
9  decisions are really nuanced and require a great
10  deal of scrutiny, and we want to get it right. We
11  want to get it right in the first case. We also
12  want to get it right when creators make appeals.
13    So I don't think there's a particular
14  time associated. We want to move expeditiously.
15    Q   Is there, like, an aspirational deadline
16  or anything?
17    A   Not that I'm aware of.
18    Q   Do you know how many outstanding appeals
19  there are now?
20    A   I don't, no.
21    Q   So there's no deadline for closing
22  appeals?

1    A   Not that I'm aware of. But, again, given
2  that every quarter we make public the number of
3  appeals and the decisions, I think we endeavor to
4  reach an expeditious decision on those appeals.
5    Q   So would appeals be -- all open appeals
6  be closed by the end of the quarter at the latest?
7    A   No. I -- I'm not suggesting that. And I
8  don't think that's reasonable; right? A --
9  hypothetically, an appeal could come in at 11:59 on
10  the -- you know, before a quarter closes.
11    I think appeals are handled as they come
12  in, and we want to make a decision expeditiously.
13    Q   What specifically in HB20 -- let's -- do
14  you have HB20 -- or -- excuse me. I'll give you a
15  copy.
16    A   I'd love a copy.
17    Q   I'm giving the witness a copy of HB20 and
18  marking it as --
19    A   Thank you.
20    Q   -- Exhibit Number 5 [sic].
21    (Veitch Deposition Exhibit 6 was marked
22  for identification and attached to the transcript.)

1  BY MR. LYLES:
2    Q   So could you go to section 120.003 [sic],
3  please, Ms. Veitch.
4    MR. LYLES: Okay. Let's -- actually, we
5  need to remark that as number 6, if that's okay.
6    THE WITNESS: Sure.
7    MR. LYLES: Remarking HB20 as Exhibit 6.
8    THE WITNESS: Sorry. Where am I going,
9  Mr. Lyles?
10  BY MR. LYLES:
11    Q   To 120.0 -- 120.103, please.
12    A   Oh, yep. I'm good.
13    Q   So what specifically in that section,
14  120.103, would require you to act differently than
15  it currently does where a user disputes their
16  content being removed?
17    A   Sure. Just -- give me just a moment to
18  recap my --
19    Q   Yeah, please.
20    A   -- memory of this.
21    MR. DISHER: Exhibit 6 is HB20?
22    THE WITNESS: Yep.

1      MR. DISHER:  I'll object to the form of
2  that question.
3      THE WITNESS:  Okay.  So when you and I
4  have been talking about the appeals that are -- the
5  appeal system that's available to our creators, I
6  have been careful to make clear that I'm referring
7  to a piece of video content in the appeal that's
8  available via a piece of video content.
9      The same notification and appeals are not
10  available to our users based on comments.  So our
11  users are not notified when a comment that they
12  would make on a video is removed.  And I'm also -- I
13  don't believe there is an appeals process for the
14  removal of a comment.
15  BY MR. LYLES:
16      Q    Okay.  All right.  Thank you for that
17  clarification.
18      So as far as the burden is concerned,
19  what's -- what would that section require you to do
20  differently?
21      A    So --
22      MS. YANG:  Objection.  Form.

1      THE WITNESS:  So just on that particular
2  concern I raised there, I think my declaration
3  includes the number of comments removed quarterly.
4  That's certainly available in our quarterly
5  community guidelines enforcement transparency
6  report.  I believe that number is greater than a
7  billion comments quarterly.
8      And so my understanding, as a layperson,
9  of the -- of what would be required to comply with
10  this section is, for example, more than a billion
11  more notifications than we currently do in
12  establishing an appeals process for comments that we
13  do not currently have.
14  BY MR. LYLES:
15      Q    Okay.  What about for videos that are --
16  whose removal is disputed by users?
17      A    So I'm going -- and, again, you know,
18  apologies being the non-lawyer in the room here, but
19  my understanding of this provision is that it would
20  require that the user be notified for the reason for
21  the content removal.
22      And while we do provide general

1  explanation of the reason for our removal, we --
2  there are specifics that we do not include.  And one
3  of the reasons that we avoid sometimes being very
4  specific is we do not want to give the bad guys a
5  road map for how to evade our policies.
6      So where our community guidelines
7  sometimes speak in generalities, it is a strategic
8  decision to not be more specific, to not provide
9  that road mad to those who want to evade our
10  policies.
11      So providing a level of specificity is
12  also something we may not currently do.
13      Q    Can you move on to 35, please, of your
14  declaration.
15      A    Okay.
16      Q    What -- this paragraph talks about
17  YouTube blocking and removing hate speech that
18  violates its community guidelines.
19      What -- what part of HB20 would prevent
20  YouTube from blocking or removing hate speech?
21      MS. YANG:  Objection.  Form.
22      THE WITNESS:  So I'm -- I don't know, off

1  the top of my head, what particular provision of
2  HB20.  But my understanding is that HB20 does not
3  define, in law, viewpoint.
4      And so there are a huge number of
5  viewpoints that we would find loathsome that are
6  currently in conflict with our community guidelines
7  that HB20 would prevent us from removing from the
8  platform.
9  BY MR. LYLES:
10      Q    And is it your position that those could
11  not be removed based on their falling within a
12  certain content definition?
13      MR. DISHER:  Objection.  Form.
14      MS. YANG:  Objection.  Form.
15      THE WITNESS:  I'm sorry.
16  BY MR. LYLES:
17      Q    So --
18      A    I'm not following your question.
19      Q    -- hate speech, for example, that -- do
20  you believe that could be considered just a category
21  of content as opposed to viewpoint?
22      MR. DISHER:  Objection.  Form.

1    THE WITNESS:  I don't really know what
2  you mean by "category of content."
3    But hate -- the view that one race is
4  stupider than another race is a viewpoint.  It is
5  not a viewpoint that we allow on YouTube, but it is
6  a viewpoint.
7  BY MR. LYLES:
8    Q    And it's a viewpoint that as -- I mean,
9  it's presented as content; correct?
10    MR. DISHER:  Objection.  Form.
11    MS. YANG:  Objection.  Form.
12    THE WITNESS:  If there was a video in
13  which a creator said that X race is stupider than
14  Y race, that would be a viewpoint expressed by that
15  creator in that video.  That video has no place on
16  YouTube.
17  BY MR. LYLES:
18    Q    Would it be possible to present such
19  videos without engaging in viewpoint discrimination?
20    MR. DISHER:  Objection.  Form.
21    MS. YANG:  Objection.  Form.
22    THE WITNESS:  I can only go on what my

1  understanding of HB20 is.  But given that
2  "viewpoint" is not defined by HB20, I believe
3  that -- that that view that I just expressed, that
4  loathsome view, is a viewpoint.  It is a viewpoint
5  that has no place on YouTube.  It currently violates
6  our community guidelines.  My understanding is that
7  HB20 would also compel us to leave that viewpoint on
8  YouTube.
9  BY MR. LYLES:
10    Q    Okay.  Are you aware that the Supreme
11  Court has defined the terms "viewpoint" and
12  "content"?
13    MR. DISHER:  Objection.  Form.
14    MS. YANG:  Objection.  Form.  Objection.
15  Scope.
16    THE WITNESS:  I am not aware of that.
17  And as we've discussed previously, I'm not a lawyer;
18  so not familiar with all the things the Supreme
19  Court has done.
20  BY MR. LYLES:
21    Q    But it is your concern -- correct? --
22  that HB20, becomes of its prescribing of viewpoint

1  discrimination, is going to make YouTube change the
2  way it does things dramatically; correct?
3    MS. YANG:  Objection.  Form.
4    THE WITNESS:  One of my concerns with
5  HB20 is that it would prevent us from removing
6  content that we currently remove from YouTube
7  because it is in violation of our community
8  guidelines and because it does not reflect the
9  values of the platform that we want to have.
10  BY MR. LYLES:
11    Q    Is it YouTube's position that the Supreme
12  Court's defining of "viewpoint" and "content" are
13  irrelevant to any determination of whether HB20 is
14  too vague to comply with?
15    MR. DISHER:  Objection.  Form.
16    MS. YANG:  Objection.  Form.  Scope.
17    THE WITNESS:  Respectfully, Mr. Lyles,
18  since I've already told you I'm not familiar with
19  those definitions from the Supreme Court, it
20  wouldn't be appropriate for me to comment on what
21  YouTube's views on those definitions, that I am
22  unaware of --

1  BY MR. LYLES:
2    Q    Okay.
3    A    -- are.
4    Q    Well, let's assume for the sake of
5  argument that the Supreme Court has defined both
6  these things, content and viewpoint.
7    If true, would that be relevant to
8  YouTube deciding whether certain postings fell into
9  viewpoint or content?
10    MS. YANG:  Objection.  Form.
11    MR. DISHER:  Objection.  Form.
12    MS. YANG:  And, objection, scope.
13    THE WITNESS:  Mr. Lyles, I terribly much
14  want to answer your questions as -- to the full
15  extent of my capabilities today.  But given that I'm
16  not an attorney, that I'm not here in the capacity
17  of an attorney, I just don't think I can comment on
18  what our views are on Supreme Court decisions and
19  definitions.
20  BY MR. LYLES:
21    Q    Okay.  Could you move on to paragraph 36,
22  please.

1     A    Yep.

2     Q    What in HB20 will keep YouTube from

3   enforcing critical standards designed to prevent the

4   degradation of user experience?

5     A    Sure.

6         So just to return to the example that you

7   and I discussed earlier, content that expresses the

8   viewpoint that one race is smarter than another race

9   we believe would lead to the degradation of users'

10   experiences on our platforms.

11        Being exposed to that sort of hateful

12   content does not reflect the community we want to

13   create, the kind of community where, you and I have

14   discussed earlier, our users, our creators have a

15   sense of comfort in their freedom of expression,

16   their ability to be themselves.

17        So that's -- those sort of hateful

18   sentiments we believe would degrade our users'

19   experiences.  And I think -- as I state here, I

20   think that is especially true for children.

21     Q    And in terms of users' safety, including

22   children, what in HB20 would prevent you from

1   ensuring that?

2        MR. DISHER:  Objection.  Form.

3        THE WITNESS:  Again, I think hateful

4   speech, speech such as the example I've previously

5   given, impacts the safety of the diverse

6   populations, the 2 billion people monthly who visit

7   YouTube.

8   BY MR. LYLES:

9     Q    Okay.

10     A    And maybe could I be one -- give one

11   more --

12     Q    Yeah.

13     A    -- specific point here?

14        We spent a lot of time today focused on

15   removing content, it being violative or not.  And

16   that's appropriate.  That's where conversations

17   about YouTube often go.

18        But as we've also discussed, there are a

19   lot of other tools that YouTube has for how we treat

20   content.  One of those tools, as you and I have

21   previously discussed, is age-gating content.

22   There's some content that we want to leave on our

1   platform but also make not available for our younger

2   viewers.

3        My understanding of -- of how HB20 works

4   is that it also -- it applies equally to our ability

5   to remove content as it does to use these other

6   tools as well, such a demonetization, such as

7   reducing recommendations, such as age-gating

8   content.

9        So you could imagine that there is

10   content that is appropriate for older users but is

11   not appropriate for younger users because of

12   viewpoint, and this would limit our ability to

13   age-gate that content.

14     Q    What specifically in HB20 prohibits

15   YouTube from creating content moderation policies?

16        MR. DISHER:  Objection.  Form.

17        THE WITNESS:  So my understanding -- and

18   I would have to review this document again -- is

19   that there is a de minimus amount of policies

20   allowed for what content -- for the creation of

21   policies around what content is allowed and not.

22   But it is far narrower than the universe of policies

1   we currently have for what content is available on

2   our platform and not.

3        So as we've discussed already, viewpoint

4   is something that we could no longer make content

5   decision -- moderation decisions around.  It is --

6   we could no longer have community guidelines around

7   viewpoint.

8        And it is my recollection that that --

9   that it is directly expressed in here that we could

10   not moderate content around viewpoint.

11   BY MR. LYLES:

12     Q    Is it YouTube's position that there

13   should be no state regulation limiting its

14   flexibility to moderate content?

15        MS. YANG:  Objection.  Scope.  Objection.

16   Form.

17        THE WITNESS:  So that's an interesting

18   question.  I'm just thinking this through in real

19   time, Mr. Lyles.

20        So it is not YouTube's position that

21   governments should not reach their own conclusions

22   about what content should be legal and what content

1 should not be. And we comply around the world with
2 laws about what content is allowable in individual
3 jurisdictions. That -- to my immediate
4 recollection, that is mostly at the federal level.
5       But different democratic governments
6 reach different conclusions about speech. So
7 Germany, for example, has restrictions on what
8 speech is allowed around the Holocaust differently
9 than -- different conclusion than the U.S. reaches
10 via the First Amendment. And we comply with those
11 legal removal requests globally.
12       I cannot think of an example where I have
13 seen legal removal requests at a subnational level.
14 But we do think it is appropriate for governments to
15 reach conclusions about what speech is appropriate
16 for their own citizens.
17 BY MR. LYLES:
18   Q  Okay.
19   A  And if I could just add to that.
20   Q  Yes.
21   A  We also think it is appropriate for
22 YouTube to reach its own conclusions about how we

1 want our platform to look as a private business, a
2 business that relies on advertising dollars, the
3 trust of our users, the trust of our creators. We
4 all think -- also think it's important and
5 appropriate for us to reach our own determinations.
6       And other platforms certainly reach other
7 determinations, as you and I have discussed today.
8   Q  So you just said that Germany has
9 restrictions on Holocaust speech that YouTube
10 complies with.
11      How does that work as a practical matter
12 where the U.S. does not have those restrictions but
13 Germany does and YouTube's accessible to users in
14 both countries?
15   A  Sure. So --
16     MS. YANG: Objection. Form.
17     THE WITNESS: So for countries in which
18 our product is launched, which -- which, just to be
19 clear, does not include all countries in the world
20 but includes both the United States and Germany,
21 users in those countries receive a version of our
22 product with a local lens applied.

1       And so in the case you -- in the example
2 you cite, in Germany, if we received a legal removal
3 order that was, you know, fully in order, we would
4 remove that content for our German users while that
5 content would still be available for our American
6 users.
7       So the local lens, if you are, you know,
8 visiting the YouTube -- using the YouTube product in
9 Germany, that content would not be available as a
10 result of a local legal order.
11 BY MR. LYLES:
12   Q  Now, would that take the form of removing
13 each piece as a result of a local legal order
14 targeting that piece, or would there be a general
15 order saying no Holocaust speech; so YouTube goes
16 and changes its algorithm for --
17   A  Right. I understand your question.
18      No. No. That is individual-content
19 based. Local legal removal orders are processed
20 based on individual video URLs. They are reviewed
21 by a legal team again just to make sure that the
22 removal order is in compliance with local laws and

1 that -- that's just an individual URL that is
2 removal solely for users in that individual country.
3   Q  Okay. So German users, for example,
4 would not -- not see Holocaust speech as a result of
5 a YouTube algorithm preventing it from getting up in
6 the first place?
7     MR. DISHER: Objection. Form.
8     MS. YANG: Objection. Form. Scope.
9     THE WITNESS: Again, those are -- those
10 legal removal orders are single-video URLs. They
11 are treated individually on individual pieces of
12 content, and that content is removed individually
13 within that single country.
14 BY MR. LYLES:
15   Q  And do those orders come directly to
16 YouTube from the government?
17     MS. YANG: Objection. Scope.
18     THE WITNESS: Yes.
19 BY MR. LYLES:
20   Q  So is it fair to say that YouTube is able
21 to modify its practices to accommodate one country's
22 set of laws without it impacting the experience of

126

1 users in other countries?
2          MS. YANG: Objection. Form and scope.
3          THE WITNESS: It is correct that YouTube
4 can remove pieces of content based on the country
5 views of those individual countries.
6          If we were to extend this to HB20 in the
7 state of Texas, my understanding is it -- it would
8 be very difficult to comply with certain components
9 of HB20 because we don't actually have a state view.
10 We don't -- we don't look at Texas viewers versus
11 Ohio users.
12          We also don't know, necessarily, if a
13 creator lives in Texas but then visits Ohio and
14 posts from Ohio, how we would treat that individual
15 piece of content.
16          There are just great additional
17 complexities that come up now that -- you didn't go
18 there, but I thought maybe you would, when we get to
19 the subnational level.
20 BY MR. LYLES:
21     Q   But just to be clear, YouTube can do it
22 and can take this content out in Germany without it

127

1 affecting the experience of users here?
2          MS. YANG: Objection. Form and scope.
3 BY MR. LYLES:
4     Q   In the U.S., I mean.
5     A   It is possible to remove content
6 exclusively under the German lens user experience
7 and not under the U.S. lens user experience, yes.
8     Q   Okay. Thank you.
9          Would you turn to page 17, please -- I
10 mean paragraph 17.
11     A   Of the declaration?
12     Q   Of the declaration, yes, ma'am.
13     A   Okay.
14     Q   You talk here about how users must meet
15 additional eligibility requirements for the
16 privilege of earning advertising revenue.
17          Is there any site comparable to YouTube
18 that a user who is not eligible to earn money on
19 YouTube could go to --
20          MS. YANG: Objection.
21 BY MR. LYLES:
22     Q   -- to monetize content?

