IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION


----------------------------X

NETCHOICE, LLC, d/b/a            :

NetChoice, a 501(c)(6)           :

District of Columbia             :

organization, Computer &         :

Communications Industry          :

Association d/b/a CCIA,           :

a 501(c)6 non-stock              :

Virginia Corporation             :

        Plaintiffs,              :

        v.                       : Case No.
1:21-cv-00840-RP

KEN PAXTON, in his official      :

capacity as Attorney General     :

of Texas                         :

        Defendant.               :

2

1
2      Videotaped Deposition of Carl Szabo
3         Washington, District of Columbia
4        Wednesday, November 17, 2021
5                3:12 p.m.
6
7  Pages 1 - 141
8  Reported by:  Susan E. Alldridge, RPR
9
10
11
12
13
14
15
16
17
18
19
20
21
22

3

1        Deposition of Carl Szabo held at the offices
2  of:
3
4
5  NetChoice
6  1401 K Street, NW
7  Suite 502
8  Washington, DC  20005
9
10
11
12  Pursuant to agreement, before Susan E. Alldridge,
13  Notary Public in and for the District of Columbia.
14
15
16
17
18
19
20
21
22

4

1
2            A P P E A R A N C E S
3
4  ON BEHALF OF THE PLAINTIFFS:
5        TODD DISHER, ESQUIRE
6        LEHOTSKY KELLER LLP
7        919 Congress Avenue
8        Suite 1100
9        Austin, TX  78701
10        (512)840-9370
11        todd@lehotskykeller.com
12
13        CHRISTOPHER MARCHESE, ESQUIRE
14        NETCHOICE
15        1401 K Street, NW
16        Suite 502
17        Washington, DC  20005
18        (631)707-2315
19        cmarchese@netchoice.org
20
21
22

5

1
2          A P P E A R A N C E S, Cont.
3
4
5  ON BEHALF OF THE DEFENDANT:
6        BENJAMIN LYLES, ESQUIRE
7        COURTNEY B. CORBELLO, ESQUIRE
8        ATTORNEY GENERAL KEN PAXTON
9        P.O. Box 12548
10        Austin, TX  78711-2548
11        (512)463-2798
12        benjamin.lyles@oag.texas.gov
13        courtney.corbello@oag.texas.gov
14
15  ALSO PRESENT:
16        Gene Aronov, Videographer
17
18
19
20
21
22

6

1          C O N T E N T S
2  EXAMINATION OF CARL SZABO          PAGE
3    By Ms. Corbello              8
4
5
6          E X H I B I T S
7      (Attached to the transcript)
8  SZABO DEPOSITION EXHIBIT          PAGE
9  Exhibit Number 1  NetChoice, LLC's Declaration    36
10          P R O C E E D I N G S
11
12      THE VIDEOGRAPHER:  Good afternoon.
13      This begins the video deposition of
14  Carl Szabo taken by the defendants in the matter of
15  NetChoice, LLC, et al., versus Ken Paxton, et al.,
16  filed in the United States District Court for the
17  Western District of Texas, Austin Division, Civil
18  Action Number 1:21-cv-00840-RP.
19      This deposition is being been held at
20  NetChoice located at 1401 K Street, Northwest,
21  Suite 502, Washington, DC, on November 17th, 2021,
22  at approximately 3:12 p.m.

7

1      My name is Gene Aronov from the firm
2  Integrity Legal Support Solutions, and I'm the legal
3  video specialist.
4      The court reporter is Sue Alldridge in
5  association with Integrity Legal Support Solutions.
6      Will counsel please introduce themselves.
7      MR. DISHER:  Todd Disher for the
8  plaintiffs.
9      MS. CORBELLO:  Courtney Corbello and
10  Ben Lyles for Defendant.
11      MR. MARCHESE:  Chris Marchese for
12  Plaintiff.
13      THE VIDEOGRAPHER:  Will the court
14  reporter please swear in the witness.
15          -----
16          CARL SZABO
17  was called as a witness and, after having been
18  first duly sworn, testified as follows:
19          -----
20          E X A M I N A T I O N
21  BY MS. CORBELLO:
22      Q   Good afternoon, Mr. Szabo.

8

1      Can you state and spell your name for the
2  record, please.
3      A   My name is Carl Szabo.  C-A-R-L, S, as in
4  Sam, Z, as in zebra, A, as in apple, B, as in boy,
5  O, as in October.
6      Q   Thank you.
7      Carl, have you ever taken a deposition
8  before?
9      A   I have not taken a deposition before.
10      Q   Okay.  Well, I'm happy to go over the
11  rules with you.
12      You're also an attorney; correct?
13      A   I am also an attorney, yes.
14      Q   Okay.  Would you like me to skip past the
15  rules, or do you want to go over them just to be
16  sure?
17      A   Please go over the rules.
18      Q   Okay.  So do you understand that your
19  testimony given today in this deposition is the same
20  as if you were testifying on the stand in a
21  courtroom right now?
22      A   I understand that.

9

1      Q   Okay.  For the purposes of the court
2  reporter, one of the big rules is wait for me to
3  finish a question, and then you answer.  And try not
4  to talk over each other as much as possible so we
5  don't drive her insane.
6      Fair enough?
7      A   I agree not to drive the court reporter
8  insane.
9      Q   If you need a break -- I try to take a
10  break about every hour or so.  But if you need one
11  at a different time, all I ask is that you finish
12  answering whatever question I've put on the table,
13  and then after that we can take a break.
14      Fair enough?
15      A   Understood.
16      Q   If you do not understand my question or
17  if you need me to rephrase it in any way, I'm
18  pleased to do so.  Please tell me whatever issues
19  you might have with the question or if it's unclear
20  to you in any way.
21      Can I expect you to do that?
22      A   Yes, you can.

10

1    Q    And if you answer my questions directly,
2  is it fair for me to assume that you understand the
3  question that I've posed to you?
4    A    Yes, it is.
5    Q    Are you on any medications today that
6  would alter your ability to truthfully testify
7  today?
8    A    No.
9    Q    What is your -- your current job title?
10   A    My current job title --
11   Q    Yes.
12   A    -- is vice president and general counsel
13  for NetChoice.
14   Q    How long have you been in that position?
15   A    Over ten years.
16   Q    How long specifically?
17   A    Ten years and approximately eight months.
18   Q    And were you with NetChoice before that
19  role?
20   A    Yes.
21   Q    What was your role at NetChoice
22  previously?

11

1    A    Previously, before becoming vice
2  president and general counsel --
3    Q    Yes.
4    A    -- my role was as policy counsel.
5    Q    What does that job -- that job entail?
6    A    That job entails analyzing legislation,
7  advising the NetChoice employees as well as the
8  NetChoice president, as well as having conversations
9  with members and discussing impending legislation,
10  its legal impact.
11       We've engaged in legal activity and a
12  myriad of other engagements.
13   Q    How long were you a policy counsel for at
14  NetChoice before becoming VP?
15   A    I do not know exactly, but approximately
16  four to six years.
17   Q    And prior to being policy counsel, what
18  was your job title?
19   A    I was not working at NetChoice prior to
20  becoming policy counsel for NetChoice.
21   Q    Where were you working?
22   A    I was working at a law firm in Chicago,

12

1  Illinois.
2    Q    Oh, what law firm?
3    A    The law firm of Wildman, Harrold, Allen
4  and Dickson.
5    Q    What law school did you go to?
6    A    I went to the Catholic University law
7  school.
8    Q    Where is that?
9    A    That is in Washington, DC.
10   Q    Your current job is VP and general
11  counsel for NetChoice.
12       What do -- what are your job duties in
13  those titles?
14   A    Some of my job duties include managing
15  the legal team at NetChoice.  It also involves
16  meeting with clients -- or -- sorry -- meeting with
17  members.  I apologize -- meeting with members,
18  membership development.
19       It involves speaking with reporters on
20  issues that matter.  It also involves advocacy for
21  our members and on the issues of free expression and
22  free enterprise on the internet.

13

1    Q    I noticed you post quite a few articles
2  on the NetChoice website.
3       Is that part of your job duties?
4    A    Part of my job duties is advocacy for
5  free expression and free enterprise.  That can
6  include publication of articles, statements in the
7  media, appearances on TV and also on radio.
8    Q    Have you testified in front of Congress
9  before?
10   A    Which Congress?  The --
11   Q    Let's start with the U.S.
12   A    I've testified before the U.S. House of
13  Representatives as well as the United States Senate.
14   Q    For your testimony at the House of
15  Representatives, what was the topic for each time
16  that you appeared?
17   A    I testified once at the U.S. House of
18  Representatives.  It was either Energy and Commerce
19  committee or Judiciary committee.  I can't recall
20  off the top of my head.  And the issue was on
21  antitrust.
22   Q    And what about the Senate?  How many

Carl Szabo - 11/17/2021

14

1    times did you testify there, and what were the
2    topics?
3         A   I have testified once before the Senate.
4    It was the Senate Judiciary committee.  And that was
5    on the issue of online advertising, the online
6    advertising ecosystem, as well as issues of
7    government enforcement of antitrust law.
8         Q   What year did that Senate testimony take
9    place?
10        A   I do not recall off the top of my head
11   what year.  It was during COVID, however.
12        Q   It's sad that that's a time frame I
13   understand.
14            What about state legislatures?
15            Have you testified in front of any state
16   legislatures before?
17        A   I testified before many state
18   legislatures.
19        Q   Let's start with Texas.
20            Have you ever testified before the Texas
21   legislature?
22        A   I have testified before the Texas

15

1    legislature.
2         Q   Okay.  And who did you testify before?
3         A   I do not recall.
4         Q   Do you remember the topics?
5         A   I believe one of the issues was on the
6    question of taxation.  I do not recall which
7    subdivision it was on.
8         Q   Taxation of who exactly?
9         A   I don't remember.
10        Q   Do you recall approximately what year
11   this was?
12        A   It was before COVID.  But, no, I don't
13   recall the exact year.
14        Q   Have you provided any other testimony at
15   the Texas legislative level over than this taxation
16   one you just mentioned?
17        A   Not to my knowledge.
18        Q   Have you testified before in front of the
19   Florida legislature?
20        A   Yes, I've testified before the Florida
21   legislature.
22        Q   And what was that testimony for?

16

1         A   I have testified before the Florida
2    legislature on the issue of what happens to your
3    digital assets when you die.
4         Q   Any other topics that you've testified
5    on?
6         A   I have testified before the Florida
7    legislature on the issue of data breach legislation.
8         Q   Anything else?
9         A   I have testified before the Florida
10   legislature on the social media law in the state of
11   Florida.
12        Q   When you say "social media law," is that
13   the one that is the subject of NetChoice versus
14   Moody that's currently ongoing right now in federal
15   court?
16        A   That is the issue on which I testified,
17   yes.
18        Q   What other issues have you testified on
19   before the Florida legislature?
20        A   That is all that I recall at this time.
21        Q   Have you testified before the California
22   legislature before?

17

1         A   I do not recall.
2         Q   Have you provided any testimony before
3    the California legislature on the California privacy
4    act?
5         A   I do not recall.
6         Q   Did NetChoice engage in any lobbying
7    activities while the California privacy act was
8    passing through the legislative process?
9             MR. DISHER:  Objection.  Form.
10   Objection.  Scope.
11            Go ahead and answer.
12            THE WITNESS:  What do you mean by
13   "lobbying"?
14   BY MS. CORBELLO:
15        Q   Well, we'll back up.
16            NetChoice is a trade association.
17            What does NetChoice do?
18        A   NetChoice promotes free expression and
19   free enterprise on the internet.
20        Q   And how does it do that?
21        A   By advocating with state/federal
22   lawmakers through engagement on legal actions, if

18

1   necessary, and through education of individuals as
2   well as lawmakers.
3       Q   So the activities you just described,
4   advocating and education, did you engage in any of
5   those activities in relation to the California
6   privacy act?
7           MR. DISHER:  Objection.  Scope.
8           Go ahead.
9           THE WITNESS:  I recall that we engaged
10  in -- or to the best of my knowledge, I believe we
11  filed and published an op-ed on the California
12  Consumer Privacy Act.
13  BY MS. CORBELLO:
14      Q   Thank you.  I was just about to clarify
15  that.
16          So I think I used kind of a vague way of
17  expressing -- of naming that law.
18          When I said "California privacy act," you
19  understood me to mean the California Consumer
20  Protection Act; correct?
21      A   Correct.
22      Q   What other -- besides advocating and

19

1   education, are there any other activities that
2   NetChoice engages in in order to meet its goals that
3   you've told me about?
4       A   We spend considerable resources trying to
5   meet with proponents and opponents of legislation to
6   better identify concerns, identify potential
7   unintended consequences of legislation, as well as
8   to discuss the impact of enacted legislation.
9       Q   When you say "resources," what sort of
10  resources are you talking about?
11      A   We spend human capital in the form of
12  assigning NetChoice employees and -- to work on
13  these various issues.
14          We engage in creation of original content
15  from NetChoice such as one papers -- or -- sorry --
16  one-pagers, legal analyses such as law review
17  articles, as well as occasionally printing copies
18  and sharing them with those who are interested in
19  learning more.
20      Q   Other than human capital, what other
21  resources are expended in order to meet NetChoice's
22  goals?

20

1       A   Much of NetChoice goals are centered
2   around engaging directly with individuals.
3       Q   So what resources are used in order to do
4   that?
5       A   I don't think that's necessarily within
6   the scope of what we covered in my declaration.
7       Q   Can you go ahead and answer the question,
8   Mr. Szabo?
9           MR. DISHER:  Objection.  Scope.
10          Go ahead and answer if you can.
11          THE WITNESS:  We sometimes engage in
12  flying NetChoice employees to various parts of the
13  country to engage directly.  We attend meetings and
14  events.
15  BY MS. CORBELLO:
16      Q   Any other resources?
17          MR. DISHER:  Objection.  Scope.
18          Go ahead and answer.
19          THE WITNESS:  We sometimes retain outside
20  counsel.
21  BY MS. CORBELLO:
22      Q   I'm sorry.  Go ahead.

21

1       A   And we sometimes do paid advertisements
2   through services like Facebook and Twitter.
3       Q   Besides Facebook and Twitter, what other
4   platforms does NetChoice pay for advertisement?
5       A   Hulu.  And that is all that I know.
6       Q   What are -- what are these advertisements
7   advertising exactly?
8           MR. DISHER:  Objection.  Form.
9           THE WITNESS:  These advertisements are
10  advertising and promoting the core values of
11  NetChoice, which are free expression and free
12  enterprise on the internet.
13  BY MS. CORBELLO:
14      Q   Are the advertisements aimed at the
15  public at large, or is there a specific demographic
16  that you're trying to reach with these
17  advertisements?
18          MR. DISHER:  Objection.  Form.
19  Objection.  Scope.
20          Go ahead and answer if you can.
21          THE WITNESS:  I don't know specifically
22  who we are trying to target and who we are trying to

22

1  reach.
2  BY MS. CORBELLO:
3      Q   Do the ads solicit money in any way?
4      A   Not to my knowledge.
5      Q   Do they request donations in any way?
6      A   Not to my knowledge.
7      Q   Do they provide viewers of the
8  advertisements direction on how to provide donations
9  to NetChoice?
10     A   Not to my knowledge.
11     Q   How does NetChoice receive any funding or
12  income?
13         MR. DISHER:  Objection form.  Objection.
14  Scope.
15         THE WITNESS:  NetChoice receives
16  membership dues.
17  BY MS. CORBELLO:
18     Q   Does NetChoice receive any other form of
19  revenue other than from membership dues?
20     A   NetChoice receives revenue from NetChoice
21  members primarily who support and promote our
22  mission of free expression and free enterprise.

23

1      Q   And what are the other sources of revenue
2  other than the membership dues?
3         MR. DISHER:  Objection.  Form.
4  Objection.  Scope.
5         THE WITNESS:  We receive, sometimes,
6  additional revenue in pursuit of specific projects
7  directed towards promoting free expression and free
8  enterprise.
9  BY MS. CORBELLO:
10     Q   And where does that revenue come from?
11         Is it a company or an individual?
12         MR. DISHER:  Same objections.
13         THE WITNESS:  They come from companies.
14  BY MS. CORBELLO:
15     Q   Which companies provide that sort of
16  revenue that you just described?
17         MR. DISHER:  Objection.  Form.
18  Objection.  Scope.
19         THE WITNESS:  I believe to answer that
20  would violate confidentiality agreements I have with
21  members.
22

24

1  BY MS. CORBELLO:
2      Q   Which members do you have confidentiality
3  agreements with?
4         MR. DISHER:  Objection.  Form.
5  Objection.  Scope.
6         I will instruct the witness not to answer
7  to the extent that it will disclose information
8  outside of the declaration that is not covered by
9  the Court's order restricting this deposition to
10  topics covered in the declaration.
11         To the extent you can disclose the
12  identities of those individual companies or entities
13  you might have non-disclosure agreements with
14  without violating the non-disclosure agreement
15  itself, I will allow you to do that.
16         To the extent that the existence of those
17  non-disclosure agreements itself is somehow
18  protected or confidential outside the scope of your
19  declaration, I'll instruct you not to answer the
20  question.
21         THE WITNESS:  Being unable to review
22  those documents in preparation for this deposition,

25

1  given that those non-disclosure agreements are
2  outside the scope of my declaration, I did not
3  review them prior to this deposition.  So I cannot,
4  with confidence, ensure that answering your
5  questions will not violate my disclosure agreements.
6         MS. CORBELLO:  Okay.  And just for the
7  record, we'll preserve our objection to the
8  instruction not to answer there.
9  BY MS. CORBELLO:
10     Q   Sorry.  Can you tell me one more time?
11         You -- what was this -- this revenue that
12  we just had this little dispute over, what was that
13  for?
14         I didn't have the time to write it down.
15         MR. DISHER:  Objection.  Form.
16  Objection.  Scope.
17         THE WITNESS:  Additional funding to
18  promote our mission of free expression and free
19  enterprise.
20  BY MS. CORBELLO:
21     Q   How does that specific funding promote
22  free expression and free enterprise?

26

1        MR. DISHER:  Same objections.
2        THE WITNESS:  It enables us to address
3   increased threats to free expression and free
4   enterprise on the internet.
5   BY MS. CORBELLO:
6      Q   How -- how specifically are those
7   increased threats addressed?
8        MR. DISHER:  Objection.  Form.
9   Objection.  Scope.
10       THE WITNESS:  We sometimes -- rephrase.
11   We use the funding in part to enable us
12   to engage at events, to travel for purposes of
13   testimony, and to promote our core values of free
14   expression and free enterprise.
15  BY MS. CORBELLO:
16     Q   And when you say "increased threats," can
17  you give me an example of something that NetChoice
18  sees as an increased threat?
19     A   An example of an increased threat would
20  be legislation that violates the editorial rights of
21  our members in conflict with their constitutional
22  rights given under the First Amendment.

27

1      Q   Can you give me an example of something
2   that would not fall into that category and, yet,
3   NetChoice would still be, in whatever way, working
4   to address it?
5      A   Another example would be a state
6   attempting to apply discriminatory taxes to digital
7   advertisements exclusively in violation of the
8   Permanent Internet Tax Fairness Act.
9      Q   And this might be my fault, but are you
10  saying that that's not an increased threat to
11  NetChoice?
12       MR. DISHER:  Objection.  Form.
13       THE WITNESS:  A law that violates our
14  members' constitutional protections, whether it is
15  for digital ads or for their right to engage in
16  editorial discretion with respect to the content on
17  their services, are both threats to NetChoice
18  members.
19  BY MS. CORBELLO:
20     Q   Understood.
21       But the phrase you used was "increased
22  threats."  So I guess I'm trying to understand.  Are

28

1   there two different categories for NetChoice?
2        And if there's -- if they're not, that's
3   fine.  If they're all increased threats, you can
4   tell me that.
5        But are there some threats that are seen
6   as the increased threats versus just an ordinary
7   threat, for lack of a better word?
8        Does that make sense?
9      A   Yes.
10       A threat would be a piece of legislation
11  that is moving.  That threat is increased when that
12  piece of legislation becomes law.  That is an
13  example of an increased threat.
14     Q   Thank you.
15       This additional revenue we've been
16  talking about, is that used to fund litigation
17  brought by NetChoice?
18       MR. DISHER:  Objection.  Form.
19  Objection.  Scope.
20       THE WITNESS:  I do not know if answering
21  that question will violate my NDA with members.
22

29

1   BY MS. CORBELLO:
2      Q   Understood.
3        The membership dues that NetChoice
4   receives, are the membership dues the same across
5   all members?
6      A   Membership dues are the same across all
7   members.
8      Q   All members pay the exact same amount --
9   amount in terms of membership dues?
10     A   All members are charged the same amount
11  in membership dues.
12     Q   Regardless of the members' size or market
13  power; is that right?
14     A   Regardless of members' market size or
15  market power, they are all charged the same
16  membership dues.
17     Q   And they all pay the same dollar amount
18  for membership dues; is that right?  Your members?
19     A   To the extent that some members may not
20  be able to afford a membership, we have, rarely,
21  offered discounts.  However, the membership dues
22  remain the same for all members.

Carl Szabo - 11/17/2021

30

1    Q   And I -- just to clarify, when you say
2  "the same," are you saying the same in terms of
3  dollar amount?
4    A   The same dollars for annual dues is what
5  I meant by "the same."
6    Q   Thank you.
7        I'm sure you understand, CCIA is the
8  other plaintiff in this matter; correct?
9    A   CCIA is our co-plaintiff in this lawsuit.
10   Q   Are you currently -- is NetChoice
11 currently a plaintiff -- or co-plaintiff with CCIA
12 in any other litigation?
13   A   NetChoice and CCIA are co-plaintiffs in
14 our litigation against Moody.
15   Q   That's the Florida litigation you're
16 talking about?
17   A   Correct.
18   Q   Any other litigation besides the Moody
19 case that NetChoice and CCIA are currently
20 co-plaintiffs on?
21   A   Not to my knowledge.
22   Q   Has NetChoice and CCIA been co-plaintiffs

31

1  on any past, now-completed litigation?
2    A   Not -- not that I'm aware of.
3    Q   Does NetChoice partner with CCIA in any
4  other context besides this lawsuit or the Florida
5  lawsuit?
6        MR. DISHER:  Objection.  Form.
7        THE WITNESS:  What do you mean by
8  "partner"?
9  BY MS. CORBELLO:
10   Q   I mean that term as broadly as possible.
11       Are there any other avenues in which
12 NetChoice and CCIA have chosen to partner up in any
13 way, whether it's sharing of resources, sharing of
14 ideas, any -- any way that you can interpret the
15 word "partner."
16   A   NetChoice and CCIA have promoted one
17 another's content at times.  For example, if CCIA
18 releases an interesting article or publication, we
19 have used social media to raise awareness of that
20 publication.
21   Q   And when you say "used social media,"
22 what does that mean?

32

1    A   We have posted a tweet on Twitter, for
2  example, of how we think about the CCIA document and
3  provided a link to that document.
4    Q   Does NetChoice pay any of its members to
5  promote either NetChoice's content or CCIAs content
6  on their platforms?
7        MR. DISHER:  Objection.  Form.
8  Objection.  Scope.
9        THE WITNESS:  In what way do you mean pay
10 our members?
11 BY MS. CORBELLO:
12   Q   Well, similarly to the way advertisers
13 would pay to have their content on a social media
14 platform, is NetChoice paying any of their members
15 in order to promote the content we just talked about
16 so that it maybe is more easily seen by users or
17 appears higher up in a search engine search?
18       Does that make sense?
19       MR. DISHER:  Same objections.
20       THE WITNESS:  NetChoice does, on
21 occasion, pay for advertising.
22

33

1  BY MS. CORBELLO:
2    Q   Does NetChoice's ability to advertise
3  with any of its members play any role in the
4  membership of these members to NetChoice's trade
5  association?
6        MR. DISHER:  Objection.  Form.
7        THE WITNESS:  Can you clarify the
8  question, please?
9  BY MS. CORBELLO:
10   Q   Well -- so NetChoice's members pay dues;
11 correct?
12   A   NetChoice's members pay dues.
13   Q   And then they are considered members of
14 NetChoice; right?
15       MR. DISHER:  Objection.  Form.
16       THE WITNESS:  NetChoice's members pay
17 dues, and they agree to support our mission of
18 promoting free expression and free enterprise.
19 BY MS. CORBELLO:
20   Q   And as part of membership into
21 NetChoice's -- into the trade association that is
22 NetChoice, are members required or obligated in any

34

1 way to advertise for NetChoice on their platforms?
2        MR. DISHER: Object to form. Object to
3 scope.
4        THE WITNESS: Are you asking a quid pro
5 quo? Is that the suggestion?
6 BY MS. CORBELLO:
7    Q   I don't think it necessarily has to be a
8 quid pro quo. But to me it seems like there can
9 either be -- there's the membership side. Your
10 members benefit. NetChoice, you know, works on
11 behalf of its members to achieve its goals. And
12 then NetChoice also operates, as any advertiser
13 would, to pay the members it wants to to advertise
14 on those platforms.
15       Are these two separate activities that
16 NetChoice engages in, or is one part of the other?
17   A   NetChoice advertises where we think it
18 will be most effective.
19   Q   And are your members obligated in any way
20 to host that advertisement as a result of being
21 members of NetChoice?
22   A   NetChoice has had advertisements rejected

35

1 when we try to publish them on members' sites.
2    Q   What were those advertisements rejected
3 for?
4    A   I do not recall.
5    Q   Do you -- are there any documents that
6 would help you to recall?
7        MR. DISHER: Object to form. Object to
8 scope.
9        THE WITNESS: Not particularly, no.
10 BY MS. CORBELLO:
11   Q   NetChoice doesn't keep any record of the
12 advertisements it attempts to submit to platforms?
13       MR. DISHER: Objection. Form.
14 Objection. Scope.
15       THE WITNESS: Not to my knowledge.
16 BY MS. CORBELLO:
17   Q   We talked about one way in which CCIA and
18 NetChoice partner with each other outside of the
19 context of the lawsuits they're currently engaged in
20 just promoting each other's content.
21       Are there any other ways in which CCIA
22 and NetChoice partner currently?

