IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

```
NETCHOICE, LLC d/b/a        *
NetChoice, a 501(c)(6)      *
District of Columbia        *
organization, COMPUTER &    *
COMMUNICATIONS INDUSTRY     *
ASSOCIATION d/b/a CCIA, a   *
501(c)(6) non-stock         *   CIVIL ACTION
Virginia Corporation,       *       NO. 1:21-cv-00840-RP
     Plaintiffs,            *
                            *
v.                          *
                            *
KEN PAXTON, in his          *
official capacity as        *
Attorney General of Texas,  *
     Defendant.             *
```

VIDEOTAPED ORAL DEPOSITION OF

CARLOS GUTIERREZ,

DEPUTY DIRECTOR AND GENERAL COUNSEL OF

LGBT TECHNOLOGY INSTITUTE

Friday, November 12, 2021

(Remotely Reported)

VIDEOTAPED ORAL DEPOSITION OF CARLOS

GUTIERREZ, produced as a witness at the instance of the

Defendant, and duly sworn, was taken in the above-styled

and numbered cause on Friday, November 12, 2021, from

8:02 a.m. to 9:46 a.m., before Debbie D. Cunningham,

CSR, in and for the State of Texas, remotely reported

via Machine Shorthand, pursuant to the Federal Rules of

Civil Procedure.

2

1      APPEARANCES
2
3   FOR PLAINTIFFS:
4      LEHOTSKY KELLER
          919 Congress Avenue, Suite 1100
5      Austin, Texas  78701
6         By:  Todd Disher, Esq.
              todd@lehotskykeller.com
7            AND
          Jeremy Maltz, Esq.
8         jeremy@lehotskyller.com
9
10  FOR DEFENDANT:
11     OFFICE OF THE ATTORNEY GENERAL OF TEXAS
          General Litigation Division
12     P.O. Box 12548
       Austin, Texas  78711-2548
13     (T) 512.463.2120
          By:  Benjamin Walton, Esq.
14         benjamin.walton@oag.texas.gov
             AND
15         Courtney Corbello, Esq.
           courtney.corbello@oag.texas.gov
16
17
18  VIDEOGRAPHER:
19     Brian Christopher
20
21
22
             --ooOoo--
23
24
25

3

1           INDEX
2   APPEARANCES                    2
3
4   EXAMINATION OF CARLOS GUTIERREZ:
5   BY MR. WALTON              6
6
7
8   REPORTER'S CERTIFICATION        66
9
10           --ooOoo--
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

4

1           EXHIBIT INDEX
2   Exhibit Number    Description              Page
3   Exhibit 1   Gutierrez Declaration        15
4
5
6           --ooOoo--
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

5

1        (Friday, November 12, 2021, 8:02 a.m.)
2        P R O C E E D I N G S
3           THE REPORTER:  Today's date is Friday,
4   November 12, 2021.  The time is 8:02 a.m. Central
5   Standard Time.  This is the videotaped oral deposition
6   of Carlos Gutierrez, Deputy Director and General Counsel
7   of LGBT Technology Institute, and it is being conducted
8   remotely.  The witness is located in Silver Spring,
9   Maryland.
10           My name is Debbie Cunningham, CSR
11  Number 2065.  I am administering the oath and reporting
12  the deposition remotely by stenographic means from
13  Austin, Texas.
14           Would Counsel please state their
15  appearances and locations for the record, beginning with
16  Plaintiffs' Counsel?
17           MR. DISHER:  Yes.  This is Todd Disher.
18  I am in Washington, DC; and with me today I have Jeremy
19  Maltz.
20           MR. MALTZ:  And I'm in --
21           (Simultaneous speaker.)
22           MR. MALTZ:  -- Virginia.
23           THE REPORTER:  I'm sorry.  I missed the
24  city.
25           MR. MALTZ:  Falls Church.

6

1         THE REPORTER:  Thank you.
2         MR. MALTZ:  Thank you.
3         MR. WALTON:  This is Ben Walton, Counsel
4   for Defendant.  I'm in Austin, Texas.  With me is also
5   Courtney Corbello.  She is, likewise, in Austin as well.
6              CARLOS GUTIERREZ,
7      having been duly sworn, testified as follows:
8                 EXAMINATION
9   BY MR. WALTON:
10    Q.  Mr. Gutierrez, can you hear me all right?
11    A.  I can.
12    Q.  Okay.  Very good.  Well, my name is Ben
13   Walton.  I'm from the Attorney General's Office, and
14   I'll be taking your deposition today which means that
15   I'll be asking you questions and then you'll be
16   providing answers.  So I want to make sure that we can
17   hear each other okay.
18         If I ever -- well, if I ever speak over
19   you, then please call me on that because I don't want to
20   do that.  So if I ever interrupt you, please just -- you
21   know, you can give me a visual notice or something; and
22   I'll allow you to finish your answers before I jump
23   back in with another question.  Okay?
24    A.  Sounds good.
25    Q.  Since we are on a court record today, I just

7

1   want to go over a couple of ground rules.  Your attorney
2   probably went over this with you, but I just want to
3   make sure we're on the same page as far as the
4   expectations for how this is going to work.  You do
5   realize that, having just been sworn by the court
6   reporter, that your testimony today is under oath, just
7   like it would be if you were in a courtroom in front of
8   a judge and jury, although, we're not in a courtroom
9   today.  Do you understand that?
10    A.  I do.
11    Q.  Okay.  And because the court reporter is
12   trying to record everything that we're saying, it is
13   important that we speak verbally.  So if I ask you a
14   question, instead of shaking or nodding your head or
15   saying "uh-huh" or "huh-uh," it will be important just
16   for you to go ahead and say "yes" or "no" and then use
17   words to explain your answers so that the written record
18   is clear on that.  Does that sound fair to you?
19    A.  It does.
20    Q.  Okay.  And I already talked about the need to
21   not talk at the same time.  So if you'll allow me to
22   finish asking you a question before you start answering,
23   even if you can see where I'm going with my question,
24   and then I'll try to let you make sure you're finished
25   with your answers before I jump back in with another

8

1   question.  All right?
2    A.  Sounds good.
3    Q.  If I ever ask you a question and you're not
4   sure what I'm asking about, I would much rather you go
5   ahead and ask me for clarification than us trying to
6   talk past each other.  Okay?  So if you're not clear on
7   what I'm talking about, feel free to ask me to clarify
8   because I want to make sure we're understanding each
9   other.  Okay?
10    A.  Okay.
11    Q.  And I know this is not going to be a long
12   deposition today; but if at any point you need to take a
13   break, we can certainly do that.  Just at the end of any
14   of your answers, before I jump back in with another
15   question, just say, "Hey, I'd like to take a break," and
16   we'll absolutely do that.  Okay?
17    A.  Okay.
18    Q.  Have you ever given a deposition before,
19   Mr. Gutierrez?
20    A.  I have not.
21    Q.  Okay.  All right.  So this is your first one?
22    A.  First one.
23    Q.  What did you do to prepare for your deposition
24   today?
25    A.  Obviously, I spoke to Mr. Disher.  I reviewed

9

1   my declaration.  I reviewed the Texas State law.  That's
2   pretty much it.
3    Q.  Okay.  And just to be clear for the record,
4   when you say Texas State law, are you talking about
5   HB 20?
6    A.  Yes, I reviewed the HB 20 law.
7    Q.  Okay.  Was there any other Texas law that you
8   reviewed other than the text of HB 20?
9    A.  No.
10    Q.  Okay.  Would you give me a brief description
11   of how it was that you came to work for LGBT Tech?
12    A.  Well, actually, my partner and my best friend
13   started the organization while I was a general counsel
14   at Discovery Channel.  When I left Discovery Channel, I
15   had had a past of doing telecommunications work before I
16   went to Discovery.  So my first two years was a telecom
17   law firm; and because that the work that we were doing
18   at LGBT Tech had now become more policy related, they
19   asked me to come work after I left Discovery.  So I've
20   been with LGBT Tech kind of tangentially since it was
21   formed; but officially about three years after it was
22   formed, I joined as their head of policy.
23    Q.  And what year was that when you joined as
24   their head of policy?
25    A.  It was probably about six years ago, so I'm

10

1  going to say around 2015.
2      Q.  And how would you describe the duties of your
3  current position with LGBT Tech?
4      A.  I think I'm kind of the person that reviews
5  the policy side of the business.  The business has two
6  sides, one's a nonprofit side that distributes
7  technology to underprivileged LGBT youth.  The other
8  side, we engage with policymakers, agencies, and
9  corporations interested in dealing with LGBT and
10  technology.
11         So I kind of oversee the area of that,
12  the policy side, and kind of determine what our
13  positions will be when it comes to different issues like
14  230 encryption, telehealth, digital divide.  Those are
15  the kinds of issues that we've been involved in.
16      Q.  Gotcha.  So you said there were two sides of
17  LGBT Tech, and I heard you say that one side was
18  nonprofit.  Is the other side for profit, or is it all
19  nonprofit?
20      A.  It's all nonprofit.
21      Q.  Okay.
22      A.  I meant the one side is policy.  One is
23  purely, like, giving out tech equipment to LGBT centers.
24      Q.  Gotcha.  So in determining the pol- -- what
25  the policy of LGBT Tech is going to be on any given

11

1  issue, who do you discuss that with?
2      A.  Well, the Executive Director, Christopher
3  Wood, and I would discuss that; but, you know, I have a
4  lot of relationships with other organizations, like,
5  CDT, The Center for Democracy and Technology, the Future
6  of Privacy Forum, ITIF.  So it's kind of the civil
7  rights organization groups where we discuss kind of
8  what's coming up, what's important, and what positions
9  we take.  So a lot of times I'll be asked, "Are you
10  interested in joining in this position?  What's your
11  take on it?"  And at that point we'll determine what our
12  involvement will be.
13      Q.  Does LGBT Tech have -- does it have members
14  that are other organizations?
15      A.  We have PowerOn Centers that are
16  organizations.  So we have 49 PowerOn Centers that we
17  work with, and we partner with a lot of other
18  organizations.
19      Q.  Okay.  So --
20         (Simultaneous speakers.)
21      A.  -- chapters across the country.
22      Q.  Gotcha.  And when you say "a PowerOn Center,"
23  what do you mean by that?
24      A.  PowerOn Center is the affiliated centers that
25  we work with to provide technology and get feedback on

12

1  kind of our policies as well.  So the PowerOn Centers
2  are what provide us kind of the feedback from the LGBT
3  community on what issues are important and interesting.
4         CenterLink, which is the organization
5  that kind of oversees all of the LGBT centers -- it's
6  kind of a trade group -- is another organization we work
7  with to determine policy as well.
8      Q.  Within LGBT Tech are there other directors,
9  officers, board members, et cetera, that you have to
10  coordinate with to determine "this is our policy"; or is
11  it you and the President working with all of these other
12  entities that you described for me earlier?
13      A.  So LGBT Tech has only three full-time
14  employees.  We're a very small organization.  So it's
15  me, Christopher Wood, the Executive Director, and Ellie,
16  who runs the PowerOn Program.  So the conversations are
17  between me and Christopher Wood, who are the only two
18  people involved in the policy side.
19      Q.  Okay.  Thank you.  That helps to round out the
20  picture.
21         Tell me a little bit -- I want to spend
22  most of our time today walking through your declaration
23  and asking you some questions about it so we make sure
24  we understand; but before we get to the nitty-gritty of
25  the declaration itself, I just want to ask:  How did you

13

1  come to write this declaration?
2      A.  I have been working on Section 230 issues for
3  a while now, mainly at the federal level.  We did some
4  work around the EARN IT Act that was introduced by
5  Lindsey Graham that affected Section 230, an encryption.
6         As a result of panels that I've done on
7  Section 230 and work that I've done, we started chatting
8  with NetChoice probably -- gosh, we started talking to
9  them about 2019, maybe.  They were interested, kind of,
10  in our position on Section 230; and they reached out to
11  us back in April to support the work.
12         And as part of the conversations that
13  we've been having, they asked if we'd be interested in,
14  you know, kind of laying out our views in a declaration
15  in this case; and we agreed.
16      Q.  Okay.  Is there a -- and I don't want to get
17  too technical -- but is there a similar law that's been
18  passed by Florida to Texas HB 20?
19         MR. DISHER:  Objection, form.
20         Go ahead and answer.
21      A.  I believe there is a similar law in Florida
22  that is moving to the courts at the same time.
23      Q  (BY MR. WALTON)  And did you sign a
24  declaration for use in the lawsuit over the Florida law?
25      A.  I didn't.

14

1  Q.  You did not?
2  A.  I did not.
3  Q.  Okay.  Why not?
4  A.  Timing.  I mean, we're a small organization;
5  and, you know, I don't recall -- I don't recall
6  specifically being asked to sign onto that.  So it's
7  just, you know, we do things when we are able to; and
8  when we're busy with other things -- like I said, we're
9  a small organization.  So we take on things when we have
10 capacity; and if we don't have capacity, we just don't
11 weigh in.
12 Q.  Sure.  Did LGBT Tech have a policy or have a
13 position on Florida's law?
14 A.  No.
15 Q.  Okay.  Just on Texas law?
16 A.  Just in the declaration, yes.
17 Q.  Okay.  Did anyone else in your organization,
18 in LGBT Tech, help you with this declaration?
19 A.  No.
20     MR. DISHER:  Objection, form.
21     Go ahead.
22 A.  No.  I showed it to Chris Wood before I sent
23 it in, as the Executive Director; but the changes and
24 kind of the form of it were mine.
25 Q.  (BY MR. WALTON)  Okay.  Let me go ahead and

15

1  look at the declaration itself.  I believe -- it's been
2  a while since I've done this on Zoom, but I believe the
3  easiest way is for me to send a PDF copy of your
4  declaration to you through the chat function and that
5  way the court reporter has it; everybody can download
6  the document and make sure we're looking at the same
7  thing.  And then I can share my screen as needed; or we
8  can just walk through the document, knowing what
9  everyone is looking at.
10     MR. WALTON:  Is that acceptable with you,
11 Mr. Disher?
12     MR. DISHER:  Yes.
13     MR. WALTON:  Okay.
14 Q.  (BY MR. WALTON)  Okay.  Mr. Gutierrez, I've
15 sent to you through the chat function a PDF that's
16 labeled 12-5 Gutierrez Declaration.  Do you see that
17 document, sir?
18 A.  I do.
19 Q.  If you could, download and open that document;
20 and if the court reporter could mark that as Exhibit 1
21 to your deposition.
22     (Exhibit 1 marked.)
23 A.  Okay.  I have it in front of me.
24 Q.  (BY MR. WALTON)  Okay.  And I'm going to --
25 let's see here -- I am going to share my screen simply

16

1  to make sure that we are looking at the same document.
2  A.  Okay.
3  Q.  Let's see.  Okay.  Are you able to see the
4  PDF that's on my screen I'm sharing right now,
5  Mr. Gutierrez?
6  A.  I am.
7  Q.  And does this appear to be the declaration
8  that you signed for use in this NetChoice lawsuit?
9  A.  It does.
10 Q.  Okay.  I'm going to go ahead and stop sharing
11 my screen now that we've established we are all working
12 from the same PDF document; and, Mr. Gutierrez, are you
13 still able to see your copy of that document on your
14 screen?
15 A.  Yeah.
16 Q.  Okay.  Well, then, let's kind of go through
17 this a little bit because, like I said, I want to spend
18 the bulk of our time walking through your declaration
19 today and just asking you some questions so that we make
20 sure we understand what this is about what you're asking
21 about and what the opinions that you hold are.
22 A.  Okay.
23 Q.  So, first, I think we've covered Paragraph 1
24 okay.  It describes your position and what LGBT Tech is.
25 I want to jump through -- jump down to Paragraph 3.

17

1  A.  Okay.
2  Q.  Yes, that's all still contained on page 1 of
3  the first exhibit.
4      So Paragraph 3 mentions that LGBT Tech is
5  a national nonpartisan group of -- and I'll just
6  summarize -- various organizations and other
7  companies.  How many of these organizations, academics,
8  and high technology companies are within the group of
9  LGBT Tech?
10 A.  We are -- we partner with different
11 organizations.  So, for example, we will work with the
12 Center for Democracy and Technology; or we will work
13 with ITIF.  So it's not a formal affiliation.
14     Our formal affiliation is through our
15 PowerOn Centers, and those are local organizations.  So
16 I believe that we are now -- we currently have 49
17 PowerOn Centers, but I'm not exactly sure on that
18 number.  It's somewhere around there.  I don't -- I
19 don't do that side of the business; but, yeah, it's
20 about 49 organizations that we're affiliated with
21 through the PowerOn program.
22 Q.  Gotcha.  And are any of those PowerOn Centers,
23 are they social media platforms?
24 A.  No.  They're all --
25 Q.  Okay.

