UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

NETCHOICE, LLC d/b/a Netchoice, a
501(c)(6) District of Columbia Organization et al.

-vs-                                                   Case No.: 1:21-cv-00840-RP

KEN PAXTON, in his official capacity as
Attorney General of Texas

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____**Evan Miles Goldberg**_____, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent **Giganews, Inc.; Golden Frog, GmBH; The Babylon Bee, LLC; and Not the Bee, LLC** in this case, and would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

    **EVAN MILES GOLDBERG, PLLC**,

    with offices at

    Mailing address: 400 East 57th Street, Ste. 8F

    City, State, Zip Code: New York, New York 10022

    Telephone: 212-888-6497

    Facsimile: 646-751-7938

    Email: egoldberg@emglawfirm.com

2. Since \_\_\_\_**June 2015**\_\_\_\_, Applicant has been and presently is a member of and in good standing with the Bar of the State of \_\_\_\_**New York**\_\_\_\_. Applicant's bar license number is \_\_\_\_**5362943**\_\_\_\_.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| **All Courts of State of New York** | June 24, 2015 |
| **U.S. Dist. Ct. for S.D.N.Y.** | June 30, 2020 |
| | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

_____

_____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

_____

_____

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

_____

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

   ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

   ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   | | |
   |---|---|
   | Co-counsel: | **W. Scott McCollough** |
   | Mailing address: | **2290 Gatlin Creek Rd.** |
   | City, State, Zip Code: | **Dripping Springs, Texas 78620** |
   | Telephone: | **512-633-3498** |

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of **Evan Miles Goldberg** to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

**Evan Miles Goldberg**
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 22nd day of November, 2021.

**Evan Miles Goldberg**
[printed name of Applicant]

[signature of Applicant]