IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

NETCHOICE, LLC d/b/a Netchoice, a
501(c)(6) District of Columbia Organization et al.

-vs-

KEN PAXTON, in his official capacity as
Attorney General of Texas

Case No. 1:21-cv-00840-RP

## ORDER

BE IT REMEMBERED on this the _____ day of _____, 20___, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by ___Evan Miles Goldberg___ ("Applicant"), counsel for ~~Google~~ Giganews, Inc.; Golden Frog, GmBH; The Babylon Bee, LLC; and Not the Bee, LLC and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of ~~Google~~ Giganews, Inc.; Golden Frog, GmBH; The Babylon Bee, LLC; and Not the Bee, LLC in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20___.

_____
UNITED STATES DISTRICT JUDGE