IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice, a 501(c)(6) District of Columbia organization, <br><br> and <br><br> COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia Corporation, <br><br> *Plaintiffs*, <br><br> v. <br><br> KEN PAXTON, in his official capacity as Attorney General of Texas, <br><br> *Defendant*. | Civil Action No. 1:21-cv-00840-RP |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
OVER-LENGTH REPLY IN SUPPORT OF THEIR
MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs NetChoice and CCIA respectfully request that the Court grant Plaintiffs' unopposed request for leave to a file reply in support of their motion for preliminary injunction that exceeds the 10-page limit set by Local Rule 7(e)(3). This Court previously granted Plaintiff's motion for leave to file an over-length 45-page brief in support of their motion for preliminary injunction (Dkt.10) and Defendant's similar motion to file his 50-page brief in response (Dkt.39). Plaintiffs require more pages than allotted to them by the Local Rules to address Defendant's response to Plaintiffs' three independent reasons why H.B. 20 is unlawful and the irreparable harm that Plaintiffs and their members will suffer should it take effect. The extension is not sought to burden the Court with unnecessary briefing, and it will not prejudice Defendant.

Plaintiffs conferred with counsel for Defendant on this request for leave, and Defendant does not oppose Plaintiffs' request for leave to file a reply in support of their motion for preliminary injunction that does not exceed 30 pages.

## REQUEST FOR RELIEF

Plaintiffs respectfully request that the Court grant them leave to exceed the page limits set by Local Rule 7(E)(3) and that the clerk file and docket the attached motion for preliminary injunction. *See* Local Rule 7(B).

Dated: November 24, 2021

Respectfully submitted,

*/s/ Scott A. Keller*

| | |
|---|---|
| Steven P. Lehotsky* | Scott A. Keller (Texas Bar # 24062822) |
| steve@lehotskykeller.com | scott@lehotskykeller.com |
| Jonathan D. Urick* | Matthew H. Frederick (Texas Bar # 24040931) |
| jon@lehotskykeller.com | matt@lehotskykeller.com |
| Jeremy Evan Maltz (Texas Bar # 24102129) | Todd Disher (Texas Bar # 24081854) |
| jeremy@lehotskykeller.com | todd@lehotskykeller.com |
| Gabriela Gonzalez-Araiza* | LEHOTSKY KELLER LLP |
| gabriela@lehotskykeller.com | 919 Congress Ave. |
| LEHOTSKY KELLER LLP | Austin, TX 78701 |
| 200 Massachusetts Avenue, NW | T: (512) 693-8350 |
| Washington, DC 20001 | F: (833) 233-2202 |

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on November 24, 2021, the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Todd Disher*
Todd Disher