IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETCHOICE, LLC, et al.,<br>   *Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas,<br>   *Defendant*. | Civil Action No. 1:21-cv-00840-RP |

**DEFENDANT'S EXHIBIT LIST FOR NOV. 29, 2021 HEARING**

Defendant, Ken Paxton, files this Exhibit List for the hearing scheduled on Plaintiff's Motion for Preliminary Injunction set for November 29, 2021.

| Defendant's Exhibit No. | Description | Bates Numbers |
|---|---|---|
| 1 | 11.16.21 Deposition of Neil Potts + Deposition Exhibits | 1-126 |
| 2 | 11.17.21 Deposition of Alexandra Veitch + Deposition Exhibits | 127-258 |
| 3 | 11.17.21 Deposition of Carl Szabo + Deposition Exhibits | 259-331 |
| 4 | 11.16.21 Deposition of Matthew Schruers + Deposition Exhibits | 332-442 |
| 5 | 11.12.21 Deposition of Stacie Rumenap + Deposition Exhibits | 443-497 |
| 6 | 11.12.21 Deposition of Carlos Gutierrez + Deposition Exhibits | 498-540 |
| 7 | 11.15.21 Deposition of Servando Esparza + Deposition Exhibits | 541-596 |

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Division Chief
General Litigation Division

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Attorney-in-Charge
Assistant Attorney General
Texas State Bar No. 24097533
*courtney.corbello@oag.texas.gov*

**CHRISTOPHER D. HILTON**
Counsel of Record
Assistant Attorney General
Texas State Bar No. 24087727
*christopher.hilton@oag.texas.gov*

**BENJAMIN STOREY LYLES**
Counsel of Record
Assistant Attorney General
Texas State Bar No. 24094808
benjamin.lyles@oag.texas.gov

**BENJAMIN S. WALTON**
Counsel of Record
Assistant Attorney General
Texas State Bar No. 24075241
benjamin.walton@oag.texas.gov

General Litigation Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 936-2109

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on November 28, 2021 the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General

**NOTICE OF ELECTRONIC FILING**

I, certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files system of the United States District Court for the Western District of Texas, on November 28, 2021.

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General