# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice, a 501(c)(6) District of Columbia organization, <br><br> and <br><br> COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION d/b/a CCIA, a 501(c)(6) non-stock Virginia Corporation, <br><br> *Plaintiffs*, <br><br> v. <br><br> KEN PAXTON, in his official capacity as Attorney General of Texas, <br><br> *Defendant*. | Civil Action No. 1:21-cv-00840-RP |

## PLAINTIFFS' PRELIMINARY INJUCTION EXHIBIT LIST

| Exhibit | Description |
|---|---|
| A | CCIA Declaration |
| B | NetChoice Declaration |
| C | YouTube Declaration |
| D | Facebook Declaration |
| E | LGBT Tech Declaration |
| F | Stop Child Predators Declaration |
| H | CCIA Interrogatory Responses |
| I | NetChoice Interrogatory Responses |

Dated: November 28, 2021  Respectfully submitted,

/s/ Scott A. Keller

| | |
|---|---|
| Steven P. Lehotsky* | Scott A. Keller (Texas Bar # 24062822) |
| steve@lehotskykeller.com | scott@lehotskykeller.com |
| Jonathan D. Urick* | Matthew H. Frederick (Texas Bar # 24040931) |
| jon@lehotskykeller.com | matt@lehotskykeller.com |
| Jeremy Evan Maltz (Texas Bar # 24102129) | Todd Disher (Texas Bar # 24081854) |
| jeremy@lehotskykeller.com | todd@lehotskykeller.com |
| Gabriela Gonzalez-Araiza* | LEHOTSKY KELLER LLP |
| gabriela@lehotskykeller.com | 919 Congress Ave. |
| LEHOTSKY KELLER LLP | Austin, TX 78701 |
| 200 Massachusetts Avenue, NW | T: (512) 693-8350 |
| Washington, DC 20001 | F: (833) 233-2202 |

*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I certify that on November 28, 2021, the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Todd Disher*
Todd Disher