# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

NetChoice, LLC, et al.,
*Plaintiffs*,

v.

Ken Paxton, in his official capacity as Attorney General of Texas,
*Defendant*.

Civil Action No. 1:21-cv-00840-RP

## Order

Before the Court is Defendant's Motion to Stay the preliminary injunction entered on December 1, 2021. Dkt. 51. Defendant seeks a stay of the effect of this order until resolution of his appeal. Dkt. 53. Upon due consideration, the Court is of the opinion that said motion is meritorious and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's order granting preliminary injunction is stayed. This Court will issue a subsequent order lifting the stay, if necessary, when the appeal has been resolved.

SO ORDERED.

Signed the ____ day of _____, 2021.

_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE