# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-51178

---

NetChoice, L.L.C., a 501(c)(6) District of Columbia organization *doing business as* NetChoice; Computer & Communications Industry Association, a 501(c)(6) non-stock Virginia Corporation *doing business as* CCIA,

*Plaintiffs—Appellees*,

*versus*

Ken Paxton, in his official capacity as Attorney General of Texas,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-840

---

Before Jones, Southwick, and Oldham, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that appellant's opposed motion to stay preliminary injunction pending appeal is GRANTED.[*]

---

[*] The panel is not unanimous.

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 11, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-51178   NetChoice v. Paxton
                    USDC No. 1:21-CV-840

Enclosed is an order entered in this case.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Melissa B. Courseault, Deputy Clerk
                                    504-310-7701

Mr. Ryan Baasch
Mr. Corbin Barthold
Mr. Thomas Arthur Berry
Mr. Bruce D. Brown
Ms. Jeannette Clack
Mr. William Francis Cole
Ms. Courtney Brooke Corbello
Mr. Todd Lawrence Disher
Mr. Matthew Hamilton Frederick
Ms. Catherine R. Gellis
Mr. Evan Goldberg
Mr. Leonid Goldstein
Ms. Gabriela Gonzalez-Araiza
Mr. David A. Greene
Ms. Robin Gross
Mr. Alan Gura
Mr. Scott A. Keller
Mr. Endel Kolde
Mr. James R. Lawrence III
Mr. Thomas S. Leatherbury
Mr. Jeremy Evan Maltz
Mr. William Scott McCollough
Mr. Matthew R. Miller
Mr. Andrei Popovici
Mrs. Sarah Rogers
Ms. Mary Ellen Roy
Mr. Joseph D. Sibley IV
Mr. Kyle Singhal
Mr. Judd Edward Stone II

```
Mr. John Clay Sullivan
Ms. Avery Caroline Westerlund
Mr. Henry Charles Whitaker
Mr. Scott B. Wilkens
Mr. William Reid Wittliff
Mr. Dan Brian Zimmerman
```