**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

FILED
September 29, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 29, 2023



Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: NetChoice, LLC, dba NetChoice, et al.
v. Ken Paxton, Attorney General of Texas
No. 22-555
(Your No. 21-51178)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted limited to Questions 1 and 2 presented by the Solicitor General in her brief for the United States as *amicus curiae*.

Sincerely,

Scott S. Harris, Clerk

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 29, 2023

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 21-51178   NetChoice v. Paxton
                     USDC No. 1:21-CV-840

Dear Mr. Devlin,

Enclosed is a copy of the Supreme Court order granting certiorari.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Renee S. McDonough, Deputy Clerk
                504-310-7673