**FILED**
January 16, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____
                    DEPUTY

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 16, 2024

Mr. Scott Harris
Supreme Court of the United States
One First Street, N.E.
Washington, DC 20543

    No. 21-51178    NetChoice v. Paxton USDC
                          No. 1:21-CV-840 RP
                          Supreme Court No.22-555

Dear Mr. Harris,

Pursuant to your recent request, I write to advise the appellate court record can be accessed on PACER through the court's website (www.ca5.uscourts.gov).

By copy of this letter, the Clerk of the United States District Court for the Eastern District of Texas is directed to transmit their record to the United States Supreme Court.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Renee S. McDonough, Deputy Clerk
                              504-310-7673

cc:
    Mr. Ryan Baasch
    Mr. Corbin Barthold
    Mr. Thomas Arthur Berry
    Mr. Bruce D. Brown
    Mr. William Francis Cole
    Ms. Courtney Corbello
    Mr. Philip Devlin
    Mr. Todd Lawrence Disher
    Mr. Matthew Hamilton Frederick
    Ms. Catherine R. Gellis
    Mr. Evan Goldberg
    Mr. Leonid Goldstein
    Ms. Gabriela Gonzalez-Araiza

Mr. David A. Greene
Ms. Robin Gross
Mr. Alan Gura
Mr. Robert E. Henneke
Mr. Scott A. Keller
Mr. Endel Kolde
Mr. James R. Lawrence III
Mr. Thomas S. Leatherbury
Mr. Jeremy Evan Maltz
Mr. William Scott McCollough
Mr. Matthew R. Miller
Mr. Andrei Popovici
Mrs. Lily Iva Reznik
Mrs. Sarah Rogers
Ms. Mary Ellen Roy
Mr. Joseph D. Sibley IV
Mr. Kyle Singhal
Mr. Judd Edward Stone II
Mr. John Clay Sullivan
Mr. Henry Charles Whitaker
Mr. Scott B. Wilkens
Mr. William Reid Wittliff
Mr. Dan Brian Zimmerman