# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 16, 2022
Lyle W. Cayce
Clerk

No. 21-51178

NETCHOICE, L.L.C., *a 501(c)(6) District of Columbia organization doing business as* NETCHOICE; COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, *a 501(c)(6) non-stock Virginia Corporation doing business as* CCIA,

*Plaintiffs—Appellees*,

*versus*

KEN PAXTON, *in his official capacity as Attorney General of Texas*,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-840

Before JONES, SOUTHWICK, and OLDHAM, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is VACATED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

Case 1:21-cv-00840-RP Document 307-2 Filed 08/06/24 Page 2 of 2
Case: 21-51178 Document: 637-2 Page: 2 Date Filed: 08/06/2024

No. 21-51178

IT IS FURTHER ORDERED that plaintiffs-appellees pay to defendant-appellant the costs on appeal to be taxed by the Clerk of this Court.

EDITH H. JONES, *Circuit Judge*, concurring.

LESLIE H. SOUTHWICK, *Circuit Judge*, concurring in part and dissenting in part.



**Certified as a true copy and issued
as the mandate on Aug 06, 2024**

**Attest:**
**Clerk, U.S. Court of Appeals, Fifth Circuit**