# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-50137
_____

Kathleen Washpon,

*Plaintiff—Appellant,*

*versus*

The Progressive Corporation; Farmers Casualty Insurance Company; Permanent General Assurance Corp; United Healthcare Corporate Office & Headquarters; U.S. Department of Veterans Benefits,

*Defendants—Appellees.*

United States Court of Appeals
Fifth Circuit
**FILED**
August 12, 2024
Lyle W. Cayce
Clerk

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-1239

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of August 12, 2024, for want of prosecution. The appellant failed to timely file appellant's brief.

LYLE W. CAYCE  
Clerk of the United States Court  
of Appeals for the Fifth Circuit

By: _____
Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT