

# United States Court of Appeals
# for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Nov 29, 2024**

**Attest:**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

—————————

No. 21-51178

—————————

United States Court of Appeals
Fifth Circuit

**FILED**

November 7, 2024

Lyle W. Cayce
Clerk

NETCHOICE, L.L.C., *a 501(c)(6) District of Columbia organization doing business as* NETCHOICE; COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, *a 501(c)(6) non-stock Virginia Corporation doing business as* CCIA,

*Plaintiffs—Appellees*,

*versus*

KEN PAXTON, *in his official capacity as Attorney General of Texas*,

*Defendant—Appellant.*

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-840

———————————————————

Before JONES, SOUTHWICK, and OLDHAM, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

Case 2:15-cv-08040-DRP    Document 366-2    Filed 12/20/24    Page 2 of 2

No. 21-51178

IT IS FURTHER ORDERED that each party bear its own costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

2