# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 29, 2024

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 21-51178    NetChoice v. Paxton
                USDC No. 1:21-CV-840

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Renee S. McDonough, Deputy Clerk
                        504-310-7673

cc:
    Mr. Ryan Baasch
    Mr. Corbin Barthold
    Mr. Thomas Arthur Berry
    Mr. Bruce D. Brown
    Mr. William Francis Cole
    Mr. Todd Lawrence Disher
    Mr. Matthew Hamilton Frederick
    Ms. Catherine R. Gellis
    Mr. Evan Goldberg
    Mr. Leonid Goldstein
    Ms. Gabriela Gonzalez-Araiza
    Mr. David A. Greene
    Ms. Robin Gross
    Mr. Alan Gura
    Mr. Robert E. Henneke
    Mr. Scott A. Keller
    Mr. Endel Kolde

Mr. James R. Lawrence III
Mr. Thomas S. Leatherbury
Mr. Jeremy Evan Maltz
Mr. William Scott McCollough
Mr. Matthew R. Miller
Mr. Aaron Lloyd Nielson
Mr. Andrei Popovici
Mrs. Sarah Rogers
Ms. Mary Ellen Roy
Mr. Joseph D. Sibley IV
Mr. Kyle Singhal
Mr. Judd E. Stone II
Mr. John Clay Sullivan
Mr. Henry Charles Whitaker
Mr. Scott B. Wilkens
Mr. William Reid Wittliff
Mr. Dan Brian Zimmerman