# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NETCHOICE, LLC, *ET AL.*,<br><br>    PLAINTIFFS,<br><br>V.<br><br>KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS,<br><br>    DEFENDANT. | CASE NO. 1:21-CV-00840-RP |

## KEN PAXTON'S MOTION TO WITHDRAW COUNSEL AND DESIGNATION OF ATTORNEY IN CHARGE

Defendant Ken Paxton, in his official capacity as Attorney General of Texas files this Motion to Withdraw Counsel and Designation of Attorney in Charge. In support thereof, Defendant respectfully shows the Court the following:

BENJAMIN S. LYLES has been designated as Attorney in Charge for Defendant in this matter. Mr. Lyles is no longer with the Office of the Attorney General of Texas.

RYAN G. KERCHER, Deputy Chief for Special Litigation Division, has been assigned as Attorney in Charge to represent Defendant in this cause. Mr. Kercher is admitted to practice in the United States District Court for the Western District of Texas and is a member in good standing of the State Bar of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Court permit Benjamin S. Lyles to withdraw as Counsel of Record and to designate Ryan G. Kercher as Attorney in Charge for Defendant in the above-styled and numbered cause of action, and that he be served with all future correspondence and pleadings.

Date: January 3, 2025   Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Legal Strategy

**RYAN D. WALTERS**
Chief, Special Litigation Division

*/s/ Ryan G. Kercher*
**RYAN G. KERCHER**
Deputy Chief, Special Litigation Division
Texas Bar No. 24060998

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Ryan.kercher@oag.texas.gov

**COUNSEL FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 3, 2025 and that all counsel of record were served by CM/ECF.

*/s/ Ryan G. Kercher*
**RYAN G. KERCHER**