IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETCHOICE, LLC; and <br> COMPUTER & COMMUNICATIONS <br> INDUSTRY ASSOCIATION, <br><br> *Plaintiffs*, <br><br> v. <br><br> KEN PAXTON, in his official capacity as <br> Attorney General of Texas, <br><br> *Defendant*. | Civil Action No. 1:21-cv-00840-RP |

## PARTIES' JOINT STATUS REPORT

Plaintiffs NetChoice and Computer & Communications Industry Association and Defendant Ken Paxton, in his official capacity as Attorney General of Texas, file this joint status report to inform the Court that a bill is currently pending in the Texas Legislature that, if passed, could alter the scope of the challenged Texas House Bill 20 (2021). *See* Texas Senate Bill 1626 (2025), https://tinyurl.com/b6etk3cr.

Senate Bill 1626 purports to provide "clarification" about some of the provisions of House Bill 20 at issue and thus could materially affect this litigation. Tex. S.B. 1626 § 1(1). The case is on remand from the Supreme Court and Fifth Circuit. *See Moody v. NetChoice, LLC & NetChoice, LLC v. Paxton*, 603 U.S. 707, 745 (2024); *NetChoice, L.L.C. v. Paxton*, 121 F.4th 494, 500 (5th Cir. 2024). As part of those courts' directions for remand, this Court must "assess the [challenged] state law['s] scope. What activities, by what actors, do[es] the law[] prohibit or otherwise regulate?" *Moody*, 603 U.S. at 745. Then, this Court must "decide which of the law['s] applications violate the First Amendment, and to measure them against the rest." *Id.* Senate Bill 1626 could alter this analysis.

1

In light of these circumstances, the parties agree that it would conserve the resources of both the parties and the Court to wait before proceeding to the next steps of this litigation until after the end of Texas's current legislative session. In addition, Defendant's counsel has an upcoming civil trial beginning May 21, 2025, that will last at least four weeks and require substantial resources.

Texas's regular legislative session ends June 2, 2025. The parties therefore intend to file another joint status report no later than July 11, 2025, informing the Court about the parties' proposed next steps.

Dated: April 11, 2025

Steven P. Lehotsky*
steve@lkcfirm.com
Jeremy Evan Maltz (Texas Bar # 24102129)
jeremy@lkcfirm.com
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW
Washington, DC 20001

*Admitted *pro hac vice*

Respectfully submitted,

*/s/ Scott A. Keller*
Scott A. Keller (Texas Bar # 24062822)
scott@lkcfirm.com
Matthew H. Frederick (Texas Bar # 24040931)
matt@lkcfirm.com
Todd Disher (Texas Bar # 24081854)
todd@lkcfirm.com
LEHOTSKY KELLER COHN LLP
408 West 11th Street, 5th Floor
Austin, TX 78701
T: (512) 693-8350
F: (512) 727-4755

**COUNSEL FOR PLAINTIFFS**

| | |
|---|---|
| KEN PAXTON<br>ATTORNEY GENERAL<br><br>BRENT WEBSTER<br>FIRST ASSISTANT ATTORNEY GENERAL<br><br>RALPH MOLINA<br>DEPUTY FIRST ASSISTANT ATTORNEY GENERAL<br><br>RYAN D. WALTERS<br>DEPUTY ATTORNEY GENERAL FOR LEGAL STRATEGY | */s/ Ryan G. Kercher*<br>RYAN G. KERCHER<br>Chief, Special Litigation Division<br>Texas Bar No. 24060998<br><br>ZACHARY W. BERG<br>Special Counsel<br>Texas Bar No. 24107706<br><br>MARK A. CSOROS<br>Assistant Attorney General<br>Texas Bar No. 24142814<br><br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Ryan.kercher@oag.texas.gov<br>Zachary.berg@oag.texas.gov<br>Mark.csoros@oag.texas.gov<br><br>**COUNSEL FOR DEFENDANT** |

**CERTIFICATE OF SERVICE**

I certify that on April 11, 2025, the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Jeremy Evan Maltz*
Jeremy Evan Maltz