# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br>a 501(c)(6) District of Columbia organization,<br><br>and<br><br>COMPUTER & COMMUNICATIONS<br>INDUSTRY ASSOCIATION d/b/a CCIA, a<br>501(c)(6) non-stock Virginia Corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, in his official capacity<br>as Attorney General of Texas,<br><br>*Defendant*. | Civil Action No. 1:21-cv-00840-RP |

## UNOPPOSED MOTION TO WITHDRAW
## MATTHEW H. FREDERICK AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule AT-3, Plaintiffs file this Motion to Withdraw Matthew H. Frederick as Counsel for Plaintiffs and respectfully request that the Court's docket in the above-captioned case be updated accordingly. Mr. Frederick no longer practices law at Lehotsky Keller Cohn LLP. Plaintiffs will continue to be represented by the Lehotsky Keller Cohn LLP counsel identified in the signature block below. Plaintiffs' counsel conferred with Defendant's counsel, and Defendant does not oppose the relief requested in this Motion.

| | |
|---|---|
| Dated: May 21, 2025 | Respectfully submitted, |
| */s/ Matthew H. Frederick* | */s/ Scott A. Keller* |
| Matthew H. Frederick (Texas Bar # 24040931) | Scott A. Keller (Texas Bar # 24062822) |
| | scott@lkcfirm.com |
| | Todd Disher (Texas Bar # 24081854) |
| | todd@lkcfirm.com |
| | LEHOTSKY KELLER COHN LLP |
| | 408 W. 11th Street, 5th Floor |
| | Austin, TX 78701 |
| | T: (512) 693-8350 |
| | F: (512) 727-4755 |
| | |
| | Steven P. Lehotsky* |
| | steve@lkcfirm.com |
| | Jeremy Evan Maltz (Texas Bar # 24102129) |
| | jeremy@lkcfirm.com |
| | LEHOTSKY KELLER COHN LLP |
| | 200 Massachusetts Ave. NW |
| | Washington, DC 20001 |
| | |
| | *Admitted *pro hac vice* |

## CERTIFICATE OF SERVICE

I certify that on May 21, 2025, the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Jeremy Evan Maltz*
Jeremy Evan Maltz

## CERTIFICATE OF CONFERENCE

I certify that on May 21, 2025, I conferred with opposing counsel regarding this motion. Defendant does not oppose the relief requested in this Motion.

*/s/ Jeremy Evan Maltz*
Jeremy Evan Maltz