**FILED**
July 24, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETCHOICE, LLC; and COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas,<br><br>*Defendant*. | Civil Action No. 1:21-cv-00840-RP |

## ORDER

Having considered the motion and all matters properly before the Court, the Court **ORDERS**:

- If Plaintiffs elect to file an amended complaint, Plaintiffs shall file their second amended complaint no later than August 11, 2025.

- Plaintiffs shall file their brief concerning HB20 Sections 2 and 7's scope on August 11, 2025, and that brief shall be no longer than 20 pages, excluding caption, tables of contents and authorities, and signature block.

- Defendant shall file its brief concerning HB20 Sections 2 and 7's scope on September 10, 2025; and that brief shall be no longer than 20 pages, excluding caption, tables of contents and authorities, and signature block.

Dated: _____July 24_____, 2025

HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE