IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NETCHOICE, LLC; and<br>COMPUTER & COMMUNICATIONS<br>INDUSTRY ASSOCIATION,<br><br>    *Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as<br>Attorney General of Texas,<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:21-cv-00840-RP<br>)<br>)<br>)<br>)<br>)<br>) |

## PARTIES' JOINT MOTION FOR STATUS CONFERENCE

Plaintiffs NetChoice and Computer & Communications Industry Association and Defendant Ken Paxton, in his official capacity as Attorney General of Texas, jointly move this Court for a status conference regarding the parties' pending briefs regarding the scope of Texas House Bill 20 (2021).

This case is on remand from the Supreme Court and Fifth Circuit. *See Moody v. NetChoice, LLC & NetChoice, LLC v. Paxton*, 603 U.S. 707, 724 (2024); *NetChoice, L.L.C. v. Paxton*, 121 F.4th 494 (5th Cir. 2024). To resolve Plaintiffs' claims, the Supreme Court directed that, first, this Court must "assess the state laws' scope. What activities, by what actors, do[es] the law[] prohibit or otherwise regulate?" *Moody*, 603 U.S. at 725. Then, this Court must "decide which of the law['s] applications violate the First Amendment, and to measure them against the rest." *Id.*

This Court ordered the Parties to file briefs "concerning HB20 Sections 2 and 7's scope" on July 24, 2025. ECF 82. The Parties jointly requested such an order, because they "agree that many of the questions about the law's scope are questions of statutory construction, rather than factual questions." ECF 81 at 1. So Plaintiffs filed their brief on August 11, 2025. ECF 84. And

1

Defendant filed his brief on September 10, 2025. ECF 86. Those briefs have remained pending. The parties have not initiated discovery.

    Accordingly, the Parties request a joint status conference at this Court's earliest convenience.

Dated: January 30, 2026

Respectfully submitted,

*/s/ Jeremy Evan Maltz*

| | |
|---|---|
| Steven P. Lehotsky* | Scott A. Keller (Texas Bar # 24062822) |
| steve@lkcfirm.com | scott@lkcfirm.com |
| Jeremy Evan Maltz (Texas Bar # 24102129) | Todd Disher (Texas Bar # 24081854) |
| jeremy@lkcfirm.com | todd@lkcfirm.com |
| LEHOTSKY KELLER COHN LLP | LEHOTSKY KELLER COHN LLP |
| 200 Massachusetts Avenue, NW | 7500 Rialto Blvd. |
| Washington, DC 20001 | Suite 1-250 |
| | Austin, TX 78735 |
| *Admitted *pro hac vice* | T: (512) 693-8350 |
| | F: (512) 727-4755 |

**COUNSEL FOR PLAINTIFFS**

KEN PAXTON
ATTORNEY GENERAL

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Chief, Special Litigation Division
Texas Bar No. 24060998

BRENT WEBSTER
FIRST ASSISTANT ATTORNEY GENERAL

ZACHARY W. BERG
Special Counsel
Texas Bar No. 24107706

RALPH MOLINA
DEPUTY FIRST ASSISTANT ATTORNEY GENERAL

RYAN D. WALTERS
DEPUTY ATTORNEY GENERAL FOR LEGAL STRATEGY

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Ryan.kercher@oag.texas.gov
Zachary.berg@oag.texas.gov

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I certify that on January 30, 2026, the foregoing was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Jeremy Evan Maltz*
Jeremy Evan Maltz