128

1          MS. YANG: Objection. Scope. And,
2 objection, form.
3          THE WITNESS: I think you're asking if --
4 if creators have other avenues for earning revenue
5 on their content, and the answer to that question is
6 definitely yes.
7 BY MR. LYLES:
8     Q   What are some examples of the companies
9 they could go to?
10          MS. YANG: Objection. Scope.
11          THE WITNESS: So I am -- I am only
12 familiar with the practices of YouTube. But I
13 believe that Instagram has commercial relationships
14 with creators. TikTok has commercial relationships
15 with creators. And there are many other platforms
16 like that that compensate creators in some form.
17     Q   If a -- if a monetizing creator on
18 YouTube is -- has their privilege revoked, can they
19 appeal that?
20     A   I believe they can. I am less familiar
21 with the appeals process for that than the other
22 appeals process we have discussed. But I believe

129

1 they can appeal that, yes.
2     Q   And if that appeal is successful and
3 they're let back on to monetize, are they
4 compensated in any way for the money they lost for
5 the time that they were de-platformed?
6          MS. YANG: Objection. Scope.
7          THE WITNESS: I don't understand the use
8 of the word de-platforming.
9 BY MR. LYLES:
10     Q   So if a monetizing creator is on YouTube
11 and then their privilege to monetize is revoked by
12 YouTube and they're not allowed to make money in
13 that way they were making it but then they
14 successfully appeal their removal from the YouTube
15 platform, are they compensated in any way for that
16 time that they were not allowed to be monetizing
17 their creativity on YouTube?
18          MS. YANG: Objection. Scope.
19          THE WITNESS: So just to be clear, you
20 used the term "de-platform." But they -- by your
21 example, they are not de-platformed in the way that
22 I would understand that -- that term. The platform,

1  YouTube, was available to them. The privilege of
2  monetization had just been revoked from them.
3  BY MR. LYLES:
4      Q   Right. Right.
5      A   So I -- I believe that during that period
6  in which their monetization privileges have been
7  revoked, they were not advertising, would not be
8  appearing on their content, they would not be
9  receiving a revenue share of that advertising, and
10  so I do not believe they would be compensated for
11  that interregnum. But I'm not -- I don't work on
12  the commercial arrangements with our creators.
13     Q   Okay. Who would know that at YouTube?
14     A   We have an entire partnerships team that
15  works directly with creators all around the world.
16     Q   Who is in charge of that?
17     A   So Robert Kyncl is our chief business
18  officer. He's responsible for the partnerships team
19  that works directly with our creators.
20     Q   Okay. Thanks.
21     A   Also with our advertisers.
22     Q   Okay. What percentage of user views on

1  YouTube are driven by recommendations?
2      A   So I think the most current data point
3  that we have on that is dated at this point. I
4  think it's from 2018. So I'm happy to share that
5  data point --
6      Q   Yeah.
7      A   -- while stipulating that it's dated.
8          I believe in 2018 that data was about
9  70 percent of views are driven by recommendations.
10         I do not know a more update data point
11  there.
12     Q   Do you know when there's going to be a
13  new data point?
14     A   I do not.
15     Q   Do you know who would know that?
16     A   So the -- the responsibility for
17  recommendations on the YouTube platform falls under
18  Neal Mohan, who I think we previously discussed --
19     Q   Oh, right.
20     A   -- is our chief product officer.
21     Q   Okay. Is it possible for YouTube users
22  to opt out of recommendations?

1      MS. YANG: Objection. Form.
2      THE WITNESS: So it is possible for users
3  to have control over the factors that go into their
4  recommendations. So, for example, as you and I
5  previously discussed, the channels you subscribe to
6  or the videos you've previously watched or things
7  you've previously searched for on YouTube are a
8  factor in our recommendations.
9          Each of those factors that I just
10  mentioned you can delete from your personalized
11  recommendations. So you -- you know, let's say you
12  go search for, to an earlier example, skateboarding.
13  Now we're recommending to you a lot of skateboarding
14  videos. Your interest in skateboarding was waning.
15  You can simply go back and delete skateboarding as a
16  search term that we would use to inform your
17  recommendations.
18         An individual video that you watched you
19  can delete from your search history so it no longer
20  informs your recommendations. Recommendations
21  appear on our "watch now" and "up next" pages. They
22  appear for logged-out users -- so for users about

1  whom we have no information or de minimus
2  information.
3          So recommendations will continue to
4  appear in those places, but you control how
5  personalized they are to you, you can have this
6  logged-out experience in which they are not
7  personalized to you at all. And the signals that we
8  use to inform your recommendations, you can also
9  control as well.
10  BY MR. LYLES:
11     Q   So if you're logged out, you don't get
12  personal recommendations?
13     A   Correct.
14     Q   Not based on search history?
15     MS. YANG: Objection. Scope.
16     THE WITNESS: Correct. We don't -- we --
17  we wouldn't know your search history. There -- even
18  if you're logged out, there are some contextual
19  clues that we have about you: Your IP address so
20  that you're -- you're in the United States, what
21  time of day it is.
22         So there are some contextual clues that

134

1  we have that we would use, but they are not
2  personalized to you, Mr. Lyles, based on your past
3  watch history, past interest, past searches,
4  channels you subscribe to.  We don't have that
5  information if you are logged out.
6  BY MR. LYLES:
7      Q    But they're personalized due to some of
8  these contextual things?
9      A    Correct.
10         MS. YANG:  Objection.  Scope.
11  BY MR. LYLES:
12     Q    Okay.  So is there -- is there any way to
13  view content on YouTube without it being a
14  recommendation personalized to you in some sense?
15         MS. YANG:  Objection.  Form and scope.
16         THE WITNESS:  Absolutely.  I could send
17  you a video and say, "Mr. Lyles, you will love this
18  skateboarding video."  And you would go to YouTube,
19  and you would watch that video without any
20  interference between our direct relationship of me
21  sharing that video with you by YouTube.  That
22  would --

135

1  BY MR. LYLES:
2      Q    All right.  So it would be like a
3  recommendation in the classic sense.
4         Just kidding.  Okay.
5      A    Alexandra Veitch, private citizen,
6  recommending to you --
7      Q    Right.
8      A    -- private citizen, yes.  Correct.
9      Q    Okay.
10     A    It may be worth noting that we want users
11  to find new content that they will love.  We want
12  creators to have the benefit of finding new
13  audiences.  We recommend a huge diversity of
14  content.  And we find, generally speaking, that our
15  users like our recommendations.
16     Q    Has YouTube received any communications
17  from the federal government about how it perpetuates
18  racist stereotypes?
19         MS. YANG:  Objection.  Scope.
20         THE WITNESS:  I don't think I know the
21  full range of communications that YouTube has
22  received from the federal government.  But what you

136

1  just said does not ring any particular bells for me.
2  Maybe you'll provide me more information.
3  BY MR. LYLES:
4      Q    So you have not been privy to a
5  communication from, say, the Senate that YouTube
6  perpetuates racist stereotypes?
7         MS. YANG:  Objection.  Scope.
8         MR. DISHER:  Objection.  Form.
9         THE WITNESS:  So I hate to ask you to
10  have to be more specific.  We receive a lot of
11  inquiries from, for example, the Senate.  Certainly
12  any inquiry -- any formal communication that we
13  receive from the Senate during my time in my role I
14  would have reviewed.  But that -- that's quite a
15  volume.  So I will just need to be a little
16  refreshed.
17  BY MR. LYLES:
18     Q    Okay.  But it doesn't ring any bells, as
19  you said?
20         MS. YANG:  Objection.  Scope.
21         THE WITNESS:  Could you just repeat the
22  phraseology, that specific --

137

1  BY MR. LYLES:
2      Q    Right.
3         Okay.  Has -- has YouTube received any
4  communications from the Senate stating that it
5  perpetuates racist stereotypes?
6         MS. YANG:  Objection.  Scope.
7         MR. DISHER:  Objection.  Form.
8         THE WITNESS:  I think it's certainly
9  possible, but that is not ringing any specific bells
10  for me.
11  BY MR. LYLES:
12     Q    Okay.  Could you explain how YouTube's
13  algorithms work with regard to the way in which you
14  provide search results to the user?
15     A    Sure.
16         So -- and, generally speaking,
17  recognizing that I have a liberal arts degree, I'm
18  not a computer scientist, but just like is the case
19  with Google search, we want to provide our users
20  with search results that accurately speak to what
21  they are searching for.  In certain cases, we also
22  want to index those results in the direction of

1 authoritative.
2      So, for example, if you come to YouTube
3 and search for COVID-19 vaccine, we want to provide
4 you with content that's authoritative based on local
5 and global health authorities about the COVID
6 vaccine. But -- and similarly to what we discussed
7 earlier, we want to provide content that other users
8 enjoy. They've shown us that they enjoy it through
9 a variety of signals, and so relevance to the query,
10 in some cases, authoritativeness, and content that
11 users will enjoy.
12 BY MR. LYLES:
13      Q    What about ranking of advertisements?
14           MS. YANG: Objection. Scope.
15 BY MR. LYLES:
16      Q    How does -- how do you --
17      A    I don't know what you mean by that.
18      Q    How does YouTube's algorithms determine
19 how you rank advertisements that users are presented
20 with?
21           MS. YANG: Objection. Scope.
22           THE WITNESS: So advertisements come in a

1 couple forms on YouTube. There are static ads.
2 There are also video ads that appear appended to
3 individual pieces of content either before, during,
4 or after you watch that individual video.
5      But I don't know in great detail how we,
6 you know, determine that this particular
7 Procter & Gamble ad appears on this particular piece
8 of content.
9      But the advertisers do have some
10 controls, but they don't hand-select individual
11 pieces of content to have their advertisements
12 appear on.
13 BY MR. LYLES:
14      Q    How do you determine how often an ad
15 appears in, say, a video?
16      A    Oh, we --
17           MS. YANG: Objection. Scope.
18           THE WITNESS: Yeah, we're rapidly getting
19 out of my area of expertise here.
20      But ads are charged on what we call a
21 CPM, or cost-per-thousand basis. So advertisers pay
22 us per -- per thousand views.

1      And so I assume there's some correlation
2 between what the advertiser wants in terms of
3 exposure and -- and how that -- how many times that
4 ad appears.
5 BY MR. LYLES:
6      Q    Okay. So the advertiser -- or YouTube
7 would get paid more by the advertiser the more the
8 ad is viewed; is that correct?
9           MS. YANG: Objection. Scope.
10           THE WITNESS: Generally speaking, yes.
11      I am sure --
12 BY MR. LYLES:
13      Q    Okay.
14      A    -- there is some nuance to the
15 advertising business with which I am not familiar.
16      But, generally speaking, as is the case
17 on linear TV as well, the more an ad is viewed, the
18 more the advertiser pays for that privilege.
19      Q    Okay. Do users have the ability to
20 modify the way their search results in YouTube
21 appear to them?
22           MS. YANG: Objection. Scope.

1           THE WITNESS: I mean, largely, no,
2 though, there are some user controls around
3 language, for example. You know, if you want your
4 search results in French, you can control the
5 language of your search results.
6      But, generally speaking, no. Search
7 results are based on our conclusions.
8 BY MR. LYLES:
9      Q    Okay.
10      A    Not a user's conclusion.
11      Q    Okay.
12           MS. YANG: Counsel, we are nearing the
13 hour mark.
14      Is this a good time to take a quick
15 break?
16           MR. LYLES: Yeah. Yeah.
17           THE VIDEOGRAPHER: We are going off the
18 record.
19      This is the end of media unit number 3.
20      The time is 1 p.m.
21      (A recess was taken.)
22           THE VIDEOGRAPHER: We are back on the

142

1 record.
2        This is the beginning of media unit
3 number 4.
4        The time is 1:13 p.m.
5 BY MR. LYLES:
6    Q   Ms. Veitch, we talked about the
7 California privacy law a little while ago.
8        Apart from that law, what federal
9 regulations affect YouTube's ability to moderate
10 content --
11        MS. YANG:  Objection.  Scope.
12 BY MR. LYLES:
13    Q   -- if any?
14    A   I'm just thinking.  I heard you.  I'm
15 thinking carefully.
16    Q   Yeah.
17    A   So there is -- obviously, there is a wide
18 range of federal laws that affect YouTube, generally
19 speaking.
20        To your question about moderating
21 content, there was a law that passed several years
22 ago known as SESTA-FOSTA, Senate-House version -- I

143

1 forget which name ultimately triumphed -- that
2 affects section 230.  That's another -- that's an
3 example of a law that affects our ability to
4 moderate content.
5    Q   Are there any federal laws that affect
6 YouTube's -- or provide any kind of requirement that
7 YouTube report on its content moderation?
8        MS. YANG:  Objection.  Scope.
9        THE WITNESS:  Just to be clear -- so
10 transparency requirements around content moderation.
11 BY MR. LYLES:
12    Q   Yes.  Yeah.
13    A   There has been a great deal of discussion
14 in Congress about that issue.  I do not believe
15 there is -- there are any -- currently any laws
16 requiring transparency.
17        Nonetheless, as we've discussed, YouTube
18 does -- does endeavor to be transparent and makes a
19 great deal of data public, but I don't believe
20 there's laws in place.
21    Q   And the federal law you described as
22 affecting YouTube's content moderation, is that --

144

1 is that burdensome on YouTube?
2        MS. YANG:  Objection.  Form.
3        THE WITNESS:  So that law was passed
4 before -- in my time before I joined YouTube.  It
5 deals specifically with -- so -- and this is a
6 layperson's understanding of that law --
7 caveating -- but deals specifically with 230
8 protections around sex trafficking.
9        Sex trafficking is not something that's
10 allowed on YouTube -- not allowable under YouTube's
11 community guidelines, and so it certainly impacts
12 our platform.  It is an erosion to the 230 standard,
13 but that is -- that -- given our community
14 guidelines, I do not believe that we find it
15 particularly burdensome to comply with that law.
16 BY MR. LYLES:
17    Q   Okay.  Now, are there any state
18 regulations -- the California one aside -- that
19 affects YouTube's ability to moderate content?
20        MS. YANG:  Objection.  Scope.
21        THE WITNESS:  Yes.  So HB20, which, as
22 you would know better than me but I believe comes

145

1 into force on December 2nd, would seriously impact
2 our ability to moderate content.
3        There is a similar but different law in
4 Florida that is currently enjoined but that would
5 also impact our ability to moderate content.  And
6 there was a spate of similar laws across the
7 country.
8        I think those are the only two that were
9 passed into law, but there are other similar
10 state-level legi- -- pieces of legislation like HB20
11 and Florida's law.
12 BY MR. LYLES:
13    Q   And apart from HB20 and Florida's law,
14 are there any state laws that require transparency
15 around content moderation for YouTube?
16        MS. YANG:  Objection.  Scope.
17        THE WITNESS:  The U.S. is a big place,
18 50 states.
19        I want to be sure I'm being accurate, but
20 I'm not familiar with any -- on content
21 moderation --
22

BY MR. LYLES:

1  Q   Uh-huh.

3  A   -- separately from privacy, CCPA, which we've already talked about, I'm not familiar with any state-level transparency requirements currently in law.

7  Q   Okay.  We're entering the final stuff.  Could you --

9  A   Okay.

10  Q   Could you take a moment to just read -- read over paragraph 60 to 62 of your declaration, please.

13  A   Of course.

14      Sorry.  Did you say 60 to 62 "62" or just 62?

16  Q   Oh, 60 through 62.

17  A   Got it.

18      I'm ready when you are.

19  Q   Okay.  Are there any burdens that YouTube contends HB20 would place on it that are not identified in your declaration?

22      MR. DISHER:  Objection.  Form.

1      THE WITNESS:  The burdens that HB20 would place on YouTube that I am aware of are in my declaration.  There may be burdens that I am not aware of.  But the ones I'm not aware of are not contained in my declaration.

BY MR. LYLES:

7  Q   Okay.  With respect to the burdens you've presented in your declaration, are there any documents that you relied on to cite and elucidate those burdens that have not been produced to us?

11  A   No.  The documents I relied on to -- to draft this declaration in conjunction with the lawyers we've already discussed have been produced.  They were a set of Public-Facing Documents.  We only relied on those, and I believe they have produced to you.

17  Q   Okay.  And that's -- that's true of your description of the burdens here?

19  A   That's correct.

20      MS. YANG:  Objection.  Form.

BY MR. LYLES:

22  Q   Okay.  Are there any content moderation

1  practices that YouTube contends will be affected by HB20 that are not in your declaration?

3      MR. DISHER:  Objection.  Form.

4      THE WITNESS:  So my declaration speaks to our content moderation practices at a relatively high level.  It references, for example, our public-facing community guidelines.

8      Again, content moderation is a nuanced business, and there's a great deal of nuance under- -- under- -- you know, underneath those high-level statements.

12      But I believe that this document is complete in the high-level statements it makes.

14      Does that makes sense, Mr. Lyles?

BY MR. LYLES:

16  Q   As to content moderation policies that will be affected by HB20; is that --

18  A   Yes, because it -- I mean, it speaks about those content moderation policies with -- in some generality, but, yes.

21  Q   Okay.  And is there -- is there someone else at YouTube who's better able to tell me the

1  specifics of which content moderation policies HB20 affects or will affect?

3      MR. DISHER:  Objection.  Form.

4      THE WITNESS:  Mr. Lyles, the reason I am here today is because we believe I am the best person to explain that to you.  I'm sorry if I've disappointed in any way, but I -- I do believe I'm the best person to explain the impact of HB20 upon YouTube.

BY MR. LYLES:

11  Q   YouTube's content moderation policies?

12  A   Correct.

13  Q   Okay.  And in terms of your spelling out those content moderation policies that YouTube contends will be affected by HB20 in your declaration, did you rely on any other documents other than those that you produced to us?