36

1    A   Not to my knowledge.
2    Q   I've left you a binder there for the sake
3 of ease. And I'm going to hand you very quickly
4 what's been -- will be marked as Defense Exhibit 1
5 in a moment.
6        (Szabo Deposition Exhibit 1 was marked
7 for identification and attached to the transcript.)
8 BY MS. CORBELLO:
9    Q   I'll ask you to just look this over.
10   A   Thank you.
11   Q   And -- oh, yeah. Feel free to look at
12 the other pile, if you'd like.
13       MR. DISHER: This is in tab 4 of the
14 binder?
15       MS. CORBELLO: Yes.
16       MR. DISHER: Okay.
17 BY MS. CORBELLO:
18   Q   If you could just verify that that marked
19 exhibit is your declaration for the purposes of the
20 court reporter. And then for ease, if you'd like to
21 follow along in tab 4 instead, you could do that.
22       Just let me know when you're done

37

1 reviewing that.
2        MS. CORBELLO: Todd, do you mind if we go
3 off the record so we can give Mr. Szabo as much time
4 as he needs to review?
5        MR. DISHER: That's fine.
6        THE VIDEOGRAPHER: We're going off the
7 record.
8        The time is 3:49 p.m.
9        (Off the record.)
10       THE VIDEOGRAPHER: We're back on the
11 record.
12       The time is 3:50 p.m.
13 BY MS. CORBELLO:
14   Q   Mr. Szabo, now that you've had a chance
15 to look at it, is the document I handed you marked
16 as Defense Exhibit 1 a true and correct copy of the
17 declaration you submitted in support of Plaintiffs'
18 motion for preliminary injunction in this case?
19   A   Yes.
20   Q   You can go ahead and, if you want, hand
21 that to the court reporter and use the tab instead.
22   A   Thank you.

38

1    Q   I want to turn you first to paragraph 2.
2    If you need a second to read that, let me know.
3        Are you ready?
4        So here in paragraph 2 you're talking
5    about advocacy before legislative bodies, courts,
6    and government agencies.
7        Can you tell me what kind of advocacy was
8    done, in relation to HB20 as it was passing through
9    the legislative process, by NetChoice?
10       MR. DISHER:  Objection.  Form.
11   Objection.  Scope.
12       THE WITNESS:  NetChoice testified before
13   the Texas legislature in opposition to HB20.
14   BY MS. CORBELLO:
15       Q   What other advocacy measures did
16   NetChoice take in relation to HB20 while it was
17   passing through the legislative process?
18       MR. DISHER:  Same objections.
19       THE WITNESS:  NetChoice engaged in
20   publishing an editorial outlining how HB20 would, in
21   part -- sorry.  NetChoice filed -- I'm sorry.
22   NetChoice published an op-ed outlining how HB20

39

1    violates the editorial discretion of NetChoice
2    members and would lead to the production of lawful
3    but awful content on the internet.
4    BY MS. CORBELLO:
5        Q   Where was this op-ed published?
6        A   I do not recall.
7        Q   Did NetChoice pay to promote this op-ed
8    in any way?
9        MR. DISHER:  Objection.  Form.
10       THE WITNESS:  I do not know.
11   BY MS. CORBELLO:
12       Q   And was it just one editorial that was
13   published in relation to HB20 as it was passing
14   through the legislative process?
15       A   I do not know.
16       Q   You don't know of any other editorials
17   that were published at that time?
18       A   Not off the top of my head, no.
19       Q   Is -- the editorial you just spoke about,
20   is that one that you drafted yourself?
21       A   I do not recall.
22       Q   Are there any documents that would help

40

1    you to recall?
2        MR. DISHER:  Objection.  Scope.
3        THE WITNESS:  For purposes of this
4    declaration, I looked at -- sorry.  For purposes of
5    this deposition, I instead focused primarily on the
6    issues covered in my declaration.
7        Seeing as how this editorial was
8    published before enactment of the law, it did not
9    seem pertinent and is not pertinent to the scope of
10   my declaration.
11   BY MS. CORBELLO:
12       Q   I understand that you may not have
13   reviewed any documents regarding the editorial.
14   However, my question was a little bit different.
15       Are there any documents -- and you can
16   simply name them or identify them in any way
17   possible -- that would help you to recall the facts
18   that I've asked you about in regards to this
19   editorial?
20       MR. DISHER:  Objection.  Form.
21       THE WITNESS:  The publicly available
22   newspaper in which it was published would allow me

41

1    to recall those facts.
2    BY MS. CORBELLO:
3        Q   Any other documents you could think of?
4        A   Not off the top of my head.
5        Q   Other than testifying in opposition to
6    HB20 and publishing this editorial we just spoke
7    about, are there any other advocacy actions that
8    NetChoice took in relation to HB20 as it passed
9    through the legislative process?
10       MR. DISHER:  Objection.  Scope.
11       THE WITNESS:  We spoke with members about
12   how this legislation would impact their ability to
13   engage in their editorial discretion guaranteed
14   under the First Amendment, how it would permanently
15   impact their ability to not only find customers and
16   advertisers but would actually have a detrimental
17   value on their brand, as well as violate their
18   ability to engage in editorial conduct as they see
19   fit.
20   BY MS. CORBELLO:
21       Q   Any other advocacy action that NetChoice
22   took in relation to HB20 while it was passing

42

1  through the legislative process?

2       MR. DISHER: Objection. Scope.

3       THE WITNESS: Not off the top of my head,

4  no.

5  BY MS. CORBELLO:

6    Q   Did NetChoice pay any opposition -- any

7  groups that were in opposition to HB20 in relation

8  to HB20 passing through the legislative process?

9       MR. DISHER: Same objection.

10      THE WITNESS: Is it -- did we pay any

11 groups who opposed? Is that the question?

12 BY MS. CORBELLO:

13   Q   Well, I understand that there might be

14 groups who opposed HB20 but, perhaps, NetChoice

15 didn't pay them because of that opposition. Maybe

16 something else.

17      So I tried to qualify it the best I

18 could. Unfortunately, I had to use a lot of the

19 same words.

20      Did NetChoice pay any groups opposed to

21 HB20 in relation to that opposition to HB20?

22      Does that make more sense?

43

1    A   To the best of my knowledge, NetChoice

2  did not pay any group to oppose HB20.

3    Q   Did NetChoice pay any groups that were

4  already opposing HB20 in order to fund their

5  abilities to oppose HB20?

6    A   To the best of my knowledge, NetChoice

7  did not fund or provide support financially to any

8  group that was already opposed to HB20 to oppose

9  HB20.

10   Q   The -- well, let me ask this. Any other

11 advocacy actions that we haven't already talked

12 about that NetChoice took in relation to HB20 as it

13 passed through the legislative process?

14      MR. DISHER: Objection. Scope.

15      THE WITNESS: As I answered previously,

16 to the best of my knowledge, I -- I have given you

17 all the activities.

18 BY MS. CORBELLO:

19   Q   I apologize if I asked and answered that.

20 I couldn't remember.

21      You said one of the activities was that

22 NetChoice spoke with its members about HB20.

44

1       Who initiated those conversations? Was

2  it NetChoice or its members?

3       MR. DISHER: Objection. Form.

4       THE WITNESS: NetChoice engaged its

5  members to discuss how HB20 might impact them.

6  BY MS. CORBELLO:

7    Q   And when you use the word "engaged," you

8  mean NetChoice initiated the conversations with its

9  members?

10   A   NetChoice did initiate conversations with

11 its members on how HB20 would impact their ability

12 to engage in editorial discretion over the content

13 on their site.

14   Q   Did these meetings take place in person

15 or in some other way?

16      MR. DISHER: Objection. Form.

17      THE WITNESS: NetChoice engaged in phone

18 and video conference meetings with its members to

19 discuss how HB20 would impact their ability to

20 engage in editorial discretion over the content on

21 their services.

22

45

1  BY MS. CORBELLO:

2    Q   Did NetChoice engage in any form of

3  written communication between its members in regards

4  to HB20?

5    A   NetChoice provided members copies of

6  written testimony that was given before the Texas

7  legislature in opposition to HB20.

8    Q   Are there any other written

9  communications between NetChoice and its members in

10 regards to HB20?

11      MR. DISHER: Objection. Form.

12      THE WITNESS: NetChoice spoke with

13 NetChoice members about how HB20 would prevent them

14 from engaging in the editorial conduct for their

15 sites and services, and some of that communication

16 was written.

17 BY MS. CORBELLO:

18   Q   What was the written form of

19 communication?

20      Was it email or something else?

21   A   The form of communication was email.

22   Q   Which members did this email

46

1 communication take place with between NetChoice and
2 its members?
3        MR. DISHER:  Objection.  Form.
4        THE WITNESS:  There were many emails that
5 engaged with NetChoice members.  NetChoice does its
6 best to speak with all of its members on issues that
7 will impact them directly.
8 BY MS. CORBELLO:
9    Q   The phone and video communication you
10 just mentioned, were any of those communication
11 platforms recorded?
12    A   Not to my knowledge.
13    Q   Did NetChoice speak with all of its
14 members in regards to HB20 while it was in the
15 legislative process?
16    A   NetChoice spoke to many of our members
17 about HB20 and its impact on their ability to engage
18 in editorial discretion with regard to the content
19 on their sites in violation of their First Amendment
20 protections.
21    Q   Are there any of NetChoice's members that
22 it did not speak to at any time regarding HB20?

47

1    A   I'm going to review my list of members
2 and let you know.
3        Given the ambiguity in the legislation
4 and its impact on many NetChoice members, we made
5 outreaches to, I believe, all NetChoice members as
6 they could be potentially impacted by HB20 due to
7 the vagaries of the statute.
8    Q   Other than phone, video, email, and I
9 assume spoken communications with its members, did
10 NetChoice communicate with its members in any other
11 way regarding HB20?
12    A   Not to my knowledge.
13        MR. DISHER:  Objection to form.
14        Go ahead.
15        THE WITNESS:  Sorry.
16        Not to my knowledge.
17 BY MS. CORBELLO:
18    Q   Do you or any other agent of NetChoice
19 text with any of the employees of its members?
20        MR. DISHER:  Objection.  Form.
21        THE WITNESS:  We do not engage in SMS
22 communication with members.

48

1 BY MS. CORBELLO:
2    Q   Did -- did you or any other agent of
3 NetChoice speak to any Texas legislators about HB20
4 while it was in the legislative process?
5        MR. DISHER:  Objection.  Form.
6 Objection.  Scope.
7        THE WITNESS:  NetChoice spoke with Texas
8 legislature -- legislators when it was testifying
9 before the Texas legislature on HB20 in opposition
10 due to its impact on our members and their removal
11 of their ability to engage in editorial discretion
12 given to them under the First Amendment.
13 BY MS. CORBELLO:
14    Q   Did you or any other agent of NetChoice
15 speak to Texas legislators individually regarding
16 HB20?
17        MR. DISHER:  Objection.  Form.
18 Objection.  Scope.
19        THE WITNESS:  NetChoice spoke directly to
20 lawmakers individually as part of their testimony
21 during our opposition to HB20.
22

49

1 BY MS. CORBELLO:
2    Q   Other than the testimony you just told me
3 about, did anyone at NetChoice -- you or any other
4 agents of NetChoice speak to any Texas legislators
5 individually about HB20?
6        MR. DISHER:  Same objections.
7        THE WITNESS:  As I did not speak to any
8 other Texas legislators about HB20, I cannot
9 100 percent guarantee that a NetChoice agent spoke
10 directly with a Texas lawmaker about HB20.
11 BY MS. CORBELLO:
12    Q   Are you aware even from third-party
13 information of any NetChoice employees who spoke
14 with a Texas legislator regarding HB20?
15        MR. DISHER:  Same objections.
16        THE WITNESS:  Any suggestion would be
17 hearsay.
18 BY MS. CORBELLO:
19    Q   That's fine.
20        MR. DISHER:  Same objections.
21        THE WITNESS:  I believe NetChoice
22 employees did meet with Texas lawmakers in advance

50

1  of the passage of HB20 to make them aware of how the
2  law not only violates the First Amendment and
3  impedes the ability of our members to engage in
4  editorial discretion given to them under the
5  First Amendment but also how it would unleash lawful
6  but awful content onto the internet.
7  BY MS. CORBELLO:
8      Q   And what are the names of those
9  lawmakers?
10         MR. DISHER:  Same objections.
11         THE WITNESS:  I do not know of any
12  lawmakers except for Senator Bryan Hughes.
13  BY MS. CORBELLO:
14     Q   Do you know approximately how many
15  lawmakers these employees spoke to?
16     A   I --
17         MR. DISHER:  Go ahead.
18         THE WITNESS:  I do not know of any
19  lawmakers aside from Senator Bryan Hughes.
20  BY MS. CORBELLO:
21     Q   And who are the employees that you either
22  know of or at least heard of that spoke with Texas

51

1  legislators about HB20?
2          MR. DISHER:  Objection.  Form.
3  Objection.  Scope.
4          THE WITNESS:  To the best of my
5  knowledge, the only employee to engage with
6  Senator Bryan Hughes on HB20 is Steve DelBianco.
7  BY MS. CORBELLO:
8      Q   Can you spell that last name for me?
9      A   D-E-L, capital B-I-A-N-C-O.
10     Q   Are there any other employees that you
11  know of that either did or may have spoken to Texas
12  legislators about HB20?
13         MR. DISHER:  Same objections.
14         THE WITNESS:  To the best of my
15  knowledge, the only NetChoice employee to speak to a
16  Texas legislator is Steve DelBianco.
17  BY MS. CORBELLO:
18     Q   Do you know if these communications
19  between Mr. DelBianco and Senator Bryan Hughes were
20  done over written communication at all?
21     A   I do not know that.
22     Q   Let's go to paragraph 3, if you don't

52

1  mind.  Feel free to look it over and just let me
2  know when you're ready.
3          You good?
4      A   I am ready.
5      Q   I want to point you to the second-to-last
6  sentence of paragraph 3 where it says:  "Texans
7  looking for a less moderated experience can use
8  social media platforms like Parler, Gab, or Rumble."
9          Do you see that there?
10     A   Yes, I see that there.
11     Q   Are you familiar with Parler, just
12  generally, what it is?
13     A   Yes, I'm familiar with the existence of
14  Parler as a social media platform where people can
15  post content.
16     Q   Do you know if any of NetChoice's members
17  currently do not allow Parler on their app store for
18  users to download?
19         MR. DISHER:  Object to form.
20         THE WITNESS:  To the best of my
21  knowledge, Parler is allowed on the Apple app store,
22  and I do not know if it is allowed on the Google app

53

1  store.
2  BY MS. CORBELLO:
3      Q   Would you be surprised to know that
4  Google is currently blocking Parler from its app
5  store?
6          MR. DISHER:  Objection.  Form.
7          THE WITNESS:  To the best of my
8  knowledge, Parler is available on the Apple app
9  store.
10  BY MS. CORBELLO:
11     Q   I will represent to you that it is not.
12         Are you aware that Google does not allow
13  Parler on its app store?
14         MR. DISHER:  Objection.  Form.
15         THE WITNESS:  The Android operating
16  system allows users to what is called sideload
17  applications which enables them to add their own
18  applications through services outside of the app
19  store structure.
20  BY MS. CORBELLO:
21     Q   My question's a little different.  It's
22  specifically about the app store.

Carl Szabo - 11/17/2021

54

```
 1        Are you aware that Google does not
 2  currently allow Parler on its app store?
 3        MR. DISHER:  Objection.  Form.
 4        THE WITNESS:  If Google does not allow
 5  Parler on its app store, it is part of its editorial
 6  discretion to make sure that the apps on its app
 7  store conform to its viewpoint.
 8  BY MS. CORBELLO:
 9    Q   So you said "if."
10        Does that mean, yes, you are aware of it,
11  or am I the first one telling you this?
12        MR. DISHER:  Objection.  Form.
13        THE WITNESS:  I was unaware that Parler
14  was unavailable on the Google app store.
15  BY MS. CORBELLO:
16    Q   Same question looking for the same sort
17  of answer.
18        Are you aware that Amazon currently does
19  not allow Parler on its app store?
20        MR. DISHER:  Objection.  Form.
21        THE WITNESS:  I was unaware that Amazon
22  allows [sic] Parler on its app store.
```

55

```
 1  BY MS. CORBELLO:
 2    Q   The next one you mentioned, Gab.  Are you
 3  generally aware of what Gab is?
 4    A   Gab, like Parler, is accessible on every
 5  Web browser where users can go, post comments, and
 6  review comments.
 7    Q   So is Gab a social media platform?
 8        MR. DISHER:  Objection.  Form.
 9        THE WITNESS:  What's your differentiation
10  of "social media platform"?
11  BY MS. CORBELLO:
12    Q   Well, I guess I'm -- it says here in your
13  declaration "can use social media platforms like
14  Parler, Gab, or Rumble."
15        So what's your definition of "social
16  media platform"?
17    A   My definition of "social media platform"
18  is a place where people can post comments and review
19  comments in an online space.
20    Q   And do those two functions you just
21  described have to be the primary function of the
22  platform in order to be a social media platform?
```

56

```
 1        MR. DISHER:  Objection.  Form.
 2        THE WITNESS:  They do not need to be the
 3  primary function to be a social media platform.
 4  BY MS. CORBELLO:
 5    Q   Okay.  So based on the definition you
 6  just gave me for "social media platform," do you
 7  understand Gab to be a social media platform?
 8    A   Yes.
 9    Q   Are you aware that Gab is currently
10  blocked from being present on the Google app store?
11        MR. DISHER:  Objection.  Form.
12        THE WITNESS:  Gab is blocked on the
13  Google app store as part of Google's efforts to
14  engage in its editorial discretion to maintain an
15  app store that conforms to its viewpoint under the
16  First Amendment protections.
17  BY MS. CORBELLO:
18    Q   So is it NetChoice's position that there
19  is nothing wrong with Google lessening the
20  accessibility of Gab or Parler to users?
21        MR. DISHER:  Objection.  Form.
22  Objection.  Scope.
```

57

```
 1        THE WITNESS:  NetChoice's view is that
 2  private businesses can decide what is best for their
 3  users and their advertisers.
 4  BY MS. CORBELLO:
 5    Q   Do you know how many users Google has?
 6    A   I do not know exactly how many users
 7  Google has.
 8    Q   Do you know an approximate number of
 9  users that Google has?
10        MR. DISHER:  Objection.  Form.
11        THE WITNESS:  I know that they have more
12  than 50 million.
13  BY MS. CORBELLO:
14    Q   So if Google, as I represent to you, is
15  blocking Gab from its platforms, is it fair to say
16  that the 50 million users that use Gab -- or that
17  use Google are not being exposed to Gab on that
18  platform?
19        MR. DISHER:  Objection.  Form.
20        THE WITNESS:  No, that is not a fair
21  statement.
22
```

**58**

1  BY MS. CORBELLO:
2  Q   Why not?
3       MR. DISHER:  Same objection.
4       THE WITNESS:  The platform is the Android
5  device.  The platform is connected devices.  And
6  with that, not only Android devices, but Android
7  tablets, Chrome-based PCs all have the capability of
8  accessing the Websites run by Gab.
9  BY MS. CORBELLO:
10  Q   Fair enough.  Let me limit it down a
11  little bit.
12      Is it fair to say that Google's
13  50 million users, if, as I represent to you, Gab is
14  not allowed on the app store, is it fair to say that
15  those users do not have access to Gab as a
16  downloadable app on the app store?
17      MR. DISHER:  Objection.  Form.
18      THE WITNESS:  As part of its editorial
19  discretion, Google has chosen to not allow Gab for
20  download as part of its right as a private business
21  to engage in editorial and viewpoint expression
22  under its rights from the First Amendment of the

**59**

1  U.S. Constitution.
2       MS. CORBELLO:  I'm going to object as
3  non-responsive.
4  BY MS. CORBELLO:
5  Q   I want to be clear.  My question is not
6  why Google has denied access to Gab.  My question is
7  whether its 50 million users can access Gab on
8  Google's platform currently.
9       MR. DISHER:  Objection.  Form.
10      THE WITNESS:  As I answered previously,
11  the Google platform is robust.  There are many
12  Google devices including --
13  BY MS. CORBELLO:
14  Q   I apologize.
15      Did I say "platform"?
16  A   Yes.
17  Q   I apologize.  I meant app store.
18      MS. CORBELLO:  Oh, God, I really don't
19  want to ask this a third time.
20  BY MS. CORBELLO:
21  Q   Is it true that Google's 50 million users
22  currently cannot access the Gab app on Google's app

**60**

1  store?
2       MR. DISHER:  Objection.  Form.
3       THE WITNESS:  It is accurate to say that
4  Google users -- actually, let me rephrase.
5       It's accurate to say that the Gab app is
6  not accessible on the Android app store.
7  BY MS. CORBELLO:
8  Q   Are you aware that Apple currently blocks
9  Gab from being a downloadable app on its app store?
10      MR. DISHER:  Objection.  Form.
11      THE WITNESS:  Yes, I am aware that Apple
12  blocks Gab's app from being downloadable from the
13  Apple app store.
14  BY MS. CORBELLO:
15  Q   And it's NetChoice's position that Apple
16  is allowed to deny access to its users to Gab as an
17  app in its app store?
18      MR. DISHER:  Objection.  Form.
19  Objection.  Scope.
20      THE WITNESS:  Apple is not a member of
21  NetChoice.
22

**61**

1  BY MS. CORBELLO:
2  Q   Well, we'll strike that, then.
3       Let's go to paragraph 4.
4       If you need some time to look it over,
5  let me know.
6       MR. DISHER:  Is this a good stop -- good
7  point for our first break?
8       MS. CORBELLO:  Yeah.  Sure.
9       THE VIDEOGRAPHER:  We are going off the
10  record.
11      This is the end of media unit number 1.
12      The time is 4:17 p.m.
13      (A recess was taken.)
14      THE VIDEOGRAPHER:  We are back on the
15  record.
16      This is the beginning of media unit
17  number 2.
18      The time is 4:30 p.m.
19  BY MS. CORBELLO:
20  Q   So we were talking about paragraph 4.
21      Paragraph 4 contains a list of
22  NetChoice's members; right?

Carl Szabo - 11/17/2021

62

1    A   That is correct.
2    Q   Is this list in paragraph 4 current, or
3  have any members been added or removed from this
4  list?
5    A   To the best of my knowledge, this list is
6  accurate.
7    Q   So when we were talking earlier about
8  conversations with members regarding HB20, are these
9  the members, this list here, who you were talking
10  about?
11    A   When I use the term "NetChoice members,"
12  I am referring to the members in this list.
13    Q   When those conversations with these
14  members took place about HB20, did any of these
15  members express opposition to bringing this lawsuit
16  that we're all here for?
17    A   To the best of my knowledge, every member
18  with whom we spoke to about HB20 raised concerns
19  about how this law going into effect would impact
20  their ability to engage an editorial discretion.
21    Q   Did any of these members ask NetChoice
22  not to bring this lawsuit on their behalf?

63

1        MR. DISHER:  Objection.  Form.
2        THE WITNESS:  I believe answering the
3  question would violate my NDA with these businesses.
4  BY MS. CORBELLO:
5    Q   This list here in paragraph 4, which of
6  these members does NetChoice contend will be
7  affected by HB20?
8        MR. DISHER:  Objection.  Form.
9        MS. CORBELLO:  What's the basis of that
10  objection, Todd?
11        MR. DISHER:  Calls for a legal
12  conclusion.
13  BY MS. CORBELLO:
14    Q   Go ahead and answer.
15    A   Due to the vagaries of the definition of
16  "social media" in HB20, many of the members listed
17  here may or may not be covered.
18        Likewise, because they must have
19  50 million monthly active users, I cannot for
20  certain tell you which of these members is or is not
21  covered by HB20.
22        Having said that, I can say certainly

64

1  that at least YouTube, which is a subsidiary of
2  Google, Facebook, and Twitter would be covered by
3  HB20.
4    Q   A little while ago, you gave me your own
5  definition of social media platform.
6        Do you remember that?
7    A   I do remember giving you a definition of
8  social media platform.
9    Q   Putting HB20 and its definition of social
10  media platform aside for a second, which of these
11  members listed in paragraph 4 do you believe fall
12  under your definition of social media platform as
13  you discussed it with me earlier?
14        MR. DISHER:  Objection.  Form.
15        Go ahead.
16        THE WITNESS:  Airbnb, Alibaba, Amazon,
17  AOL, DJI, DRN, eBay, Etsy, Expedia, Fluid Truck,
18  Google, HomeAway, Lime, Nextdoor, Lyft, Oath,
19  OfferUp, PayPal, Pinterest, StubHub, TikTok,
20  TravelTech, Turo, Twitter, Verisign, Vrbo, Waymo,
21  and Yahoo would all be covered under my definition
22  of social media platform.

65

1  BY MS. CORBELLO:
2    Q   Did you mean to not mention Facebook in
3  that list?
4    A   I did not -- I intended to mention
5  Facebook in that list.
6    Q   I might have just missed it, but I just
7  wanted to clarify.
8        Facebook is a part of the list you just
9  gave; right?
10    A   That is correct.
11        MR. DISHER:  And to clarify, you said
12  "DJI"?
13        THE WITNESS:  Yes.
14        MR. DISHER:  And this says "DII."
15        THE WITNESS:  That is a typo.
16        MR. DISHER:  Okay.
17  BY MS. CORBELLO:
18    Q   Oh, okay.
19        MR. DISHER:  Thank you.
20  BY MS. CORBELLO:
21    Q   So the DII that comes after AOL in
22  paragraph 4 is meant to say DJ, as in James, I?