18

1    A.  They're all service centers for under-
2  privileged LGBT individuals.  They're community centers.
3    Q.  I see.  And is LGBT Tech a social media
4  platform?
5    A.  It is not.
6    Q.  And are you an e-mail service provider?
7    A.  We are not.
8    Q.  Do you -- do you partner with any social media
9  platforms?
10      MR. DISHER:  Objection, form.
11    A.  I don't know -- I don't understand.  What does
12  that mean, "partner"?  Do we -- do we talk to them?  Do
13  we -- I don't know what you're asking.
14    Q.  (BY MR. WALTON)  Sure.  I'm happy to clarify.
15  I'm trying to -- so when I asked about your group and
16  what these organizations are, I thought that was a word
17  you used; if not, then forgive me.  But if -- these
18  other entities and groups and organizations that you're
19  discussing policy with, partnering with, et cetera, I'm
20  just trying to get a feel for:  Are any of those
21  entities e-mail service providers or social media
22  platforms themselves?
23    A.  No.  We do not partner with them.  We do talk
24  to different organizations, but we're not partners with
25  them.

19

1    Q.  Okay.  And these organizations that you talk
2  to, are any of them social media platforms?
3    A.  Yes.
4    Q.  Which ones?
5    A.  We talk to Facebook and -- is that the only
6  one?  I think that may be it.
7    Q.  Okay.
8    A.  As a social media provider, yeah.
9    Q.  Okay.  And do you talk to any other
10  organizations that are e-mail service providers?
11    A.  No.
12    Q.  Okay.  So with Facebook, have you talked to
13  Facebook about HB 20?
14    A.  No, not in any more -- not in anything more
15  than letting them know we filed the declaration.
16    Q.  I see.  So do you know what Facebook's
17  position is regarding HB 20?
18      MR. DISHER:  Objection, form.
19    A.  I don't.  I mean, my understanding is that
20  they are not -- I'm trying -- let me make sure I get
21  this right.  They haven't expressed any reservations
22  about their work with us, but we haven't talked about
23  their position on HB 20.
24    Q.  (BY MR. WALTON)  Okay.  When you -- when you
25  say here in Paragraph 3 -- there was a specific phrase I

20

1  wanted to ask you about.  It's -- I believe it's the
2  second sentence, which begins, "First, we engage with
3  critical technology and public policy leaders about
4  media, technology, and telecommunications issues of
5  specific concern to LGBTQ communities."  What are those
6  issues of specific concern to LGBTQ communities?
7    A.  So we have a lot of different areas that we
8  work in.  So, obviously, Section 230 is the one you're
9  aware of through this deposition -- I mean, through this
10  declaration.
11      We've also spoken about encryption and
12  the importance of encryption for LGBT communities.  We
13  do a lot of work around encryption and the importance of
14  broadband for telehealth and why telehealth is important
15  for LGBT communities.
16      We are thought leaders on digital divide
17  issues, meaning, talking about why digital divide in
18  American is especially harmful for LGBT communities.
19      We talk about things as broad as XR and
20  VR environments.  We've spoken out about, you know, how
21  VR worlds should be shaped so that LGBT communities are
22  included, how to make it more inclusive, the benefits of
23  VR worlds.
24      We've talked about data privacy
25  protection policies, why they're important to LGBT

21

1  communities, so a lot around privacy in technology.  So
2  it's a broad range of subjects.
3    Q.  And can you describe why these are issues of
4  specific concern to the LGBTQ communities, as opposed to
5  just issues of concern to the public at large?
6    A.  Sure.  Do you want me to go, like, one by one
7  through each category and why it's important?
8    Q.  Yes, that's a good question.  Why don't you
9  give me a couple of examples?
10    A.  So, for example, with telehealth, you know,
11  we'll talk about why, you know, being able to have
12  a telehealth policy or having robust telehealth laws
13  will be good for our community because there's a lot of
14  LGBT individuals, you know, in smaller rural communities
15  that may only have access to one doctor that goes to
16  their church or sees their parents; and they may need to
17  be speaking to someone that's not local.  And telehealth
18  gives our community the ability to speak to doctors that
19  are, A, going to be sympathetic to their needs; B,
20  knowledgeable about the specific issues of LGBT
21  individuals; and, C, not prejudice.  So telehealth for
22  LGBT people, especially for transgender individuals who
23  may be starting a journey that doesn't -- where they
24  don't know who to reach out to, helps them in a way that
25  other communities are not.

Carlos Gutierrez - 11/12/2021

22

1    One of the other areas that we talked
2  about -- you know, we talked about, for example, VR,
3  right, virtual reality.  And one of the concerns that we
4  have is kind of like we know from our research and from
5  other areas that a lot of transgender and nonbinary
6  individuals are using virtual reality environments to
7  try out new identities online so that their avatars may
8  be, you know, representing a different gender identity
9  than they present in real life.  And we've talked to
10  companies about how it's important to protect, you know,
11  something like an avatar, who now becomes sensitive
12  information and sensitive data because if somebody gets
13  hold of that avatar, it may raise questions of outing
14  someone.
15       Geolocation within a VR world is
16  important.  A lot of VR worlds will post where you are
17  in that world, so it will say so-and-so is at this world
18  or that world.  For someone who is going in that is not
19  out and is going into LGBT worlds within a VR world,
20  their location would also be something that's sensitive.
21  So we would be advising companies to make sure that, you
22  know, if you're going to make something public, that has
23  to be something that can be toggled by an individual so
24  that they have privacy.
25       If we're going to talk about digital

23

1  divide issues, again, LGBT individuals are one of the
2  few minorities that are discriminated against or can be
3  discriminated against in their own home.  So most other
4  people can go home and kind of find a safe space to kind
5  of, you know, explore or to ask questions about their
6  identity or why they're being discriminated against.
7  LGBT individuals may be facing discrimination at home;
8  and, therefore, we turn to social media and these
9  platforms at a younger age, earlier, and with more kind
10  of, you know, more stickiness than other communities for
11  community building, for finding information, for
12  exploring identity.
13       So all of these are not issues that are
14  not -- that are only affecting the LGBT community, but
15  there are specific impacts because of the dangers of
16  outing and other privacy reasons why it's important to
17  have our voice heard when policies are being made about
18  how data's going to be handled, how privacy's going to
19  be handled, how money's going to be dispersed, you know,
20  to different organizations.  All of that is -- you know,
21  all we do is talk about technology that's happening now
22  and specific concerns that may be sensitivities for the
23  LGBT community.
24       Q.  As far as -- I know you mentioned earlier
25  Facebook.  Have you worked with Facebook to either

24

1  suggest or implement any privacy policies for Facebook
2  users?
3       A.  Well, I'm under an NDA with Facebook.  So I
4  don't think I can talk about the specific work that I do
5  with them.
6       Q.  Okay.  What about Section 230?  You said that
7  those were -- that was one of the areas where LGBT Tech
8  works, you know, on policy issues.  What are some of the
9  policy concerns connected with Section 230 that are
10  unique to or special to the LGBT community?
11       A.  Well, I mean, you know, I -- I am a lawyer,
12  you know, a recovering lawyer; but one of the things
13  that has always struck me as I went through law school
14  was just kind of the importance of Section 230 for
15  marginalized communities, like the LGBT community, and
16  how Section 230 really was one of the foundational
17  steppingstones for LGBT communities to go online and
18  feel heard and seen in a way that they hadn't before.
19       So the protections of Section 230 is what
20  allowed a lot of LGBT communities to flourish online,
21  including transgender communities.  YouTube, for
22  example, was one of the first places where transgender
23  individuals felt free to go online and kind of do makeup
24  tutorial videos or talk about transition or the
25  medicines they were taking.

25

1       So Section 230 allowed social media
2  companies and others to give a platform to our voices,
3  and so I'm already leery of any kind of suggestions from
4  the left or the right of getting rid of 230 or changing
5  it because my concern is that the changes that are being
6  proposed will have a harmful impact on our community
7  either way.
8       Q.  So I take it then that you're in favor of
9  Section 230?
10       MR. DISHER:  Objection, form.
11       A.  I am indeed a -- I am a -- yes.  I think 230
12  is -- has been a crucial law for the flourishing of
13  marginalized communities online.
14       Q.  (BY MR. WALTON)  Sure.  And I know we're here
15  today to talk and HB 20; but since you mentioned
16  Section 230, if you had the opportunity to rewrite
17  Section 230, would you add anything or change anything
18  to it or do you like it as written?
19       A.  I think --
20       MR. DISHER:  Hold on.  Hold on.  Hold on.
21  Objection, form.
22       THE WITNESS:  Can I answer?
23       MR. DISHER:  Yes, go ahead.
24       A.  I think that the changes that I have seen from
25  both sides are troublesome and bring a whole bunch of

26

1  new issues, so I would advocate for Section 230 to stay
2  as it is.
3      Q.   (BY MR. WALTON)  Okay.  I think we've pretty
4  much covered what I wanted to through Paragraph 4.
5          So let me skip to Paragraph 5 of your
6  declaration.  We're now on page -- well, I guess it's
7  page 3 of the PDF.  Are you able to see Paragraph 5 of
8  your declaration, sir?
9      A.   Yes.
10     Q.   Okay.  You say here in the first bullet point
11 that there are high numbers of LGBT youth who use the
12 internet to search for health information.  When you say
13 "high numbers," what does that mean?
14     A.   I believe that's in one of the exhibits that
15 we provided, the research that we did on LGBT youth
16 online; and I'll have to look back at that because I
17 actually didn't re-review that.  But what that means is
18 that our research shows that when compared to cisgender
19 or heterosexual people, LGBT individuals tend to go
20 online at an earlier age and use online communities at a
21 higher percentage than their counterparts in the
22 hetero/cis community.
23     Q.   So when you say that they're searching for
24 health information, I guess, how broad was the scope of
25 that phrase "health information" in your research?

27

1      A.   I think it was that phrase, like, they would
2  search for "health information" online; and, again, I'll
3  have to look at the research again.  I did not review
4  that for this deposition.  So all my answers are from
5  memory from going way back.
6      Q.   Sure.  That's fine, and I certainly don't want
7  you to --
8          (Simultaneous speakers.)
9      A.   Broad questions.  They were broad questions
10 about --
11     Q.   Okay.
12     A.   -- attitudes and usage of the internet for
13 LGBT individuals.
14     Q.   When they search the internet for this
15 information, how much of that -- how much of that is
16 done through social media platforms versus just, you
17 know, internet search engines?
18         MR. DISHER:  Objection, form.
19         Go ahead.
20     A.   I don't know.  That's not a question we asked
21 in the research.  We didn't split it out like that.
22     Q    (BY MR. WALTON)  Okay.
23     A.   Our attitudes were not -- the research was
24 about online usage, not social media usage.  So we
25 didn't differentiate between how they came to the

28

1  information.
2      Q.   Okay.  And I apologize for my pauses here.
3  I'm simply trying to streamline things to where we
4  don't -- hopefully we don't waste our time with
5  unnecessary questions here.
6          I want to jump down to Paragraph 6, and I
7  believe that's on the next page.  So it would be page 4
8  of the PDF file.  Do you see Paragraph 6?
9      A.   I do.
10     Q.   The first bullet point there uses the phrase
11 "adequate privacy controls."
12     A.   Uh-huh.
13     Q.   What are "adequate privacy controls"?
14         MR. DISHER:  Objection, form.
15         Go ahead and answer.
16     A.   I mean, I think as part of kind of the civil
17 rights community, this is an ongoing discussion, an
18 ongoing discussion with social media companies.  I think
19 for us, when we talk about adequate privacy controls, it
20 talks -- it means mainly user control over a lot of the
21 information that goes out and being able to kind of
22 protect that information.  So when -- when we talk about
23 adequate privacy controls, we advocate generally for
24 more user control over what data is being used and what
25 data they release.

29

1      Q.   (BY MR. WALTON)  So in this -- this may be
2  something that you probably know a lot more about than I
3  do; but when it comes to -- so the next bullet point
4  there is going to say "adequate content moderation
5  policies."
6      A.   Right.
7      Q.   What's the difference between a privacy
8  control and a content moderation policy?
9      A.   So a privacy control would be, for example, if
10 I list my status as married or if I list my sexual
11 orientation as gay on a social media site, that I have a
12 toggle that allows that to be private and not be seen by
13 other people.  So that would be a privacy control in
14 terms of keeping the data that I have on my social media
15 profiles private.
16         Moderation policy goes to kind of the
17 interactions online and kind of what is allowed to be on
18 the service that I'm on.  So a content moderation policy
19 would be something that screens out the word "queer" or
20 "dyke" or anything like that in a hate-speech content
21 for our -- you know, for me, so that I don't have to
22 come across that.
23     Q.   How -- well, let me ask it this way:  With
24 the concerns that LGBT Tech has regarding HB 20, do
25 those concerns arise in the context of privacy controls?

30

1      MR. DISHER:  Objection, form.
2      A.  It arises more in the content moderation
3  policies and the ability under HB 20 for anyone to kind
4  of put any speech online without, you know -- if it's
5  not illegal, it's allowed on; and that's a very high
6  standard that has never been helpful for marginalized
7  communities, like LGBT.
8      Q.  (BY MR. WALTON)  Okay.  Okay.  I just wanted
9  to make sure I wasn't missing something, if you saw a
10  concern with HB 20 and privacy controls.
11      MR. DISHER:  Objection --
12      A.  I --
13      MR. DISHER:  Hold on.  Hold on.
14  Objection, form.
15      THE WITNESS:  Sorry.
16      A.  No.  You know, we're a small organization; and
17  where we're most impactful is picking an issue and
18  sticking to that issue.  And the issue that we picked is
19  this because there's a lot of organizations that are
20  doing work that can speak very eloquently about a lot of
21  the other parts of the bill; but we felt that our best
22  and most impactful work would be to highlight the
23  dangers for LGBT communities from removing content
24  moderation policies or changing them in a way that our
25  community might be affected.  So we were very focused.

31

1      Again, resources-wise we just don't have
2  the ability to tackle every issue; but we pick where we
3  think we would be most impactful and our kind of --
4  here, our discussion is about moderation policies and
5  their importance for our community.
6      Q.  (BY MR. WALTON)  Okay.  So then in that second
7  bullet point, let's go ahead and move into that.  It
8  says, "Without adequate content moderation policies,
9  digital forums and apps can become breeding grounds for
10  homophobia, bullying (cyber and otherwise), harassment,
11  and misinformation."  So what content moderation
12  policies would be adequate?
13      MR. DISHER:  Objection, form.
14      A.  I mean, there's no one answer for this.  It's
15  an ongoing discussion with social media companies.  I
16  think this is kind of the holy grail of the
17  conversation; and I think that the problem is that as
18  you try to address one thing, other things have, you
19  know, different priorities.
20      I think we are talking to companies to
21  continue evolving in terms of their policies.  We talk
22  to them to make sure that LGBT people are being
23  protected under the policies, but we don't have an
24  answer as to what final adequate content moderation
25  policy would be.  It's incremental.  And our hope is

32

1  only that as we continue these conversations, that they
2  become better at protecting LGBT communities; but I
3  don't have an answer as to what a adequate content
4  moderation policy would look like, you know, in its
5  final form.
6      Q.  (BY MR. WALTON)  Okay.  The content moderation
7  policies that you've seen in place currently today, how
8  adequate do you think the industry is right now with
9  their content moderation policies at protecting against
10  homophobia, bullying, and these other things that you've
11  mentioned?
12      MR. DISHER:  Objection, form.
13      A.  I think they can -- I think they can be
14  better.  I think there can be more attention paid to the
15  content that's being put out there; but, generally, I
16  think that the companies are doing a good job of keeping
17  the most -- the worst of the worst off social media.
18  And in conversations with companies, it does seem like
19  they are taking the steps to kind of include LGBT
20  communities in their policies moving forward.
21      Q.  (BY MR. WALTON)  I want to go to Paragraph 7
22  now.  Let's see.  The third line from the bottom, the
23  last full sentence says, "We are greatly concerned that
24  this law will make the internet, including the very
25  services and platforms LGBTQ individuals use daily,

33

1  unsafe to such an extent that LGBTQ communities will
2  lose valuable -- indeed, sometimes life-saving --
3  information and services."  What are the valuable
4  information and services that you're referring to here?
5      A.  I mean, part of this is, obviously, health
6  information.  We talk further down in the declaration
7  about a good example, which is conversion therapy; and
8  we are very concerned that if there is no censoring of
9  content or if platforms are not allowed to kind of block
10  misinformation about conversion therapy, for example, as
11  a health alternative for individuals that are struggling
12  with their sexuality, that forums that talk about, you
13  know, how to be a, you know, stable, psychologically
14  happy LGBT person will be flooded with content that's
15  seeking to convert them or in other ways kind of change
16  their mind, without any recourse.
17      Q.  So -- and I promise I'm not trying to be
18  difficult -- it sounds there like, with that example you
19  used, which we can talk about in a few minutes, of
20  conversion therapy, that's wanting to sort of, you know,
21  block out what you're saying is bad information.
22      I guess my question was more:  What is
23  the good information, the valuable information and
24  services, that LGBT communities would lose access to if
25  HB 20 went into effect?