17  A   No, I did not.

18  Q   Okay.

20      MR. LYLES:  Okay.  Pass the witness.

21      MS. YANG:  There will be no redirect examination.

150

1    MR. DISHER:  Plaintiffs have nothing at
2  this time.
3    MR. LYLES:  Thank you, Ms. Veitch.
4    THE VIDEOGRAPHER:  Please stand by.
5    THE WITNESS:  Thank you.
6    THE VIDEOGRAPHER:  We are off the record
7  at 1:23 p.m.
8    And this concludes today's testimony
9  given by Alexandra Veitch.
10    (Off the record at 1:23 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22

151

1
2  Certificate of shorthand reporter - notary public
3    I, Susan E. Alldridge, Registered Professional
4  Reporter, Certified Shorthand Reporter, the officer
5  before whom the foregoing deposition was taken, do
6  hereby certify that the foregoing transcript is a
7  true and correct record of the testimony given; that
8  said testimony was taken by me stenographically and
9  thereafter reduced to typewriting under my
10  supervision; that reading and signing was requested;
11  and that I am neither counsel for or related to, nor
12  employed by any of the parties to this case and have
13  no interest, financial or otherwise, in its outcome.
14    IN WITNESS WHEREOF, I have hereunto set my hand
15  and affixed my notarial seal this 19th day of
16  November 2021.
17
18
_____
19  NOTARY PUBLIC IN AND FOR THE DISTRICT OF COLUMBIA

## Numbers

**100** 67:12 77:15,16
**10,000** 42:20
**100,000** 104:21
**10:31** 57:12
**10:44** 57:17
**10:54** 63:14
**10:58** 63:18
**11:30** 95:6
**11:33** 95:10
**11:34** 97:8
**11:59** 108:9
**120.0** 109:11
**120.003** 109:2
**120.103** 109:11,14
**12:06** 97:13
**16th** 9:21
**1700** 7:12
**17th** 7:13
**1:13** 142:4
**1:21-CV-00840-RP**
  7:10
**1:23** 150:7,10
**20,000** 104:11,18
**2018** 10:9 131:4,8
**2020** 9:21 62:5
**2021** 7:13 18:14 79:6
**2021's** 79:5
**21st** 62:5
**230** 48:3,5,20 49:3,8,
  13,16 50:8 56:6
  143:2 144:7,12
**23-page** 62:8 63:6
  65:3
**2nd** 18:14 52:18
  145:1
**30b** 21:22 52:1
**30c2** 52:17
**500** 42:11 66:9
**55/45** 27:12
**9:42** 7:4
**9:43** 7:14

## A

**a.m** 7:4,14 57:12,17
  63:14,18 95:6,10
  97:8

**ability** 28:6 118:16
  120:4,12 140:19
  142:9 143:3 144:19
  145:2,5
**able** 16:22 26:5,6,6,
  15 27:3 125:20
  148:22
**absence** 47:14,20
**absolutely** 51:3 52:9
  98:7,11 134:16
**abuse** 89:19
**abusing** 26:21
**academics** 99:14
**accepting** 21:3
**accepts** 20:19
**access** 100:17
**accessible** 28:10
  123:13
**accommodate** 125:21
**according** 59:22 83:9
**accordingly** 22:1
  52:1
**account** 17:9 18:8
  20:22 21:2,15
  25:11,15 26:10,18
**accountable** 67:9
**accounts** 70:14 84:17
**accuracy** 78:12 84:15
**accurate** 25:19 35:2
  76:7,10 78:17,20
  145:19
**accurately** 34:16
  70:2 79:13 81:19
  137:20
**across** 145:6
**Act** 11:22 48:3
  109:14
**Action** 7:10 32:20
  90:22
**actions** 33:18
**activities** 10:22
  11:9,10 26:9
**actually** 17:18 28:3
  31:4 33:5,8 34:5
  38:16 49:12 54:14
  56:20 62:10 77:3,5
  81:9 83:18,20 84:1
  85:9 92:2 95:13
  105:14 109:4 126:9
**adapt** 69:2

**add** 60:9 89:14
  122:19
**additional** 27:16
  33:20 126:16
  127:15
**address** 98:19 99:1
  133:19
**addressing** 102:4
**admit** 15:15
**ads** 30:11 139:1,2,20
**advertisements**
  27:20 29:20 30:15,
  18,20 31:1 138:13,
  19,22 139:11
**advertiser** 140:2,6,7,
  18
**advertisers** 29:1,6,
  17 30:10,13 66:19
  92:14 130:21 139:9,
  21
**advertising** 27:11
  29:12 30:4 123:2
  127:16 130:7,9
  140:15
**advice** 16:6
**advise** 55:13
**advising** 15:13
**advocates** 98:17
**affairs** 11:4 16:3
**affect** 142:9,18
  143:5 149:2
**affected** 148:1,17
  149:15
**affecting** 127:1
  143:22
**affects** 143:2,3
  144:19 149:2
**affirmatively** 17:21
**after** 8:16 57:1
  74:20 78:8 89:9
  107:6 139:4
**again** 15:12 16:13
  23:6 28:1 35:4
  41:16 42:10 50:18
  54:21 58:10 60:12,
  19 68:11 73:11
  74:10,15 83:9,12
  87:20 88:16 91:9
  92:3 102:16 103:14
  105:5 108:1 111:17

119:3 120:18
124:21 125:9 148:8
**against** 15:7,9 36:10,
11 38:17
**age-gate** 120:13
**age-gated** 45:8
**age-gating** 119:21
120:7
**ago** 96:9,16 98:15
142:7,22
**agree** 17:22 89:20
**agreement** 57:19
**ahead** 19:19 38:10
56:16 57:3 67:17
**Alexandra** 7:6 9:2
63:4 80:20 135:5
150:9
**algorithm** 76:5,7,8,8
94:11 99:17,22
100:15 101:1
124:16 125:5
**algorithms** 65:7
72:14,20 80:11
100:8,19 137:13
138:18
**aligning** 36:14
**Alldridge** 7:18
**Allie** 64:2
**allow** 28:19 40:16
93:9 114:5
**allowable** 60:6 61:6
122:2 144:10
**allowed** 18:13 21:11
43:18 120:20,21
122:8 129:12,16
144:10
**allowing** 40:8 69:18
**allows** 18:22 52:14
**alongside** 29:20
30:18,20 31:1
**already** 45:3 89:12
93:11 100:4 116:18
121:3 146:4 147:13
**also** 10:19 11:7
19:18 34:8,11
36:11 40:6 49:6
50:7 50:7 51:6
54:16 55:2 65:14,
16 66:20 67:6 69:1
71:19 77:11 79:13

80:3 84:21 97:20
107:11 110:12
112:12 115:7
119:18 120:1,4
122:21 123:4
126:12 130:21
133:8 137:21 139:2
145:5
**always** 9:12 43:15
50:18 67:4,12
75:15
**Amendment** 122:10
**America** 49:5
**American** 10:13 124:5
**Americans** 54:3,7
**Americas** 11:5
**among** 58:17 89:20
**amount** 28:19 40:5
42:14 66:8 104:13
120:19
**Angela** 13:2
**Another** 32:16 60:20
77:11 114:4 118:8
143:2
**answer** 9:10,13,16
15:10 19:13,16,20
37:15 39:9 46:20
47:3 50:18 52:9
54:15 55:5 56:10
72:2 103:5,15
117:14 128:5
**answering** 70:2
**anybody** 13:4,15 14:2,
5
**anyone** 24:10
**anything** 9:12 14:3,6
54:20 107:16
**anyway** 84:17
**Apart** 142:8 145:13
**Apologies** 39:15
58:11 103:22
111:18
**apologize** 23:10
105:17
**appeal** 75:6,15,18,18
76:9 106:20,22
107:6 108:9 110:5,
7 128:19 129:1,2,
14
**appeals** 76:1,2 107:2,

3,12,18,22 108:3,4,
5,5,11 110:4,9,13
111:12 128:21,22
**appear** 27:20 29:20
30:15 30:15,18,20
31:1 40:21 132:21,
22 133:4 139:2,12
140:21
**appearing** 130:8
**appears** 29:21 69:19
139:7,15 140:4
**appended** 139:2
**applied** 45:19 123:22
**applies** 120:4
**apply** 45:15 49:19
50:10,14
**appreciated** 44:20
**approach** 46:7
**appropriate** 45:8
51:18 116:20
119:16 120:10,11
122:14,15,21 123:5
**approximately** 7:14
9:22
**April** 10:9
**area** 15:14 20:16
71:3 139:19
**areas** 34:20 35:13
**aren't** 56:21
**argue** 47:19
**argument** 117:5
**Aronov** 7:15
**around** 29:18 65:13,
20 70:1 120:21
121:5,6,10 122:1,8
130:15 141:2
143:10 144:8
145:15
**arrangements** 130:12
**arrival** 54:16
**art** 11:21
**article** 62:8 63:6,21
64:16,17,20 65:2,3
94:6 98:17
**arts** 137:17
**aside** 37:20 144:18
**ask** 16:18 30:6,11
60:18 74:1 87:19
96:7,19 136:9
**asked** 93:17 95:21

102:7
**asking** 55:22 91:2
128:3
**asks** 50:12 98:10
**aspect** 87:5
**aspects** 53:20
**aspirational** 107:15
**associated** 90:6
107:8,14
**association** 7:19
13:18
**associations** 15:7
**assume** 43:5 71:19
88:18 100:2 105:8
117:4 140:1
**assuming** 45:3 86:22
**attached** 12:13 22:18
61:21 94:8 98:3
108:22
**attorney** 117:16,17
**attorneys** 12:20
**audiences** 135:13
**Austin** 7:9
**authoritative** 34:1,8,
13 35:15,17,19,20
37:1 138:1,4
**authoritativeness**
35:22 138:10
**authorities** 69:5
138:5
**automated** 64:1
**avail** 73:12
**available** 21:15
24:10 25:9 25:9,14
26:3,7 40:5 41:1,9
59:14 60:1 66:12
73:12 74:11 76:2
85:4,22 105:5,16
110:5,8,10 111:4
120:1 121:1 124:5,
9 130:1
**avenues** 128:4
**avoid** 112:3
**aware** 43:9 49:8 51:9
64:5,6,12,16,19
65:11,14,19 83:2
90:5 93:18 95:16
107:17 108:1
115:10,16 147:2,4,
4

**away** 37:21 48:20
49:3

## B

**back** 20:19 21:20
27:22 36:16 42:22
57:14 63:16 68:11
71:5 95:8 97:10
129:3 132:15
141:22
**backlog** 103:17 104:3
**back-of-house** 88:20
**back-of-housework**
87:9
**bad** 112:4
**balance** 28:16 29:3
36:9,11 37:5 40:4,
8,17 41:16 58:22
59:12
**balancing** 38:21
60:13
**barriers** 25:4,7
**based** 44:13 52:7
80:15 82:19 110:10
113:11 124:19,20
126:4 133:14 134:2
138:4 141:7
**basis** 19:15 56:13
59:20,22 70:19
105:2 139:21
**baskets** 31:18 100:21
**Bates** 23:14 94:15
**Bates-stamped** 23:2
**becomes** 115:22
**before** 9:6,8,16 10:4,
18 11:6,18 12:2,4
26:4 31:22 62:7
63:7 64:16,19 77:8
77:8,9 86:8 108:10
139:3 144:4 144:4
**began** 32:8
**beginning** 32:12
57:15 97:11 142:2
**begins** 7:5 58:8
**behalf** 12:7
**behind** 94:6
**being** 7:11 10:14
16:13 25:19 27:3
41:7 54:5 68:1

78:20 101:11
109:16 111:18
112:3 118:11
119:15 134:13
145:19
**beliefs** 58:8,16
**believe** 13:14,20
14:1 21:18 24:22
25:8,21,22 26:17
36:19 42:4 44:1,3
46:5 49:13 55:2,18
56:5 60:10 61:10
65:19 73:10 74:4,9
76:11 79:2,5 80:22
83:5 92:6,18 102:6
110:13 111:6
113:20 115:2 118:9,
18 128:13,20,22
130:5,10 131:8
143:14,19 144:14,
22 147:15 148:12
149:5,7
**bells** 136:1,18 137:9
**beneficiary** 50:7
**benefit** 47:15,21
48:9,14,17 50:7
92:10 95:21 135:12
**benefited** 48:17
**benefits** 47:7,12
**Benjamin** 7:21
**best** 29:18 149:5,8
**better** 15:3 33:11
35:9 35:9 67:6
144:22 148:22
**between** 37:5 38:21
42:18 58:22 59:12
79:1 81:13 134:20
140:2
**beyond** 21:21 51:21
92:5
**Bieber** 84:7,11
**big** 36:16 51:5
145:17
**billion** 20:1 80:17
111:7,10 119:6
**blocking** 112:17,20
**blogging** 11:9
**bones** 89:14
**border** 39:18
**borderline** 39:17,18

40:8,15
**both** 10:18 32:21 39:7 66:12 68:20 71:17 73:10 75:15, 22 82:18 99:4 117:5 123:14,20
**brands** 29:19
**break** 9:14,17 56:21 57:4 97:2 141:15
**breaks** 81:9
**Brian** 13:3
**bringing** 15:8
**broad** 87:11
**brought** 15:6
**budget** 79:20
**building** 58:9
**bumps** 38:17
**burden** 110:18
**burdens** 146:19 147:1, 3,7,10,18
**burdensome** 144:1,15
**business** 48:22 92:12, 15 123:1,2 130:17 140:15 148:9
**button** 36:4

### C

**cadence** 78:8
**calculate** 80:5
**calculus** 40:13
**California** 53:9 54:9 142:7 144:18
**call** 42:5 74:14 90:13,14,17 139:20
**called** 8:16 46:6 62:3
**came** 90:22
**Can** 15:2,3 21:8 23:5, 21 24:6,16 27:6,21 28:9 30:16 30:16 37:8 45:2 52:22 56:14 59:8,11,16 70:4 70:4 89:19 90:2,14 96:20 97:1 97:1 112:13 114:22 117:17 126:4,21,22 128:18,20 129:1 132:10,15,19 133:5, 8 141:4

**Canada** 10:18
**cannot** 36:21 37:9 59:17 122:12
**can't** 9:11 79:2 102:14
**capabilities** 117:15
**capacity** 117:16
**careful** 110:6
**carefully** 142:15
**carved** 69:8
**case** 13:22 54:7 88:9 91:6 107:11 124:1 137:18 140:16
**case-by-case** 56:12
**cases** 38:15 86:13 91:12 92:22 106:12, 13 137:21 138:10
**categories** 43:21 44:3 87:12 89:16 90:1,3
**category** 89:21 102:8, 10 113:20 114:2
**caution** 56:7
**caveating** 144:7
**CCIA's** 14:8
**center** 104:12
**certain** 22:10 25:21 26:19,20 33:21 69:12 81:10 85:8 99:5 113:12 117:8 126:8 137:21
**certainly** 11:18 13:8 14:9 49:6 91:12 111:4 123:6 136:11 137:8 144:11
**certainty** 86:14 88:10 91:12
**cetera** 20:6 101:15
**change** 48:21 49:4 54:11 105:14 116:1
**changed** 69:6
**changes** 65:14 124:16
**channel** 40:19
**channels** 32:1 70:13 77:21,22 132:5 134:4
**characterization** 96:9
**charge** 130:16
**charged** 139:20

**check** 17:15 18:7 19:5 20:11,12
**checks** 20:9
**chief** 100:1 130:17 131:20
**child** 81:4 89:18 101:10
**children** 43:19 44:4 64:2 65:8 118:20, 22
**choices** 28:7
**circumstances** 92:5
**cite** 124:2 147:9
**cites** 99:22
**citing** 106:17
**citizen** 56:1 135:5,8
**citizens** 48:16 122:16
**Civil** 7:9
**claim** 65:6
**claimed** 43:16
**clarification** 50:12 96:8 98:10 110:17
**clarify** 16:19
**clarity** 62:20 94:9
**classic** 135:3
**clear** 11:15 14:17 21:7 29:22 34:12 41:8 43:9 62:6 75:8 99:19 110:6 123:19 126:21 129:19 143:9
**clearly** 87:13
**click** 33:11 106:21
**Clicking** 33:18 36:4
**Clicks** 33:1,6 35:10
**client** 14:22 15:7,9
**close** 39:20 56:20 78:9
**closed** 90:21 91:22 108:6
**closes** 108:10
**closing** 107:21
**clues** 32:2 133:19,22
**code** 100:7,14
**Coexist** 23:22
**combination** 76:20
**come** 20:5 25:14,22 55:4 90:21 100:21 108:9,11 125:15