66

1    A    Correct.
2    Q    I still don't know what it's --
3        Do all of these members moderate their
4    user-generated content in the same way?
5        MR. DISHER:  Objection.  Form.
6        THE WITNESS:  These members engage in
7    content moderation and their editorial discretion in
8    the way that they see is best for promoting their
9    viewpoints and the interests of their users and
10   their advertisers.
11   BY MS. CORBELLO:
12   Q    So is your answer, no, the members do not
13   moderate content in the exact same way?
14   A    Members engage in their content
15   moderation in ways that they think is best for their
16   users, their advertisers, and promoting their
17   viewpoints.  Sometimes that content moderation will
18   be similar; sometimes that content moderation will
19   be different.  Sometimes the methods of enforcement
20   are similar; sometimes the methods of enforcement
21   are different.
22

67

1    BY MS. CORBELLO:
2    Q    Do you understand which members are
3    different from one another versus which members are
4    similar?
5        MR. DISHER:  Objection.  Form.
6        THE WITNESS:  You are speaking with
7    regard to their engagement and content moderation?
8    BY MS. CORBELLO:
9    Q    Yes.
10   A    I am familiar with ways in which members
11   are similar with regard to their content moderation
12   and ways in which they are different with regard to
13   their content moderation both in what they engage in
14   content moderation as well as the manner in which
15   they engage in content moderation.
16   Q    Do all of these members listed in
17   paragraph 4 have the same policies regarding content
18   moderation?
19   A    Members listed in paragraph 4 may have
20   similar or same content moderation policies and
21   enforcement mechanisms, and they may have similar --
22   or different content moderation policies and

68

1    different enforcement mechanisms.
2    Q    So is the answer to my question, no, all
3    of the members listed in paragraph 4 do not have the
4    exact same content moderation policies?
5    A    To the best of my knowledge, the members
6    listed in paragraph 4 engage in the content
7    moderation they think is best for their users that
8    express their viewpoints.  And they maybe and
9    sometimes are different.
10   Q    Do all of your members listed here in
11   paragraph 4 use AI in any way -- we don't need to
12   get into specifics -- but in any way to moderate
13   content on their platforms?
14   A    Can you explain what do you mean by "AI"?
15   Q    Sure.
16       Do any of these members have algorithms
17   that interact with user-generated content once that
18   content is generated in order to moderate the
19   content for its platform?
20       MR. DISHER:  Objection.  Form.
21       THE WITNESS:  Many of the members of
22   NetChoice use algorithms written by their employees

69

1    and sometimes people they hire to enforce and engage
2    in the content moderation decisions that are made in
3    an effort to promote their editorial discretion and
4    their viewpoints.
5    BY MS. CORBELLO:
6    Q    Do any of the members exclusively use
7    humans to review user-generated content?
8    A    I do not know.
9    Q    Do any of these members exclusively use
10   AI or algorithms in order to review user-generated
11   content?
12   A    I do not know.
13   Q    Have any of these members shared the
14   substance of the algorithms we've been talking about
15   with NetChoice?
16       MR. DISHER:  Objection.  Form.
17       THE WITNESS:  NetChoice members have
18   shared with us the content moderation guidelines,
19   the editorial discretion, and the viewpoints that
20   they use in the creation and development of the
21   algorithms.
22

Carl Szabo - 11/17/2021

70

1          MS. CORBELLO:  Objection.
2   Non-responsive.
3   BY MS. CORBELLO:
4        Q   My question is a little bit more specific
5   than just overall views.
6          The algorithms themselves that address
7   and interact with user-generated content, have those
8   algorithms been shared by any of NetChoice's members
9   with NetChoice?
10       A   If such information were shared with
11  NetChoice, they would be subject to our NDA.
12       Q   Have any of the members' source codes
13  related to content moderation been shared with
14  NetChoice?
15         MR. DISHER:  Objection.  Form.
16         THE WITNESS:  Think about the question.
17  Can you repeat which source code you are
18  describing, please?
19  BY MS. CORBELLO:
20       Q   When I say "source code," I mean the
21  source codes that are used in order to provide data
22  to algorithms in order to inform them or update them

71

1   on the type of content that these members are trying
2   to moderate in order to comply with their policies.
3   So when I say "source codes," those are the ones I'm
4   talking about.
5          Does that make it more clear?
6          MR. DISHER:  Objection.  Form.
7   Go ahead.
8          THE WITNESS:  They have not provided
9   source code to NetChoice.
10  BY MS. CORBELLO:
11       Q   Have any of NetChoice's members provided
12  their training data sets related to content
13  moderation with NetChoice?
14         MR. DISHER:  Objection.  Form.
15         THE WITNESS:  Can you be more specific on
16  training data sets?
17         Who is the audience for which training
18  data set?
19  BY MS. CORBELLO:
20       Q   The -- well, the audience, I guess, for
21  lack of a better word, would be the algorithms.
22         So when I say "training data sets," I

72

1   mean any data sets created by a programmer or an AI
2   that then interacts with the algorithm in order to
3   train it to either better recognize content it's
4   supposed to moderate, differently recognize content
5   it's supposed to moderate.  Any training data sets
6   that are used to train the algorithms and the
7   content that they're -- it's moderating.
8        A   Any such disclosure will be subject to
9   our NDA.
10       Q   Have any of NetChoice's members shared
11  documentation with NetChoice related to content
12  moderation?
13         MR. DISHER:  Objection.  Form.
14         THE WITNESS:  NetChoice members have
15  shared with NetChoice their community guidelines and
16  their content moderation standards which are part of
17  the terms of service and underlying agreements that
18  users enter into when they sign up for the service.
19  BY MS. CORBELLO:
20       Q   Maybe this will clarify my question a
21  little bit.  I'm sorry if it was vague.
22         Have any of NetChoice's members shared

73

1   its Wiki, Readme, or other similar documentation
2   related to software utilized for content moderation
3   with NetChoice?
4        A   No.
5        Q   Have any of NetChoice's members shared
6   their workflow diagrams related to content
7   moderation with NetChoice?
8          MR. DISHER:  Objection.  Form.
9          THE WITNESS:  NetChoice members have not
10  shared with us their internal workflow on
11  programming for content moderation.
12  BY MS. CORBELLO:
13       Q   Have NetChoice's members shared any
14  external workflow diagrams related to content
15  moderation with NetChoice?
16       A   NetChoice members have met with us -- or
17  met with NetChoice several times to discuss how
18  content moderation policies operate within their
19  services.
20       Q   Go to paragraph 5 for me.  It's on
21  pages 3 and 4.
22         Let me know when you're ready to talk

74

1  about it.
2      A   Okay.
3      Q   I want to point you to -- it's on page 4,
4  still on paragraph 5, subsection i there where you
5  talk about --
6          MR. DISHER:  Page 3 of the document.
7          THE WITNESS:  Thank you.
8          MR. DISHER:  Page 4 is at the top here.
9          THE WITNESS:  Thank you.
10         MR. DISHER:  UCF pagination.
11         MS. CORBELLO:  Yeah.  Sorry.  I was
12  trying to be helpful, but --
13  BY MS. CORBELLO:
14     Q   Still on paragraph 5, subsection i where
15  you mention NetChoice members "are open to the
16  public, subject to their representative terms and
17  conditions and community guidelines."
18         Do you see that?
19     A   Yes, I see that.
20     Q   When you say they "are open to the
21  public," what did you mean by that?
22     A   It means that they are accessible on

75

1  websites and other devices and that some people may
2  be able to sign up for their services subject to
3  agreeing to the community guidelines which are the
4  viewpoints and editorial discretion of those sites
5  and services.
6      Q   Do you have personal knowledge of how
7  each one of NetChoice's members permit the public to
8  become users on their platforms?
9          MR. DISHER:  Objection.  Form.
10         THE WITNESS:  I am -- I have personal
11  knowledge of several NetChoice members on how they
12  allow users to access their platforms.
13  BY MS. CORBELLO:
14     Q   I really don't want to ask you about all
15  if you don't have the knowledge.
16         Are there any members that you do not
17  know how members of the public are able to access
18  your members' platforms?
19     A   Virtually every single NetChoice member
20  has a terms of service to which all users agree when
21  they access the platform.
22     Q   I understand.  My question's a little

76

1  different.
2          Are you personally aware of each member's
3  process for allowing a member of the public to
4  become a user on its platform, or are there any
5  members in that list that, sitting here today, you
6  don't have knowledge of how that works?
7      A   I have knowledge for all NetChoice
8  members of how members of the public can gain access
9  to the underlying service.
10     Q   So let's use Facebook as an example.
11         How does one become a user on Facebook?
12     A   Facebook users or potential Facebook
13  users can visit Facebook through a myriad of sources
14  whether through an application, visiting the
15  website.  On both they are presented with a terms of
16  service or terms of use and a privacy policy.  In
17  order to access certain parts of that site and
18  service, they must also expressly agree -- sorry.
19  Let me rephrase that.
20         By visiting that site, they agree to the
21  terms of service which also include agreement to the
22  community guidelines.  These terms of service and

77

1  its subsidiary, the community guidelines, allow
2  these platforms to engage in editorial discretion,
3  in the case of Facebook, as well as promoting the
4  viewpoints that are best for its users and its
5  advertisers.  This is a contract that users enter
6  into with Facebook when they visit the website.
7      Q   What personal information does a member
8  of the public have to provide Facebook when signing
9  up for an account with Facebook?
10     A   Can you give me a definition of "personal
11  information"?
12     Q   Well, we can go one by one.
13         Does a member of the public have to
14  provide their first and last name to Facebook as
15  part of the process to sign up as a user?
16     A   Members of the public are required to
17  provide their real name as part of the terms of
18  service.  Failure to do so is a violation of the
19  contract with Facebook.
20     Q   Are users required to provide their
21  birthdate as part of the process in signing up to be
22  a user on Facebook?

78

1    A    No, users are not required to provide
2    their birth date to become a user on Facebook.
3    Q    Other than providing their first and last
4    name and agreeing to the terms of service, what else
5    do users have to do, if anything, to become a user
6    on Facebook?
7    A    Because it's changing regularly, to the
8    best of my knowledge, it can be either an email
9    address or possibly a phone number coupled with a
10   user-created password.
11   Q    Any other information you can think of
12   that someone has to provide before becoming a
13   Facebook user?
14   A    Not to my knowledge.
15   Q    Once the information we just talked about
16   is provided and the terms of service are agreed to,
17   does a member of the public gain immediate access to
18   Facebook's platform?
19   A    Define "Facebook's platform" for me,
20   please, because they have many different businesses.
21   Q    Well, I guess the way I'm using it is in
22   its social media function.

79

1           Did that clarify it?
2    A    Users, once they have been authorized by
3    Facebook to access the site, may gain access to the
4    site subject to compliance with their agreement
5    which includes the terms of service and community
6    guidelines.
7    Q    So what I'm hearing is is that once the
8    users gain access to the site after creating a user
9    account, they are, then, subject to the terms and
10   conditions and the content policies that Facebook
11   has in place; is that right?
12   A    Users are subject to the terms of service
13   and privacy policies when they visit a Facebook
14   website.  Those terms of service include, as a
15   subsidiary, the community guidelines.
16   Q    Do you know whether those terms of
17   service and community guidelines are applied equally
18   across all users of Facebook?
19   MR. DISHER:  Objection.  Form.
20   THE WITNESS:  Can you explain to me
21   "equally," please.
22

80

1    BY MS. CORBELLO:
2    Q    Well, the content moderation policies
3    that Facebook has, you're aware of what those are;
4    right?
5    A    Yes.
6    Q    Those policies, are they applied to every
7    piece of user-generated content that comes to the
8    site regardless of who the user is that is
9    generating that content?
10   MR. DISHER:  Object to form.
11   THE WITNESS:  Facebook will use its
12   editorial discretion as well as its viewpoint to
13   decide what content is appropriate for its users,
14   its advertisers.
15   BY MS. CORBELLO:
16   Q    My question's a little different.
17          When user-generated content comes to
18   Facebook -- I'm sure "comes to" is not the right
19   technical term.  But when user-generated content is
20   generated, does Facebook apply its terms of service
21   and its community standards equally to that
22   user-generated content regardless of which user

81

1    generated that content?
2    A    Facebook applies its community guidelines
3    in the ways that it best believes will promote its
4    viewpoint and its editorial content and -- or its
5    editorial discretion.
6           In doing so, it may promote some
7    viewpoints and demote others as part of its
8    editorial discretion as guaranteed under the
9    First Amendment.
10   Q    So does Facebook do that promotion or
11   de-prioritization based on the user that created the
12   content, or is it based on the content itself?
13   A    Facebook will remove content that
14   violates their community guidelines and community
15   standards.  It will also select and promote content
16   that they think is best for that particular user or
17   most useful to that particular user.
18   Q    Mr. Szabo, I desperately do not want to
19   ask the Court for more time and actually want to do
20   less than the four hours we've been granted.  So I
21   very much ask you to focus on the question I'm
22   asking and answer it.

82

1        My question is -- it goes to how Facebook
2  is treating its content.
3        Is it moderating its content pursuant to
4  its content moderation policies because of the users
5  that are generating that content, or is it
6  moderating that content based on its community
7  guidelines based on the content itself?
8        Does that make sense?
9        MR. DISHER:  Objection.  Form.
10       THE WITNESS:  Facebook will engage in
11 content moderation based on the content of the
12 publication and if it violates the community
13 standards or community guidelines.  It will also
14 engage in content moderation when it sees users
15 violating that type of community guidelines.
16       So when users are known to abuse
17 community guidelines, Facebook may choose to not
18 publish their content.
19 BY MS. CORBELLO:
20     Q   And those users who abuse the guidelines,
21 are they treated in the same way regardless of who
22 that user is --

83

1        MR. DISHER:  Objection.  Form.
2  BY MS. CORBELLO:
3     Q   -- by Facebook?
4        MR. DISHER:  Objection.  Form.
5        THE WITNESS:  Facebook will treat users
6  in foreign nations differently than they treat users
7  in the United States of America.
8  BY MS. CORBELLO:
9     Q   Thanks for that clarification.
10       So to be more specific, in the
11 United States, will Facebook treat its users
12 differently based on who that user is when they're
13 violating Facebook's policies?
14     A   Due to its goal of promoting its
15 editorial discretion and viewpoints, Facebook will
16 sometimes treat an individual differently than a
17 different user based on, for example, their status
18 as a politician due to Facebook's editorial and
19 viewpoint intent to promote political discussion.
20     Q   So Facebook's terms and conditions and
21 community guidelines get applied differently to
22 users based on who those users are?

84

1        MR. DISHER:  Objection.  Form.
2        THE WITNESS:  Facebook's community
3  guidelines, if they are applied differently to
4  different users, is part of the editorial discretion
5  and viewpoint of Facebook in its decision for what
6  is best for its users, its advertisers, and the
7  advancement of Facebook's viewpoint.
8  BY MS. CORBELLO:
9     Q   So you used the word "if."
10       Is your -- just to clarify:  Is your
11 testimony that Facebook might be discriminating
12 against its users in applying its community
13 guidelines differently, or you have personal
14 knowledge that that is what they are currently
15 doing?
16       MR. DISHER:  Objection.  Form.
17       THE WITNESS:  I do not have firsthand
18 knowledge of any discriminatory application of
19 Facebook's community guidelines against any user.
20 BY MS. CORBELLO:
21     Q   Does Facebook share its algorithms with
22 NetChoice, the algorithms that are applied to users

85

1  as they are creating Facebook accounts?
2        MR. DISHER:  Objection.  Form.
3        THE WITNESS:  Sorry.  You lost me halfway
4  through that question.
5  BY MS. CORBELLO:
6     Q   Sure.  Maybe I'll back up a little bit.
7        Do you know if Facebook applies any sort
8  of algorithms or human review to a user account
9  once -- or immediately after a user has created that
10 account --
11       MR. DISHER:  Objection.  Form.
12 BY MS. CORBELLO:
13     Q   -- in order to verify the legitimacy of
14 the account -- the account or the illegitimacy of
15 the account?
16       MR. DISHER:  Same objection.
17       THE WITNESS:  Facebook will analyze the
18 legitimacy of a user creation to ensure and stop
19 things like fraud, attempts to engage in criminal
20 activity, and requests coming from known IP
21 addresses of criminals.
22

**86**

```
 1  BY MS. CORBELLO:
 2     Q   And does Facebook do that solely through
 3  human review?
 4        MR. DISHER:  Objection.  Form.
 5        THE WITNESS:  Facebook uses a mixture of
 6  algorithmic activity written by Facebook employees
 7  and Facebook contractors to advance the community
 8  guidelines and viewpoints of Facebook as well as
 9  human review.
10  BY MS. CORBELLO:
11     Q   And so -- sorry.  Just to clarify.  You
12  said "to advance the community guidelines."
13        Are you talking specifically about this
14  topic, users gaining entry to Facebook and screening
15  those users, are algorithms used for that purpose?
16     A   Algorithms are used alongside,
17  potentially, human review when a user attempts to
18  create a new account on Facebook to stop known bad
19  actors and prevent spammers as well as fraudulent
20  accounts.
21     Q   So now that we've kind of specified what
22  algorithms we're talking about, those algorithms --
```

**87**

```
 1  has Facebook shared those algorithms with NetChoice?
 2     A   Facebook has not shared those algorithms
 3  with NetChoice.
 4     Q   Go to paragraph 6 for me, and let me know
 5  when you're ready to talk about it.
 6     A   Okay.
 7     Q   So pointing to the second half of that
 8  first sentence in paragraph 6, it says:  "So we are
 9  intimately familiar with the business models our
10  members use and rely on to provide services to users
11  and advertisers alike."
12        Do you see that?
13     A   Yes, I see that.
14     Q   Okay.  This intimate familiarity you have
15  with your members' business models, can you describe
16  to me how that familiarity came about?
17        MR. DISHER:  Objection.  Form.
18        THE WITNESS:  That familiarity was
19  developed over decades of work in the internet
20  ecosystem starting with my initial efforts as a
21  computer science major at Rice University.  Prior to
22  that, I was a website programmer for NASA.
```

**88**

```
 1        That also continued with my work at the
 2  Electronic Software Association engaging in IP
 3  violations on social media platforms as well as my
 4  work at the Motion Picture Association in pursuing
 5  viol- -- IP violations of online platforms.
 6        It continued with my work as an attorney
 7  in private practice creating terms of service,
 8  privacy policy, interpreting community guidelines on
 9  services that include Facebook for clients, as well
10  as more than a decade working at NetChoice and
11  engaging, on a weekly basis, with most all NetChoice
12  members to better understand how their specific
13  systems work, how their programs are effectuated,
14  and how they make the decisions that they do.
15        This also includes analysis of their
16  business models with regard to advertising and the
17  impact that their editorial discretion and
18  viewpoints have on their business.
19  BY MS. CORBELLO:
20     Q   Can I -- can I ask:  So for the current
21  business models -- I assume you're intimately
22  familiar with the current business models of your
```

**89**

```
 1  members?  Yes?
 2     A   I'm intimately familiar with the business
 3  models of my members.
 4     Q   As they currently stand?
 5     A   Cor- -- as of the time of this
 6  declaration, yes.
 7     Q   And as to these current business models
 8  of NetChoice's members, how are those current
 9  business models communicated to NetChoice?
10        Is it -- are there meetings involved?  Is
11  it a written communication?  Do they provide
12  their -- some sort of report to NetChoice?
13        MR. DISHER:  Objection.  Form.
14        THE WITNESS:  Before joining NetChoice,
15  we speak with our members about what issues impact
16  their business directly.  As they continue their
17  journey as NetChoice members, we continue to update
18  ourselves on how changes in their business models
19  are impacted by changes in the policy and legal
20  landscape, and we are regularly informed by members
21  of changes in their business model.
22
```

90

1  BY MS. CORBELLO:
2      Q   Are NetChoice's members required to
3  inform of any updates to their business models?
4      A   NetChoice does not require members to
5  provide updates, but members do because that is part
6  of the benefit of being part of a trade association.
7      Q   Does NetChoice do any sort of independent
8  investigation of what the members tell it insomuch
9  as how their business models work?
10         MR. DISHER:  Objection.  Form.
11         THE WITNESS:  NetChoice regularly reviews
12  and studies changes in business practices of its
13  members including reviewing things like transparency
14  reports or community standards and community
15  guidelines at length.
16  BY MS. CORBELLO:
17     Q   So the two examples you just gave me,
18  unless I'm mistaken, those are both documents or
19  information that are created by the members
20  themselves; right?
21         MR. DISHER:  Objection.  Form.
22         THE WITNESS:  The community standards for

91

1  each member that NetChoice reviews are the community
2  standards created by that business as part of their
3  editorial and viewpoint discretion.
4  BY MS. CORBELLO:
5      Q   And the transparency reports you
6  mentioned, are those the transparency reports that
7  the members themselves create?
8      A   The transparency reports are created by
9  several NetChoice members.
10     Q   So other than information created by the
11  members -- or communicated by the members to
12  NetChoice, does NetChoice do any independent
13  investigation of the way in which the members'
14  business models work?
15         MR. DISHER:  Objection.  Form.
16         THE WITNESS:  NetChoice regularly reviews
17  and extrapolates changes in our members' business
18  models as well as using our extensive knowledge to
19  identify how business models may change in the
20  future.
21  BY MS. CORBELLO:
22     Q   So is the answer to my question "yes"?

92

1      A   NetChoice regularly reviews, on its own,
2  changes by members to their business model as well
3  as changes to the business landscape.
4  BY MS. CORBELLO:
5      Q   How are those changes communicated to
6  NetChoice?
7         MR. DISHER:  Objection.  Form.
8         THE WITNESS:  NetChoice members will
9  contact NetChoice to inform us of changes in their
10  business models.
11  BY MS. CORBELLO:
12     Q   Okay.  I'm going to try this question
13  again.  I think I've made it clear, but I'll try one
14  more time -- or maybe several other times.
15         Aside from any data or information that
16  NetChoice's members create and provide -- either
17  provide to NetChoice or they simply create and
18  NetChoice investigates it themselves, other than
19  member-created information, does NetChoice do any
20  investigation outside of that in order to determine
21  what the business models of these members is?
22         MR. DISHER:  Objection.  Form.

93

1         Go ahead.
2         THE WITNESS:  NetChoice regularly reviews
3  writings by third parties on activities and business
4  models of NetChoice members.
5  BY MS. CORBELLO:
6      Q   When you say "writings," what do you mean
7  by that?
8      A   These writings can take the form of
9  books, exposés, investigative reporting, position
10  papers, and analyses by third parties.
11     Q   Has NetChoice ever deactivated a member
12  from membership of NetChoice?
13         MR. DISHER:  Objection.  Scope.
14         THE WITNESS:  To the best of my
15  knowledge, NetChoice has never -- and by
16  "deactivated," I presume you mean kicked out or
17  removed --
18  BY MS. CORBELLO:
19     Q   Uh-huh.
20     A   -- a member.
21     Q   Turning back to paragraph 6.  The last
22  sentence there talks about HB20 creating long-term

94

```
1  adverse impacts when it comes to NetChoice's
2  members' reputations.
3         Do you see that?
4     A  Yes, I see that.
5         You're referring to the phrase "would
6  irreparably harm" when you say "adversely"?
7     Q  Yes -- sorry -- starting with "would
8  irreparably harm our members and their business
9  models by repelling users and advertisers and
10 creating long-term adverse impacts when it comes to
11 our members' reputation."
12        Do you have personal knowledge as to how
13 each one of NetChoice's members would be irreparably
14 harmed were HB20 to go into effect?
15        MR. DISHER: Objection. Form.
16        THE WITNESS: You're calling for me to
17 speculate?
18 BY MS. CORBELLO:
19    Q  No.
20        I'm asking do you have personal knowledge
21 as to how each one of your members would be
22 irreparably harmed were HB20 to go into effect.
```

95

```
1         If the answer is no, I do not want you to
2  speculate.
3         MR. DISHER: Objection. Form.
4         THE WITNESS: If HB20 went into effect,
5  based on prior actions of advertisers and users, we
6  know that NetChoice members would be forced to host
7  lawful but awful content including hate speech,
8  self-harm, mutilation, abuse of animals, Nazi
9  propaganda, holocaust denial, many other forms of
10 speech that would be offensive to its users and its
11 advertisers causing irreparable harm to the brands
12 of those businesses along with the financial losses
13 that they would see as a result of being required to
14 host this horrible content.
15 BY MS. CORBELLO:
16    Q  So if I'm -- if I were to turn back to
17 your list of members -- and I believe it was
18 paragraph 4 -- and we go one by one, will you be
19 able to tell me how each one of those members is
20 irreparably harmed, how that irreparable harm comes
21 about, and what it will cost each one of them once
22 this irreparable harm takes place?
```

96

```
1         Will you be able to tell me that?
2         MR. DISHER: Objection. Form.
3         THE WITNESS: I cannot give you the exact
4  cost for each member as it will be different for
5  each member. However -- and such costs include
6  permanent and irreparable harm to brands which
7  oftentimes does not have a clear financial number
8  but can range anywhere from hundreds of thousands to
9  millions to billions of dollars due to lost future
10 revenue and lost immediate revenue.
11 BY MS. CORBELLO:
12    Q  And as you sit here today, for each one
13 of the members that you've listed, do you have any
14 sort of approximation on that second cost figure you
15 just talked about for any of them?
16        MR. DISHER: Objection. Form.
17        THE WITNESS: Due for the vagaries of
18 HB20, I cannot for certain say which member will or
19 will not be covered due to the vague definition of
20 social media nor the requirement of 50 million
21 active users.
22
```

97

```
1  BY MS. CORBELLO:
2     Q  Mr. Szabo, you just talked about a cost
3  that you cannot define for several reasons. You
4  said it could be, you know, hundreds of dollars,
5  several million, billions. That's the number I'm
6  talking about.
7         If we go member by member, are you going
8  to be able to give me what each member's
9  approximation of what that cost is going to be?
10        MR. DISHER: Objection. Form.
11        THE WITNESS: I cannot give you each
12 member's direct impact because it is unclear whether
13 they would be covered by HB20.
14        For the members that are -- that would be
15 covered, which include Facebook, Google, and
16 Twitter, we know from prior experience when this
17 type of offensive content was on one of these
18 services, they lost hundreds of millions of dollars
19 due to lost advertising revenue.
20        It does not include, in that figure, the
21 lost brand recognition and irreparable harm from the
22 damage to the brand often gaining future advertisers
```

98

1   and future users.
2   BY MS. CORBELLO:
3       Q   Let's take Twitter, for example, then.
4           What is Twitter's estimated cost -- or
5   loss of -- well, how do I want to ask this?
6           What has Twitter estimated would be the
7   cost associated with having to comply with HB20?
8           MR. DISHER:  Objection.  Form.
9           THE WITNESS:  I do not know what Twitter
10  has estimated their costs to be.
11  BY MS. CORBELLO:
12      Q   And with respect to just Twitter, what
13  within their algorithms would have to change in
14  order to comply with HB20 were it to go into effect?
15          MR. DISHER:  Objection.  Form.
16          THE WITNESS:  With respect to their
17  algorithms, they would have to be reprogrammed in
18  ways to allow for offensive content that is
19  currently not allowed under the existing community
20  standards, community guidelines, editorial
21  discretion, and viewpoints of Twitter.
22

99

1   BY MS. CORBELLO:
2       Q   How would that reprogramming take place?
3       A   Twitter would be required to hire -- or
4   use human labor to engage in reprogramming as well
5   as attorneys to review new community guidelines to
6   write and update new terms of service and could
7   likely result in the -- or actually would result in
8   the loss of users and advertisers.
9       Q   And what you just -- you just described,
10  how much would this cost Twitter?
11          MR. DISHER:  Objection.  Form.
12          THE WITNESS:  If Twitter were to retain
13  an estimated 50 programmers, each of whom bill out,
14  for assumption let's say $1,000 an hour, you're
15  already looking at $50,000 per hour.  If this takes
16  200 hours, you're now looking at $20 million for the
17  programmers alone which does not include the
18  requisite attorneys and other infrastructure
19  necessary to implement this and also does not
20  include the need to integrate their advertising
21  division to speak with advertisers about the
22  impending awful content that will soon be present on

100

1   the Twitter site.
2   BY MS. CORBELLO:
3       Q   Has Twitter told NetChoice that it would
4   have to hire programmers if HB20 were to go into
5   effect?
6       A   Twitter has not told NetChoice that it
7   would need to hire programmers if HB20 went into
8   effect.
9       Q   When user-generated content is created
10  and goes to any one of NetChoice member's platforms,
11  do you understand that there's a process that takes
12  place, whether a combination of AI and human, solely
13  AI, solely human, in which that content is reviewed?
14          Is that -- do we have the same
15  understanding of how that works?
16      A   It will depend on the platform that we
17  are talking about.
18      Q   When you say "it will depend," it'll
19  depend how that content gets moderated by each
20  platform?
21          MR. DISHER:  Objection.  Form.
22          THE WITNESS:  Different platforms have

101

1   different content moderation procedures.  Some
2   engage in a top-down content moderation process;
3   some engage in a bottom-up content moderation
4   process; some have an exceptionally limited content
5   moderation process.
6   BY MS. CORBELLO:
7       Q   Which of NetChoice's members permit users
8   to moderate the content in any way that they do or
9   do not want to see?
10          MR. DISHER:  Objection.  Form.
11          THE WITNESS:  In what ways are you saying
12  content moderate?
13  BY MS. CORBELLO:
14      Q   Well, so Facebook, for example, a user
15  accesses the -- what is it called?  The blue site?
16          I don't use Facebook.
17          MR. MARCHESE:  The main one?
18          MS. CORBELLO:  The main one.
19  BY MS. CORBELLO:
20      Q   -- blue site.
21          They have essentially what's called a
22  news feed; correct?