34

1          MR. DISHER:  Objection, form.
2     A.  I mean, it's more of, you know, the harassment
3 that can come to LGBT websites would become so
4 incremental that it would be hard to kind of conduct
5 business on a lot of these platforms.
6          We have seen a very noticeable uptick in
7 anti-transgender attacks since a lot of the bills have
8 been introduced, about, I don't know, transgender
9 athlete bans in states.  There's been a lot of
10 misinformation posted about transgender individuals.
11 There's been a lot of bad naming, calling them by their
12 previous name.  There's been a lot of misinformation
13 about what transgender individuals can or cannot do once
14 they transition to another gender.
15          And I feel that there's a lot of
16 resources and a lot of websites out there that are
17 trying to combat a lot of misconceptions that would be
18 drowned out in hate speech and harassment without a
19 platform being able to filter that out or block that
20 speech.
21          So there's, you know -- even our website,
22 you know, on Twitter, we will get, you know, hate mail
23 for stuff that we -- that we print.  So the issue is
24 that a lot of the platforms that we use daily, like,
25 Twitter and everyone else, if we are -- if this is

35

1 allowed to come into play, the sheer amount of
2 harassment and bullying will drive a lot of people off
3 these platforms.
4     Q.  (BY MR. WALTON)  And, I guess, is that based
5 on -- is that based on studies that you've done?
6     A.  No, it's not.
7     Q.  Okay.  When you say that -- I mean, to a
8 certain extent, I -- when you say that bullying or
9 harassment can drive people off of platforms, are there
10 any studies that you're aware of that have been done to
11 show how that happens, what the numbers -- what the
12 statistics are for how that might happen?
13     A.  I've seen studies on transgender individuals
14 and their rights and transgender bullying.  I mean, I
15 can certainly pull up a link at some point, but I've
16 definitely seen work by other civil rights organizations
17 around this issue and hate speech in LGBT communities.
18 So, yeah, there's definitely research out there to this
19 end.  I don't have it in front of me, and I didn't
20 review it before this deposition.
21     Q.  Okay.  You didn't review those studies for the
22 purposes of this declaration, then?
23     A.  No.
24     Q.  Okay.  What specifically do you mean here when
25 you say that sometimes these information and services

36

1 can be life-saving?
2     A.  So, for example, when we talk about conversion
3 therapy, there are online resources for people who have
4 gone through conversion therapy, who have survived it;
5 people who were advocates of conversion therapy who
6 have now, you know, gone and come out anti-conversion
7 therapy.  So these resources are people who are going
8 through this or who -- whose parents may be forcing them
9 into conversion therapy will become a lot less useful if
10 they're not, you know, controlled and moderated; and
11 those could be life-saving.  People who are going
12 through conversion therapy are trans individuals who are
13 seeking support online for their identity who are going
14 to be drowned in anti-trans speech.  Those resources
15 would be jeopardized if there is no content moderation
16 of such speech.
17     Q.  Okay.  Flipping down to Paragraph 8 here,
18 which spans the bottom of page 4 and the top of page 5,
19 if we're going by just the PDF pagination here, are you
20 able to see Paragraph 8 of your declaration?
21     A.  I am.
22     Q.  It says here -- and I won't read the whole
23 sentence -- but the first sentence uses the phrase "will
24 inflict unique harms on LGBTQ communities and
25 individuals."  It's my understanding that your

37

1 declaration is saying here that HB 20 would impose
2 unique harms on LGBTQ people.  What are the unique harms
3 that it would pose?
4     A.  A --
5          MR. DISHER:  Objection, for- -- hold on.
6 Objection, form.
7          Go ahead and answer.
8     Q.  (BY MR. WALTON)  And if I've misstated or
9 mischaracterized your testimony here, I welcome your
10 feedback and clarification.
11     A.  Can you state what you asked again because I
12 want to make sure that I got -- that I do get it right?
13     Q.  Sure.  I'm just wondering:  What are the
14 unique harms that that first sentence in Paragraph 8 is
15 referring to?
16     A.  Okay.  So -- and this is supported by
17 research -- you know, LGBT individuals face online
18 harassment at a much higher percent- -- I think,
19 actually, this in the declaration down below.  The
20 percentages are below, in the paragraph down below, that
21 we face online harassment at a higher rate.  Anti-gay
22 slurs are used not only against LGBT individuals but
23 against heterosexual individuals as a slur.  So when --
24 if you're opening the floodgates to "any speech is
25 allowed," marginalized communities, like the LGBT

Carlos Gutierrez - 11/12/2021

38

1  community, are going to become the bigger targets of
2  that hate speech and that awful speech than other
3  communities.
4      So we are, again, talking about the trans
5  ban on sports and gender-transforming surgery for teens.
6  Once those conversations come up, the amount of hate
7  speech that comes into these conversations is
8  significant; and if that is allowed without any kind of
9  restriction, it will have a unique and dangerous impact
10  in LGBTQ communities, especially for marginalized
11  individuals who are already being discriminated against
12  in their real lives and may be looking online for
13  support and resources.
14      So the impact on LGBT communities of such
15  a law will be greater, as it will be for all
16  marginalized communities that are dealing with hate
17  speech, you know, with an influx of hate speech as it
18  is, with content moderation.
19  Q.   With this hate speech against LGBTQ
20  communities, have you done any studies or research to
21  determine how much of that hate speech is religiously
22  motivated versus how much of it is not religiously
23  motivated?
24      MR. DISHER:  Objection, form.
25  A.   No.

39

1  Q.   (BY MR. WALTON)  Are you aware of either hate
2  speech or slurs against any part of the LGBTQ community
3  that is religiously motivated?
4      MR. DISHER:  Objection, form.
5  A.   Yes.
6  Q.   (BY MR. WALTON)  How does LGBT Tech -- or, I
7  guess, what is the policy on how to deal with hate
8  speech that would be religiously motivated?  Should that
9  speech be allowed because it's religiously motivated, or
10  should it be not allowed or censored or removed because
11  it's hate speech?  How do y'all deal with that tension
12  there?
13      MR. DISHER:  Objection, form.
14  A.   It's -- it's just that for your perspective,
15  that's just too much of a blanket statement.  I mean, it
16  depends on the speech.  Somebody saying, you know, "My
17  child's gay, and he won't be saved" is very different
18  than saying, "All fags should go to hell and burn in
19  hell."  Both are religiously motivated, but they would
20  be treated differently.  So it's not -- as a broad
21  category, I can't answer how religious speech on LGBT
22  would be treated because it's a much more nuanced
23  question than that.
24  Q.   (BY MR. WALTON)  Okay.  As far as the content
25  moderation policies that your group would advocate for,

40

1  how would you advocate for a content moderation policy
2  to deal with those nuances or differences?
3      MR. DISHER:  Objection, form.
4  A.   I can't answer that.  I haven't thought
5  through it that deeply to that specific issue, so I
6  don't have an answer for that.
7  Q.   (BY MR. WALTON)  Okay.  That's fine.
8      Well, I guess let's jump over to
9  Paragraph 9.  Now, we're fully on page 5 of this PDF.
10  And this is what you mentioned earlier about your
11  example of conversion therapy.
12      I guess just to pick up where I just left
13  off with that last question -- well, let me just ask it
14  this way:  Do you believe that all information about
15  conversion therapy should be removed from social media
16  platforms?
17      MR. DISHER:  Objection, form.
18  A.   All information supporting conversion therapy?
19  Q.   (BY MR. WALTON)  That's a good clarification.
20  Okay.  So, yeah, all information that would support
21  conversion therapy or any advocacy in favor of
22  conversion therapy, do you believe that that should be
23  removed from social media platforms?
24      MR. DISHER:  Objection, form.
25  A.   I don't -- I can't say that I would make that

41

1  a hundred percent blanket statement.  I -- there's just
2  a lot of difference in areas that I'm not aware of or,
3  you know, there are a lot of things that could be very
4  innocuous or innocent that -- so I can't answer that
5  question "yes" or "no."
6  Q.   (BY MR. WALTON)  Okay.  Then, you know, in --
7  in your perfect world, what would the content moderation
8  policy look like as applied to posts about conversion
9  therapy?
10      MR. DISHER:  Objection, form.
11  A.   I think that, you know, one of the areas I
12  would be very concerned about and focus on would be
13  misinformation, medical misinformation, or treating it
14  as medical information.  So, in a perfect world, any
15  conversion therapy posts or information that purports to
16  paint it as a valid medical or psychological procedure
17  should at least be restricted, if not banned.
18  Q.   (BY MR. WALTON)  And when you say
19  "restricted," what do you mean by that?
20  A.   Meaning, you know, moderated or allowed in
21  certain groups that are created for that purpose versus
22  generally being able to be anywhere on the internet.
23  Q.   I see.  Are you aware -- and I have to
24  ask this question because I'm not a social media guru --
25  but are you aware that on some social media platforms

42

1  that some information, some posts, could be removed
2  completely or some information or posts could be set
3  such that not as many people might see and then some
4  information or posts might just be flagged with an
5  information, whether it's, you know, "This has been fact
6  checked," or whatever, generally -- that's not the term
7  of art; and I don't want to put words in your mouth.
8  But when I start talking about examples like that, do
9  you know what I'm referring to?
10        MR. DISHER:  Objection, form.
11    A.  Yeah, like, shadow banning kind of techniques,
12  yeah, so where something can be devalued in an algorithm
13  because it's not seen as valuable information, it's
14  junky, or it's not verified.  So, yeah, that's one --
15    Q.  (BY MR. WALTON)  Okay.
16    A.  -- of the policies I think you're talking
17  about.
18    Q.  Sure.  And, you know, where -- I guess, among
19  those different types of options, what would you see the
20  best way is to deal with information advocating
21  conversion therapy?
22        MR. DISHER:  Objection, form.
23    A.  The answer is:  I don't know.  I've had a lot
24  of conversations with a lot of civil rights societies;
25  and I'm sure as you work through this, you'll see that

43

1  there's as many opinions on what the adequate remedy is
2  as there are people, you know, giving you the remedy.
3  So I don't know what the answer is.
4        You know, we -- we are -- like I said,
5  we're a three-person organization.  So we are focused on
6  raising issues that are important to us, but we are not
7  getting into the weeds on a lot of these issues in kind
8  of the granular detail that we're talking about here.
9  So it's not something that I've thought about in the
10  sense of developing policy of what should be done, you
11  know.  We're raising the alarm as to, you know,
12  unintended consequences of changes to a law that we feel
13  has protected the LGBT community.
14    Q.  (BY MR. WALTON)  Gotcha.  With regard to
15  information that promotes or advocates for conversion
16  therapy, do you think it would be sufficient for social
17  media platforms to just put a flag or put a note on all
18  of those posts that say, "Hey, this is medical
19  misinformation"; or do you think something more needs to
20  be done?
21        MR. DISHER:  Objection, form.
22    A.  Again, I don't know without looking at a
23  specific post and what -- the details on how it's
24  addressed and what information's in it.  I think that --
25  I couldn't answer that question just broadly because the

44

1  categories of that could be sliced so thinly in so many
2  ways that it -- you know, it's not a yes-or-no question,
3  in my mind.
4    Q.  (BY MR. WALTON)  Okay.  In Paragraph 9, while
5  we're still on it, you use the word "dangerous."  Are
6  there -- are there any other types of information other
7  than conversion therapy that you believe are dangerous?
8    A.  I gave --
9        (Simultaneous speakers.)
10        MR. DISHER:  Hold on.
11  Objection, form.
12        Go ahead.
13    A.  I gave you examples of other areas, without
14  being totally exhaustive, obviously; but transgender
15  content, you know, as we talk about transgender teens,
16  who are starting to talk about transitioning, there's
17  dangerous misinformation out there about what that
18  entails and definitely the wrong medical information
19  about the effects of transgender hormone therapies and
20  everything else.  So for transgender individuals,
21  definitely, you know, there's a whole area where when
22  they're exploring transitioning, there's a lot of
23  dangerous misinformation out there for them as an
24  example.
25    Q.  (BY MR. WALTON)  Sure.  So how do you -- if a

45

1  social media platform wanted to moderate content that
2  was dangerous, what sort of guidelines do they go by in
3  determining what's dangerous and what's not?
4        MR. DISHER:  Objection, form.
5    A.  I don't know what guidelines they go by.  I
6  haven't talked to social media companies specifically
7  about what specific guidelines they have, and they
8  wouldn't -- they wouldn't tell me even if I asked.
9    Q.  (BY MR. WALTON)  Sure.  What would you
10  recommend to them if they asked your opinion?
11        MR. DISHER:  Objection, form.
12    A.  When it comes to this type of content, I think
13  that -- I find it hard to answer these questions because
14  you're asking kind of a general statement on a category
15  without kind of -- me thinking about kind of all the
16  different levels of content that could be there.
17        And I think when you ask me, like, what
18  a general policy would look like ideally, this is the
19  problem that we run into in talking about it -- and
20  it's going to be the same problem we have in our
21  conversation -- is that I don't know exactly what it is
22  because there are different levels of content and there
23  are -- there is something that's very simple as saying,
24  you know, "I" -- you know, "I don't believe kids should
25  have any kind of hormone therapy" versus, you know, much

46

1  more dangerous information about hormone therapy being
2  really bad for an individual and unhealthy.  So medical
3  information like that is very different than somebody's
4  opinion.
5       So if we talk about this, I don't know
6  what I would advise because there's just 8 million ways
7  to slice this issue.  So I don't want to give you an
8  incomplete answer.
9    Q.  Sure.  No, I appreciate that.
10        MR. WALTON:  We've been going close to an
11  hour here.  Todd, do you mind if we take a brief break?
12        MR. DISHER:  Yes, that's fine.
13        MR. WALTON:  Okay.  Maybe -- maybe ten
14  minutes or so and then regroup?
15        MR. DISHER:  Sounds good.  So let's just
16  say 9:10 Eastern, 8:10 Central.
17        MR. WALTON:  I guess that would be 9:10
18  Central.
19        MR. DISHER:  Oh, you're right.  My laptop
20  is still on Central time.
21        MR. WALTON:  Oh, okay.  All right.
22        MR. DISHER:  9:10 Centr --
23        (Simultaneous speakers.)
24        MR. DISHER:  So 10:10 on my cell phone,
25  9:10 on my laptop.

47

1        THE WITNESS:  There you go.
2        MR. WALTON:  That's right.
3        MR. DISHER:  Okay.
4        THE WITNESS:  All right.  See you back in
5  ten.
6        MR. WALTON:  Are we off the record,
7  Debbie?
8        THE REPORTER:  We're going off the record
9  at 9:00 a.m.
10        (Off the record from 9:00 to 9:14 a.m.)
11        THE REPORTER:  We're going back on the
12  record at 9:14 a.m.
13    Q.  (BY MR. WALTON)  Mr. Gutierrez, we are back
14  after a brief break.  Are you ready to proceed with your
15  deposition?
16    A.  I am.
17    Q.  Let's go to Paragraph 10 of your declaration,
18  and we're at the bottom of the fifth page here in the
19  PDF file, still with Exhibit 1.  Do you see
20  Paragraph 10, sir?
21    A.  I do.
22    Q.  What if -- what if there was a social media
23  platform that was simply devoted to this sort of hate
24  speech that you describe here?  Should that platform be
25  subject to regulation?

48

1        MR. DISHER:  Objection, form.
2    A.  So you're saying that literally it's just
3  anti-trans and homophobic content?
4    Q.  (BY MR. WALTON)  Yes.
5    A.  Under current Section 230 that would be
6  protected, and I am a proponent of Section 230
7  protection.  So that website could be in its own space
8  with its own people.  It can regulate however it wants
9  its own content.
10    Q.  And I think we touched on this earlier; but in
11  content moderation, how do -- how do you distinguish
12  between hate speech that is religiously based and hate
13  speech that's not religiously based?
14        MR. DISHER:  Objection, form.
15    A.  I don't.  I've never made that distinction.
16    Q.  (BY MR. WALTON)  So if there was -- if there
17  was hate speech that was religiously motivated, how
18  should it be dealt with?
19        MR. DISHER:  Objection, form.
20    A.  Again, it's too broad of a category, you know.
21  It's about what the specific speech is.  And, you know,
22  I think it's more about what the viewpoint is rather than
23  what the viewpoint of the person making the speech is,
24  which is why we haven't gotten into kind of dissecting
25  between religious hate speech and other types of hate

49

1  speech.
2    Q.  (BY MR. WALTON)  I gotcha.  Well, let's just
3  take your first bullet point here in your Paragraph 10.
4  Let's say that there were some people who said that it
5  was their religious belief that transgender individuals
6  were mentally ill.  Should that speech be permitted, or
7  should it be censored?
8        MR. DISHER:  Objection, form.
9        You can answer if you can.
10        THE WITNESS:  I am.  I'm thinking about
11  how to answer this.
12        MR. DISHER:  Okay.  I just wanted to
13  clarify.
14        THE WITNESS:  Yeah.
15    A.  No, I'm answering -- yeah, I'm going to answer
16  the same way.  It's very hard for me to make a blanket
17  answer about speech and say any content is -- you know,
18  there's definitely degrees of what this means.  There's
19  definitely degrees of how it's said, the aggressiveness
20  of it, kind of.  I don't feel comfortable kind of making
21  a blanket statement that any type of speech as a general
22  category should be on or off a platform.
23    Q.  (BY MR. WALTON)  I gotcha.  And would that
24  apply then, to these types of speech that you've listed
25  for us in Paragraph 10?