126:17 138:2,22
comes 39:19 144:22
comfort 118:15
comfortable 22:12
comment 49:19 51:18
110:11,14 116:20
117:17
comments 49:15 71:7
75:12 81:16 82:2,3
110:10 111:3,7,12
commercial 128:13,14
130:12
committed 84:17
commonsense 51:2
communication 19:5
136:5,12
Communications 48:2
135:16,21 137:4
community 21:13 34:6
38:5,7,13 39:21
42:13,16,21 43:2
45:19 59:5,22 60:4,
5 61:5,12 66:14
67:2 70:18 71:15
72:10 73:2 75:3,20
76:2,6 79:20 82:19
83:10 84:12,14,18
85:4 86:11 87:6
88:7 93:8,20 95:15
98:21 99:14 101:6
102:1 106:18 111:5
112:6,18 113:6
115:6 116:7 118:12,
13 121:6 144:11,13
148:7
companies 14:10
29:18 54:5 128:8
company 10:18,20
11:8 16:5 48:5,18
64:4
company's 11:18
comparable 127:17
compel 115:7
compensate 128:16
compensated 129:4,15
130:10
competing 28:16
compile 78:1
compiled 78:3 80:4
complete 148:13

complexities 126:17
compliance 54:17
55:2,9 124:22
complies 66:13
123:10
comply 16:21 18:6
20:10 54:12,20
111:9 116:14 122:1,
10 126:8 144:15
complying 25:18
components 126:8
comprehensive 51:4
53:2,5
computer 137:18
concepts 36:15 58:17
67:20
concern 65:20 102:9,
10 111:2 115:21
concerned 110:18
concerning 66:2
concerns 35:13 36:12
65:13 116:4
concludes 150:8
conclusion 96:3
106:8 122:9 141:10
conclusions 96:18
121:21 122:6,15,22
141:7
conditions 25:18
confidence 76:13
77:1
conflict 113:6
confuse 37:10
Congress 12:2,5
48:14 53:10 56:8
143:14
conjunction 12:20
147:12
connection 24:11
25:5,10
consequences 56:7
consider 39:19 56:11
considered 113:20
considers 56:8
consistent 28:20
consistently 66:11
conspiracy 41:5
consume 63:8
contained 19:1 147:5
contains 15:16

contends 146:20
148:1 149:15
content 21:17 22:4,
11,13 26:5,7 27:4,
7,12,20 28:20
29:21 30:14,17,19,
21,22 31:7,14,15,
16,19,21 32:8,9,17
33:8,17 34:9,18,22
35:14 36:2,6,8,20,
20,21,22 37:1,2,8,
11 38:7,13 39:19
39:19 40:8,10,15,
16,18,20,22 41:2,6,
9,15,17 42:1,7,8,
11,12,14,15,20
43:1,17,19 44:4,7,
9,15,17 45:1,4,5,5,
6,6,7,12,12,15
48:6,8 50:10,14
59:14,21 60:5 61:2,
6,9 64:12 65:17
66:8,9,12,15,21
67:1 67:1 68:13,22
69:18,19 70:1 71:6,
17,18 72:19 74:18,
22 75:3,9,19 77:7,
14,18 82:8,13,18,
21 83:9,15 84:3,4,
6,14 85:1,14,16,20,
22 86:10 87:1,8,12
88:17 89:16,21
90:2,3,7 91:10,14
92:3,11,18,20 93:1,
6,19 94:4 95:14
96:11 98:20 101:5,
18,22 102:2,7,13,
22 103:10,19 104:7,
11 105:20 106:3,4,
4,10,14,16 109:16
110:7,8 111:21
113:12,21 114:2,9
115:12 116:6,12
117:6,9 118:7,12
119:15,20,21,22
120:5,8,10,13,15,
20,21 121:1,4,10,
14,22,22 122:2
124:4,5,9 125:12
125:12 126:4,15,22

127:5,22 128:5
130:8 134:13
135:11,14 138:4,7,
10 139:3,8,11
142:10,21 143:4,7,
10,22 144:19 145:2,
5,15,20 147:22
148:5,8,16,19
149:1,11,14
**content-based** 43:20
**context** 32:2 36:18
37:7 69:12
**contextual** 133:18,22
134:8
**continually** 58:21
**continue** 8:9 32:14
33:12 67:5,6 133:3
**continuing** 66:16
67:9 69:1
**control** 54:4 132:3
133:4,9 141:4
**controls** 30:14
139:10 141:2
**conversation** 37:8
86:8
**conversations** 14:9,
16,18 119:16
**copies** 85:14,16
**copy** 108:15,16,17
**Corbello** 8:6
**core** 58:20 60:14,15,
22 61:4,8
**Corporate** 23:21
**correct** 10:2,3 14:20
15:17,18,22 16:1
31:9,10,11 48:8
74:6 84:18 94:17
114:9 115:21 116:2
126:3 133:13,16
134:9 135:8 140:8
147:19 149:12
**correlates** 102:10
103:13
**correlation** 102:11
140:1
**correspond** 13:4
**corresponds** 23:11
**cost** 79:14 80:5,7
104:12
**cost-per-thousand**

139:21
**Could** 16:8,18 18:15
21:17 22:6 26:9
27:22 29:13 30:6
31:6 35:3 36:15
43:12 44:1,5 45:7,
8 47:11 50:6,7
51:2,11 55:10,11,
13 56:6 58:5,10
60:18 62:2 63:20
90:12,13,13 92:7
94:21 98:5 100:15
101:13 108:9 109:2
113:10,20 117:21
119:10 120:9 121:4,
6,9 122:19 127:19
128:9 134:16
136:21 137:12
146:8,10
**couldn't** 95:22 99:7
104:22
**counsel** 7:20 9:15
18:21 23:10 24:14
39:7 52:22 55:13,
16 57:20,21 62:15
63:2 68:3 81:16
94:6 95:1 97:4,14,
18 141:12
**countries** 123:14,17,
19,21 126:1,5
**country** 46:12 125:2,
13 126:4 145:7
**country's** 125:21
**couple** 139:1
**course** 146:13
**Court** 7:8,18 8:12
9:11 39:10 52:2,15,
18 115:11,19
116:19 117:5,18
**Courtney** 8:6
**Court's** 18:13,21
116:12
**covered** 49:16
**COVID-19** 138:3
**crafting** 61:2,4
68:13
**create** 27:12 118:13
**creating** 26:10
120:15
**creation** 120:20

**creativity** 20:6
58:19 129:17
**creator** 21:10 26:6
61:14 75:7,14
106:11,15 114:13,
15 126:13 128:17
129:10
**creators** 22:9 27:12,
14,16 29:1 37:4
45:20 46:13 66:18
75:17 92:13 106:2,
3 107:12 110:5
118:14 123:3 128:4,
14,15,16 130:12,15,
19 135:12
**criteria** 101:13
**critical** 118:3
**crosstalk** 39:8
**current** 131:2
**currently** 11:17 53:7
109:15 111:11,13
112:12 113:6 115:5
116:6 121:1 143:15
145:4 146:5
**cut** 23:3,15 94:16

---

**D**

---

**data** 54:4,6 67:3,7
70:17 71:19,20
73:1 77:11 78:13
79:5,9,12 83:6,7,
20,21 98:18 98:18,
22 99:17,21 100:1,
3 104:9 107:3,4
131:2,5,8,10,13
143:19
**date** 79:2
**dated** 18:14 131:3,7
**day** 28:15 32:6
133:21
**deadline** 107:15,21
**deal** 103:18 107:10
143:13,19 148:9
**deals** 144:5,7
**December** 145:1
**Decency** 48:3
**decide** 30:10
**deciding** 117:8
**decision** 106:22

107:6 108:4,12
112:8 121:5
**decision-making**
90:4
**decisions** 58:9 59:18
82:19 107:9 108:3
117:18 121:5
**declaration** 12:10
14:15,18 15:5,16
16:9 19:1,8,19
28:1 36:19 40:2
42:4 43:13 56:18
58:6,15 70:12
111:2 112:14
127:11,12 146:11,
21 147:3,5,8,12
148:2,4 149:16
**declines** 67:8
**dedicated** 80:1
104:14
**Defendant** 7:6,22 8:7
**Defendant's** 61:19
**defense** 22:21
**Defense's** 97:16
**defer** 53:4
**define** 31:6 35:4
47:11 74:1 113:3
**defined** 115:2,11
117:5
**defining** 116:12
**definitely** 128:6
**definition** 113:12
**definitionally**
82:10
**definitions** 116:19,
21 117:19
**degradation** 118:4,9
**degrade** 118:18
**degree** 76:12 77:1
84:15 86:14 88:10
91:11 137:17
**delete** 132:10,15,19
**democratic** 122:5
**democratically**
46:12
**demonetization**
120:6
**demonstrated** 99:20
**department** 105:8
**depending** 21:9

**de-platform** 129:20
**de-platformed** 129:5,
21
**de-platforming**
129:8
**deponent** 94:6 97:22
**deposed** 9:6
**deposition** 7:5,11
12:12 18:13,22
22:17 52:3,16 56:4
61:20 64:10 94:7
98:2 108:21
**de-prioritizing**
39:3
**depth** 18:2
**describe** 27:6 86:9
**described** 60:22
143:21
**description** 147:18
**designed** 118:3
**detail** 139:5
**detailed** 87:4
**details** 53:13 96:1
**detected** 75:4 89:21
101:5
**detecting** 84:3
**detection** 72:19,22
74:16,21 85:20
92:18
**detects** 76:5
**determination**
116:13
**determinations**
123:5,7
**determine** 31:19 42:7
59:14 61:5 79:19
84:13 92:20 138:18
139:6,14
**determines** 91:4
102:21
**devoted** 104:6
**different** 19:22 20:5
45:11,22 46:7,8,9,
10 82:11 100:20
122:5,6,9 145:3
**differently** 75:13
109:14 110:20
122:8
**difficult** 126:8
**direct** 104:19 134:20

**directed** 19:2
**direction** 33:22
137:22
**directly** 70:17 121:9
125:15 130:15,19
**director** 10:12 11:3
16:2
**disagree** 33:6 52:14,
21 106:7
**disappointed** 149:7
**disclosure** 11:21,22
**disclosures** 104:20
105:1
**discover** 31:17
**discretion** 66:4
67:15
**discrimination**
114:19 116:1
**discussed** 26:4 36:19
37:3 45:3 61:11
65:12 66:7,22
82:17 89:13 93:11
100:19 101:17
107:2 115:17 118:7,
14 119:18,21 121:3
123:7 128:22
131:18 132:5 138:6
143:17 147:13
**discussion** 38:4
100:12 143:13
**discussions** 13:12
**Disher** 8:1
**dispute** 105:20
**disputed** 111:16
**disputes** 109:15
**distinct** 20:1 67:20
**District** 7:8,9 21:22
51:22
**diverse** 119:5
**diversity** 135:13
**Division** 7:9
**document** 12:16,18,19,
22 13:5,6,8,10,13
23:11,15,20 24:17
62:17,21 94:10,20
97:19 99:21 120:18
148:12
**documentation** 87:13
88:19
**documented** 86:15,17

87:3,4 88:11,15
**documents** 72:1 147:9,
11,14 149:16
**does** 11:12 17:15
18:7 20:22 29:10,
13 30:3,19 32:5
35:5 39:20 40:12
42:15 45:4 47:21
52:16 53:2 63:7
70:20 70:20 77:1
82:13 85:7,9 89:8
91:4,11 92:10,20,
21 93:12 102:13
105:19 105:19
106:13 107:5
109:15 113:2 116:2,
8 118:12 120:5
123:11,12,13,19
136:1 138:16,18
143:18 143:18
148:14
**doesn't** 38:17 49:8
52:5 81:7 136:18
**dollars** 123:2
**done** 53:10 54:19
115:19
**down** 24:6 81:10 87:5,
17 89:22
**draft** 147:12
**drafted** 12:18,19
**dramatically** 116:2
**drive** 58:9
**driven** 131:1,9
**due** 81:6,17 134:7
**duly** 8:17
**during** 39:9 81:13
82:4 130:5 136:13
139:3
**duties** 10:11 11:2
**dynamics** 28:17

**E**

**each** 78:9 124:13
132:9
**earlier** 36:9 51:21
65:12 93:17 100:20
101:4 103:6 118:7,
14 132:12 138:7
**earn** 66:17 127:18

**earning** 127:16 128:4
**easier** 39:10
**editor** 51:10
**editorial** 60:16 61:1
66:4 67:15 68:12,
15 69:7,14
**effort** 69:1
**egregious** 89:17,20
106:13
**either** 14:19 44:5,7
57:20 69:21 75:19
86:12 101:7 139:3
**elected** 46:12
**elements** 55:3
**elevate** 37:1
**eligibility** 127:15
**eligible** 27:17,18
127:18
**eliminate** 28:6
**else** 148:22
**else's** 89:2
**elucidate** 147:9
**email** 106:12,16,20
**emerging** 11:5
**employee** 104:20
**employees** 99:13
104:21 105:10
**enacted** 48:14 54:15
**encompassed** 10:22
**encourage** 53:11
**end** 20:19 32:12
57:11 97:7 108:6
141:19
**endeavor** 41:13 66:11,
17 79:12 85:12,16,
21 86:1 108:3
143:18
**ends** 83:18 91:18
**enforcement** 52:15
70:18 71:15 76:3
79:21 85:5 88:7
111:5
**enforcing** 52:17
68:21 118:3
**engage** 26:9 87:8
**engagement** 30:3 31:3
34:1,10,14,16,20
35:2,6,9 36:12
38:20 39:1 93:2
**engaging** 66:4 114:19

**engine** 64:1
**enjoined** 145:4
**enjoy** 25:16 31:16
32:17 36:7 93:12,
14 138:8 138:8,11
**enjoyed** 32:14
**enjoys** 48:10
**enormous** 42:13 56:6
66:8 104:13
**ensure** 78:12
**ensuring** 119:1
**entail** 10:15
**entering** 146:7
**entire** 104:17 130:14
**entirely** 20:18 29:7
35:1 55:3 76:10
80:14 85:7,12 86:1
**entitled** 52:9
**entry** 25:4,7
**episode** 76:4
**equal** 35:5
**equally** 44:17 45:16,
19 46:11 50:10,15
120:4
**erodes** 92:13
**erosion** 144:12
**erosions** 56:5
**error** 68:20
**errors** 75:16
**escape** 85:20
**especially** 118:20
**essential** 48:15
**establishing** 111:12
**estimation** 72:7
**evade** 85:18 112:5,9
**even** 34:1 45:3 62:17
79:18 80:4 133:17
**ever** 13:14 14:1,4
41:22 82:13
**every** 20:2 28:15
42:11,20 66:9
80:17 108:2
**everyone** 60:11
**everything** 81:8
**evolve** 69:8
**evolved** 69:5
**exact** 73:11
**exactly** 19:10 27:2
85:19 92:1 97:21
**examination** 149:22

**example** 13:9 21:9
22:13 26:4,12,14
32:12 33:1 34:2
39:22 43:19 45:7
47:14 49:9,15 50:1
51:4,9 53:10 61:14
65:6 69:3 80:19
89:18 101:10
111:10 113:19
118:6 119:4 122:7,
12 124:1 125:3
129:21 132:4,12
136:11 138:2 141:3
143:3 148:6
**examples** 59:9 66:3
128:8
**exceed** 19:7
**Exceeds** 18:12 48:11
49:1,20 64:9,14
**Excellent** 62:11
**exception** 44:2
**exceptional** 92:4
**exclusively** 127:6
**Excuse** 68:9 108:14
**executives** 11:8 64:4
**Exhibit** 12:11,12
22:17,21 61:19,20
94:7 95:22 97:16
98:2 108:20,21
109:7,21
**exist** 21:8 61:12,13
69:7
**exists** 79:18
**expeditious** 108:4
**expeditiously**
107:14 108:12
**experience** 25:14,16
26:1 118:4 125:22
127:1,6,7 133:6
**experiences** 118:10,
19
**expert** 44:11 46:4
**expertise** 15:14
20:16 71:4 139:19
**experts** 84:12 98:19
99:1
**explain** 10:20 11:7
18:15 22:6 29:14
137:12 149:6,8
**explanation** 112:1

**exponentially** 66:10
**exposed** 118:11
**exposure** 140:3
**express** 22:10
**expressed** 114:14
115:3 121:9
**expresses** 118:7
**expressing** 22:12
61:8
**expression** 28:14,17,
21 29:4 36:10 37:6
40:6 58:20 59:1,12
60:13 67:15 118:15
**extend** 126:6
**extension** 49:5
**extent** 10:19 117:15
**external** 99:4
**externally** 99:6,11

---

**F**

**fact** 13:7 20:3 66:21
86:20,22 87:3
88:12 91:11
**factor** 132:8
**factors** 100:21 132:3,
9
**fair** 10:21 25:3
33:15 68:17 71:2
73:18 125:20
**faked** 40:3
**fall** 59:6
**falling** 113:11
**falls** 76:4 131:17
**familiar** 12:16 21:10
43:4 115:18 116:18
128:12,20 140:15
145:20 146:4
**familiarize** 62:2,9,
17 94:22 98:6
**far** 77:3 110:18
120:22
**fashion** 87:5
**fast** 63:7
**fear** 15:11
**federal** 46:17 47:8
52:16 53:7 122:4
135:17,22 142:8,18
143:5,21
**feedback** 32:18

**feeds** 102:4
**feel** 22:11 67:20
**fell** 117:8
**few** 9:8 62:10,16,18
78:15 79:7 106:12
**figure** 44:16,21
60:20 73:12
**filed** 7:8 12:10 15:5
**filing** 79:3,6
**final** 146:7
**find** 19:7,9 60:2
84:2 113:5 135:11,
14 144:14
**finding** 135:12
**finds** 70:21
**fine** 62:7
**finish** 39:13 56:15
**firm** 8:3
**first** 8:17 24:7 27:6
31:20 63:22 72:19
74:15,16,18,21
92:17 101:14
107:11 122:10
125:6
**five** 57:6
**flag** 82:6,12,13 84:4
102:12
**flagged** 81:9,14 82:3,
8 83:17 84:6 91:13
102:3
**flagging** 84:2 103:2,
7
**flags** 82:7 91:3
102:7
**flexibility** 121:14
**Florida** 145:4
**Florida's** 145:11,13
**flow** 16:12
**focus** 86:7 101:20
**focused** 119:14
**folks** 14:13
**followers** 26:20
**following** 60:19
113:18
**follows** 8:17
**force** 55:4 145:1
**forget** 143:1
**Form** 15:1,19 16:17
17:7,17 18:10,11
20:14 21:21 28:12

30:5 33:4 34:21
36:13 38:9 39:6
40:14 43:22 44:10,
19 46:2,3,18 47:2,
9,10,17,18 48:11
49:1,11,20 50:22
51:13,14,22 53:17,
22 54:13 55:21
60:7 66:5 67:16
68:18 69:15,16
71:8 73:6,9,19
74:8 78:2 82:15
86:16 89:11 93:3
95:18 96:5 102:5
103:21 104:8
105:22 110:1,22
112:21 113:13,14,
22 114:10,11,20,21
115:13,14 116:3,15,
16 117:10,11 119:2
120:16 121:16
123:16 124:12
125:7,8 126:2
127:2 128:2,16
132:1 134:15 136:8
137:7 144:2 146:22
147:20 148:3 149:3
**formal** 136:12
**forms** 139:1
**foster** 59:3,10
**fosters** 60:3
**found** 42:17 91:14
**four** 36:18
**free** 16:12 22:9
23:21 48:15 58:18
**freedom** 28:14,17,21
29:4 36:10 37:6
40:6 58:19,22
59:12 60:13 118:15
**French** 141:4
**from** 27:21 28:9
32:12 38:3,14
40:19 45:18,22
46:16,22 47:7 48:6,
17 50:8 52:18
55:22 57:20 62:4
64:2 65:9 70:17
75:5 82:11 85:7,8,
13 87:12 88:12
89:17 92:10,21