Carl Szabo - 11/17/2021

102

1    A   Yes.

2    Q   Okay.  Are users on Facebook able to

3  moderate what they see in their news feed or what

4  they don't want to see in their news feed in any

5  way?

6    A   Users on Facebook can put requests in to

7  not show again.  And, likewise, as they use the

8  site, the site will better identify what type of

9  content the user is seeking.

10       Simultaneously, Facebook will make its

11  editorial discretion and advance its viewpoints as

12  part of news feeds.

13       MS. CORBELLO:  Okay.  I'm going to object

14  as non-responsive for everything after "Facebook

15  will make."

16  BY MS. CORBELLO:

17    Q   The abilities of the users on Facebook

18  that you just described, let's now apply that to all

19  its members.

20       Do you know whether or not each one of

21  NetChoice's members offer its users the ability to

22  moderate the content that it does or does not see

103

1  somewhat in the same way that we just talked about

2  with Facebook?

3       MR. DISHER:  Objection.  Form.

4       THE WITNESS:  Because of the diversity of

5  the NetChoice membership, many NetChoice members do

6  not have a news feed as you described.  Alibaba or

7  OfferUp are two examples of that.

8  BY MS. CORBELLO:

9    Q   So when a user logs onto Alibaba, what do

10  they see?

11    A   They would see a shopping center which

12  involves content posted by sellers.

13    Q   Can a user of Alibaba -- do they have any

14  discretion to dictate what that site looks like when

15  they log on?

16    A   Alibaba will engage in its editorial

17  discretion to decide and show what is best for its

18  customers and present them with products that they

19  think might be most appealing.

20       MS. CORBELLO:  Okay.  I'm going to object

21  as non-responsive.

22

104

1  BY MS. CORBELLO:

2    Q   Not Alibabi.  Their users.

3       Do their users, when they log onto the

4  site and they see this shopping -- I think you

5  called it a shopping cart or shopping page -- do

6  those users have any ability to modify or dictate

7  what content they view?

8       MR. DISHER:  Objection.  Form.

9       THE WITNESS:  By using the site, users

10  dictate what type of content will be shown to them

11  as Alibaba seeks to provide the best results and the

12  most likely products for that specific user.

13  BY MS. CORBELLO:

14    Q   So how do users dictate what they see on

15  the Alibaba site?

16    A   By using the site, Alibaba will identify

17  what products are most likely to be appealing to

18  that user.

19    Q   Can users choose to hide certain products

20  on the Alibabi site that they don't want to see?

21    A   I do not know.

22    Q   Let's go to paragraph 9.

105

1       Go ahead and just let me know when you're

2  ready.

3    A   Okay.

4    Q   Paragraph 9 talks about the World

5  Federation of Advertisers; right?

6    A   Yes.

7    Q   And is this paragraph meant to,

8  essentially, summarize the World Federation of

9  Advertisers' point of view of -- well, let me ask it

10  this way:  What are you trying to -- what

11  information are you trying to summarize in

12  paragraph 9?

13    A   Many NetChoice members' entire business

14  model ultimately results from advertising revenue.

15  The World Federation of Advertisers, which is a

16  leading global trade association for the

17  advertisers, makes clear that the presence of

18  content that would be required to be hosted under

19  HB20 on our member sites would result in a harm to

20  advertisers and, likewise, a harm to the advertising

21  ecosystem on which many NetChoice members rely for

22  revenue.

106

1    Q   Are you aware that Facebook funds the
2  World Federation of Advertisers?
3        MR. DISHER: Objection. Form.
4  Objection. Scope.
5        THE WITNESS: I did not know that.
6  BY MS. CORBELLO:
7    Q   Are you aware that Google contributes to
8  the World Federation of Advertisers financially?
9        MR. DISHER: Same objections.
10       THE WITNESS: No.
11 BY MS. CORBELLO:
12   Q   Are you aware that there -- the World
13 Federation of Advertisers' website says, quote,
14 Google and Facebook are a big part of the market
15 estimated to take more than 75 percent of digital
16 ads spent worldwide, unquote?
17       MR. DISHER: Objection. Form.
18       THE WITNESS: Yes, I was aware.
19 BY MS. CORBELLO:
20   Q   Does the fact that these two plat- -- or
21 these two members take up this much digital ad space
22 change your opinion at all about how willing

107

1  advertisers would be to abandon those sites?
2        MR. DISHER: Objection. Form.
3        THE WITNESS: It does not change the
4  willingness of advertisers to abandon those
5  websites.
6        MS. CORBELLO: Can we take a quick break?
7        MR. DISHER: Sure.
8        THE VIDEOGRAPHER: We are going off the
9  record.
10       This is the end of media unit number 2.
11       The time is 5:29 p.m.
12       (A recess was taken.)
13       THE VIDEOGRAPHER: We are back on the
14 record.
15       This is the beginning of media unit
16 number 3.
17       The time is 5:38 p.m.
18 BY MS. CORBELLO:
19   Q   Do you remember talking a little bit ago
20 about the California Consumer Protection Act?
21   A   Yes.
22   Q   If I start saying "CCPA," can we agree

108

1  that I mean the California Consumer Protection Act?
2    A   Yes.
3    Q   Okay. You said NetChoice was involved
4  in -- well, scratch that.
5        CCPA is in effect now; right?
6    A   CCPA took effect, yes.
7    Q   Do you know approximately when it took
8  effect?
9    A   Approximately June of -- I believe it was
10 2019, 2020.
11   Q   Once the CCPA took effect or just
12 immediately prior to that happening, how did each
13 one of NetChoice's members have to modify their
14 practices to comply with that law?
15       MR. DISHER: Objection. Scope.
16 Objection. Form.
17       THE WITNESS: Billions of dollars were
18 spent on legal expenses to come into compliance with
19 CCPA by NetChoice members.
20 BY MS. CORBELLO:
21   Q   The legal costs were about compliance
22 with CCPA?

109

1        Were any of those for litigation against
2  CCPA?
3    A   To the best of my knowledge, no NetChoice
4  member has brought litigation against CCPA.
5    Q   For any of those members, do you know why
6  they have chosen to not bring a suit against CCPA?
7        MR. DISHER: I will instruct the witness
8  you may answer but not to the extent that it might
9  disclose any conversations you've had with legal
10 counsel.
11       THE WITNESS: I do not know.
12 BY MS. CORBELLO:
13   Q   Are any of your members currently not in
14 compliance with the CCPA?
15       MR. DISHER: Objection. Scope.
16 Objection. Form.
17       THE WITNESS: To the best of my
18 knowledge, all NetChoice members comply with all
19 applicable laws and regulations.
20 BY MS. CORBELLO:
21   Q   And that includes CCPA?
22       MR. DISHER: Same objection.

Carl Szabo - 11/17/2021

110

1        THE WITNESS:  To the best of my
2   knowledge, all NetChoice members comply with CCPA.
3   BY MS. CORBELLO:
4        Q    Do any of NetChoice's members have to
5   treat users in California differently than users in
6   any other part of the United States as a result of
7   CCPA being in effect?
8        MR. DISHER:  Objection.  Form.
9   Objection.  Scope.
10       THE WITNESS:  The CCPA law requires
11  NetChoice members to treat California residents in a
12  way in compliance with that law.
13       However, some NetChoice members may have
14  been required, due to legal costs, technological
15  challenges, to apply CCPA to all users.
16  BY MS. CORBELLO:
17       Q    Are you aware of which members fall into
18  the first category you're talking about, treating
19  California users differently, versus members that
20  fall into the second one in which they apply CCPA
21  compliance across all users in the United States?
22       MR. DISHER:  Objection.  Scope.

111

1        THE WITNESS:  I did not review that
2   information prior to this deposition as such
3   information is not addressed in my declaration.
4   BY MS. CORBELLO:
5        Q    Are you able to identify what documents
6   would provide you that information?
7        A    To identify that information, I would
8   need to review the publicly available privacy
9   policies of each NetChoice member to identify how
10  they address compliance with CCPA.
11       Q    Is NetChoice currently involved in any
12  activities aimed at getting rid of the CCPA?
13       A    NetChoice is not actively involved in any
14  activities to get rid of the CCPA.
15       Q    Does NetChoice fund any other groups for
16  the purpose of attempting to get rid of the CCPA?
17       A    NetChoice does not fund any other groups
18  for purposes of repealing CCPA.
19       Q    Thank you.  That was the word I was
20  looking for.
21       Are any of NetChoice's members actively
22  working to repeal CCPA?

112

1        MR. DISHER:  Objection.  Form.
2        THE WITNESS:  Discussion of such issues
3   would violate an NDA that we have with our members.
4   BY MS. CORBELLO:
5        Q    When, approximately, did you draft this
6   declaration that's been marked as Defense Exhibit 1?
7        A    Are you asking when I began drafting?
8        Q    Sure.  Let's start with that.
9        When did you begin drafting this
10  declaration, Defense Exhibit 1?
11       A    I began drafting this declaration,
12  Exhibit 1, in September of 2021.
13       Q    Do you remember the approximate date that
14  you started drafting it?
15       A    I do not recall.
16       Q    Was it early September 2021?
17       A    I do not recall.
18       Q    Who -- and I don't need to know the
19  content of the discussions, but who did you speak
20  with during the course of your drafting of this
21  declaration, Defense Exhibit 1?
22       A    During the drafting of this declaration,

113

1   this exhibit, I spoke with NetChoice in-house
2   counsel and NetChoice outside counsel.
3        Q    Who else did you speak with?
4        A    Those are the only two individuals I
5   spoke with in the drafting of this declaration.
6        Q    So between the time you started drafting
7   this declaration and, it looks like,
8   September 30th, when you signed the declaration,
9   you spoke to both NetChoice in-house counsel and
10  NetChoice outside counsel and no one else; is that
11  right?
12       A    To the best of my knowledge, that is
13  correct.
14       Q    The statements made in this declaration
15  reflect your personal knowledge of the issues
16  discussed; right?
17       A    That is correct.
18       Q    You produced documents that you consulted
19  in drafting this declaration; right?
20       A    We produced documents that we used and
21  consulted in drafting this declaration.
22       Q    When you say "we," who are you referring

114

1  to?
2      A   NetChoice.
3      Q   And did you personally review each one of
4  the documents that have been produced?
5      A   I reviewed the documents that were
6  reviewed -- or -- sorry.  I reviewed the documents
7  that NetChoice produced in response to the ones used
8  in the creation of this declaration.
9      Q   You reviewed every single one of the
10  documents?
11      A   I reviewed the documents that were used
12  and submitted in the creation of this declaration.
13      Q   Are there any documents that were
14  produced that you did not personally review?
15      A   Not to my knowledge.
16      Q   Are there any documents outside of those
17  that were already produced that you relied on when
18  drafting this declaration?
19      A   Not to my knowledge.
20      Q   Your declaration discusses the various
21  burdens that will -- that your members will suffer
22  should HB20 go into effect.  Is that fair?

115

1      A   Our declaration discusses the irreparable
2  harms that our members will suffer if HB20 goes into
3  effect as part of the overall statements in the
4  declaration.
5      Q   Does your declaration provide all of the
6  irreparable harms that NetChoice contends will
7  befall its members if HB20 goes into effect?
8      A   Given that that will require me to make
9  speculations about all possible things, that was not
10  necessarily included in our declaration.
11          However, we did include in our
12  declaration clear irreparable harms that our members
13  will face if HB20 goes into effect.
14      Q   As you sit here today, are there any
15  specific irreparable harms that you know of that are
16  not included somewhere in this declaration?
17          MR. DISHER:  Objection.  Form.
18          THE WITNESS:  So one irreparable harm, as
19  an example, that would be incurred would be a loss
20  of inability to stop bad actors from posting content
21  on member services due to the mandated disclosure of
22  proprietary ways that NetChoice members engage in

116

1  content moderation.
2  BY MS. CORBELLO:
3      Q   Just to clarify, this loss of inability
4  to stop bad actors, is this not contained in your
5  declaration currently?
6          Is this an example you're giving me of
7  irreparable harm that you did not provide within the
8  declaration?
9      A   This is an example of an irreparable harm
10  that is not explicitly stated in the declaration but
11  is part of the greater irreparable harm that will be
12  faced by NetChoice members.
13      Q   Okay.  So other than this loss of
14  inability to stop bad actors, what are all of the
15  other specific irreparable harms that have not
16  already been identified in the declaration that
17  NetChoice's members will suffer if HB20 goes into
18  effect?
19      A   One of the irreparable harms that is
20  alluded to but not specifically called out in the
21  declaration is enabling bad actors such as spammers,
22  hate-speech mongers, Neo-Nazis, Holocaust deniers to

117

1  know ways to circumvent the values and content
2  moderation standards and editorial discretion of
3  NetChoice members.
4      Q   What other specific irreparable harms did
5  you not discuss in your declaration?
6      A   That is all that I can think of right
7  now.
8      Q   Is there a reason that you did not
9  specify these two irreparable harms we just talked
10  about within your declaration?
11          MR. DISHER:  I'll instruct the witness
12  not to answer to the extent it discloses any
13  communications you've had with counsel.
14          Other than that, please go ahead and
15  answer.
16          THE WITNESS:  On advice of my counsel, I
17  will not answer.
18  BY MS. CORBELLO:
19      Q   Your declaration discusses broadly your
20  members' content moderation practices and how those
21  may be affected by HB20; is that correct?
22      A   That is correct, in broad descriptions of

Carl Szabo - 11/17/2021

118

1  how HB20 will impact the ability of NetChoice
2  members to express their values and their editorial
3  discretion.
4      Q   So specifically as to the ways in which
5  HB20 will impact NetChoice's members' content
6  moderation abilities or policies, is there
7  anything -- are any of those impacts not discussed
8  within this disclosure?
9          MR. DISHER:  Objection.  Form.
10         THE WITNESS:  Sorry.  Can you -- is this
11  substantially different from the prior question?
12  BY MS. CORBELLO:
13     Q   No.  It's essentially the burden's
14  question but as to the impacts on content -- the
15  ability to moderate content.
16         MR. DISHER:  Objection.  Form.
17         THE WITNESS:  By forcing NetChoice
18  members to engage in detailed descriptions of
19  certain content moderation practices, it will, in
20  part, impede the ability to adapt to new threats
21  that violate the values and editorial discretion of
22  NetChoice members.  It will simultaneously empower

119

1  bad actors whose viewpoints, values, and
2  editorial -- and opinions do not match those of
3  NetChoice members.
4  BY MS. CORBELLO:
5      Q   Does your declaration contain all the
6  ways in which HB20 will impact NetChoice's members
7  in regards to their content moderation practices and
8  policies?
9          MR. DISHER:  Objection.  Form.
10         THE WITNESS:  It is -- it does not cover
11  all the myriad of costs and harms and irreparable
12  harms that will befall NetChoice members when they
13  lose the ability to express their values --
14  BY MS. CORBELLO:
15     Q   Well --
16     A   -- and their --
17     Q   Okay.
18     A   -- editorial discretion in the way that
19  is best for their users and their advertisers as
20  guaranteed under the First Amendment.
21     Q   Well -- so we've talked about the
22  irreparable harms that were missing from your

120

1  disclosure a moment ago; right?
2          MR. DISHER:  Objection.  Form.
3          THE WITNESS:  Yes.
4  BY MS. CORBELLO:
5      Q   So my question's a little different.
6  Maybe -- well, let me give you an example.
7          There's discussion in this declaration
8  about how maybe the algorithms might have to change
9  that are used to moderate content because of the way
10  in which HB20 will affect these -- the members; is
11  that right?
12     A   That is correct.
13     Q   So that is one way in which HB20 will be
14  affecting members' content moderation practices in
15  that they will have to modify what their content
16  moderation algorithms currently look like; is that
17  right?
18     A   Under HB20, NetChoice members will be
19  required to change content moderation practices,
20  which include computer and human review, in ways
21  that violate their values and their editorial
22  discretion and in ways that they do not view as best

121

1  for their values, their users, and their
2  advertisers.
3      Q   Are there any other ways in which HB20
4  will impact -- let's start with will impact the
5  content moderation practices of each one of
6  NetChoice's members that are -- that is not
7  contained in this declaration?
8          MR. DISHER:  Objection.  Form.
9          THE WITNESS:  The ways that HB20 will
10  create irreparable harm in the content moderation
11  manner that NetChoice members engage in that is not
12  included in this declaration as stated in
13  paragraph 20 when we state that the non-exclusive
14  list of harmful and offensive content is clear that
15  there is much more, such as abuse of animals, such
16  as Holocaust denial, neither of which were included
17  in the non-exclusive list listed in paragraph 20.
18         MS. CORBELLO:  I'm going to object as
19  non-responsive.
20  BY MS. CORBELLO:
21     Q   We'll talk about paragraph 20 since you
22  referred to it.

122

Right before that list, it says:
"NetChoice members would be forced to host harmful and offensive content"; right?
A That is what the declaration says.
Q And so you are attesting that one of the ways in which HB20's policies will affect the way in which the members moderate content is that it will require them to host harmful and offensive content. Is that fair?
A The declaration states that NetChoice members will be forced to host harmful and offensive content including, but not limited to --
Q You don't need to read the list again.
A Okay.
Q I'm really trying to get us out of here.
Do NetChoice members currently host harmful and offensive content?
MR. DISHER: Objection. Form.
BY MS. CORBELLO:
Q Or is this a change that will have to occur as a result of HB20?
MR. DISHER: Same objection.

123

Go ahead.
THE WITNESS: NetChoice members expend millions of dollars to ensure that harmful and offensive content, as listed in paragraph 20, does not appear on its site and does so to the best of their ability.
BY MS. CORBELLO:
Q And HB- -- is it NetChoice's position that HB20 requires harmful and offensive content to be posted on these members' platforms?
MR. DISHER: Objection. Form.
THE WITNESS: HB20 will require NetChoice members to host harmful and offensive content including, but not limited to --
BY MS. CORBELLO:
Q You really don't need to read the list over again. I promise.
So what you just discussed, is one of the ways -- getting back to my original question. Is one of the ways in which HB20 modifies the practices of NetChoice's members insomuch as they relate to content moderation?

124

Are you with me on that?
A HB20 modifies the values and editorial decisions of NetChoice members which are reflected in the ways that they engage in content moderation.
Q Where it says "NetChoice members would be forced to host harmful and offensive content," you are saying that that is because of the provisions within HB20 and -- were they to go into effect?
Is that what you're attempting to say in that sentence?
A In the last sentence in paragraph 20, we are making clear that, under HB20, NetChoice members will be forced to host harmful and offensive content including, but not limited to, racial epithets, Nazi anti-Semitism --
Q I promise you, you don't need to read them over.
So would you agree with me that you -- in this sentence, you are providing one way in which you contend HB20's provisions are going to alter the way in which members moderate content, or are you saying that this is the only way in which HB20's

125

provisions are going to alter the way members moderate content?
A We are using, in this last sentence in paragraph 20, an illustrative list that is including, but not limited to --
Q I'm not talking about the list.
A -- those listed to explain the types of loss of values and editorial discretion the NetChoice members will be faced with if HB20 came into effect.
Q So one example?
MR. DISHER: Objection. Form.
THE WITNESS: One example of what?
BY MS. CORBELLO:
Q Well, I'm trying to get my original question asked and answered.
NetChoice's members would be forced to host harmful and offensive content. Is that one example?
I'm not asking about the list but the broader statement of having to host harmful and offensive content. Is that one example of the way

126

1  in which HB20's provisions are going to impact
2  NetChoice's members' content moderation practices or
3  is it the only way?
4      A   It is one way in which HB20 will cause
5  irreparable harm to NetChoice members.
6      Q   I didn't ask about irreparable harm.  I
7  asked about a modification of content moderation
8  practices.
9      Can you answer the question as it relates
10 to that?
11     A   HB20 will have other impacts than those
12 listed for harmful and offensive content when it
13 takes effect for NetChoice members.
14     MS. CORBELLO:  Can you read out my
15 original question again, please.
16         (Whereupon, the requested question
17 was
18         read back.)
19     THE WITNESS:  So the example listed in
20 the last sentence of paragraph 20 is one example of
21 the type of impact to content moderation practices
22 that HB20 will have --

127

1  BY MS. CORBELLO:
2      Q   Okay.
3      A   -- on NetChoice members.
4      Q   Now, taking the understanding that we
5  were talking about ways in which NetChoice's members
6  will be impacted in the way that they are able to
7  moderate content, are there any other specific ways
8  in which HB20 will impact NetChoice members' content
9  moderation practices that are not discussed in your
10 declaration?
11     MR. DISHER:  Objection.  Form.
12     THE WITNESS:  Yes, there are other ways
13 that NetChoice members will be impacted in content
14 moderation practices that are not described in the
15 last sentence of paragraph 20.
16 BY MS. CORBELLO:
17     Q   I didn't ask solely about the last
18 sentence of paragraph 20.
19     In the entirety of your declaration,
20 which ways in which HB20 will impact specifically
21 NetChoice members' content moderation practices are
22 not already contained in the entirety of your

128

1  declaration?
2      MR. DISHER:  Objection.  Form.
3      MS. CORBELLO:  What's the basis of the
4  objection, Todd?
5      MR. DISHER:  It calls for a legal
6  conclusion about how HB20 is going to take effect,
7  what its provisions --
8      MS. CORBELLO:  I'm asking what he hasn't
9  said in his own declaration.
10     MR. DISHER:  And the effects of HB20
11 depend on interpreting the often-vague provisions of
12 HB20 as a matter of law.
13     To the --
14     MS. CORBELLO:  So is the sentence in
15 paragraph 20 a legal conclusion, then?
16     MR. DISHER:  To the extent that he can
17 answer the question, go ahead.
18     To the extent it calls for a legal
19 conclusion -- he's not here to testify as a lawyer
20 about what NetChoice's legal positions are in the
21 case.  But to the extent you have factual knowledge
22 or can answer the question as a matter of fact,

129

1  please, by all means.
2      THE WITNESS:  In addition to being forced
3  to host the content described in the last sentence
4  of paragraph 20, NetChoice members will have to work
5  with -- sorry -- some NetChoice members will be
6  required to work with human reviewers to update them
7  to new content moderation practices specifically
8  forcing them to host the harmful and offensive
9  content including, but not limited to, the
10 content --
11 BY MS. CORBELLO:
12     Q   Please don't.  Please, you don't need to
13 read them out.
14     A   -- in the last sentence of paragraph 20.
15     Q   Thank you.
16     And so this one example you just gave,
17 that's not contained in your declaration currently?
18 The having to -- I think you said interact with
19 human programmers?
20     A   It is not expressly stated in the
21 declaration.
22     Q   What are the other ways in which HB20

130

1  will impact the members' content moderation
2  practices that are not stated in the declaration
3  already?
4      A   One of the ways that members' content
5  moderation practices will be impacted by the
6  stated in the declaration include the changes to the
7  way the advertising division works with its
8  customers to make them aware that harmful and
9  offensive content will become present on NetChoice
10 members' platforms.
11     Q   Does every one of NetChoice members have
12 an ad division?
13     A   Can you give me a definition of
14 "advertising division," please?
15     Q   You used the term first.  So however
16 you -- whatever you believe that term encompasses.
17     A   All NetChoice members engage in
18 advertising.
19     Q   That wasn't my question.
20        Do all -- do all NetChoice members have a
21 specific ad division within their company?
22     A   To the best of my knowledge, every

131

1  NetChoice members -- every NetChoice member has a
2  division within its business that engages in
3  advertising.
4      Q   Okay.  What are the other ways in which
5  HB20 will affect the members' content moderation
6  practices that are not already contained in your
7  declaration?
8        MR. DISHER:  Objection.  Form.
9        THE WITNESS:  At this point, what I would
10 say will be speculative and potentially require me
11 to reach a legal conclusion which the vagaries of
12 HB20, its definitions and its requirements for
13 applicability, would demand, and I do not have that
14 power to do that right now for purposes of this
15 declaration and deposition.
16 BY MS. CORBELLO:
17     Q   So just to be clear, as you sit here
18 today, you don't have any other specific ways in
19 which HB20 impacts NetChoice's members' ability to
20 moderate content other than what we've already
21 discussed?
22     A   Beyond what we have already discussed

132

1  would require me to engage in speculation and
2  drawing legal conclusions which are beyond the scope
3  of the purpose of this deposition and limited to
4  what is included in this declaration.
5      Q   Well, your declaration talks about the
6  ways in which HB20 will impact your members'
7  abilities to engage in content moderation; right?
8      A   My declaration discusses ways in which my
9  members will be impacted by HB20 and in ways in
10 which the content moderation decisions of my members
11 will be impacted by HB20.
12     Q   So yes?
13     A   To?
14     Q   My original question.
15     A   My declaration outlines ways in which
16 NetChoice members will have to engage in harm --
17 irreparable -- sorry.  My declaration explains how
18 NetChoice members will suffer irreparable harm and
19 have to engage in -- as they engage in content
20 moderation changes due to HB20.
21        MS. CORBELLO:  Objection.
22 Non-responsive.