50

1    A.  Yeah.
2         MR. DISHER:  Objection, form.
3         Go ahead.
4    A.  Yes.
5    Q.  (BY MR. WALTON)  Okay.
6    A.  It's -- you know, it's obscenity all over
7  again, you know, when you see a kind of question.  So
8  it's hard to say this is hate speech or this isn't hate
9  speech and go into categories that way.  There are a lot
10 of people who may feel things about transgender
11 individuals that are not correct that don't rise to the
12 level of hate speech; and whether it's religiously
13 motivated or not, it's not really what we look at.
14        And, also, just kind of saying whether --
15 you know, as a statement in general whether it should be
16 banned or not, again, it's not something I feel
17 comfortable, you know, saying "yes" or "no" to because
18 it's a very broad category; and there's a lot of nuances
19 that could come into play here.
20    Q.  Let's move down to Paragraph 11, and this is
21 the -- page 6 of the PDF file, still in Exhibit 1.  Do
22 you see Paragraph 11?
23    A.  I do.
24    Q.  The statistic that you cite here, "68 percent
25 of LGBTQ adults have encountered online hate and

51

1  harassment," do you know how much of that came from
2  social media platforms?
3    A.  I don't.
4    Q.  Okay.  And then the next statistic there,
5  "51 percent have been targeted for 'more severe forms of
6  online abuse,'" the same question:  Do you know how much
7  of that came from social media platforms?
8    A.  I don't.
9    Q.  And then the same question for the last stat
10 there in the paragraph.  It says, "Roughly 41 percent of
11 straight adults reported enduring any form of online
12 harassment."  Do you know how much of that came from
13 social media platforms?
14    A.  I don't.
15    Q.  The research that was done or the statistics
16 that we have here that say 68 percent -- going back to
17 the first that I asked you about -- that 68 percent of
18 LGBTQ adults have encountered online hate and
19 harassment, do you know how that compares to other
20 marginalized groups who may have encountered online hate
21 or harassment?
22    A.  I don't.
23    Q.  In Paragraph 12, just scrolling down the page
24 a little bit, the very last sentence there refers to
25 "rolling back the clock on social progress."  What do

52

1  you mean by that?
2    A.  It means that we have now gotten to a place
3  on social media sites where there is kind of a sense
4  of protection and culture and acceptance for LGBT
5  individuals that was not possible before the advent of
6  the internet, and allowing these places to be invaded by
7  hate speech without any kind of restriction would bring
8  us back to the place of constant harassment by
9  individuals who are anti-LGBT.  That's what we meant by
10 that sentence.
11    Q.  Going to Paragraph 13 -- and I know it starts
12 at the bottom of page 6; it continues to the top of
13 page 7 -- and I want to ask you about something that
14 actually appears at the top of page 7.  The first full
15 sentence that begins from the top of that page, it says,
16 "Put simply, few users -- gay, straight, trans; white,
17 black, brown; young or old -- want to scroll through
18 hateful content and messages."  Do you have any specific
19 data or research that goes behind that assertion?
20    A.  No.
21    Q.  So what is that assertion based on?
22    A.  Anecdotally.  You know, we work with a lot
23 of youth in homeless youth centers through our PowerOn
24 program; and we work with a lot of organizations where
25 harassment and kind of the ability to moderate their

53

1  sites and get rid of this content is crucial.  And we
2  know that there have been attacks on sites that make
3  them unusable through hate speech or through people
4  basically DoS'ing, you know, the websites and people.
5  So it is more anecdotal than anything else.  I didn't
6  rely on specific statistics or a research paper for
7  that.
8    Q.  What if there were a way for a social media
9  platform to allow their individual users to moderate
10 their own content?  What would you think -- what would
11 you think of that?
12        MR. DISHER:  Objection, form.
13    A.  I mean, any -- any tool that gives more
14 privacy to a user is something that we've advocated for
15 in the past.
16    Q  (BY MR. WALTON)  The next sentence there, the
17 last clause says that, "many users will flee these
18 platforms."  And feel free to read the whole sentence if
19 you need to refresh your memory.  For the sake of time,
20 I won't read it out loud to you.
21        But after you've had a chance to read
22 that, my question is just:  What is your support for
23 saying that many users will flee these platforms under
24 the circumstances you describe there?
25    A.  Anecdotal.  And knowing from our community

54

1   what happens when sites are overrun by hateful content,
2   and how people move to other sites. So it's anecdotal.
3   It's not based on research.
4       Q.   Okay. And then, would that be the same for
5   the last sentence, "At the very least, many will engage
6   less"? Is that based on any research or data?
7       A.   Anecdotal, correct.
8       Q.   Let's go to Paragraph 14.
9            We're getting close here, aren't we?
10      A.   Yes.
11      Q.   Let's look at Paragraph 14. It refers to --
12  ah, the sentence that begins in the middle of that
13  paragraph, "But if a State like Texas can force a
14  private company to abandon its values and to host all
15  viewpoints, then State lawmakers and their viewpoints
16  and values will come to define the internet." What do
17  you mean by that?
18      A.   If we allow States to kind of dictate the
19  content on moderated websites -- and it's mostly for
20  that. You know, the people behind HB 20 have talked
21  about the need for conservative voices to be heard more.
22  Our fear is that when you have a state lawmaker making
23  law based on a viewpoint that they want to definitely
24  push themselves, then, marginalized communities are not
25  going to win.

55

1            So we all know that laws go on the books.
2   Laws are not always neutrally applied, and they're
3   definitely not always applied neutrally to marginalized
4   communities. So even though you may have a viewpoint-
5   neutral law, as it's supposed to be, the enforcement of
6   that law would reflect the values of the State that
7   imposed that law.
8       Q.   So just to be clear, are you -- are you
9   opposed to HB 20 because of what it says in black and
10  white or because of how you are afraid it may be
11  enforced or maybe both?
12      A.   I --
13           MR. DISHER: Objection, form.
14           Go ahead.
15      A.   I'm opposed to what it says in black and white
16  about content moderation.
17      Q.   (BY MR. WALTON) Okay. A minute ago you were
18  talking about how you were afraid it might be enforced.
19  Do you have any concerns as to how HB 20 might be
20  enforced?
21      A.   I have concerns about how any law that tries
22  to dictate viewpoint would be enforced in any
23  circumstance, not just HB 20.
24      Q.   I guess, explain to me how HB 20 dictates
25  viewpoint.

56

1            MR. DISHER: Objection, form.
2       A.   It allows hate speech on platforms without
3   giving them a chance to take it down. So it forces
4   platforms to adopt speech that they might not adopt
5   otherwise.
6       Q   (BY MR. WALTON) Okay. When you say
7   "platforms adopting speech," what -- I guess, what does
8   that mean? I'm confused by that.
9       A.   Meaning that --
10           MR. DISHER: Objection, form.
11      A.   Meaning that platforms would have to allow
12  speech on their sites that they may not agree with under
13  HB 20. So they would have to adopt speech that they're
14  not -- yeah, so it is not -- it would force content on
15  platforms that they may not want on their platforms for
16  whatever reason.
17      Q.   (BY MR. WALTON) And going back to that
18  sentence, then, that I just read, how does this -- I
19  guess I don't understand the last part of that sentence.
20  So explain to me how HB 20 causes the lawmakers and
21  their viewpoints and values to define the internet.
22           MR. DISHER: Objection, form.
23      A.   Well, if you are passing a law that doesn't
24  allow discretion for platforms to make their own content
25  decisions and the stated, kind of, impetus behind the

57

1   law is to allow more conservative voices, then more
2   conservative voices will be on the platform, meaning the
3   content decisions will be affected by this law.
4       Q.   (BY MR. WALTON) That next sentence refers to
5   "state-run media." What do you mean by that?
6       A.   Again, if lawmakers are now dictating
7   viewpoint and what content that a platform can do, that
8   would be a kind of form of state-run media now, where
9   the State's dictating content for platforms.
10      Q.   So what content is the State dictating here?
11      A.   It --
12           MR. DISHER: Objection, form.
13      A.   It would be forcing websites and social media
14  sites to host content that they may not necessarily
15  agree with.
16      Q.   (BY MR. WALTON) And is this the content of
17  state lawmakers?
18           MR. DISHER: Objection, form.
19      A.   Is it the content of state lawmakers? I
20  don't -- I can't speak specifically to state lawmakers,
21  but it is a State telling a media company that they have
22  to host content that they may not host otherwise. So it
23  is a state-imposed prohibition or content moderation
24  policy or lack of content moderation policy that the
25  company might not otherwise get involved in.

58

1    Q   (BY MR. WALTON)  Let me -- let me look at my
2  notes here, and I may have a few other specific
3  questions for you.  I certainly appreciate your time
4  here today.
5         If you're going to -- if you're going to
6  sign up -- you mentioned earlier that you do some work
7  with Facebook as far as consulting or -- anyway, I don't
8  want to put words in your mouth -- but you're familiar
9  with Facebook, have some interactions with them; you're
10 also under a non-disclosure agreement.  So I don't want
11 to ask you anything that might be subject to that.  But
12 I think I have this straight -- and I think this is
13 public information, but you -- you tell me how it works.
14 If you want to sign up for a Facebook account, what
15 information do you have to provide in order to just open
16 a Facebook account?
17    A.  I --
18         MR. DISHER:  Objection, form.
19    A.  I got my Facebook kind of like 15 years ago,
20 so I have no idea.
21    Q   (BY MR. WALTON)  Okay.
22    A.  I'm in -- yeah, I'm in the older generation
23 that got it.  So it's been probably about 15, 20 years
24 since I've opened an account on Facebook.  So I can't
25 answer that question.  I don't -- I don't know.

59

1    Q.  Okay.  That's fine.
2         Maybe you can walk me through this:  For
3  somebody who is getting harassed or bullied today --
4  let's say it's on Facebook or some other social media
5  platform.  You know, despite the current content
6  moderation policies, they still feel that they're
7  getting harassed or bullied.  What -- what -- do they
8  have any legal recourse?
9         MR. DISHER:  Objection, form.
10    A.  I -- I can't answer that question.  I don't
11 know --
12    Q.  (BY MR. WALTON)  Okay.
13    A.  -- if they have legal recourse or not.
14    Q.  I mean, can they sue the social media
15 platform?
16         MR. DISHER:  Objection, form.
17    A.  I don't think so, but I'm not a hundred
18 percent sure on that.
19    Q.  (BY MR. WALTON)  Okay.  Is that because of
20 Section 230?
21         MR. DISHER:  Objection, form.
22    A.  I mean, Section 230 would prevent companies
23 from lawsuits based on their content moderation
24 policies.  So, yes, broadly, Section 230 would protect
25 companies from content moderation policies.

60

1    Q   (BY MR. WALTON)  Okay.  When a social media
2  platform has a content moderation policy in place, how
3  transparent should they be with their users as to what
4  that content moderation policy is?
5         MR. DISHER:  Objection, form.
6    A.  I think it's a balance between kind of making
7  sure that the policy is not so public that it can be
8  circumvented and giving enough information for people to
9  have resources and kind of, you know, actionable steps
10 they can take if they're being harassed.  So it is kind
11 of a mix.
12         I understand kind of the need to keep
13 some things private and inside the company so that
14 they're -- you know, so that the processes are not being
15 circumvented; but there is definitely a need for
16 transparency around kind of how these decisions are
17 made, for sure.  That can always be improved.
18    Q.  (BY MR. WALTON)  Social media platforms
19 today, right now, do you think there needs to be more
20 transparency than they're currently giving regarding
21 their content moderation policies?
22    A.  I think --
23         (Simultaneous speakers.)
24         MR. DISHER:  Hold on.  Hold on.
25 Objection, form.

61

1    A.  I think transparency's always good, period.
2  In any of these -- you know, in every -- in every kind
3  of situation and area that we've talked about, I've
4  always advocated for more transparency and more clarity
5  around resources and recourse for actions.  So
6  transparency's always something that we advocate for.
7    Q.  (BY MR. WALTON)  Sure.  I guess -- so earlier
8  we talked a little bit about content moderation
9  policies, about how, you know, they are what they are
10 today; you think maybe they can improve some in the
11 future.
12         How would you -- where on that spectrum
13 would you put the current transparency as far as
14 companies' content moderation policies?  Are they as
15 transparent as they need to be; or do you think there's
16 room for improvement there, too?
17         MR. DISHER:  Objection, form.
18    A.  I think there's always room for improvement in
19 transparency from social media.
20    Q.  (BY MR. WALTON)  Okay.  And just to clarify,
21 I think I asked you early on this morning whether LGBT
22 Tech itself was a social media platform; and I believe
23 you responded that it was not.  Did I get that right?
24    A.  Correct.
25    Q.  Okay.  So if -- let's say if HB 20 went into

62

1 effect, is there anything that LGBT Tech would be
2 required to do differently to comply with HB 20?
3      MR. DISHER: Objection, form.
4      A.  I -- I don't know.  I haven't looked at the
5 bill closely enough to look at the definitions and
6 everything.  I mean, I know it applies to platforms over
7 50 million; but I haven't really thought about the HB 20
8 impact.  As far as I know, there is no impact; but I
9 don't know.  I haven't thought about it.
10      Q   (BY MR. WALTON)  Okay.  But LGBT Tech doesn't
11 have, you know, an action plan to comply with HB 20
12 right now?
13      A.  No.
14      MR. DISHER: Objection, form.
15      Q.  (BY MR. WALTON)  Why is LGBT --
16      (Simultaneous speakers.)
17      THE WITNESS: -- Todd.
18      MR. WALTON:  Sorry.  I didn't mean to cut
19 anybody off.
20      THE WITNESS:  Sorry, yeah.
21      Q.  (BY MR. WALTON)  Why is LGBT Tech supporting
22 this lawsuit?
23      A.  Because we feel it's important to kind of
24 stop laws that mandate -- or that affect content
25 moderation, wherever they're at, if we can.  It really

63

1 is just -- you know, it's an issue that we feel it's not
2 getting enough attention in the LGBT community or it may
3 have, like, kind of the unintended consequences that can
4 happen from laws like this for our community.
5      And if you look at the declaration, it
6 really is kind of highlighting kind of the dangers
7 that LGBT individuals face online that are a greater
8 proportion than other communities and ringing the alarm
9 that, you know, you can't kind of change these laws
10 without some of these things affecting marginalized
11 communities like ours.
12      So that's -- that's why we think it's
13 important to speak out, when we can, on the issue.
14      Q.  If social media platforms did not have any
15 content moderation policy and their leadership refused
16 to implement any content moderation policy, would you --
17 would you support a law that required them to moderate
18 content such as hate speech?
19      MR. DISHER: Objection, form.
20      A.  I can't answer that just at a broad level.  I
21 don't know what the law would be.  I don't know what
22 specifics there would be.  It's also kind of a weird
23 kind of hypothetical in a way that no social media
24 company wouldn't have any content moderation.  So I just
25 don't think it's realistic, so I can't really answer

64

1 that.
2      Q.  (BY MR. WALTON)  Okay.  Why is LGBT Tech not a
3 plaintiff in this lawsuit?
4      MR. DISHER: Objection, form.
5      A.  For us, resources.  We -- I'm the only person
6 who does every policy position that I talked to you
7 about.  We have the ability to weigh in with a four-page
8 declaration; but we don't have either the economic or
9 the time and resources to take on a case like this as a
10 plaintiff.
11      It's a whole different animal, as you
12 know, to be a plaintiff than a declarant.  So we kind of
13 insert ourselves where we can, where we can do something
14 impactful with very little time or money investment; and
15 that's what we thought here was the opportunity to do.
16      MR. DISHER:  Todd, do you mind if we take
17 another brief break here?
18      MR. DISHER:  Yeah, I mean, do you want to
19 just -- are you determining how much more you have; or
20 what's your thought here?
21      MR. WALTON:  Yeah.  Yeah, I think I'm
22 pretty close here; and if you give me five or ten
23 minutes, I think we can wrap this up really fast.
24      MR. DISHER:  Okay.  You want to just do a
25 five-minute break then?

65

1      MR. WALTON:  Yeah, that's fine.
2      MR. DISHER:  Okay.
3      THE REPORTER:  We're going off the record
4 at 9:41 a.m.
5      (Off the record from 9:41 to 9:46 a.m.)
6      THE REPORTER:  We're going back on the
7 record at 9:46 a.m.
8      Q   (BY MR. WALTON)  Well, Mr. Gutierrez, are you
9 ready to proceed with your deposition?
10      A.  I am.
11      Q.  Well, I have some good news for you.  I have
12 looked over my notes; and I can say that at this point,
13 I have no further questions at this time.
14      And I will pass the witness.
15      THE WITNESS:  That is really good news.
16 Thank you.
17      MR. DISHER:  Nothing from us at this
18 time.  Thank you all.
19      MR. WALTON:  All right.  Well, thank you
20 for your time, Mr. Gutierrez.  We appreciate it.
21      THE WITNESS:  Thank you.  Bye everyone.
22      THE REPORTER:  This concludes the
23 deposition at 9:46 a.m.
24      (Deposition adjourned at 9:46 a.m.)
25      (Signature not requested.)