102:22 106:11,15
112:20 113:7 113:7
116:5,6,19 118:2,
22 120:15 125:5,16
126:14 129:14
130:2 131:4 132:10,
19 135:17,22 136:5,
11,13 137:4 142:8
145:13 146:3
**full** 55:3 63:22
117:14 135:21
**fully** 124:3
**function** 83:10
**fundamental** 28:14
**funny** 93:5

## G

**Gamble** 139:7
**gather** 27:21 28:9
**gender** 22:14
**Gene** 7:15
**general** 30:16 31:18,
22 32:2 59:4 102:8,
10 111:22 124:14
**generalities** 112:7
**generality** 148:20
**generally** 13:7 16:4
24:22 25:8 29:17
53:15 54:2 59:11
62:16 65:11,14
95:19 96:1 106:14
135:14 137:16
140:10,16 141:6
142:18
**German** 124:4 125:3
127:6
**Germany** 122:7 123:8,
13,20 124:2,9
126:22
**get** 59:16 66:11,17,
21 67:4,12,14
70:16 75:15 78:11
89:22 98:16 107:10,
11,12 126:18
133:11 140:7
**gets** 34:4 37:20
86:10
**getting** 18:2 66:16
68:16,21 69:11,13

93:1 125:5 139:18
**give** 9:10 24:16
33:16 39:22 55:10
60:11 62:18 72:6
81:8 100:16 108:14
109:17 112:4
119:10
**given** 12:4 17:20
43:5 66:20 75:14,
17 87:11 94:2
96:17 99:6 106:19
108:1 115:1 117:15
119:5 144:13 150:9
**giving** 40:12 108:17
**global** 69:3 138:5
**globally** 122:11
**goes** 101:7 124:15
**going** 7:4 12:9 22:20
27:14 28:7 30:11
33:5 35:21,22 39:7
52:11,14,17,20
56:22 57:10 58:11
62:9,15 63:3,12
87:16,19 90:10
94:5,16 95:4 97:5
109:8 111:17 116:1
131:12 141:17
**Good** 7:3 8:21 26:21
57:21 77:4 93:1
103:4 109:12
141:14
**Goodrich** 8:3
**Google** 8:4,5 9:21
10:2,4,5 12:20
14:21 15:5 17:9,15
20:9 25:15 46:16,
22 47:7,15 48:6,9
55:7 62:22 83:7
94:15,17 97:20
99:12,18 100:9
105:3,9,9 137:19
**Google-owned** 64:4
**Google's** 25:18
104:17 105:15
**Google-wide** 104:10
**Gosh** 71:12
**got** 9:16,18 22:22
23:3 23:3,15 68:6
75:1 146:17
**gotten** 32:11,15

govern 16:22 60:5
government 10:13,15
    11:4 16:2 46:17
    47:1,8 125:16
    135:17,22
governments 121:21
    122:5,14
great 107:9 126:16
    139:5 143:13,19
    148:9
greater 54:3 77:16
    111:6
greatest 101:22
ground 9:8
group 13:11
growing 66:10
guess 55:11
guidelines 38:5,8,14,
    17 39:21 42:13,16,
    21 43:2 45:19 59:6
    60:1,4,5 61:5,12
    66:14 67:2 70:18
    71:16 72:10 73:2
    75:4,20 76:3,6
    79:20 82:19 83:10
    84:13,14,18 85:4
    86:11 87:6 88:7
    93:8,20 95:15
    101:6 106:18 111:5
    112:6,18 113:6
    115:6 116:8 121:6
    144:11,14 148:7
guides 31:12
guys 112:4

**H**

Halprin 71:22 72:4,
    11,12 83:13 84:21
    88:1,22 102:16,18
    103:14
hand 12:9 22:20 94:5
    97:15
handed 63:21 97:22
handing 61:18 97:16
handled 108:11
hand-select 80:19
    139:10
happen 18:1 41:6
    71:5

happened 43:7 79:6
    96:17
happens 20:18 69:12
happy 50:18 57:5
    63:11 131:4
hard 84:13
harm 43:19 44:4
    101:21 102:1
harmed 92:12
harmful 22:3,11 90:1
has 15:5 16:20 43:1,
    7,14,17 46:16,22
    47:7,15 48:15
    53:10 54:19 69:5
    70:14 77:1 80:7
    86:13 91:13 96:11
    98:22 100:8 102:11
    103:18 106:4,17
    114:15 115:5,11,19
    117:5 119:19 122:7
    123:8 128:13,14,18
    135:16,21 137:3
    137:3 143:13
hate 112:17,20
    113:19 114:3 136:9
hateful 22:13 93:13,
    14 118:11,17 119:3
having 8:16 25:5
    40:4 48:15 54:3
    92:11 95:21
HB20 28:6 108:13,14,
    17 109:7,21 112:19
    113:2 113:2,7
    115:1,2,7,22 116:5,
    13 118:2,22 120:3,
    14 126:6,9 144:21
    145:10,13 146:20
    147:1 148:2,17
    149:1,8,15
head 43:3,11 73:3
    105:11,15 113:1
health 69:4 138:5
heard 29:3 48:2
    100:12 142:14
held 7:11 54:5 67:9
here 10:9 14:13
    16:11 18:3 20:17
    35:2 36:15 42:4
    48:16 58:16 65:21
    70:13 75:9 76:19

89:13,15 99:20
    111:18 117:16
    118:19 119:13
    121:9 127:1,14
    139:19 147:18
    149:5
herself 62:17
He's 88:3 130:18
high 76:12 77:1
    84:15 86:13 91:11
    148:6
high-level 148:11,13
history 132:19
    133:14,17 134:3
hoc 59:19,22
hold 106:13
Holocaust 122:8
    123:9 124:15 125:4
honest 15:10 87:7
hood 100:16
hope 85:2
host 43:17
hosting 45:16
hour 57:7 141:13
hourly 57:4
hours 42:11 66:9
house 71:6
However 19:4
Huffington 62:4
huge 104:12 113:4
    135:13
human 44:20 69:21
    75:4,18 76:16,19,
    20 82:11,21 83:4,
    16 86:12 88:11,13
    89:9 89:9,21 91:4,
    13,17,18 92:16
    93:5 101:7 105:8,9,
    11,15 106:22
humans 74:19 75:16
    93:7,12,14
hypothetical 53:20
    56:10
hypothetically
    108:9

**I**

I'd 51:20 108:16
idea 37:11 79:16

81:8,12
ideas 16:13 20:5
identification
    12:13 22:18 61:21
    94:8 98:3 108:22
identified 146:21
identify 101:2
I'll 19:18 23:17
    108:14 110:1
I'm 7:16 11:3,22
    12:9 15:12 18:19
    19:14 20:15 21:10
    22:20 23:11 25:19
    28:7 33:5 35:1
    39:7 41:7 43:3
    43:3 44:11,15 46:4
    50:17,18 52:11
    54:16 55:1,2,12
    58:11,17 60:18,19,
    19 61:18 62:9 63:6,
    7,11 70:2 71:2,8
    75:8 75:8 78:20
    79:18 80:1 85:3
    86:4 87:16,17
    88:16 90:5,10,10
    91:9 94:5,14 96:1
    97:14,16 100:5
    101:18 107:17
    108:1,7,17 109:12
    110:6,12 111:17
    112:22 113:15,18
    115:17 116:18
    117:15,16 121:18
    130:11 131:4
    137:17 142:14
    142:14 145:19,20
    146:4,18 147:4
    149:6,7
imagination 92:5
imagine 102:9 120:9
immediate 18:7 122:3
Immediately 10:5
    21:3,11,14 89:22
impact 16:5 49:6
    51:5 145:1,5 149:8
impacting 125:22
impacts 119:5 144:11
imperfect 33:7
implemented 65:15
implicit 64:2 65:8

important 34:17
    66:17 75:22 77:6,
    16,17 89:15 123:4
impossible 56:9
improper 52:12
improve 65:17
inappropriate 89:1
incidents 66:2 94:3
incitement 43:18
    44:3
include 11:9 112:2
    123:19
includes 111:3
    123:20
including 118:21
incompatible 76:6
inconsistent 28:22
    93:7,8
Indeed 92:12
independent 98:19
    99:1,13 100:16
independently 14:22
index 33:22 34:8,13
    35:22 137:22
indexing 34:10
indicate 36:6
individual 32:8
    61:13 70:1 71:21
    75:9 84:11 122:2
    124:20 125:1,2,11
    126:5,14 132:18
    139:3,4,10
individual-content
    124:18
individually 125:11,
    12
individuals 20:2,5
industry 14:14
inefficient 84:2
inform 61:4 132:16
    133:8
information 19:1,5
    24:10 25:4,8,12
    34:1 40:5 58:19
    63:8 70:16 78:1,13
    99:6,8 105:6,17
    133:1,2 134:5
    136:2
informs 132:20
initiates 76:9

inputs 72:8
inquiries 136:11
inquiry 136:12
Instagram 128:13
instance 35:8
instances 76:11
    91:16 95:13 96:10
instructing 19:12
    52:8
insulates 48:5
Integrity 7:15,19
intending 86:4
interest 11:18 92:19
    132:14 134:3
interesting 121:17
interests 31:22
interference 134:20
internal 99:4
internet 24:10 25:5,
    10 48:16 49:4
    58:18 58:18
interpretation
    15:16
interregnum 130:11
interrupt 24:15
    56:17 68:7
interview 99:22
into 30:3 40:13,22
    55:4 64:3 70:21
    76:5 100:21 102:4
    117:8 132:3 145:1,
    9
introduce 7:20
Investigation 94:10
investor 105:1
involve 11:12
involved 13:8 71:8
    82:11 88:16 91:9
involves 18:20 71:17
irrelevant 116:13
isn't 35:17
issue 96:3,9 98:19
    143:14
issues 10:20 11:8
    81:5 103:17 104:2,
    12
item 79:20 101:5
It'll 23:13
it's 10:1 11:3,5
    13:18 18:18 23:7,

14,16 27:12 35:18
38:5,6,16 40:19
44:17 49:18 56:9
62:3,4,18 65:3
73:14 77:15,16
78:18 84:13 88:17
91:16 114:8,9
123:4 131:4,7
137:8
**its** 15:8 28:10 29:10,
11,12 31:8 43:2
55:20 59:3,10 60:3,
17 61:3,8 93:19
93:19 95:14 98:18
98:18 112:18
115:22 121:13
122:22 124:16
125:21 143:7
**itself** 32:8
**I've** 9:15 13:14 14:1
51:17 61:19 62:6
63:6 80:16 116:18
119:4 149:6

### J

**Jia** 8:2 13:2
**job** 10:11 11:2 16:5
80:18
**John** 46:13
**joined** 9:21 10:8
144:4
**judgment** 69:22
**judgments** 60:16 61:1
68:12,15 69:7,14
**jurisdictions** 122:3
**just** 9:8,15 10:8,10
11:14 14:17 16:18
18:8 20:16 21:9,20
23:5 26:10 29:3,13
30:6 35:1,19 36:16
37:10 39:10,22
43:6,9 50:16 57:18
58:10,11 59:9
60:22 62:6,12 63:5,
10,21 67:18 69:18
70:1,4,4 75:8 75:8
81:9,18 82:5 84:5
85:8 86:7 91:18
92:7 92:7 94:9

95:16 96:7 97:22
99:19 100:22 105:6
109:17 109:17
111:1 113:20 115:3
117:17 118:6
121:18 122:19
123:8,18 124:21
125:1 126:16,21
129:19 130:2 132:9
135:4 136:1,15,21
137:18 142:14
143:9 146:10,14
**Justin** 84:7,11

### K

**Kavanaugh** 55:12
**keep** 118:2
**Ken** 7:7,22
**key** 11:8
**kicks** 86:14
**kidding** 135:4
**Kim** 13:2
**kind** 32:16 33:17
34:18 118:13 143:6
**kinds** 28:7
**know** 11:15,21 13:9
15:10 20:9 23:4
26:1 35:5,19 46:19
47:3 54:14 55:4,7,
16 56:10 71:10
72:3,5 73:1 73:1
77:4,9,13 78:11
79:1,17 80:2,5,7,8,
8,9 82:10 84:22
87:9,14,21 88:20
90:6,22 91:10
99:16 100:8 103:1,
4,12,15,16 104:10,
20 105:4,15 107:18
108:10 111:17
112:22 114:1 124:3,
7 126:12 130:13
131:10,12,15,15
132:11 133:17
135:20 138:17
139:5,6 141:3
144:22 148:10
**knowledge** 54:19 89:4
**known** 27:14 29:19

142:22
**knows** 105:9
**Kyncl** 130:17

### L

**Lance** 55:12
**landing** 40:3 41:5
**language** 32:5 141:3,
5
**large** 29:18 71:16
90:7
**largely** 141:1
**largest** 30:1
**last** 62:5
**latest** 108:6
**launched** 123:18
**law** 8:2 47:20 48:14
54:9,12,15,20 55:4
113:3 142:7,8,21
143:3,21 144:3,6,
15 145:3,9,11,13
146:6
**laws** 16:4 53:9 122:2
124:22 125:22
142:18 143:5,15,20
145:6,14
**lawsuit** 15:9
**lawyer** 15:12,21
47:20 54:17 54:17
55:1,2 115:17
**lawyers** 55:9 147:13
**lay** 101:13
**layperson** 111:8
**layperson's** 144:6
**lead** 72:10 118:9
**leading** 21:21 51:22
**leads** 72:12
**learning** 72:20 76:12
80:15 81:1 82:18,
20 83:3 85:13
**least** 62:16 62:16
**leave** 53:13 70:5
115:7 119:22
**leaving** 39:3
**Legal** 7:16 7:16,19
15:13 16:6 55:12
121:22 122:11,13
124:2,10,13,19,21
125:10

legi 145:10
legislation 51:5
53:3,6,8,16,21
145:10
legislators 53:4,14
lens 123:22 124:7
127:6,7
less 22:4,11,15 32:3
77:17 90:1 128:20
lesser 10:19
let 13:8 19:21 39:12
60:9,20 62:20
89:14 129:3
let's 28:3 28:3 39:8,
12 62:18 67:22
68:7 70:11 82:2
86:20 90:17 90:17
91:7 108:13 109:4
117:4 132:11
letter 51:10
level 87:14 112:11
122:4,13 126:19
148:6
liability 48:6
libel 55:19
libelous 51:10
liberal 137:17
like 9:12,14 15:13
30:10 32:10 33:8
34:2,7,7 36:4 38:5,
16 41:5 48:5 51:20
53:6,12,16 61:16
64:2 71:10 81:7
84:5 87:5,10,15
88:21 107:15
128:16 135:2,15
137:18 145:10
likely 72:7 96:17
likes 32:16
limit 22:1 39:8 52:1
120:12
limitations 21:7
52:15,18
limited 101:18
limiting 121:13
limits 52:3
line 19:10 39:20
70:8 79:20
linear 140:17
link 106:20,21

little 89:14 98:14
136:15 142:7
live 36:21 37:8
lives 36:21 126:13
livestream 21:11
26:13,16
Livestreaming 21:12
26:14,18
loathsome 113:5
115:4
lobbying 10:22 11:22
lobbyist 11:1,13,17,
20,22
Local 52:1,14 123:22
124:7,10,13,19,22
138:4
located 7:12
logged 133:11,18
134:5
logged-out 25:13,16
26:1 132:22 133:6
long 9:19 10:7 62:18
76:22 77:1,22 89:8
longer 85:22 121:4,6
132:19
look 27:22 35:21
53:6,16 60:4 61:16
67:7 79:4 88:21
123:1 126:10
looking 17:2 23:12
looks 87:10,15 91:4
lost 129:4
lot 15:16 32:11,15
119:14,19 132:13
136:10
love 31:15 32:10
34:18,19 108:16
134:17 135:11
low 23:14
lower 88:10
Lyles 7:21 24:20
32:3 98:12 109:9
116:17 117:13
121:19 134:2,17
148:14 149:4

## M

ma'am 127:12
machine 69:22 72:19

75:4 76:12,19,20,
22 80:15 81:1
82:17,20 83:3,16
85:13 88:12 89:22
91:3,11,13,17
92:16
machines 74:19 75:16
mad 112:9
made 58:9 59:22
68:12 69:22 78:4
79:9 80:10 80:10,
22
majority 27:11 73:14
74:2
make 11:14 22:11,15
25:7,17 28:6 29:10
30:7 35:1 39:10
40:1 52:5 67:3
70:2,19,21 75:16
77:12 78:20 79:12
81:18 82:5,18 83:6,
21 87:11 105:1
106:19,21 107:4,5,
12 108:2,12 110:6,
12 116:1 120:1
121:4 124:21
129:12
makes 22:4 24:9
29:11,12 61:2 94:2
143:18 148:13,14
making 55:19 66:13
129:13
manager 13:9
mantle 53:9
many 20:4 20:4 51:1
67:8 70:13 77:9
105:9 107:18
128:15 140:3
map 112:5
March 9:21 62:5
mark 141:13
marked 12:11,12
22:17,20 61:19,20
94:7 98:1,2 108:21
markets 11:5
marking 108:18
massive 42:11
material 83:17 89:19
Matt 71:22 72:4,11,
12 83:13 84:21