133

1  BY MS. CORBELLO:
2      Q   You just told me a moment ago that any
3  other ways in which HB20 impacts NetChoice's members
4  and the ways in which they moderate content you
5  cannot provide because it would be speculative, and
6  it would require you to reach a legal conclusion.
7  Is that accurate?
8        MR. DISHER:  Objection.  Form.
9        THE WITNESS:  I previously stated that
10 further examples of irreparable harm of content
11 moderation that NetChoice members would suffer due
12 to HB20 would require me to be speculative and reach
13 a legal conclusion.
14 BY MS. CORBELLO:
15     Q   So based on that, is it fair to say that
16 you do have other ways in which you believe, even
17 based on a speculative reasoning, that HB20 will
18 impact NetChoice's members' content moderation
19 practices, but you are not going to disclose those
20 ways for the reasons you stated?
21        MR. DISHER:  Objection.  Form.
22        THE WITNESS:  Doing so would -- to make

134

1  such an assertion would require me to be -- to
2  engage in speculation and/or make a legal conclusion
3  which is beyond the scope of my declaration and the
4  purpose of this deposition.
5  BY MS. CORBELLO:
6     Q   I'll keep asking it.
7        Do you either have more ways in which
8  HB20 will -- will affect your members' ability to
9  moderate content and you are not providing it for
10 the reasons you discussed, or do you not have any
11 other specific ways and you're simply not providing
12 them because you don't have them?
13       MR. DISHER:  Objection.  Form.
14       THE WITNESS:  To identify other ways
15 NetChoice members will be irreparably harmed in
16 their content moderation decisions, which include
17 their choice of editorial activities and advancing
18 their values, would require me to engage in
19 speculation and/or draw a legal conclusion.
20 BY MS. CORBELLO:
21    Q   So as you sit here today, you have more
22 ways in which HB20 will affect your members' content

135

1  moderation practices, but you are not going to
2  provide them.  Is that accurate?  Yes or no?
3        MR. DISHER:  Objection.  Form.
4        THE WITNESS:  The other ways in which
5  NetChoice members would be irreparably harmed due to
6  their content moderation decisions required under
7  HB20 would be either a legal conclusion or require
8  speculation.
9        MS. CORBELLO:  Objection.
10 Non-responsive.
11 BY MS. CORBELLO:
12    Q   Mr. Szabo, do you need the court reporter
13 to read it back to you, or can you please provide a
14 responsive answer?
15       MR. DISHER:  Objection.  Form.
16       THE WITNESS:  Could you read back the
17 question, please.
18       Thank you.
19       MR. MARCHESE:  If I could jump in?
20       No.
21       MS. CORBELLO:  Huh?
22

136

1        (Whereupon, the last question was
2        read back.)
3        MR. DISHER:  Objection.  Form.
4        THE WITNESS:  I am unable to provide the
5  other ways in which NetChoice members will be
6  adversely impacted and irreparably harmed in their
7  content moderation decisions because such activity
8  would be speculative and/or require me to reach a
9  legal conclusion.
10 BY MS. CORBELLO:
11    Q   I don't need you to tell me why you
12 cannot provide the reasons or the ways in which HB20
13 impacts members' content moderation practices.  I
14 simply need you to respond to whether or not you
15 currently have more ways -- as you sit here today
16 and are thinking about it, you know of more ways in
17 which HB20 would impact its members in terms of
18 content moderation but are not providing them.
19       MR. DISHER:  Objection.  Form.
20       THE WITNESS:  To answer that question, it
21 would require two different answers because it's
22 very close to a compound question going to my

137

1  mens rea.  So if you'd like to rephrase the question
2  into two parts, we can maybe answer it that way.
3        MS. CORBELLO:  I'm going to object as
4  non-responsive.
5  BY MS. CORBELLO:
6     Q   As you sit here today, is there anything
7  that you want to tell me that is not contained in
8  your declaration in regards to HB20 and its effects
9  on -- on NetChoice's members?
10       MR. DISHER:  Objection.  Form.
11       THE WITNESS:  There is nothing that I
12 want to tell you today with -- that has not already
13 been stated with regard to the impact and
14 irreparable harm NetChoice members will suffer to
15 their content moderation decisions, their values,
16 and their ability to engage in editorial discretion
17 that I have not yet shared with you today.
18 BY MS. CORBELLO:
19    Q   As you sit here today, is there anything
20 you can think of that you left out of this
21 declaration, Defense Exhibit 1?
22       MR. DISHER:  Objection.  Form.

138

1      THE WITNESS:  There's much information
2  that is not included in Exhibit 1.
3  BY MS. CORBELLO:
4      Q   This "much information" you referred to,
5  why is it not included in your declaration?
6      MR. DISHER:  Objection.  Form.
7      THE WITNESS:  There's lots of information
8  that is not pertinent to this case, that is
9  irrelevant, that is in existence, that is not
10  included in the declaration.
11      However, the declaration itself is a
12  fully formed legal filing that NetChoice has
13  produced that shows the NetChoice members will
14  suffer irreparable harm and lose the ability to
15  engage in editorial discretion and express their
16  values if HB20 is allowed to take effect.
17  BY MS. CORBELLO:
18      Q   Is there anything that you left out of
19  your declaration that you meant to include?
20      A   Anything that is or is not included is
21  subject to the discussions of myself and my
22  attorneys.

139

1      Q   I'm not asking about any discussions
2  between your attorneys.  It's a yes or no.  You
3  don't have to discuss the content.
4      Is there anything left out of your
5  declaration that you meant to include?
6      MR. DISHER:  Please answer.
7      Go ahead.
8      THE WITNESS:  The declaration represents
9  a complete filing on behalf of NetChoice and myself.
10  BY MS. CORBELLO:
11      Q   So there is nothing missing from this
12  declaration, as you sit here today, that you can
13  think of?
14      MR. DISHER:  Objection.  Form.
15      THE WITNESS:  To the best of my
16  knowledge, there is nothing that we have not
17  included in this declaration.
18      MS. CORBELLO:  Pass the witness.
19      MR. DISHER:  We have nothing at this
20  time.
21      MS. CORBELLO:  I think we're good.
22      THE VIDEOGRAPHER:  Please stand by.

140

1      We are off the record at 6:18 p.m.
2      This concludes today's testimony given by
3  Carl Szabo.
4      (Off the record at 6:18 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

141

1
2  Certificate of shorthand reporter - notary public
3      I, Susan E. Alldridge, Registered Professional
4  Reporter, Certified Shorthand Reporter, the officer
5  before whom the foregoing deposition was taken, do
6  hereby certify that the foregoing transcript is a
7  true and correct record of the testimony given; that
8  said testimony was taken by me stenographically and
9  thereafter reduced to typewriting under my
10  supervision; that reading and signing was requested;
11  and that I am neither counsel for or related to, nor
12  employed by any of the parties to this case and have
13  no interest, financial or otherwise, in its outcome.
14      IN WITNESS WHEREOF, I have hereunto set my hand
15  and affixed my notarial seal this 19th day of
16  November 2021.
17
18
_____
19  NOTARY PUBLIC IN AND FOR THE DISTRICT OF COLUMBIA

| **Numbers** |
| --- |

**100** 49:9
**1401** 6:20
**17th** 6:21
**1:21-cv-00840-RP**
  6:18
**200** 99:16
**2019** 108:10
**2020** 108:10
**2021** 6:21 112:12,16
**30th** 113:8
**3:12** 6:22
**3:49** 37:8
**3:50** 37:12
**4:17** 61:12
**4:30** 61:18
**502** 6:21
**5:29** 107:11
**5:38** 107:17
**6:18** 140:1,4

| **$** |
| --- |

**$1,000** 99:14
**$20** 99:16
**$50,000** 99:15

| **A** |
| --- |

**abandon** 107:1,4
**abilities** 43:5
  102:17 118:6 132:7
**ability** 10:6 33:2
  41:12,15,18 44:11,
  19 46:17 48:11
  50:3 62:20 102:21
  104:6 118:1,15,20
  119:13 123:6
  131:19 134:8
  137:16 138:14
**able** 29:20 75:2,17
  95:19 96:1 97:8
  102:2 111:5 127:6
**abuse** 82:16,20 95:8
  121:15
**access** 58:15 59:6,7,
  22 60:16 75:12,17,
  21 76:8,17 78:17

**accesses** 101:15
**accessibility** 56:20
**accessible** 55:4 60:6
  74:22
**accessing** 58:8
**account** 77:9 79:9
  85:8,10,14,14,15
  86:18
**accounts** 85:1 86:20
**accurate** 60:3,5 62:6
  133:7 135:2
**achieve** 34:11
**across** 29:4,6 79:18
  110:21
**act** 17:4,7 18:6,12,
  18,20 27:8 107:20
  108:1
**Action** 6:18 41:21
**actions** 17:22 41:7
  43:11 95:5
**active** 63:19 96:21
**actively** 111:13,21
**activities** 17:7 18:3,
  5 19:1 34:15 43:17,
  21 93:3 111:12,14
  134:17
**activity** 11:11 85:20
  86:6 136:7
**actors** 86:19 115:20
  116:4,14,21 119:1
**actually** 41:16 60:4
  81:19 99:7
**adapt** 118:20
**add** 53:17
**added** 62:3
**addition** 129:2
**additional** 23:6
  25:17 28:15
**address** 26:2 27:4
  70:6 78:9 111:10
**addressed** 26:7 111:3
**addresses** 85:21
**ads** 22:3 27:15
  106:16
**advance** 49:22 86:7,
  12 102:11
**advancement** 84:7
**advancing** 134:17
**adverse** 94:1,10

79:3 79:3,8

**adversely** 94:6 136:6
**advertise** 33:2 34:1,
  13
**advertisement** 21:4
  34:20
**advertisements** 21:1,
  6,9,14,17 22:8
  27:7 34:22 35:2,12
**advertiser** 34:12
**advertisers** 32:12
  41:16 57:3 66:10,
  16 77:5 80:14 84:6
  87:11 94:9 95:5,11
  97:22 99:8,21
  105:5,9,15,17,20
  106:2,8,13 107:1,4
  119:19 121:2
**advertises** 34:17
**advertising** 14:5,6
  21:7,10 32:21
  88:16 97:19 99:20
  105:14,20 130:7,14,
  18 131:3
**advice** 117:16
**advising** 11:7
**advocacy** 12:20 13:4
  38:5,7,15 41:7,21
  43:11
**advocating** 17:21
  18:4,22
**affect** 120:10 122:6
  131:5 134:8,22
**affected** 63:7 117:21
**affecting** 120:14
**afford** 29:20
**after** 7:17 9:13
  65:21 79:8 85:9
  102:14
**afternoon** 6:12 7:22
**again** 92:13 102:7
  122:13 123:17
  126:15
**against** 30:14 84:12,
  19 109:1,4,6
**agencies** 38:6
**agent** 47:18 48:2,14
  49:9
**agents** 49:4
**ago** 64:4 107:19
  120:1 133:2

agree 9:7 33:17
  75:20 76:18,20
  107:22 124:18
agreed 78:16
agreeing 75:3 78:4
agreement 24:14
  76:21 79:4
agreements 23:20
  24:3,13,17 25:1,5
  72:17
ahead 17:11 18:8
  20:7,10,18,22
  21:20 37:20 47:14
  50:17 63:14 64:15
  71:7 93:1 105:1
  117:14 123:1
  128:17 139:7
aimed 21:14 111:12
Airbnb 64:16
algorithm 72:2
algorithmic 86:6
algorithms 68:16,22
  69:10,14,21 70:6,8,
  22 71:21 72:6
  84:21,22 85:8
  86:15,16,22,22
  87:1,2 98:13,17
  120:8,16
Alibaba 64:16 103:6,
  9,13,16 104:11,15,
  16
Alibabi 104:2,20
alike 87:11
Alldridge 7:4
Allen 12:3
allow 24:15 40:22
  52:17 53:12 54:2,4,
  19 58:19 75:12
  77:1 98:18
allowed 52:21,22
  58:14 60:16 98:19
  138:16
allowing 76:3
allows 53:16 54:22
alluded 116:20
alone 99:17
along 36:21 95:12
alongside 86:16
already 43:4,8,11
  99:15 114:17

116:16 127:22
  130:3 131:6,20,22
  137:12
also 8:12,13 12:15,
  20 13:7 34:12 50:5
  76:18,21 81:15
  82:13 88:1,15
  99:19
alter 10:6 124:20
  125:1
Amazon 54:18,21
  64:16
ambiguity 47:3
Amendment 26:22
  41:14 46:19 48:12
  50:2,5 56:16 58:22
  81:9 119:20
America 83:7
amount 29:8,9,10,17
  30:3
analyses 19:16 93:10
analysis 88:15
analyze 85:17
analyzing 11:6
and/or 134:2,19
  136:8
Android 53:15 58:4,6,
  6 60:6
animals 95:8 121:15
annual 30:4
Another 27:5 67:3
another's 31:17
answer 9:3 10:1
  17:11 20:7,10,18
  21:20 23:19 24:6,
  19 25:8 54:17
  63:14 66:12 68:2
  81:22 91:22 95:1
  109:8 117:12,15,17
  126:9 128:17,22
  135:14 136:20
  137:2 139:6
answered 43:15,19
  59:10 125:16
answering 9:12 25:4
  28:20 63:2
answers 136:21
anti-Semitism
  124:15
antitrust 13:21 14:7

anyone 49:3
Anything 16:8 78:5
  118:7 137:6,19
  138:18,20 139:4
anywhere 96:8
apologize 12:17
  43:19 59:14,17
app 52:17,21,22 53:4,
  8,13,18,22 54:2,5,
  6,14,19,22 56:10,
  13,15 58:14,16,16
  59:17,22,22 60:5,6,
  9,9,12,13,17,17
appealing 103:19
  104:17
appear 123:5
appearances 13:7
appeared 13:16
appears 32:17
apple 8:4 52:21 53:8
  60:8,11,13,15,20
applicability
  131:13
applicable 109:19
application 76:14
  84:18
applications 53:17,
  18
applied 79:17 80:6
  83:21 84:3,22
applies 81:2 85:7
apply 27:6 80:20
  102:18 110:15,20
applying 84:12
appropriate 80:13
approximate 57:8
  112:13
approximately 6:22
  10:17 11:15 15:10
  50:14 108:7,9
  112:5
approximation 96:14
  97:9
apps 54:6
Aronov 7:1
around 20:2
article 31:18
articles 13:1,6
  19:17
aside 50:19 64:10

92:15
ask 9:11 36:9 43:10
  59:19 62:21 75:14
  81:19,21 88:20
  98:5 105:9 126:6
  127:17
asked 40:18 43:19
  125:16 126:7
asking 34:4 81:22
  94:20 112:7 125:20
  128:8 134:6 139:1
assertion 134:1
assets 16:3
assigning 19:12
associated 98:7
association 7:5
  17:16 33:5,21 88:2,
  4 90:6 105:16
assume 10:2 47:9
  88:21
assumption 99:14
attached 36:7
attempting 27:6
  111:16 124:9
attempts 35:12 85:19
  86:17
attend 20:13
attesting 122:5
attorney 8:12,13
  88:6
attorneys 99:5,18
  138:22 139:2
audience 71:17,20
Austin 6:17
authorized 79:2
available 40:21 53:8
  111:8
avenues 31:11
aware 31:2 49:12
  50:1 53:12 54:1,10,
  18 55:3 56:9 60:8,
  11 76:2 80:3 106:1,
  7,12,18 110:17
  130:8
awareness 31:19
awful 39:3 50:6 95:7
  99:22

**B**

back 17:15 37:10
  61:14 85:6 93:21
  95:16 107:13
  123:19 126:18
  135:13,16 136:2
bad 86:18 115:20
  116:4,14,21 119:1
based 56:5 81:11,12
  82:6,7,11 83:12,17,
  22 95:5 133:15,17
basis 63:9 88:11
  128:3
become 75:8 76:4,11
  78:2,5 130:9
becomes 28:12
becoming 11:1,14,20
  78:12
befall 115:7 119:12
before 8:8,9 10:18
  11:1,14 13:9,12
  14:3,16,17,20,22
  15:2,12,18,20 16:1,
  6,9,19,21,22 17:2
  38:5,12 40:8 45:6
  48:9 78:12 89:14
  122:1
began 112:7,11
begin 112:9
beginning 61:16
  107:15
begins 6:13
behalf 34:11 62:22
  139:9
being 6:19 11:17
  24:21 34:20 56:10
  57:17 60:9,12 90:6
  95:13 110:7 129:2
believe 15:5 18:10
  23:19 47:5 49:21
  63:2 64:11 95:17
  108:9 130:16
  133:16
believes 81:3
Ben 7:10
benefit 34:10 90:6
benefits 18:22 21:3
  30:18 31:4
best 18:10 42:17
  43:1,6,16 46:6
  51:4,14 52:20 53:7

57:2 62:5,17 66:8,
  15 68:5,7 77:4
  78:8 81:3,16 84:6
  93:14 103:17
  104:11 109:3,17
  110:1 113:12
  119:19 120:22
  123:5 130:22
  139:15
better 19:6 28:7
  71:21 72:3 88:12
  102:8
between 45:3,9 46:1
  51:19 113:6 139:2
Beyond 131:22 132:2
  134:3
big 9:2 106:14
bill 99:13
billions 96:9 97:5
  108:17
binder 36:2,14
birth 78:2
birthdate 77:21
bit 40:14 58:11 70:4
  72:21 85:6 107:19
blocked 56:10,12
blocking 53:4 57:15
blocks 60:8,12
blue 101:15,20
bodies 38:5
books 93:9
both 27:17 67:13
  76:15 90:18 113:9
bottom-up 101:3
boy 8:4
brand 41:17 97:21,22
brands 95:11 96:6
breach 16:7
break 9:9,10,13 61:7
  107:6
bring 62:22 109:6
bringing 62:15
broad 117:22
broader 125:21
broadly 31:10 117:19
brought 28:17 109:4
browser 55:5
Bryan 50:12,19 51:6,
  19
burdens 114:21

burden's 118:13
business 58:20 87:9,
   15 88:16,18,21,22
   89:2,7,9,16,18,21
   90:3,9,12 91:2,14,
   17,19 92:2,3,10,21
   93:3 94:8 105:13
   131:2
businesses 57:2 63:3
   78:20 95:12

                C

California 16:21
   17:3 17:3,7 18:5,
   11,18,19 107:20
   108:1 110:5,11,19
called 7:17 53:16
   101:15,21 104:5
   116:20
calling 94:16
Calls 63:11 128:5,18
came 87:16 125:9
Can 8:1 9:13,21,22
   13:5 20:7,10 21:20
   24:11 25:10 26:16
   27:1 28:3 31:14
   33:7 34:8 37:3,20
   38:7 40:15 51:8
   52:7,14 55:5,13,18
   57:2 59:7 63:22
   68:14 70:17 71:15
   76:8,13 77:10,12
   78:8,11 79:20
   87:15 88:20 88:20
   93:8 96:8 102:6
   103:13 104:19
   107:6,22 117:6
   118:10 126:9,14
   128:16,22 130:13
   135:13 137:2,20
   139:12
cannot 25:3 49:8
   59:22 63:19 96:3,
   18 97:3,11 133:5
   136:12
can't 13:19
capability 58:7
capital 19:11,20
   51:9

Carl 6:14 8:3,7
   140:3
cart 104:5
case 30:19 37:18
   77:3 128:21 138:8
categories 28:1
category 27:2 110:18
Catholic 12:6
cause 126:4
causing 95:11
CCIAs 32:5
center 103:11
centered 20:1
certain 63:20 76:17
   96:18 104:19
   118:19
certainly 63:22
challenges 110:15
chance 37:14
change 91:19 98:13
   106:22 107:3 120:8,
   19 122:20
changes 89:18,19,21
   90:12 91:17 92:2,3,
   5,9 130:6 132:20
changing 78:7
charged 29:10,15
Chicago 11:22
choice 134:17
choose 82:17 104:19
chosen 31:12 58:19
   109:6
Chris 7:11
Chrome-based 58:7
circumvent 117:1
Civil 6:17
clarification 83:9
clarify 18:14 30:1
   33:7 65:7,11 72:20
   79:1 84:10 86:11
   116:3
clear 59:5 71:5
   92:13 96:7 105:17
   115:12 121:14
   124:12 131:17
clients 12:16 88:9
close 136:22
code 70:17,20 71:9
codes 70:12,21 71:3
combination 100:12

come 23:10,13 108:18
comes 65:21 80:7,17,
   18 94:1,10 95:20
coming 85:20
comments 55:5,6,18,
   19
Commerce 13:18
committee 13:19
   13:19 14:4
communicate 47:10
communicated 89:9
   91:11 92:5
communication 45:3,
   15,19,21 46:1,9,10
   47:22 51:20 89:11
communications 45:9
   47:9 51:18 117:13
community 72:15
   74:17 75:3 76:22
   77:1 79:5,15,17
   80:21 81:2,14,14
   82:6,12,13,15,17
   83:21 84:2,12,19
   86:7,12 88:8 90:14
   90:14,22 91:1
   98:19,20 99:5
companies 23:13,15
   24:12
company 23:11 130:21
complete 139:9
compliance 79:4
   108:18,21 109:14
   110:12,21 111:10
comply 71:2 98:7,14
   108:14 109:18
   110:2
compound 136:22
computer 87:21
   120:20
concerns 19:6 62:18
concludes 140:2
conclusion 63:12
   128:6,15,19 131:11
   133:6,13 134:2,19
   135:7 136:9
conclusions 132:2
conditions 74:17
   79:10 83:20
conduct 41:18 45:14
conference 44:18

confidence 25:4
confidential 24:18
confidentiality
  23:20 24:2
conflict 26:21
conform 54:7
conforms 56:15
Congress 13:8,10
connected 58:5
consequences 19:7
considerable 19:4
considered 33:13
Constitution 59:1
constitutional
  26:21 27:14
consulted 113:18,21
Consumer 18:12,19
  107:20 108:1
contact 92:9
contain 119:5
contained 116:4
  121:7 127:22
  129:17 131:6 137:7
contains 61:21
contend 63:6 124:20
contends 115:6
content 19:14 27:16
  31:17 32:5 32:5,13,
  15 35:20 39:3
  44:12,20 46:18
  50:6 52:15 66:4,7,
  13,14,17,18 67:7,
  11,13,14,15,17,20,
  22 68:4,6,13,17,18,
  19 69:2,7,11,18
  70:7,13 71:1,12
  72:3,4,7,11,16
  73:2,6,11,14,18
  79:10 80:2,7,9,13,
  17,19,22 81:1,4,12,
  12,13,15 82:2,3,4,
  5,6,7,11,11,14,18
  95:7,14 97:17
  98:18 99:22 100:9,
  13,19 101:1,2,3,4,
  8,12 102:9,22
  103:12 104:7,10
  105:18 112:19
  115:20 116:1 117:1,
  20 118:5,14,15,19

119:7 120:9,14,15,
  19 121:5,10,14
  122:3,7,8,12,17
  123:4,9,13,22
  124:4,6,13,21
  125:2,18,22 126:2,
  7,12,21 127:7,8,13,
  21 129:3,7,9,10
  130:1,4,9 131:5,20
  132:7,10,19 133:4,
  10,18 134:9,16,22
  135:6 136:7,13,18
  137:15 139:3
context 31:4 35:19
continue 89:16,17
continued 88:1,6
contract 77:5,19
contractors 86:7
contributes 106:7
conversations 11:8
  44:1,8,10 62:8,13
  109:9
copies 19:17 45:5
co-plaintiff 30:9,11
co-plaintiffs 30:13,
  20,22
copy 37:16
Cor 89:5
Corbello 7:9
core 21:10 26:13
correct 8:12 18:20,
  21 30:8,17 33:11
  37:16 62:1 65:10
  66:1 101:22 113:13,
  17 117:21,22
  120:12
cost 95:21 96:4,14
  97:2,9 98:4,7
  99:10
costs 96:5 98:10
  108:21 110:14
  119:11
could 36:18,21 41:3
  42:18 47:6 97:4
  99:6 135:16,19
couldn't 43:20
counsel 7:6 10:12
  11:2,4,13,17,20
  12:11 20:20 109:10
  113:2 113:2,9,10