66

1   STATE OF TEXAS)
2          REPORTER'S CERTIFICATION
3          I, DEBBIE D. CUNNINGHAM, CSR, hereby certify
4   that the witness was duly sworn and that this transcript
5   is a true record of the testimony given by the witness.
6          I further certify that I am neither counsel
7   for, related to, nor employed by any of the parties or
8   attorneys in the action in which this proceeding was
9   taken.  Further, I am not a relative or employee of any
10  attorney of record in this cause, nor am I financially
11  or otherwise interested in the outcome of the action.
12         I further certify that pursuant to FRCP
13  Rule 30(f)(1) that the signature of the deponent was not
14  requested by the deponent or a party before the
15  completion of the deposition.
16         Subscribed and sworn to by me this day,
17  November 14, 2021.
18
19
20
21         _____
            Debbie D. Cunningham, CSR
22
23
24
25

**Numbers**

**10:10** 46:24
**12-5** 15:16
**2015** 10:1
**2019** 13:9
**2021** 5:4
**2065** 5:11
**230** 10:14 13:2,5,7,
   10 20:8 24:6,9,14,
   16,19 25:1,4,9,11,
   16,17 26:1 48:5,6
   59:20,22,24
**8:02** 5:4
**8:10** 46:16
**9:00** 47:9,10
**9:10** 46:16,17,22,25
**9:14** 47:10,12
**9:41** 65:4,5
**9:46** 65:5,7,23,24

**A**

**a.m** 5:4 47:9,10,12
   65:4,5,7,23,24
**abandon** 54:14
**ability** 21:18 30:3
   31:2 52:25 64:7
**able** 14:7 16:3,13
   21:11 26:7 28:21
   34:19 36:20 41:22
**absolutely** 8:16
**abuse** 51:6
**academics** 17:7
**acceptable** 15:10
**acceptance** 52:4
**access** 21:15 33:24
**account** 58:14,16,24
**across** 11:21 29:22
**Act** 13:4
**action** 62:11
**actionable** 60:9
**actions** 61:5
**actually** 9:12 26:17
   37:19 52:14
**add** 25:17
**address** 31:18
**addressed** 43:24
**adequate** 28:11,13,19,

23 29:4 31:8,12,24
   32:3,8 43:1
**adjourned** 65:24
**administering** 5:11
**adopt** 56:4 56:4,13
**adopting** 56:7
**adults** 50:25 51:11,
   18
**advent** 52:5
**advise** 46:6
**advising** 22:21
**advocacy** 40:21
**advocate** 26:1 28:23
   39:25 40:1 61:6
**advocated** 53:14 61:4
**advocates** 36:5 43:15
**advocating** 42:20
**affect** 62:24
**affected** 13:5 30:25
   57:3
**affecting** 23:14
   63:10
**affiliated** 11:24
   17:20
**affiliation** 17:13,14
**afraid** 55:10,18
**after** 9:19,21 47:14
   53:21
**again** 23:1 27:2,3
   31:1 37:11 38:4
   43:22 48:20 50:7,
   16 57:6
**against** 23:2,3,6
   32:9 37:22,23
   38:11,19 39:2
**age** 23:9 26:20
**agencies** 10:8
**aggressiveness**
   49:19
**ago** 9:25 55:17 58:19
**agree** 56:12 57:15
**agreed** 13:15
**agreement** 58:10
**ahead** 7:16 8:5 13:20
   14:21,25 16:10
   25:23 27:19 28:15
   31:7 37:7 44:12
   50:3 55:14
**alarm** 43:11 63:8
**algorithm** 42:12

**allow** 6:22 7:21 53:9
   54:18 56:11,24
   57:1
**allowed** 24:20 25:1
   29:17 30:5 33:9
   35:1 37:25 38:8
   39:9,10 41:20
**allowing** 52:6
**allows** 29:12 56:2
**already** 7:20 25:3
   38:11
**also** 6:4 20:11 22:20
   50:14 58:10 63:22
**alternative** 33:11
**although** 7:8
**always** 24:13 55:2,3
   60:17 61:1,4,6,18
**American** 20:18
**among** 42:18
**amount** 35:1 38:6
**anecdotal** 53:5,25
   54:2,7
**Anecdotally** 52:22
**animal** 64:11
**another** 6:23 7:25
   8:14 12:6 34:14
   64:17
**answer** 13:20 25:22
   28:15 31:14,24
   32:3 37:7 39:21
   40:4,6 41:4 42:23
   43:3,25 45:13 46:8
   49:9,11,15,17
   58:25 59:10 63:20,
   25
**answering** 7:22 49:15
**answers** 6:16,22 7:17,
   25 8:14 27:4
**anti-conversion**
   36:6
**Anti-gay** 37:21
**anti-LGBT** 52:9
**anti-trans** 36:14
   48:3
**anti-transgender**
   34:7
**anybody** 62:19
**anyone** 14:17 30:3
**anything** 19:14 25:17
   25:17 29:20 53:5

58:11 62:1
**anyway** 58:7
**anywhere** 41:22
**apologize** 28:2
**appear** 16:7
**appearances** 5:15
**appears** 52:14
**applied** 41:8 55:2,3
**applies** 62:6
**apply** 49:24
**appreciate** 46:9 58:3
   65:20
**apps** 31:9
**April** 13:11
**area** 10:11 44:21
   61:3
**areas** 20:7 22:1,5
   24:7 41:2,11 44:13
**aren't** 54:9
**arise** 29:25
**arises** 30:2
**around** 10:1 13:4
   17:18 20:13 21:1
   35:17 60:16 61:5
**art** 42:7
**ask** 7:13 8:3,5,7
   12:25 20:1 23:5
   29:23 40:13 41:24
   45:17 52:13 58:11
**asked** 9:19 11:9
   13:13 14:6 18:15
   27:20 37:11 45:8,
   10 51:17 61:21
**asking** 6:15 7:22 8:4
   12:23 16:19,20
   18:13 45:14
**assertion** 52:19,21
**athlete** 34:9
**attacks** 34:7 53:2
**attention** 32:14 63:2
**attitudes** 27:12,23
**Attorney** 6:13 7:1
**Austin** 5:13 6:4,5
**avatar** 22:11,13
**avatars** 22:7
**aware** 20:9 35:10
   39:1 41:2,23,25
**awful** 38:2

**B**

**back** 6:23 7:25 8:14
   13:11 26:16 27:5
   47:4,11,13 51:16,
   25 52:8 56:17 65:6
**bad** 33:21 34:11 46:2
**balance** 60:6
**ban** 38:5
**banned** 41:17 50:16
**banning** 42:11
**bans** 34:9
**based** 35:4,5 48:12,
   13 52:21 54:3,6,23
   59:23
**basically** 53:4
**become** 9:18 31:9
   32:2 34:3 36:9
   38:1
**becomes** 22:11
**before** 6:22 7:22,25
   8:14,18 9:15 12:24
   14:22 24:18 35:20
   52:5
**beginning** 5:15
**begins** 20:2 52:15
   54:12
**behind** 52:19 54:20
   56:25
**being** 5:7 14:6 21:11
   23:6,17 25:5 28:21,
   24 31:22 32:15
   34:19 38:11 41:22
   44:14 46:1 60:10,
   14
**belief** 49:5
**believe** 13:21 15:1,2
   17:16 20:1 26:14
   28:7 40:14,22 44:7
   45:24 61:22
**below** 37:19,20,20
**Ben** 6:3,12
**benefits** 20:22
**best** 9:12 30:21
   42:20
**better** 32:2,14
**between** 12:17 27:25
   29:7 48:12,25 60:6
**bigger** 38:1
**bill** 30:21 62:5
**bills** 34:7

**bit** 12:21 16:17
   51:24 61:8
**black** 52:17 55:9,15
**blanket** 39:15 41:1
   49:16,21
**block** 33:9,21 34:19
**board** 12:9
**books** 55:1
**both** 25:25 39:19
   55:11
**bottom** 32:22 36:18
   47:18 52:12
**break** 8:13,15 46:11
   47:14 64:17,25
**breeding** 31:9
**brief** 9:10 46:11
   47:14 64:17
**bring** 25:25 52:7
**broad** 20:19 21:2
   26:24 27:9 27:9
   39:20 48:20 50:18
   63:20
**broadband** 20:14
**broadly** 43:25 59:24
**brown** 52:17
**building** 23:11
**bulk** 16:18
**bullet** 26:10 28:10
   29:3 31:7 49:3
**bullied** 59:3,7
**bullying** 31:10 32:10
   35:2,8,14
**bunch** 25:25
**burn** 39:18
**business** 10:5 10:5
   17:19 34:5
**busy** 14:8
**Bye** 65:21

**C**

**call** 6:19
**calling** 34:11
**came** 9:11 27:25 51:1,
   7,12
**can** 6:10,11,16,21
   7:23 8:13 15:5,7,8
   21:3 22:23 23:2,4
   24:4 25:22 30:20
   31:9 32:13 32:13,

14 33:19 34:3,13
35:9,15 36:1 37:11
42:12 48:8 49:9
49:9 54:13 57:7
59:2,14 60:7,10,17
61:10 62:25 63:3,
13 64:13 64:13,23
65:12
**cannot** 34:13
**can't** 39:21 40:4,25
41:4 57:20 58:24
59:10 63:9,20,25
**capacity** 14:10 14:10
**Carlos** 5:6
**case** 13:15 64:9
**categories** 44:1 50:9
**category** 21:7 39:21
45:14 48:20 49:22
50:18
**causes** 56:20
**cell** 46:24
**censored** 39:10 49:7
**censoring** 33:8
**Center** 11:5,22,24
17:12
**CenterLink** 12:4
**centers** 10:23 11:15,
16,24 12:1,5 17:15,
17,22 18:1,2 52:23
**Centr** 46:22
**Central** 5:4 46:16,18,
20
**certain** 35:8 41:21
**certainly** 8:13 27:6
35:15 58:3
**cetera** 12:9 18:19
**chance** 53:21 56:3
**change** 25:17 33:15
63:9
**changes** 14:23 25:5,
24 43:12
**changing** 25:4 30:24
**Channel** 9:14 9:14
**chapters** 11:21
**chat** 15:4,15
**chatting** 13:7
**checked** 42:6
**child's** 39:17
**Chris** 14:22
**Christopher** 11:2

12:15,17
**Church** 5:25 21:16
**circumstance** 55:23
**circumstances** 53:24
**circumvented** 60:8,15
**cisgender** 26:18
**cite** 50:24
**city** 5:24
**civil** 11:6 28:16
35:16 42:24
**clarification** 8:5
37:10 40:19
**clarify** 8:7 18:14
49:13 61:20
**clarity** 61:4
**clause** 53:17
**clear** 7:18 8:6 9:3
55:8
**clock** 51:25
**close** 46:10 54:9
64:22
**closely** 62:5
**combat** 34:17
**come** 9:19 13:1 29:22
34:3 35:1 36:6
38:6 50:19 54:16
**comes** 10:13 29:3
38:7 45:12
**comfortable** 49:20
50:17
**coming** 11:8
**communities** 20:5,6,
12,15,18,21 21:1,4,
14,25 23:10 24:15,
17,20,21 25:13
26:20 30:7,23 32:2,
20 33:1,24 35:17
36:24 37:25 38:3,
10,14,16,20 54:24
55:4 63:8,11
**community** 12:3 18:2
21:13,18 23:11,14,
23 24:10,15 25:6
26:22 28:17 30:25
31:5 38:1 39:2
43:13 53:25 63:2,4
**companies** 17:7,8
22:10,21 25:2
28:18 31:15,20
32:16,18 45:6

59:22,25 61:14
**company** 54:14 57:21,
25 60:13 63:24
**compared** 26:18
**compares** 51:19
**completely** 42:2
**comply** 62:2,11
**concern** 20:5,6 21:4,
5 25:5 30:10
**concerned** 32:23 33:8
41:12
**concerns** 22:3 23:22
24:9 29:24,25
55:19,21
**concludes** 65:22
**conduct** 34:4
**conducted** 5:7
**confused** 56:8
**connected** 24:9
**consequences** 43:12
63:3
**conservative** 54:21
57:1,2
**constant** 52:8
**consulting** 58:7
**contained** 17:2
**content** 29:4,8,18,20
30:2,23 31:8,11,24
32:3,6,9,15 33:9,
14 36:15 38:18
39:24 40:1 41:7
44:15 45:1,12,16,
22 48:3,9,11 49:17
52:18 53:1,10 54:1,
19 55:16 56:14,24
57:3,7,9,10,14,16,
19,22,23,24 59:5,
23,25 60:2,4,21
61:8,14 62:24
63:15,16,18,24
**context** 29:25
**continue** 31:21 32:1
**continues** 52:12
**control** 28:20,24
29:8,9,13
**controlled** 36:10
**controls** 28:11,13,19,
23 29:25 30:10
**conversation** 31:17
45:21

conversations 12:16
    13:12 32:1,18 38:6,
    7 42:24
conversion 33:7,10,
    20 36:2,4,5,9,12
    40:11,15,18,21,22
    41:8,15 42:21
    43:15 44:7
convert 33:15
coordinate 12:10
copy 15:3 16:13
Corbello 6:5
corporations 10:9
correct 50:11 54:7
    61:24
could 15:19,20 36:11
    41:3 42:1,2 44:1
    45:16 48:7 50:19
couldn't 43:25
Counsel 5:6,14,16
    6:3 9:13
counterparts 26:21
country 11:21
couple 7:1 21:9
court 6:25 7:5,11
    15:5,20
Courtney 6:5
courtroom 7:7,8
courts 13:22
covered 16:23 26:4
created 41:21
critical 20:3
crucial 25:12 53:1
culture 52:4
Cunningham 5:10
current 10:3 48:5
    59:5 61:13
currently 17:16 32:7
    60:20
cut 62:18
cyber 31:10

## D

daily 32:25 34:24
dangerous 38:9 44:5,
    7,17,23 45:2,3
    46:1
dangers 23:15 30:23
    63:6

data 20:24 22:12
    28:24,25 29:14
    52:19 54:6
data's 23:18
date 5:3
deal 39:7,11 40:2
    42:20
dealing 10:9 38:16
dealt 48:18
Debbie 5:10 47:7
decisions 56:25 57:3
    60:16
declarant 64:12
declaration 9:1
    12:22,25 13:1,14,
    24 14:16,18 15:1,4,
    16 16:7,18 19:15
    20:10 26:6,8 33:6
    35:22 36:20 37:1,
    19 47:17 63:5 64:8
deeply 40:5
Defendant 6:4
define 54:16 56:21
definitely 35:16,18
    44:18,21 49:18,19
    54:23 55:3 60:15
definitions 62:5
degrees 49:18,19
Democracy 11:5 17:12
depends 39:16
deposition 5:5,12
    6:14 8:12,18,23
    15:21 20:9 27:4
    35:20 47:15 65:9,
    23,24
Deputy 5:6
describe 10:2 21:3
    47:24 53:24
described 12:12
describes 16:24
description 9:10
despite 59:5
detail 43:8
details 43:23
determine 10:12
    11:11 12:7,10
    38:21
determining 10:24
    45:3 64:19
devalued 42:12

developing 43:10
devoted 47:23
dictate 54:18 55:22
dictates 55:24
dictating 57:6,9,10
difference 29:7 41:2
differences 40:2
different 10:13
    17:10 18:24 20:7
    22:8 23:20 31:19
    39:17 42:19 45:16,
    22 46:3 64:11
differentiate 27:25
differently 39:20
    62:2
difficult 33:18
digital 10:14 20:16,
    17 22:25 31:9
Director 5:6 11:2
    12:15 14:23
directors 12:8
Discovery 9:14 9:14,
    16,19
discretion 56:24
discriminated 23:2,3,
    6 38:11
discrimination 23:7
discuss 11:1,3,7
discussing 18:19
discussion 28:17,18
    31:4,15
Disher 5:17 8:25
    15:11
dispersed 23:19
dissecting 48:24
distinction 48:15
distinguish 48:11
distributes 10:6
divide 10:14 20:16,
    17 23:1
doctor 21:15
doctors 21:18
document 15:6,8,17,
    19 16:1,12,13
Does 7:18,19 11:13
    11:13 16:7,9 18:11
    26:13 32:18 39:6
    56:7,18 64:6
doesn't 21:23 56:23
    62:10

**doing** 9:15,17 30:20
  32:16
**done** 13:6,7 15:2
  27:16 35:5,10
  38:20 43:10,20
  51:15
**DoS'ing** 53:4
**down** 16:25 28:6 33:6
  36:17 37:19,20
  50:20 51:23 56:3
**download** 15:5,19
**drive** 35:2,9
**drowned** 34:18 36:14
**duly** 6:7
**duties** 10:2
**dyke** 29:20