88:1,22 102:16,18
103:14
**matter** 7:6 17:6
123:11
**maximum** 28:19 40:4
**may** 19:16 30:22
30:22 34:19 69:21,
22 72:3 83:20 91:3
92:4 93:12 112:12
135:10 147:3
**maybe** 23:16 31:6
35:3 36:15 119:10
126:18 136:2
**mean** 24:14 35:18
44:2 47:12 53:3,12
56:17 59:8 63:5
65:1,4 70:21 79:4
82:8 85:7,9,11
91:9 99:11 104:2
106:2 114:2,8
127:4,10 138:17
141:1 148:18
**Meaning** 90:22
**means** 19:11 27:7
85:22 91:12
**measure** 33:7,11 77:3,
4
**meat** 89:14
**media** 57:11,15 97:7,
11 141:19 142:2
**meet** 11:16 17:10,14,
15 127:14
**member** 14:10
**members** 13:13,16
14:8,19
**memory** 10:9 109:20
**Meng** 8:2 13:2
**mention** 40:1
**mentioned** 80:16
132:10
**met** 27:16
**metric** 35:9,17 77:6
89:13 103:2
**metrics** 71:9
**Mexico** 10:19
**Michael** 8:5 13:2
**might** 31:16 34:5
52:10 93:1,7,11
**mind** 83:22 93:22
94:15 105:6

**minimizing** 40:9
**minimum** 77:10,19
**minimus** 120:19 133:1
**minute** 42:12 66:9
**minutes** 57:6 62:16
96:16
**mischaracterize**
86:4
**mischaracterizing**
19:19
**misleading** 85:3
**mission** 60:9,11
**moder** 71:18
**moderate** 121:10,14
142:9 143:4 144:19
145:2,5
**moderates** 61:9
**moderating** 142:20
**moderation** 59:21
61:2 68:13 72:15
82:18 87:8 88:17
91:10 92:4 101:18
102:14 103:20
104:7,12 120:15
121:5 143:7,10,22
145:15,21 147:22
148:5,8,16,19
149:1,11,14
**moderators** 71:18
**modify** 125:21 140:20
**Mohan** 100:1 131:18
**moment** 44:21 62:2
92:8 98:5 109:17
146:10
**moments** 62:10,18
**monetization** 27:18
37:4 130:2,6
**monetize** 27:3,7 45:6
127:22 129:3,11
**monetizing** 128:17
129:10,16
**money** 29:10,12,19
127:18 129:4,12
**month** 20:2 80:18
**monthly** 119:6
**months** 9:22
**moon** 40:2 41:5
**more** 17:2 22:4,16
26:11,15 50:21
59:7,16,18 60:2,7

63:2 65:1,20 73:4,
8,11 74:4,10 89:17,
18 90:2,3 102:14
104:14,22 111:10,
11 112:8 119:11
131:10 136:2,10
140:7 140:7,17,18
**morning** 7:3 8:21
**most** 34:4 34:4,5,6
42:17 59:5 72:7
84:6 89:20 101:21
106:12 131:2
**mostly** 122:4
**move** 70:11 107:14
112:13 117:21
**moved** 86:12
**movement** 88:19
**Mozilla** 94:10
**much** 28:6 63:2 77:17
79:14 117:13
**multiple** 76:18
100:19
**must** 127:14
**myself** 62:10

**N**

**name** 7:15 8:22 55:10
87:17,20 105:3
143:1
**named** 71:21
**names** 12:21 71:10
**Nancy** 9:3
**narrower** 120:22
**national** 51:4 53:3,5
**nature** 93:5
**Neal** 100:1 131:18
**nearing** 141:12
**necessarily** 31:5
35:5 103:9 126:12
**need** 25:11,17 26:15
62:16 63:3 78:12
89:17 109:5 136:15
**needed** 26:11 52:7
**needs** 18:1
**neither** 54:16
**NetChoice** 7:7 13:13,
15,17 14:5,19 15:7
**never** 17:18 43:16,18
51:17 63:6 64:15

69:21 91:18,22
94:14
**new** 21:10 31:15
131:13 135:11,12
**news** 34:7
**newspaper** 49:15 50:6
51:10,12,17,17,19
**newspapers** 49:9
**next** 132:21
**nods** 9:12
**nonetheless** 69:20
93:14 143:17
**Non-Google** 99:13
**non-lawyer** 111:18
**nor** 54:17
**Norris** 9:2
**North** 10:13 104:21
**Northwest** 7:12
**note** 27:17 75:22
**noted** 65:20
**nothing** 91:1 150:1
**notification** 40:21
110:9
**notifications** 40:22
111:11
**notified** 110:11
111:20
**notifying** 106:16
**noting** 135:10
**novel** 25:6
**November** 7:13 18:14
52:18
**now** 19:3 21:7 34:3
57:4 91:16 95:17
97:2 107:19 124:12
126:17 132:13,21
144:17
**nuance** 33:20 140:14
148:9
**nuanced** 90:4 107:9
148:8
**Number** 7:10 23:1
26:20 35:5 45:11
57:11,16 61:19
67:10 74:9,10 76:1
77:6,10,18,19 78:8
94:15 97:7,12,17
98:1 100:20 103:1
104:15 107:2 107:2
108:2,20 109:5

111:3,6 113:4
141:19 142:3
**numbers** 71:8 77:20
104:20

---

**O**

**object** 19:18 52:4,9
110:1
**Objection** 15:1,19
16:17 17:7,17 18:9,
10,12,16 19:15
20:13,14 21:5,21
28:12 30:5 33:4
36:13 38:9 39:6
40:14 43:22 44:10,
19 46:2,3,18 47:2,
9,10,17,18 48:11
49:1,10,11,20
50:22 51:13,14,15,
21 52:6,12,21
53:17 53:17,22,22
54:13,22 55:21
57:20 64:9,14,21
65:10 66:5 66:5
67:16 68:18,19
69:15,16 73:6,9,16
74:8 78:2 80:12
81:15 82:15 86:16
89:11 93:3 93:3
95:18 96:5 96:5
99:2 100:10 102:5
103:21 104:8
105:12,22 110:22
112:21 113:13,14,
22 114:10,11,20,21
115:13,14,14 116:3,
15,16 117:10,11,12
119:2 120:16
121:15 121:15
123:16 125:7,8,17
126:2 127:2,20
128:1,2,10 129:6,
18 132:1 133:15
134:10,15 135:19
136:7,8,20 137:6,7
138:14,21 139:17
140:9,22 142:11
143:8 144:2,20
145:16 146:22

147:20 148:3 149:3
**objections** 21:21
22:1 57:22
**obligations** 29:5
**obscurity** 64:3 65:9
**obviously** 34:3 59:6
142:17
**off** 23:3,15 43:3,11
57:10,13 63:9,12,
15 73:3 86:12,14
94:16,21 95:4,7
97:5 112:22 141:17
150:6,10
**officer** 100:1 130:18
131:20
**often** 36:17 37:7
84:4 100:11 119:17
139:14
**Ohio** 126:11,13,14
**older** 120:10
**once** 20:19 44:17
**one** 21:9 33:1 40:1,7
57:18,20 60:3 76:5,
7 77:14 85:15 91:8
93:11 96:20 100:14,
15,15 112:2 114:3
116:4 118:8 119:10
119:10,20 125:21
144:18
**one-click** 75:6
**ones** 76:8 147:4
**online** 18:5 23:22
49:16,19
**only** 13:11 25:5
32:11 49:19 76:19
76:19 114:22
128:11 145:8
147:14
**onto** 44:18 64:3
**open** 16:13 18:8,18,
19 19:10 20:22
22:4,15,16 48:15
58:18 100:15 108:5
**opening** 21:15
**openness** 18:20 19:3
20:4
**opens** 21:2
**operate** 43:7
**operating** 42:10
**opinion** 96:19

**opinions** 84:11
**opportunity** 17:20,21
  24:16 75:6,14,17
  106:19
**opposed** 113:21
**opt** 131:22
**opted** 40:22
**options** 76:19
**order** 18:13,21 26:13
  52:2,15,18 124:3
  124:3,10,13,15,22
**orders** 124:19 125:10,
  15
**organization** 71:14,
  16,18 72:12 88:6
  102:21
**organizations** 83:12
**other** 13:4,13,16,21
  21:17 29:22 32:21
  34:18 36:5,7,8
  39:9,12 45:5,6,18
  46:1,5,6 59:2,8,9
  96:18 119:19 120:5
  123:6 123:6 126:1
  128:4,15,21 138:7
  145:9 149:16,17
**otherwise** 31:16
**ourselves** 67:4
**out** 18:2,19 34:17
  39:4 41:2,4 42:19
  44:16,21 60:20
  85:17 92:7 101:13
  126:22 131:22
  133:11,18 134:5
  139:19 149:13
**outside** 20:16 52:10
  53:18 71:3 99:7,11,
  17 100:4,9
**outstanding** 107:18
**Over** 20:1 34:1 35:14
  39:20 51:12 54:4
  65:15 67:8 67:8
  69:2,5,8 80:17
  95:20 104:11 132:3
  146:11
**overarching** 59:4,13
  60:7 61:15
**overly** 100:13
**overruled** 107:3
**Oversees** 102:21

**own** 15:8 54:4 94:12
  94:12 95:14 96:12
  121:21 122:16,22
  123:5

**P**

**p.m** 97:13 141:20
  142:4 150:7,10
**page** 24:7 62:12 63:6,
  20,22 127:9
**pages** 132:21
**paid** 140:7
**Paradise** 62:4
**paragraph** 16:8,12,13
  18:17 19:2 22:3
  24:7 27:22 28:4
  43:12,14 58:6
  63:22 68:11 70:11
  77:21 81:3 85:6
  112:16 117:21
  127:10 146:11
**paramount** 35:14
**part** 27:14 29:8
  32:18 80:4 99:5
  112:19
**particular** 32:4 35:3
  48:18 55:14 61:14
  79:14 80:6 85:15
  107:13 111:1 113:1
  136:1 139:6,7
**particularly** 144:15
**parties** 48:7 57:22
**Partner** 27:15
**partnerships** 130:14,
  18
**Pass** 149:20
**passed** 51:2 53:9
  142:21 144:3 145:9
**past** 134:2,3,3
**patience** 70:6,10
**Paxton** 7:7,22
**pay** 139:21
**pays** 140:18
**Pedophile's** 62:4
**pedophiles** 64:4
**pending** 9:16
**people** 8:9 12:21
  13:3,5 20:1 22:9,
  11 25:14 36:5 80:1,

  3 104:11,21 119:6
**people's** 22:14 22:14
  22:14
**per** 139:22 139:22
**percent** 27:13 42:19
  66:22 67:12 73:4,8,
  11 74:4,7,10 77:13
  131:9
**percentage** 42:7
  72:21 80:9 81:4,5,
  8 82:3 83:3,18
  84:22 90:19 103:18
  104:6,17 130:22
**percentages** 81:10
  90:20
**perfect** 66:21
**perhaps** 41:7 44:2
  45:18 75:22 84:8
  89:15
**period** 26:19 67:8
  81:13 82:4 130:5
**permit** 43:15
**perpetuates** 135:17
  136:6 137:5
**person** 17:4 39:12
  45:16 72:5,6 80:18
  84:21 87:20 105:3
  149:6,8
**personal** 133:12
**personalized** 132:10
  133:5,7 134:2,7,14
**personally** 87:8
**personnel** 105:14
**person's** 39:9
**pertains** 19:4
**phrase** 44:16,22
  90:11
**phraseology** 136:22
**phrasing** 81:21
**pick** 9:11 32:7
**piece** 67:3 69:18
  69:18 70:1 73:1
  74:22 83:6 86:10
  87:1 88:19 102:7
  103:9 106:10,15
  110:7,8 124:13,14
  126:15 139:7
**piece-of-legislation**
  56:12,13
**pieces** 72:8 75:9

82:21 85:14,19
125:11 126:4 139:3,
11 145:10
**place** 20:4 22:15,16
30:11 91:19 93:13,
15 114:15 115:5
125:6 143:20
145:17 146:20
147:2
**places** 133:4
**plaintiff** 13:21
**plaintiffs** 8:1 150:1
**plaintiff's** 57:20
**platform** 21:13 26:22
27:18 28:10 29:21
32:11 37:8 38:14
40:9,17 41:12 42:8,
15 43:16 45:3 51:6
55:20 59:3,10,15
60:3,6,17 61:3,6,
16 66:13 69:19,20
75:5 85:13 86:1
87:13 89:18 92:12,
21 93:9,13,15 99:5
102:22 113:8 116:9
120:1 121:2 123:1
129:15,22 131:17
144:12
**platforms** 45:18 46:1,
5,6 118:10 123:6
128:15
**Platform's** 94:12
**play** 30:3 40:13
100:21
**please** 7:20 8:12,22
9:10,13,15,16 16:9
18:16 22:1,6 24:7
27:8 43:13 52:1
56:14,15,19 58:5
70:12 71:11 98:6
109:3,11,19 112:13
117:22 127:9
146:12 150:4
**point** 62:11 67:7
75:5 76:15 77:11
83:20,21 85:17
100:2 101:19 104:9
107:3 119:13 131:2,
3,5,10,13
**pointing** 34:17

**points** 107:4
**policies** 42:9 45:4,
15 50:9,14 68:14,
22 69:2 69:2,5,7,
20 77:8 84:8 91:4,
5,15 92:11,19 94:4,
12 96:12 112:5,10
120:15,19,21,22
148:16,19 149:1,11,
14
**policy** 10:20 11:4,7
16:3
**policymakers** 10:18
11:7,19 51:3
100:16
**political** 61:15
**politics** 34:8
**populations** 119:6
**pornography** 43:18
44:2,9,12 93:10
101:10
**portion** 27:19 58:14
86:17 106:17,18
**portions** 49:14
**poses** 21:12 101:22
**position** 113:10
116:11 121:12,20
**possible** 16:14 18:19
19:11 28:11 79:19
85:18 101:11
114:18 127:5
131:21 132:2 137:9
**post** 16:16,22 17:4
21:17 62:5
**posted** 17:19 48:6
51:11 55:20 105:21
**posting** 50:10,15
**postings** 117:8
**posts** 126:14
**potential** 49:14
**potentially** 86:10
101:6
**practical** 17:6
123:11
**practices** 125:21
128:12 148:1,5
**prefers** 28:10
**prescribing** 115:22
**present** 114:18
**presented** 64:12

114:9 138:19 147:8
**preserving** 57:21
**president** 46:11
55:12 71:13,21
83:12 88:3 102:18
**pretty** 56:20
**prevent** 112:19 113:7
116:5 118:3,22
**preventing** 125:5
**previously** 60:10
61:11 80:16 82:16
107:1 115:17 119:4,
21 131:18 132:5,6,
7
**primarily** 29:11
**primary** 34:21 34:21
**prior** 10:5 54:15
**prioritize** 101:14
**prioritizing** 103:2
**priority** 34:21 102:3
**privacy** 51:5 53:3,6,
7,9,16 54:9 142:7
146:3
**private** 54:4 56:1
123:1 135:5,8
**privilege** 21:14
127:16 128:18
129:11 130:1
140:18
**privileges** 26:2
130:6
**privy** 136:4
**pro** 38:16
**probably** 15:11 33:21
43:8 63:9 71:19
96:17
**proceed** 52:22
**process** 18:6 29:16
76:9 89:9 110:13
111:12 128:21,22
**processed** 124:19
**Procter** 139:7
**produce** 94:16,18
**produced** 62:21 97:20
147:10,13,15
149:17
**product** 55:13,16
100:1 123:18,22
124:8 131:20
**production** 23:3

professional 101:18
Program 27:15
prohibits 120:14
propels 64:1
proper 52:6,21
properly 62:9
proportion 81:13
prospect 101:20
protect 49:9
protection 48:20
protections 50:8
  144:8
provide 16:5 59:9
  70:14 111:22 112:8
  136:2 137:14,19
  138:3,7 143:6
provides 19:6
providing 112:11
provision 111:19
  113:1
public 11:4 16:3
  18:18 46:13 67:3
  70:19 77:12 78:4,
  14 79:10,12 83:6,
  21 87:11 104:19
  105:1 107:4 108:2
  143:19
publication 85:8
Public-Facing
  147:14 148:7
publicly 60:1 73:12
  74:11 76:2 85:4
  105:5,16
published 78:7
pull 35:19
put 57:19 68:1 100:6
puts 60:16
putting 37:20

**Q**

quality 65:17 66:14
quantifying 71:9
quarter 42:18 78:9,
  11 79:5,6,15 108:2,
  6,10
quarterly 70:19 78:4
  105:2 111:3,4,7
quarter's 78:13
query 138:9

question 9:16 15:3,
  11,13 19:4,7,13
  20:8 24:21 30:8
  37:18 39:9 42:22
  46:20 47:4 54:15
  55:5,14 56:11
  60:18 68:5 71:3
  72:2 80:21 102:8
  103:4,16 104:1
  110:2 113:18
  121:18 124:17
  128:5 142:20
questioning 70:8
questions 9:11 52:10
  96:9 117:14
quick 57:18 141:14
quickly 79:13 89:18
  101:11,21 107:5
quite 136:14

**R**

race 22:14 114:3,4,
  13,14 118:8 118:8
racist 135:18 136:6
  137:5
radically 49:4
raise 36:22 37:12
raised 111:2
range 30:13 77:13
  135:21 142:18
rank 138:19
ranking 138:13
rapidly 139:18
rate 42:5 43:6 67:7
  68:21 76:1
rather 22:15
reach 108:4 121:21
  122:6,15,22 123:5,
  6
reaches 122:9
read 24:17 28:7
  146:10,11
reader 63:7
reading 95:12
reads 43:14
ready 98:12 146:18
real 40:1 57:18
  121:18
really 71:3 81:7