117:13,16
country 20:13
coupled 78:9
course 112:20
Court 6:16 7:4,13
  9:1,7 16:15 36:20
  37:21 81:19 135:12
Courtney 7:9
courtroom 8:21
Court's 24:9
courts 38:5
cover 119:10
covered 20:6 24:8,10
  40:6 63:17,21 64:2,
  21 96:19 97:13,15
create 86:18 91:7
  92:16,17 121:10
created 72:1 81:11
  85:9 90:19 91:2,8,
  10 100:9
creating 79:8 85:1
  88:7 93:22 94:10
creation 19:14 69:20
  85:18 114:8,12
criminal 85:19
criminals 85:21
current 10:9,10
  12:10 62:2 88:20,
  22 89:7,8
currently 16:14
  30:10,11,19 35:19,
  22 52:17 53:4 54:2,
  18 56:9 59:8,22
  60:8 84:14 89:4
  98:19 109:13
  111:11 116:5
  120:16 122:16
  129:17 136:15
customers 41:15
  103:18 130:8

D

damage 97:22
data 16:7 70:21
  71:12,16,18,22
  72:1,5 92:15
date 78:2 112:13
deactivated 93:11,16
decade 88:10

decades 87:19
decide 57:2 80:13
  103:17
decision 84:5
decisions 69:2 88:14
  124:3 132:10
  134:16 135:6 136:7
  137:15
declaration 20:6
  24:8,10,19 25:2
  36:19 37:17 40:4,6,
  10 55:13 89:6
  111:3 112:6,10,11,
  21,22 113:5,7,8,14,
  19,21 114:8,12,18,
  20 115:1,4,5,10,12,
  16 116:5,8,10,16,
  21 117:5,10,19
  119:5 120:7 121:7,
  12 122:4,10 127:10,
  19 128:1,9 129:17,
  21 130:2,6 131:7,
  15 132:4,5,8,15,17
  134:3 137:8,21
  138:5,10,11,19
  139:5,8,12,17
Defendant 7:10
defendants 6:14
Defense 36:4 37:16
  112:6,10,21 137:21
Define 78:19 97:3
definition 55:15,17
  56:5 63:15 64:5,7,
  9,12,21 77:10
  96:19 130:13
definitions 131:12
DelBianco 51:6,16,19
demand 131:13
demographic 21:15
demote 81:7
denial 95:9 121:16
denied 59:6
deniers 116:22
deny 60:16
depend 100:16,18,19
  128:11
deposition 6:13,19
  8:7,9,19 24:9,22
  25:3 36:6 40:5
  111:2 131:15 132:3

134:4
de-prioritization
  81:11
describe 87:15
described 18:3 23:16
  55:21 99:9 102:18
  103:6 127:14 129:3
describing 70:18
descriptions 117:22
  118:18
desperately 81:18
detailed 118:18
determine 92:20
detrimental 41:16
developed 87:19
development 12:18
  69:20
device 58:5
devices 58:5,6 59:12
  75:1
diagrams 73:6,14
Dickson 12:4
dictate 103:14 104:6,
  10,14
die 16:3
different 9:11 28:1
  40:14 53:21 66:19,
  21 67:3,12,22 68:1,
  9 76:1 78:20 80:16
  83:17 84:4 96:4
  100:22 101:1
  118:11 120:5
  136:21
differentiation
  55:9
differently 72:4
  83:6,12,16,21 84:3,
  13 110:5,19
digital 16:3 27:6,15
  106:15,21
direct 97:12
directed 23:7
direction 22:8
directly 10:1 20:2,
  13 46:7 48:19
  49:10 89:16
disclose 24:7,11
  109:9 133:19
discloses 117:12
disclosure 25:5 72:8

115:21 118:8 120:1
discounts 29:21
discretion 27:16
  39:1 41:13 44:12,
  20 46:18 48:11
  50:4 54:6 56:14
  58:19 62:20 66:7
  69:3,19 75:4 77:2
  80:12 81:5,8 83:15
  84:4 88:17 91:3
  98:21 102:11
  103:14,17 117:2
  118:3,21 119:18
  120:22 125:8
  137:16 138:15
discriminating
  84:11
discriminatory 27:6
  84:18
discuss 19:8 44:5,19
  73:17 117:5 139:3
discussed 64:13
  113:16 118:7
  123:18 127:9
  131:21,22 134:10
discusses 114:20
  115:1 117:19 132:8
discussing 11:9
discussion 83:19
  112:2 120:7
discussions 112:19
  138:21 139:1
Disher 7:7
dispute 25:12
District 6:16,17
diversity 103:4
Division 6:17 99:21
  130:7,12,14,21
  131:2
document 32:2,3
  37:15 74:6
documentation 72:11
  73:1
documents 24:22 35:5
  39:22 40:13,15
  41:3 90:18 111:5
  113:18,20 114:4,5,
  6,10,11,13,16
does 11:5 17:17,20
  21:4 22:11,18

23:10 25:21 28:8
31:3,22 32:4,18,20
33:2 42:22 46:5
53:12 54:1,4,10,18
63:6 71:5 76:11
77:7,13 78:17
80:20 81:10 82:8
84:21 86:2 90:4,7
91:12 92:19 96:7
97:20 99:17,19
102:22 102:22
106:20 107:3
111:15,17 115:5
119:5,10 123:4,5
130:11
**doesn't** 35:11
**doing** 81:6 84:15
133:22
**dollar** 29:17 30:3
**dollars** 30:4 96:9
97:4,18 108:17
123:3
**donations** 22:5,8
**done** 36:22 38:8
51:20
**down** 25:14 58:10
**download** 52:18 58:20
**downloadable** 58:16
60:9,12
**draft** 112:5
**drafted** 39:20
**drafting** 112:7,9,11,
14,20,22 113:5,6,
19,21 114:18
**draw** 134:19
**drawing** 132:2
**drive** 9:5,7
**due** 47:6 48:10 63:15
83:14,18 96:9,17,
19 97:19 110:14
115:21 132:20
133:11 135:5
**dues** 22:16,19 23:2
29:3,4,6,9,11,16,
18,21 30:4 33:10,
12,17
**duly** 7:18
**during** 14:11 48:21
112:20,22
**duties** 12:12,14 13:3,

4

---

## E

**each** 9:4 13:15 35:18,
20 75:7 76:2 91:1
94:13,21 95:19,21
96:4,5,12 97:8,11
99:13 100:19
102:20 108:12
111:9 114:3 121:5
**earlier** 62:7 64:13
**early** 112:16
**ease** 36:3,20
**easily** 32:16
**eBay** 64:17
**ecosystem** 14:6 87:20
105:21
**editorial** 26:20
27:16 38:20 39:1,
12,19 40:7,13,19
41:6,13,18 44:12,
20 45:14 46:18
48:11 50:4 54:5
56:14 58:18,21
62:20 66:7 69:3,19
75:4 77:2 80:12
81:4,5,8 83:15,18
84:4 88:17 91:3
98:20 102:11
103:16 117:2 118:2,
21 119:2,18 120:21
124:2 125:8 134:17
137:16 138:15
**editorials** 39:16
**education** 18:1,4
19:1
**effect** 62:19 94:14,
22 95:4 98:14
100:5,8 108:5,6,8,
11 110:7 114:22
115:3,7,13 116:18
124:8 125:10
126:13 128:6
138:16
**effective** 34:18
**effects** 128:10 137:8
**effectuated** 88:13
**effort** 69:3
**efforts** 56:13 87:20

**eight** 10:17
**either** 13:18 32:5
34:9 50:21 51:11
72:3 78:8 92:16
134:7 135:7
**Electronic** 88:2
**else** 16:8 42:16
45:20 78:4 113:3,
10
**email** 45:20,21,22
47:8 78:8
**emails** 46:4
**employee** 51:5,15
**employees** 11:7 19:12
20:12 47:19 49:13,
22 50:15,21 51:10
68:22 86:6
**empower** 118:22
**enable** 26:11
**enables** 26:2 53:17
**enabling** 116:21
**enacted** 19:8
**enactment** 40:8
**encompasses** 130:16
**end** 61:11 107:10
**Energy** 13:18
**enforce** 69:1
**enforcement** 14:7
66:19,20 67:21
68:1
**engage** 17:6 18:4
19:14 20:11,13
26:12 27:15 41:13,
18 44:12,20 45:2
46:17 47:21 48:11
50:3 51:5 56:14
58:21 62:20 66:6,
14 67:13,15 68:6
69:1 77:2 82:10,14
85:19 99:4 101:2,3
103:16 115:22
118:18 121:11
124:4 130:17 132:1,
7,16,19,19 134:2,
18 137:16 138:15
**engaged** 11:11 18:9
35:19 38:19 44:4,7,
17 46:5
**engagement** 17:22
67:7

engagements 11:12
engages 19:2 34:16
    131:2
engaging 20:2 45:14
    88:2,11
engine 32:17
enough 9:6,14 58:10
ensure 25:4 85:18
    123:3
entail 11:5
entails 11:6
enter 72:18 77:5
enterprise 12:22
    13:5 17:19 21:12
    22:22 23:8 25:19,
    22 26:4,14 33:18
entire 105:13
entirety 127:19,22
entities 24:12
entry 86:14
epithets 124:14
equally 79:17,21
    80:21
essentially 101:21
    105:8 118:13
estimated 98:4,6,10
    99:13 106:15
Etsy 64:17
even 49:12 133:16
events 20:14 26:12
ever 8:7 14:20 93:11
every 9:10 55:4
    62:17 75:19 80:6
    114:9 130:11,22
    131:1
everything 102:14
exact 15:13 29:8
    66:13 68:4 96:3
exactly 11:15 15:8
    21:7 57:6
example 26:17,19
    27:1,5 28:13 31:17
    32:2 76:10 83:17
    98:3 101:14 115:19
    116:6,9 120:6
    125:11,13,19,22
    126:19,20 129:16
examples 90:17 103:7
    133:10
except 50:12

exceptionally 101:4
exclusively 27:7
    69:6,9
Exhibit 36:4,6,19
    37:16 112:6,10,12,
    21 113:1 137:21
    138:2
existence 24:16
    52:13 138:9
existing 98:19
expect 9:21
Expedia 64:17
expend 123:2
expended 19:21
expenses 108:18
experience 52:7
    97:16
explain 68:14 79:20
    125:7
explains 132:17
explicitly 116:10
exposed 57:17
exposés 93:9
express 62:15 68:8
    118:2 119:13
    138:15
expressing 18:17
expression 12:21
    13:5 17:18 21:11
    22:22 23:7 25:18,
    22 26:3,14 33:18
    58:21
expressly 76:18
    129:20
extensive 91:18
extent 24:7,11,16
    29:19 109:8 117:12
    128:16,18,21
external 73:14
extrapolates 91:17

F

face 115:13
Facebook 21:2,3 64:2
    65:2,5,8 76:10,11,
    12,12,13 77:3,6,8,
    9,14,19,22 78:2,6,
    13 79:3,10,13,18
    80:3,11,18,20 81:2,

    10,13 82:1,10,17
    83:3,5,11,15 84:5,
    11,21 85:1,7,17
    86:2,5,6,7,8,14,18
    87:1,2 88:9 97:15
    101:14,16 102:2,6,
    10,14,17 103:2
    106:1,14
Facebook's 78:18,19
    83:13,18,20 84:2,7,
    19
faced 116:12 125:9
fact 106:20 128:22
facts 40:17 41:1
factual 128:21
Failure 77:18
Fair 9:6,14 10:2
    57:15,20 58:10,12,
    14 114:22 122:9
    133:15
Fairness 27:8
fall 27:2 64:11
    110:17,20
familiar 52:11,13
    67:10 87:9 88:22
    89:2
familiarity 87:14,16,
    18
fault 27:9
federal 16:14
Federation 105:5,8,
    15 106:2,8,13
feed 101:22 102:3,4
    103:6
feeds 102:12
Feel 36:11 52:1
few 13:1
figure 96:14 97:20
filed 6:16 18:11
    38:21
filing 138:12 139:9
financial 95:12 96:7
financially 43:7
    106:8
find 41:15
fine 28:3 37:5 49:19
finish 9:3,11
firm 7:1 11:22 12:2,
    3
first 7:18 26:22

38:1 41:14 46:19
48:12 50:2,5 54:11
56:16 58:22 61:7
77:14 78:3 81:9
87:8 110:18 119:20
130:15
**firsthand** 84:17
**fit** 41:19
**Florida** 15:19,20
16:1,6,9,11,19
30:15 31:4
**Fluid** 64:17
**flying** 20:12
**focus** 81:21
**focused** 40:5
**follow** 36:21
**follows** 7:18
**forced** 95:6 122:2,11
124:6,13 125:17
129:2
**forcing** 118:17 129:8
**foreign** 83:6
**Form** 17:9 19:11 21:8,
18 22:13,18 23:3,
17 24:4 25:15 26:8
27:12 28:18 31:6
32:7 33:6,15 34:2
35:7,13 38:10 39:9
40:20 44:3,16 45:2,
11,18,21 46:3
47:13,20 48:5,17
51:2 52:19 53:6,14
54:3,12,20 55:8
56:1,11,21 57:10,
19 58:17 59:9 60:2,
10,18 63:1,8 64:14
66:5 67:5 68:20
69:16 70:15 71:6,
14 72:13 73:8 75:9
79:19 80:10 82:9
83:1,4 84:1,16
85:2,11 86:4 87:17
89:13 90:10,21
91:15 92:7,22 93:8
94:15 95:3 96:2,16
97:10 98:8,15
99:11 100:21
101:10 103:3 104:8
106:3,17 107:2
108:16 109:16

110:8 112:1 115:17
118:9,16 119:9
120:2 121:8 122:18
123:11 125:12
127:11 128:2 131:8
133:8,21 134:13
135:3,15 136:3,19
137:10,22 138:6
139:14
**formed** 138:12
**forms** 95:9
**four** 11:16 81:20
**frame** 14:12
**fraud** 85:19
**fraudulent** 86:19
**free** 12:21,22 13:5
13:5 17:18,19
21:11 21:11 22:22
22:22 23:7 23:7
25:18 25:18,22,22
26:3 26:3,13,14
33:18 33:18 36:11
52:1
**from** 7:1 19:15 22:19,
20 23:10,13 45:14
49:12 50:19 53:4
56:10 57:15 58:22
60:9,12,12 62:3
67:3 85:20 92:15
93:12 96:8 97:16,
21 105:14 115:20
118:11 119:22
139:11
**front** 13:8 14:15
15:18
**fully** 138:12
**function** 55:21 56:3
78:22
**functions** 55:20
**fund** 28:16 43:4,7
111:15,17
**funding** 22:11 25:17,
21 26:11
**funds** 106:1
**further** 133:10
**future** 91:20 96:9
97:22 98:1

---

**G**

---

**Gab** 52:8 55:2,3,4,7,
14 56:7,9,12,20
57:15,16,17 58:8,
13,15,19 59:6,7,22
60:5,9,16
**Gab's** 60:12
**gain** 76:8 78:17 79:3,
8
**gaining** 86:14 97:22
**gave** 56:6 64:4 65:9
90:17 129:16
**Gene** 7:1
**general** 10:12 11:2
12:10
**generally** 52:12 55:3
**generated** 68:18
80:20 81:1
**generating** 80:9 82:5
**get** 68:12 83:21
111:14,16 122:15
125:15
**gets** 100:19
**getting** 111:12
123:19
**give** 26:17 27:1 37:3
77:10 96:3 97:8,11
120:6 130:13
**given** 8:19 25:1
26:22 43:16 45:6
47:3 48:12 50:4
115:8 140:2
**giving** 64:7 116:6
**global** 105:16
**goal** 83:14
**goals** 19:2,22 20:1
34:11
**God** 59:18
**goes** 82:1 100:10
115:2,7,13 116:17
**going** 36:3 37:6 47:1
59:2 61:9 62:19
92:12 97:7,9
102:13 103:20
107:8 121:18
124:20 125:1 126:1
128:6 133:19 135:1
136:22 137:3
**Good** 6:12 7:22 52:3
61:6 61:6 139:21
**Google** 52:22 53:4,12

54:1,4,14 56:10,13,
19 57:5,7,9,14,17
58:19 59:6,11,12
60:4 64:2,18 97:15
106:7,14
**Google's** 56:13 58:12
59:8,21,22
**government** 14:7 38:6
**granted** 81:20
**greater** 116:11
**group** 43:2,8
**groups** 42:7,11,14,20
43:3 111:15,17
**guarantee** 49:9
**guaranteed** 41:13
81:8 119:20
**guess** 27:22 55:12
71:20 78:21
**guidelines** 69:18
72:15 74:17 75:3
76:22 77:1 79:6,15,
17 81:2,14 82:7,13,
15,17,20 83:21
84:3,13,19 86:8,12
88:8 90:15 98:20
99:5

**H**

**half** 87:7
**halfway** 85:3
**hand** 36:3 37:20
**handed** 37:15
**happening** 108:12
**happens** 16:2
**happy** 8:10
**harm** 94:6,8 95:11,20,
22 96:6 97:21
105:19,20 115:18
116:7,9,11 121:10
126:5,6 132:16,18
133:10 137:14
138:14
**harmed** 94:14,22
95:20 134:15 135:5
136:6
**harmful** 121:14 122:2,
8,11,17 123:3,9,13
124:6,13 125:18,21
126:12 129:8 130:8

**harms** 115:2,6,12,15
116:15,19 117:4,9
119:11,12,22
**Harrold** 12:3
**Has** 30:22 34:7,22
57:5,7,9 58:19
59:6 75:20 78:12
79:11 80:3 85:9
87:1,2 93:11,15
98:6,10 100:3,6
109:4 131:1 137:12
138:12
**hasn't** 128:8
**hate** 95:7
**hate-speech** 116:22
**haven't** 43:11
**having** 7:17 11:8
63:22 98:7 125:21
129:18
**HB20** 38:8,13,16,20,
22 39:13 41:6,8,22
42:7,8,14,21,21
43:2,4,5,8,9,12,22
44:5,11,19 45:4,7,
10,13 46:14,17,22
47:6,11 48:3,9,16,
21 49:5,8,10,14
50:1 51:1,6,12
62:8,14,18 63:7,16,
21 64:3,9 93:22
94:14,22 95:4
96:18 97:13 98:7,
14 100:4,7 105:19
114:22 115:2,7,13
116:17 117:21
118:1,5 119:6
120:10,13,18 121:3,
9 122:21 123:9,12,
20 124:2,8,12
125:9 126:4,11,22
127:8,20 128:6,10,
12 129:22 131:5,12,
19 132:6,9,11,20
133:3,12,17 134:8,
22 135:7 136:12,17
137:8 138:16
**HB20's** 122:6 124:20,
22 126:1
**head** 13:20 14:10
39:18 41:4 42:3

**heard** 50:22
**hearing** 79:7
**hearsay** 49:17
**held** 6:19
**help** 35:6 39:22
40:17
**helpful** 74:12
**here** 38:4 55:12 62:9,
16 63:5,17 68:10
74:8 76:5 96:12
115:14 122:15
128:19 131:17
134:21 136:15
137:6,19 139:12
**he's** 128:19
**hide** 104:19
**higher** 32:17
**hire** 69:1 99:3 100:4,
7
**holocaust** 95:9
116:22 121:16
**HomeAway** 64:18
**horrible** 95:14
**host** 34:20 95:6,14
122:2,8,11,16
123:13 124:6,13
125:18,21 129:3,8
**hosted** 105:18
**hour** 9:10 99:14,15
**hours** 81:20 99:16
**House** 13:12,14,17
**however** 14:11 29:21
40:14 96:5 110:13
115:11 130:15
138:11
**Hughes** 50:12,19 51:6,
19
**Huh** 135:21
**Hulu** 21:5
**human** 19:11,20 85:8
86:3,9,17 99:4
100:12,13 120:20
129:6,19
**humans** 69:7
**hundreds** 96:8 97:4,
18

**I**

**ideas** 31:14

identification 36:7
identified 116:16
identify 19:6 19:6
  40:16 91:19 102:8
  104:16 111:5,7,9
  134:14
identities 24:12
I'll 24:19 36:9 85:6
  92:13 117:11 134:6
illegitimacy 85:14
Illinois 12:1
illustrative 125:4
I'm 7:2 8:10 9:17
  20:22 27:22 30:7
  31:2 36:3 38:21
  47:1 52:13 55:12
  59:2 71:3 72:21
  78:21 79:7 80:18
  81:21 89:2 90:18
  92:12 94:20 95:16
  97:5 102:13 103:20
  121:18 122:15
  125:6,15,20 128:8
  137:3 139:1
immediate 78:17
  96:10
immediately 85:9
  108:12
impact 11:10 19:8
  41:12,15 44:5,11,
  19 46:7,17 47:4
  48:10 62:19 88:17
  89:15 97:12 118:1,
  5 119:6 121:4
  121:4 126:1,21
  127:8,20 130:1
  132:6 133:18
  136:17 137:13
impacted 47:6 89:19
  127:6,13 130:5
  132:9,11 136:6
impacts 94:1,10
  118:7,14 126:11
  131:19 133:3
  136:13
impede 118:20
impedes 50:3
impending 11:9 99:22
implement 99:19
inability 115:20

116:3,14
include 12:14 13:6
  76:21 79:14 88:9
  96:5 97:15,20
  99:17,20 115:11
  120:20 130:6
  134:16 138:19
  139:5
included 115:10,16
  121:12,16 132:4
  138:2,5,10,20
  139:17
includes 79:5 88:15
  109:21
including 59:12
  90:13 95:7 122:12
  123:14 124:14
  125:5 129:9
income 22:12
increased 26:3,7,16,
  18,19 27:10,21
  28:3,6,11,13
incurred 115:19
independent 90:7
  91:12
individual 23:11
  24:12 83:16
individually 48:15,
  20 49:5
individuals 18:1
  20:2 113:4
inform 70:22 90:3
  92:9
information 24:7
  49:13 70:10 77:7,
  11 78:11,15 90:19
  91:10 92:15,19
  105:11 111:2,3,6,7
  138:1,4,7
informed 89:20
infrastructure
  99:18
in-house 113:1,9
initial 87:20
initiate 44:10
initiated 44:1,8
injunction 37:18
insane 9:5,8
insomuch 90:8 123:21
instead 36:21 37:21

40:5
instruct 24:6,19
  109:7 117:11
instruction 25:8
integrate 99:20
Integrity 7:2,5
intended 65:4
intent 83:19
interact 68:17 70:7
  129:18
interacts 72:2
interested 19:18
interesting 31:18
interests 66:9
internal 73:10
internet 12:22 17:19
  21:12 26:4 27:8
  39:3 50:6 87:19
interpret 31:14
interpreting 88:8
  128:11
intimate 87:14
intimately 87:9
  88:21 89:2
into 27:2 33:20,21
  62:19 68:12 72:18
  77:6 94:14,22 95:4
  98:14 100:4,7
  108:18 110:17,20
  114:22 115:2,7,13
  116:17 124:8
  125:10 137:2
introduce 7:6
investigates 92:18
investigation 90:8
  91:13 92:20
investigative 93:9
involved 89:10 108:3
  111:11,13
involves 12:15,19,20
  103:12
irrelevant 138:9
irreparable 95:11,20,
  22 96:6 97:21
  115:1,6,12,15,18
  116:7,9,11,15,19
  117:4,9 119:11,22
  121:10 126:5,6
  132:17,18 133:10
  137:14 138:14

**irreparably** 94:6,8,
  13,22 95:20 134:15
  135:5 136:6
**issue** 13:20 14:5
  16:2,7,16
**issues** 9:18 12:20,21
  14:6 15:5 16:18
  19:13 40:6 46:6
  89:15 112:2 113:15
**it'll** 100:18
**it's** 9:19 14:12
  31:13 53:21 60:5,
  15 66:2 72:3,5,7
  73:20 74:3 78:7
  118:13 136:21
  139:2
**its** 11:10 19:2 32:4
  33:3 34:11 34:11
  43:22 44:2,4,8,11,
  18 45:3,9 46:2,5,6,
  13,17 47:4,9,10,19
  48:10 53:4,13 54:2,
  5,5,6,7,19,22
  56:14,15 57:15
  58:18,20,22 59:7
  60:9,16,17 64:9
  68:19 73:1 76:4
  77:1,4,4 78:22
  80:11,12,13,14,20,
  21 81:2,3,4,4,7
  82:2,3,4,6 83:11,
  14,14 84:5,6,6,12,
  12,21 90:12 92:1
  95:10 95:10 102:10,
  11,19,21 103:16,17
  115:7 123:5 128:7
  130:7 131:2,12,12
  136:17 137:8
**itself** 24:15,17
  81:12 82:7 138:11
**I've** 9:12 10:3 13:12
  15:20 36:2 40:18
  92:13

### J

**James** 65:22
**job** 10:9,10 11:5
  11:5,6,18 12:10,12,
  14 13:3,4

**joining** 89:14
**journey** 89:17
**Judiciary** 13:19 14:4
**jump** 135:19
**June** 108:9
**just** 8:15 15:16 18:3,
  14 23:16 25:6,12
  28:6 30:1 32:15
  35:20 36:9,18,22
  39:12,19 41:6
  46:10 49:2 52:1,11
  55:20 56:6 65:6
  65:6,8 70:5 78:15
  84:10 86:11 90:17
  96:15 97:2 98:12
  99:9 99:9 102:18
  103:1 105:1 108:11
  116:3 117:9 123:18
  129:16 131:17
  133:2

### K

**keep** 35:11 134:6
**Ken** 6:15
**kicked** 93:16
**kind** 18:16 38:7
  86:21
**know** 11:15 21:5,21
  28:20 34:10 36:22
  38:2 39:10,15,16
  47:2 50:11,14,18,
  22 51:11,18,21
  52:2,16,22 53:3
  57:5,6,8,11 61:5
  66:2 69:8,12 73:22
  75:17 79:16 85:7
  87:4 95:6 97:4,16
  98:9 102:20 104:21
  105:1 106:5 108:7
  109:5,11 112:18
  115:15 117:1
  136:16
**knowledge** 15:17
  18:10 22:4,6,10
  30:21 35:15 36:1
  43:1,6,16 46:12
  47:12,16 51:5,15
  52:21 53:8 62:5,17
  68:5 75:6,11,15

76:6,7 78:8,14
  84:14,18 91:18
  93:15 94:12,20
  109:3,18 110:2
  113:12,15 114:15,
  19 128:21 130:22
  139:16
**known** 82:16 85:20
  86:18