**E**

**each** 6:17 8:6,8 21:7
**earlier** 12:12 23:9,
  24 26:20 40:10
  48:10 58:6 61:7
**early** 61:21
**easiest** 15:3
**Eastern** 46:16
**economic** 64:8
**effect** 33:25 62:1
**effects** 44:19
**either** 23:25 25:7
  39:1 64:8
**Ellie** 12:15
**eloquently** 30:20
**else** 14:17 34:25
  44:20 53:5
**e-mail** 18:6,21 19:10
**employees** 12:14
**encountered** 50:25
  51:18,20
**encryption** 10:14
  13:5 20:11,12
**end** 8:13 35:19
**enduring** 51:11
**enforced** 55:11,18,20,
  22
**enforcement** 55:5
**engage** 10:8 20:2
  54:5
**engines** 27:17
**enough** 60:8 62:5

  63:2
**entails** 44:18
**entities** 12:12 18:18,
  21
**environments** 20:20
  22:6
**equipment** 10:23
**especially** 20:18
  21:22 38:10
**established** 16:11
**even** 7:23 34:21
  41:23 45:8 55:4
**ever** 6:18 6:18,20
  8:3,18
**every** 31:2 61:2 61:2
  64:6
**everybody** 15:5
**everyone** 15:9 34:25
  65:21
**everything** 7:12
  44:20 62:6
**evolving** 31:21
**exactly** 17:17 45:21
**example** 7:11 21:10
  22:2 24:22 29:9
  33:7,10,18 36:2
  40:11 44:24
**examples** 21:9 42:8
  44:13
**Executive** 11:2 12:15
  14:23
**exhaustive** 44:14
**Exhibit** 15:20,22
  17:3 47:19 50:21
**exhibits** 26:14
**expectations** 7:4
**explain** 7:17 55:24
  56:20
**explore** 23:5
**exploring** 23:12
  44:22
**expressed** 19:21
**extent** 33:1 35:8

**F**

**face** 37:17,21 63:7
**Facebook** 19:5,12,13
  23:25 23:25 24:1,3
  58:7,9,14,16,19,24

  59:4
**Facebook's** 19:16
**facing** 23:7
**fact** 42:5
**fags** 39:18
**fair** 7:18
**Falls** 5:25
**familiar** 58:8
**far** 7:3 23:24 39:24
  58:7 61:13 62:8
**fast** 64:23
**favor** 25:8 40:21
**fear** 54:22
**federal** 13:3
**feedback** 11:25 12:2
  37:10
**feel** 8:7 18:20 24:18
  34:15 43:12 49:20
  50:10,16 53:18
  59:6 62:23 63:1
**felt** 24:23 30:21
**few** 23:2 33:19 52:16
  58:2
**fifth** 47:18
**file** 28:8 47:19
  50:21
**filed** 19:15
**filter** 34:19
**final** 31:24 32:5
**find** 23:4 45:13
**finding** 23:11
**fine** 27:6 40:7 46:12
  59:1 65:1
**finish** 6:22 7:22
**finished** 7:24
**firm** 9:17
**first** 8:21,22 9:16
  16:23 17:3 20:2
  24:22 26:10 28:10
  36:23 37:14 49:3
  51:17 52:14
**five** 64:22
**five-minute** 64:25
**flag** 43:17
**flagged** 42:4
**flee** 53:17,23
**Flipping** 36:17
**flooded** 33:14
**floodgates** 37:24
**Florida** 13:18,21,24

Florida's 14:13
flourish 24:20
flourishing 25:12
focus 41:12
focused 30:25 43:5
follows 6:7
force 54:13 56:14
forces 56:3
forcing 36:8 57:13
forgive 18:17
form 13:19 14:20,24
    18:10 19:18 25:10,
    21 27:18 28:14
    30:1,14 31:13 32:5,
    12 34:1 37:6 38:24
    39:4,13 40:3,17,24
    41:10 42:10,22
    43:21 44:11 45:4,
    11 48:1,14,19 49:8
    50:2 51:11 53:12
    55:13 56:1,10,22
    57:8,12,18 58:18
    59:9,16,21 60:5,25
    61:17 62:3,14
    63:19 64:4
formal 17:13,14
formed 9:21,22
forms 51:5
Forum 11:6
forums 31:9 33:12
forward 32:20
foundational 24:16
four-page 64:7
free 8:7 24:23 53:18
Friday 5:3
friend 9:12
from 5:12 6:13 12:2
    16:12 22:4 22:4
    25:3,24 27:4,5
    30:23 32:22 40:15,
    23 47:10 51:1,7,12
    52:15 53:25 59:23,
    25 61:19 63:4 65:5,
    17
front 7:7 15:23
    35:19
full 32:23 52:14
full-time 12:13
fully 40:9
function 15:4,15

further 33:6 65:13
Future 11:5 61:11

G

gave 44:8,13
gay 29:11 39:17
    52:16
gender 22:8 34:14
gender-transforming
    38:5
General 5:6 9:13
    45:14,18 49:21
    50:15
generally 28:23
    32:15 41:22 42:6
General's 6:13
generation 58:22
Geolocation 22:15
get 11:25 12:24
    13:16 18:20 19:20
    34:22 37:12 53:1
    57:25 61:23
gets 22:12
getting 25:4 43:7
    54:9 59:3,7 63:2
give 6:21 9:10 21:9
    25:2 46:7 64:22
given 8:18 10:25
gives 21:18 53:13
giving 10:23 43:2
    56:3 60:8,20
goes 21:15 28:21
    29:16 52:19
going 7:4,23 8:11
    10:1,25 15:24,25
    16:10 21:19 22:18,
    19,22,25 23:18
    23:18,19 27:5 29:4
    36:7,11,13,19 38:1
    45:20 46:10 47:8,
    11 49:15 51:16
    52:11 54:25 56:17
    58:5 58:5 65:3,6
gone 36:4,6
good 6:12,24 8:2
    21:8,13 32:16 33:7,
    23 40:19 46:15
    61:1 65:11,15
gosh 13:8

got 37:12 58:19,23
Gotcha 10:16,24
    11:22 17:22 43:14
    49:2,23
gotten 48:24 52:2
Graham 13:5
grail 31:16
granular 43:8
greater 38:15 63:7
greatly 32:23
ground 7:1
grounds 31:9
group 12:6 17:5,8
    18:15 39:25
groups 11:7 18:18
    41:21 51:20
guess 26:6,24 33:22
    35:4 39:7 40:8,12
    42:18 46:17 55:24
    56:7,19 61:7
guidelines 45:2,5,7
guru 41:24
Gutierrez 5:6 6:10
    8:19 15:14,16 16:5,
    12 47:13 65:8,20

H

hadn't 24:18
handled 23:18,19
happen 35:12 63:4
happening 23:21
happens 35:11 54:1
happy 18:14 33:14
harassed 59:3,7
    60:10
harassment 31:10
    34:2,18 35:2,9
    37:18,21 51:1,12,
    19,21 52:8,25
hard 34:4 45:13
    49:16 50:8
harmful 20:18 25:6
harms 36:24 37:2
    37:2,14
has 10:5 12:13 15:5
    22:22 24:13 25:12
    29:24 30:6 42:5
    43:13 60:2
hate 34:18,22 35:17

38:2,6,16,17,19,21
39:1,7,11 41:23
47:23 48:12 48:12,
17,25,25 50:8 50:8,
12,25 51:18,20
52:7 53:3 56:2
63:18
**hateful** 52:18 54:1
**hate-speech** 29:20
**haven't** 19:21,22
40:4 45:6 48:24
62:4,7,9
**having** 6:7 7:5 13:13
21:12
**head** 7:14 9:22,24
**health** 26:12,24,25
27:2 33:5,11
**hear** 6:10,17
**heard** 10:17 23:17
24:18 54:21
**hell** 39:18,19
**help** 14:18
**helpful** 30:6
**helps** 12:19 21:24
**here** 15:25 19:25
25:14 26:10 28:2,5
31:4 33:4 35:24
36:17,19,22 37:1,9
43:8 46:11 47:18,
24 49:3 50:19,24
51:16 54:9 57:10
58:2,4 64:15,17,20,
22
**hetero/cis** 26:22
**heterosexual** 26:19
37:23
**Hey** 8:15 43:18
**high** 17:8 26:11,13
30:5
**higher** 26:21 37:18,
21
**highlight** 30:22
**highlighting** 63:6
**hold** 16:21 22:13
25:20 25:20 25:20
30:13 30:13 37:5
44:10 60:24 60:24
**holy** 31:16
**home** 23:3,4,7
**homeless** 52:23

**homophobia** 31:10
32:10
**homophobic** 48:3
**hope** 31:25
**hopefully** 28:4
**hormone** 44:19 45:25
46:1
**host** 54:14 57:14,22,
22
**hour** 46:11
**however** 48:8
**huh-uh** 7:15
**hundred** 41:1 59:17
**hypothetical** 63:23

---

**I**

**I'd** 8:15
**idea** 58:20
**ideally** 45:18
**identities** 22:7
**identity** 22:8 23:6,
12 36:13
**I'll** 6:14,15,22 7:24
11:9 17:5 26:16
27:2
**ill** 49:6
**illegal** 30:5
**I'm** 5:20,23 6:4,13
7:23 8:4,7 9:25
10:4 15:24 16:4,10
17:17 18:14,15,19
19:20 24:3 25:3
28:3 29:18 33:17
37:13 41:2,24 42:9,
25 49:10,15,15
55:15 56:8 58:22
58:22 59:17 64:5,
21
**impact** 25:6 38:9,14
62:8 62:8
**impactful** 30:17,22
31:3 64:14
**impacts** 23:15
**impetus** 56:25
**implement** 24:1 63:16
**importance** 20:12,13
24:14 31:5
**important** 7:13,15
11:8 12:3 20:14,25

21:7 22:10,16
23:16 43:6 62:23
63:13
**impose** 37:1
**imposed** 55:7
**improve** 61:10
**improved** 60:17
**improvement** 61:16,18
**include** 32:19
**included** 20:22
**including** 24:21
32:24
**inclusive** 20:22
**incomplete** 46:8
**incremental** 31:25
34:4
**indeed** 25:11 33:2
**individual** 22:23
46:2 53:9
**individuals** 18:2
21:14,21,22 22:6
23:1,7 24:23 26:19
27:13 32:25 33:11
34:10,13 35:13
36:12,25 37:17,22,
23 38:11 44:20
49:5 50:11 52:5,9
63:7
**industry** 32:8
**inflict** 36:24
**influx** 38:17
**information** 22:12
23:11 26:12,24,25
27:2,15 28:1,21,22
33:3,4,6,21,23,23
35:25 40:14,18,20
41:14,15 42:1,2,4,
5,13,20 43:15 44:6,
18 46:1,3 58:13,15
60:8
**information's** 43:24
**innocent** 41:4
**innocuous** 41:4
**insert** 64:13
**inside** 60:13
**instead** 7:14
**Institute** 5:7
**interactions** 29:17
58:9
**interested** 10:9

11:10 13:9,13
**interesting** 12:3
**internet** 26:12 27:12,
  14,17 32:24 41:22
  52:6 54:16 56:21
**interrupt** 6:20
**into** 22:19 31:7
  33:25 35:1 36:9
  38:7 43:7 45:19
  48:24 50:9,19
  61:25
**introduced** 13:4 34:8
**invaded** 52:6
**investment** 64:14
**involved** 10:15 12:18
  57:25
**involvement** 11:12
**isn't** 50:8
**issue** 11:1 30:17,18,
  18 31:2 34:23
  35:17 40:5 46:7
  63:1,13
**issues** 10:13,15 12:3
  13:2 20:4,6,17
  21:3,5,20 23:1,13
  24:8 26:1 43:6,7
**It's** 10:20 11:6 12:5,
  14 14:6 15:1 17:13,
  18,19 20:1 20:1
  21:2,7 22:10 23:16
  26:6 30:4,5 31:14,
  25 34:2 35:6 36:25
  39:9,11,14,14,20,
  22 42:5,13,13,14
  43:9,23 44:2 45:20
  48:2,20,21,22
  49:16,19 50:6 50:6,
  8,12,13,16,18 54:2,
  3,19 55:5 58:23
  59:4 60:6 62:23
  63:1 63:1,12,22,25
  64:11
**its** 32:4 48:7,8,9
  54:14
**itself** 12:25 15:1
  61:22
**I've** 9:19 13:6,7
  15:2,14 35:13,15
  37:8 42:23 43:9
  48:15 58:24 61:3

### J

**jeopardized** 36:15
**Jeremy** 5:18
**job** 32:16
**joined** 9:22,23
**joining** 11:10
**journey** 21:23
**judge** 7:8
**jump** 6:22 7:25 8:14
  16:25 16:25 28:6
  40:8
**junky** 42:14
**jury** 7:8
**just** 6:20,25 7:2,5,6,
  15 8:13,15 9:3
  12:25 14:7,10,15,
  16 15:8 16:19 17:5
  18:20 21:5 24:14
  27:16 30:8 31:1
  36:19 37:13 39:14,
  15 40:12 40:12,13
  41:1 42:4 43:17,25
  46:6,15 48:2 49:2,
  12 50:14 51:23
  53:22 55:8,23
  56:18 58:15 61:20
  63:1,20,24 64:19,
  24

### K

**keep** 60:12
**keeping** 29:14 32:16
**kids** 45:24
**kind** 9:20 10:4,11,12
  11:6,7 12:1,2,5,6
  13:9,14 14:24
  16:16 22:4 23:4
  23:4,9 24:14,23
  25:3 28:16,21
  29:16,17 30:3 31:3,
  16 32:19 33:9,15
  34:4 38:8 42:11
  43:7 45:14,15,15,
  25 48:24 49:20
  49:20 50:7,14 52:3,
  7,25 54:18 56:25
  57:8 58:19 60:6,9,

10,12,16 61:2
  62:23 63:3,6,6,9,
  22,23 64:12
**kinds** 10:15
**know** 6:21 8:11 11:3
  13:14 14:5,7 18:11,
  13 19:15,16 20:20
  21:10,11,14,24
  22:2,4,8,10,22
  23:5,10,19,20,24
  24:8,11,12 25:14
  27:17,20 29:2,21
  30:4,16 31:19 32:4
  33:13 33:13,20
  34:2,8,21,22,22
  36:6,10 37:17
  38:17 39:16 41:3,6,
  11,20 42:5,9,18,23
  43:2,3,4,11,11,22
  44:2,15,21 45:5,21,
  24,24,25 46:5
  48:20,21 49:17
  50:6,7,15,17 51:1,
  6,12,19 52:11,22
  53:2,4 54:20 55:1
  58:25 59:5,11 60:9,
  14 61:2,9 62:4,6,8,
  9,11 63:1,9,21,21
  64:12
**knowing** 15:8 53:25
**knowledgeable** 21:20

### L

**labeled** 15:16
**lack** 57:24
**laptop** 46:19,25
**large** 21:5
**last** 32:23 40:13
  51:9,24 53:17 54:5
  56:19
**law** 9:1,4,6,7,17
  13:17,21,24 14:13,
  15 24:13 25:12
  32:24 38:15 43:12
  54:23 55:5,6,7,21
  56:23 57:1,3 63:17,
  21
**lawmaker** 54:22
**lawmakers** 54:15

56:20 57:6,17,19,
20
**laws** 21:12 55:1,2
62:24 63:4,9
**lawsuit** 13:24 16:8
62:22 64:3
**lawsuits** 59:23
**lawyer** 24:11,12
**laying** 13:14
**leaders** 20:3,16
**leadership** 63:15
**least** 41:17 54:5
**leery** 25:3
**left** 9:14,19 25:4
40:12
**legal** 59:8,13
**less** 36:9 54:6
**let** 7:24 14:25 19:20
26:5 29:23 40:13
58:1 58:1
**let's** 15:25 16:3,16
31:7 32:22 40:8
46:15 47:17 49:2,4
50:20 54:8,11 59:4
61:25
**letting** 19:15
**level** 13:3 50:12
63:20
**levels** 45:16,22
**life** 22:9
**life-saving** 33:2
36:1,11
**like** 7:7 8:15 10:13,
23 11:4 14:8 16:17
21:6 22:4,11 24:15
25:18 27:1,21
29:20 30:7 32:4,18
33:18 34:24 37:25
41:8 42:8,11 43:4
45:17,18 46:3
54:13 58:19 63:3,4,
11 64:9
**likewise** 6:5
**Lindsey** 13:5
**line** 32:22
**link** 35:15
**list** 29:10 29:10
**listed** 49:24
**literally** 48:2
**little** 12:21 16:17

51:24 61:8 64:14
**lives** 38:12
**local** 17:15 21:17
**located** 5:8
**location** 22:20
**locations** 5:15
**long** 8:11
**look** 15:1 26:16 27:3
32:4 41:8 45:18
50:13 54:11 58:1
62:5 63:5
**looked** 62:4 65:12
**looking** 15:6,9 16:1
38:12 43:22
**lose** 33:2,24
**lot** 11:4,9,17 20:7,
13 21:1,11,13 22:5,
16 24:20 28:20
29:2 30:19,20 34:5,
7,9,11,12,15,16,17,
24 35:2 36:9 41:2,
3 42:23,24 43:7
44:22 50:9,18
52:22,24
**loud** 53:20