107:9 114:1
real-world 101:21
  102:1
reason 77:5 84:5
  87:14 111:20 112:1
  149:4
reasonable 43:5
  88:18 108:8
reasonably 30:16
reasons 25:6 70:15
  112:3
recall 13:3 14:7
  27:2 94:1 95:19
recalled 95:22
recap 58:10 109:18
receive 27:18 40:21
  123:21 136:10,13
received 46:16,22
  47:7,16 106:21
  124:2 135:16,22
  137:3
receives 77:8,9,9,19
  106:11,16
receiving 130:9
recent 42:18 105:14
recess 97:9 141:21
recognize 85:14 88:9
recognized 86:10,21
recognizes 20:3
  86:13
recognizing 137:17
recollection 58:14
  121:8 122:4
recommend 30:19
  31:14,19 32:9,10
  33:16 36:8 37:2
  41:1,6,13 65:18
  66:15 135:13
recommendation 64:1
  65:15 97:19 99:17,
  21 100:4,18 101:1
  134:14 135:3
recommendations
  31:12 37:11 40:10
  65:13,20 66:3
  80:10,14,19,22
  98:16,20 100:13
  120:7 131:1,9,17,
  22 132:4,8,11,17,
  20,20 133:3,8,12

135:15
**recommended** 41:19
42:1 43:1 45:5
95:14 96:11
**recommending** 32:19
34:22 65:7 68:22
93:19 94:3 132:13
135:6
**recommends** 30:21
31:7 94:11
**record** 7:4 8:22
19:15 26:21 52:11,
13 57:11,13,15,19
62:20 63:10,13,15,
17 94:22 95:5,7,9
97:6,10 141:18
142:1 150:6,10
**redirect** 149:21
**Reduce** 37:2,12 67:10
**reducing** 120:7
**refer** 58:16 82:21
89:10
**references** 148:6
**referral** 88:12 89:8
91:17
**referrals** 83:3 90:12,
20,21
**referring** 58:17 79:5
110:6
**refine** 69:1
**reflect** 62:21 116:8
118:12
**reflected** 60:15 61:1
**reflects** 84:9
**refresh** 58:12
**refreshed** 136:16
**regard** 137:13
**regardless** 45:16
50:10,15 92:17
**region** 11:7
**register** 11:17
**registered** 11:1
**regular** 78:7
**regulation** 47:15,20
50:21 55:19 121:13
**regulations** 51:2
142:9 144:18
**related** 45:15 50:9,
14 103:19
**relations** 10:13,15

**relationship** 134:20
**relationships**
128:13,14
**relatively** 84:2
148:5
**release** 95:20
**relevance** 138:9
**relevant** 34:3 106:18
117:7
**relied** 147:9,11,15
**relies** 123:2
**religion** 22:15
**rely** 149:16
**remain** 75:21
**remark** 109:5
**Remarking** 109:7
**remember** 79:2 96:1
**remind** 39:7
**remotely** 8:9
**removal** 71:6,7,7
72:16 83:4,9,15,19
87:14 103:3 110:14
111:16,21 112:1
122:11,13 124:2,19,
22 125:2,10 129:14
**removals** 90:7
**remove** 36:20,22 37:7
42:12,13 77:2,7,10,
18 85:11,12,12,16,
21,21 86:1 89:17
92:21 101:14,21
116:6 120:5 124:4
126:4 127:5
**removed** 38:6,14
70:14 74:21 75:1,5,
21 77:14 77:14,21,
22 81:4,6,9,10,11,
14,16 82:4 85:1,7,
15,20 86:21 87:12
91:1 101:7,9
102:22 105:21
106:4,11,15,17
109:16 110:12
111:3 113:11
125:12
**removes** 76:8
**removing** 102:2
112:17,20 113:7
116:5 119:15
124:12

**repeat** 136:21
**rephrase** 15:2 30:7
**replay** 10:9
**report** 64:6,13 70:18,
21 72:11 73:2 76:3
78:3 79:15,21 80:2,
4,6 85:5 95:12,16,
20 96:4 111:6
143:7
**reported** 43:8
**reporter** 7:18 8:12
9:11 39:10 50:12
98:10
**reports** 41:22 43:1,4
93:18 94:1
**represent** 10:17 11:6,
18
**representation**
25:17
**representative**
46:12
**represented** 12:1
**representing** 8:4
56:3
**represents** 18:5
**requests** 122:11,13
**require** 16:21 90:3
107:9 109:14
110:19 111:20
145:14
**required** 18:4 33:21
111:9
**requirement** 143:6
**requirements** 16:15
17:10,14 27:1
127:15 143:10
146:5
**requiring** 11:21
143:16
**research** 99:14
**researchers** 99:4,14
100:17
**resources** 104:6,13
105:8,9,11,15
**respect** 67:18 102:2
147:7
**respectfully** 63:5
116:17
**responsibility**
10:17 11:6 16:3

23:21 28:15,18,22
29:4 36:10 37:6
58:21 59:1,13
60:13 83:11 89:7
131:16
**responsible** 10:13,14
40:7 71:14,15
72:14 83:15 88:6
130:18
**restored** 75:19
**restrictions** 122:7
123:9,12
**result** 68:16 69:13
83:4 101:9 124:10,
13 125:4
**results** 33:17 137:14,
20,22 140:20 141:4,
5,7
**return** 24:20 86:2
118:6
**revenue** 27:11,13,13,
19 29:12 30:1,2
127:16 128:4 130:9
**review** 17:20 76:15,
16 78:12 79:9
82:21 83:4 86:12
89:9 89:9 90:2,12,
21,22 91:14,17,18
92:20 101:8 103:13
120:18
**reviewed** 69:21 74:18
75:18 95:22 101:9
102:12 106:22
124:20 136:14
**revisit** 51:20
**revoked** 128:18
129:11 130:2,7
**reward** 37:3
**Right** 14:11,12 19:3
26:10 32:19 34:3
35:7,17 38:1,4
40:18 41:18 58:3,
22 66:11,16,17
67:5,12,14 68:16,
21 69:11,13 72:9
75:15 76:22 81:9
84:10 87:2 89:3,5
91:5 98:16 103:8,
11 107:10,11,12
108:8 110:16

124:17 130:4 130:4
131:19 135:2,7
137:2
**ring** 136:1,18
**ringing** 137:9
**risk** 101:22
**risks** 21:12
**road** 112:5,9
**Robert** 130:17
**role** 16:2 99:7
136:13
**room** 111:18
**Rosati** 8:3
**routed** 76:16
**R's** 36:18
**rubric** 59:6
**Rule** 21:22 52:1,14,
16
**rules** 9:8 43:15 46:7,
9

**S**

**sacrifice** 34:14
**safety** 71:13,14,21
81:5 83:11,13 88:4
102:19 118:21
119:5
**said** 15:21 26:8 33:6
35:8 38:3 43:6
49:22 50:1 51:6,21
53:13 60:10 86:4
93:22 96:13 98:11
114:13 123:8 136:1,
19
**sake** 117:4
**same** 45:13 46:14
53:10 68:2,15 82:6
85:14,16,19 110:9
**sampling** 42:6
**save** 63:10
**say** 10:21 15:12 25:3
28:5 33:15 41:4
50:16 52:12 59:11
68:17 73:18 84:1
85:6 86:20 92:1
106:1 125:20
132:11 134:17
136:5 139:15
146:14

**saying** 19:3 20:10
124:15
**says** 24:9 28:5 62:14
63:21 81:16
**scale** 42:11 43:6
94:2 96:18
**scientist** 137:18
**scientists** 71:19
**scope** 18:12,22 19:8
20:13 21:5 47:4
48:12 49:2,10,21
51:15 52:3,8,10,16
53:18 54:1,13,22
55:21 64:9,14,21
65:10 66:6,20
80:12 89:6 93:4
95:18 96:6 99:2,7
100:10 105:12
115:15 116:16
117:12 121:15
125:8,17 126:2
127:2 128:1,10
129:6,18 133:15
134:10,15 135:19
136:7,20 137:6
138:14,21 139:17
140:9,22 142:11
143:8 144:20
145:16
**screens** 64:3
**scrutiny** 107:10
**search** 23:17 39:1
132:12,16,19
133:14,17 137:14,
19,20 138:3 140:20
141:4,5,6
**searched** 132:7
**searches** 134:3
**searching** 137:21
**Second** 32:2 44:3
86:3 101:15
**section** 48:3,5 49:3,
8,13,15,16 50:8
56:6 109:2,13
110:19 111:10
143:2
**sections** 49:19
**see** 24:9 25:4 38:22
40:13,17 41:20
44:12 45:8 48:9,13,

14 62:14 84:4
125:4
**seeing** 19:10
**seek** 41:4 85:18
**seeking** 41:2
**seem** 32:5 47:21
**seems** 81:7
**seen** 62:7 63:6 64:15
122:13
**self-certify** 17:13
**Senate** 136:5,11,13
137:4
**Senate-House** 142:22
**send** 88:10 134:16
**senior** 10:12
**sensational** 34:4
**sense** 94:2 118:15
134:14 135:3
148:14
**sent** 75:6
**sentiments** 118:18
**separately** 146:3
**seriously** 145:1
**service** 16:20,22
17:11,14,16,21
18:6 20:11,20 21:4,
8 42:2
**set** 54:5 72:1 125:22
147:14
**several** 142:21
**sex** 144:8,9
**sexual** 89:19
**sexually** 64:1 65:7
**share** 20:5 27:10,13,
19 96:19 99:20
99:20 130:9 131:4
**shareable** 101:1
**shared** 98:22 99:6,9,
16 100:2,3,9
**sharing** 36:5 98:18
134:21
**should** 8:8 23:2
50:20 53:6 55:18
57:6 60:3 63:9
85:20 121:13,21,22
122:1
**show** 60:12
**shown** 138:8
**shows** 32:18
**sic** 108:20 109:2

**sign** 84:18 103:9
**signal** 32:13,16
34:17
**signals** 31:18 32:7
133:7 138:9
**significantly** 48:21
**signing** 19:6
**similar** 14:14 85:19
145:3,6,9
**Similarly** 11:3 138:6
**simplified** 100:14
**simply** 100:15 132:15
**since** 60:10 116:18
**single** 54:5 75:6
100:22 125:13
**single-video** 125:10
**sir** 58:7 67:18
**site** 127:17
**situations** 82:17,20
**skateboarding** 35:18,
21 36:1,2,7 132:12,
13,14,15 134:18
**small** 78:8
**smaller** 29:22
**smarter** 118:8
**solely** 125:2
**Solutions** 7:16,19
**some** 29:18 30:22
32:20 33:20 33:20
45:4,6,7 46:5
49:14 53:15 59:9
65:16 68:16 70:14
72:18 72:18 78:8
87:13 88:18 90:3
98:18 102:11
119:22 128:8,16
133:18,22 134:7,14
138:10 139:9 140:1,
14 141:2 148:20
**somebody** 18:5 35:10
51:11 89:2 102:13
**someone** 148:21
**something** 17:2,4
29:5 34:11 44:22
51:6 85:7 86:21
88:10 89:10 90:11
91:3,13 100:11
103:2 112:12 121:4
144:9
**sometimes** 28:16

72:18 98:15 107:8
112:3,7
**somewhat** 75:13
**somewhere** 42:18 79:1
**Sonsini** 8:3
**sorry** 10:8 20:15
28:4 50:5,17 60:18
68:4 87:16 94:14
99:19 109:8 113:15
146:14 149:6
**sort** 30:14,16 31:21
35:19 36:15 38:20
39:22 71:20 74:22
76:18 89:14 91:5,
20 100:20 101:13
103:17 118:11,17
**sounds** 38:3
**source** 35:20 58:18
72:18 74:16,20
84:3 84:3 92:14,17,
17 100:7,14
**space** 22:8
**spam** 81:6,17
**spate** 145:6
**speak** 32:5 42:5 56:9
89:2 93:21 99:8
102:14 104:22
112:7 137:20
**speaker-based** 46:6
**speakers** 46:8,10,10
**speaking** 16:4 24:22
25:8 29:17 59:11
106:14 135:14
137:16 140:10,16
141:6 142:19
**speaks** 19:2 148:4,18
**specialist** 7:17
**specific** 17:2 27:1
30:17 32:3 43:4
59:16,19 60:2,7
65:20 90:6 94:1
104:10,14 107:7
112:4,8 119:13
136:10,22 137:9
**specifically** 65:1
108:13 109:13
120:14 144:5,7
**specificity** 59:7
61:13 87:15 99:8
102:14 104:22

112:11
**specifics** 13:6,10
  14:15,18 53:5
  112:2 149:1
**Speech** 23:21 43:15
  55:20 112:17,20
  113:19 119:4 119:4
  122:6,8,15 123:9
  124:15 125:4
**speed** 101:8 102:11
**spell** 8:22
**spelling** 149:13
**spend** 29:19
**spent** 119:14
**split** 27:13
**spoke** 36:9 98:14
  101:4,8
**spoken** 13:14 14:1
**stamps** 23:14
**stand** 150:4
**standard** 26:17
  144:12
**standards** 27:17 54:5
  118:3
**start** 9:9 55:11 82:2
  91:7
**started** 32:13 35:2
**state** 8:22 15:17
  47:1 53:13 54:9
  118:19 121:13
  126:7,9 144:17
  145:14
**state-level** 145:10
  146:5
**statement** 24:13 25:1
**statements** 148:11,13
**States** 7:8 48:16
  49:5 53:8 123:20
  133:20 145:18
**static** 139:1
**stating** 19:14 137:4
**statistical** 42:6
**statute** 15:17
**step** 36:16
**stereotypes** 135:18
  136:6 137:5
**still** 40:16,18,20
  124:5
**stipulating** 131:7
**stone** 69:8

**strategic** 112:7
**strategy** 15:13
**stream** 30:2
**streams** 30:1
**Street** 7:12
**strike** 40:7 50:19
  58:22 81:7
**strives** 33:16
**stuff** 37:20 146:7
**stupider** 114:4,13
**subject** 34:2 50:20
  51:19 93:10
**subjects** 33:22 34:7
  34:7,12 35:16
**submitted** 107:6
**subnational** 122:13
  126:19
**subscribe** 32:1 132:5
  134:4
**subscribed** 40:20
**subsequent** 102:8
**subsequently** 105:21
**subset** 40:16
**subsidiary** 10:2
**subsidies** 46:16,22
**substance** 64:20 65:2,
  4
**success** 76:1
**successful** 129:2
**successfully** 129:14
**such** 53:20 65:8
  114:18 119:4 120:6
  120:6,7
**Sue** 7:18 51:11 51:11
**sufficiently** 32:14
**suggest** 67:11 69:6
**suggesting** 40:2 67:4
  108:7
**suggests** 91:3
**suing** 14:21
**suit** 12:10 15:6
**summarize** 26:21
**summarized** 29:8
**summer** 95:20
**Support** 7:16,19 15:6
**supporting** 16:12
**supportive** 51:4,7
  53:21 54:3
**Supreme** 115:10,18
  116:11,19 117:5,18

**Sure** 9:1 10:16 11:14
  13:1 16:10 20:18
  22:7 24:8,19 25:6,
  19 27:5,9 29:9,15
  30:7,12 31:13
  32:21 35:1 37:22
  38:19 39:2 39:2
  39:2,5 55:3,13
  57:5,8 58:1,13,13
  60:19 66:13 69:17
  70:2 71:1,2 72:17
  74:3 75:2 78:16,20
  79:18 80:2 81:18,
  20 82:5 87:22 93:6
  101:16 109:6,17
  118:5 123:15
  124:21 137:15
  140:11 145:19
**Susan** 24:4,5
**suspect** 103:15
**sustain** 92:15
**sustained** 107:3
**swear** 8:12
**sworn** 8:17
**system** 100:18 110:5
**systems** 65:15 72:20
  76:12 80:15 81:1
  82:18,21 85:13,18
  88:20 100:4

**T**

**tab** 23:5,6,9,11 94:6
  98:8
**tackle** 19:21
**take** 9:14 36:16 46:6
  57:3,6 62:2,10
  63:7 74:11 77:2,22
  89:9 96:3,8,20
  97:1 98:5 124:12
  126:22 141:14
  146:10
**taken** 7:6 37:21 53:8
  59:19,21 79:7
  86:12 87:5 97:9
  141:21
**takes** 78:15,18
**taking** 9:17 91:18
**talk** 16:11 18:18
  22:3 36:17,18 37:5

68:12 70:13 72:15
81:3 127:14
**talked** 65:16 103:6
142:6 146:4
**talking** 18:17 36:12
37:7 39:8 75:9
87:1 91:6 110:4
**talks** 82:7 112:16
**targeting** 124:14
**team** 124:21 130:14,
18
**tease** 18:19
**tell** 9:15 17:1 37:15
56:22 148:22
**temporal** 69:12
**ten** 77:14,15,15
**term** 11:20 31:2,4,5
82:6 85:11 129:20,
22 132:16
**terms** 16:20,21 17:10,
14,16,20 18:6 20:8,
10,19 21:3 25:18
42:2 53:2 66:12,14
71:6 72:15 77:20
98:21 103:17 104:5
115:11 118:21
140:2 149:13
**terribly** 117:13
**Tesla** 10:6,7,8,11,12
**testified** 8:17
**testimony** 12:4 150:8
**Texas** 7:9 126:7,10,
13
**than** 13:5 22:16 32:3
59:16 73:4,8,11
74:4,10 77:16,17
109:14 111:6,10,11
114:4,13 118:8
120:22 122:9 122:9
128:21 144:22
149:17
**Thank** 12:14 23:17
24:2 39:14 57:9
70:6,7,9 72:13
88:8 90:9 97:4
108:19 110:16
127:8 150:3,5
**Thanks** 9:5 130:20
**that's** 18:1 31:5,11
36:6 39:16,19