### L

**labor** 99:4
**lack** 28:7 71:21
**landscape** 89:20 92:3
**large** 21:15
**last** 51:8 77:14 78:3
  93:21 124:11 125:3
  126:20 127:15,17
  129:3,14 136:1
**law** 11:22 12:2,3,5,6
  14:7 16:10,12
  18:17 19:16 27:13
  28:12 40:8 50:2
  62:19 108:14
  110:10,12 128:12
**lawful** 39:2 50:5
  95:7
**lawmaker** 49:10
**lawmakers** 17:22 18:2
  48:20 49:22 50:9,
  12,15,19
**laws** 109:19
**lawsuit** 30:9 31:4,5
  62:15,22
**lawsuits** 35:19
**lawyer** 128:19
**lead** 39:2
**leading** 105:16
**learning** 19:19
**least** 50:22 64:1
**left** 36:2 137:20
  138:18 139:4
**Legal** 7:2 7:2,5
  11:10,11 12:15
  17:22 19:16 63:11
  89:19 108:18,21
  109:9 110:14 128:5,
  15,18,20 131:11
  132:2 133:6,13

134:2,19 135:7
136:9 138:12
**legislation** 11:6,9
16:7 19:5,7,8
26:20 28:10,12
41:12 47:3
**legislative** 15:15
17:8 38:5,9,17
39:14 41:9 42:1,8
43:14 46:15 48:4
**legislator** 49:14
51:16
**legislators** 48:3,8,
15 49:4,8 51:1,12
**legislature** 14:21
15:1,19,21 16:2,7,
10,19,22 17:3
38:13 45:7 48:8,9
**legislatures** 14:14,
16,18
**legitimacy** 85:13,18
**length** 90:15
**less** 52:7 81:20
**lessening** 56:19
**let** 36:22 38:2 43:10
47:2 52:1 58:10
60:4 61:5 73:22
76:19 87:4 105:1,9
120:6
**Let's** 13:11 14:19
51:22 61:3 76:10
98:3 99:14 102:18
104:22 112:8 121:4
**level** 15:15
**like** 8:14 21:2 34:8
36:12,20 52:8 55:4,
13 85:19 90:13
103:14 113:7
120:16 137:1
**likely** 99:7 104:12,
17
**Likewise** 63:18 102:7
105:20
**Lime** 64:18
**limit** 58:10
**limited** 101:4 122:12
123:14 124:14
125:5 129:9 132:3
**link** 32:3
**list** 47:1 61:21 62:2,

4,5,9,12 63:5 65:3,
5,8 76:5 95:17
121:14,17 122:1,13
123:16 125:4,6,20
**listed** 63:16 64:11
67:16,19 68:3,6,10
96:13 121:17 123:4
125:7 126:12,19
**litigation** 28:16
30:12,14,15,18
31:1 109:1,4
**little** 25:12 40:14
53:21 58:11 64:4
70:4 72:21 75:22
80:16 85:6 107:19
120:5
**lobbying** 17:6,13
**located** 6:20
**log** 103:15 104:3
**logs** 103:9
**long** 10:14,16 11:13
**long-term** 93:22
94:10
**look** 36:9,11 37:15
52:1 61:4 120:16
**looked** 40:4
**looking** 52:7 54:16
99:15,16 111:20
**looks** 103:14 113:7
**lose** 119:13 138:14
**loss** 98:5 99:8
115:19 116:3,13
125:8
**losses** 95:12
**lost** 85:3 96:9,10
97:18,19,21
**lot** 42:18
**lots** 138:7
**Lyft** 64:18
**Lyles** 7:10

**M**

**made** 47:4 69:2 92:13
113:14
**main** 101:17,18
**maintain** 56:14
**major** 87:21
**make** 28:8 32:18
42:22 50:1 54:6

71:5 82:8 88:14
102:10,15 115:8
130:8 133:22 134:2
**makes** 105:17
**making** 124:12
**managing** 12:14
**mandated** 115:21
**manner** 67:14 121:11
**many** 13:22 14:17
46:4,16 47:4 50:14
57:5,6 59:11 63:16
68:21 78:20 95:9
103:5 105:13,21
**Marchese** 7:11
**marked** 36:4,6,18
37:15 112:6
**market** 29:12,14,15
106:14
**match** 119:2
**matter** 6:14 12:20
30:8 128:12,22
**may** 29:19 40:12
51:11 63:17 63:17
67:19,21 75:1 79:3
81:6 82:17 91:19
109:8 110:13
117:21
**maybe** 32:16 42:15
68:8 72:20 85:6
92:14 120:6,8
137:2
**mean** 17:12 18:19
31:7,10,22 32:9
44:8 54:10 65:2
68:14 70:20 72:1
74:21 93:6,16
108:1
**means** 74:22 129:1
**meant** 30:5 59:17
65:22 105:7 138:19
139:5
**measures** 38:15
**mechanisms** 67:21
68:1
**media** 13:7 16:10,12
31:19,21 32:13
52:8,14 55:7,10,13,
16,17,22 56:3,6,7
61:11,16 63:16
64:5,8,10,12,22

78:22 88:3 96:20
107:10,15
**medications** 10:5
**meet** 19:2,5,21 49:22
**meeting** 12:16 12:16,
17
**meetings** 20:13 44:14,
18 89:10
**member** 60:20 62:17
75:19 76:3 77:7,13
78:17 91:1 93:11,
20 96:4,5,18 97:7
97:7 105:19 109:4
111:9 115:21 131:1
**member-created**
92:19
**members** 11:9 12:17
12:17,21 22:21
23:21 24:2 26:21
27:14,18 28:21
29:5,7,8,10,12,14,
18,19,22 32:4,10,
14 33:3,4,10,12,13,
16,22 34:10,11,13,
19,21 35:1 39:2
41:11 43:22 44:2,5,
9,11,18 45:3,5,9,
13,22 46:2,5,6,14,
16,21 47:1,4,5,9,
10,19,22 48:10
50:3 52:16 61:22
62:3,8,9,11,12,14,
15,21 63:6,16,20
64:11 66:3,6,12,14
67:2,3,10,16,19
68:3,5,10,16,21
69:6,9,13,17 70:8,
12 71:1,11 72:10,
14,22 73:5,9,13,16
74:15 75:7,11,16,
17,18 76:5,8,8
77:16 87:10,15
88:12 89:1,3,8,15,
17,20 90:2,4,5,8,
13,19 91:7,9,11,11,
13,17 92:2,8,16,21
93:4 94:2,8,11,13,
21 95:6,17,19
96:13 97:14 101:7
102:19,21 103:5

105:13,21 106:21
108:13,19 109:5,13,
18 110:2,4,11,13,
17,19 111:21 112:3
114:21 115:2,7,12,
22 116:12,17 117:3,
20 118:2,5,18,22
119:3,6,12 120:10,
14,18 121:6,11
122:2,7,11,16
123:2,10,13,21
124:3,5,12,21
125:1,9,17 126:2,5,
13 127:3,5,8,13,21
129:4,5 130:1,4,10,
11,17,20 131:1,5,
19 132:6,9,10,16,
18 133:3,11,18
134:8,15,22 135:5
136:5,13,17 137:9,
14 138:13
**member's** 76:2 97:8,
12 100:10
**membership** 12:18
22:16,19 23:2 29:3,
4,6,9,11,16,18,20,
21 33:4,20 34:9
93:12 103:5
**mens** 137:1
**mention** 65:2,4 74:15
**mentioned** 15:16
46:10 55:2 91:6
**met** 73:16,17
**methods** 66:19,20
**might** 9:19 24:13
27:9 42:13 44:5
65:6 84:11 103:19
109:8 120:8
**million** 57:12,16
58:13 59:7,21
63:19 96:20 97:5
99:16
**millions** 96:9 97:18
123:3
**mind** 37:2 52:1
**missed** 65:6
**missing** 119:22
139:11
**mission** 22:22 25:18
33:17

**mistaken** 90:18
**mixture** 86:5
**model** 89:21 92:2
105:14
**models** 87:9,15 88:16,
21,22 89:3,7,9,18
90:3,9 91:14,18,19
92:10,21 93:4 94:9
**moderate** 66:3,13
68:12,18 71:2 72:4,
5 101:8,12 102:3,
22 118:15 120:9
122:7 124:21 125:2
127:7 131:20 133:4
134:9
**moderated** 52:7
100:19
**moderating** 72:7 82:3,
6
**moderation** 66:7,15,
17,18 67:7,11,13,
14,15,18,20,22
68:4,7 69:2,18
70:13 71:13 72:12,
16 73:2,7,11,15,18
80:2 82:4,11,14
101:1,2,3,5 116:1
117:2,20 118:6,19
119:7 120:14,16,19
121:5,10 123:22
124:4 126:2,7,21
127:9,14,21 129:7
130:1,5 131:5
132:7,10,20 133:11,
18 134:16 135:1,6
136:7,13,18 137:15
**modification** 126:7
**modifies** 123:20
124:2
**modify** 104:6 108:13
120:15
**moment** 36:5 120:1
133:2
**money** 22:3
**mongers** 116:22
**monthly** 63:19
**months** 10:17
**Moody** 16:14 30:14,18
**more** 19:19 25:10
32:16 42:22 57:11

70:4 71:5,15 81:19
83:10 88:10 92:14
106:15 121:15
134:7,21 136:15,16
**most** 34:18 81:17
88:11 103:19
104:12,17
**motion** 37:18 88:4
**moving** 28:11
**much** 9:4 20:1 37:3
81:21 99:10 106:21
121:15 138:1,4
**must** 63:18 76:18
**mutilation** 95:8
**myriad** 11:12 76:13
119:11
**myself** 138:21 139:9

## N

**name** 7:1 8:1,3 40:16
51:8 77:14,17 78:4
**names** 50:8
**naming** 18:17
**nations** 83:6
**Nazi** 95:8 124:14
**necessarily** 20:5
34:7 115:10
**necessary** 18:1 99:19
**need** 9:9,10,17 38:2
56:2 61:4 68:11
99:20 100:7 111:8
112:18 122:13
123:16 124:16
129:12 135:12
136:11,14
**needs** 37:4
**neither** 121:16
**Neo-Nazis** 116:22
**NetChoice** 6:15,20
10:13,18,21 11:7,8,
14,19,20 12:11,15
13:2 16:13 17:6,16,
17,18 19:2,12,15
20:1,12 21:4,11
22:9,11,15,18,20,
20 26:17 27:3,11,
17 28:1,17 29:3
30:10,13,19,22
31:3,12,16 32:4,14,

20 33:14,22 34:1,
10,12,16,17,21,22
35:11,18,22 38:9,
12,16,19,21,22
39:1,7 41:8,21
42:6,14,20 43:1,3,
6,12,22 44:2,4,8,
10,17 45:2,5,9,12,
13 46:1,5,5,13,16
47:4,5,10,18 48:3,
7,14,19 49:3,4,9,
13,21 51:15 60:21
62:11,21 63:6
68:22 69:15,17
70:9,11,14 71:9,13
72:11,14,15 73:3,7,
9,15,16,17 74:15
75:11,19 76:7
84:22 87:1,3 88:10,
11 89:9,12,14,17
90:4,7,11 91:1,9,
12,12,16 92:1,6,8,
9,17,18,19 93:2,4,
11,12,15 95:6
100:3,6,10 103:5
103:5 105:13,21
108:3,19 109:3,18
110:2,11,13 111:9,
11,13,15,17 113:1,
2,9,10 114:2,7
115:6,22 116:12
117:3 118:1,17,22
119:3,12 120:18
121:11 122:2,10,16
123:2,12 124:3,5,
12 125:9 126:5,13
127:3,8,13,21
129:4,5 130:9,11,
17,20 131:1 131:1
132:16,18 133:11
134:15 135:5 136:5
137:14 138:12,13
139:9
**NetChoice's** 19:21
32:5 33:2,4,10,12,
16,21 46:21 52:16
56:18 57:1 60:15
61:22 70:8 71:11
72:10,22 73:5,13
75:7 89:8 90:2

92:16 94:1,13
101:7 102:21
108:13 110:4
111:21 116:17
118:5 119:6 121:6
123:8,21 125:17
126:2 127:5 128:20
131:19 133:3,18
137:9
**never** 93:15
**new** 86:18 99:5,6
118:20 129:7
**news** 101:22 102:3,4,
12 103:6
**newspaper** 40:22
**next** 55:2
**Nextdoor** 64:18
**non-disclosure**
24:13,14,17 25:1
**non-exclusive**
121:13,17
**non-responsive** 59:3
70:2 102:14 103:21
121:19 132:22
135:10 137:4
**nor** 96:20
**Northwest** 6:20
**nothing** 56:19 137:11
139:11,16,19
**noticed** 13:1
**November** 6:21
**now** 8:21 16:14 37:14
86:21 99:16 102:18
108:5 117:7 127:4
131:14
**now-completed** 31:1
**Number** 6:18 57:8
61:11,17 78:9 96:7
97:5 107:10,16

## O

**Oath** 64:18
**Object** 34:2 34:2
35:7 35:7 52:19
59:2 80:10 102:13
103:20 121:18
137:3
**Objection** 17:9,10
18:7 20:9,17 21:8,

18,19 22:13 22:13
23:3,4,17,18 24:4,
5 25:7,15,16 26:8,
9 27:12 28:18,19
31:6 32:7,8 33:6,
15 35:13,14 38:10,
11 39:9 40:2,20
41:10 42:2,9 43:14
44:3,16 45:11 46:3
47:13,20 48:5,6,17,
18 51:2,3 53:6,14
54:3,12,20 55:8
56:1,11,21,22
57:10,19 58:3,17
59:9 60:2,10,18,19
63:1,8,10 64:14
66:5 67:5 68:20
69:16 70:1,15 71:6,
14 72:13 73:8 75:9
79:19 82:9 83:1,4
84:1,16 85:2,11,16
86:4 87:17 89:13
90:10,21 91:15
92:7,22 93:13
94:15 95:3 96:2,16
97:10 98:8,15
99:11 100:21
101:10 103:3 104:8
106:3,4,17 107:2
108:15,16 109:15,
16,22 110:8,9,22
112:1 115:17 118:9,
16 119:9 120:2
121:8 122:18,22
123:11 125:12
127:11 128:2,4
131:8 132:21 133:8,
21 134:13 135:3,9,
15 136:3,19 137:10,
22 138:6 139:14
**objections** 23:12
26:1 32:19 38:18
49:6,15,20 50:10
51:13 106:9
**obligated** 33:22
34:19
**occasion** 32:21
**occasionally** 19:17
**occur** 122:21
**October** 8:5

**off** 13:20 14:10 37:3,
6,9 39:18 41:4
42:3 61:9 107:8
140:1,4
**offensive** 95:10
97:17 98:18 121:14
122:3,8,11,17
123:4,9,13 124:6,
13 125:18,22
126:12 129:8 130:9
**offer** 102:21
**offered** 29:21
**OfferUp** 64:19 103:7
**often** 97:22
**oftentimes** 96:7
**often-vague** 128:11
**once** 13:17 14:3
68:17 78:15 79:2,7
85:9 95:21 108:11
**one** 9:2,10 15:5,16
16:13 19:15 25:10
31:16 34:16 35:17
39:12,20 43:21
54:11 55:2 67:3
75:7 76:11 77:12
77:12 92:13 94:13,
21 95:18 95:18,19,
21 96:12 97:17
100:10 101:17,18
102:20 108:13
110:20 113:10
114:3,9 115:18
116:19 120:13
121:5 122:5 123:18,
20 124:19 125:11,
13,18,22 126:4,20
129:16 130:4,11
**one-pagers** 19:16
**ones** 71:3 114:7
**ongoing** 16:14
**online** 14:5 14:5
55:19 88:5
**only** 41:15 50:2 51:5,
15 58:6 113:4
124:22 126:3
**onto** 50:6 103:9
104:3
**op-ed** 18:11 38:22
39:5,7
**open** 74:15,20

**operate** 73:18
**operates** 34:12
**operating** 53:15
**opinion** 106:22
**opinions** 119:2
**opponents** 19:5
**oppose** 43:2,5,8
**opposed** 42:11,14,20
43:8
**opposing** 43:4
**opposition** 38:13
41:5 42:6,7,15,21
45:7 48:9,21 62:15
**order** 19:2,21 20:3
24:9 32:15 43:4
55:22 68:18 69:10
70:21,22 71:2 72:2
76:17 85:13 92:20
98:14
**ordinary** 28:6
**original** 19:14
123:19 125:15
126:15 132:14
**other** 9:4 11:12
15:14 16:4,18
18:22 19:1,20,20
20:16 21:3 22:18,
19 23:1,2 30:8,12,
18 31:4,11 34:16
35:18,21 36:12
38:15 39:16 41:3,5,
7,21 43:10 44:15
45:8 47:8,10,18
48:2,14 49:2,3,8
51:10 73:1 75:1
78:3,11 91:10
92:14,18 95:9
99:18 110:6 111:15,
17 116:13,15 117:4,
14 121:3 126:11
127:7,12 129:22
131:4,18,20 133:3,
16 134:11,14 135:4
136:5
**other's** 35:20
**others** 81:7
**ourselves** 89:18
**out** 93:16 99:13
116:20 122:15
126:14 129:13

137:20 138:18
139:4
**outlines** 132:15
**outlining** 38:20,22
**outreaches** 47:5
**outside** 20:19 24:8,
18 25:2 35:18
53:18 92:20 113:2,
10 114:16
**over** 8:10,15,17 9:4
10:15 15:15 25:12
36:9 44:12,20
51:20 52:1 61:4
87:19 123:17
124:17
**overall** 70:5 115:3
**own** 53:17 64:4 92:1
128:9

**P**

**p.m** 6:22 37:8,12
61:12,18 107:11,17
140:1,4
**page** 74:3,6,8 104:5
**pages** 73:21
**pagination** 74:10
**paid** 21:1
**papers** 19:15 93:10
**paragraph** 38:1,4
51:22 52:6 61:3,20,
21 62:2 63:5 64:11
65:22 67:17,19
68:3,6,11 73:20
74:4,14 87:4,8
93:21 95:18 104:22
105:4,7,12 121:13,
17,21 123:4 124:11
125:4 126:20
127:15,18 128:15
129:4,14
**Parler** 52:8,11,14,17,
21 53:4,8,13 54:2,
5,13,19,22 55:4,14
56:20
**part** 13:3,4 26:11
33:20 34:16 38:21
48:20 54:5 56:13
58:18,20 65:8
72:16 77:15,17,21

81:7 84:4 90:5,6
91:2 102:12 106:14
110:6 115:3 116:11
118:20
**particular** 81:16,17
**particularly** 35:9
**parties** 93:3,10
**partner** 31:3,8,12,15
35:18,22
**parts** 20:12 76:17
137:2
**Pass** 139:18
**passage** 50:1
**passed** 41:8 43:13
**passing** 17:8 38:8,17
39:13 41:22 42:8
**password** 78:10
**past** 8:14 31:1
**Paxton** 6:15
**pay** 21:4 29:8,17
32:4,9,13,21 33:10,
12,16 34:13 39:7
42:6,10,15,20 43:2,
3
**paying** 32:14
**PayPal** 64:19
**PCs** 58:7
**people** 52:14 55:18
69:1 75:1
**per** 99:15
**percent** 49:9 106:15
**perhaps** 42:14
**Permanent** 27:8 96:6
**permanently** 41:14
**permit** 75:7 101:7
**person** 44:14
**personal** 75:6,10
77:7,10 84:13
94:12,20 113:15
**personally** 76:2
114:3,14
**pertinent** 40:9 40:9
138:8
**phone** 44:17 46:9
47:8 78:9
**phrase** 27:21 94:5
**Picture** 88:4
**piece** 28:10,12 80:7
**pile** 36:12
**Pinterest** 64:19

**place** 14:9 44:14
46:1 55:18 62:14
79:11 95:22 99:2
100:12
**Plaintiff** 7:12 30:8,
11
**plaintiffs** 7:8 37:17
**plat** 106:20
**platform** 32:14 52:14
55:7,10,16,17,22,
22 56:3,6,7 57:18
58:4,5 59:8,11,15
64:5,8,10,12,22
68:19 75:21 76:4
78:18,19 100:16,20
**platforms** 21:4 32:6
34:1,14 35:12
46:11 52:8 55:13
57:15 68:13 75:8,
12,18 77:2 88:3,5
100:10,22 123:10
130:10
**play** 33:3
**please** 7:6,14 8:2,17
9:18 33:8 70:18
78:20 79:21 117:14
126:15 129:1,12,12
130:14 135:13,17
139:6,22
**pleased** 9:18
**point** 52:5 61:7 74:3
105:9 131:9
**pointing** 87:7
**policies** 67:17,20,22
68:4 71:2 73:18
79:10,13 80:2,6
82:4 83:13 111:9
118:6 119:8 122:6
**policy** 11:4,13,17,20
76:16 88:8 89:19
**political** 83:19
**politician** 83:18
**posed** 10:3
**position** 10:14 56:18
60:15 93:9 123:8
**positions** 128:20
**possible** 9:4 31:10
40:17 115:9
**possibly** 78:9
**post** 13:1 52:15 55:5,

18

posted 32:1 103:12
  123:10
posting 115:20
potential 19:6 76:12
potentially 47:6
  86:17 131:10
power 29:13,15
  131:14
practice 88:7
practices 90:12
  108:14 117:20
  118:19 119:7
  120:14,19 121:5
  123:20 126:2,8,21
  127:9,14,21 129:7
  130:2,5 131:6
  133:19 135:1
  136:13
preliminary 37:18
preparation 24:22
presence 105:17
present 56:10 99:22
  103:18 130:9
presented 76:15
preserve 25:7
president 10:12 11:2,
  8
presume 93:16
prevent 45:13 86:19
previously 10:22
  11:1 43:15 59:10
  133:9
primarily 22:21 40:5
primary 55:21 56:3
printing 19:17
prior 11:17,19 25:3
  87:21 95:5 97:16
  108:12 111:2
  118:11
privacy 17:3,7 18:6,
  12,18 76:16 79:13
  88:8 111:8
private 57:2 58:20
  88:7
pro 34:4,8
procedures 101:1
process 17:8 38:9,17
  39:14 41:9 42:1,8
  43:13 46:15 48:4

76:3 77:15,21
  100:11 101:2,4,5
produced 113:18,20
  114:4,7,14,17
  138:13
production 39:2
products 103:18
  104:12,17,19
programmer 72:1
  87:22
programmers 99:13,17
  100:4,7 129:19
programming 73:11
programs 88:13
projects 23:6
promise 123:17
  124:16
promote 22:21 25:18,
  21 26:13 32:5,15
  39:7 69:3 81:3,6,
  15 83:19
promoted 31:16
promotes 17:18
promoting 21:10 23:7
  33:18 35:20 66:8,
  16 77:3 83:14
promotion 81:10
propaganda 95:9
proponents 19:5
proprietary 115:22
protected 24:18
Protection 18:20
  107:20 108:1
protections 27:14
  46:20 56:16
provide 22:7,8 23:15
  43:7 70:21 77:8,14,
  17,20 78:1,12
  87:10 89:11 90:5
  92:16,17 104:11
  111:6 115:5 116:7
  133:5 135:2,13
  136:4,12
provided 15:14 17:2
  32:3 45:5 71:8,11
  78:16
providing 78:3
  124:19 134:9,11
  136:18
provisions 124:7,20

125:1 126:1 128:7,
  11
public 21:15 74:16,
  21 75:7,17 76:3,8
  77:8,13,16 78:17
publication 13:6
  31:18,20 82:12
publicly 40:21 111:8
publish 35:1 82:18
published 18:11
  38:22 39:5,13,17
  40:8,22
publishing 38:20
  41:6
purpose 86:15 111:16
  132:3 134:4
purposes 9:1 26:12
  36:19 40:3,4
  111:18 131:14
pursuant 82:3
pursuing 88:4
pursuit 23:6
put 9:12 102:6
Putting 64:9

---

Q

qualify 42:17
question 9:3,12,16,
  19 10:3 15:6 20:7
  24:20 28:21 33:8
  40:14 42:11 54:16
  59:5,6 63:3 68:2
  70:4,16 72:20
  81:21 82:1 85:4
  91:22 92:12 118:11,
  14 123:19 125:16
  126:9,15,16 128:17,
  22 130:19 132:14
  135:17 136:1,20,22
  137:1
questions 10:1 25:5
question's 53:21
  75:22 80:16 120:5
quick 107:6
quickly 36:3
quid 34:4,8
quite 13:1
quo 34:5,8
quote 106:13

## R

racial 124:14
radio 13:7
raise 31:19
raised 62:18
range 96:8
rarely 29:20
rea 137:1
reach 21:16 22:1
    131:11 133:6,12
    136:8
read 38:2 122:13
    123:16 124:16
    126:14,18 129:13
    135:13,16 136:2
Readme 73:1
ready 38:3 52:2,4
    73:22 87:5 105:2
real 77:17
really 59:18 75:14
    122:15 123:16
reason 117:8
reasoning 133:17
reasons 97:3 133:20
    134:10 136:12
recall 13:19 14:10
    15:3,6,10,13 16:20
    17:1,5 18:9 35:4,6
    39:6,21 40:1,17
    41:1 112:15,17
receive 22:11,18
    23:5
receives 22:15,20
    29:4
recess 61:13 107:12
recognition 97:21
recognize 72:3,4
record 8:2 25:7
    35:11 37:3,7,9,11
    61:10,15 107:9,14
    140:1,4
recorded 46:11
referred 121:22
    138:4
referring 62:12 94:5
    113:22
reflect 113:15
reflected 124:3

regard 46:18 67:7,11,
    12 88:16 137:13
regarding 40:13
    46:22 47:11 48:15
    49:14 62:8 67:17
Regardless 29:12,14
    80:8,22 82:21
regards 40:18 45:3,
    10 46:14 119:7
    137:8
regularly 78:7 89:20
    90:11 91:16 92:1
    93:2
regulations 109:19
rejected 34:22 35:2
relate 123:21
related 70:13 71:12
    72:11 73:2,6,14
relates 126:9
relation 18:5 38:8,
    16 39:13 41:8,22
    42:7,21 43:12
releases 31:18
relied 114:17
rely 87:10 105:21
remain 29:22
remember 15:4,9
    43:20 64:6,7
    107:19 112:13
removal 48:10
remove 81:13
removed 62:3 93:17
repeal 111:22
repealing 111:18
repeat 70:17
repelling 94:9
rephrase 9:17 26:10
    60:4 76:19 137:1
report 89:12
reporter 7:4,14 9:2,
    7 36:20 37:21
    135:12
reporters 12:19
reporting 93:9
reports 90:14 91:5,6,
    8
represent 53:11
    57:14 58:13
representative
    74:16