---

### M

**made** 23:17 48:15
60:17
**mail** 34:22
**mainly** 13:3 28:20
**make** 6:16 7:3,24 8:8
12:23 15:6 16:1,19
19:20 20:22 22:21,
22 30:9 31:22
32:24 37:12 40:25
49:16 53:2 56:24
**makeup** 24:23
**making** 48:23 49:20
54:22 60:6
**Maltz** 5:19
**mandate** 62:24
**many** 17:7 42:3 43:1
44:1 53:17,23 54:5
**marginalized** 24:15
25:13 30:6 37:25
38:10,16 51:20
54:24 55:3 63:10
**mark** 15:20

**marked** 15:22
**married** 29:10
**Maryland** 5:9
**may** 19:6 21:15,16,23
22:7,13 23:7,22
29:1 36:8 38:12
50:10 51:20 55:4,
10 56:12,15 57:14,
22 58:2 63:2
**maybe** 13:9 46:13
46:13 55:11 59:2
61:10
**mean** 11:23 14:4
18:12 19:19 20:9
24:11 26:13 28:16
31:14 33:5 34:2
35:7,14,24 39:15
41:19 52:1 53:13
54:17 56:8 57:5
59:14,22 62:6,18
64:18
**meaning** 20:17 41:20
56:9,11 57:2
**means** 5:12 6:14
26:17 28:20 49:18
52:2
**meant** 10:22 52:9
**media** 17:23 18:3,8,
21 19:2,8 20:4
23:8 25:1 27:16,24
28:18 29:11,14
31:15 32:17 40:15,
23 41:24,25 43:17
45:1,6 47:22 51:2,
7,13 52:3 53:8
57:5,8,13,21 59:4,
14 60:1,18 61:19,
22 63:14,23
**medical** 41:13,14,16
43:18 44:18 46:2
**medicines** 24:25
**members** 11:13 12:9
**memory** 27:5 53:19
**mentally** 49:6
**mentioned** 23:24
25:15 32:11 40:10
58:6
**mentions** 17:4
**messages** 52:18
**middle** 54:12

**might** 30:25 35:12
   42:3,4 55:18,19
   56:4 57:25 58:11
**million** 46:6 62:7
**mind** 33:16 44:3
   46:11 64:16
**mine** 14:24
**minorities** 23:2
**minute** 55:17
**minutes** 33:19 46:14
   64:23
**mischaracterized**
   37:9
**misconceptions**
   34:17
**misinformation**
   31:11 33:10 34:10,
   12 41:13 41:13
   43:19 44:17,23
**missed** 5:23
**missing** 30:9
**misstated** 37:8
**mix** 60:11
**moderate** 45:1 52:25
   53:9 63:17
**moderated** 36:10
   41:20 54:19
**moderation** 29:4,8,16,
   18 30:2,24 31:4,8,
   11,24 32:4,6,9
   36:15 38:18 39:25
   40:1 41:7 48:11
   55:16 57:23,24
   59:6,23,25 60:2,4,
   21 61:8,14 62:25
   63:15,16,24
**money** 64:14
**money's** 23:19
**more** 9:18 19:14
   19:14 20:22 23:9,
   10 28:24 29:2 30:2
   32:14 33:22 34:2
   39:22 43:19 46:1
   48:22 51:5 53:5,13
   54:21 57:1 57:1
   60:19 61:4 61:4
   64:19
**morning** 61:21
**most** 12:22 23:3
   30:17,22 31:3

32:17
**mostly** 54:19
**motivated** 38:22,23
   39:3,8,9,19 48:17
   50:13
**mouth** 42:7 58:8
**move** 31:7 50:20 54:2
**moving** 13:22 32:20
**much** 8:4 9:2 26:4
   27:15 27:15 37:18
   38:21,22 39:15,22
   45:25 51:1,6,12
   64:19

### N

**name** 5:10 6:12 34:12
**naming** 34:11
**national** 17:5
**necessarily** 57:14
**need** 7:20 8:12 21:16
   53:19 54:21 60:12,
   15 61:15
**needed** 15:7
**needs** 21:19 43:19
   60:19
**NetChoice** 13:8 16:8
**neutral** 55:5
**neutrally** 55:2,3
**never** 30:6 48:15
**new** 22:7 26:1
**news** 65:11,15
**next** 28:7 29:3 51:4
   53:16 57:4
**nitty-gritty** 12:24
**nodding** 7:14
**nonbinary** 22:5
**non-disclosure**
   58:10
**nonpartisan** 17:5
**nonprofit** 10:6,18,19,
   20
**note** 43:17
**notes** 58:2 65:12
**Nothing** 65:17
**notice** 6:21
**noticeable** 34:6
**November** 5:4
**now** 9:18 13:3 16:4,
   11 17:16 22:11

23:21 26:6 32:8,22
   36:6 40:9 52:2
   57:6,8 60:19 62:12
**nuanced** 39:22
**nuances** 40:2 50:18
**Number** 5:11 17:18
**numbers** 26:11,13
   35:11

### O

**oath** 5:11 7:6
**Objection** 13:19
   14:20 18:10 19:18
   25:10,21 27:18
   28:14 30:1,11,14
   31:13 32:12 34:1
   37:5,6 38:24 39:4,
   13 40:3,17,24
   41:10 42:10,22
   43:21 44:11 45:4,
   11 48:1,14,19 49:8
   50:2 53:12 55:13
   56:1,10,22 57:12,
   18 58:18 59:9,16,
   21 60:5,25 61:17
   62:3,14 63:19 64:4
**obscenity** 50:6
**Obviously** 8:25 20:8
   33:5 44:14
**off** 32:17 35:2,9
   40:13 47:6,8,10
   49:22 62:19 65:3,5
**Office** 6:13
**officers** 12:9
**officially** 9:21
**old** 52:17
**older** 58:22
**once** 34:13 38:6
**one** 8:21,22 10:17,22,
   22 19:6 20:8 21:6
   21:6,15 22:1,3
   23:1 24:7,12,16,22
   26:14 31:14,18
   41:11 42:14
**one's** 10:6
**ones** 19:4
**ongoing** 28:17,18
   31:15
**online** 22:7 24:17,20,

23 25:13 26:16,20,
20 27:2,24 29:17
30:4 36:3,13 37:17,
21 38:12 50:25
51:6,11,18,20 63:7
**only** 12:13,17 19:5
21:15 23:14 32:1
37:22 64:5
**onto** 14:6
**open** 15:19 58:15
**opened** 58:24
**opening** 37:24
**opinion** 45:10 46:4
**opinions** 16:21 43:1
**opportunity** 25:16
64:15
**opposed** 21:4 55:9,15
**options** 42:19
**oral** 5:5
**order** 58:15
**organization** 9:13
11:7 12:4,6,14
14:4,9,17 30:16
43:5
**organizations** 11:4,
14,16,18 17:6,7,11,
15,20 18:16,18,24
19:1,10 23:20
30:19 35:16 52:24
**orientation** 29:11
**other** 6:17 8:6,9 9:7,
8 10:7,18 11:4,14,
17 12:8,11 14:8
17:6 18:18 19:9
21:25 22:1,5 23:3,
10,16 29:13 30:21
31:18 32:10 33:15
35:16 38:2 44:6
44:6,13 48:25
51:19 54:2 58:2
59:4 63:8
**others** 25:2
**otherwise** 31:10 56:5
57:22,25
**ours** 63:11
**ourselves** 64:13
**out** 10:23 12:19
13:10,14 20:20
21:24 22:7,19
27:21 28:21 29:19

32:15 33:21 34:16,
18,19 35:18 36:6
44:17,23 53:20
63:13
**outing** 22:13 23:16
**over** 6:18 7:1,2
13:24 28:20,24
40:8 50:6 62:6
65:12
**overrun** 54:1
**oversee** 10:11
**oversees** 12:5
**own** 23:3 48:7,8,9
53:10 56:24

---

**P**

**page** 7:3 17:2 26:6,7
28:7 28:7 36:18
36:18 40:9 47:18
50:21 51:23 52:12,
13,14,15
**pagination** 36:19
**paid** 32:14
**paint** 41:16
**panels** 13:6
**paper** 53:6
**Paragraph** 16:23,25
17:4 19:25 26:4,5,
7 28:6,8 32:21
36:17,20 37:14,20
40:9 44:4 47:17,20
49:3,25 50:20,22
51:10,23 52:11
54:8,11,13
**parents** 21:16 36:8
**part** 13:12 28:16
33:5 39:2 56:19
**partner** 9:12 11:17
17:10 18:8,12,23
**partnering** 18:19
**partners** 18:24
**parts** 30:21
**pass** 65:14
**passed** 33:18
**passing** 56:23
**past** 8:6 9:15 53:15
**pauses** 28:2
**people** 12:18 21:22
23:4 26:19 29:13

31:22 35:2,9 36:3,
5,7,11 37:2 42:3
43:2 48:8 49:4
50:10 53:3,4 54:2,
20 60:8
**percent** 37:18 41:1
50:24 51:5,10,16,
17 59:18
**percentage** 26:21
**percentages** 37:20
**perfect** 41:7,14
**period** 61:1
**permitted** 49:6
**person** 10:4 33:14
48:23 64:5
**perspective** 39:14
**phone** 46:24
**phrase** 19:25 26:25
27:1 28:10 36:23
**pick** 31:2 40:12
**picked** 30:18
**picking** 30:17
**picture** 12:20
**place** 32:7 52:2,8
60:2
**places** 24:22 52:6
**plaintiff** 64:3,10,12
**Plaintiffs** 5:16
**plan** 62:11
**platform** 18:4 25:2
34:19 45:1 47:23,
24 49:22 53:9 57:2,
7 59:5,15 60:2
61:22
**platforms** 17:23 18:9,
22 19:2 23:9 27:16
32:25 33:9 34:5,24
35:3,9 40:16,23
41:25 43:17 51:2,7,
13 53:18,23 56:2,4,
7,11,15,15,24 57:9
60:18 62:6 63:14
**play** 35:1 50:19
**please** 5:14 6:19,20
**point** 8:12 11:11
26:10 28:10 29:3
31:7 35:15 49:3
65:12
**pol** 10:24
**policies** 12:1 20:25

23:17 24:1 29:5
30:3,24 31:4,8,12,
21,23 32:7,9,20
39:25 42:16 59:6,
24,25 60:21 61:9,
14
policy 9:18,22,24
10:5,12,22,25 12:7,
10,18 14:12 18:19
20:3 21:12 24:8,9
29:8,16,18 31:25
32:4 39:7 40:1
41:8 43:10 45:18
57:24 57:24 60:2,4,
7 63:15,16 64:6
policymakers 10:8
pose 37:3
position 10:3 11:10
13:10 14:13 16:24
19:17,23 64:6
positions 10:13 11:8
possible 52:5
post 22:16 43:23
posted 34:10
posts 41:8,15 42:1,2,
4 43:18
PowerOn 11:15,16,22,
24 12:1,16 17:15,
17,21,22 52:23
prejudice 21:21
prepare 8:23
present 22:9
President 12:11
pretty 9:2 26:3
64:22
prevent 59:22
previous 34:12
print 34:23
priorities 31:19
Privacy 11:6 20:24
21:1 22:24 23:16
24:1 28:11,13,19,
23 29:7,9,13,25
30:10 53:14
privacy's 23:18
private 29:12,15
54:14 60:13
privileged 18:2
probably 7:2 9:25
13:8 29:2 58:23

problem 31:17 45:19,
20
procedure 41:16
proceed 47:14 65:9
processes 60:14
profiles 29:15
profit 10:18
Program 12:16 17:21
52:24
progress 51:25
prohibition 57:23
promise 33:17
promotes 43:15
proponent 48:6
proportion 63:8
proposed 25:6
protect 22:10 28:22
59:24
protected 31:23
43:13 48:6
protecting 32:2,9
protection 20:25
48:7 52:4
protections 24:19
provide 11:25 12:2
58:15
provided 26:15
provider 18:6 19:8
providers 18:21
19:10
providing 6:16
psychological 41:16
psychologically
33:13
public 20:3 21:5
22:22 58:13 60:7
pull 35:15
purely 10:23
purports 41:15
purpose 41:21
purposes 35:22
push 54:24
put 30:4 32:15 42:7
43:17 43:17 52:16
58:8 61:13

## Q

queer 29:19
question 6:23 7:14,

22,23 8:1,3,15
21:8 27:20 33:22
39:23 40:13 41:5,
24 43:25 44:2 50:7
51:6,9 53:22 58:25
59:10
questions 6:15 12:23
16:19 22:13 23:5
27:9 27:9 28:5
45:13 58:3 65:13

## R

raise 22:13
raising 43:6,11
range 21:2
rate 37:21
rather 8:4 48:22
reach 21:24
reached 13:10
read 36:22 53:18,20,
21 56:18
ready 47:14 65:9
real 22:9 38:12
realistic 63:25
reality 22:3,6
realize 7:5
really 24:16 46:2
50:13 62:7,25 63:6,
25 64:23 65:15
reason 56:16
reasons 23:16
recall 14:5 14:5
recommend 45:10
record 5:15 6:25
7:12,17 9:3 47:6,8,
10,12 65:3,5,7
recourse 33:16 59:8,
13 61:5
recovering 24:12
referring 33:4 37:15
42:9
refers 51:24 54:11
57:4
reflect 55:6
refresh 53:19
refused 63:15
regard 43:14
regarding 19:17
29:24 60:20

regroup 46:14
regulate 48:8
regulation 47:25
related 9:18
relationships 11:4
release 28:25
religious 39:21
    48:25 49:5
religiously 38:21,22
    39:3,8,9,19 48:12,
    13,17 50:12
rely 53:6
remedy 43:1,2
remotely 5:8,12
removed 39:10 40:15,
    23 42:1
removing 30:23
reported 51:11
reporter 7:6,11 15:5,
    20
reporting 5:11
representing 22:8
requested 65:25
required 62:2 63:17
re-review 26:17
research 22:4 26:15,
    18,25 27:3,21,23
    35:18 37:17 38:20
    51:15 52:19 53:6
    54:3,6
reservations 19:21
resources 34:16 36:3,
    7,14 38:13 60:9
    61:5 64:5,9
resources-wise 31:1
responded 61:23
restricted 41:17,19
restriction 38:9
    52:7
result 13:6
review 27:3 35:20,21
reviewed 8:25 9:1,6,
    8
reviews 10:4
rewrite 25:16
rid 25:4 53:1
right 6:10 8:1,21
    16:4 19:21 22:3
    25:4 29:6 32:8
    37:12 46:19,21

47:2,4 60:19 61:23
    62:12 65:19
rights 11:7 28:17
    35:14,16 42:24
ringing 63:8
rise 50:11
robust 21:12
rolling 51:25
room 61:16,18
Roughly 51:10
round 12:19
rules 7:1
run 45:19
runs 12:16
rural 21:14

## S

safe 23:4
said 10:16 14:8
    16:17 24:6 43:4
    49:4,19
sake 53:19
same 7:3,21 13:22
    15:6 16:1,12 45:20
    49:16 51:6,9 54:4
saved 39:17
saw 30:9
say 7:16 8:15 9:4
    10:1,17 11:22
    19:25 22:17 26:10,
    12,23 29:4 35:7,8,
    25 40:25 41:18
    43:18 46:16 49:4,
    17 50:8 51:16 56:6
    59:4 61:25 65:12
saying 7:12,15 33:21
    37:1 39:16,18
    45:23 48:2 50:14,
    17 53:23
says 31:8 32:23
    36:22 51:10 52:15
    53:17 55:9,15
school 24:13
scope 26:24
screen 15:7,25 16:4,
    11,14
screens 29:19
scroll 52:17
scrolling 51:23

search 26:12 27:2,14,
    17
searching 26:23
second 20:2 31:6
Section 13:2,5,7,10
    20:8 24:6,9,14,16,
    19 25:1,9,16,17
    26:1 48:5,6 59:20,
    22,24
see 7:23 15:16,25
    16:3 16:3,13 18:3
    19:16 26:7 28:8
    32:22 36:20 41:23
    42:3,19,25 47:4,19
    50:7,22
seeking 33:15 36:13
seem 32:18
seen 24:18 25:24
    29:12 32:7 34:6
    35:13,16 42:13
sees 21:16
send 15:3
sense 43:10 52:3
sensitive 22:11,12,
    20
sensitivities 23:22
sent 14:22 15:15
sentence 20:2 32:23
    36:23 36:23 37:14
    51:24 52:10,15
    53:16,18 54:5,12
    56:18,19 57:4
service 18:1,6,21
    19:10 29:18
services 32:25 33:3,
    4,24 35:25
set 42:2
severe 51:5
sexual 29:10
sexuality 33:12
shadow 42:11
shaking 7:14
shaped 20:21
share 15:7,25
sharing 16:4,10
sheer 35:1
should 20:21 39:8,10,
    18 40:15,22 41:17
    43:10 45:24 47:24
    48:18 49:6,7,22