41:16 42:6 49:22
51:21 52:12,21
60:12 67:2,3 71:16
74:14 76:9,10
77:11 82:11 91:5,
22 92:1 94:13,17
99:7 105:16 107:8
108:8 109:5 110:5,
7 111:4 118:17
119:16 119:16
121:17 125:1
136:14 138:4 143:2
143:2 144:9 147:17
147:17,19
**their** 27:20 29:19
30:11,14,17 54:4
102:9 106:3,4,16,
21 109:15 113:11
118:15,16 121:21
122:16 128:5,18
129:11,14,17 130:6,
8 132:3 139:11
140:20
**themselves** 7:20
22:10,12 31:21
84:17 118:16
**then** 8:8 17:21 20:22
29:4 32:7,14 33:12
37:3 38:15 55:12
60:21 63:10 74:20
75:18,19 76:1,8
77:15 78:11,13
79:9 86:11,12 91:1
100:6 102:7 106:22
107:2 126:13
129:11,13
**theory** 41:5
**There** 11:17 18:7
20:11 20:11 21:7
22:10 23:13 25:6,
13 26:8 26:8 27:1
29:8,22 33:6,20,21
34:20 35:13,16,16,
18,20 38:20 40:18
41:17,22 42:15,22
44:21 45:1,2,10,10
46:7,9 49:14 51:1
53:7,8 54:9,10
55:18 59:2,8 66:8
68:20,22 69:22

71:5,12,17,19 72:1,
3 76:11 80:1,3,18
82:10,17,20 85:17
87:13 88:18 89:16
90:1,2,5 91:12,16
92:4,16,18,22 93:6,
13 94:3,15 95:13
96:8,10,18 100:3,
12,14,20 105:10,13,
14 106:1 107:15,19
110:13 111:2 112:2
113:4 114:12
119:18 120:9,19
121:12 124:14
126:16,18 127:17
128:15 131:11
133:17,18,22
134:12 134:12
139:1,2 140:14
141:2 142:17
142:17,21 143:5,13,
15,15 144:17 145:3,
6,9,14 146:19
147:3,8,22 148:21
148:21 149:21
**there's** 16:11 16:11
17:1 31:18 38:4
38:4,15 76:18
76:18 91:17 100:22
104:13 107:7,13,21
119:22 131:12
140:1 143:20 148:9
**these** 14:13 21:20
28:7 58:8 66:2,3
68:15 71:8,9 76:5
87:11 90:12,13,19,
20 100:7 107:8
117:6 120:5 134:8
**they're** 30:11 36:4,5
101:9 129:3,12
134:7
**they've** 40:22 138:8
**thing** 28:8 32:19
35:11 57:18 93:6
**things** 68:16 71:5
93:11 115:18 116:2
117:6 132:6 134:8
**think** 18:2 20:2,15,
16 23:11 29:7
36:14 39:18 40:1

41:7 42:17 50:20
51:1 57:7 59:5,11
62:6 63:2 64:22
65:16 72:22 76:10
77:15 78:8 82:11
83:20 84:6 85:2,3
88:17 89:6,19
90:10 91:2 93:17,
21,22 99:22 100:5,
13,22 103:19
104:22 105:5,16
106:12 107:7,13
108:3,8,11 111:2
117:17 118:19,20
119:3 122:12,14,21
123:4 123:4 128:3
131:2,4,18 135:20
137:8 145:8
**thinking** 121:18
142:14,15
**third** 23:16 24:6
32:7 48:6 101:15
**third-party** 8:4
55:20
**those** 11:9 13:3,5
16:21 25:9 27:16
28:16 31:12 33:17,
18 34:12 35:13
43:20 52:17 58:10
59:4,18 60:6,14,15
61:1,4,12,12 67:19
76:1 80:14 83:3
84:16 85:17,18
88:21 93:11 103:19
108:4 112:9 113:10
116:19,21 118:17
119:20 122:10
123:12,21 125:9
125:9,15 126:5
132:9 133:4 137:22
145:8 147:10,15
148:10,19 149:14,
17
**though** 62:17 80:2
141:2
**thought** 29:8,9 96:16
126:18
**thousand** 139:22
**three** 31:18 79:1,6
**threshold** 11:16

**through** 33:13,19
36:3 78:11 88:20
121:18 138:8
146:16
**ticket** 90:18 91:20
**tickets** 90:13,16
**TikTok** 128:14
**time** 9:15 19:6 26:19
32:5,11 57:12,17
63:2,8,10,14,18
67:8 68:17 69:2,5,
9,13,14 77:4,5,17
84:7 87:17 89:13
90:2 95:6,10 96:20
97:8,13 103:13
107:7,14 119:14
121:19 129:5,16
133:21 136:13
141:14,20 142:4
144:4 150:2
**times** 72:21 90:6
140:3
**titled** 23:20 94:10
97:19
**today** 15:12 52:19
64:16,19 65:12,17
66:7,22 67:11
117:15 119:14
123:7 149:5
**today's** 150:8
**Todd** 8:1 52:6
**together** 68:1
**told** 116:18
**too** 15:12 23:14
116:14
**took** 65:9
**tools** 45:2,11 68:13
119:19,20 120:6
**top** 43:3,11 63:21
73:3 83:21 93:22
105:6 113:1
**toward** 34:8,10,13
35:22 61:13,14
**town** 14:13
**track** 26:21
**tracker** 87:15
**tracking** 71:6,20
**trade** 13:18 15:6
**trafficking** 144:8,9
**transcript** 12:13

22:18 61:21 94:8
98:3 108:22
**transparency** 72:11
73:2 111:5 143:10,
16 145:14 146:5
**transparent** 42:14
143:18
**treat** 45:12 54:6
119:19 126:14
**treated** 44:17 45:13
46:11,13 75:12
125:11
**tries** 59:2,10
**Trinh** 8:5 13:2
**triumphed** 143:1
**true** 10:1 20:11
24:13 25:1 106:13
117:7 118:20
147:17
**trust** 66:18 71:13,14,
21 83:11,13 88:4
92:13 102:19 123:3
123:3
**try** 19:21 42:12
58:21 60:20 67:5
86:7 101:11,21
**trying** 18:19 28:16
44:15,21 66:16
72:6 90:10 92:1
100:5
**turn** 16:8 23:4 43:12
127:9
**two** 10:10 15:6 28:16
36:15 44:3 67:20
79:5 96:9 145:8
**type** 30:17
**types** 22:10 33:18

**U**

**Uh-huh** 22:5 146:2
**uh-uhs** 9:12
**ultimately** 143:1
**unaware** 116:22
**under** 10:10 11:21
25:22 59:6,13 72:7
127:6,7 131:17
144:10 148:10
148:10
**underneath** 148:10

**understand** 13:19
15:3 16:4 19:7
30:7 31:2,4 65:1
67:19 72:8 80:21
104:1 124:17 129:7,
22
**understanding** 17:8,
19 18:3 21:1,6
49:13,18 69:4 69:4
80:13 92:6 101:19
111:8,19 113:2
115:1,6 120:3,17
126:7 144:6
**Understood** 16:7
**unintended** 56:6
**unique** 21:12 27:10
45:18 80:17
**unit** 57:11,15 97:7,
11 105:7 141:19
142:2
**United** 7:8 48:16
49:5 123:20 133:20
**units** 71:10
**universe** 120:22
**until** 95:16
**update** 131:10
**updated** 62:5
**upload** 26:5
**uploaded** 42:11 44:18
66:9
**upon** 21:3,15 149:8
**urge** 56:7
**URLs** 124:20 125:10
**use** 31:5,19 35:2,17
45:2,11 85:11
89:13 120:5 129:7
132:16 133:8 134:1
**used** 21:8 39:18
101:10 129:20
**useful** 34:6
**user** 19:5 20:19 30:3
31:2,20,20 32:3,19,
20,21 41:4 50:10,
15 84:2 93:1 102:7
103:7 109:15
111:20 118:4 127:6,
7,18 130:22 137:14
141:2
**user-flagged** 84:22
**user-generated**

29:20 43:17 48:8
**users** 16:21 20:10
21:13 22:9 28:22
30:20,21 31:8,15
32:9 32:9,13,17,22
33:7,16,17 34:18
34:18 36:3,7,8
37:1,3 40:5,10,12,
16,19 41:2 42:1
43:2 54:3,6 65:18
66:15,18 80:10,17
82:8 83:18 84:4,12,
16 85:8 92:13
93:19 102:3 103:1
105:20 106:1
110:10,11 111:16
118:9,14,18,21
120:10,11 123:3,13,
21 124:4,6 125:2,3
126:1,11 127:1,14
131:21 132:2,22,22
135:10,15 137:19
138:7,11,19 140:19
**user's** 141:10
**using** 11:20 35:4
82:6,12 124:8
**Usually** 82:7

V

**vaccine** 138:3,6
**vague** 116:14
**value** 28:14,21 58:20
59:13
**values** 58:8,10,17
59:2,5,9,19 60:2,8,
14,15,22 61:4,9,12,
16 93:9 116:9
**variety** 45:2 138:9
**vast** 73:14 74:1
**vein** 92:22
**Veitch** 7:6 8:21 9:2,
20 12:10,12 22:17
43:13,21 58:5
61:20 63:20 64:7
80:20 94:7 95:17
98:2,5,14 108:21
109:3 135:5 142:6
150:3,9
**verbal** 9:10,13

**version** 123:21
142:22
**versus** 7:7 37:12
46:13 81:14 126:10
**very** 33:7 34:3 59:4
67:20 75:8 94:12
106:12 112:3 126:8
**via** 106:20 110:8
122:10
**vice** 55:11 71:12,20
83:12 88:3 102:18
**Victor** 9:4
**vid** 106:14
**video** 7:5,16 32:14
33:12,18 34:4 34:4,
6 35:10,18 74:18
75:9,10 76:15 84:7
85:15 87:1 88:19
106:4,10,15 110:7,
8,12 114:12,15,15
124:20 132:18
134:17,18,19,21
139:2,4,15
**videos** 32:10,15 64:2
65:8 71:7 81:4,5
94:11 111:15
114:19 132:6,14
**view** 24:13 25:11,15
26:6 42:5 43:6
47:16 55:22 56:3
67:7 85:8 100:14
114:3 115:3,4
126:9 134:13
**viewed** 42:7 140:8,17
**viewers** 45:9 120:2
126:10
**viewpoint** 44:7,13
61:15 113:3,21
114:4,5,6,8,14,19
115:2,4,4,7,11,22
116:12 117:6,9
118:8 120:12 121:3,
7,10
**viewpoint-based**
43:21
**viewpoints** 113:5
**views** 34:5 35:5
42:19 42:19 67:1
77:6,10,11,15,16,
18,19 93:13,14

116:21 117:18
126:5 130:22 131:9
139:22
**violate** 38:17 42:16
43:2 45:4 91:3,5,
14 94:11
**violated** 42:1 87:6
93:19 95:14
**violates** 38:5,7,13
42:8,12,20 67:2
69:19 75:3 77:8
84:14 92:11,19
94:4 96:11 112:18
115:5
**violating** 39:20
86:11 101:6
**violation** 21:22
51:22 116:7
**violative** 42:5 43:6
67:7 72:19 74:18
75:20 84:3,8 93:1
98:20 103:12
119:15
**violence** 43:18 44:4
**virality** 64:3 65:9
**visit** 20:2 119:6
**visiting** 80:17 124:8
**visits** 126:13
**voice** 60:11
**voices** 20:4
**volume** 66:9,20 103:6
136:15

---

**W**

**wait** 8:9
**waning** 132:14
**want** 11:14 22:8 23:4
25:19 28:19 30:14,
17 31:14 32:9
33:22 35:1 37:10
40:4,6,12 47:19
57:3,19 61:16 67:9,
11 69:6 70:2 77:7,
10,18 78:20 81:18
82:5 86:2,3,7,8
89:22 93:7 96:19
105:20 107:10,11,
12,14 108:12 112:4,
9 116:9 117:14

118:12 119:22
123:1 135:10,11
137:19,22 138:3,7
141:3 145:19
**wanted** 17:4
**wants** 140:2
**Washington** 7:13
**watch** 32:11 33:12
93:7 132:21 134:3,
19 139:4
**watched** 31:22 32:12
34:5 132:6,18
**watches** 35:10
**watching** 32:15 33:19
36:3
**water** 56:15
**way** 19:22 23:16 26:7
33:12,19 35:3 36:3
45:17 48:21 50:6
60:21 61:9 65:8
82:6 92:10 100:5
101:2 116:2 129:4,
13,15,21 134:12
137:13 140:20
149:7
**ways** 40:7
**weeks** 78:8,15 79:7
**Well** 27:6 29:7 32:22
34:12,19 53:4 64:5
69:17 70:4,9 71:12
72:2 88:11 90:19,
20 94:14 96:7
99:19 117:4 120:6
133:9 140:17
**went** 48:20 49:3
**we're** 18:2,17 20:16
35:21 35:21 36:14
37:6 52:8,13,17,20
56:20 57:7,10,14
63:12,16 79:4
81:18 82:5 132:13
139:18 146:7
**Western** 7:9 21:22
51:22
**we've** 35:2 45:3 58:9
66:7 89:12 115:17
119:18 121:3
143:17 146:4
147:13
**whatever** 39:4 84:5

**what's** 22:20 23:6
27:14 102:3 105:7
105:7 110:19
**whether** 16:22 17:15
20:9 33:7 35:9,14
36:3,4,4 46:11
74:17 74:17 75:4
83:16 116:13 117:8
**which** 19:2,7 32:13
33:21 34:20 35:16
42:14 43:7 45:17
50:6 59:13 60:1
61:5 62:7 65:3,16
70:18 71:13 75:12
76:11,15 77:5
82:17,20 84:7
87:12 89:19 91:13
93:10 96:10 96:10
98:8 101:9 102:11
114:13 123:17,18,
18 130:6 133:6
137:13 140:15
143:1 144:21 146:3
149:1
**while** 45:5,6 94:22
98:15 111:22 124:4
131:7 142:7
**Who** 12:18 27:12,14
41:2 55:7,13 70:21
70:21 71:10 72:6
79:17 79:17 80:1,3,
8 83:7 85:17 92:14
92:14 99:16 100:8
102:13 105:15,20
112:9 119:6 127:18
130:13,16 131:15,
18
**whole** 28:8 35:10
**whom** 133:1
**who's** 24:4 105:11
148:22
**whose** 80:3,18 111:16
**Why** 14:21 14:21 15:8
62:12 81:10 87:5
89:15
**wide** 30:13 142:17
**Will** 7:20 8:12 15:11
26:2,5,5 31:15,16
32:10 34:13 40:20,
21 41:1 45:5 45:5,

6,7 52:3 62:10
84:1 85:17 88:12
89:1 94:14 118:2
133:3 134:17
135:11 136:15
138:11 148:1,17
149:2,15,21
**Willen** 13:3
**Wilson** 7:12 8:3
**within** 19:1 47:4
77:13 89:6 113:11
125:13
**without** 25:15 61:13
90:21 95:21 114:19
125:22 126:22
134:13,19
**witness** 8:13,16 19:2,
12,16 24:16 39:8
61:18 62:15 68:8
97:15,16 108:17
149:20
**Wojcicki** 24:4,5
**word** 39:18 74:12
82:12 129:8
**words** 91:20
**work** 11:12 29:13
46:5 47:5 51:16
80:3,14 99:5
105:20 123:11
130:11 137:13
**worked** 10:6 12:22
51:17
**workflow** 74:22 86:9
87:9 88:17 105:19
**workforce** 104:18
**working** 10:5 11:13
12:19 13:9 14:13
80:2 104:11
**works** 49:13 99:3
100:18 120:3
130:15,19
**world** 29:18 32:4
60:12 122:1 123:19
130:15
**worries** 39:16
**worry** 8:10
**worth** 135:10
**wouldn't** 116:20
133:17
**writ** 90:7

**write** 87:16
**wrote** 51:10

---

### Y

**Yang** 8:2 13:2
**years** 10:10 65:16
67:8 142:21
**Yep** 24:12 26:14 28:2
35:12 38:19 58:4
101:12 109:12,22
118:1
**yet** 53:10 55:4
**you-all** 18:7
**you'd** 9:14
**you'll** 136:2
**younger** 45:9 120:1,
11
**you're** 11:20 15:21
16:22 17:2 19:3
32:19 35:4 43:9
44:21 49:8 51:9
55:22 63:3 91:2,6
128:3 133:11,18,20,
20
**yours** 70:9
**yourself** 62:3 94:22
98:6
**YouTube** 9:19 10:1
11:2,4,6,12 12:1,7
15:8 16:12,16,20
17:1,5,19 18:18
19:3,6 20:2,9 22:4,
8,15 24:5,9 25:4,9,
12,15,15,22 26:2,7,
9 27:8,10,15 28:9,
13,13,15 29:10,11,
11 30:1,11,19,21
31:5,7 33:16 36:17,
21,22 39:1 41:6,22
42:10 43:1,14,16,
17 44:18 45:18
46:10,14 48:21
49:6 50:20 51:3
54:11,16,19 55:7,
19 56:3 57:21 58:9,
20 59:2,9 60:3
61:2,8 62:3 66:3,8
67:1 70:14 80:10,
17 81:13 82:7 83:8

84:7 86:15,18
92:10 93:18 94:2,3,
10 95:13,14 96:11
97:19 98:17,21,22
99:3 100:4 103:18
104:10,15 106:11,
15 107:5 112:17,20
114:5,16 115:5,8
116:1,6 117:8
118:2 119:7,17,19
120:15 122:22
123:9 124:8 124:8,
15 125:5,16,20
126:3,21 127:17,19
128:12,18 129:10,
12,14,17 130:1,13
131:1,17,21 132:7
134:13,18,21
135:16,21 136:5
137:3 138:2 139:1
140:6,20 142:18
143:7,17 144:1,4,
10 145:15 146:19
147:2 148:1,22
149:9,14
**YouTube's** 42:1 60:7,
9,11,16 63:22 65:7,
13 66:2 67:15 69:7,
14 96:17 98:15
101:20 104:6
116:11,21 121:12,
20 123:13 137:12
138:18 142:9 143:6,
22 144:10,19
149:11
**you've** 12:4 99:16
132:6,7 147:7

---

### Z

**zoom** 92:7