Representatives
    13:13,15,18
represents 139:8
reprogrammed 98:17
reprogramming 99:2,4
reputation 94:11
reputations 94:2
request 22:5
requested 126:16
requests 85:20 102:6
require 90:4 115:8
    122:8 123:12
    131:10 132:1 133:6,
    12 134:1,18 135:7
    136:8,21
required 33:22 77:16,
    20 78:1 90:2 95:13
    99:3 105:18 110:14
    120:19 129:6 135:6
requirement 96:20
requirements 131:12
requires 110:10
    123:9
requisite 99:18
residents 110:11
resources 19:4,9,10,
    21 20:3,16 31:13
respect 27:16 98:12,
    16
respond 136:14
response 114:7
responsive 135:14
restricting 24:9
result 34:20 95:13
    99:7 99:7 105:19
    110:6 122:21
results 104:11
    105:14
retain 20:19 99:12
revenue 22:19,20
    23:1,6,10,16 25:11
    28:15 96:10 96:10
    97:19 105:14,22
review 19:16 24:21
    25:3 37:4 47:1
    55:6,18 69:7,10
    85:8 86:3,9,17
    99:5 111:1,8 114:3,
    14 120:20
reviewed 40:13

100:13 114:5,6,6,9,
11
reviewers 129:6
reviewing 37:1 90:13
reviews 90:11 91:1,
16 92:1 93:2
Rice 87:21
rid 111:12,14,16
right 8:21 16:14
27:15 29:13,18
33:14 58:20 61:22
65:9 79:11 80:4,18
90:20 105:5 108:5
113:11,16,19 117:6
120:1,11,17 122:1,
3 131:14 132:7
rights 26:20,22
58:22
robust 59:11
role 10:19,21 11:4
33:3
rules 8:11,15,17 9:2
Rumble 52:8 55:14
run 58:8

**S**

sad 14:12
said 18:18 43:21
54:9 63:22 65:11
86:12 97:4 108:3
128:9 129:18
sake 36:2
Sam 8:4
same 8:19 23:12 26:1
29:4,6,8,10,15,17,
22 30:2 30:2,4,5
32:19 38:18 42:9,
19 49:6,15,20
50:10 51:13 54:16
54:16 58:3 66:4,13
67:17,20 68:4
82:21 85:16 100:14
103:1 106:9 109:22
122:22
say 16:12 19:9 26:16
30:1 31:21 57:15
58:12,14 59:15
60:3,5 63:22 65:22
70:20 71:3,22

74:20 93:6 94:6
96:18 99:14 100:18
113:22 124:9
131:10 133:15
saying 27:10 30:2
101:11 107:22
124:7,22
says 52:6 55:12
65:14 87:8 106:13
122:1,4 124:5
school 12:5,7
science 87:21
Scope 17:10 18:7
20:6,9,17 21:19
22:14 23:4,18 24:5,
18 25:2,16 26:9
28:19 32:8 34:3
35:8,14 38:11 40:2,
9 41:10 42:2 43:14
48:6,18 51:3 56:22
60:19 93:13 106:4
108:15 109:15
110:9,22 132:2
134:3
scratch 108:4
screening 86:14
search 32:17 32:17
second 38:2 64:10
87:7 96:14 110:20
second-to-last 52:5
see 41:18 52:9,10
66:8 74:18,19
87:12,13 94:3,4
95:13 101:9 102:3,
4,22 103:10,11
104:4,14,20
Seeing 40:7
seeking 102:9
seeks 104:11
seem 40:9
seems 34:8
seen 28:5 32:16
sees 26:18 82:14
select 81:15
self-harm 95:8
sellers 103:12
Senate 13:13,22 14:3,
4,8
Senator 50:12,19
51:6,19

sense 28:8 32:18
42:22 82:8
sentence 52:6 87:8
93:22 124:10,11,19
125:3 126:20
127:15,18 128:14
129:3,14
separate 34:15
September 112:12,16
113:8
service 72:17,18
75:20 76:9,16,18,
21,22 77:18 78:4,
16 79:5,12,14,17
80:20 88:7 99:6
services 21:2 27:17
44:21 45:15 53:18
73:19 75:2,5 87:10
88:9 97:18 115:21
set 71:18
sets 71:12,16,22
72:1,5
several 73:17 75:11
91:9 92:14 97:3,5
share 84:21
shared 69:13,18 70:8,
10,13 72:10,15,22
73:5,10,13 87:1,2
137:17
sharing 19:18 31:13
31:13
shopping 103:11
104:4,5,5
should 114:22
show 102:7 103:17
shown 104:10
shows 138:13
sic 54:22
side 34:9
sideload 53:16
sign 72:18 75:2
77:15
signed 113:8
signing 77:8,21
similar 66:18,20
67:4,11,20,21 73:1
similarly 32:12
simply 40:16 92:17
134:11 136:14
Simultaneously

102:10 118:22
**since** 121:21
**single** 75:19 114:9
**sit** 96:12 115:14
  131:17 134:21
  136:15 137:6,19
  139:12
**site** 44:13 76:17,20
  79:3,4,8 80:8
  100:1 101:15,20
  102:8 102:8 103:14
  104:4,9,15,16,20
  123:5
**sites** 35:1 45:15
  46:19 75:4 105:19
  107:1
**sitting** 76:5
**six** 11:16
**size** 29:12,14
**skip** 8:14
**social** 16:10,12
  31:19,21 32:13
  52:8,14 55:7,10,13,
  15,17,22 56:3,6,7
  63:16 64:5,8,9,12,
  22 78:22 88:3
  96:20
**software** 73:2 88:2
**solely** 86:2 100:12,
  13 127:17
**solicit** 22:3
**Solutions** 7:2,5
**Some** 12:14 28:5
  29:19 44:15 45:15
  61:4 75:1 81:6
  89:12 101:1,3,4
  110:13 129:5
**somehow** 24:17
**someone** 78:12
**something** 26:17 27:1
  42:16 45:20
**sometimes** 20:11,19
  21:1 23:5 26:10
  66:17,18,19,20
  68:9 69:1 83:16
**somewhat** 103:1
**somewhere** 115:16
**soon** 99:22
**sorry** 12:16 19:15
  20:22 25:10 38:21

38:21 40:4 47:15
  72:21 74:11 76:18
  85:3 86:11 94:7
  114:6 118:10 129:5
  132:17
**sort** 19:9 23:15
  54:16 85:7 89:12
  90:7 96:14
**source** 70:12,17,20,
  21 71:3,9
**sources** 23:1 76:13
**space** 55:19 106:21
**spammers** 86:19
  116:21
**speak** 46:6,13,22
  48:3,15 49:4,7
  51:15 89:15 99:21
  112:19 113:3
**speaking** 12:19 67:6
**specialist** 7:3
**specific** 21:15 23:6
  25:21 70:4 71:15
  83:10 88:12 104:12
  115:15 116:15
  117:4 127:7 130:21
  131:18 134:11
**specifically** 10:16
  21:21 26:6 53:22
  86:13 116:20 118:4
  127:20 129:7
**specifics** 68:12
**specified** 86:21
**specify** 117:9
**speculate** 94:17 95:2
**speculation** 132:1
  134:2,19 135:8
**speculations** 115:9
**speculative** 131:10
  133:5,12,17 136:8
**speech** 95:7,10
**spell** 8:1 51:8
**spend** 19:4,11
**spent** 106:16 108:18
**spoke** 39:11 41:6,11
  43:22 45:12 46:16
  48:7,19 49:9,13
  50:15,22 62:18
  113:1,5,9
**spoken** 47:9 51:11
**stand** 8:20 89:4

139:22
**standards** 72:16
  80:21 81:15 82:13
  90:14,22 91:2
  98:20 117:2
**start** 13:11 14:19
  107:22 112:8 121:4
**started** 112:14 113:6
**starting** 87:20 94:7
**state** 8:1 14:14,15,
  17 16:10 27:5
  121:13
**state/federal** 17:21
**stated** 116:10 121:12
  129:20 130:2,6
  133:9,20 137:13
**statement** 57:21
  125:21
**statements** 13:6
  113:14 115:3
**States** 6:16 13:13
  83:7,11 110:6,21
  122:10
**status** 83:17
**statute** 47:7
**Steve** 51:6,16
**still** 27:3 66:2 74:4,
  14
**stop** 61:6 85:18
  86:18 115:20 116:4,
  14
**store** 52:17,21 53:1,
  5,9,13,19,22 54:2,
  5,7,14,19,22 56:10,
  13,15 58:14,16
  59:17 60:1,6,9,13,
  17
**Street** 6:20
**strike** 61:2
**structure** 53:19
**StubHub** 64:19
**studies** 90:12
**subdivision** 15:7
**subject** 16:13 70:11
  72:8 74:16 75:2
  79:4,9,12 138:21
**submit** 35:12
**submitted** 37:17
  114:12
**subsection** 74:4,14

subsidiary 64:1 77:1
   79:15
substance 69:14
substantially
   118:11
such 19:15,16 70:10
   72:8 96:5 111:2
   112:2 116:21
   121:15 121:15
   134:1 136:7
Sue 7:4
suffer 114:21 115:2
   116:17 132:18
   133:11 137:14
   138:14
suggestion 34:5
   49:16
suit 109:6
Suite 6:21
summarize 105:8,11
Support 7:2,5 22:21
   33:17 37:17 43:7
supposed 72:4,5
sure 8:16 30:7 54:6
   61:8 68:15 80:18
   85:6 107:7 112:8
surprised 53:3
swear 7:14
sworn 7:18
system 53:16
systems 88:13
Szabo 6:14 7:22 8:3
   20:8 36:6 37:3,14
   81:18 97:2 135:12
   140:3

---

T

tab 36:13,21 37:21
table 9:12
tablets 58:7
take 9:9,13 14:8
   38:16 44:14 46:1
   93:8 98:3 99:2
   106:15,21 107:6
   128:6 138:16
taken 6:14 8:7,9
   61:13 107:12
takes 95:22 99:15
   100:11 126:13

taking 127:4
talk 9:4 73:22 74:5
   87:5 121:21
talked 32:15 35:17
   43:11 78:15 96:15
   97:2 103:1 117:9
   119:21
talking 19:10 28:16
   30:16 38:4 61:20
   62:7,9 69:14 71:4
   86:13,22 97:6
   100:17 107:19
   110:18 125:6 127:5
talks 93:22 105:4
   132:5
target 21:22
Tax 27:8
taxation 15:6,8,15
taxes 27:6
team 12:15
technical 80:19
technological
   110:14
tell 9:18 25:10 28:4
   38:7 63:20 90:8
   95:19 96:1 136:11
   137:7,12
telling 54:11
ten 10:15,17
term 31:10 62:11
   80:19 130:15,16
terms 29:9 30:2
   72:17 74:16 75:20
   76:15,16,21,22
   77:17 78:4,16 79:5,
   9,12,14,16 80:20
   83:20 88:7 99:6
   136:17
testified 7:18 13:8,
   12,17 14:3,15,17,
   20,22 15:18,20
   16:1,4,6,9,16,18,
   21 38:12
testify 10:6 14:1
   15:2 128:19
testifying 8:20 41:5
   48:8
testimony 8:19 13:14
   14:8 15:14,22 17:2
   26:13 45:6 48:20

49:2 84:11 140:2
Texans 52:6
Texas 6:17 14:19,20,
   22 15:15 38:13
   45:6 48:3,7,9,15
   49:4,8,10,14,22
   50:22 51:11,16
text 47:19
than 15:15 19:20
   22:19 23:2 41:5
   47:8 49:2 57:12
   70:5 78:3 81:20
   83:6,16 88:10
   91:10 92:18 106:15
   110:5 116:13
   117:14 126:11
   131:20
Thank 8:6 18:14
   28:14 30:6 36:10
   37:22 65:19 74:7,9
   111:19 129:15
   135:18
Thanks 83:9
that's 14:12 16:14
   20:5 27:10 28:2
   30:15 37:5 49:19
   97:5 112:6 129:17
their 26:21 27:15,17
   32:6,13,14 34:1
   41:12,13,15,17,21
   43:4 44:11,13,19,
   21 45:14 46:17,19,
   19 48:10,11,20
   52:17 53:17 57:2,3
   62:20,22 66:3,7,8,
   9,10,14,15,16,16
   67:7,11,13 68:7,8,
   13,22 69:3,4 71:2,
   12 72:15,16 73:6,
   10,18 74:16 75:2,8,
   12 77:14,17,20
   78:2,3 79:4 81:14
   82:18 83:17 88:12,
   13,15,17,18 89:12,
   16,16,18,21 90:3,9
   91:2 92:2,9 94:8
   98:10,13,16 99:20
   102:3,4 104:2,3
   108:13 118:2 118:2
   119:7,13,16,19,19

120:15,21,21 121:1
121:1 121:1 123:6
130:21 134:16,17,
18 135:6 136:6
137:15 137:15,16
138:15
**themselves** 7:6 70:6
90:20 91:7 92:18
**then** 9:3,13 33:13
34:12 36:20 61:2
72:2 79:9 98:3
128:15
**there** 14:1 19:1
21:15 25:8 28:1,5
31:11 34:8 35:5,21
36:2 39:22 40:15
41:7 42:13 45:8
46:4,21 51:10 52:9,
10 56:18 59:11
74:4 75:16 76:4
89:10 93:22 106:12
114:13,16 115:14
117:8 118:6 121:3,
15 127:7,12 137:6,
11,19 138:18 139:4,
11,16
**there's** 28:2 34:9
100:11 120:7 138:1,
7
**these** 19:13 21:6,9,
16 33:4 34:15
44:14 50:15 51:18
62:8,13,14,21 63:3,
6,20 64:10 66:3,6
67:16 68:16 69:9,
13 71:1 76:22 77:2
89:7 92:21 93:8
97:17 106:20,21
117:9 120:10
123:10
**they're** 28:2,3 35:19
72:7 83:12
**things** 85:19 90:13
115:9
**think** 18:16 20:5
32:2 34:7,17 41:3
66:15 68:7 70:16
78:11 81:16 92:13
103:19 104:4 117:6
129:18 137:20

139:13,21
**thinking** 136:16
**third** 59:19 93:3,10
**third-party** 49:12
**those** 12:13 18:5
19:18 24:12,16,22
25:1 26:6 34:14
35:2 41:1 44:1
46:10 50:8 55:20
58:15 62:13 70:7
71:3 75:4 79:14,16
80:3,6 82:20 83:22
86:15,22 87:1,2
89:8 90:18 91:6
92:5 95:12,19
104:6 107:1,4
109:1,5 113:4
114:16 117:20
118:7 119:2 125:7
126:11 133:19
**thousands** 96:8
**threat** 26:18,19
27:10 28:7,10,11,
13
**threats** 26:3,7,16
27:17,22 28:3,5,6
118:20
**through** 17:8,22 18:1
21:2 38:8,17 39:14
41:9 42:1,8 43:13
53:18 76:13,14
85:4 86:2
**TikTok** 64:19
**time** 9:11 13:15
14:12 16:20 25:10,
14 37:3,8,12 39:17
46:22 59:19 61:4,
12,18 81:19 89:5
92:14 107:11,17
113:6 139:20
**times** 14:1 31:17
73:17 92:14
**title** 10:9,10 11:18
**titles** 12:13
**today** 8:19 10:5,7
76:5 96:12 115:14
131:18 134:21
136:15 137:6,12,17,
19 139:12
**today's** 140:2

**Todd** 7:7 37:2 63:10
128:4
**told** 19:3 49:2 100:3,
6 133:2
**took** 41:8,22 43:12
62:14 108:6,7,11
**top** 13:20 14:10
39:18 41:4 42:3
74:8
**top-down** 101:2
**topic** 13:15 86:14
**topics** 14:2 15:4
16:4 24:10
**towards** 23:7
**trade** 17:16 33:4,21
90:6 105:16
**train** 72:3,6
**training** 71:12,16,17,
22 72:5
**transcript** 36:7
**transparency** 90:13
91:5,6,8
**travel** 26:12
**TravelTech** 64:20
**treat** 83:5,6,11,16
110:5,11
**treated** 82:21
**treating** 82:2 110:18
**tried** 42:17
**Truck** 64:17
**true** 37:16 59:21
**truthfully** 10:6
**try** 9:3,9 35:1 92:12,
13
**trying** 19:4 21:16,22,
22 27:22 71:1
74:12 105:10,11
122:15 125:15
**turn** 38:1 95:16
**Turning** 93:21
**Turo** 64:20
**tweet** 32:1
**Twitter** 21:2,3 32:1
64:2,20 97:16 98:3,
6,9,12,21 99:3,10,
12 100:1,3,6
**Twitter's** 98:4
**two** 28:1 34:15 55:20
90:17 103:7 106:20,
21 113:4 117:9

136:21 137:2
**type** 71:1 82:15
  97:17 102:8 104:10
  126:21
**types** 125:7
**typo** 65:15

---

**U**

**Uh-huh** 93:19
**ultimately** 105:14
**unable** 24:21 136:4
**unavailable** 54:14
**unaware** 54:13,21
**unclear** 9:19 97:12
**under** 26:22 41:14
  48:12 50:4 56:15
  58:22 64:12,21
  81:8 98:19 105:18
  119:20 120:18
  124:12 135:6
**underlying** 72:17
  76:9
**understand** 8:18,22
  9:16 10:2 14:13
  27:22 30:7 40:12
  42:13 56:7 67:2
  75:22 88:12 100:11
**understanding**
  100:15 127:4
**Understood** 9:15
  18:19 27:20 29:2
**Unfortunately** 42:18
**unintended** 19:7
**unit** 61:11,16 107:10,
  15
**United** 6:16 13:13
  83:7,11 110:6,21
**University** 12:6
  87:21
**unleash** 50:5
**unless** 90:18
**unquote** 106:16
**update** 70:22 89:17
  99:6 129:6
**updates** 90:3,5
**use** 26:11 37:21
  42:18 44:7 52:7
  55:13 57:16,17
  62:11 68:11,22

69:6,9,20 76:10,16
  80:11 87:10 99:4
  101:16 102:7
**used** 18:16 20:3
  27:21 28:16 31:19,
  21 70:21 72:6 84:9
  86:15,16 113:20
  114:7,11 120:9
  130:15
**useful** 81:17
**user** 76:4,11 77:15,
  22 78:2,5,13 79:8
  80:8,22 81:11,16,
  17 82:22 83:12,17
  84:19 85:8,9,18
  86:17 101:14 102:9
  103:9,13 104:12,18
**user-created** 78:10
**user-generated** 66:4
  68:17 69:7,10 70:7
  80:7,17,19,22
  100:9
**users** 32:16 52:18
  53:16 55:5 56:20
  57:3,5,6,9,16
  58:13,15 59:7,21
  60:4,16 63:19 66:9,
  16 68:7 72:18 75:8,
  12,20 76:12,13
  77:4,5,20 78:1,5
  79:2,8,12,18 80:13
  82:4,14,16,20 83:5,
  6,11,22,22 84:4,6,
  12,22 86:14,15
  87:10 94:9 95:5,10
  96:21 98:1 99:8
  101:7 102:2,6,17,
  21 104:2,3,6,9,14,
  19 110:5 110:5,15,
  19,21 119:19 121:1
**uses** 86:5
**using** 78:21 91:18
  104:9,16 125:3
**utilized** 73:2

---

**V**

**vagaries** 47:7 63:15
  96:17 131:11
**vague** 18:16 72:21

96:19
**value** 41:17
**values** 21:10 26:13
  117:1 118:2,21
  119:1,13 120:21
  121:1 124:2 125:8
  134:18 137:15
  138:16
**various** 19:13 20:12
  114:20
**verify** 36:18 85:13
**Verisign** 64:20
**versus** 6:15 16:13
  28:6 67:3 110:19
**very** 36:3 81:21
  136:22
**vice** 10:12 11:1
**video** 6:13 7:3 44:18
  46:9 47:8
**view** 57:1 104:7
  105:9 120:22
**viewers** 22:7
**viewpoint** 54:7 56:15
  58:21 80:12 81:4
  83:19 84:5,7 91:3
**viewpoints** 66:9,17
  68:8 69:4,19 75:4
  77:4 81:7 83:15
  86:8 88:18 98:21
  102:11 119:1
**views** 70:5
**viol** 88:5
**violate** 23:20 25:5
  28:21 41:17 63:3
  112:3 118:21
  120:21
**violates** 26:20 27:13
  39:1 50:2 81:14
  82:12
**violating** 24:14
  82:15 83:13
**violation** 27:7 46:19
  77:18
**violations** 88:3,5
**Virtually** 75:19
**visit** 76:13 77:6
  79:13
**visiting** 76:14,20
**Vrbo** 64:20

## W

wait 9:2
want 8:15 37:20 38:1
  52:5 59:5,19 74:3
  75:14 81:18,19
  95:1 98:5 101:9
  102:4 104:20 137:7,
  12
wanted 65:7
wants 34:13
Washington 6:21 12:9
wasn't 130:19
way 9:17,20 18:16
  22:3,5 27:3 31:13,
  14 32:9,12 34:1,19
  35:17 39:8 40:16
  44:15 47:11 66:4,8,
  13 68:11,12 78:21
  82:21 91:13 101:8
  102:5 103:1 105:10
  110:12 119:18
  120:9,13 122:6
  124:19,21,22 125:1,
  22 126:3,4 127:6
  130:7 137:2
Waymo 64:20
ways 35:21 66:15
  67:10,12 81:3
  98:18 101:11
  115:22 117:1 118:4
  119:6 120:20,22
  121:3,9 122:6
  123:19,20 124:4
  127:5,7,12,20
  129:22 130:4 131:4,
  18 132:6,8,9,15
  133:3,4,16,20
  134:7,11,14,22
  135:4 136:5,12,15,
  16
Web 55:5
website 13:2 76:15
  77:6 79:14 87:22
  106:13
Websites 58:8 75:1
  107:5
weekly 88:11
Well 8:10 11:7,8
  13:13 14:6 17:15

18:2 19:7,17 32:12
33:10 41:17 42:13
43:10 55:12 61:2
67:14 71:20 77:3,
12 78:21 80:2,12
86:8,19 88:3,9
91:18 92:2 98:5
99:4 101:14 105:9
108:4 119:15,21
120:6 125:15 132:5
we'll 17:15 25:7
  61:2 121:21
went 12:6 95:4 100:7
We're 37:6,10 62:16
  86:22 139:21
Western 6:17
We've 11:11 28:15
  69:14 81:20 86:21
  119:21 131:20
whatever 9:12,18
  27:3 130:16
what's 36:4 55:9,15
  63:9 101:21 128:3
Whereupon 126:16
  136:1
whether 27:14 31:13
  59:7 76:14 79:16
  97:12 100:12
  102:20 136:14
Which 13:10 15:6
  16:16 21:11 23:15
  24:2 31:11 35:17,
  21 40:22 45:22
  53:17 63:5,20 64:1,
  10 67:2,3,10,12,14
  70:17 71:17 72:16
  75:3,20 76:21 79:5
  80:22 91:13 96:6,
  18 97:15 99:17
  100:13 101:7
  103:11 105:15,21
  110:17,20 118:4
  119:6 120:10,13,20
  121:3,16 122:6,7
  123:20 124:3,19,21,
  22 126:1,4 127:5,8,
  20,20 129:22 131:4,
  11,19 132:2,6,8,10,
  15 133:3,4,16
  134:3,7,16,22

135:4 136:5,12,17
while 17:7 38:16
  41:22 46:14 48:4
  64:4
who 15:2,8 19:18
  21:22 21:22 22:21
  42:11,14 44:1
  49:13 50:21 62:9
  71:17 80:8 82:20,
  21 83:12,22 112:18,
  19 113:3,22
whom 62:18 99:13
whose 119:1
Why 58:2 59:6 109:5
  136:11 138:5
Wiki 73:1
Wildman 12:3
Will 7:6,13 24:6,7,
  15 25:5 28:21
  34:18 36:4 46:7
  53:11 63:6 66:17,
  18 72:8,20 80:11
  81:3,13,15 82:10,
  13 83:5,11,15
  85:17 92:8 95:18,
  21 96:1,4,18,19
  99:22 100:16,18
  102:8,10,15 103:16
  104:10,16 109:7
  114:21 114:21
  115:2,6,8,13
  116:11,17 117:17
  118:1,5,19,22
  119:6,12 120:10,13,
  15,18 121:4 121:4,
  9 122:6,7,11,20
  123:12 124:13
  125:9 126:4,11,22
  127:6,8,13,20
  129:4,5 130:1,5,9
  131:5,10 132:6,9,
  11,16,18 133:17
  134:8 134:8,15,22
  136:5 137:14
  138:13
willing 106:22
willingness 107:4
within 20:5 73:18
  98:13 116:7 117:10
  118:8 124:8 130:21

131:2
**without** 24:14
**witness** 7:14,17 24:6
　109:7 117:11
　139:18
**word** 28:7 31:15 44:7
　71:21 84:9 111:19
**words** 42:19
**work** 19:12 87:19
　88:1,4,6,13 90:9
　91:14 129:4,6
**workflow** 73:6,10,14
**working** 11:19,21,22
　27:3 88:10 111:22
**works** 34:10 76:6
　100:15 130:7
**World** 105:4,8,15
　106:2,8,12
**worldwide** 106:16
**write** 25:14 99:6
**writings** 93:3,6,8
**written** 45:3,6,8,16,
　18 51:20 68:22
　86:6 89:11
**wrong** 56:19

**Y**

**Yahoo** 64:21
**year** 14:8,11 15:10,
　13
**years** 10:15,17 11:16
**yet** 27:2 137:17
**you'd** 36:12,20 137:1
**You're** 8:12 21:16
　30:15 36:22 38:4
　52:2 73:22 80:3
　87:5 88:21 94:5,16
　99:14,16 105:1
　110:18 116:6 124:9
　134:11
**yourself** 39:20
**YouTube** 64:1
**you've** 16:4 19:3
　37:14 96:13 109:9
　117:13

**Z**

**zebra** 8:4