50:15 60:3
**show** 35:11
**showed** 14:22
**shows** 26:18
**side** 10:5,6,8,12,17,
  18,22 12:18 17:19
**sides** 10:6,16 25:25
**sign** 13:23 14:6 58:6,
  14
**Signature** 65:25
**signed** 16:8
**significant** 38:8
**Silver** 5:8
**similar** 13:17,21
**simple** 45:23
**simply** 15:25 28:3
  47:23 52:16
**Simultaneous** 5:21
  11:20 27:8 44:9
  46:23 60:23 62:16
**Since** 6:25 9:20 15:2
  25:15 34:7 58:24
**sir** 15:17 26:8 47:20
**site** 29:11
**sites** 52:3 53:1,2
  54:1,2 56:12 57:14
**situation** 61:3
**six** 9:25
**skip** 26:5
**slice** 46:7
**sliced** 44:1
**slur** 37:23
**slurs** 37:22 39:2
**small** 12:14 14:4,9
  30:16
**smaller** 21:14
**so-and-so** 22:17
**social** 17:23 18:3,8,
  21 19:2,8 23:8
  25:1 27:16,24
  28:18 29:11,14
  31:15 32:17 40:15,
  23 41:24,25 43:16
  45:1,6 47:22 51:2,
  7,13,25 52:3 53:8
  57:13 59:4,14 60:1,
  18 61:19,22 63:14,
  23
**societies** 42:24
**some** 12:23 13:3

16:19 24:8 35:15
41:25 42:1 42:1,2,
3 49:4 58:6,9 59:4
60:13 61:10 63:10
65:11
**somebody** 22:12 39:16
  59:3
**somebody's** 46:3
**someone** 21:17 22:14,
  18
**something** 6:21 22:11,
  20,22,23 29:2,19
  30:9 42:12 43:9,19
  45:23 50:16 52:13
  53:14 61:6 64:13
**sometimes** 33:2 35:25
**somewhere** 17:18
**sorry** 5:23 30:15
  62:18,20
**sort** 33:20 45:2
  47:23
**sound** 7:18
**Sounds** 6:24 8:2
  33:18 46:15
**space** 23:4 48:7
**spans** 36:18
**speak** 6:18 7:13
  21:18 30:20 57:20
  63:13
**speaker** 5:21
**speakers** 11:20 27:8
  44:9 46:23 60:23
  62:16
**speaking** 21:17
**special** 24:10
**specific** 19:25 20:5,
  6 21:4,20 23:15,22
  24:4 40:5 43:23
  45:7 48:21 52:18
  53:6 58:2
**specifically** 14:6
  35:24 45:6 57:20
**specifics** 63:22
**spectrum** 61:12
**speech** 30:4 34:18,20
  35:17 36:14,16
  37:24 38:2 38:2,7,
  17,17,19,21 39:2,8,
  9,11,16,21 47:24
  48:12,13,17,21,22,

23,25 49:1,6,17,21,
24 50:8,9,12 52:7
53:3 56:2,4,7,12,
13 63:18
**spend** 12:21 16:17
**split** 27:21
**spoke** 8:25
**spoken** 20:11,20
**sports** 38:5
**Spring** 5:8
**stable** 33:13
**Standard** 5:5 30:6
**start** 7:22 42:8
**started** 9:13 13:7,8
**starting** 21:23 44:16
**starts** 52:11
**stat** 51:9
**state** 5:14 9:1,4
  37:11 54:13,15,22
  55:6 57:10,17,19,
  20,21
**stated** 56:25
**state-imposed** 57:23
**statement** 39:15 41:1
  45:14 49:21 50:15
**state-run** 57:5,8
**states** 34:9 54:18
**State's** 57:9
**statistic** 50:24 51:4
**statistics** 35:12
  51:15 53:6
**status** 29:10
**stay** 26:1
**stenographic** 5:12
**steppingstones**
  24:17
**steps** 32:19 60:9
**stickiness** 23:10
**sticking** 30:18
**still** 16:13 17:2
  44:5 46:20 47:19
  50:21 59:6
**stop** 16:10 62:24
**straight** 51:11 52:16
  58:12
**streamline** 28:3
**struck** 24:13
**struggling** 33:11
**studies** 35:5,10,13,
  21 38:20

stuff 34:23
subject 47:25 58:11
subjects 21:2
such 33:1 36:16
  38:14 42:3 63:18
sue 59:14
sufficient 43:16
suggest 24:1
suggestions 25:3
summarize 17:6
support 13:11 36:13
  38:13 40:20 53:22
  63:17
supported 37:16
supporting 40:18
  62:21
supposed 55:5
sure 6:16 7:3,24 8:4,
  8 12:23 14:12 15:6
  16:1,20 17:17
  18:14 19:20 21:6
  22:21 25:14 27:6
  30:9 31:22 37:12,
  13 42:18,25 44:25
  45:9 46:9 59:18
  60:7,17 61:7
surgery 38:5
survived 36:4
sworn 6:7 7:5
sympathetic 21:19

---

T

tackle 31:2
take 8:12,15 11:9,11
  14:9 25:8 46:11
  49:3 56:3 60:10
  64:9,16
taking 6:14 24:25
  32:19
talk 7:21 8:6 18:12,
  23 19:1,5,9 20:19
  21:11 22:25 23:21
  24:4,24 25:15
  28:19,22 31:21
  33:6,12,19 36:2
  44:15,16 46:5
talked 7:20 19:12,22
  20:24 22:1,2,9
  45:6 54:20 61:3,8

64:6
talking 8:7 9:4 13:8
  20:17 31:20 38:4
  42:8,16 43:8 45:19
  55:18
talks 28:20
tangentially 9:20
targeted 51:5
targets 38:1
Tech 9:11,18,20 10:3,
  17,23,25 11:13
  12:8,13 14:12,18
  16:24 17:4,9 18:3
  24:7 29:24 39:6
  61:22 62:1,10,21
  64:2
technical 13:17
techniques 42:11
Technology 5:7 10:7,
  10 11:5,25 17:8,12
  20:3,4 21:1 23:21
teens 38:5 44:15
telecom 9:16
telecommunications
  9:15 20:4
telehealth 10:14
  20:13,14,14 21:10,
  12,12,17,21
Tell 12:21 45:8
  58:13
telling 57:21
ten 46:13 47:5 64:22
tend 26:19
tension 39:11
term 42:6
terms 29:14 31:21
testified 6:7
testimony 7:6 37:9
Texas 5:13 6:4 9:1,4,
  7 13:18 14:15
  54:13
text 9:8
than 8:5 9:8 19:15
  22:9 23:10 26:21
  29:2 38:2 39:18,23
  44:7 46:3 48:22
  53:5 60:20 63:8
  64:12
Thank 6:1,2 12:19
  65:16,18,19,21

That's 9:1 13:17
  15:15 16:4 17:2
  21:8,17 22:20
  23:21 26:14 27:6,
  20 28:7 30:5 32:15
  33:14,20 39:15
  40:7,19 42:6,14
  45:23 46:12 47:2
  48:13 52:9 59:1
  63:12 63:12 64:15
  65:1
their 5:14 9:22,24
  19:22,23 21:16
  21:16,19 22:7,20
  23:3,5 26:21 31:5,
  21 32:9,20 33:12,
  16 34:11 35:14
  36:13 38:12 49:5
  52:25 53:9,10
  54:15 56:12,15,21,
  24 59:23 60:3,21
  63:15
themselves 18:22
  54:24
then 6:15,19 7:16,24
  15:7 16:16 18:17
  25:8 31:6 35:22
  41:6 42:3 46:14
  49:24 51:4,9 54:4,
  15,24 56:18 57:1
  64:25
therapies 44:19
therapy 33:7,10,20
  36:3,4,5,7,9,12
  40:11,15,18,21,22
  41:9,15 42:21
  43:16 44:7 45:25
  46:1
there 9:7 10:16 12:8
  13:16,17,21 17:18
  19:25 23:15 26:11
  28:10 29:4 32:14,
  15 33:8,18 34:16
  35:9,18 36:3,15
  39:12 41:3 43:2
  44:6 44:6,17,23
  45:16,22,22,23
  47:1,22 48:16
  48:16 49:4 50:9
  51:4,10,24 52:3

53:2,8,16,24 60:15,
19 61:16 62:1,8
63:22
**therefore** 23:8
**there's** 21:13 30:19
31:14 34:9,11,12,
15,21 35:18 41:1
43:1 44:16,21,22
46:6 49:18 49:18
50:18 61:15,18
**these** 12:11 17:7
18:16,17 19:1 21:3
23:8,13 32:1,10
34:5 35:3,25 36:7
38:7 43:7 45:13
49:24 52:6 53:17,
23 60:16 61:2 63:9,
10
**They're** 17:24 18:1,2
20:25 23:6 26:23
36:10 44:22 55:2
56:13 59:6 60:10,
14,20 62:25
**thing** 15:7 31:18
**things** 14:7,8,9
20:19 24:12 28:3
31:18 32:10 41:3
50:10 60:13 63:10
**think** 10:4 16:23
19:6 24:4 25:11,19,
24 26:3 27:1 28:16,
18 31:3,16,17,20
32:8,13,13,14,16
37:18 41:11 42:16
43:16,19,24 45:12,
17 48:10,22 53:10,
11 58:12 58:12
59:17 60:6,19,22
61:1,10,15,18,21
63:12,25 64:21,23
**thinking** 45:15 49:10
**thinly** 44:1
**third** 32:22
**Those** 10:14 17:15,22
18:20 20:5 24:7
29:25 35:21 36:11,
14 38:6 40:2 42:19
43:18
**though** 55:4
**thought** 18:16 20:16

40:4 43:9 62:7,9
64:15,20
**three** 9:21 12:13
**three-person** 43:5
**through** 12:22 15:4,8,
15 16:16,18,25
17:14,21 20:9 20:9
21:7 24:13 26:4
27:16 36:4,8,12
40:5 42:25 52:17,
23 53:3 53:3 59:2
**time** 5:4,5 7:21
12:22 13:22 16:18
28:4 46:20 53:19
58:3 64:9,14 65:13,
18,20
**times** 11:9
**Timing** 14:4
**today** 5:18 6:14,25
7:6,9 8:12,24
12:22 16:19 25:15
32:7 58:4 59:3
60:19 61:10
**Today's** 5:3
**Todd** 5:17 46:11
62:17 64:16
**toggle** 29:12
**toggled** 22:23
**too** 13:17 39:15
48:20 61:16
**tool** 53:13
**top** 36:18 52:12,14,
15
**totally** 44:14
**touched** 48:10
**trade** 12:6
**trans** 36:12 38:4
52:16
**transgender** 21:22
22:5 24:21,22 34:8,
10,13 35:13,14
44:14,15,19,20
49:5 50:10
**transition** 24:24
34:14
**transitioning** 44:16,
22
**transparency** 60:16,
20 61:4,13,19
**transparency's** 61:1,

6
**transparent** 60:3
61:15
**treated** 39:20,22
**treating** 41:13
**tries** 55:21
**troublesome** 25:25
**try** 7:24 22:7 31:18
**trying** 7:12 8:5
18:15,20 19:20
28:3 33:17 34:17
**turn** 23:8
**tutorial** 24:24
**Twitter** 34:22,25
**two** 9:16 10:5,16
12:17
**type** 45:12 49:21
**types** 42:19 44:6
48:25 49:24

---

**U**

---

**uh-huh** 7:15 28:12
**under** 7:6 18:1 24:3
30:3 31:23 48:5
53:23 56:12 58:10
**underprivileged**
10:7
**understand** 7:9 12:24
16:20 18:11 56:19
60:12
**understanding** 8:8
19:19 36:25
**unhealthy** 46:2
**unintended** 43:12
63:3
**unique** 24:10 36:24
37:2 37:2,14 38:9
**unnecessary** 28:5
**unsafe** 33:1
**unusable** 53:3
**uptick** 34:6
**usage** 27:12,24,24
**use** 7:16 13:24 16:8
26:11,20 32:25
34:24 44:5
**used** 18:17 28:24
33:19 37:22
**useful** 36:9
**user** 28:20,24 53:14

**users** 24:2 52:16
  53:9,17,23 60:3
**uses** 28:10 36:23
**using** 22:6

---

**V**

---

**valid** 41:16
**valuable** 33:2,3,23
  42:13
**values** 54:14,16 55:6
  56:21
**various** 17:6
**verbally** 7:13
**verified** 42:14
**versus** 27:16 38:22
  41:21 45:25
**Very** 6:12 12:14 30:5,
  20,25 32:24 33:8
  34:6 39:17 41:3,12
  45:23 46:3 49:16
  50:18 51:24 54:5
  64:14
**videos** 24:24
**videotaped** 5:5
**viewpoint** 48:23
  54:23 55:4,22,25
  57:7
**viewpoints** 54:15
  54:15 56:21
**views** 13:14
**Virginia** 5:22
**virtual** 22:3,6
**visual** 6:21
**voice** 23:17
**voices** 25:2 54:21
  57:1,2

---

**W**

---

**walk** 15:8 59:2
**walking** 12:22 16:18
**Walton** 6:3,13
**want** 6:16,19 7:1,2
  8:8 12:21,25 13:16
  16:17,25 21:6 27:6
  28:6 32:21 37:12
  42:7 46:7 52:13,17
  54:23 56:15 58:8,
  10,14 64:18,24

**wanted** 20:1 26:4
  30:8 45:1 49:12
**wanting** 33:20
**wants** 48:8
**Washington** 5:18
**wasn't** 30:9
**waste** 28:4
**way** 15:3,5 21:24
  24:18 25:7 27:5
  29:23 30:24 40:14
  42:20 49:16 50:9
  53:8 63:23
**ways** 33:15 44:2 46:6
**website** 34:21 48:7
**websites** 34:3,16
  53:4 54:19 57:13
**we'd** 13:13
**weeds** 43:7
**weigh** 14:11 64:7
**weird** 63:22
**welcome** 37:9
**well** 6:5,12,18 9:12
  11:2 12:1,7 16:16
  24:3,11 26:6 29:23
  40:8,13 49:2 56:23
  65:8,11,19
**we'll** 8:16 11:11
  21:11
**went** 7:2 9:16 24:13
  33:25 61:25
**we're** 7:3,8,12 8:8
  12:14 14:4,8,8
  15:6 17:20 18:24
  22:25 25:14 26:6
  30:16,17 36:19
  40:9 43:5,8,11
  44:5 47:8,11,18
  54:9 65:3,6
**we've** 10:15 13:13
  16:11,23 20:11,20,
  24 22:9 26:3 46:10
  53:14 61:3
**whatever** 42:6 56:16
**what's** 11:8 11:8,10
  29:7 45:3 45:3
  64:20
**wherever** 62:25
**whether** 42:5 50:12,
  14,15 61:21
**which** 6:14 12:4 19:4

  20:2 33:7,19 36:18
  48:24
**while** 9:13 13:3 15:2
  44:4
**white** 52:16 55:10,15
**who** 11:1 12:16,17
  21:22,24 22:11,18
  26:11 36:3,4,5,5,7,
  8,11,12,13 38:11
  44:16 49:4 50:10
  51:20 52:9 59:3
  64:6
**whole** 25:25 36:22
  44:21 53:18 64:11
**whose** 36:8
**Why** 14:3 20:14,17,25
  21:3,7,8,11 23:6,
  16 48:24 62:15,21
  63:12 64:2
**will** 7:15 10:13
  11:12 17:11,12
  21:13 22:16,17
  25:6 32:24 33:1,14
  34:22 35:2 36:9,23
  38:9,15,15 53:17,
  23 54:5,16 57:2,3
  65:14
**win** 54:25
**Within** 12:8 17:8
  22:15,19
**without** 30:4 31:8
  33:16 34:18 38:8
  43:22 44:13 45:15
  52:7 56:2 63:10
**witness** 5:8 65:14
**wondering** 37:13
**won't** 36:22 39:17
  53:20
**Wood** 11:3 12:15,17
  14:22
**word** 18:16 29:19
  44:5
**words** 7:17 42:7 58:8
**work** 7:4 9:11,15,17,
  19 11:17,25 12:6
  13:4,7,11 17:11,12
  19:22 20:8,13 24:4
  30:20,22 35:16
  42:25 52:22,24
  58:6

**worked** 23:25
**working** 12:11 13:2
  16:11
**works** 24:8 58:13
**world** 22:15,17,17,18,
  19 41:7,14
**worlds** 20:21,23
  22:16,19
**worst** 32:17 32:17
**wouldn't** 45:8 45:8
  63:24
**wrap** 64:23
**write** 13:1
**written** 7:17 25:18
**wrong** 44:18

### Y

**y'all** 39:11
**year** 9:23
**years** 9:16,21,25
  58:19,23
**yes-or-no** 44:2
**you'll** 6:15 7:21
  42:25
**young** 52:17
**younger** 23:9
**you're** 7:24 8:3,6
  16:20 18:13,18
  20:8 22:22 25:8
  33:4,21 35:10
  37:24 42:16 45:14
  46:19 48:2 58:5
  58:5,8,9
**yours** 6:22
**youth** 10:7 26:11,15
  52:23 52:23
**YouTube** 24:21
**you've** 32:7,10 35:5
  49:24 53:21

### Z

**Zoom** 15:2